**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: : | |
| : | **CHAPTER 11 BANKRUPTCY** |
| **CUREPOINT, LLC** : | **CASE NUMBER: 22-56501-JWC** |
| : | |
| Debtor. : | |

___

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL NOTICES UNDER RULE 2002**
___

Pursuant to Bankruptcy Rule 9010(b), DAVID A. GARLAND of the law firm of Moore, Clarke, DuVall & Rodgers, P.C., whose office address and telephone number appear below, hereby authorizes you to enter an appearance on his behalf, as attorney for Lafayette State Bank, a creditor in the above-styled and numbered proceeding, and to do all that is necessary in connection therewith.

Further, pursuant to Bankruptcy Rule 2002, Lafayette State Bank requests that it be served with all notices required by Bankruptcy Rule 2002 and that all such notices be served upon it through its undersigned attorney, addressed as follows:

>DAVID A. GARLAND
>MOORE, CLARKE, DuVALL & RODGERS, P.C.
>2829 Old Dawson Road (31707)
>Post Office Drawer 71727
>Albany, Georgia  31708-1727
>Email:  sray@mcdr-law.com

RESPECTFULLY SUBMITTED, this the 22nd day of August, 2022.

>**MOORE, CLARKE, DuVALL & RODGERS, P.C.**
>
>/s/  *David A. Garland*
>**DAVID A. GARLAND**
>Georgia State Bar No.: 005680
>*Attorneys for Lafayette State Bank*
>2829 Old Dawson Road (31707)
>Post Office Drawer 71727
>Albany, Georgia  31708-1727
>Telephone:  229-888-3338
>Email:  dgarland@mcdr-law.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| | : | **CHAPTER 11 BANKRUPTCY** |
| **CUREPOINT, LLC** | : | **CASE NUMBER: 22-56501-JWC** |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following parties have been served a copy of the foregoing *Notice of Appearance and Request for All Notices Under Rule 2002* by electronic service through CM/ECF and/or by depositing a copy in the United States Mail with sufficient postage affixed thereon to assure delivery, to the persons or entities as shown on the attached Exhibit "A."

This the 22nd day of August, 2022.

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

/s/ *David A. Garland*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Lafayette State Bank*

**Exhibit A**

Alder Opportunity LP
300 Galleria PKWY
Atlanta, Georgia 30339

AMOA Finance, LLC
3330 Preston Ridge Rd
Alpharetta, Georgia 30005

Arvest Equipment Finance
PO Box 11110
Fort Smith, AL 72745

CLG Servicing, LLC
Toms River, NJ 08753

First Liberty Building and Loan
PO Box 2567
Newnan, Georgia 30264

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, Georgia 30303-0000

Georgia Department of Revenue
ARCS – Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, Georgia 30345

Internal Revenue Service
CIO
P.O. Box 734646
Philadelphia, PA 19101-7346

Lafayette Bank
340 West Main Street
Mayo, FL 32066

Mark McCord
2007 Breckinridge Lane
Alpharetta, Georgia 30005

NFG Advance, LLC
1308 Kings HWY
Brooklyn, NY 11229

Parkview Advance
400 Main Street
Stamford, Ct 06901

PointOne Capital, LLC
90 State Street, Suite 700
Office 40
Albany, NY 12207

Tom Barton
150 South Perry Street
Suite 100
Lawrenceville, Georgia 30046

US Bank, N.A.
6730 VIP Parkway
Syracuse, NY 13211

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, Georgia 30303