UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>　　　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 22-56501-jwc |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that, pursuant to Bankruptcy Rule 9010(b), John Michael Levengood of the LAW OFFICE OF J. MICHAEL LEVENGOOD, LLC, whose office address and telephone number appears below, and THOMAS M. BARTON AND AARON P.M. TADY of COLES & BARTON, LLP, whose office address and telephone number appears below, jointly enter their appearance in the above-referenced case as counsel for Mark W. McCord, M.D. ("Dr. McCord") and authorize you to enter such appearances and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Dr. McCord requests that copies of all notices and pleadings given or filed in this case be given and served upon the following individual at the following addresses, telephone and facsimile numbers, and email:

    John Michael Levengood
    Law Office of J. Michael Levengood, LLC
    150 S. Perry St., Suite 208
    Lawrenceville, GA 30046
    Telephone: (678) 765-1745
    Facsimile: (678) 606-5031
    Email:  mlevengood@levengoodlaw.com

and

Thomas M. Barton
Aaron P.M. Tady
Coles & Barton, LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
atady@colesbarton.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-reference case and the proceedings.

Please take further notice that Dr. McCord intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive his rights with respect to (1) having final orders in noncore matters entered only after de novo review by the judge; (2) trial by jury in a proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) having the court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Dr. McCord, is or may

be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This the 23rd day of August, 2022.

/s/ *John Michael Levengood*
John Michael Levengood
Georgia Bar No. 447934
*Co-Counsel for Dr. McCord*

Law Office of J. Michael Levengood, LLC
150 S. Perry St., Suite 208
Lawrenceville, GA 30046
Telephone: (678) 765-1745
Facsimile: (678) 606-5031
Email: mlevengood@levengoodlaw.com

and

/s/ *Thomas M. Barton*
Thomas M. Barton
Georgia Bar No. 040821
Aaron P.M. Tady
Georgia Bar No. 696273
*Co-Counsel for Dr. McCord*

Coles & Barton, LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
atady@colesbarton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

This the 23rd day of August, 2022.

                                                           */s/ John Michael Levengood*
                                                           John Michael Levengood
                                                           Georgia Bar No. 447934
                                                           *Co-Counsel for Dr. McCord*

Law Office of J. Michael Levengood, LLC
150 S. Perry St., Suite 208
Lawrenceville, GA 30046
Telephone:   (678) 765-1745
Facsimile:    (678) 606-5031
Email:         mlevengood@levengoodlaw.com