**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CUREPOINT, LLC,**<br><br>    **Debtor.** | **Chapter 11**<br><br>**Case No. 22-56501-jwc** |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(B) AND REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned, Leslie M. Pineyro, hereby enters this Notice of Appearance as counsel of record for Arvest Bank, creditor in the above-referenced case. Further, Arvest Bank hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Leslie M. Pineyro
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
lpineyro@joneswalden.com

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001 or 9007 of the Bankruptcy Rules including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case.

Please take further notice that this notice is not a submission to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the right to a trial by jury in any proceeding so triable in this case or any case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

This 23rd day of August, 2022.

**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Arvest Bank
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**CUREPOINT, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 22-56501-jwc** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Appearance* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **David A. Garland**   dgarland@mcdr-law.com, dgarland@mcdr-law.com;hjohnson@mcdr-law.com
- **Will B. Geer**   wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com
- **Todd Eugene Hennings**   thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com
- **Lindsay P. S. Kolba**   lindsay.p.kolba@usdoj.gov
- **J. Michael Levengood**   mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Aaron P.M. Tady**   atady@colesbarton.com, mjohnston@colesbarton.com;epoole@colesbarton.com;tbrandenburg@colesbarton.com

I further certify that on this day I caused a copy of the Notice of Appearance to be served on the following parties at the address shown below via U.S. First Class Mail with adequate postage prepaid.

Thomas M. Barton
Coles Barton LLP
Suite 100
150 South Perry Street
Lawrenceville, GA 30046

This 23rd day of August, 2022.

                                                    **JONES & WALDEN LLC**

                                                    */s/ Leslie M. Pineyro*
                                                    Leslie M. Pineyro
                                                    Georgia Bar No. 969800
                                                    Attorney for Arvest Bank
                                                    699 Piedmont Avenue, NE
                                                    Atlanta, Georgia 30308
                                                    (404) 564-9300
                                                    lpineyro@joneswalden.com