IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CUREPOINT, LLC | ) | CASE NO. 22-56501-JWC |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Brian P. Hall, Michael F. Holbein, and the law firm of Smith, Gambrell & Russell, LLP hereby enter their appearance as counsel on behalf of AMOA Finance, LLC ("AMOA Finance"), in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). AMOA Finance hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
1105 W. Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3537
Facsimile: (404) 685-6837
Email: bhall@sgrlaw.com

SGR/40942604.1

Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 W. Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3607
Facsimile: (404) 685-3907
Email:  mholbein@sgrlaw.com

Dated: August 23, 2022.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Brian P. Hall*
Brian P. Hall
Georgia Bar No.: 318171
bhall@sgrlaw.com
1105 W Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3537
Facsimile: (404) 685-6837

*Attorneys for AMOA Finance, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers by filing such notice with the Court's CM/ECF system.

This 23rd day of August, 2022.

                                                SMITH, GAMBRELL & RUSSELL, LLP

                                                By: */s/ Brian P. Hall*
                                                        Brian P. Hall
                                                        Georgia Bar No. 318171

Smith, Gambrell & Russell, LLP
1105 W. Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500

*Attorneys for AMOA Finance, LLC*

3

SGR/40942604.1