**CurePoint**
**4 Week Budget**

|  | 4 Week Budget | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---:|---:|---:|---:|---:|
| **Revenue** | $ 310,000 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 |
| **Expenses** | | | | | |
|   Personnel Costs | | | | | |
|     Wages and Benefits | $ 75,000 | $ 37,500 | $ - | $ - | $ 37,500 |
|     Independent Contractors- medical physics | 12,500 | 12,500 | - | - | - |
|     Independent Contractors- physicians | 67,300 | - | 27,300 | - | 40,000 |
|   Total Personnel Costs | $ 154,800 | $ 50,000 | $ 27,300 | $ - | $ 77,500 |
|   Bank Service Charges | 250 | - | - | 250 | - |
|   Insurance | 4,200 | - | - | 4,200 | - |
|   Office Expense | | | | | |
|     Advertising | | - | - | | - |
|     Billing & Coding | 15,500 | - | - | 15,500 | - |
|     Janitorial & Building Maintenance | 3,000 | - | 3,000 | - | - |
|     Dues/Subscriptions | | - | | - | - |
|     Office Supplies | 525 | - | 525 | - | - |
|     Medical Supplies | 2,000 | - | 2,000 | - | - |
|     Computer & IT | 1,500 | - | 1,500 | - | - |
|     Miscellaneous | | - | - | - | - |
|   Total Office Expense | 22,525 | - | 7,025 | 15,500 | - |
|   Equipment Maintenance | 45,000 | - | - | 45,000 | - |
|   Software Expense | 12,355 | - | 3,285 | 237 | 8,833 |
|   Legal Expenses | | - | | - | - |
|   Professional Fees | | - | - | - | |
|   Taxes | 5,250 | - | - | - | 5,250 |
|   Rent | 22,500 | - | - | 22,500 | - |
|   Equipment | | | | | 42,358.39 |
|     Utilities | 3,550 | - | 3,550 | - | - |
| **Total Expenses** | $ 270,430 | $ 50,000 | $ 41,160 | $ 87,687 | $ 133,942 |
| **Net Cash** | $ 39,570 | $ 27,500 | $ 36,340 | $ (10,187) | $ (56,442) |
| **Rolling Cash** | | $ 39,570 | $ 75,910 | $ 65,723 | $ 9,281 |
| **Non Recurring Arrearage** | $ 27,300 | $ - | $ 27,300 | $ - | $ - |
| **Recurring** | $ 243,130 | $ 50,000 | $ 13,860 | $ 87,687 | $ 133,942 |

| | |
|---|---:|
| **Eletka Maintenance** | $ 42,800 |
| **Premier Imaging- CT Machines** | 2,200 |
|   Equipment Maintenance Total | $ 45,000 |
| **Mosaiq Software** | $ 8,833 |
| **Phillips Pinnacle Software** | 3,522 |
|   Software Expense | $ 12,355 |