IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>**CUREPOINT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501-jwc |

### DECLARATION OF PHILLIP MILES
### IN SUPPORT OF DEBTOR'S FIRST DAY MOTIONS

I, Phillip Miles, declare under penalty of perjury the following:

1. I am the Designated Manager of Curepoint, LLC ("Curepoint") for purposes of this Chapter 11 case. I am not compensated for the services I perform as Designated Manager.

2. As the Curepoint Designated Manager, I am responsible for overseeing Curepoint's liquidity management, and assisting with the restructuring process of Curepoint. I am familiar with the operations and financial affairs of Curepoint.

3. I submit this declaration in support of the Debtors' Chapter 11 Petitions submitted on August 19, 2022, and their requests for relief contained in certain "First Day" applications and motions filed on or shortly after that date (the "First Day Motions").

4. Except as otherwise indicated herein, all statements in this First Day Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, information supplied to me, in my capacity as Designated Manager, by other members of the Debtors' management and the Debtors' advisors, or my opinion based on my experience, knowledge, or information concerning the Debtors' operations and financial condition.

5.  I am authorized to submit this First Day Declaration on behalf of the Debtors and, if called upon to testify, I could and would testify competently to the facts set forth herein.

### I. Introduction & Background

#### A. Curepoint Corporate Structure

6.  Curepoint is 95.01% owned by Physicians Financial Partners, LLC. Curepoint is 4.99% owned by Radiation Business Solutions, Inc. Jamila Dadabhoy is the sole manager of Physician's Financial Partners, LLC.

#### B. Curepoint's Business Operations

1.  Curepoint is a radiation center that provides radiation treatment for cancer patients. The Debtor's facility is located in Dublin, Georgia. I am based in Alpharetta, Georgia and manage the financial and business affairs of Curepoint from its office in Alpharetta, Georgia. Like so many other small businesses, Curepoint suffered a series of setbacks at the hands of the pandemic, including seeking out financing from merchant cash advance companies. Curepoint was and continues to be involved in multiple lawsuits with the McCord family through which significant legal fees were incurred.

7.  Curepoint has ten full-time salaried employees. None of them are insiders except my son, Michael Miles, Curepoint's Controller.

8.  Additionally, Curepoint regularly uses three independent subcontractors- two radiation oncologists and one company, Alpha Physics, which provides a physicist to operate the radiation equipment.

9.  None of the independent contractors are insiders.

10. Curepoint's Dublin facility is not owned by an insider nor a corporation owned by any insider.

11.     It is Curepoint's intention to assume the lease for its Dublin facility.

  **C.**  **Events Leading to Chapter 11 Filings**

12.     As a result of the pandemic, Curepoint took high-interest Merchant Cash Advances from various lenders, which has put a strain on the Debtors' cash position. Recently, the Merchant Cash Advance companies threatened to send lien notices to Blue Cross Blue Shield, from whom Curepoint receives significant insurance reimbursements. Had the insurance payments been terminated, they would have taken months to resume, which would have been fatal to Curepoint.

13.     Further, Curepoint continues to have a tremendous financial burden from multiple lawsuits with the McCord family.

  **D.**  **Capital and Debt Structure**

14. Curepoint's assets are subject to various liens asserted by Merchant Cash Advance Compaines, which upon information and belief, include: CLG Servicing, LLC, Lafayette Bank, NFG Advance, LLC, Parkview Advance, LLC, PointOne Capital, LLC, U.S. Small Business Administration, AMOA Finance, LLC, and First Liberty Building and Loan (the "Lenders"). Because Merchant Cash Advance companies file their UCC-1 statements through a servicer, it is impossible at this stage to determine their relative priority.

15. Curepoint has other secured creditors as well.

  **E.**  **Insurance Policies**

16.     Curepoint has commercial property, commercial general liability, and commercial umbrella insurance policies, which include hired and non-owned automobile, equipment breakdown, flood, and earthquake coverage.

## II. First Day Motions

### A. Debtor's Motion for Entry of an Order (A) Authorizing Debtor to Pay All Prepetition Payroll Obligations and (B) Directing Banks to Honor Related Transfers [Doc. 3]

17. Curepoint pays its ten full-time employees on a bi-weekly schedule. The last payroll was made on August 11, 2022, and thus, the next payroll is due on August 25, 2022. Independent contractors are critical physicians for Curepoint and are paid on a monthly schedule.

18. Prior to filing its petition, Curepoint incurred payroll obligations in the normal course of business. To maintain the confidence and loyalty of its employees, it is critical that payroll not be missed.

19. Curepoint directly compensates its independent contractors directly, and similarly cannot afford to not honor its payment obligations to them.

20. Curepoint currently utilizes HR Strategy to perform its payroll processing and workers' compensation coverage. While no amounts are presently outstanding to my knowledge, Curepoint must be able to pay its processor and workers' compensation charges in order to make payroll.

21. The Payroll Motion includes a typo as the unpaid wages in Paragraph 12. The aggregate amount is not to exceed $37,500.

22. Michael Miles is paid $75,000 per year on a biweekly schedule. Other than that, no insiders will be paid under the relief requested by this motion.

### B. Debtor's Motion to Authorize Use of Existing Bank Accounts [Dkt. 4]

23. Before filing the Petition, Curepoint maintained two bank accounts and a lockbox at Synovus Bank.

24. Curepoint deposits all of its receipts into the two Synovus accounts, which it uses to pay all of its obligations, including payroll, rent, equipment, maintenance expenses, and other critical business expenses.

25.     While Curepoint is in the process of opening its Debtor-in-Possession account, I believe that maintaining the cash management system now in place would be in the best interest of the Debtors and would create the least risk of accidental misdirection of funds during the pendency of these Chapter 11 cases.

### C. Debtor's Motion Authorizing Use of Cash Collateral [Doc. 2]

26.     In order to effectively reorganize, Curepoint must have access to cash to pay operating expenses of its business. In particular, Curepoint must be able to pay employee wages and benefits, utilities, and vendor invoices. Should Curepoint's cash flow be restrained, it will likely suffer irreparable harm from loss of employee morale and employee attrition and loss of customers. In addition, if Curepoint is unable to pay insurance and property taxes, its business will be at significant risk of loss and might be unable to continue to operate. Curepoint's continued access to and authority to use cash collateral is critical to its ability to effectively reorganize.

27.     As the Curepoint Designated Manager for the purposes of this Chapter 11 filing, and based upon my knowledge of Curepoint's operations, it is my opinion that Curepoint can effectively reorganize if it is permitted to continue to access and use cash collateral under the terms set forth in the Proposed Interim Order Authorizing Use of Cash Collateral during the pendency of this case.

28. The maintenance expenses requested in the 4-week budget are for Elekta, who is always on call for service and repair of the radiation machines. Curepoint treats cancer patients daily, and simply cannot afford for the machines to be inoperative.

29. Radiation Business Solutions, Inc., which owns a 4.99% stake in Curepoint, will be paid 5% of self-paid individual patients under the proposed 4-week budget for billing and coding

services provided. Without a billing and coding department, Curepoint would be severely limited in its ability to operate its business.

Dated: August 24, 2022

_____
Phillip Miles, Designated Manager
for Curepoint, LLC Ch 11 case