# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **CUREPOINT, LLC** | ) CHAPTER 11 |
| | ) |
| Debtor. | ) CASE NO. 22-56501-jwc |
| | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Francesca Macchiaverna and Taylor L. Dove of the firm Hunter, Maclean, Exley & Dunn, P.C. will represent the interests of **Diverse Capital, LLC, PointOne Capital and Premium Merchant Funding 18, LLC** in this matter. The undersigned request that their names shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for Spin Capital, LLC as follows:

Francesca Macchiaverna
Taylor L. Dove
Hunter, Maclean, Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412
fmacchiaverna@huntermaclean.com
tdove@huntermaclean.com

This 29th day of August, 2022.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

*/s/ Taylor L. Dove*

| | |
|---|---|
| 200 E. Saint Julian Street | Francesca Macchiaverna, Esq. |
| Post Office Box 9848 | Georgia Bar No. 462924 |
| Savannah, GA 31412-0048 | Taylor L. Dove |
| Telephone: (912) 236-0261 | Georgia Bar No. 993210 |
| Email: tdove@huntermaclean.com | |

4882-1656-5296 v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** upon all parties of record to this matter via the CM/ECF system which will send a notice of electronic filing.

This <u>29th</u> day of August, 2022.

                                        HUNTER, MACLEAN, EXLEY & DUNN, P.C.

                                        */s/ Taylor L. Dove*
                                        Taylor L. Dove
                                        Georgia Bar No. 993210

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Email: tdove@huntermaclean.com

4882-1656-5296 v1