UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Curepoint, LLC | CASE NO: 22-56501<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 9/2/2022, I did cause a copy of the following documents, described below,

Docket No. 25

Docket No. 24

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/2/2022

/s/ Will Geer
Will Geer  940493

Rountree, Leitman, Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329
678 587 8740
swenger@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 22-56501 |
| Curepoint, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 9/2/2022, a copy of the following documents, described below,

Docket No. 25

Docket No. 24

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/2/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will Geer
Rountree, Leitman, Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUE TO AN UNDELIVERABLE ADDRESS,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| UNITED STATES ATTORNEY<br>ATTENTION: CIVIL PROCESS CLERK<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GEORGIA 30303-3309 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | ATTORNEY GENERAL OF THE UNITED STATES<br>C/O MERRICK GARLAND<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON D.C. 20530-0001 |
| SECRETARY OF THE TREASURY<br>15TH & PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20200 | INTERNAL REVENUE SERVICE<br>401 W. PEACHTREE STREET N.W.<br>STOP 334-D<br>ATLANTA GA 30308 | DEPARTMENT OF JUSTICE TAX DIVISION.<br>CIVIL TRIAL SECTION SOUTHERN REGION<br>P. O. BOX 14198<br>BEN FRANKLIN STATION<br>WASHINGTON D. C. 20044 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>C/O DISTRICT DIRECTOR TERRI DENISON<br>233 PEACHTREE ST. NE. SUITE 300<br>ATLANTA GA 30303 | U. S. SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION SUITE 900<br>950 EAST PACES FERRY ROAD NE<br>ATLANTA GA 30326-1382 | NFG ADVANCE LLC<br>1308 KINGS HWY<br>BROOKLYN NY 11229 |
| BRIAN P. HALL ESQ.<br>COUNSEL FOR AMOA FINANCE LLC<br>SMITH GAMBRELL & RUSSELL LLP<br>1105 W. PEACHTREE STREET N.E. SUITE 1000<br>ATLANTA GA 30309 | DAVID A. GARLAND<br>COUNSEL FOR LAFAYETTE BANK<br>MOORE CLARKE DUVALL & RODGERS P.C.<br>2829 OLD DAWSON ROAD (31707)<br>POST OFFICE DRAWER 71727<br>ALBANY GEORGIA 31708-1727 | LESLIE M. PINEYRO<br>COUNSEL FOR ARVEST EQUIPMENT FINANCE<br>JONES & WALDEN LLC<br>699 PIEDMONT AVENUE NE<br>ATLANTA GEORGIA 30308 |
| JOHN MICHAEL LEVENGOOD<br>COUNSEL FOR DR. MARK MCCORD<br>LAW OFFICE OF J. MICHAEL LEVENGOOD LLC<br>150 S. PERRY ST. SUITE 208<br>LAWRENCEVILLE GA 30046 | CLG SERVICING LLC<br>C/O THE LLC THE REGISTERED AGENT<br>1433 HOOPER AVENUE SUITE 200<br>TOMS RIVER NJ 08753 | FIRST LIBERTY BUILDING & LOAN LLC<br>C/O KEITH LOG REGISTERED AGENT<br>3423 WEYMOUTH COURT<br>MARIETTA GA 30062 |
| PARKVIEW ADVANCE LLC<br>C/O REGISTERED AGENT THE LLC<br>25 ROBERT PITT DRIVE SUITE 204<br>MONSEY NY 10952 | POINTONE CAPITAL LLC<br>C/O REGISTERED AGENTS INC.<br>90 STATE STREET SUITE 700 OFFICE 40<br>ALBANY NY 12207 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| GEORGIA DEPARTMENT OF LABOR<br>C/O MARK BUTLER LABOR COMMISSIONER<br>148 ANDREW YOUNG INTER. BLVD ROOM 738<br>ATLANTA GA 30303-0000 | ALDER OPPORTUNITY LP<br>C/O MARNA L FRIEDMAN REGISTERED AGENT<br>3405 DALLAS HIGHWAY SUITE 827<br>MARIETTA GA 30064 | BANKERS HEALTHCARE GROUP LLC<br>C/O CRAWFORD ALBERT REGISTERED AGENT<br>10234 W. STATE ROAD 84<br>DAVIE FL 33324 |
| PLEXE LLC<br>C/O THE CORPORATION TRUST COMPANY REGISTERED AGENT<br>CORPORATION TRUST CENTER<br>1209 ORANGE ST.<br>WILMINGTON DE 19801 | U.S. TRUSTEE<br>ROOM 362<br>C/O LINDSAY KOLBA<br>75 TED TURNER DRIVE SW<br>ATLANTA GEORGIA 30303 | U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID ST.<br>MARSHALL MN 56258 |
| FRANCESCA MACCHIAVERNA<br>TAYLOR L. DOVE<br>HUNTER MACLEAN EXLEY & DUNN P.C.<br>P.O. BOX 9848<br>SAVANNAH GA 31412 | ZEN CAPITAL LLC<br>TALBOT TREVOR<br>602 NE 38TH ST<br>OAKLAND PARK FL 33334 | CITY CAPITAL NY LLC<br>C/O REGISTERED AGENTS INC.<br>90 STATE STREET SUITE 700 OFFICE 40<br>ALBANY NY 12207 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL, US/POSTAL CARD ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

CLICK CAPITAL GROUP LLC              MED DIRECT CAPITAL LLC              JOHN G. MCCULLOUGH ALDRIDGE PITE LLP
C/O REGISTERED AGENTS INC.           C/O IGNATOWICH MARISSA              3575 PIEDMONT ROAD NE SUITE 500
7901 4TH ST N STE 300                1075 ANCHOR PT                      ATLANTA GEORGIA 30305
ST. PETERSBURG FL 33702              DELRAY BEACH FL 33444




TODD EUGENE HENNINGS
CHAPTER 11 SUBCHAPTER V TRUSTEE
MACEY WILENSKY & HENNINGS LLP
5500 INTERSTATE NORTH PARKWAY SUITE 435
LABSANDY SPRINGS GA 30328
```