**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: : | |
| : | CASE NO.   22-56501-jwc |
| CUREPOINT, LLC : | |
| : | |
| Debtor. : | CHAPTER 11 |
| : | |
| : | JUDGE JEFFERY W. CAVENDER |
| _____: | |

**NOTICE OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to Bankruptcy Rule 9010(b), the undersigned firm of The Wachter Law Firm, hereby enters its appearance as counsel in this case on behalf of First Liberty Capital Partners, LLC and further requests service of all papers pursuant to Bankruptcy Rule 2002 at the following address, including notices under Rule 2002(I) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or to their authorized agents, and that the undersigned be added to the master mailing list in these cases:

Fred B. Wachter, Esq.
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, Georgia 30328

All parties in interest are hereby put on notice that the aforementioned creditor is represented by the undersigned and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other filings made in the above-styled cases, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

[Signature continued on next page]

This 8th day of September, 2022.

                                                  Respectfully submitted,

                                                  /s/ Fred B. Wachter
                                                  FRED B. WACHTER
Attorney for
First Liberty Capital Partners, LLC
Georgia Bar No. 729215
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, Georgia 30328
770.973.1100
fbwachter@wachterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS upon all parties of record to this matter via the CM/ECF system which will send a notice of electronic filing.

This 8th day of September, 2022.

/s/ Fred B. Wachter
FRED B. WACHTER
Attorney for
First Liberty Capital Partners, LLC
Georgia Bar No. 729215
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, Georgia 30328
770.973.1100
fbwachter@wachterlaw.com