**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___      (State)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .....................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................   $ _1,921,519.78_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................   $ _1,921,519.78_

---

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................   $ _6,174,000.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................   +$ _5,610,000.00_

4. **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b   $ _11,784,000.00_

**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newtek Small Business Finance 4800 T-Rex Avenue Suite 120 Boca Raton, FL, 33431 | | Business Guarantee | | | | 3,500,000.00 |
| 2 | Mark McCord 2007 Breckinridge Lane Alpharetta, GA, 30005 | | Indemnification | | | | 840,000.00 |
| 3 | Alder Opportunity LP 300 Galleria PKWY # 600 Atlanta, GA, 30339 | | | | | | 550,000.00 |
| 4 | Click Capital Group, LLC 7901 4th St N. Ste 300 Saint Petersburg, FL, 33702 | | Business Guarantee | Disputed | | | 420,000.00 |
| 5 | Premium Merchant Funding, LLC. 40 Wall St. 5th Floor New York, NY, 10005 | | Business Guarantee | Disputed | | | 200,000.00 |
| 6 | Zen Capital 3131 NE 7th Miami, FL, 33137 | | Business Guarantee | Disputed | | | 100,000.00 |
| 7 | Georgia Department of Revenue ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 0.00 |
| 8 | Georgia Department of Labor 148 Andrew Young Inter. Blvd Room 738 Atlanta, GA, 30303-0000 | | Taxes & Other Government Units | | | | 0.00 |

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
| --- | --- | --- | --- |
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Internal Revenue Service CIO P.O. Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name    Curepoint, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  22-56501

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Synovus | Checking | 8 4 3 1 | $ 78,225.00 |
| 3.2. | See continuation sheet | | | $ 4,999.25 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 83,224.25

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Curepoint, LLC
_____    Case number (if known) 22-56501
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    235,429.00 __ 0.00 = ........→    $ 335,429.00
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    162,615.00 __ 12,748.47 = ........→    $ 149,866.53
face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 485,295.53

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor   Curepoint, LLC
         _____
         Name

Case number (*if known*)_____
22-56501

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment**  (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor   Curepoint, LLC
_____   Case number (if known) 22-56501
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furniture and Fixtures | $ 552.00 | _____ | $ 5,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Servers, Copiers & Other Equipment | $ 688,195.00 | _____ | $ 50,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 55,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Curepoint, LLC
            Name
                                                                    Case number *(if known)* 22-56501

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 2,527,408.00 | _____ | $ 1,298,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 1,298,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

Debtor    Curepoint, LLC                                                    22-56501
_____    Case number (if known)_____
         Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Curepoint Radiation Center | Lease | $ 0.00 | _____ | $ Unknown |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Curepoint, LLC
Name    Case number *(if known)* 22-56501

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____  _____ — _____  = ➜  $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | Tax year | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____  $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____  $_____
Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
Certificate of Need    $ Unknown
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    Curepoint, LLC                                                                    22-56501
          Name                                                                    Case number *(if known)*

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 83,224.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 485,295.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 55,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,298,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,921,519.78 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...... 1,921,519.78 ...........................................    $ 1,921,519.78

| Debtor 1 | Curepoint, LLC | | | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)*_____ 22-56501

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Synovus | Checking | 7944 |
| Balance: 1.30 | | |
| Synovus | Savings | 7951 |
| Balance: 4,692.75 | | |
| Chase Bank | Checking | 3915 |
| Balance: 305.20 | | |
| Synovus | Checking | 9546 |
| Balance: 0.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Furniture & Fixtures | 1.00 | Straight Line | 2,000.00 |
| Linear Accelerator | 1,950,000.00 | Straight Line | 650,000.00 |
| Machine Upgrade | 63,334.00 | Straight Line | 50,000.00 |
| CT Machine | 78,500.00 | Straight Line | 120,000.00 |
| Vault Upgrades | 108,651.00 | Straight Line | 105,000.00 |
| RS&A- Machinery & Equipment | 50,613.00 | | 15,000.00 |
| Elekta Infinity Linac | 34,300.00 | | 0.00 |
| SunNuclear | 16,429.00 | | 4,000.00 |
| Vault- Dublin Co | 33,469.00 | | 7,000.00 |
| Vault- Dublin Co | 94,157.00 | | 25,000.00 |
| Mosaiq | 14,079.00 | | 25,000.00 |
| Mosaiq | 78,079.00 | | 40,000.00 |
| GA Power- Out of Ration Costs | 5,796.00 | | 5,000.00 |
| Mosaiq | 0.00 | | 250,000.00 |

**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| AMOA Finance LLC. | Linear Accelerator | $ 594,000.00 | $ 650,000.00 |

**Creditor's mailing address**

3330 Preston Ridge RD
Alpharetta, GA 30005

**Creditor's email address, if known**

_____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Arvest Equipment Finance | | $720,000.00 | $600,000.00 |

**Creditor's mailing address**

PO Box 11110
Fort Smith, AR 72745

**Creditor's email address, if known**

_____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** ___11/01/2021___
**Last 4 digits of account number** ___3699___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,174,000.00

Debtor    Curepoint, LLC                                                     22-56501
          _____          Case number _(if known)_ _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
CLG Servicing, LLC.

