Proposed Cash Collateral Budget

**CurePoint**
**Second 4 Week Budget**

| | Second 4 Week Budget | Week 1 9/17-9/23 | Week 2 9/24-9/30 | Week 3 10/1-10/7 | Week 4 10/8-10/14 |
|---|---|---|---|---|---|
| **Revenue** | $ 310,000 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 |
| **Expenses** | | | | | |
| **Personnel Costs** | | | | | |
| Wages and Benefits | $ 75,000 | $ 37,500 | $ - | $ 37,500 | $ - |
| Independent Contractors- medical physics | 13,500 | - | 13,500 | - | - |
| Independent Contractors- physicians | 40,000 | - | 40,000 | - | - |
| **Total Personnel Costs** | $ 128,500 | $ 37,500 | $ 53,500 | $ 37,500 | $ - |
| **Bank Service Charges** | 900 | 450 | 450 | - | - |
| **Insurance** | - | - | - | - | - |
| **Office Expense** | - | - | - | - | - |
| Billing & Coding | 17,000 | - | 17,000 | - | - |
| Janitorial & Building Maintenance | 4,400 | - | 4,400 | - | - |
| Office Supplies | 525 | - | 525 | - | - |
| Medical Supplies | 2,000 | 2,000 | - | - | - |
| Computer & IT | 3,200 | 3,200 | - | - | - |
| Miscellaneous | - | - | - | - | - |
| **Total Office Expense** | 27,125 | 5,200 | 21,925 | - | - |
| **Equipment Maintenance (Elekta and Premier Imaging)** | 27,141 | - | - | 27,141 | - |
| **Software Expense** | 11,855 | - | 3,285 | 237 | 8,333 |
| **Taxes** | 5,250 | - | - | - | 5,250 |
| **Rent- Building** | 17,000 | - | 17,000 | - | - |
| **Rent- Out of town Physician** | 2,550 | - | 2,550 | - | - |
| **Debtor's Counsel** | $5,000.00 | | $5,000.00 | | |
| Erin Park HOA | 250 | - | 250 | - | - |
| Utilities | 3,550 | 3,550 | - | - | - |
| **Total Expenses** | $ 229,121 | $ 51,700 | $ 98,960 | $ 64,878 | $ 13,583 |
| **Net Cash Increase/(Decrease)** | $ 80,879 | $ 25,800 | $ (21,460) | $ 12,622 | $ 63,917 |