UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501 |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUREPOINT, LLC, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |
| | ) | |

**NOTICE OF HEARING ON MOTION TO APPOINT CHAPTER 11
TRUSTEE FILED BY AMOA FINANCE, LLC**

NOTICE IS HEREBY GIVEN that a MOTION TO APPOINT CHAPTER 11 TRUSTEE (the "Motion") was filed on October 3, 2022 in the above-styled case.

PLEASE TAKE NOTICE that any party having an objection to the relief requested pursuant to the Motion is requested to file such objection in the office of Clerk of Bankruptcy Court, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that the Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (unregistered users).

PLEASE TAKE NOTICE that the Court **shall hold a hearing** on the Motion on the **12th** day of **October, 2022**, at **10 o'clock, a.m.**, in Courtroom **1203**, United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303. Further reference is made to the Court's *Order and Notice of Assignment of Evidentiary Hearing Procedures During Covid-19* [Doc. 60] entered September 23, 2022.

Dated: October 3, 2022

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Michael F. Holbein*
Michael F. Holbein
Georgia Bar No. 360070
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, Georgia 30309
Phone: (404) 815-3607
Email: mholbein@sgrlaw.com

*Attorneys for AMOA Finance, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501 |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUREPOINT, LLC, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

## **MOTION TO APPOINT CHAPTER 11 TRUSTEE**

AMOA Finance, LLC ("AMOA") moves under section 1104(a)(1) of the Bankruptcy Code for the appointment of a Chapter 11 Trustee in the bankruptcy case of CurePoint, LLC (the "Debtor"). In doing so, AMOA joins the motions filed by Mark McCord ("McCord") and the United States Trustee ("UST") and adopts the allegations and arguments contained in those motions. [Docs. 52 and 54, respectively]. In further support of this motion, AMOA shows the Court the following.

## Jurisdiction

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding under 28 U.S.C. §157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is section 1104 of the Bankruptcy Code and Bankruptcy Rule 9014.

## Background

2.  On August 19, 2022 (the "Petition Date"), the Debtor filed this chapter 11 bankruptcy case and elected treatment under Subchapter V, though that election was subsequently withdrawn by amendment to the Debtor's Voluntary Petition. [Docs. 1 and 34].

3.  The Debtor currently is and, at all times since the Petition Date, has been a Debtor-in-Possession operating a cancer-treatment center with radiation oncologists, radiation therapists, and medical physicists in Dublin, Georgia.

4.  Phillip Miles currently serves as the Manager of the Debtor. Mr. Miles also holds a membership interest in the company that owns 95.01% of the Debtor, Physician Financial Partners, LLC ("PFP"). The exact amount of Mr. Miles's membership in PFP is disputed, either a third and a half.

5.  Mr. Miles is also a former broker and CPA. His broker qualifications

were stripped pursuant to a consent agreement with FINRA after an investigation into his purported "unauthorized trading and false account values." Upon information and belief, he is no longer a CPA, either. Mr. Miles has history of fraudulent borrowing, *e.g.*, pledging as collateral property that he does not own and obligating entities that he does not own or control.

6. AMOA is the counter-party lessor to a lease with the Debtor for a linear accelerator, an extremely expensive piece of medical equipment crucial to the Debtor's operations. The lease was entered on December 12, 2017 and calls for 72 monthly lease payments of $42,358.39. The lease allows the Debtor to purchase the linear accelerator at the conclusion of the lease term for $524,170.16. The Debtor has never actually made a lease payment. The current arrearage under the lease through September 2022 is $723,040.36.

**Relevant Facts**

7. Section 1104(a)(1) provides for the appointment of a trustee in a Chapter 11 case for "cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of a case." Both McCord and the UST set forth facts that more than amount to cause. Summarized:

   a. <u>The fraud</u> – Prepetition, the Debtor made approximately four-million dollars in transfers to entities affiliated with Mr. Miles, but otherwise

