**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **CUREPOINT, LLC,** | Case No. 22-56501-jwc |
| Debtor. | |

**EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION (A) FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (B) FIRST OMNIBUS MOTION TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND LEASES AND ESTABLISH CURE COSTS IN CONNECTION THEREWITH AND (C) TO ESTABLISH BIDDING PROCEDURES GOVERNING THE PROPOSED SALE**

Curepoint, LLC (the "**Debtor**"), files this Motion for an expedited hearing on the Emergency Motion (A) For Authority To Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (B) First Omnibus Motion to Assume and Assign Certain Executory Contracts and Leases and Establish Cure Costs in Connection Therewith (C) and to Establish Bidding Procedures Governing the Proposed Sale [Doc. 72] (the "**Emergency Motion**") pursuant to Rule 9006-2 of the Bankruptcy Local Rules for the Northern District of Georgia, respectfully showing the Court as follows:

1.  On October 5, 2022, the Debtor filed the Emergency Motion seeking the entry of one or more orders authorizing the Debtor to sell the Purchased Assets and take other necessary actions to consummate the sale of its assets. The Debtor currently has an asset purchase agreement with 2406 Cancer Care. However, to ensure the Debtor receives the highest and best possible offer, the Debtor seeks to establish bidding procedures for the Purchased Assets, for which 2406 Cancer Care would act as the stalking horse bidder. The Debtor would require a hearing to approve the bidding procedures and to set a time for the proposed auction, and then later, another hearing to approve the agreement between the Debtor and the bidder with the highest and best offer.

1

2. Dr. Erich Randolph created 2406 Cancer Care and is currently the only physician credentialed with the insurance payers, working as an independent contractor for the Debtor. Dr. Randolph is familiar with the Debtor's current operations and employees and so is particularly situated to purchase the Debtor's business and ensure seamless care to its patients. Further, the revenue derived from Dr. Randolph's credentialed status represents at least half of the Debtor's income.

3. The Debtor has been in discussions with Dr. Randolph and the lender financing the $6 million proposed purchase price, First Liberty Building and Loan ("**First Liberty**"), which is currently the highest and best offer for the Purchased Assets. First Liberty is fully committed to financing the transaction; however, First Liberty requires the sale close by November 30, 2022 in order to do so. To ensure that other potential bidders have ample time to consider and make offers for the proposed sale, the Debtor requires a hearing on the bidding procedures as soon as possible.

4. Without such emergency hearing to establish the bidding procedures, the Debtor faces irreparable harm to its ability to market the Purchased Assets and ensure the highest and best possible recovery for creditors. Any delay risks the Debtor being unable to meet 2406 Cancer Care's deadline to close and losing its stalking horse bidder, currently the highest, best, and only offer.

5. Further, Dr. Randolph is currently taking pay that lower than the market salary for his services and expertise. Dr. Randolph has foregone other opportunities so that he may purchase the Debtor's business, with which he is personally familiar. Should the Debtor be unable to meet 2406 Cancer Care's deadline due to delay in establishing the bidding procedures, which are being proposed to ensure due diligence in obtaining possibly higher and better offers, the Debtor cannot guarantee that Dr. Randolph would choose to remain at the center and continue to accept an

underpayment of his services. As Dr. Randolph is the only credentialed physician with commercial payers, which provides half the Debtor's revenues, his departure would severely devalue and undermine the attractiveness of the Debtor's proposed sale.

6. For the foregoing reasons, the Debtor requires a hearing to approve the bidding procedures and set a date for auction be scheduled at the Court's earliest convenience to avoid the irreparable harm that would inevitably arise should the Debtor not be able to close the sale by November 30, 2022.

WHEREFORE, the Debtor requests that the Court enter an order scheduling a hearing on the Emergency Motion at its earliest opportunity and grant such other relief as is just and proper.

Dated: October 5, 2022

Respectfully submitted by:

/s/ Will Geer
Will Geer
Georgia Bar No. 940493
Caitlyn Powers
Georgia Bar No. 856354
Rountree, Leitman, Klein & Geer, LLC
2987 Clairemont Road, Suite 350
Atlanta, Georgia 30329
T: 404-584-1238
wgeer@rlkglaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to the following recipients:

- **Taylor L. Dove**   tdove@huntermaclean.com, aharris@huntermaclean.com;lpadgett@huntermaclean.com
- **David A. Garland**   dgarland@mcdr-law.com, dgarland@mcdr-law.com;hjohnson@mcdr-law.com
- **Will B. Geer**   wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com
- **Brian P. Hall**   bhall@sgrlaw.com, sgr.notifications@gmail.com
- **Todd Eugene Hennings**   thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com
- **Michael F. Holbein**   mholbein@sgrlaw.com
- **Lindsay P. S. Kolba**   lindsay.p.kolba@usdoj.gov
- **J. Michael Levengood**   mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Francesca Macchiaverna**   fmacchiaverna@huntermaclean.com, aharris@huntermaclean.com;lpadgett@huntermaclean.com
- **Leslie M. Pineyro**   lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
- **Caitlyn Powers**   cpowers@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com
- **William A. Rountree**   wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com
- **Aaron P.M. Tady**   atady@colesbarton.com, mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com
- **Fred B. Wachter**   fbwachter@wachterlaw.com

<u>/s/ Will Geer</u>
Will Geer
Georgia Bar No. 940493