UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501 |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUREPOINT, LLC, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

**AMOA FINANCE, LLC'S EXHIBIT LIST FOR
OCTOBER 12, 2022 EVIDENTIARY HEARING ON MULTIPLE
MOTIONS TO APPOINT A CHAPTER 11 TRUSTEE**

In accordance with this Court's *Order and Notice of Assignment of Evidentiary Hearing Procedures During Covid-19 Pandemic* [Doc. 60] entered September 22, 2002, and the Court's procedures for Submission of Exhibits for Evidentiary Hearings, AMOA Finance, LLC ("AMOA") publishes its list of exhibits for the October 12, 2022, evidentiary hearing on the *Motion to Appoint a Chapter 11 Trustee* [Doc. 52] filed by Mark McCord, the *United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Doc. 54],

and the *Motion to Appoint Chapter 11 Trustee* [Doc. 68] filed by AMOA.

| **Exhibit No.** | **Description** |
| --- | --- |
| 1. | Purchase and License Agreement dated August 31, 2017 between AMOA Finance, LLC and Elekta Inc. |
| 2. | Morris Bank Loan Documents (Composite Exhibit) |

  a. Business Loan Agreement dated December 12, 2017 between Morris Bank and AMOA Finance, LLC, et al.

  b. Commercial Promissory Note dated December 12, 2017 between Morris Bank and AMOA Finance, LLC, et al.

  c. Commercial Loan Settlement Statement dated December 12, 2017

  d. Commercial Security Agreement dated December 12, 2017 between Morris Bank and AMOA Finance, LLC

  e. Financing Statement for Security Interest in Elekta Accelerator filed by Morris Bank on February 13, 2018

  f. AMOA Finance, LLC Resolution

  g. Agreement to Provide Insurance

  h. Agreement to Provide Financial Documents

  i. Unlimited Continuing Guaranty dated December 12, 2017 between Morris Bank and Mark William McCord

    j. Unlimited Continuing Guaranty dated December 12, 2017 between Morris Bank and CurePoint, LLC

    k. Unlimited Continuing Guaranty dated December 12, 2017 between Morris Bank and Dale Lynn McCord

    l. Collateral Assignment of Lease Agreement

        i. Borrower's Indemnity Agreement

        ii. AMOA Finance, LLC Master Lease Agreement with CurePoint, LLC

3. Fraudulent Purchase and License Agreement dated August 31, 2017 between Northwinds Leasing LLC and Elekta Inc.

4. Georgia Heritage Bank Loan Documents (Composite Exhibit)

    a. Term Sheet dated December 9, 2017 between Georgia Heritage Bank and Northwinds Leasing, LLC

    b. Georgia Heritage Bank Loan Approval dated December 9, 2017 for Northwinds Leasing, LLC loan

    c. Closing Statement dated January 31, 2018 for Northwinds Leasing, LLC loan

    d. Certificate of Members of Northwinds Leasing, LLC dated January 31, 2018

    e. Resolution Adopted by Members of Northwinds Leasing, LLC

dated January 31, 2018

f. Corporation Certification of MEC Capital, Inc. dated January 31, 2018

g. Subordination Agreement between Georgia Heritage Bank, Randy J. Bates, Jr., Bank of North Georgia, and Northwinds Leasing, LLC dated December 22, 2017

h. Georgia Heritage Bank Customer Information dated January 8, 2018 completed by Mark G. Miles

i. Guaranty dated January 31, 2018 between Georgia Heritage Bank and Mark G. Miles

j. Georgia Heritage Bank Business New Account Worksheet dated January 8, 2018 for Northwinds Leasing, LLC

k. Georgia Heritage Bank Customer Information dated January 8, 2018 completed by Phillip Miles

l. Georgia Heritage Bank Business New Account Worksheet dated January 8, 2018 for MEC Capital, Inc.

m. Georgia Heritage Bank Commercial Loan Application dated December 9, 2017 completed by Northwinds Leasing, LLC

n. Promissory Note dated January 31, 2018 between Georgia Heritage Bank and Northwinds Leasing, LLC

  o. Security Agreement dated January 31, 2018 Georgia Heritage Bank and Northwinds Leasing, LLC

  p. Financing Statement for Security Interest in, *inter alia*, Elekta Accelerator in favor of Georgia Heritage Bank

  q. Agreement to Provide Insurance

  r. Guaranty dated January 31, 2018 between Georgia Heritage Bank and Phillip Miles

  s. Disbursement Authorization

  t. Financing Statement filed by Georgia Heritage Bank on February 8, 2018

5. Email dated January 30, 2018 from Brant Frost to Marvin Rice

6. *Final Order and Judgment* dated June 21, 2021 entered in *AMOA Finance, LLC,* et al. *v. CurePoint, LLC*, Civil Action File Number 2018-CV-303289, Superior Court, Fulton County, Georgia

7. *Satisfaction of Judgment* dated August 5, 2021 filed in *AMOA Finance, LLC,* et al. *v. CurePoint, LLC*, Civil Action File Number 2018-CV-303289, Superior Court, Fulton County, Georgia

8. CurePoint Dublin, LLC Acquisition Documents (Composite Exhibit)

  a. General Warranty Deed dated August 5, 2020 between Carrmike Realty II, LLC and CurePoint Dublin, LLC

      b. Security Deed dated August 5, 2020 between CurePoint Dublin, LLC and First-Citizens Bank & Trust Company

      c. Subordination, Estoppel, Nondisturbance and Attornment Agreement between CurePoint, LLC; CurePoint Dublin, LLC; and First-Citizens Bank & Trust Company

9. *Verified Complaint* dated September 14, 2022 and filed in Pointone Capital, LLC v. Eclipse Advisors, LLC, et al., initiating a lawsuit in the Supreme Court of New York, County of Monroe.

Dated: October 7, 2022

          SMITH, GAMBRELL & RUSSELL, LLP

          */s/ Michael F. Holbein*
          Michael F. Holbein
          Georgia Bar No. 360070
          1105 W. Peachtree St., N.E.
          Suite 1000
          Atlanta, Georgia 30309
          Phone: (404) 815-3607
          Email: mholbein@sgrlaw.com

          *Attorneys for AMOA Finance, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day that the ***AMOA Finance, LLC's Witness List for October 12, 2022 Evidentiary Hearing on Multiple Motions to Appoint a Chapter 11 Trustee*** was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

Dated: October 7, 2022.

                                                   SMITH, GAMBRELL & RUSSELL, LLP

                                                  */s/ Michael F. Holbein*
                                                  Michael F. Holbein
                                                  Georgia Bar No. 360070
                                                  1105 W. Peachtree St., N.E.
                                                  Suite 1000
                                                  Atlanta, Georgia 30309
                                                  Phone: (404) 815-3607
                                                  Email: mholbein@sgrlaw.com

                                                  *Attorneys for AMOA Finance, LLC*