Agreement: 2017-186199-AH                Version: 4                                Dated: August 31, 2017

## PURCHASE AND LICENSE AGREEMENT

| Customer  (the "Customer") | Site Address (the "Site") | Supplier (the "Supplier" or "Elekta") |
|---|---|---|
| AMOA Finance LLC | Curepoint Cancer Center | Elekta Inc. |
| 3300 Preston Ridge Rd, Ste 300 | 2406 Bellevue Road | 400 Perimeter Center Terrace |
| Alpharetta, Georgia 30005 | Dublin, Georgia 31021 | Suite 50 |
| US | | Atlanta, Georgia 30346 |
| | | US |
| Currency: USD | | (t) 800-535-7355 (f) 770-670-2323 |

Elekta, Inc. ("Elekta"), a Georgia corporation, is pleased to submit the following offer to sell/license the services, hardware and/or software listed on this Cover Page and described in more detail in the Scope of Supply (collectively referred to as the "Deliverables") at the prices and terms stated in this Purchase and License Agreement, which consists of this Cover Page and all exhibits attached hereto.

This offer is valid until September 1, 2017 and no agreement shall exist between the Customer and Supplier (jointly referred to as the "Parties" and each a "Party") until this Agreement is signed by both Parties. In the event the Customer takes delivery of the Deliverables without signing this Agreement, taking delivery shall constitute acceptance of these terms.

| | Description | Currency | Price/License Fee |
|---|---|---|---|
| | Elekta Infinity™ | USD | $6,480,807.05 |
| | MOSAIQ® Connectivity | USD | $268,500.00 |
| Total List Price - Elekta Infinity™ Bundle | | | $6,749.307.05 |
| Discount | | | -$4,439,307.05 |
| Elekta Offer Price – Elekta Infinity™ Bundle | | | $2,310,000.00 |
| | | | |
| Third Party Pass-Through Items | RS&A | USD | $8,000.00 |
| | Sun Nuclear | | $107,691.00 |
| Total Third Party Pass-Through Items | | USD | $115,691.00 |
| | | | |
| Contract Price* | | USD | $2,425,691.00 |

*plus applicable taxes

| Service Description | Service level | Total list price (in USD) | Discount | Total service fee (in USD) | Annual Service Fee (In USD) |
|---|---|---|---|---|---|
| Elekta Infinity™ Maintenance and Support | Gold | $1,386,073.75 | 35%** | $900,947.90* | $180,189.58 |
| MOSAIQ® Software Maintenance and Support | N/A | $40,255.00 | — | $40,255.00* | $40,255.00 |

For U.S. customers, this purchase is subject to the discount provisions of the federal anti-kickback statute, 42 U.S.C. § 1320a-7b(b), and the discount safe harbor regulations at 42 C.F.R. § 1001.952(h). In accordance with such provisions, Customer shall fully and accurately report all prices paid net of discounts where appropriate, and as appropriate, in the costs claimed or charges made under any Federal or State healthcare program, and provide information upon request to Medicare, Medicaid and other applicable federal and state health care programs on all discounts and price reductions received from Supplier.

**Note:** Supplier agrees to discount the Service Fee for the Elekta Infinity™ Maintenance and Support on this Agreement 2017-186199-AH-3 by 35% percent to a Total service fee amount of $900,947.90, provided Customer pays the Total service fee of $900,947.90 within 30 days of the execution of this Agreement. Otherwise, both parties agree that the Elekta



AMOA 000001

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

Infinity™ Maintenance and Support will be revised via a Contract Amendment to reflect a discount of 30% for a Total service fee amount of $970,251.60.

The Annual Software Maintenance and Support Service Fee, set forth above does not include the annual maintenance and support service fees for any software previously accepted by Customer under separate Purchase and License Agreements with Supplier or an Affiliate of Supplier.

These Annual Software Maintenance and Support Service Fees exclude any products which may have been purchased but not accepted as of the date of execution.

## Contract Price Payment Schedule
The Customer agrees to pay Supplier the Contract Price according to the following schedule.

## Elekta Infinity™ Bundle:

a ) An amount equal to 50 % of the Elekta Infinity™ bundle shall be paid within 14 days of execution of this Agreement;
b ) 40 % of the Elekta Infinity™ bundle shall be paid upon shipment (delivery to carrier for shipment to Customer) of the Hardware (excluding cobalt sources, if any);
c ) The remaining 10% of the Elekta Infinity™ bundle shall be payable upon the date that the Acceptance Test Protocol has been successfully completed.

## Third Party Pass-Through Items:
Customer acknowledges and agrees that listed Third Party Pass-Through Items are subject to an agreement solely between Customer and third party supplier(s) of such Items. Customer acknowledges and agrees that Elekta is not party to its agreement with the third party supplier(s), and Customer has sole responsibility for all payments, disputes, late fees, penalties or other amounts owed for Third Party Pass-Through Items under its agreement with the third party supplier(s).   Elekta will invoice Customer for Third Party Pass-Through Items upon receipt by Elekta of the third party supplier invoice with payment due to Elekta from Customer upon receipt.   Customer acknowledges no payment will be made by Elekta to third party suppliers on behalf of Customer until Elekta receives payment from Customer.   Elekta agrees to remit payment amounts received from Customer for Third Party Pass-Through Items to the applicable third party supplier(s) within fifteen (15) business days of receipt of payment from Customer.

## Software
The license fee for the Software embedded in the Hardware is included in the Contract Price and there shall be no additional license fee beyond the Contract Price.

## Hardware Maintenance and Support Service Fee
The Customer agrees to pay to Supplier the annual Service Fee set out in the Cover Page. The Service Fee is payable in advance on the date of expiration of the Warranty Period, and on each succeeding anniversary date of the date of expiration of the Warranty Period, while this Agreement remains in force.

## Software Maintenance and Support Service Fee
The Customer agrees to pay to Supplier the annual Software Maintenance and Support Service Fee set out in the Cover Page. The Software Maintenance and Support Service Fee is payable in advance on the anniversary date of Acceptance, and on each succeeding anniversary date of the anniversary date of Acceptance while this Agreement remains in force. In the event Customer has previously licensed software, the anniversary date of the previously licensed software shall be used for prorating service fees beyond the initial warranty period of subsequent licenses.

**The Hardware and Software Services shall commence upon the expiry of the Warranty Period.**

## Contractual Delivery Date
**The Contractual Delivery Date is: November, 2017**



AMOA 000002

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

THIS AGREEMENT INCLUDES THIS COVER PAGE, THE EXHIBITS ATTACHED TO THIS COVER PAGE AND THE ADDITIONAL
EXHIBITS DESIGNATED IN THE TABLE SET FORTH BELOW (IF ANY), ALL OF WHICH ARE INCORPORATED INTO THIS
AGREEMENT BY REFERENCE.

| Applies to this Agreement | List of Exhibits | Agreement Number |
|---|---|---|
| Yes | Exhibit A, A-1 and A-2 | Attached Hereto |
| Yes | Elekta Standard Terms and Conditions of Sale | Attached Hereto |
| Yes | Software License Exhibit to the Elekta Standard Terms and Conditions of Sale | Attached hereto |
| Yes | Service Exhibit to the Elekta Standard Terms and Conditions of Sale | Attached hereto |

**Customer:**
Signature:
Name: Michael McCord
Title: Partner
Date: 9/6/2017

**Supplier:**
Signature:
Name: I . DICKSON
Title: TREASURER
Date: 9|6|17

Elekta

AMOA 000003

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

# EXHIBIT A
## SCOPE OF SUPPLY

**Elekta Infinity™ to Replace SN151098**

| Qty | Description |
| --- | --- |

**1**  **Elekta Infinity™**
Dual modality digital accelerator provides:

- a choice of up to three different x-ray energies and up to 9 electron energies
- Agility™, Elekta's integrated multi-leaf collimator, that provides full field high resolution beam shaping (5mm at isocentre), a 40 x 40cm treatment field and effective leaf tip speed of up to 6.5cm/sec, capable of covering multiple targets with interdigitation and island shapes
- A broad spectrum of delivery techniques from 3D Conformal Radiotherapy  to IMRT, VMAT- VMAT enables simultaneous and dynamic movement of the MLC while rotating the gantry in combination with varying the dose rate, gantry speed and or collimator angle to deliver a highly conformal dose.
- XVI, offering 2D and 3D kV image guidance for advanced soft tissue visualization supporting image guided treatment workflows . XVI Software options VolumeView™, MotionView™ and PlanarView™ are included.
- iViewGT™, offering 2D MV imaging capability supporting image guided treatment workflows
- remote system diagnostic ready and will function with the optional Elekta IntelliMax™ service monitoring and support system. IntelliMax is enabled through software and is available during the original system warranty period or through purchase of an Elekta Advanced Service Agreement
- Precise Treatment Table™ which comprises a vertical lift mechanism, couch base and the control system
- low isocentric height of 124cm.
- 

**1**  **Stereotactic MV Isocenter Setup**
Service to evaluate the MV (Gantry), and combined MV (Gantry) and table isocenter using software tool based on the Winston Lutz test. The following values will be achieved at 6 MV;

- MV isocenter (Gantry): ≤ 0.7 mm radius
- Combined MV isocenter (Gantry) and table isocenter: ≤ 1.mm radius.

**1**  **ExacTrac Goalpost Set**
Precise, Synergy, Infinity, Axesse and Versa HD compatible Goalposts in combination with Brainlab ExacTrac System.

**1**  **Agility ™ Kit**
Agility - fully integrated 160 leaf Beam Shaping Device with fine resolution leaves (0.5 cm wide) across the full 40x40 cm field size. The MLC comes with a Treatment Control System Rack Cabinet and Integrity R3.X software which includes integral leaf calibration workflows.   Agility is designed to support high resolution stereotactic radiation therapy and volumetric arc therapy (VMAT), providing high conformance beam shaping for these advanced delivery techniques. It also supports conventional and electron based radiation techniques.

**1**  **Agility ™ - Linac Parts**

**1**  **Agility head covers and touchguard  - Non Axesse**
Required for all Elekta delivery systems with the Agility beam shaping device.

**1**  **Integrity™ R3.2 control system software** Integrity is the latest generation of Elekta's fully digital treatment control system software for systems with Agility™. Integrity is built on the latest LynX OS plafform and is the monitoring and control foundation of Elekta treatment delivery systems. Integrity additionally supports Continuously Variable Dose Rate, dynamic and VMAT deliveries.

**1**  **MOSAIQ Sequencer PC**
This option provides a MOSAIQ Sequencer PC that can be mounted in the Agility Treatment Control system cabinet.

**1**  **6 MV Low Energy Photon**

**1**  **10 MV Mid Energy Photon**

**1**  **15 MV High Energy Photon**

**1**  **6 MeV Electron Energy**



AMOA 000004

Agreement: 2017-186199-AH                     Version: 4                              Dated: August 31, 2017

1    **9 MeV Electron Energy**

1    **12 MeV Electron Energy**

1    **15 MeV Electron Energy**

1    **18 MeV Electron Energy**

1    **U.S.A. Electron Flatness**
     Electron flatness according to U.S.A. standards, optimized at 100 cm.

1    **Standard Set of Aperture Plate Electron Beam Applicators**
     Field sizes:

     - 6 x 6 cm, SSD 95 cm
     - 10 x 10 cm, SSD 95 cm
     - 14 x 14 cm, SSD 95 cm
     - 20 x 20 cm, SSD 95 cm

     Fitted with spring loaded touch guard, coded end frames and electrical connection to linear accelerator latch mounting system enables easy and rapid attachment.

1    **PreciseBEAM™ VMAT**
     Provides Volumetric Intensity Modulated Arc Therapy which offers simultaneous dynamic control of the MLC, diaphragms, gantry and collimator. It allows continuous variable MU/degree along the arc.

1    **Combined Interdigitation & CVDR license**
     License providing interdigitation and Continuously Variable Dose Rate (CVDR) functionality.

1    **VMAT Treatment Planning System Manual**

1    **VMAT CAT (Volumetric Arc Therapy Customer Acceptance Test)**

1    **SYNERGISTIQ ™ Software License**
     Enables the XVI functionality to support SYNERGISTIQ.  SYNERGISTIQ integrates MOSAIQ® and XVI into a consolidated and synchronized user interface.

1    **Software Media Pack, SYNERGISTIQ™ Clients**

1    **SYNERGISTIQ ™ Monitor kit**
     Specification for Extender/Receiver and cable for a remote monitor. Required for sites that use SYNERGISTIQ with a remote monitor in the treatment room.

1    **kiloVoltage Cone-beam CT Hardware for Elekta Infinity™**

1    **40kW kV generator - 480V**
     The integrated 40kW kV generator provides multiple settings control via the XVI software. Acquisition parameters are configured within the preset protocol function in the XVI software, and is user configurable. The generator and X-ray tube have been optimized for the 3D VolumeView™ imaging, as well as the 2D radiographic type exposures of PlanarView™ and MotionView™.

1    **Control System hardware for XVI R5.0.3**
     The XVI control system is a high specification PC which supports all aspects of the IGRT process including 2D, 3D and 4D kV image acquisition, reconstruction, and analysis using a suite of registration functionality.

1    **Base XVI License**
     The XVI 5.x base license includes the following features as standard:

     - PlanarView™: 2D kV radiograph mode
     - MotionView™: 2D kV fluoroscopic mode
     - VolumeView™: 3D kV volumetric imaging mode

     - Segmental MotionView™ and VolumeView™: Pause/Restart 2D fluoro or 3D volumetric acquisitions manually.

