**From:** Brant Frost, IV [bf4@firstlibertyga.com]
**Sent:** Tuesday, January 30, 2018 3:50 PM
**To:** 'Marvin Rice'
**CC:** 'Terry Black'; Alex Crenshaw; Gary Lochbaum
**Subject:** FW: Northwinds Closing Docs

Marvin,

Here is the statement from Elekta showing the machine paid in full.

Regards,

BFIV

Brant Frost, IV
***First Liberty Building & Loan***
Newnan, GA
770-253-4300-office
404-664-9086-cell
bf4@firstlibertyga.com

**From:** Phillip Miles [mailto:phillip@eclipseadvisorsllc.com]
**Sent:** Tuesday, January 30, 2018 3:17 PM
**To:** Brant Frost, IV <bf4@firstlibertyga.com>
**Cc:** Terry Black <tblack@firstlibertyga.com>
**Subject:** Re: Northwinds Closing Docs

Received this afternoon from Elekta-

this is the Elekta internal "AR" from CurePoint showing the $2,425,691 paid



On Tue, Jan 30, 2018 at 11:38 AM, Phillip Miles <phillip@eclipseadvisorsllc.com> wrote:

> Will do   spoke to Elekta and they are sending "paid information"

AMOA 000212