Case 22-56501-pmb    Doc 84-7    Filed 10/07/22    Entered 10/07/22 13:15:40    Desc
Exhibit 7 - Satisfaction of Judgment dated August 5, 2021    Page 1 of 4

Fulton County Superior Court
***EFILED***QW
Date: 8/5/2021 2:18 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| AMOA FINANCE, LLC, AMERICAN ONCOLOGY ASSOCIATES, LLC, AMERICAN PROFESSIONAL ASSOCIATES, LLC, and ATLANTA BRACHYTHERAPY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CUREPOINT, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>2018CV303289 |
| CUREPOINT, LLC and PHYSICIAN FINANCIAL PARTNERS, LLC,<br><br>    Plaintiff in Counterclaim/Intervenor,<br><br>v.<br><br>AMOA FINANCE, LLC, AMERICAN ONCOLOGY ASSOCIATES, LLC, AMERICAN PROFESSIONAL ASSOCIATES, LLC, ATLANTA BRACHYTHERAPY, LLC, PRESTON RIDGE RADIATION CENTER, LLC; APA BILLING, LLC; ATLANTA ONCOLOGY ASSOCIATES, P.C.; McCORD FAMILY PARTNERSHIP, L.P.; BRENDA McCORD, individually and in her capacity as trustee of the MCCORD 2011 FAMILY TRUST; DALE McCORD; MARK McCORD; and MICHAEL McCORD,<br><br>    Defendants in Counterclaim. | |

AMOA 000216

**SATISFACTION OF JUDGMENTS**

Plaintiff AMOA Finance, LLC ("AMOA"), Counterclaim Plaintiff CurePoint, LLC ("CurePoint") and Counterclaim Plaintiff Physician Financial Partners, LLC ("PFP") (collectively the "Judgment Creditors") hereby file this notice of satisfaction of the following judgments entered by the Court on June 21, 2021 (the "Judgments"), in the above-styled action:

1. The judgment entered in favor of AMOA and against CurePoint in the amount of $1,882,431.86 (Final Order and Judgment, June 21, 2021, ¶ 1);

2. The judgment entered in favor of PFP and against Preston Ridge Radiation Center, LLC in the amount of $750,000.00 (Final Order and Judgment, June 21, 2021, ¶ 4); and

3. The judgment entered in favor of CurePoint and against American Professional Associates, LLC and American Oncology Associates, LLC in the amount of $1,000,000.00 (Final Order and Judgment, June 21, 2021, ¶ 5).

The Judgment Creditors state that the amounts set forth in the Judgments of this case have been paid in full to the satisfaction of the Judgment Creditors and, therefore, the Clerk of Court is authorized and directed to mark the docket of this case as "Satisfied and Paid in Full."

AMOA 000217

Respectfully submitted, this 5th day of August, 2021.

| | |
|---|---|
| **CULHANE MEADOWS PLLC** | **FELLOW LABRIOLA** |
| */s/ G. Brian Raley* | */s/ Steven M. Kushner* |
| G. Brian Raley | James M. Deichert |
| Georgia Bar No. 592810 | Georgia Bar No. 216298 |
| 3017 Bolling Way, N.E. | Steven M. Kushner |
| No. 18 | Georgia Bar No. 430510 |
| Atlanta, Georgia 30305 | South Tower, Suite 2300 |
| (404) 210-0757 | 225 Peachtree Street, N.E. |
| braley@cm.law | Atlanta, Georgia 30303 |
| Counsel for CurePoint and PFP | jdeichert@fellab.com |
| | skushner@fellab.com |
| | Counsel for AMOA |

3

AMOA 000218

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing pleading via the Court's Odyssey eFileGA ECF system, which will automatically send an electronic copy of the pleading to the following counsel of record:

| | |
|---|---|
| James M. Deichert | Thomas M. Barton |
| Steven M. Kushner | Aaron P.M. Tady |
| Fellows LaBriola LLP | Coles Barton LLP |
| Suite 2300 South Tower | 150 South Perry Street |
| 225 Peachtree Street, N.E. | Suite 100 |
| Atlanta, GA 30303 | Lawrenceville, GA 30046 |

This 5th day of August, 2021.

                                                        */s/ G. Brian Raley*
                                                      G. BRIAN RALEY
                                                      Georgia Bar No. 592810
                                                     braley@cm.law

AMOA 000219