UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>    Debtor.<br><br>MARK W. MCCORD, M.D.,<br><br>    Movant,<br><br>v.<br><br>CUREPOINT, LLC,<br><br>    Respondent. | CHAPTER 11<br><br>CASE NO. 22-56501-jwc<br><br><br><br><br><br>CONTESTED MATTER |

**MARK W. McCORD, M.D.'S INDEX OF EXHIBITS**

1. Zeroholding, LLC Transactions Summary

2. Northwinds Leasing, LLC Transactions Summary

3. MEC Capital, Inc. Transactions Summary

4. Mittere, Inc. Transaction Summary

5. CurePoint Bankruptcy Schedules – filed September 9, 2022

6. CurePoint Monthly Operating Report – filed September 21, 2022

7. Exhibit to CurePoint Monthly Operating Report – filed September 21, 2022

8. Complaint filed by Pointe Capital LLC against Phillip Miles

9. Arvest Bank Motion for Relief from the Automatic Stay – filed September 22, 2022

10. Transcript of CurePoint 341 Meeting held on September 12, 2022

11. US Bank Proof of Claim – Part 1 – filed September 27, 2022

12. US Bank Proof of Claim – Part 2 – filed September 27, 2022

-1-

13. CurePoint Operating Agreement

14. State Court Motion for Order Confirming Confidentiality in McCord v. Miles

15. Email from Tady to Railey – sent September 20, 2022

16. Email from Railey to Tady – sent September 21, 2022

17. Email from Railey to Townsend – sent September 26, 2022

18. Email from Tady to Greer – sent October 6, 2022

19. FINRA Letter of Acceptance Waiver and Consent

20. FINRA Printout

21. CurePoint Dublin General Warranty Deed

22. CurePoint Dublin Security Deed

23. CurePoint Dublin Quitclaim Deed

24. CurePoint Dublin Modification of Security Instruments

25. CurePoint Dublin Waiver of Grantor's Rights

26. CurePoint Dublin Subordination

27. AMOA Complaint against Georgia Heritage Bank

28. Bank Record Excerpts for Zeroholding Transaction Summary (subject to state court confidentiality order)

29. Bank Record Excerpts for Northwinds Leasing Transaction Summary (subject to state court confidentiality order)

30. Bank Record Excerpts for MEC Capital Transaction Summary (subject to state court confidentiality orer)

31. Bank Record Excerpts for Mittere Transaction Summary (subject to state court confidenitiality order)

32. CurePoint Guaranty of Newtek loan to Zeroholding (produced by CurePoint on Oct. 7)

33. Newtek Closing Affidavit executed by Phillip Miles (produced by CurePoint on Oct. 7)

34. Curepoint Resolution to Guarantee Newtek Loan (produced by CurePoint on Oct. 7)

35. US Small Business Association Authorization for Newtek loan to Zeroholding (produced by CurePoint on Oct. 7)

36. Premium Merchant Funding loan documents (produced by CurePoint on Oct. 7)

37. Pointone Capital loan documents (produced by CurePoint Oct. 7)

38. Zen Capital loan documents (produced by CurePoint Oct. 7)

39. Click Capital Group loan documents (produced by CurePoint Oct. 7)

40. CurePoint PPP Loan Application (subject to state court confidentiality orer)

This 7th day of October, 2022.

                                                                  */s/ John Michael Levengood*
                                                                  John Michael Levengood
                                                                  Georgia Bar No. 447934
                                                                  *Co-Counsel for Dr. McCord*

Law Office of J. Michael Levengood, LLC
150 S. Perry St., Suite 208
Lawrenceville, GA 30046
Telephone:  (678) 765-1745
Facsimile:   (678) 606-5031
Email:         mlevengood@levengoodlaw.com

and

                                                                  */s/ Aaron P.M. Tady*
                                                                  Thomas M. Barton
                                                                  Georgia Bar No. 040821
                                                                  Aaron P.M. Tady
                                                                  Georgia Bar No. 696273
                                                                  *Co-Counsel for Dr. McCord*

Coles  Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582

Email: tbarton@colesbarton.com
atady@colesbarton.com

-4-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Index of Exhibits** via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

This the 7th day of October, 2022.

>  */s/ Aaron P.M. Tady*
> Thomas M. Barton
> Georgia Bar No. 040821
> Aaron P.M. Tady
> Georgia Bar No. 696273
> *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
         atady@colesbarton.com