Describe debtor's property that is subject to a lien

$810,000.00        $ 0.00

Creditor's mailing address

1433 Hooper Avenue
Toms River, NJ 08753

Creditor's email address, if known

_____

Date debt was incurred    04/28/2022
Last 4 digits of account number    _____

Describe the lien
Agreement you made

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
First Liberty Building and Loan

Describe debtor's property that is subject to a lien

$2,500,000.00        $ 0.00

Creditor's mailing address

PO Box 2567
Newnan, GA 30264

Creditor's email address, if known

_____

Date debt was incurred    11/22/2019
Last 4 digits of account number    _____

Describe the lien
Agreement you made

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor    Curepoint, LLC
    Name

Case number *(if known)*    22-56501

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
Lafayette Bank

**Describe debtor's property that is subject to a lien**

$850,000.00          $600,000.00

**Creditor's mailing address**

340 West Main Street
Mayo, FL 32066

**Creditor's email address, if known**

**Date debt was incurred**    12/31/2021
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
NFG Advance, LLC

**Describe debtor's property that is subject to a lien**

$100,000.00          $0.00

**Creditor's mailing address**

1308 KINGS HWY
Brooklyn, NY 11229

**Creditor's email address, if known**

**Date debt was incurred**    05/03/2022
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _3_ of _6_

Debtor   Curepoint, LLC
_____
Name

Case number (if known)   22-56501

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**   Creditor's name
Parkview Advance
_____

**Describe debtor's property that is subject to a lien**

$250,000.00   $0.00

Creditor's mailing address
_____
400 Main Street
Stamford, CT 06901
_____

Creditor's email address, if known
_____

Date debt was incurred   06/08/2022
Last 4 digits of account number _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.8**   Creditor's name
PointOne Capital, LLC
_____

**Describe debtor's property that is subject to a lien**

$200,000.00   $0.00

Creditor's mailing address
_____
90 STATE STREET, SUITE 700
Office 40, Albany, NY 12207
_____

Creditor's email address, if known
_____

Date debt was incurred   07/11/2022
Last 4 digits of account number _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Curepoint, LLC _____    Case number (if known)__22-56501__
                Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
US Small Business Administration

**Describe debtor's property that is subject to a lien**

$150,000.00        $0.00

Creditor's mailing address

233 Peachtree St. NE., Suite 300
Atlanta, GA 30303

Creditor's email address, if known
_____

Date debt was incurred    07/01/2020
Last 4 digits of account number    4948

**Describe the lien**
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name
_____

**Describe debtor's property that is subject to a lien**

$_____        $_____

Creditor's mailing address

_____
_____

Creditor's email address, if known
_____

Date debt was incurred    _____
Last 4 digits of account number    _____

**Describe the lien**
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Curepoint, LLC | | Case number *(if known)* | 22-56501 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Curepoint, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 22-56501 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA, 30303-0000 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Georgia Department of Revenue<br>ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100<br><br>Atlanta, GA, 30345 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>CIO<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
Alder Opportunity LP
300 Galleria PKWY
# 600
Atlanta, GA, 30339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Amount of claim**   $ 550,000.00

Date or dates debt was incurred    01/17/2020

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL, 33702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Business Guarantee

**Amount of claim**   $ 420,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
Mark McCord
2007 Breckinridge Lane

Alpharetta, GA, 30005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Indemnification

**Amount of claim**   $ 840,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**
Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL, 33431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Business Guarantee

**Amount of claim**   $ 3,500,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**
Premium Merchant Funding, LLC.
40 Wall St. 5th Floor

New York, NY, 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Business Guarantee

**Amount of claim**   $ 200,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**
Zen Capital
3131 NE 7th

Miami, FL, 33137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Business Guarantee

**Amount of claim**   $ 100,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Surepoint, LLC

Name

Case number *(if Known)*  22-56501

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.1. | Tom Barton<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA, 30046 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  Surepoint, LLC
        _____    Case number (if known) 22-56501
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,610,000.00 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 5,610,000.00 |

**Fill in this information to identify the case:**

Debtor name  Curepoint, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  22-56501          Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Curepoint Radiation Center Lessee | Curepoint Dublin, LLC c/o Michael Miles 300 Hayward Lane Alpharetta, GA, 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | US Bank, N.A. 6730 VIP Parkway Syracuse , NY, 13211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Curepoint, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __22-56501__

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Premium Merchant Funding | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | PointOne Capital, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 Zeroholding OKC | | Click Capital Group, LLC | ☐ D<br>☒ E/F<br>☐ G |