3

unrelated to the Debtor, supposedly in repayment of informal, undocumented "due to, due from" loans. When questioned at the Debtor's Meeting of Creditors, Mr. Miles indicated that the transferees were still owed by the Debtor, yet curiously those debts were not scheduled. Mr. Miles also caused the Debtor to guaranty another four-million dollars in obligations of Zeroholding, LLC ("Zeroholding") a company also in chapter 11 bankruptcy before this court. Zeroholding is a carpet cleaning company. It is extremely unlikely that the Debtor received any benefit from incurring these obligations.

b. <u>The evasiveness</u> – At the Debtor's Meeting of Creditors, Mr. Miles was questioned extensively, and not for the first time in this case, about his relationship with the Debtor's landlord on an above-market lease, CurePoint Dublin, LLC ("CurePoint Dublin"). The questions are well founded. After all, Mr. Miles's son currently serves as the registered agent for CurePoint Dublin, which lists its business address as Mr. Miles's office and its address for service as Mr. Miles's residence. Yet Mr. Miles has continuously demurred, claiming no knowledge of CurePoint Dublin's ownership or control and no relationship with himself. Only after repeated, surgical questioning,

4

did Mr. Miles indicate that he introduced an individual called Marc Lewyn to the probate estate that sold the medical office building that houses the Debtor (the subject of the lease) to CurePoint Dublin. This is the same Marc Lewyn who is listed as the organizer of CurePoint Dublin, the same Marc Lewyn who Mr. Miles says he calls with issues related to the lease. Still, Mr. Miles was insistent that he has no knowledge about CurePoint Dublin's ownership or control, offering a comment, too cute by half, about the way that "rich" people employ complicated ownership structures.

c. <u>The incompetence</u> – The Debtor has indicated a desire to sell its assets under section 363, welcome news to AMOA Finance; however, the marketing efforts undertaken by Mr. Miles have been feeble at best. At the Meeting of Creditors, Mr. Miles rattled off a handful of names of prospective purchasers, including "Gary from Houston." Recently, AMOA was provided a draft Asset Purchase Agreement (the "APA"), the basis for the Debtor's promised sale motion. The APA is with an individual already associated with Miles and the Debtor, who on information and belief, does not possess the financial wherewithal to undertake such an acquisition. Notably, AMOA expressed an interest in purchasing the Debtor's assets days into this case, but its request

5

for information were met with stunning silence. The Debtor's financials suggest a business with profits in excess of a million dollars a year and assets including two sophisticated treatment machines, accompanied by two coveted Certificates of Need and existing Medicare/Medicaid provider numbers altogether worth millions. And though Mr. Miles "manages" the Debtor, he has no role in its day-to-day operations. In short, there is ample time to run a legitimate sales process, but the inescapable conclusion is that a transaction of this magnitude is beyond Mr. Miles's competencies. Birddogging a deal with Gary from Houston is simply not enough.

## Argument

8.     When considering whether to appoint a Chapter 11 trustee, courts have found cause based on the following factors: (i) Materiality of the misconduct; (ii) Evenhandedness or lack of same in dealings with insiders; or affiliated entities vis-a-vis other creditors or customers; (iii) The existence of pre-petition voidable preferences or fraudulent transfers; (iv) Unwillingness or inability of management to pursue estate causes of action; (v) Conflicts of interest on the part of management interfering with its ability to fulfill fiduciary duties to the debtor; (vi) self-dealing by management or waste or squandering of corporate assets. *See In re SunCruz Casinos, LLC,* 298 B.R. 821, 830 (Bankr. S.D. Fla. 2003) (citing *In re Intercat, Inc.*,

247 B.R. 911, 921 (Bankr. S.D. Ga. 2000)). Where the court finds either that cause exists or that appointment is in the best interest of the parties, an order for the appointment of a trustee is mandatory. *Official Comm. of Asbestos Pers. Injury Claimants v. Sealed Air Corp. (In re W.R. Grace & Co.)*, 285 B.R. 148, 158 (Bankr. D. Del. 2002).