⊙Elekta

AMOA 000005

1    **Intrafraction Imaging License**
Provides the ability to acquire kV images during the delivery of an MV treatment field. Intra-fraction imaging allows you to:

- Acquire images (2D fluoro) for a specified time, and then move directly into a 3D volumetric acquisition.
- Acquire a 3D volumetric image during conformal, IMRT or VMAT MV deliveries to measure intrafraction movement.
- Perform Intra-fraction 3D or 4D volumetric imaging and registration per arc during dual (or multiple) arc procedures, allowing table corrections in between arcs.

1    **Symmetry™ License**
Symmetry is primarily indicated for respiratory motion management. It offers a unique 4D IGRT online solution that is correlated to internal organ movement. It facilitates for the planned dose to be delivered to the volume where the target spends most of its time in. This allows for margin reduction and baseline shift compensation, supporting treatment deliveries during free-breathing with no surrogates. The use of Symmetry does not require planning on a 4D reference CT.

1    **Critical Structure Avoidance**
Critical Structure Avoidance allows the registration of two separate areas of anatomy, utilizing both the clipbox and the Shaped Registration Region of Interest. XVI software will calculate the relationship of both areas of anatomy to the proposed correction vectors and alert the user if the target has moved closer to the critical structures due to anatomical changes. The user can then choose to select a compromise between the two areas, or send the patient for re-planning.

1    **3D Shaped Registration Region of Interest**
The 3D Shaped Registration Region of Interest can be generated from any structure imported from the treatment planning system, or created manually using tools in the software. This allows generation of a 3D registration volume that conforms to anatomical structures.

1    **3D Automated Seed Match License**
Offers an optimized 3D registration algorithm to register implanted markers, without compromising on 3D volumetric information.

1    **Distributed Review**
Distributed Review allows the sending of XVI CBCT data to MOSAIQ® for review at any MOSAIQ® workstation, as well as the primary XVI workstation.
Pre-requisites:

- Distributed Imaging/Treatment
- DICOM CT Export (+/- Auto DICOM CT Export).

1    **Distributed Imaging**
Distributed Imaging allows the transfer a patient between XVI systems without having to prepare the registration settings on the secondary XVI system, through MOSAIQ®.

1    **Elekta XVI Basic Calibration Kit - Bearing Phantom Assembly**
Specially designed geometric calibration phantom for kV to MV isocentre alignment. Suitable for the XVI system with the iBEAM® evo couch top.

1    **Couch top Adaptor kit for QA Phantom**
Single ball phantom table top adapter kit. This attachment supports the single ball bearing phantom which is used to calibrate the XVI imaging software to the mechanical isocenter.  Fits the iBEAM®, iBEAM® evo, HexaPOD evo and Connexion™ couch tops.

1    **XVI Daily QA Phantom Kit**
Daily QA Phantom for kV and MV projection imaging and kV VolumeView™. Checks the laser and light field coincide and additionally provides a spreadsheet for recording and analyzing trend results.

1    **XVI Water Calibration Kit**
Water phantom calibration kit for XVI calibration. It provides a reduction in CBCT image ring artefacts in addition to image quality improvements.

1    **VolumeView™ Contrast phantom**
QA phantom to enable measurement of high resolution and contrast resolution and other image quality parameters of the VolumeView images acquired on the XVI workstation.



AMOA 000006

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

| | |
|---|---|
| 1 | **2D Image Quality Phantom** |

1    **2D Image Quality Phantom**
Image quality phantom use for 2D kV image quality to determine the low contrast and spatial resolution of XVI 2D images (PlanarView™ images). This test tool is used for the 2D image quality of the Customer Acceptance Test for XVI and can be used to monitor image quality over a period of time.

1    **Automated DICOM CT export license**
This tool uses DICOM Auto-Push for 3D images. DICOM Auto-Push automatically exports the CBCT image when you accept or save a 3D VolumeView reconstruction.

1    **Manual DICOM RT Image Export**
This tool uses DICOM to export 2D PlanarView images manually from XVI.

1    **Auto DICOM RT Image Export**
This tool uses DICOM Auto-Push for 2D images. DICOM Auto-Push automatically exports the image when you acquire a 2D PlanarView image.

1    **DICOM CT export license**
This tool uses DICOM to export the 3D images manually from XVI to MOSAIQ®, or any 3rd party DICOM-based tool.

1    **DICOM 4D export**
4D DICOM export allows the user to export to a third party system the CBCT data as generated by Symmetry™ of:

- Average phases
- All phases
- Single phase.

1    **Archive and retrieve to network**
Performs automatic archiving of patient images to a pre-defined network location, outside of MOSAIQ®. Archiving can be scheduled, and the network location can be specified at will. The same tool performs retrieval of files from the same location.

1    **Extra Collimators**
Provision of additional XVI collimators for imaging. Includes:

- VolumeView cassettes: L10, M2, L2.

1    **Elekta Infinity™ iViewGT™**
This kit contains all of the components for iViewGT including:

- A MK 6 imaging control system cabinet with the iViewGT software R3.4.1. pre-installed.
- A rigid and fully retractable slim line MV imaging detector arm with a large, square active detector area and wide lateral and longitudinal movement adjustments. The arm has automatic and manual arm movements and is fully interlocked.

1    **iViewGT™ R3.4.1 Installation Kit**

1    **iViewGT™ R3.4.1 Software License**

1    **iViewGT ™ R3.4.1 Software License Collation**
Third Party License toolkit necessary for supporting iViewGT.

1    **Remote Retraction of the iViewGT™ detector - 30M**
This kit allows Remote Retraction of the iViewGT detector from the Function Key Pad.

◯Elekta

AMOA 000007

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

1   **DICOM 3.0 software Interface for Image transfer**
The international standard interface protocol for network transfer of medical images.

1   **iViewGT™ IMRT Verification Software License**
This software expands existing iViewGT functions to verify multiple segment beams for IMRT. The iViewGT image acquisition is triggered automatically and the image taken depends on whether the user selects single, multiple or movie image.

1   **Template Matching Software License**
The template matching option enables the user to compare the portal image with a nominated reference image for any set-up error. The set-up error is measured by matching visible anatomy and the field edge on the referenced image with the portal image. The user can move the templates to provide an image displacement.

1   **Patient Auto Select Software License**
This enables the prescription selected on the Linac to automatically select or create that patient record on iViewGT™ or iViewC™ using the iCom-Vx protocol. In addition, images will automatically be acquired and stored in the iViewGT / iViewC database without further operator intervention.

1   **Software License Image Approval**
This allows the user, assigned with the 'review' permission, to approve or disapprove any image within iViewGT™ or iViewC™.

1   **Las Vegas Calibration Phantom**
The Las Vegas phantom is a device that is used to check image quality of a portal imaging device at different megavoltage energies both at acceptance and as part of the corrective maintenance procedure.

1   **iBEAM® evo Couchtop**
The iBEAM evo Couchtop has no metallic components apart from the rails. The Couchtop comes complete with the following extensions;

- iBEAM evo Extension 415
- indexing bar
- iBEAM evo Extension removable rails EP (aluminum).

The table top comes with a fixed rail at the foot end of the couch and a removable, light weight rail for the superior couch end.

1   **iBEAM® evo Extension 650**
The iBEAM evo Extension 650 is designed to support the patients upper body and extends off the end of the iBEAM evo Couchtop by 650 mm, thus allowing for treatment of the prostate of very tall patient's.

1   **Precise Treatment Table™ or Pedestal Pit Kit**
This kit provides the necessary fixings, floor boards and template to install a Precise Treatment Table into a custom built pit or a modified Pedestal pit.

1   **Independent X/Y movement of table top**
To save time, in reaching the desired position, this kit allows the X/Y brakes to be released independently.

1   **Beam Block Tray - Star Pattern**
Lexan beam block tray with holes in a star pattern. Trays are designed with threaded, removable plugs for the coding of each block. Specially designed for use with the Elekta shadow tray assembly.

1   **Hook and Latch Magnification Graticule**
Solid Frame Port Film magnification graticule that attaches directly to the linac, taking the place of the coded shadow tray, thus providing more clearance between the patient and the accessory.Used in treatment verification for situations where simultaneous fitment of blocking tray is not required.

1   **Electron Beam Field Shaping System**

Elekta

AMOA 000008

Agreement: 2017-186199-AH                              Version: 4                              Dated: August 31, 2017

For use with Electron applicators from Elekta and allows the user to easily provide Electron Beam field shaping.   The system comprises:

- A Universal leveling template with an adjustable arm for securing styro-foam inserts- Set of five (5) rubber molds compatible with Elekta Electron applicators
  - 6cm x 6cm
  - 10cm x 10cm
  - 14cm x 14cm
  - 20cm x 20cm
  - 25cm x 25cm

Provided as part of the system is one (1) Hot Wire Cutter.

**4    19-inch Control Room LCD Monitor**

**1    IMKM**
The In-room Monitor and Keyboard function provides the operator with access to all clinical and service functions available at the control console from inside the treatment room.
Comprising:

- Cable switching connectors for attaching the in-room monitor to the treatment control system.

**1    In-room Monitor, Keyboard and Mouse Local Procurement Specification**

**1    Table ASU License**
In addition to normal linac ASU, the user is able to separately request the auto setup of the table isocenter from inside and outside the room.

**1    Delivery Parameters Log File Convertor**
Enables a user to upload log files and have them converted into csv format.

**1    Software License Linac Record**
The Daily Record Function allows the Treatment System radiation beam information to be recorded on a continuous basis. Every time the beam is turned on it records the incidence: patient treatments or port films. This can be used as a back up for record and verify systems or for billing purposes.

**1    Software license Linac Record to file**
The Software license Linac record to file offers the user the option to configure the Linac (in Service Mode) to send the data to network file rather than to a printer.

**1    IntelliMax™ Intelligent Agent**
This License provides only the IntelliMax Intelligent Agent license. Any provision of services relating to the use of data collected by the Agent (via the IntelliMax Enterprise) should be negotiated as part of the Service Contract between the Customer and the BU/distributor.   IntelliMax Intelligent Agent requires a dedicated PC. Provision of this PC must be negotiated between the Customer and the Elekta BU/Distributor. A specification of the PC can be obtained from your Elekta representative.   IntelliMax Intelligent Agent also requires a direct internet connection to the Agent PC opening secure port 443 (https).

**1    Extended Service License**
This license allows the user extra service tools/functionality.

**1    Extender Cards**
Extender cards for fault diagnosis on the Electrical Interface Module (EIM).

**1    Linear Accelerator Manual Set**

AMOA 000009

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

1    **ExacTrac Hardware CITB Kit - 10m**
The CITB-ET enables communication between ElektaLinac and Brainlab ExacTrac System. The provided cable length is 10m.

1    **Turbo Starter Kit for Linear Accelerators**
Ancillary equipment required for the installation and maintenance of any Precise Digital Accelerator. Comprising:

- Rotary vacuum pump
- Turbo molecular pump attachment for rapid pump down times and higher roughing vacuum.

1    **General Function Key Pad**
The Function Key Pad provides the following features:

- MV Start, Interrupt and Terminate
- LEDs to indicate radiation on / off status
- Linac Assisted Setup (ASU) - facilitating automatic gantry and diaphragm rotations
- Table ASU - facilitating automatic table translations and isocentric setup
- Imaging ASU - facilitating automatic remote retraction of the iViewGT™ detector.

1    **XVI cable reeling**

1    **Remote Automatic Table Movement License**
This license enables the user to make the translation correction movements remotely and automatically at the Precise Treatment Table™. This movement can either take place following a registration as part of an on-line VolumeView imaging workflow or the table can be moved remotely and automatically to coordinates entered into MOSAIQ®.

1    **Agility™ Service Tool**
Tool to support maintenance of the Agility beam shaping device.

1    **Room Lasers, Green, Remote**
Set of 4 green room lasers with remote control adjustment. Comprising 3 crosshair and 1 line sagittal laser. Featuring  fine lines (< 1mm), high precision adjustment at the isocenter and stable mounting bracket. Inclusive of switchable (110v to 240v) power supply and universal main adaptor.

1    **Clinical academic course: IMRT/VMAT**
The objective of this clinical program is to present the steps required to implement IMRT/VMAT for routine treatment on Elekta's linear accelerators.
   **Target groups**
Radiation oncologists
Medical physicists
Dosimetrists
Radiation Therapists/Radiographers

**Content:**

- Commissioning the linear accelerator and treatment
- planning system for IMRT/VMAT
- Acquisition of beam data
- Dosimetry and stability of beam segments of small MU and dimensions
- Methods to establish the appropriate margins for IMRT/VMAT
- Inverse planning methods for IMRT/VMAT
- QA tools for IMRT/VMAT delivery
- Demonstrations performed on Elekta linear accelerators
- 2-day course

**Pricing Does Not Include:**

- Airfare
- Hotel
- Travel related expenses.

Elekta

AMOA 000010

Agreement: 2017-186199-AH                          Version: 4                                    Dated: August 31, 2017

1   **Applications Training for Standard Therapy on the Desktop**
The 2-day Standard Precise Desktop Course (travel time inclusive) provides training for 4 Radiation Therapists in the clinical use of the Precise Desktop Digital Linear Accelerator.  Successful participants will be equipped with the knowledge and skills to operate the system effectively. The course does not provide training in the principles or techniques used in Radiation Therapy.

1   **Applications training for iViewGT™**
The 3-day iViewGT training course (travel time inclusive), provides training for 4 radiation therapists in the clinical use of the iViewGT imaging system. Successful participants will be equipped with the knowledge and skills to operate the system effectively. The course does not provide training in the principles or techniques used in radiation therapy.

1   **XVI Applications Training**
The 4-day XVI training course (travel time inclusive) provides training for Radiation Therapists in the clinical use of the X-ray Volume Imaging portion of the Elekta Digital Accelerators. Successful participants will be equipped with the knowledge and skills to operate the system effectively. The course does not provide training in the principles or techniques used in Radiation Therapy, CT, or Diagnostic Imaging. This course is given at the customer site for a maximum of 4 users.