Debtor    Curepoint, LLC
_____
Name

Case number *(if known)*___22-56501___

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**7** | JCFJR Holdings, LLC | JCFJR Holdings, LLC<br>170 Meeting Street<br>Suite 501<br>Charleston, SC 29401 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**8** | Radiation Oncology Center | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**9** | Z.E.R.O. Holding Co., LLC | Z.E.R.O. Holding Co., LLC<br>2132 JACKSON PKWY<br>Atlanta, GA 30318 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**10** | Michael Miles | | PointOne Capital, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.**11** | Sterling Capital Group, LLC | Sterling Capital Group, LLC<br>250 PHARR ROAD<br>Suite 212<br>Atlanta, GA 30305 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.**12** | MMI Educational Technologies, LLC | MMI Educational Technologies, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**13** | Curepoint Holdings LLC | Curepoint Holdings LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**14** | Eyewonder, Inc. | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Curepoint, LLC
_____    Case number (*if known*)_ 22-56501
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 MEC Capital, Inc. | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 Alpharetta Weightloss & Counseling, LLC | Alpharetta Weightloss & Counseling, LLC<br>3333 Old Milton Parkway<br>Suite 200<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.18 The Locklear Company | The Locklear Company<br>3180 Mathieson Drive<br>Suite 712<br>Atlanta, GA 30305 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 HST, Inc. | | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 Medical Management Institute, Inc. | Medical Management Institute, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 Brown Business Development, LLC | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 Wallace Family Enterprise, LLC | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Curepoint, LLC | Case number *(if known)* 22-56501 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Zerorez | | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.24 | ZFS Inc. | | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.25 | ZFS Inc Oklahoma | | Click Capital Group, LLC | ☐ D ☐ E/F ☐ G |
| 2.26 | AOA Cares Inc. | AOA Cares Inc. 3330 PRESTON RIDGE ROAD Suite 300 Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.27 | 3333 Old Milton Hyperbaric, LLC | 3333 Old Milton Hyperbaric, LLC 3333 Old Milton Parkway Suite 360 Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.28 | 3333 Physical Therapy, LLC | 3333 Physical Therapy, LLC 3333 Old Milton Parkway Suite 180 Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.29 | AM Terminal Holding, LLC | AM Terminal Holding, LLC 189 American Grain St East Saint Louis, IL 62206 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.30 | AOA-AMC, LLC | AOA-AMC, LLC 3330 Preston Ridge Road Suite 300 Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |

Debtor    Curepoint, LLC
_____    Case number (*if known*) 22-56501
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | DTL Investments, LLC | DTL Investments, LLC<br>8950 BROCKHAM WAY<br>Alpharetta, GA 30022-5882 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 | Innovative Business Practices, Inc. | Innovative Business Practices, Inc.<br>8950 BROCKHAM WAY<br>Alpharetta, GA 30022-5882 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.33 | Knowledge Republic Holdings, LLC | Knowledge Republic Holdings, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.34 | Los Locos Amigos Cantina, LLC | Los Locos Amigos Cantina, LLC<br>1030 BROADWAY<br>Columbus, GA 31901 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | MRT Acquisition, LLC | MRT Acquisition, LLC<br>2813 HIGHWAY 64<br>Apex, NC 27502 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | PRSOG LLC | PRSOG LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Curepoint, LLC | Case number *(if known)* 22-56501 |
|---|---|---|
| | Name | |

---

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**39** | The Locklear Company | The Locklear Company<br>3180 Mathienson Drive<br>Suite 712<br>Atlanta, GA 30305 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**40** | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**41** | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Premium Merchant Funding, LLC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.**42** | Mittere, Inc. | Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.**43** | Schorr Line Enterprises, Inc. | Schorr Line Enterprises, Inc.<br>3955 Brookline Drive<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**44** | City of Atlanta Fund, LLC | City of Atlanta Fund, LLC<br>2520 Northwinds Parkway<br>Suite 285<br>Alpharetta, GA 30009 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**45** | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**46** | Junior Raiders Baseball, Inc. | Junior Raiders Baseball, Inc.<br>PO Box 3206<br>Alpharetta, GA 30023-3206 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Curepoint, LLC
_____    Case number (if known)_ 22-56501
Name

| | | |
|---|---|---|
| ██ | **Additional Page if Debtor Has More Codebtors** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Mills Floral Co. | Mills Floral Co.<br>4550 PEACHTREE LAKES DR<br>Duluth, GA 30096-3092 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | Milo Sussex, LLC | Milo Sussex, LLC<br>3180 Mathieson Drive<br>Suite 712<br>Atlanta, GA 30305 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | PRSOG LLC | PRSOG LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.50 | HST, Inc. | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | Water Machine, LLC | Water Machine, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | Physician Financial Partners, LLC | Physician Financial Partners, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.54 | Dooley Investment Holdings | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Curepoint, LLC | | Case number (if known) | 22-56501 |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="5" style="background:black"></td><td><b>Additional Page if Debtor Has More Codebtors</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.55 ZFS Inc Nashville | | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |
| 2.56 ZFS Inc Huntsville | | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |
| 2.57 IBS of America | | Click Capital Group, LLC | ☐ D ☐ E/F ☐ G |
| 2.58 Intelligent Network Solutions, Inc. | Intelligent Network Solutions, Inc. 2520 Northwinds Parkway Suite 285 Alpharetta, GA 30009 | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |
| 2.59 Kinetic Subsidiary, Inc. | Kinetic Subsidiary, Inc. 250 PHARR ROAD Suite 212 Atlanta, GA 30305 | Zen Capital | ☐ D ☒ E/F ☐ G |
| 2.60 Zero Holding | | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |
| 2.61 Mittere Inc. | Mittere Inc. 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |
| 2.62 Phillip Miles | Phillip Miles 300 Hayward Lane Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☒ E/F ☐ G |