9. The inside transfers summarized above are, alone, reason enough for the appointment of a Trustee. *See In re PRS Insurance Group*, 274 B.R. 381, 385 (Bankr. D. Del. 2001) (Diversion of funds and misuse of corporate assets constitute fraud or dishonesty sufficient to warrant appointment of trustee under section 1104(a)(1)); *Oklahoma Refining Co. v. Blaik (In re Oklahoma Refining Co.)*, 838 F.2d 1133, 1136 (10th Cir. 1988) ("There are many cases holding that a history of transactions with companies affiliated with the debtor company is sufficient cause for the appointment of a trustee where the best interests of the creditors require."); *In re Sharon Steel Corp.*, 871 F.2d 1217, 1222 (3rd Cir. 1986) ("numerous prepetition transfers of [the debtor's] assets that amounted at best to voidable preferences and at worst fraudulent conveyances, none of which had been questioned by the debtor-in-possession" warranted appointment of a trustee). Moreover, the transactions between the Debtor and Mr. Miles's other unrelated companies create an irreconcilable conflict for Miles in his role as a Manager. *See e.g. SunCruz Casinos*, 298 B.R. at 830. The lack of candor and gross incompetence

7

in disposing of the estate's biggest asset, as also summarized above, only bolster the case.

10. It seems inescapable that Mr. Miles is the proverbial fox guarding the henhouse. Fortunately, this Debtor can operate, making money, while a trustee takes over the process. The result should be better for the estate and its creditors.

WHEREFORE, AMOA respectfully requests that the Court appoint a Chapter 11 Trustee in this case, and grant such other and further relief as may be just and proper.

Dated: October 3, 2022

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Michael F. Holbein*
Michael F. Holbein
Georgia Bar No. 360070
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, Georgia 30309
Phone: (404) 815-3607
Email: mholbein@sgrlaw.com

*Attorneys for AMOA Finance, LLC*

8

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day that the *Motion to Appoint Chapter 11 Trustee* and *Notice of Hearing on Motion to Appoint Chapter 11 Trustee Filed by AMOA Finance, LLC* was (i) filed with the Clerk of Court; (ii) served on all parties of record via the Court's CM/ECF electronic filing system; (iii) and served by U.S. Mail on the parties on the attached Service List.

Dated: October 3, 2022.

        SMITH, GAMBRELL & RUSSELL, LLP

        */s/ Michael F. Holbein*
        Michael F. Holbein
        Georgia Bar No. 360070
        1105 W. Peachtree St., N.E.
        Suite 1000
        Atlanta, Georgia 30309
        Phone: (404) 815-3607
        Email: mholbein@sgrlaw.com

        *Attorneys for AMOA Finance, LLC*

UNITED STATES ATTORNEY
ATTENTION: CIVIL PROCESS CLERK
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GEORGIA 30303-3309

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

ATTORNEY GENERAL OF THE UNITED STATES
C/O MERRICK GARLAND
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON D.C. 20530-0001

SECRETARY OF THE TREASURY
15TH & PENNSYLVANIA AVENUE NW
WASHINGTON DC 20200

INTERNAL REVENUE SERVICE
401 W. PEACHTREE STREET N.W.
STOP 334-D
ATLANTA GA 30308

DEPARTMENT OF JUSTICE TAX DIVISION.
CIVIL TRIAL SECTION SOUTHERN REGION
P. O. BOX 14198
BEN FRANKLIN STATION
WASHINGTON D. C. 20044

U.S. SMALL BUSINESS ADMINISTRATION
C/O DISTRICT DIRECTOR TERRI DENISON
233 PEACHTREE ST. NE. SUITE 300
ATLANTA GA 30303

U. S. SECURITIES AND EXCHANGE
COMMISSION
OFFICE OF REORGANIZATION SUITE 900
950 EAST PACES FERRY ROAD NE
ATLANTA GA 30326-1382

NFG ADVANCE LLC
1308 KINGS HWY
BROOKLYN NY 11229

BRIAN P. HALL ESQ.
COUNSEL FOR AMOA FINANCE LLC
SMITH GAMBRELL & RUSSELL LLP
1105 W. PEACHTREE STREET N.E. SUITE 1000
ATLANTA GA 30309

DAVID A. GARLAND
COUNSEL FOR LAFAYETTE BANK
MOORE CLARKE DUVALL & RODGERS P.C.
2829 OLD DAWSON ROAD (31707)
POST OFFICE DRAWER 71727
ALBANY GEORGIA   31708-1727