1   **Weekend Rigging & Handling**
Basic rigging of Linac to first floor or ground floor location outside of Elekta's normal working hours. Elekta will provide the necessary crew to offload, uncrate, rigging and machinery moving required to set system as per plan, and remove debris. Basic rigging excludes use of a crane or rigging down an elevator shaft.
Standard Rigging includes:

- Make one pre-installation site visit and delivery project management.
- Drill holes for equipment fasteners
- Supply a 12,000 lb capacity forklift during the off loading procedure.
- Stage and uncrate the linac machine, move all components into the facility, and set as directed.
- Remove and dispose of all packaging that will not be reused.
- Transport the base, gantry and beam arm into the facility/bunker on transport trolleys supplied by Elekta.
- Set the base frame in place (Elekta will level).
- Set the gantry drum onto the base frame.
- Set beam arm into the gantry.
- Install counterweight holder and stack the counterweights.
- Supply a manual gantry lifting system to perform aforementioned setting activities and all necessary tools.
- Supply a crew, including a rigging supervisor.
- Include the cost of all associated resource and expenses, including related travel time.
- Complete all rigging activities in a single day.

Standard Rigging excludes:

- Crane service.
- Elevator, or shaft deliveries.
- No clear access to the building (exterior).
- Interior obstruction en route to treatment room.
- Any shoring needed to protect the structure from the weight of the system.
- Any shoring and/or plating needed to build temporary dock or landing area for the unit.
- Extra long delivery routes, distances in excess of 150' from offload site to the treatment room.
- Overtime, weekend, premium time, unless Weekend Rigging selected.
- Additional travel expenses should the project exceed the time allotted in this scope for reasons beyond Elekta or our contractor's control.

- Additional man-hours, manpower, travel expenses, or equipment required due to delays caused by incorrect site preparation, waiting time, or delays not caused by Elekta or our contractor will be itemized and billed to the customer at then current rates.

1   **Open Air Graticule**
The Open Air Graticule is intended to be used for Radiation Therapy to project a scale of defined increments on port film images which can aid in treatment setup and verification. The Open Air Graticule does not require the use of a shadow tray holder and can be attached directly to the head of the Precise Treatment System or SL Linac. It consists of two wires delineating the X & Y axis of the treatment field. This model of graticule is ideal for MLC customers and especially those using Elekta's iView & iViewGTTM. Because the open air graticule has a minimal transmission factor, with Physic's approval, the customer does not have to re-enter the treatment room after the port film to deliver the treatment. Please see product User manual for specific treatment information.

1   **Agility™ Beam Arm Cover (new white)**

Elekta

AMOA 000011

Agreement: 2017-186199-AH                        Version: 4                        Dated: August 31, 2017

1    **Aperture Plate Electron Beam Applicator 25 x 25 cm**
Fitted with spring loaded touch guard, coded end frames and electrical connection to linear accelerator.
The X-ray diaphragms are then set automatically to the optimum position.
A unique hook and latch mounting system enables easy and rapid attachment.

1    **Order two sets of pre defined terminated cable kits**
Pre installation treatment room and Inter bay terminated cable kits.

1    **Elekta Infinity Drum and Ring Cover Set**

1    **MRT 24841 STANDARD QUADRANT COVER SET**

1    **iViewGT™ Amorphous Silicon detector panel for production systems.**

1    **Closed Circuit TV System - Color**
The standard CCTV system consists of two Samsung SNP-5321 (1.3 Megapixel HD) dome-shaped color cameras and two pan/till/zoom control mounts allowing the operator full control of both cameras. An 18.5 inch flat screen monitor is also provided and supports a resolution of up to 1360 x 768.

1    **Additional Closed Circuit TV System Camera**
This optional camera can be added to the standard CCTV system to create a three camera CCTV system. The additional camera consists of one Samsung SNP-5321 (1.3 Megapixel HD) dome-shaped color camera and one pan/till/zoom control mount allowing the operator full control of the additional camera.

1    **Intercom system for patient and radiographer communication**
The ASK-4® 501-TLI-CF is a single zone audio monitoring system with 2-way talk/listen capabilities. It consists of a remote speaker/microphone and audio base station with built-in microphone and speaker.

1    **Medical Gases SF6 for Installation and Service**
Includes:

- 44-liter cylinder for SF6 gas
- 115 lbs of SF6 gas
- Regulator
- Delivery.

1    **Medical Gases Nitrogen for Installation and Service**
Includes:

- 16-liter cylinder for Nitrogen (N2) gas
- Nitrogen (N2) gas
- Regulator
- Delivery.

1    **Physics 1: Medical Accelerator Introduction**
**Objective**
After completing this course, attendees will:

- Identify different components of an Elekta linear accelerator.
- Operate the linear accelerator's controls.
- Summarize the system communication and the different protocols used.
- Operate the accelerator in service and clinical modes.
- Perform calibration of dosimetry system.
- Understand fundamentals of MLC control system, optical tracking, and calibration.
- Outline the operation of imaging systems for IGRT and perform basic quality assurance.

**Course Content**

- Theory of Operation
- Control Sytem and System Communication
- Beam Measurement and Dosimetry
- Agility Beam Limiting Device
- Imaging Systems and Introduction to IGRT

The application has been made to CAMPEP for 31.2 Medical Physics Continuing Education Credits (MPCEC.)



AMOA 000012

Agreement: 2017-186199-AH                     Version: 4                                    Dated: August 31, 2017

**Duration**
5-day training at Elekta's Region North America LINC
**Target Group**

- Medical Physicists
- Medical Physics Students

**Pre-requisites**
None

1    **Volumetric Modulated Arc Therapy (VMAT) QA**
**Objectives**
After completing this course, attendees will:

- Explain the clinical rational for the VMAT treatment technique.
- Evaluate the key factors influencing the quality of VMAT plans.
- List advantages and limitations of VMAT treatment technique.
- Explain the method by which VMAT is delivered by an Elekta linear accelerator.
- List the constraints required by the delivery system to ensure optimal treatment planning.
- Evaluate which aspects of VMAT must be tested prior to clinical use.
- Perform Picket Fence with Gantry Rotation, synchronization of dose rate and gantry speed, and synchronization of dose rate and MLC speed tests to evaluate proper performance of the Elekta medical accelerator.
- Develop and execute commissioning benchmark tests to determine baseline system performance for routine quality control testing post future repairs, upgrades, or cal checks.
- Discuss implementation strategies for patient specific measurement to determine gamma pass rate of the delivered plan.

**Content**
During this one-day course, attendees will learn the rationale for VMAT as a treatment technique and the different methods for creating VMAT treatment plans. The course will also cover VMAT delivery, commissioning, and quality assurance for the Elekta medical accelerator as well as advantages and limitations for VMAT as a treatment technique. The application has been made to CAMPEP for 7.75 Medical Physics Continuing Education Credits (MPCEC).
**Duration**
1 day
**Target Audience**

- Certified Medical Physicists
- Medical physics students

**Prerequisites**

- Physics 1: Medical Accelerator Introduction
- Quality Assurance of Elekta Medical Accelerators.

1    **Education & Training Travel Support (2-3 day course)**
Elekta will provide reasonable and necessary travel to support completion of the Off-Site Education & Training course(s) purchased under this Agreement.  This Travel Support includes reasonable and necessary airfare and accommodations booked at least three (3) weeks in advance through Elekta's approved travel agent, proof of course registration at the time of booking is required.  Extended airfare and accommodations beyond the duration required to travel and attend the course(s) is not permitted.  This Travel Support also includes reasonable and necessary local transportation costs and up to $100 (USD) per person per day to cover reasonable and necessary meals, which will be paid by Elekta directly to Customer (not to Customer employees) upon receipt of invoice, proof of course completion and supporting receipts.  This Travel Support is available for up to two (2) years after date of Acceptance, no exceptions permitted. Price - $1,700.00 USD (ea).

1    **Education & Training Travel Support (4-6 day course)**
Elekta will provide reasonable and necessary travel to support completion of the Off-Site Education & Training course(s) purchased under this Agreement.  This Travel Support includes reasonable and necessary airfare and accommodations booked at least three (3) weeks in advance through Elekta's approved travel agent, proof of course registration at the time of booking is required.  Extended airfare and accommodations beyond the duration required to travel and attend the course(s) is not permitted.  This Travel Support also includes reasonable and necessary local transportation costs and up to $100 (USD) per person per day to cover reasonable and necessary meals, which will be paid by Elekta directly to Customer (not to Customer employees) upon receipt of invoice, proof of course completion and supporting receipts.  This Travel Support is available for up to two (2) years after date of Acceptance, no exceptions permitted. Price - $2,000.00 USD (ea).

1    **Power Distribution Unit for Elekta* Linear Accelerator - 480 Volt Input**
The PDCU incorporates a transformer, output circuit breakers, filtering for high frequency noise, distortion, and transient pulse suppression, in one cabinet.  This reduces site preparation costs and complexity for the customer.

Elekta

AMOA 000013

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

1    Elekta will make reasonable endeavors during installation to achieve:

- MV isocenter radius, at 6MV flat, for gantry radiation isocenter of 0.6mm radius; and
- MV isocenter radius, at 6MV flat, for the combined gantry + collimator + treatment table rotation radiation isocenter of 0.75mm radius

**Third Party Pass-Through Items:**
RS&A Ref #OP-005911 attached hereto as pdf.
Sun Nuclear Corporation Quote# Q-05764-1 attached hereto as pdf

**Elekta**

AMOA 000014

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

**MOSAIQ® Connectivity License for New Elekta Infinity™ Linac**

| Qty | Part Number | Description | List Price | License Term | Software M&S Service Fee (per year) |
|-----|-------------|-------------|-----------|--------------|-------------------------------------|
| 1 | 55500003000IQRO | **MOSAIQ IGRT Connectivity for Elekta**<br>Connectivity kit including the RTD and Elekta delivery platform, interface to Elekta MLC/IMRT, interface to iViewGT electronic portal imaging device and connectivity to the XVI including volumetric imaging. | $104,500.00 | Perpetual | $15,675.00 |
| 1 | 45016003101IQRO | **Connectivity to Elekta VMAT**<br>Support for Elekta VMAT treatment techniques. | $15,000.00 | Perpetual | $2,250.00 |
| 1 | 46100003000IQRO | **SYNERGISTIQ**<br>SYNERGISTIQ integrates MOSAIQ and Elekta IGRT devices into a consolidated and synchronized user interface that brings together, in a coordinated manner, the various systems that are required for Image Guided Radiotherapy. | $149,000.00 | Perpetual | $22,350.00 |

Elekta

AMOA 000015

Agreement: 2017-186199-AH                    Version: 4                          Dated: August 31, 2017

## Exhibit A-1

### Elekta Care™ Gold  for Elekta Oncology - TBD

**Curepoint Cancer Center**
2406 Bellevue Road
Dublin, Georgia 31021
Site: 10970-TBD

| Maintenance & Support Service Fees | | |
|---|---|---|
| Annual Hardware Maintenance & Support Service Fee: | USD | $277,214.75 |
| Discount: | USD | 35% |
| Annual Hardware Maintenance & Support Service Fee offer price: | USD | $180,189.58 |
| Contract Start Date: | | Upon expiration of the warranty period |
| Term in months | | 60 |
| **Total Hardware Maintenance & Support Service Fee: *** | **USD** | **$900,947.90** |
| Price is based on invoice schedule: | | Annually |

| Payment Schedule | | Periodic Payment | | Total Amount |
|---|---|---|---|---|
| Total   Payment (IN ADVANCE) | USD | $900,947.90 | USD | $900,947.90 |

| Service Hours and Response Time | |
|---|---|
| Remote services accepted: | Yes |
| Estimated Spare part response time | Within 24 hours (excluding weekends and holidays) |
| Estimated onsite response time: | Within 12 working hours |
| Uptime guarantee: | 97% |

Note: the Uptime Guarantee module shall only be applicable if Elekta Remote systems, including IntelliMax, are installed and available for use on the Site and Unique Components Coverage is chosen as a module.