Debtor   Curepoint, LLC
         Name                                                              Case number (if known) 22-56501

| | |
|---|---|
| ▉ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**63** Zeroholdings, LLC | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**64** RJJ Capital, Inc. | RJJ Capital, Inc.<br>2757 GROVE ST NE<br>Atlanta, GA 30319 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**United States Bankruptcy Court**

**IN RE:**                                          Case No. <u>22-56501</u>

<u>Curepoint, LLC</u>                              Chapter <u>11</u>

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Physician Financial Partners<br>11175 Cicero Drive STE 100, Alpharetta, GA 30022 | 95.01 | Managing member |
| Radiation Business Solutions, Inc.<br>1044 Jackson Felts Rd. Joelton, TN 37080 | 4.99 | Limited partner |

**Fill in this information to identify the case and this filing:**

Debtor Name _____Curepoint, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): _____22-56501_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/09/2022___          ✖ /s/ Phillip Miles
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                          Phillip Miles
                          Printed name

                          Designated Manager
                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,661,659.00 |
   | **For prior year:** | From 01/01/2021<br><sub>MM / DD / YYYY</sub> to | 12/31/2021<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 4,169,185.00 |
   | **For the year before that:** | From 01/01/2020<br><sub>MM / DD / YYYY</sub> to | 12/31/2020<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 4,045,623.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From ___<br><sub>MM / DD / YYYY</sub> to | Filing date | _____ | $ _____ |
   | **For prior year:** | From ___<br><sub>MM / DD / YYYY</sub> to | ___<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
   | **For the year before that:** | From ___<br><sub>MM / DD / YYYY</sub> to | ___<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |

Debtor  Curepoint, LLC
_____
Name

Case number *(if known)* 22-56501
_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Arvest Equipment Finance<br>Creditor's name<br>PO Box 11110<br>Fort Smith, AR 72745 | 6/16/22<br>6/1/22 | $ 27,184.96 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | CLG Servicing, LLC.<br>Creditor's name<br>1433 Hooper Avenue<br>Toms River, NJ 08753 | 6/30/22<br>5/31/22 | $ 71,597.70 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

| Debtor | Curepoint, LLC | | Case number *(if known)* | 22-56501 |
|---|---|---|---|---|
| | Name | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AMOA Finance, LLC, Et al. vs. CurePoint, LLC | Contract/Account | Fulton County Superior Court | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** 2018-CV-303289 | | | |
| 7.2. | Mark McCord vs CurePoint | Damages | Fulton County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 2019-CV-330824 | | | |

Debtor      Curepoint, LLC
_____        Case number (*if known*) 22-56501
            Name                                                                          _____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
|      Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
|      Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Curepoint, LLC
_____   Case number *(if known)*  22-56501
Name                                                              _____

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree, Leitman, Klein & Geer, LLC | | 08/2022 | $ 20,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | | | |
| | **Email or website address** wgeer@rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    Curepoint, LLC
_____    Case number (if known) 22-56501
Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | PointOne Capital | | _____ | $ 5,749.00 |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $ _____ |
| | _____ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

Debtor    Curepoint, LLC
          _____                    Case number (if known) 22-56501
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Curepoint Radiation Center <br> _____ <br> Facility name | Radiation Oncology Clinic | _____ |
| | 2406 Bellevue Road <br> Suite 7 <br> Dublin, GA 31021 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> Server | **How are records kept?** <br><br> *Check all that apply:* <br> ☑ Electronically <br> ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Medical and Personal Information

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 7

Debtor    Curepoint, LLC
_____
Name

Case number *(if known)* 22-56501

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

Debtor    Curepoint, LLC
_____
Name

Case number (if known) 22-56501
_____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name<br>_____ | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Curepoint, LLC
_____    Case number *(if known)* 22-56501
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |

---

Debtor    Curepoint, LLC
_____
Name

Case number *(if known)*  22-56501
_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | |

---

Debtor      Curepoint, LLC
            _____          Case number (*if known*) 22-56501
            Name                                                       _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Newtek Small Business Finance
        _____
        Name
        4800 T-Rex Avenue Suite 120, Boca Raton, FL 33431

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

Debtor    Curepoint, LLC
_____
Name

Case number (if known) 22-56501
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
       Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Physician Financial Partners | 11175 Cicero Drive STE 100, Alpharetta, GA 30022 | holding company | 95.01 |
| Radiation Business Solutions, Inc. | 1044 Jackson Felts Rd. Joelton, TN 37080 | | 4.99 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Radiation Business Solutions | 167,748.71 | _____ | |
| Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Billing Processor | | | |

Debtor  Curepoint, LLC
_____
Name

Case number *(if known)* 22-56501
_____

| | | |
|---|---|---|
| **Name and address of recipient** | 72,115.50 | _____ |
| 30.2  Michael Miles | | _____ |
| Name | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| Employee | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| American Professional Associates | EIN: 84-1708057 |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/09/2022
                     MM  / DD  / YYYY

✗  /s/ Phillip Miles
_____
Signature of individual signing on behalf of the debtor

Printed name   Phillip Miles
_____

Position or relationship to debtor   Designated Manager
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name      Curepoint, LLC                                           Case number *(if known)*    22-56501

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Alder Opportunity LP, 300 Galleria PKWY # 600, Atlanta, GA 30339 | $74,280.05 | Other |
| Lafayette Bank, 340 West Main Street, Mayo, FL 32066 | $45,991.65 | Secured debt |
| American Small Business Resources, | $17,000.00 | |
| CDG, | $24,000.00 | |
| Culhane Meadows PLLC, | $50,000.00 | |
| Innovatum Capital Partners LLC, | $10,000.00 | |
| Medical and Pharmacy Legal, | $10,000.00 | |
| OnDeck Capital, | $13,666.04 | |
| Plexe, LLC, | $85,422.85 | |
| World Business Solutions, | $7,865.00 | |

**7) Legal Actions**

Knox, Et al. vs American Professional Associates vs. CurePoint, Et al.