LESLIE M. PINEYRO
COUNSEL FOR ARVEST EQUIPMENT FINANCE
JONES & WALDEN LLC
699 PIEDMONT AVENUE NE
ATLANTA GEORGIA 30308

JOHN MICHAEL LEVENGOOD
COUNSEL FOR DR. MARK MCCORD
LAW OFFICE OF J. MICHAEL LEVENGOOD LLC
150 S. PERRY ST. SUITE 208
LAWRENCEVILLE GA 30046

CLG SERVICING LLC
C/O THE LLC THE REGISTERED AGENT
1433 HOOPER AVENUE SUITE 200
TOMS RIVER NJ 08753

FIRST LIBERTY BUILDING & LOAN LLC
C/O KEITH LOG REGISTERED AGENT
3423 WEYMOUTH COURT
MARIETTA GA 30062

PARKVIEW ADVANCE LLC
C/O REGISTERED AGENT THE LLC
25 ROBERT PITT DRIVE SUITE 204
MONSEY NY 10952

POINTONE CAPITAL LLC
C/O REGISTERED AGENTS INC.
90 STATE STREET SUITE 700 OFFICE 40
ALBANY NY 12207

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS - BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

GEORGIA DEPARTMENT OF LABOR
C/O MARK BUTLER LABOR COMMISSIONER
148 ANDREW YOUNG INTER. BLVD ROOM 738
ATLANTA GA 30303-0000

ALDER OPPORTUNITY LP
C/O MARNA L FRIEDMAN REGISTERED AGENT
3405 DALLAS HIGHWAY SUITE 827
MARIETTA GA 30064

BANKERS HEALTHCARE GROUP LLC
C/O CRAWFORD ALBERT REGISTERED AGENT
10234 W. STATE ROAD 84
DAVIE FL 33324

PLEXE LLC
C/O THE CORPORATION TRUST COMPANY
REGISTERED AGENT
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON DE 19801

U.S. TRUSTEE
ROOM 362
C/O LINDSAY KOLBA
75 TED TURNER DRIVE SW
ATLANTA GEORGIA 30303

U.S. BANK EQUIPMENT FINANCE
1310 MADRID ST.
MARSHALL MN 56258

FRANCESCA MACCHIAVERNA
TAYLOR L. DOVE
HUNTER MACLEAN EXLEY & DUNN P.C.
P.O. BOX 9848
SAVANNAH GA 31412

ZEN CAPITAL LLC
TALBOT TREVOR
602 NE 38TH ST
OAKLAND PARK FL 33334

CITY CAPITAL NY LLC
C/O REGISTERED AGENTS INC.
90 STATE STREET SUITE 700 OFFICE 40
ALBANY NY 12207

CLICK CAPITAL GROUP LLC
C/O REGISTERED AGENTS INC.
7901 4TH ST N STE 300
ST. PETERSBURG FL 33702

MED DIRECT CAPITAL LLC
C/O IGNATOWICH MARISSA
1075 ANCHOR PT
DELRAY BEACH FL 33444

JOHN G. MCCULLOUGH ALDRIDGE PITE LLP
3575 PIEDMONT ROAD NE SUITE 500
ATLANTA GEORGIA 30305

BANKERS HEALTHCARE GROUP LLC
201 SOLAR STREET
SYRACUSE NY 13204-201

MCKESSON MEDICAL-SURGICAL INC.
6651 GATE PARKWAY
JACKSONVILLE FL 32256-6651

U.S. SMALL BUSINESS ADMINISTRATION
200 W. SANTA ANA BLVD SUITE 740
SANTA ANA CA 92701

FRED B. WACHTER ESQ.
THE WACHTER LAW FIRM
106 HAMMOND DRIVE NE
ATLANTA GEORGIA 30328

CAPITAL ONE BANK N.A.
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219

ODK CAPITAL LLC
1400 BROADWAY
NEW YORK NY 10018

MICHAEL F. HOLBEIN
SMITH GAMBRELL & RUSSELL LLP
1105 WEST PEACHTREE ST. NE
SUITE 1000
ATLANTA GA 30309

THOMAS M. BARTON
COLES BARTON LLP
SUITE 100
150 SOUTH PERRY STREET
LAWRENCEVILLE GA 30046