### Covered Products:

| Qty | Part Number | Description | Serial # |
|---|---|---|---|
| 1 | SO089-Y | Agility™ - Gold | TBD |
| 5 | SO014-Y | Electron Energies - Gold | TBD |
| 3 | SO003-Y | Photon Energies - Gold | TBD |
| 1 | SO023-Y | Elekta Infinity™ - Gold | TBD |
| 1 | SO067-Y | VMAT - Gold | TBD |
| 1 | SO069-Y | XVI Imaging - Gold | TBD |
| 1 | SO025-Y | iViewGT™ - Gold | TBD |

### Optional Services Selected:

| Qty | Part Number | Description |
|---|---|---|
| 1 | OO_USPC_THY | Unique Spare Parts Thyratron replacement coverage |
| 1 | OO_USPC_MLCC_AG | Unique Spare Parts Coverage Agility Camera |
| 1 | OO_USPC_ELG | Unique Spare Parts Electron Gun replacement coverage |
| 1 | OO_USPC_IVGTPNL | Unique Spare Parts iViewGT Panel replacement coverage |
| 1 | OO_USPC_XVIPNL | Unique Spare Parts XVI Panel replacement coverage |
| 1 | OO_USPC_XRAYTB | Unique Spare Parts Xray Tube replacement coverage |
| 1 | OO_USPC_IONCMB | Unique Spare Parts Ion Chamber replacement coverage |
| 1 | OO_USPC_MAGSTD | Unique Spare Parts Magnetron replacement coverage |

Elekta Care ™ Gold  for Elekta Oncology



AMOA 000016

Agreement: 2017-186199-AH                     Version: 4                          Dated: August 31, 2017

| | Elekta Care™ Silver | Elekta Care™ Gold | Elekta Care™ Platinum |
|---|---|---|---|
| **Labor and parts coverage** | | | |
| Management Service Reviews | • | • | • |
| Hardware and Software Safety Releases | • | • | • |
| Genuine Elekta Parts Availability | • | • | • |
| Spare Parts | - | • | • |
| Unique Spare Parts Coverage | - | Optional | • |
| Planned Maintenance | • | • | • |
| **Software support** | | | |
| Software Updates | • | • | • |
| Software Upgrades | - | • | • |
| New Licensable Software Modules | | | |
| **System availability** | | | |
| Uptime Guarantee | - | • | • |
| Technical support (Email/Phone) | • | • | • |
| Application support (telephone) | • | • | • |
| Application support (On Site) | - | - | • |
| Technical Information Supply | • | • | • |
| Corrective Maintenance (Emergency Support) | - | • | • |
| **Obsolescence management** | | | |
| Obsolescence Management | - | Optional | |
| **Remote services** | | | |
| Remote Services Technical Online Support | • | • | • |
| Remote Services Alerts & Notifications | Optional | • | • |
| Remote Services Remote Access | Optional | Optional | Optional |
| Remote Services Data Access | Optional | Optional | Optional |
| Remote Services Application Online Support | - | • | • |
| **Education services** | | | |
| Customer Training Review | - | - | • |
| **Business services** | | | |
| System Performance Audits | | | |
| Data Server & IT Networking Support / Elekta interface support/Interconnectivity supp | - | - | • |
| Online Customer Portal (Support Plus OIS) | • | • | • |
| **Earned discounts** | | | |
| Discount on spare parts | • | - | - |

Elekta

AMOA 000017

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

**Agreed Available Time:** In consideration for the Service Fee above the Services shall be provided during the Agreed Available Time, as defined below:

Agreed Available Time consists of Normal Office Hours plus any Agreed Overtime Hours, if any are listed below.
Additional Hours are any hours worked outside of the Agreed Available Time and will be charged at applicable time and material rates.

Note: all times, dates and holidays are those observed by the local Elekta office of the country in which the Site is located.

    Normal office hours
        [08:00 - 17:00] Monday to Friday excluding holidays

    Agreed available Time

| Elekta Infinity™ | | |
|---|---|---|
| | [08:00 - 21:00] | Monday to Friday excluding holidays |

**End of Life and Guaranteed Support:** The supply of Services is subject to the End of Life and End of Guaranteed Support policy.

**Removed Parts:** Any part removed from the Products and replaced by a replacement part by or on behalf of Elekta under this Agreement shall become the property of Elekta upon removal. Elekta shall be free to dispose of or use any removed parts at its discretion.



AMOA 000018

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

# ELEKTA, INC.
# HOLIDAY SCHEDULE

**NEW YEAR'S DAY**

**MEMORIAL DAY**

**INDEPENDENCE DAY**

**LABOR DAY**

**THANKSGIVING DAY**

**DAY AFTER THANKSGIVING**

**CHRISTMAS EVE**

**CHRISTMAS DAY**

Elekta

AMOA 000019

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

## Exhibit A-2

The following section describes all the Elekta Care™ service modules available. Each section shall only apply where it is specifically referred as an included module in Exhibit A-1.

### 1. LABOR AND PARTS COVERAGE

#### 1.1 Management Service Reviews
The local Elekta service manager will conduct a periodic management meeting. This will take place either in person or remotely as agreed between the Parties, with the intention of reviewing the performance of both Elekta and the Products, and to mutually plan any activities or changes needed for the period ahead.

#### 1.2 Hardware/Software Safety Releases
The supply, and, where the Customer is unable to do so itself, installation of all software and hardware releases declared by Elekta, via the publication of a mandatory Field Change Order, as necessary to maintain the safe operation of the Products.

#### 1.3 Genuine Elekta Parts Availability
Availability of Unique Elekta product spare parts, Field Replaceable Units or modification kits by Elekta's Lifecycle Stock Control Management System to ensure availability throughout the expected system lifetime.

#### 1.4 Spare Parts
Should any Product or part be defective in material or workmanship and/or does not perform according to the Product's Specifications, Elekta shall supply and deliver at its cost any replacement spare parts necessary to restore compliance with the Specifications. Consumable parts and Unique Components or those parts required to be replaced as part of the planned maintenance are not covered by this module.

Elekta may use refurbished parts and components to replace any defective parts or component.

Customer's rights under this module shall not apply if the Product or part is a Third Party Product or is defective as described above due to (a) accident or negligence or intentional act or omission of customer or customer's representative (b) if the Product or parts have been used or stored in a manner not authorized by Elekta, (c) lack of routine care or maintenance as indicated by Elekta, (d) modification of the Product not performed by a certified Elekta engineer, (e) the Product or part being declared End of Guaranteed Support or End of Life.

#### 1.5 Unique Components Coverage
Unique Components are spare parts not covered under the general Spare Parts Module. The same terms as applicable to the Spare Parts module above are applicable to this module. This module shall only apply if the Service Agreement is for a minimum duration of 3 years or has been in existence and renewed in the 3 years preceding the replacement of the Unique Component.

The Unique Components are:

- All Imaging panels
- All X-Ray Tubes
- All Ion Chambers
- All MLC Cameras
- All Magnetrons
- All Thyratrons
- All Image Intensifiers
- All Electron Guns

#### 1.6 Corrective Maintenance (Emergency Support)
On-site technical support by Elekta-certified engineers to resolve urgent technical issues.

The service includes a report detailing any actions undertaken and any additional work the engineer recommends needs to be addressed.

Emergency Support are carried out during normal office hours, unless an overtime option has been included within this Agreement. If no overtime agreement has been included, any activity undertaken by Elekta engineers outside of normal office hours will be charged at the overtime rate applicable at the time.

The response time to guarantee an on-site visit is as specified in exhibit A-1 of this Agreement.

Any spare parts needed for the repair are not included in this option. Inclusion of travel time and costs are only included if specifically agreed between the Parties in writing.

#### 1.7 Planned Maintenance
Elekta shall perform site visits for the purposes of planned maintenance ("PM"). The number and duration of the visits required shall vary according to the products covered and will be in accordance with the Elekta planned maintenance schedules published at the time.

Unless specifically agreed otherwise, all planned maintenance will be carried out during Normal Office Hours.

Elekta will provide the recommended schedule including the duration of visits, time between visits and general scope of work at the beginning of each agreement year. Mutually convenient dates will then be agreed upon between Elekta and the Customer. Should additional work be required over the agreed planned activity, this will be charged at Elekta's current rates.

The cost of supply of spare parts or consumables other than those identified by Elekta as being part of the standard planned maintenance and found to be required during the planned visits are not included in this module.

Elekta shall issue a report detailing the actions undertaken during the planned maintenance visits and any additional recommended work.

### 2. SOFTWARE SUPPORT
There are three possible Software Support modules - which depends on your product and service agreement level - : Software Updates, Software Upgrades, and New Licensable Software, as defined below. To each module, the "General Conditions" below shall apply.

#### 2.1 Software Updates
Updates are minor improvements, patches, or service pack releases to a version of software, but do not upgrade the software to the next major version (if one exists).

#### 2.2 Software Upgrades
Upgrades are major software releases of feature enhancements and performance improvements to existing licensed software functionality. This option does not cover the transition onto alternative or next generation platforms.

#### 2.3 General Conditions



AMOA 000020

Agreement: 2017-186199-AH                     Version: 4                                      Dated: August 31, 2017

Updates/Upgrades do not include the supply of any new licensed software modules should they exist in the Update or Upgrade being provided.

Updates/Upgrades/New Licensable Software may only be installed as part of this module if the customer is on the most current software release at the time this Agreement is entered into.

Updates/Upgrades/New Licensable Software installation will be scheduled at times convenient to both the Customer and Elekta, but within Normal Office Hours. The responsibility for installation may be that of Elekta or Customer, depending which Software is being installed.

The supply and/or installation of any necessary hardware or software to run any Updates/Upgrades/New Licensable Software is not included, unless required by local laws or regulations, or if the Update/Upgrade/New Licensable Software falls within the description of the Hardware/Software Safety Releases module, in which case the provisions of the Hardware/Software Safety Releases module apply.

The Customer shall ensure adequate personnel are present on Site at the time of (remote) installation to assist with the installation of the Updates/Upgrades/New Licensable Software. Elekta may install a Updates/Upgrades/New Licensable Software remotely, in which case the Customer shall give Elekta sufficient access to the relevant systems and Products.

On-site training is not included, unless specifically agreed otherwise, for Updates and Upgrades. The duration of any training and whether this is performed remotely or on site will depend upon the specific features and will be agreed between the Parties. On-site application training for the new features (New Licensable Software) is included and shall take place at the time of installation.

### 3. SYSTEM AVAILABILITY

#### 3.1 Uptime Guarantee
Elekta hereby guarantees that the Hardware will achieve an annual Uptime listed in the Scope of Supply for the duration of this Agreement.

Uptime statistics will be evaluated for each successive twelve (12) month period from the Effective Date ("Contract Year").

Uptime percentage will be calculated using the following formula:

$$UPTIME = \frac{100 \times (Agreed\ Available\ Time - Downtime)}{Agreed\ Available\ Time}$$

For the purposes of the Uptime calculation, Agreed Available Time shall be as noted in the Scope of Supply and shall exclude time set aside by the customer or in mutual agreement between the customer and Elekta for planned activities such as planned maintenance, system modifications, improvements and/or updates or customer-initiated treatment shutdowns.

Downtime, with the exclusions set out below, means the aggregate hours within the Agreed Available Time during a Contract Year, when the Product(s) are inoperable solely due to system failure in the Product(s) which, as a result thereof, cannot be used for patient treatment. For the avoidance of a doubt, if a specific system component is inoperable but a patient can still be treated, the Product(s) will be classified as degraded and will not constitute Downtime.

Downtime begins when a Customer calls Elekta Care Support during the Agreed Available Time notifying that, due to an unplanned event,

the Customer is no longer able to treat patients and the Product(s) is available for immediate servicing. Downtime continues during the Agreed Available Time period until repair has been completed and the Elekta engineer returns access to the Product(s) back to the customer for them to initiate QA procedures and thereafter allow clinical use to recommence. Start and end of Downtime shall be as documented within the Elekta service management system.

Any repair time or inoperability that occurs outside the Agreed Available Time is excluded from the Downtime calculation.

All system failures, damage or malfunction of the Product(s) caused by the Customer or a third party either through act or failure to act (e.g. through misuse, operator error) or by breach of the Customer's undertakings under the Agreement (including failure to act according to manuals and handbooks) or by external causes beyond Elekta's control (e.g. power failure or failure of environmental systems) are excluded from the Downtime calculation.

Where applicable, enabled Remote Services and Unique Component Coverage, as defined in this Agreement, are pre-requisites for any uptime guarantee commitment.

If the Hardware fails to achieve the specific Uptime criteria on the average over a Contract Year, then Customer shall benefit from a discount, applicable to the agreed service to the covered product for the Contract Year following that in which the Uptime has not been met. This discount shall be the sole and exclusive remedy for any failure to meet the Uptime Guarantee.

| Percentage Uptime | | Elekta Care | | | | | |
|---|---|---|---|---|---|---|---|
| From | To | Platinum | Gold | Platinum | Gold | Platinum | Gold |
| | | LGK | LGK | Linac | Linac | Brachy | Brachy |
| 99 | 100 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 98 | 99 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 97 | 98 | 5.0% | 0.0% | 2.0% | 0.0% | 2.0% | 0.0% |
| 96 | 97 | 10.0% | 0.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| 95 | 96 | 20.0% | 0.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| 94 | 95 | 50.0% | 20.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| 93 | 94 | 50.0% | 30.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| 92 | 93 | 50.0% | 40.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| 91 | 92 | 50.0% | 50.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| 90 | 91 | 50.0% | 50.0% | 9.0% | 9.0% | 9.0% | 9.0% |
| < 90 | 90 | 50.0% | 50.0% | 10.0% | 10.0% | 10.0% | 10.0% |

#### 3.2 Technical Support (Email/Phone)
Access to the Elekta Care Support line or an Elekta Care representative, providing technical assistance and advice to ensure optimal system uptime.

Access to Elekta Care Support is provided during Normal Office Hours only.

#### 3.3 Application Support (telephone)
Direct access to the Elekta Care Support line, providing clinical and applications expertise to ensure optimal use of the system.

Access to Elekta Care Support is provided during Normal Office Hours only.



AMOA 000021

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

### 3.4 Technical Information Supply

Includes provision of technical information and bulletins designed to keep the Customer up-to-date with regards to the covered products.

Typical information includes, but is not limited to:
- Current and pending software updates & upgrades,
- Upcoming events and training opportunities,
- Important service announcements.

### 4. REMOTE SERVICES

In order to benefit from Remote Services and to ensure uptime guarantees, equipment must be connected to an IntelliMax Agent where available or WebEx where Elekta IntelliMax™ is not available.

### 4.1 Remote Services Technical Online Support

Secure remote access and phone communication for quick problem resolution, pre-checks prior to on-site visits and over the shoulder support.

This option is a prerequisite for any Uptime Guarantee unless otherwise agreed.

Technical Online Support is only available during Normal Office Hours.

### 4.2 Remote Services Application Online Support

Secure controlled remote access and phone communication for guided application advice to safeguard clinical availability and enable refresher training.

Applications Online Support is only available during Normal Office Hours.

### 4.3 Remote Services Alerts and Notifications

The ability to receive e-mail of system failures or recommended pre-emptive actions before problems occur.

Alerts and Notifications are available at any time when the Elekta system is running and connected to Elekta IntelliMax™.

### 5. BUSINESS SERVICES

### 5.1 Online Customer Portal (Support Plus)

Access to the Elekta Customer Portal providing a range of useful system and product information.