2018-CV-301737 & 1:19-CV-04890-WMR

Employment/Wages

Fulton County Superior Court

Concluded

-------

AMOA Finance vs CurePoint

2021-CV-353534

Contract/Account

Fulton County Superior Court

Pending

-------

Georgia Patient Preservation Note Holder, LLC vs. CurePoint, LLC, Et al.

Debtor Name ___Curepoint, LLC_____     Case number *(if known)*___22-56501____

## Continuation Sheet for Official Form 207

**19-CG-0026-JH**

**Contract**

**Laurens County Superior Court**

**Concluded**

**-------**

**AbbVie vs. Atlanta Oncology Associates v. CurePoint**

**19-EV-001519**

**Account**

**Fulton County State Court**

**Concluded**

**-------**

**Mark McCord vs. PFP Et al**

**-------**

**Mark McCord vs CurePoint**

**-------**

**17) Pension Contributions**

| | | |
|---|---|---|
| **American Professional Associates** | **84-1708057** | **Terminated** |

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Physicians Financial Partners, LLC**

**11175 Cicero Drive**
**Suite 100**
**Alpharetta, GA 30022**

**Amount of money or description: $16,000.00**

**Dates: - , - , -**

**Reason:**

**---**

**Name and Address:**

**Jamila Dadabhoy**

Debtor Name ___Curepoint, LLC_____          Case number *(if known)*___22-56501_____

## Continuation Sheet for Official Form 207

**Amount of money or description: $102,408.48**

**Dates:  − ,  − ,  −**

**Reason:**

**---**

**SOFA 4 Attachment**

| Date | Amount Transferred | Entity | |
|---|---|---|---|
| 08/19/2021 | $13,000.00 | Mittere, Inc. | Incoming Funds |
| 08/20/2021 | $2,800.00 | Mittere, Inc. | (Outgoing Funds) |
| 08/23/2021 | $4,500.00 | Mittere, Inc. | |
| 08/23/2021 | $3,000.00 | Mittere, Inc. | |
| 08/24/2021 | $8,500.00 | Mittere, Inc. | |
| 08/25/2021 | ($4,000.00) | MEC Capital, Inc. | |
| 08/26/2021 | ($2,700.00) | MEC Capital, Inc. | |
| 08/26/2021 | ($50,000.00) | Northwinds Leasing, LLC | |
| 08/26/2021 | ($1,000.00) | Northwinds Leasing, LLC | |
| 08/27/2021 | ($10,000.00) | Mittere, Inc. | |
| 08/27/2021 | ($2,000.00) | Mittere, Inc. | |
| 08/27/2021 | ($2,000.00) | Northwinds Leasing, LLC | |
| 08/30/2021 | ($7,600.00) | Mittere, Inc. | |
| 08/31/2021 | ($5,900.00) | MEC Capital, Inc. | |
| 08/31/2021 | ($17,700.00) | Mittere, Inc. | |
| 09/01/2021 | $790,000.00 | Northwinds Leasing, LLC | |
| 09/02/2021 | ($31,000.00) | Mittere, Inc. | |
| 09/03/2021 | ($21,600.00) | Mittere, Inc. | |
| 09/07/2021 | ($8,000.00) | Mittere, Inc. | |
| 09/08/2021 | ($23,800.00) | Mittere, Inc. | |
| 09/09/2021 | ($7,000.00) | Mittere, Inc. | |
| 09/10/2021 | ($75,000.00) | Mittere, Inc. | |
| 09/13/2021 | ($2,500.00) | MEC Capital, Inc. | |
| 09/13/2021 | ($8,500.00) | Mittere, Inc. | |
| 09/14/2021 | ($8,000.00) | Mittere, Inc. | |
| 09/15/2021 | ($4,000.00) | MEC Capital, Inc. | |
| 09/15/2021 | ($8,500.00) | Mittere, Inc. | |
| 09/16/2021 | ($10,000.00) | Mittere, Inc. | |
| 09/17/2021 | ($5,000.00) | MEC Capital, Inc. | |
| 09/17/2021 | ($11,000.00) | Mittere, Inc. | |
| 09/20/2021 | ($5,000.00) | MEC Capital, Inc. | |
| 09/20/2021 | ($10,500.00) | Mittere, Inc. | |
| 09/21/2021 | ($10,000.00) | Mittere, Inc. | |
| 09/22/2021 | ($3,500.00) | MEC Capital, Inc. | |
| 09/22/2021 | ($19,000.00) | Mittere, Inc. | |
| 09/23/2021 | ($30,000.00) | Mittere, Inc. | |
| 09/24/2021 | ($8,500.00) | MEC Capital, Inc. | |
| 09/24/2021 | ($17,500.00) | Mittere, Inc. | |
| 09/27/2021 | ($10,000.00) | Mittere, Inc. | |
| 09/28/2021 | ($1,000.00) | Mittere, Inc. | |
| 09/28/2021 | ($16,000.00) | Mittere, Inc. | |
| 09/29/2021 | ($17,000.00) | Mittere, Inc. | |
| 09/30/2021 | ($20,000.00) | Mittere, Inc. | |
| 10/04/2021 | ($3,900.00) | MEC Capital, Inc. | |