Information on the portal changes all the time, but typically includes:
- Proactive & preventive information and articles
- Frequently Asked Questions
- Knowledge bases
- Documentation
- Useful training information



AMOA 000022

Agreement: 2017-186199-AH                          Version: 4                          Dated: August 31, 2017

## END OF LIFE AND END OF GUARANTEED SUPPORT POLICY

Elekta uses 3 distinct Lifecycle Categories for products that have either been superseded by a newer model or have reached the limit of their declared service life.

The 3 Lifecycle Categories are as follows:

**1. End of Sales:** is the date after which the product will be removed from the Sales Catalogue

- Elekta will no longer market or offer the product for general sale.
- Elekta will no longer develop new features or functionality for this product.
- Education and training will still be available for the product.
- Elekta will discontinue the manufacture of this product, but will continue to make available stocks of spare parts for repairs of the product under its existing maintenance and support agreements with Customers until End of Guaranteed Support is announced.

**2. End of Guaranteed Support:** is the date after which Elekta will be unable to guarantee normal servicing of hardware or software products.

- After this date, the availability of the product, component or spare parts can no longer be guaranteed.
- Elekta's obligation under its maintenance and support agreements may be subject to the limited availability of parts and knowledge and this may affect Elekta's ability to provide solutions in a timely manner. Uptime guarantees under the maintenance and support agreement for the product will cease.
- Where the hardware or software product or component part forms part of a larger host system, Elekta will continue to provide maintenance and support for the host system, however, Elekta will not be responsible for any downtime of the host system as a result of a failure of any hardware or software product or component part that is subject to an End of Guaranteed Support Notice.
- In the event that Elekta is unable to supply replacement parts after End of Guaranteed Support, circumstances may exist where, following a failure, Elekta is not able to restore the product to operation. The only course of action would then be for Customer to purchase an upgrade to restore the system functionality.
- Safety investigations, notifications and fixes will continue.
- Customers may continue to use systems at End of Guaranteed Support but in doing so acknowledge that there is an increased risk of extended or even permanent downtime following a failure.

**3. End of Life** is the date after which Elekta will no longer support the Product.

- Elekta will typically release an End of Life Notice no less than 12 months after the date of End of Guaranteed Support, however there may be circumstances where this date is reached earlier.
- From the date of End of Life, Elekta shall not:
    Enter into any maintenance and support agreements or any other contractual relationship with respect to products at End of Life.
    Provide spare parts, technical support, training or other fixes relating to the product.
- Where the hardware or software product or component part forms part of a larger host system, Elekta will continue to provide maintenance and support for the host system, however, Elekta will not be responsible for any downtime of the host system as a result of a failure of any hardware or software product or component part that is subject to an End of Life Notice.

- Should the hardware or software product fail following the declared End of Life date, Elekta will only provide a solution based on Customer's upgrade to a currently supported platform at the Customer's expense.
- Customer's continued use of a product after End of Life is at Customer's own risk and Customer acknowledges that there is a significant risk of permanent downtime following a failure.
- Elekta will continue to investigate potential safety issues and may from time to time issue safety notices. Elekta will, however, no longer develop, or resolve issues with hardware or software product or component parts which are at End of Life.

With the exception of End of Sales, Elekta will construct a lifecycle announcement to formally declare the End of Guaranteed Support or End of Life date and to clarify the implications to any affected customer or end user.

The lifecycle announcements will be issued to affected customers with as much notice as possible before the declared dates take effect. This notice period will typically be 12 months but cannot be guaranteed.

With regards to customers in Elekta's distributor markets, the lifecycle announcements will be issued to the Elekta distributor who will then be responsible for onward communication to the customer or end user.



AMOA 000023

Agreement: 2017-186199-AH                           Version: 4                           Dated: September 1, 2017

## ELEKTA STANDARD TERMS AND CONDITIONS OF SALE

**1. SCOPE.** These Terms, including any and all exhibits, shall govern the sale and licensing of Hardware and Software and delivery of Services by Supplier. Any additional, different or conflicting terms contained in Customer's request for proposal, specifications, purchase order or any other written or oral communication from Customer shall not be binding in any way on Supplier. Supplier's failure to object to any such additional, different or conflicting terms shall not operate as a waiver of these Terms.

**2. DEFINITIONS.** The following terms used in this Agreement shall have the meaning set forth as follows:

"Acceptance" means Customer's acceptance of the Products, in accordance with the terms of Section 8 herein.

"Acceptance Test" means Supplier's standard protocol and procedure for testing and/or accepting delivery of the Hardware and/or Software, as revised from time to time by Supplier, which is incorporated herein by reference.

"Affiliate(s)" means, with reference to a specified person or entity, any person/entity that directly or indirectly controls or is controlled by or is under common control with the specified person/entity. The term "control" means the direct or indirect ownership of a majority of the outstanding voting securities of a corporate entity.

"Agreement" means the agreement between the Supplier and the Customer relating to the sale/license of the Deliverables, consisting of the Cover Page, these Terms and Conditions and all other exhibits attached thereto or incorporated herein by reference.

"Contractual Delivery Date" means the date specified as such on the Cover Page.

"Cover Page" means the document issued by Supplier containing Supplier's offer to the Customer, to which these Terms and all other applicable exhibits are attached.

"Deliverables" means the Services, Hardware and/or Software listed on the Cover Page and described in more detail in the Scope of Supply.
"Delivery" means the moment when Supplier fulfills its delivery obligation under the applicable trade term with respect to Hardware.

"Designated Equipment" means the designated network and authorized workstation terminals operated by Customer and/or as identified in the Scope of Supply.

"Effective Date" means the date of the last signature on the Cover Page unless a specific Effective Date is otherwise stated.

"End-User" means the entity using the Hardware and/or Software at the Site (as defined on the Cover Page).

"Hardware" means any tangible property listed in the Scope of Supply, including its Firmware and Operating Systems, as defined in Section 17.

"Installation" means any and all procedures and tasks that are specified by Supplier following the arrival of the Hardware and/or Software at the Site.

"License Fee" means the price for the Software license, as specified on the Cover Page.

"Lost Profit" means the Price, minus any amounts already paid by the Customer to Supplier, minus the total costs that would have been incurred by Supplier and its Affiliates in manufacturing, delivering and installing the Deliverables at the Site or performing the Services and which Supplier and its Affiliates can reasonably avoid.

"Payment Terms" means the terms of payment for the Deliverables as set out on the Cover Page.

"Price" means the price for the Hardware, Services and/or Software as specified on the Cover Page.

"Product(s)" means collectively Hardware and/or Software.

"Scope of Supply" means the scope of supply attached to the Cover Page as an exhibit, specifying the Deliverables being purchased/licensed.

"Service Fee" means Supplier's price for the Services, as specified on the Cover Page and as adjusted on an annual basis pursuant to Section 3 of these Terms.

"Services" means the maintenance and support services listed in the Scope of Supply.

"Site" means the location specified as such on the Cover Page.

"Site Requirements" means the technical requirements specified by Supplier and provided to Customer which the Site must meet for the installation and use of the Hardware, which are incorporated herein by reference.

"Software" means any software listed on the Cover Page and described in more detail in the Scope of Supply.

"Specifications" means, the specifications at the Effective Date adopted by Supplier and provided to Customer, which are incorporated herein by reference.

"Terms" means these standard terms and conditions of sale.

"Third Party Products" means Hardware, Software and/or services not manufactured, created or performed by or directly on behalf of Supplier or any of its Affiliates.

"Third Party Supplier" means the supplier of Third Party Products.

**3. PRICE AND PAYMENT TERMS.** The Price shall be due and payable as provided in the Payment Terms. Any stated Price is net and excludes any costs, taxes and duties. Customer shall be solely responsible for any costs, taxes and duties payable in connection with Customer's purchase or license. The Customer shall not be entitled to deduct, withhold or set off any amounts owed by the Supplier. Past due balances shall bear interest at a rate of 1.5 percent per month, but not to exceed the maximum amount permitted by applicable law.

AMOA 000024

Agreement: 2017-186199-AH                     Version: 4                     Dated: September 1, 2017

In the event that the Contractual Delivery Date for any Product or the provision of Services is more than twelve months from the Effective Date of this Agreement, Supplier reserves the right to increase the Price yearly by the smaller of (a) five percent or (b) the percentage change in the Annual Consumer Price Index (CPI), as issued by the U.S. Bureau of Labor Statistics (All Urban Consumers, US Cities Average, Not Seasonally Adjusted) for the period between the Effective Date and the Contractual Delivery Date for such Product or between the Effective Date and the first anniversary of the Effective Date (and again on each subsequent anniversary of the Effective Date) for provision of Services.

**4. RESERVATION OF TITLE:** Supplier shall retain title (legal and equitable) to the Hardware until the Price has been paid in full. Further, the Customer hereby grants to Supplier a first priority security interest in the Hardware to secure full performance of Customer's obligations hereunder and Customer hereby authorizes Supplier to execute and to file any documents necessary to perfect such security interest. As long as title to the Hardware is retained by Supplier, the Customer shall exercise reasonable care and diligence to keep the Hardware in good working order and shall obtain and maintain fire and extended coverage insurance for its fair insurable value, with an insurance company acceptable to Supplier, with loss payable to Supplier as its interests may appear. Upon Supplier's request, the Customer shall evidence that such insurance exists. The Customer shall be prohibited from transferring ownership of the Hardware by way of sales, security, pledge, or otherwise encumbering or disposing of the Hardware in any manner which impedes the Supplier's rights herein.

**5. CUSTOMER'S DEFAULT.** If Customer fails to make any payments by the due date thereof, then Supplier may give Customer written notice of such failure and may suspend all Elekta Services, licenses and Delivery to Customer. If Customer fails to make any payment within thirty calendar days after the date of Supplier's notice of late payment, Supplier may elect to terminate this Agreement by giving written notice of termination. Such termination shall be effective as of the date of such termination notice. If any Products have been delivered to Customer, Supplier shall be entitled, without prejudice to its other rights and remedies, to enter the Site and remove and repossess and/or disable the Products. In the event Supplier terminates this Agreement due to Customer's breach, Supplier shall be entitled, without prejudice to its other rights and remedies, to recover from Customer the Lost Profit and all reasonable costs incurred in the recovery thereof. Supplier may also exercise any rights and privileges available to it as a creditor of Customer under applicable law.

**6. DELIVERY AND RISK.** Except as otherwise provided herein, Supplier shall deliver the Hardware to Customer CIP Site (CIP delivery term as defined in Incoterms 2010) and risk of loss to the Hardware shall pass to Customer when the Hardware is delivered to the first carrier by Supplier. Supplier may make partial shipments. While Supplier shall make commercially reasonable efforts to meet the Contractual Delivery Date, all delivery dates are approximate only and Supplier shall not be liable for any loss or expense (consequential or otherwise) incurred by Customer if Supplier fails to meet the specified Contractual Delivery Date. Should the Contractual Delivery Date be postponed at Customer's request, or by Supplier due to Customer's failure to supply all required technical information and data, including drawing approvals, and all required commercial documentation or Customer's failure to have completed all required Site preparations, Supplier shall have the right to deliver the Products to storage at Customer's risk and expense, including without limitation transport, storage and insurance costs. In such event: (i) any unpaid balance of

the Price for the Products in storage shall become immediately due and payable, and (ii) the Products shall be deemed accepted by Customer; and (iii) the warranty period shall start upon arrival in storage. If Installation has not been completed within six months of the arrival of the Hardware at the Site through no fault of Supplier, then Supplier shall no longer be required to provide Installation.

**7. FORCE MAJEURE.** If either party suffers delay in performance due to any cause beyond its reasonable control, including without limitation, acts of nature (e.g., hurricanes, tsunamis, earthquakes, etc.), strikes, labor shortage or disturbance, fire, accident, war or civil disturbance, delays of carriers, failure of normal sources of supply, or acts of government (including changes in legislation), then the affected party shall timely notify the other party and the time of performance (except for payment of money) shall be extended for a period of time equal to the period of the delay. If either party suffers such delay in performance for a continuous period in excess of six (6) months, Supplier may by written notice terminate this Agreement in whole or in part, in which case Supplier shall have no liability except that right and liabilities that accrued prior to such termination shall continue to subsist.

**8. ACCEPTANCE.** For Hardware with Installation included in the Price, Customer's Acceptance occurs upon the earlier of: (1) successful completion of the Acceptance Test; (2) Customer's or End-User's execution of Supplier's acceptance form; (3) use of the Hardware by Customer, End-User, or their agents, employees, or licensees; (4) six months after the arrival of the Hardware at the Site; (5) thirty-first day after the arrival of the Hardware at the Site, if Installation has not been completed within thirty days of the arrival of the Hardware at the Site through no fault of Supplier. For Hardware without Installation included in the Price, Customer's Acceptance occurs upon the arrival of the Hardware at the Site. For Software, Customer's Acceptance occurs upon the earlier of: (1) the day the Software has been made available to Customer or End-User either on: (i) the Designated Equipment or (ii) remotely or as a cloud based solution, or (2) the day of the arrival of the Software at the Site. After Acceptance, Customer's remedies shall be solely as provided in the warranty. Within three days of arrival of a Product at the Site, Customer shall examine the Product fully and make all relevant complaints and claims to Supplier. Customer's remedies in respect of relevant complaints and claims which could have been made in the normal course of business, but have not been made within (a) three working days of arrival of a Product at the Site with regard to apparent defects or (b) three working days of the date of detection with regard to other defects, shall be excluded.

**9. CANCELLATIONS.** No order accepted by Supplier may be terminated, canceled or modified by Customer. If Customer wrongfully terminates this Agreement, Customer shall pay to Supplier the Lost Profit including the reasonable costs of recovery thereof.