| Date | Amount | Payee |
|---|---|---|
| 10/04/2021 | ($39,000.00) | Mittere, Inc. |
| 10/06/2021 | ($6,000.00) | Mittere, Inc. |
| 10/06/2021 | ($15,000.00) | Northwinds Leasing, LLC |
| 10/15/2021 | $25,000.00 | Mittere, Inc. |
| 10/19/2021 | $2,500.00 | Mittere, Inc. |
| 10/25/2021 | ($4,100.00) | MEC Capital, Inc. |
| 10/25/2021 | ($4,000.00) | Mittere, Inc. |
| 10/26/2021 | ($5,000.00) | Mittere, Inc. |
| 10/27/2021 | ($3,300.00) | MEC Capital, Inc. |
| 10/27/2021 | ($9,300.00) | Mittere, Inc. |
| 10/28/2021 | ($12,000.00) | Mittere, Inc. |
| 10/29/2021 | ($10,000.00) | MEC Capital, Inc. |
| 10/29/2021 | ($13,000.00) | Mittere, Inc. |
| 10/29/2021 | ($8,000.00) | Physician Financial Partners, LLC |
| 11/01/2021 | ($5,000.00) | MEC Capital, Inc. |
| 11/01/2021 | ($15,000.00) | Mittere, Inc. |
| 11/01/2021 | ($32,768.28) | Northwinds Leasing, LLC |
| 11/02/2021 | ($11,000.00) | Mittere, Inc. |
| 11/03/2021 | ($11,000.00) | Mittere, Inc. |
| 11/05/2021 | ($16,000.00) | Mittere, Inc. |
| 11/10/2021 | $32,000.00 | Mittere, Inc. |
| 11/12/2021 | $20,000.00 | Mittere, Inc. |
| 11/15/2021 | $4,000.00 | Mittere, Inc. |
| 11/16/2021 | $8,000.00 | Mittere, Inc. |
| 11/17/2021 | ($5,000.00) | MEC Capital, Inc. |
| 11/22/2021 | ($2,600.00) | MEC Capital, Inc. |
| 11/22/2021 | ($60,000.00) | Mittere, Inc. |
| 11/22/2021 | ($2,500.00) | Northwinds Leasing, LLC |
| 11/23/2021 | ($6,500.00) | MEC Capital, Inc. |
| 11/23/2021 | ($15,500.00) | Mittere, Inc. |
| 11/24/2021 | ($16,500.00) | Mittere, Inc. |
| 11/26/2021 | ($2,600.00) | MEC Capital, Inc. |
| 11/26/2021 | ($25,300.00) | Mittere, Inc. |
| 11/29/2021 | ($17,000.00) | Mittere, Inc. |
| 12/01/2021 | $34,000.00 | Mittere, Inc. |
| 12/01/2021 | ($32,768.28) | Northwinds Leasing, LLC |
| 12/02/2021 | $250.00 | Mittere, Inc. |
| 12/02/2021 | $44,000.00 | Mittere, Inc. |
| 12/03/2021 | $65,000.00 | Northwinds Leasing, LLC |
| 12/09/2021 | $11,000.00 | Northwinds Leasing, LLC |
| 12/13/2021 | $22,000.00 | Northwinds Leasing, LLC |
| 12/14/2021 | $1,300.00 | Mittere, Inc. |
| 12/14/2021 | $33,000.00 | Northwinds Leasing, LLC |
| 12/15/2021 | ($6,500.00) | Mittere, Inc. |
| 12/15/2021 | $100,000.00 | Northwinds Leasing, LLC |
| 12/28/2021 | $15,000.00 | Northwinds Leasing, LLC |
| 12/29/2021 | $18,000.00 | Northwinds Leasing, LLC |