**10. PROPRIETARY NOTICES.** Supplier or Supplier's licensors own all right, title, and interest (including without limitation all intellectual property rights) in the Products and to all drawings, designs, specifications, manuals, and code furnished by Supplier to Customer. Customer shall not remove, alter, or obscure any copyright, trademark, trade secret, government restricted right, or other proprietary or confidentiality notices or legends from any copy of such materials that are (i) placed or embedded by Supplier or its licensors on/in the Products, (ii) displayed when the Products run, or (iii) applied to the Products, their packaging, labels, or any other materials provided under this Agreement. All such materials and related information as well as this Agreement are furnished in

AMOA 000025

Agreement: 2017-186199-AH                          Version: 4                          Dated: September 1, 2017

confidence to Customer and shall be handled in accordance with Section 11 below.

**11. CONFIDENTIALITY.** Except as required by law or with the express written approval of Supplier, Customer agrees to receive and maintain all information received from Supplier in confidence, using the same degree of care which Customer employs with its own confidential information, provided this is no less than a reasonable standard of care, and Customer will not disclose to any person or make public or authorize the disclosure of any such information and will not use such information for any purpose, except as expressly agreed to by Supplier in writing or in another applicable agreement between Supplier and Customer. Customer acknowledges that its failure to comply with the provisions of this Section may cause irreparable harm to Supplier which cannot be adequately compensated for in damages and accordingly acknowledges that Supplier will be entitled to claim, in addition to any other remedies available to it, interlocutory and permanent injunctive relief to restrain any anticipated, present or continuing breach of this Section. Customer shall defend, indemnify and hold harmless Supplier from any and all claims arising from breach of the confidentiality obligation contained herein.

**12. HARDWARE WARRANTY.** Supplier warrants that all Hardware (other than Third Party Products), including any Firmware and/or Operating System loaded on the Hardware, will be free from defects in material and workmanship and will perform in substantial compliance with the Specifications. This warranty shall begin upon Acceptance and continue for a period of one year from such date. Customer's sole and exclusive remedy for any failure of the Hardware to perform in substantial compliance with the Specifications shall be repair or, at Supplier's option, replacement of the Hardware in whole or in part. Supplier may use refurbished parts and components to replace or repair the Hardware and replaced parts shall, at Supplier's option, become the property of Supplier. Repaired or replaced Hardware is warranted only for the unexpired portion of the original warranty period. Any warranty or liability is excluded where the warranty claim arises out of Customer's or End-User's (1) accident or negligence or intentional act or omission; (2) use or storage of the Hardware in a manner not authorized by Supplier; (3) normal wear and tear; (4) lack of routine care or maintenance as indicated by Supplier; (5) failure to use or take any proper precautions under the circumstances, or (6) modification of any Hardware. **THIS LIMITED WARRANTY IS EXPRESSLY GIVEN IN LIEU OF ALL OTHER EXPRESS OR IMPLIED WARRANTIES, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR A PARTICULAR PURPOSE, ALL OF WHICH ARE HEREBY EXCLUDED TO THE EXTENT PERMITTED BY LAW.**

Any failure by Customer to implement any improvements or updates to the Hardware as supplied by Supplier or its representative shall void any and all of Supplier's obligations with respect to the Hardware.

Warranties for Software and Services, if any, shall be as set forth in the Software and Service Exhibits.

**13. PATENTS AND OTHER INTELLECTUAL PROPERTY RIGHTS.** Supplier will defend, indemnify and hold harmless Customer from any third party claims for patent, trade secret or copyright infringement arising from Customer's use of the Products except for Third Party Products. If any such claim materially interferes with Customer's use of the Products, Supplier shall, at its option: (i) substitute functionally equivalent non-infringing Products; (ii) modify the infringing Products

so that they no longer infringe but remain functionally equivalent; (iii) obtain for Customer at Supplier's expense the right to continue to use the infringing Products; or (iv) if the foregoing are not commercially reasonable, refund to Customer the Price of the infringing Products, as depreciated (based on five year straight-line depreciation), in which event Customer shall return the infringing Products to Supplier. Any claims arising from Customer's use of infringing Products after Supplier's notification to discontinue use and offering one of the remedies set forth in above are the sole responsibility of Customer. The above indemnification obligation is conditional upon Customer providing Supplier prompt written notice of the infringement claim after receiving notice of such claim, allowing Supplier to control the defense of such claim, and reasonably cooperating with Supplier in such defense. Notwithstanding any other provision in this Agreement, Supplier shall not have any obligation to Customer hereunder for infringement claims based on or resulting from: (a) use of such infringing Products in combination with any computer software, tools, hardware, equipment, materials, or services, not furnished or authorized in writing for use by Supplier; (b) use of such infringing Products in a manner or environment or for any purpose for which Supplier did not design or license it, or in violation of Supplier's use instructions; or (c) any modification of such infringing Products by Customer or any third party. Supplier shall not be responsible for any compromise or settlement or claim made by Customer without Supplier's written consent.

**14. THIRD PARTY PRODUCTS.** With respect to Third Party Products, Customer agrees and acknowledges that: (a) Customer has made the selection of these Third Party Products on its own; (b) the Third Party Products are being acquired by Supplier solely at the request of and for the benefit of Customer, in order to eliminate the need for Customer to issue a separate purchase order to the manufacturer of the Third Party Products; (c) Supplier is entitled to charge Customer a special handling fee of fifteen percent of the Price for the Third Party Products; (d) no representation, warranty or guarantee has been made by Supplier with respect to the Third Party Products; (e) the obligation of Customer to pay Supplier for the Third Party Products is absolute and unconditional; (f) Supplier has no responsibility to Service such Third Party Products; (g) Customer will assert no claim whatsoever against Supplier with respect to the Third Party Products, and will look solely to the manufacturer regarding any such claims; (h) Customer will indemnify and hold Supplier harmless from and against any and all claims, regardless of the form of action, related to, resulting from or caused by the Third Party Products or any work or service provided by the manufacturer of the Third Party Products or any other party and (i) upon Supplier's request, Customer shall assign to Supplier any rights and remedies that Customer may have against any third parties and shall take such other steps as Supplier may reasonably request, as necessary to carry out the intent of this Section 14. **ALL WARRANTIES ON THIRD PARTY PRODUCTS ARE HEREBY EXCLUDED, INCLUDING WITHOUT LIMITATION IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE TO THE EXTENT PERMITTED BY LAW.**

**15. COMPLIANCE AND END-USER BACK-TO BACK RESPONSIBILITY.** This Agreement is subject to Supplier's on-going determination that Customer and this Agreement comply with all applicable laws and regulations, including those relating to workplace health and safety, medical device or pharmaceutical regulatory issues anti-bribery, export/import control, including sanctions requirements, and money laundering prevention. Customer represents and covenants that it is purchasing the Products for its own use consistent with the terms of this Agreement and that it will not re-sell the Products to any other party or to export or re-export the Products

AMOA 000026

Agreement: 2017-186199-AH                     Version: 4                     Dated: September 1, 2017

outside the country to which Supplier delivers the Products, except for supplying the Products to the End-User. The Customer shall procure at his own cost all licenses and documents required for import of the Products, which may also be required for using the Products. Refusal of import permission does not entitle the Customer to withdraw from this Agreement or to claim damages. The Supplier shall not be liable for any non-performance or any delay in performance under this Agreement in the event that there is (i) a change in applicable laws and regulations or (ii) a refusal or a delay by any applicable competent authorities to issue a license or (iii) a refusal by a Third Party Supplier or financial service provider to engage in transactions with any particular country. Further, the Supplier shall not be liable for any non-performance or any delay in performance under this Agreement where this is due to the Supplier, acting reasonably, determining that it is unsafe to send a service engineer or other personnel to the relevant country. **CUSTOMER AGREES TO INDEMNIFY AND HOLD SUPPLIER HARMLESS FROM ANY AND ALL COSTS, LIABILITIES, PENALTIES, SANCTIONS AND FINES RELATED TO CUSTOMER'S NON-COMPLIANCE WITH THIS SECTION.**

**16. CUSTOMER USAGE AND RESPONSIBILITIES.** Customer shall not decompile, disassemble, or reverse engineer any Products. Customer shall be solely responsible for establishing and maintaining security, virus protection, backup and disaster recovery plans for any data, images, software or equipment. Supplier shall have no obligation or liability with respect to the recovery of lost data or images. Supplier can make no assurances that Product performance will not be affected by the use of non-Supplier-supplied parts. All clinical and medical treatment and diagnostic decisions are the responsibility of Customer, or the End-User, and its professional healthcare providers, and the Products shall not be run, operated or otherwise used, except by qualified employees or physicians who are suitably skilled and experienced to use the Products and in accordance with Supplier's instructions. Due to the large variety of potential applications, the Products may not have been tested in all situations, and Customer is also responsible for establishing the adequacy of independent procedures for testing and the reliability and the accuracy of the Products. The Products must be used solely at the Site and shall not be removed from the Site. Customer shall indemnify Supplier and its Affiliates for and against all damages and liabilities together with costs of defending claims that arise in connection with Customer's failure to comply with this section.

**17. FIRMWARE AND OPERATING SYSTEMS.** The Hardware may contain internal system code that executes below the external user interface and which is integral to the operation of the Hardware ("Firmware"), as well as operating system software ("Operating Systems"). Supplier, or its suppliers, owns all Firmware and Operating Systems. Except where such Firmware or Operating System is owned by a third party which licenses it directly to Customer, Supplier hereby grants Customer, as long as Customer owns the Hardware, a limited, personal, non-transferable, non-exclusive license to use the applicable Firmware and Operating System as part of the normal operation and maintenance of the Hardware. Customer shall not otherwise copy, print, alter, decompile, disassemble, reverse engineer, decode, or translate Firmware or Operating System except to the extent such prohibition is void under applicable law.

**18. SITE PREPARATION AND PERMITS.** Customer agrees to prepare the Site at its own expense in accordance with the Site Requirements. The Site preparation shall be in compliance with all safety, electrical and building codes relevant to the Products. Customer shall be responsible for obtaining all permits and for meeting all requirements relating to applicable laws and regulations or orders of regulatory

authorities affecting the Products, including their transportation, installation, possession, use, architectural design, radiation protection walls and barriers, patient viewing devices, compliance with facility personnel safety devices and related inspections, utility service design and location, and other details pertaining to the Site.

**19. INSTALLATION.** In situations where Supplier is responsible for installation as specified in the Scope of Supply, Supplier shall arrange for installation of the Products at the Site. Customer shall provide reasonable and adequate access to the Site, as required by Supplier to perform installation, and shall comply with Supplier's or its representative's reasonable requirements. Rigging costs shall be the responsibility of Customer.

**20. REPORTING.** To the extent reasonably required by Supplier, Customer shall collect and provide to Supplier case reports and information concerning patient treatments. Customer shall also provide Supplier with a copy of any information with respect to a reportable event required to be reported according to applicable laws, regulations or recommendation relating to the Products. All reports submitted to Supplier shall be sanitized to omit individually identifiable information.

**21. LIMITATION OF LIABILITY. TO THE EXTENT PERMITTED BY APPLICABLE LAW, THE SUPPLIER'S (AND ITS AFFILIATES') TOTAL LIABILITY UNDER THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, SHALL NOT EXCEED THE AMOUNT ACTUALLY PAID TO SUPPLIER BY CUSTOMER FOR THE DELIVERABLE THAT IS THE BASIS FOR THE CLAIM. EXCEPT AS PROVIDED IN SECTIONS 5 AND 9, NEITHER CUSTOMER NOR SUPPLIER (NOR THEIR RESPECTIVE AFFILIATES) SHALL BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR FOR LOSS OF PROFITS, REVENUE, TIME, OPPORTUNITY OR DATA, WHETHER IN AN ACTION IN CONTRACT, TORT, BREACH OF WARRANTY, PRODUCT LIABILITY, STATUTE, EQUITY OR OTHERWISE. THE LIMITATION OF LIABILITY AND EXCLUSION OF DAMAGES SHALL APPLY EVEN IF THE LIMITED REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE.**

**22. APPLICABLE LAW AND ARBITRATION.** The Agreement shall be governed and construed in accordance with the laws of the State of Georgia, without regard to its conflict of laws principles. The applicability of the UN Sales Convention (CISG) shall be explicitly excluded. All disputes arising in relation to this Agreement shall be resolved by arbitration in Fulton County, Georgia (USA), under the Commercial Arbitration Rules of the American Arbitration Association. Notwithstanding the above the Supplier shall always – as its sole option - be able to bring a claim for payment of the Price to an ordinary court in Fulton County Georgia.

**23. ASSIGNMENT / END USER OBLIGATIONS.** Except as otherwise provided in this Agreement, neither party may assign its respective rights or obligations under this Agreement in whole or in part to any person without obtaining the prior written consent, of the other party. Notwithstanding the foregoing, Supplier may (i) assign this Agreement in whole or in part to an Affiliate and in such case Supplier shall take full responsibility for the Affiliate's compliance with this Agreement, (ii) Supplier shall have the right to assign receivables under this Agreement for financing purposes to Supplier's Affiliates or third parties. If the Customer makes an assignment (which shall require consent of Supplier) or if the Customer is not the End-User, the Customer hereby ensures that (a) the terms and conditions in this Agreement are included in the agreement with the End-

AMOA 000027

Agreement: 2017-186199-AH                    Version: 4                    Dated: September 1, 2017

User's/assignee's compliance with this Agreement. The Customer shall also assist Supplier with all reasonable measures that Supplier may deem necessary to preserve the rights of the Supplier under this Agreement.