| Date | Amount | Payee |
|---|---|---|
| 12/30/2021 | $115,000.00 | Northwinds Leasing, LLC |
| 12/31/2021 | $75,000.00 | Northwinds Leasing, LLC |
| 1/3/2022 | $16,000.00 | Zeroholding, LLC |
| 1/3/2022 | $20,000.00 | Northwinds Leasing, LLC |
| 01/03/2022 | ($32,768.28) | Northwinds Leasing, LLC |
| 1/4/2022 | $13,000.00 | Zeroholding, LLC |
| 1/6/2022 | ($2,000.00) | Medical Management Institute, Inc. |
| 1/6/2022 | $55,000.00 | Zeroholding, LLC |
| 1/12/2022 | $10,000.00 | Zeroholding, LLC |
| 1/13/2022 | $10,500.00 | Zeroholding, LLC |
| 1/18/2022 | $26,000.00 | Zeroholding, LLC |
| 1/26/2022 | ($8,000.00) | MEC Capital, Inc. |
| 1/26/2022 | ($600.00) | Medical Management Institute, Inc. |
| 1/28/2022 | $35,000.00 | Zeroholding, LLC |
| 2/1/2022 | $65,000.00 | Zeroholding, LLC |
| 02/01/2022 | ($32,768.28) | Northwinds Leasing, LLC |
| 2/3/2022 | $10,000.00 | Northwinds Leasing, LLC |
| 2/8/2022 | ($2,600.00) | Medical Management Institute, Inc. |
| 2/14/2022 | ($400.00) | Mittere, Inc. |
| 2/15/2022 | ($25,000.00) | Zeroholding, LLC |
| 2/17/2022 | $19,000.00 | Mittere, Inc. |
| 2/22/2022 | ($15,000.00) | Zeroholding, LLC |
| 2/23/2022 | ($2,000.00) | Mittere, Inc. |
| 2/24/2022 | ($2,000.00) | MEC Capital, Inc. |
| 2/24/2022 | ($10,200.00) | Mittere, Inc. |
| 2/24/2022 | ($48,000.00) | Northwinds Leasing, LLC |
| 2/25/2022 | ($10,600.00) | Mittere, Inc. |
| 2/25/2022 | ($20,000.00) | Zeroholding, LLC |
| 2/28/2022 | ($10,000.00) | MEC Capital, Inc. |
| 2/28/2022 | ($10,600.00) | Mittere, Inc. |
| 2/28/2022 | ($5,000.00) | Northwinds Leasing, LLC |
| 2/28/2022 | ($25,000.00) | Northwinds Leasing, LLC |
| 2/28/2022 | ($8,000.00) | Physician Financial Partners, LLC |
| 3/1/2022 | ($10,600.00) | Mittere, Inc. |
| 3/1/2022 | ($16,000.00) | Northwinds Leasing, LLC |
| 03/01/2022 | ($32,768.28) | Northwinds Leasing, LLC |
| 3/2/2022 | ($2,000.00) | MEC Capital, Inc. |
| 3/2/2022 | ($10,500.00) | Mittere, Inc. |
| 3/2/2022 | ($30,000.00) | Northwinds Leasing, LLC |
| 3/7/2022 | ($12,500.00) | Mittere, Inc. |
| 3/8/2022 | ($10,300.00) | Mittere, Inc. |
| 3/9/2022 | ($10,500.00) | Mittere, Inc. |
| 3/10/2022 | ($10,450.00) | Mittere, Inc. |
| 3/11/2022 | ($10,600.00) | Mittere, Inc. |
| 3/11/2022 | ($8,000.00) | Zeroholding, LLC |
| 3/21/2022 | $10,000.00 | Zeroholding, LLC |
| 3/22/2022 | $22,000.00 | Zeroholding, LLC |

| Date | Amount | Entity |
|---|---|---|
| 3/25/2022 | $22,000.00 | Zeroholding, LLC |
| 3/29/2022 | $5,000.00 | Zeroholding, LLC |
| 3/31/2022 | $68,000.00 | Northwinds Leasing, LLC |
| 4/1/2022 | $58,000.00 | Northwinds Leasing, LLC |
| 04/01/2022 | ($32,768.28) | Northwinds Leasing, LLC |
| 4/4/2022 | $22,000.00 | Northwinds Leasing, LLC |
| 4/11/2022 | $20,000.00 | Northwinds Leasing, LLC |
| 4/11/2022 | $24,000.00 | Northwinds Leasing, LLC |
| 4/12/2022 | $4,000.00 | Northwinds Leasing, LLC |
| 4/14/2022 | $10,847.91 | Zeroholding, LLC |
| 4/18/2022 | $20,000.00 | Northwinds Leasing, LLC |
| 4/19/2022 | $1,000.00 | Zeroholding, LLC |
| 4/20/2022 | $10,000.00 | Zeroholding, LLC |
| 04/25/2022 | $14,000.00 | Zeroholding, LLC |
| 04/29/2022 | $45,000.00 | Zeroholding, LLC |
| 05/02/2022 | $28,000.00 | Zeroholding, LLC |
| 05/02/2022 | ($32,768.28) | Northwinds Leasing, LLC |
| 05/04/2022 | ($30,000.00) | Northwinds Leasing, LLC |
| 05/05/2022 | ($2,600.00) | Medical Management Institute, Inc. |
| 05/05/2022 | ($50,000.00) | Zeroholding, LLC |
| 05/06/2022 | ($25,000.00) | Northwinds Leasing, LLC |
| 05/09/2022 | ($20,000.00) | Northwinds Leasing, LLC |
| 05/10/2022 | ($30,000.00) | Northwinds Leasing, LLC |
| 05/11/2022 | ($10,000.00) | Northwinds Leasing, LLC |
| 05/13/2022 | ($10,000.00) | Northwinds Leasing, LLC |
| 05/16/2022 | ($5,000.00) | MEC Capital, Inc. |
| 05/16/2022 | ($35,000.00) | Northwinds Leasing, LLC |
| 05/18/2022 | ($6,000.00) | Northwinds Leasing, LLC |
| 05/19/2022 | ($22,000.00) | Northwinds Leasing, LLC |
| 05/20/2022 | ($45,000.00) | Northwinds Leasing, LLC |