**24. AMENDMENT; WAIVER; SEVERABILITY; SURVIVAL.** This Agreement may be amended only in writing signed by both parties, including this Section 24. Any failure to enforce any provision of this Agreement is not a waiver of that provision or of either party's right to later enforce each and every provision. In the event that any provision of this Agreement or the application thereof, becomes or is declared by a court of competent jurisdiction to be illegal, void or unenforceable, the remainder of this Agreement will continue in full force and effect and the application of such provision to other persons or circumstances will be interpreted so as reasonably to effect the intent of both parties. The parties further agree to replace such void or unenforceable provision of this Agreement with a valid and enforceable provision that will achieve, to the extent possible, the economic, business and other purposes of such void or unenforceable provision. The terms of this Agreement that by their nature are intended to survive its expiration (such as the confidentiality provisions included herein) will continue in full force and effect after its expiration.

**25. RESPONSIBILITY FOR REMOVAL OF PATIENT HEALTH INFORMATION.** It shall be Customer's responsibility to ensure that all confidential and personal information, including protected health information as defined by HIPAA or any other applicable privacy laws, is properly removed from any decommissioned equipment prior to the removal of such equipment from Customer's premises. Customer shall indemnify and hold harmless Supplier from and against any claim, proceeding, action, fine, loss, cost and damages arising out of or relating to any noncompliance with this provision by Customer, and Customer shall compensate Supplier for all losses and expenses resulting thereof.

**26. ENTIRE AGREEMENT AND CONFLICTING PROVISIONS.** This Agreement contains the entire agreement of the parties with respect to the subject matter hereof, and supersede all prior understandings, representations and warranties, written and oral.

AMOA 000028

Agreement: 2017-186199-AH                     Version: 4                          Dated: August 31, 2017

## SOFTWARE LICENSE EXHIBIT ELEKTA STANDARD TERMS AND CONDITIONS OF SALE

**1. APPLICABILITY OF THIS EXHIBIT.** The terms and conditions contained in this Exhibit shall apply to all Software.

**2. GRANT OF LICENSE.** Subject to the terms and conditions set forth here, and payment of the License Fee, Supplier hereby grants to Customer, and Customer hereby accepts from Supplier, a perpetual nonexclusive, nontransferable, non-assignable limited license to use the Software on the Designated Equipment or as a cloud based solution (as specified in the Specification) for internal purposes in accordance with this Agreement. Customer agrees not to market, sublicense, distribute, permit timeshare, or allow any other access to the Software other than Customer's own internal use. However, all Customer data files and patient data stored in the Software are and shall remain the exclusive property of Customer. Nothing contained in this Agreement gives Customer any rights with respect to new or different computer programs developed by Supplier or its Affiliates. The Software is licensed to Customer, not sold; no title to or other ownership interest in Software passes to Customer.

**3. SUB-LICENSE OF SOFTWARE.** Where the Customer is not the End-User, with respect to each copy of the Software that is provided to the Customer, the Supplier hereby grants to the Customer a royalty free, non-exclusive, non-transferable, license to sublicense the Software to the End-User, to provide a copy of the Software to the End-User solely for the End-User's own internal use and to permit such End-User to make one (1) back-up or archival copy of the Software. The Customer must enter into a written sub-license with the End-User ("Sub-License") that at a minimum contains terms substantially the same as, and no less restrictive than, those contained in this Agreement in so far as they relate to the licensing of software, and such other provisions as the Customer may, acting reasonably, advise. Upon execution of any Sub-License with the End-User or upon upgrade of the End-User's operating system, the Customer shall register the End-User with the Supplier in accordance with the registration procedures established and provided to the Customer from time to time by the Supplier.

**4. AUTHORIZED USE.** Customer is authorized to use the Software only on Designated Equipment or as a cloud based solution (as specified in the Specification) at the Site. Customer is not authorized to: (a) copy or duplicate, or permit anyone else to copy or duplicate, any physical, magnetic, or other version of the Software; (b) create or attempt to create, reverse engineer or otherwise, the source programs or any part thereof from the Software; or (c) modify the Software in any manner.

**5. SOFTWARE WARRANTY.** Supplier warrants that, as of the date of Acceptance and for a period of 12 months thereafter (the "Warranty Period"), the Software (other than Third Party Products) will in material aspects provide the features and functionality generally described in the Specification. Supplier's entire liability, and Customer's exclusive remedy, during the Warranty Period will be, at Supplier's option, to

attempt to correct or work around errors or to refund the License Fee for the affected Software. Any refund is subject to the return of the Software. Notwithstanding the foregoing, Supplier's warranty does not cover: (a) defects arising out of unauthorized repair, alteration or modification; (b) defects emanating from improper application, improper installation or operation on equipment other than Designated Equipment; or (c) accidental damage, negligence in use, improper storage, electrical power damage, or abnormal operating conditions. This section provides the exclusive remedies for all claims based on failure of or defect in the Software and this warranty is exclusive and are in lieu of all other warranties, conditions, and guarantees whether written, oral, implied, or statutory. **EXCEPT FOR THE EXPRESS LIMITED WARRANTIES PROVIDED IN THIS SECTION, SUPPLIER MAKES NO EXPRESS WARRANTIES FOR THE SOFTWARE. SUPPLIER SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES FOR THE SOFTWARE INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE TO THE EXTENT PERMITTED BY APPLICABLE LAWS. WITHOUT LIMITING THE FOREGOING, SUPPLIER DOES NOT WARRANT THAT THE OPERATION OF THE SOFTWARE WILL BE UNINTERRUPTED OR ERROR FREE.** Any remedial steps taken by Supplier hereunder shall not extend the applicable warranty period.

Any unauthorized modification of the Software by Customer or any failure by Customer to implement any improvements or updates to the Software as supplied by Supplier or its representative shall void any and all of Supplier's obligations with respect to the Software.

**6. TERM & TERMINATION.** Unless terminated pursuant to this section, the license to the Software shall be perpetual. Supplier shall have the right to terminate any license granted or discontinue delivery of any cloud based delivery immediately upon written notice to Customer without further obligation or liability to Customer if: (a) Customer commits any breach of this Agreement; (b) any sublicense, assignment or transfer or attempted sublicense, assignment or transfer by Customer of the Software is made without the written consent of Supplier; (c) any transport, movement or attempted transport or movement by Customer of the Software, or the Designated Equipment on which the Software is installed, from the Site is made; (d) any modification or adaptation of the Software is made or any attempt to use the Software with any products other than the Hardware is made; or (e) any use of the Software in connection with or on other equipment than the Designated Equipment.

**7. CONSEQUENCES OF TERMINATION.** Upon the termination of the license to the Software, Customer shall immediately: (a) return the Software to Supplier together with all reproductions and modifications of the Software and all copies of any documentation, notes, and other materials with respect to the Software; (b) purge all copies of the Software or any portion thereof from all Designated Equipment and from any computer storage device or medium on which Customer has placed or has permitted others to place the Software; and (c) deliver to Supplier a written certification that Customer has complied with all of its obligations under this section.

Elekta

AMOA 000029

Agreement: 2017-186199-AH                    Version: 4                    Dated: August 31, 2017

## SERVICE EXHIBIT TO THE ELEKTA STANDARD TERMS AND CONDITIONS OF SALE

**1.  APPLICABILITY OF THIS EXHIBIT.** The terms and conditions contained in this Exhibit shall apply to Services.

**2.  SERVICES.** Subject to the terms and conditions set forth here, and payment of the Service Fee, Supplier will provide Customer with Services as specified in the Scope of Supply.

**3. TERM, TERMINATION AND AUTOMATIC RENEWAL.**
The Services shall commence as specified in the Cover Page, shall terminate on the last day of the term specified in the Scope of Supply. If no term is specified in the Scope of Supply, then the initial term for the Services shall be one (1) year. After the initial one (1) year term, Supplier will continue to provide the Customer with Services on an annual basis, provided that the Customer pays Supplier in advance the Service Fee then in effect.  Supplier's obligation to provide Services and the Customer's obligation to pay the Service Fees then in effect shall in such case automatically renew on the anniversary date of acceptance of the Hardware or Software, whichever is applicable, in accordance with the procedure described in this Agreement and continue until cancelled by either Party giving the other at least thirty (30) days' prior written notice before the anniversary at which the Services will automatically renew.

**4.  EXCLUSIONS FROM SERVICES.** Services do not include, among other things, labor and replacement parts required because of accident, abuse, neglect, improper use, failure of electrical power, air-conditioning, humidity control, unusual physical or electrical stress, extreme operating conditions or unreasonable operating procedures. The following are specifically excluded from the scope of this Agreement: (a) operating supplies, consumables, or accessories not supplied by Supplier; (b) painting or refinishing of the Hardware, or furnishing of materials for this purpose; (c) electrical work external to the Products; (d) Services not specifically noted in the Scope of Supply; or (e) Services for any of the Hardware and/or the Software, which have been modified, altered, added to, moved, installed, reinstalled or improperly serviced, by other than Supplier personnel or its authorized representative. In the event that Supplier is required to remove, for repair or replacement purposes, any Products whose size will require that physical alterations be made to the Site, then Customer will assume full responsibility for all costs and expenses associated with the movement of the Products.

**5.  ACCESS.** Customer shall promptly provide Supplier with access to all facilities, the Products, performance and maintenance records, supervisor security rights or access to remote diagnostics to access the Products and provide information, assistance and materials that Supplier may request from time to time to facilitate the proper and

timely performance of the Services. Customer shall timely procure appropriate licenses and/or permits necessary for Supplier to perform the Services. Customer shall be responsible for adherence with all applicable health and safety requirements, relating to the Services.

**6.  CUSTOMER'S DUTIES.** Customer shall: (a) maintain proper environmental conditions at the Site, perform routine maintenance or make arrangements to have routine maintenance done and maintain reasonable standards of quality control, operations, procedures, safety testing and inspection of the Products; (b) not abuse the Products or subject the Products to unusual stress, extreme operating conditions or unreasonable operating procedures; (c) not attempt to repair, or cause another to repair, the Products; (d) promptly notify Supplier of any defect, failure, or errors that occur during the term of this Agreement; and (e) abide by Supplier's documentation, as updated from time to time, for the Products.

**7.  SERVICE WARRANTY.** Supplier warrants that the Services will be carried out in a competent and professional manner and with all reasonable care and skill. Replacement parts installed outside of the original warranty issued by Supplier shall be covered by a 90-day parts only warranty. Supplier reserves the right to replace any spare parts with new, modified or refurbished parts of substantially equal quality as the original parts. Any defective part which is replaced when providing the Services shall be the property of Supplier if Supplier so requests. If Supplier is unable, after reasonable effort, to perform Services in accordance to this warranty then the Services may be terminated with respect to the Product so affected at the option of either party hereto without further obligation or liability, except that Supplier shall refund a pro rata portion of the Service Fee. Such termination shall be Customer's exclusive remedy and Supplier's sole liability in connection with this warranty. THE LIMITED WARRANTY PROVIDED IN THIS SECTION IS IN LIEU OF ALL OTHER WARRANTIES WITH RESPECT TO THE SERVICES. ALL IMPLIED WARRANTIES RELATING TO THE SERVICES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY EXCLUDED TO THE EXTENT PERMITTED BY APPLICABLE LAWS.

**8.  NEW SOFTWARE PRODUCTS.** New software products are not included in the Services and will be offered by Supplier to Customer at Supplier's then current published prices and on such other terms and conditions as are acceptable to Supplier.



AMOA 000030



**Equipment:**
**Removal Proposal**

---

## EXECUTIVE SUMMARY

### Client Contact

Curepoint Cancer Treatment Center
2406 Bellevue Road. Suite 7
Dublin, GA 31021-2842

### RS&A Contact

David Stith  |  dstith@rsainc.net
465 Forum Parkway
Rural Hall, NC 27045
P: (800) 320-4332

### Statement of Work

| | |
|---|---|
| **Objective:** | Inspection and removal of radiation therapy equipment (listed below). |
| **Equipment:** | 2004 Elekta Precise (SN: 151098) |
| **Location:** | Curepoint Cancer Treatment Center |
| | 2406 Bellevue Road. Suite 7 |
| | Dublin, GA 31021-2842 |
| **Approach:** | As part of this project, RS&A will: |

- Assign a dedicated project coordinator to oversee all activities.
- Assign a qualified engineer team to perform all activities.
- Coordinate all activities with facility staff.
- Provide all equipment needed to complete the work.
- Perform a pre-job site walk down and machine inspections prior to beginning removal activities.

| | |
|---|---|
| **Start Date:** | TBD |
| **Reference #:** | OP-005911 |

### Pricing

| Line Item | | Amount | |
|---|---|---|---|
| 1 | Complete pre-inspection of facility / equipment. | $ | Included |
| 2 | De-install and remove existing machines. | $ | Included |
| 3 | Travel and expenses | $ | Included |
| | **Total** | **$** | **8,000** |

*Note: Does not include applicable taxes*

---



**Equipment:**
**Removal Proposal**

## Acceptance of Agreement

**By signing below, the Client hereby agrees to the pricing, terms, and conditions of this agreement:**

| | |
|---|---|
| **Client:** | Curepoint Cancer Treatment Center ("**Client**")<br>2400 Bellevue Road, Suite 9    2400 Bellevue Road, Suite 9, LLC<br>Dublin, GA 31021-2842 |
| **Authorized Signature:** | DocuSigned by:<br>*[signature]*<br>2CE5D92CA636427...     **Date:**   9/6/2017 |
| **Printed Name:** | Michael    McCord |
| **Contract PO #:** | |
| **Tax Number (if exempt):** | |
| **Provider:** | RS&A, Inc. ("**RS&A**")<br>465 Forum Parkway<br>Rural Hall, NC 27045 |
| **Authorized by:** | Kenneth C. Wolff<br>RS&A President and CEO    **Date:** |

## Attachments:

- Terms and Conditions



**Equipment:
Removal Proposal**

Client and RS&A (collectively, the "Parties") enter into this Equipment Services ("Contract" or "Agreement") and agree as follows.