United States Bankruptcy Court

Northern District of Georgia

In re:  Curepoint, LLC

Case No.  22-56501

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____09/09/2022_____

/s/ Phillip Miles
_____
Signature of Individual signing on behalf of debtor

Designated Manager
_____
Position or relationship to debtor

3333 Old Milton Hyperbaric, LLC
3333 Old Milton Parkway
Suite 360
Alpharetta, GA 30005

3333 Physical Therapy, LLC
3333 Old Milton Parkway
Suite 180
Alpharetta, GA 30005

Alder Opportunity LP
300 Galleria PKWY
Atlanta, GA 30339

Alpharetta Weightloss & Counseling, LLC
3333 Old Milton Parkway
Suite 200
Alpharetta, GA 30005

AM Terminal Holding, LLC
189 American Grain St
East Saint Louis, IL 62206

AMOA Finance LLC.
3330 Preston Ridge RD
Alpharetta, GA 30005

AOA Cares Inc.
3330 PRESTON RIDGE ROAD
Suite 300
Alpharetta, GA 30005

AOA-AMC, LLC
3330 Preston Ridge Road
Suite 300
Alpharetta, GA 30005

Arvest Equipment Finance
PO Box 11110
Fort Smith, AR 72745

Brown Business Development, LLC

City of Atlanta Fund, LLC
2520 Northwinds Parkway
Suite 285
Alpharetta, GA 30009

CLG Servicing, LLC.
Toms River, NJ 08753

Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL 33702

Curepoint Dublin, LLC
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Curepoint Holdings LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Dooley Investment Holdings

DTL Investments, LLC
8950 BROCKHAM WAY
Alpharetta, GA 30022-5882

Eclipse Advisors, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Eyewonder, Inc.

First Liberty Building and Loan
PO Box 2567
Newnan, GA 30264

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

HST, Inc.

IBS of America

IBS Solutions, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Innovative Business Practices, Inc.
8950 BROCKHAM WAY
Alpharetta, GA 30022-5882

Intelligent Network Solutions, Inc.
2520 Northwinds Parkway
Suite 285
Alpharetta, GA 30009

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

JCFJR Holdings, LLC
170 Meeting Street
Suite 501
Charleston, SC 29401

Junior Raiders Baseball, Inc.
PO Box 3206
Alpharetta, GA 30023-3206

Kinetic Subsidiary, Inc.
250 PHARR ROAD
Suite 212
Atlanta, GA 30305

Knowledge Republic Holdings, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Lafayette Bank
340 West Main Street
Mayo, FL 32066

Los Locos Amigos Cantina, LLC
1030 BROADWAY
Columbus, GA 31901

Mark McCord
2007 Breckinridge Lane
Alpharetta, GA 30005

MEC Capital, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Medical Management Institute, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Michael Miles

Mills Floral Co.
4550 PEACHTREE LAKES DR
Duluth, GA 30096-3092

Milo Sussex, LLC
3180 Mathieson Drive
Suite 712
Atlanta, GA 30305

Mittere Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere Tax & Advisory, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

MMI Educational Technologies, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

MRT Acquisition, LLC
2813 HIGHWAY 64
Apex, NC 27502

Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL 33431

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229

Parkview Advance
400 Main Street
Stamford, CT 06901

Phillip Miles
300 Hayward Lane
Alpharetta, GA 30022

Physician Financial Partners, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

PointOne Capital, LLC
90 STATE STREET, SUITE 700
Office 40
Albany, NY 12207

Premium Merchant Funding, LLC.
40 Wall St. 5th Floor
New York, NY 10005

PRSOG LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Radiation Oncology Center

RJJ Capital, Inc.
2757 GROVE ST NE
Atlanta, GA 30319

Schorr Line Enterprises, Inc.
3955 Brookline Drive
Alpharetta, GA 30022

Sterling Capital Group, LLC
250 PHARR ROAD
Suite 212
Atlanta, GA 30305

The Locklear Company
3180 Mathienson Drive
Suite 712
Atlanta, GA 30305

Tom Barton
150 South Perry Street
Suite 100
Lawrenceville, GA 30046

US Bank, N.A.
6730 VIP Parkway
Syracuse , NY 13211

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303

Wallace Family Enterprise, LLC

Water Machine, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Z.E.R.O. Holding Co., LLC
2132 JACKSON PKWY
Atlanta, GA 30318

Zen Capital
3131 NE 7th
Miami, FL 33137

Zero Holding

Zeroholding OKC

Zeroholding, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Zeroholdings, LLC

Zerorez

ZFS Inc Huntsville

ZFS Inc Nashville

ZFS Inc Oklahoma

ZFS Inc.

# United States Bankruptcy Court

Northern District of Georgia

**In re** Curepoint, LLC

Case No. 22-56501

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 20,000.00

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 495.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary Proceedings Filed Against Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/09/2022

*Date*

/s/ Will Geer, 940493

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329