1. Services.
   a. RS&A will inspect the Equipment and coordinate removal activities with the facility staff.
   b. RS&A will deinstall, load, and transport the Equipment from the Start Location to the RS&A warehouse for disposal.
2. Removal of Existing Equipment. RS&A will remove and disposition the Equipment as it deems appropriate. RS&A will manage any disposal requirements for radiative material associated with the removal of the Existing Equipment. Unless otherwise noted, RS&A will take possession (in full) of any removed equipment, spare parts, and accessories (associated with the equipment) as part of this agreement.
3. Warranties. The services will be performed in a professional, workmanlike manner in consistent with industry standards and will conform to the OEM's specifications and applicable federal, state, and local laws and regulations.
4. Term and Termination. This Agreement shall become effective on the date fully executed by all parties and shall continue until RS&A has completed the services contemplated herein, unless earlier terminated pursuant to the terms of this Agreement.
5. Insurance. RS&A, at its own cost and expense, shall maintain comprehensive general liability insurance and employer's liability insurance, each in the minimum amount of One Million Dollars ($1,000,000) per occurrence and Three Million Dollars ($3,000,000) in the annual aggregate, and workers' compensation insurance in the amounts required by state law. Upon the Client's request, RS&A shall furnish copies of each insurance policy and copies of all amendments and renewals to each policy to Client so long as this Agreement is in effect. RS&A shall provide prior written notice to Client of any proposed material reduction in the coverage of the policy or the cancellation thereof for any reason.
6. Indemnification. Each Party ("Indemnifying Party") shall indemnify and hold harmless the other parties, their directors, officers, employees, agents, representatives, successors, assigns, and subcontractors (each, an "Indemnified Party") against all actions, all losses, damages, costs and expenses including but not limited to attorney's fees, directly or indirectly as a result of negligence, intentional or unintentional acts or acts of omission of the Indemnifying Party in connection with the Indemnifying Party's, its directors', officers', employees', agents', representatives', successors', assigns', and subcontractors' obligations under this Agreement, except to the extent caused by the gross negligence or willful misconduct of the Indemnified Party.
7. Excluded Provider. RS&A represents and warrants that neither it nor any of its employees or other contracted staff providing services under this Agreement has been or is about to be excluded, debarred, or otherwise suspended from participation in any federal health care program. If RS&A, or any of its employees or other contracted staff becomes excluded, debarred, or otherwise suspended, RS&A must provide immediate written notice of such event to Client, and either Client may immediately terminate this Agreement without penalty.
8. Compliance with Laws; Corporate Responsibility. RS&A represents and warrants that RS&A and all services provided under this Agreement comply with the requirements of all applicable federal, state and local laws, ordinances, and regulations. RS&A further acknowledges that Client has in place standards of conduct and corporate responsibility policies to ensure compliance with federal, state and local laws and regulations (the "Program"). The Program focuses on the risk management, the promotion of good corporate citizenship, the commitment to uphold a high standard of ethical and legal business practices, and the prevention of misconduct. RS&A will conduct all business transactions pursuant to this Agreement in accordance with the Program.
9. Waiver. The forbearance or failure of any Party to insist upon strict compliance by another Party with any provisions of this Agreement, whether continuing or not, shall not be construed as a waiver of any rights or privileges hereunder and any waiver sought by a Party must be in writing signed by the Party against whom the waiver is sought.
10. Entire Agreement; Modifications. This Agreement, including the exhibits attached or to be attached hereto, which are hereby incorporated by reference, constitutes the entire agreement and understanding between the Parties as to the subject matter of this Agreement and no representation, conditions, warranties, or promises have been made or may be implied that are not expressly and fully set forth herein. This Agreement may only be modified, altered, amended, revised or extended by a written document signed by the Parties hereto.
11. Assignment. This Agreement is not assignable by any Party without the prior written consent of the other Parties.
12. Notice. Except as otherwise expressly provided in this Agreement, notices required by, or otherwise provided under, this Agreement shall be in writing and addressed to the receiving Party at the address set forth on the Executive Summary, and shall be deemed received when delivered in person, by nationally recognized express

AMOA 000033



**Equipment:
Removal Proposal**

carrier, or by certified U.S. mail, postage prepaid and return receipt requested. Notices to Client shall be addressed to the attention of General Counsel. Addresses may be changed by a Party by providing written notice hereunder.

13. Severability. The invalidity or unenforceability of any particular provision of this Agreement shall not affect the other provisions of this Agreement, and this Agreement shall be construed in all respects as if such invalid or unenforceable provisions were omitted.

14. Governing Law.  This Contract shall be governed by and construed in accordance with the laws of the state of North Carolina.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]


**SUN NUCLEAR**
*corporation*

3275 Suntree Blvd.
Melbourne, Florida 32940
United States
Phone: +1 321-259-6862
Fax: +1 321-757-0066

Quotation

Bill To
Atlanta Oncology Associates
3330 Preston Ridge Rd.
Suite 300
Alpharetta, GA 30005
UNITED STATES

Ship To
John Varner
Curepoint Cancer Center
2406 Bellevue Rd. # 7
Dublin, GA 31021
United States
(678) 553-5655
jvarner@atlantaoncology.com

| Date | 8/28/2017 |
|---|---|
| Quote # | Q-05764-1 |
| Date Exp. | 10/31/2017 |

Questions? Contact: Josh Sykes at joshsykes@sunnuclear.com or by phone at +1 321-259-6862 2468
Important:
Please provide a desired ship date when submitting your PO (For Capital Product Purchases only).

For Purchase Order processing, please email orders to Orders@sunnuclear.com.

| PART # | DESCRIPTION | QTY | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 1220000-PMZ | ArcCHECK® Package MultiPlug™<br>Package for VMAT and IMRT delivery QA, including ArcCHECK (1220000-0Z), ArcCHECK Multi Plug (1220000-3), 3DVH Software (1212000-0), and two days training at the Sun Nuclear Training Center (TRNG-IHAC3DVH). 3DVH license is valid for one ArcCHECK system. ArcCHECK Package includes analysis software, 25-meter power-data cable, USB cable, power supply (110/220 V.), case, and 1 year of hardware and software maintenance. See product datasheet for minimum PC requirements. Refer to training class schedule online for available class dates. Includes air travel / airport transfer allowance and lodging up to $1,000 (see terms & conditions). | 1 | $91,800.00 | $91,800.00 |
| AC/SRS Insert | ArcCHECK and StereoPHAN Custom Insert<br>IMPORTANT: SNC ArcCHECK Cavity and Multiplug packages and the SNC StereoPHAN include a custom insert drilled/milled to your specifications. Please provide chamber manufacturer and model with PO to ensure timely shipment of your device. This information is required before release of shipment. Please provide:<br><br>Ion Chamber Manufacturer: _____<br><br>Ion Chamber Part Number: _____<br><br>Ion Chamber Type: _____ | 1 | $0.00 | $0.00 |
| 1122000-EAZ | Gantry Mounting Fixture, Agility Supported<br>Holds IC PROFILER at 100cm SDD. Fits Elekta. Agility Supported. For use on non-Agility Head, touchguard must be removed before mounting. | 1 | $7,090.00 | $7,090.00 |
| 1122608Z | Energy Verification Kit<br>Includes Electron Energy Quad Wedge Plate )1122606Z) and Photon Energy Quad Wedge Plate (1122607Z).<br>Quad aluminum wedge and quad copper wedge plates designed for precise energy measurements independent of wedge positioning and suitable for 4MeV to 22MeV (electrons) and 6MV to 18MV (photons). 3mm of acrylic material surrounds each wedge. For use with the IC PROFILER. | 1 | $3,450.00 | $3,450.00 |
| 1174111Z | 0.2 cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 0.2cm | 1 | $582.00 | $582.00 |
| 1174112Z | 0.3cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 0.3cm | 2 | $582.00 | $1,164.00 |
| 1174113Z | 0.5 cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 0.5cm | 1 | $582.00 | $582.00 |
| 1174114Z | 1.0 cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 1.0cm | 2 | $582.00 | $1,164.00 |
| 1174115Z | 2.0 cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 2.0cm | 1 | $762.00 | $762.00 |

AMOA 000035

| PART # | DESCRIPTION | QTY | UNIT PRICE | EXTENDED |
|--------|-------------|-----|------------|----------|
| 1174116Z | 5.0 cm Solid Water, HE<br>Solid Water HE 35.3 x 36.7 x 5.0cm | 1 | $1,097.00 | $1,097.00 |

Total        $107,691.00

AMOA 000036

This quotation is a confidential document containing privileged information that is not to be disclosed to parties outside of quote and Sun Nuclear Corporation. (Disclosure to GPOs is considered a violation of confidentiality) Disclosure of this information to third parties voids terms and pricing outlined in the quotation.

## Sun Nuclear Corporation Terms & Conditions

1. All purchases are Net 30 from the shipping date or services.
2. Shipping terms are FOB Shipping Point (Origin). SNC Shipping costs include insurance from SNC dock to Customer dock and SNC will help manage shipping related issues during transit.
3. Payment with credit cards is restricted to SNC products and services of less than $2,500. A 3% convenience charge will be added to any payment processed for special order products (resale items) and any SNC product of service with a sales price greater than $2,500
4. Prices do not include applicable taxes. SNC will collect and remit the appropriate taxes for some U.S. states. If applicable taxes are not on Customer Purchase Order, Customer is responsible for remittance of appropriate taxes.
5. Undisputed past due accounts are subject to a late service fee charge of 18% per annum (1.5% per month), or the maximum allowed by law.
6. Any payment made in respect of credit transactions shall first be applied to the accumulated service charge, if any, and thereafter to the principal amount of the outstanding debt.
7. SNC will assess handling charges in the amount of $100.00 for any dishonored check received from the Customer.
8. All products shipped are subject to recourse by SNC until paid in full. Upon request from SNC, Customer agrees to immediately relinquish and return all unpaid equipment in its original condition to SNC, subject to a 20% restock fee or costs required to return equipment to its original condition, whichever is higher.
9. The parties agree that the Customer's sole and exclusive remedy for defective products shall be limited to the stated warranty provided by SNC for its manufactured products, or the warranty assigned by SNC to the extent provided by the manufacturer (resale items) of the particular component or system. The Customer agrees that no other remedy (including, but not limited to, incidental or consequential damages for lost profits, lost sales, injury to person or property, transportation charges or other incidental or consequential loss) shall be available.
10. Customers who cancel or postpone scheduled training/education/installation services are subject to cancellation fees (minimum of $500 not to exceed $3,000) for resource allocations and non-recoverable scheduling costs (i.e., hotels, airfare, reservations, etc.).
11. Travel allowance for customers attending courses at the Sun Nuclear Training Center is limited to $800 for one day training ($1,000 for two day training) for itineraries requiring airfare and $500 for itineraries requiring ground transportation.
12. Customer is liable for payment of training services per terms of the invoice. A training voucher will be provided to customer at time of invoice for customer to redeem when training services are performed.
13. Training Vouchers are valid for (12) months from the invoice date.
14. Customer agrees to advise SNC of any defective product(s) and/or any disputed invoice(s) in writing within 10 days of receipt. Failure to properly notify SNC of any dispute and /or defective goods constitutes a waiver of any and all such disputes, provided, however, that this provision shall in no way affect or limit Customer's rights under SNC warranty, or where such is limited by law.
15. Sun Nuclear may, at its discretion, substitute quoted product part number for equivalent product part number. Any substituted product part number will be equivalent in form, fit, and function to the quoted product part number and comply with all local rules and regulations.
16. Subject to SNC approval, Customer may return unused product within 30 days from the shipping date subject to a 20% restocking fee and Customer must pay for the return shipping charges. All approved returns must have an RMA (Return Materials Authorization) number issued by SNC. Special order products (Resale items) cannot be returned without the express written consent of the manufacturer. Customer must pay for the return shipping charges. Unauthorized returns (i.e., those without an RMA # provided) will be rejected and returned at Customer's expense.
17. SNC Support Contracts and Maintenance Agreements are non-refundable or transferable. Multi-year SNC Support Contracts may not be cancelled for current coverage period amounts that have been billed to the customer by SNC. Remaining Multi-year SNC Support Contract coverage periods that have not been billed to the customer by SNC may be cancelled if the customer no longer offers Radiation Oncology Services or should SNC no longer be able to provide services associated with the Agreement. SNC at its discretion may prorate the charges should one of these circumstances arise.
18. Customer hereby agrees to indemnify SNC for all collection fees, legal fees and all other fees and expenses which SNC incurs should Customer's account be in arrears.
19. SNC software is only licensed to the original purchaser and the license is not transferable.
20. SNC requires that when (i) the standard warranty has ended and lapsed by more than 365 days, (ii) a previously purchased contact has expired and lapsed by more than 365 days or (iii) there has been a transfer of product ownership, the equipment must be inspected and a reinstatement fee paid before placing such equipment under a new support services contract. The inspection and reinstatement fee is non-refundable and does not apply to the purchase of the support services contract. Equipment which has had a transfer of ownership and has not been inspected by SNC is eligible for standard repair pricing.
21. SNC reserves the right to modify these terms, require advance payment, and cancel any order.
22. SNC sales representatives do not have the authority to bind SNC or make any representation in respect of credit or any other matter which deviates from standard policy. All special arrangements or requirements must be confirmed in writing with an authorized person from SNC.

Rev: 032417

AMOA 000037

**Customer's Acceptance**

ONLY to be completed in lieu of a hard copy purchase order.

After completion, please scan and email to Orders@sunnuclear.com or fax to +1 321-757-0066.

By: _____    AMOA FINANCE LLC "CUSTOMER"

DocuSigned by:
2CE5D92CA836427...

Printed Name: _____
            Michael    McCord

Title: _____
       Partner

Date: _____
      9/6/2017

PO #: _____

Desired Ship Date: _____

AMOA 000038