Zeroholding

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | 03/30/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,000.00 |
| Deposit | 04/03/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,100.00 |
| Deposit | 04/10/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 6,000.00 |
| Deposit | 04/13/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 04/19/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 4,000.00 |
| Deposit | 04/20/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 05/07/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 12,000.00 |
| Deposit | 02/11/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 6,500.00 |
| Deposit | 02/25/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 8,000.00 |
| Deposit | 05/23/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 9,800.00 |
| Deposit | 07/29/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 27,000.00 |
| Deposit | 08/01/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 18,000.00 |
| Deposit | 05/06/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 5,000.00 |
| Deposit | 05/21/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,500.00 |
| Deposit | 07/01/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 9,900.00 |
| Deposit | 07/20/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 20,600.00 |
| Deposit | 07/20/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 07/20/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 25,000.00 |
| Deposit | 09/16/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 20,000.00 |
| Deposit | 09/25/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 09/28/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 25,000.00 |
| Deposit | 11/10/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 11/12/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,500.00 |
| Deposit | 11/25/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 8,000.00 |
| Deposit | 11/27/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 12,000.00 |
| Deposit | 01/04/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 01/07/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 15,000.00 |
| Deposit | 01/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 11,500.00 |
| Deposit | 01/29/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 50,000.00 |
| Deposit | 02/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 02/16/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 02/26/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 24,000.00 |
| | | | | | $ 511,400.00 |
| Check | 06/29/2015 | 299 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (185,000.00) |
| Check | 09/03/2015 | | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (15,000.00) |
| Check | 11/02/2015 | 429 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (42,000.00) |
| Check | 12/15/2015 | | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (12,500.00) |
| Check | 03/03/2016 | 599 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (23,000.00) |
| Check | 03/03/2016 | 600 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (3,000.00) |
| Check | 04/15/2016 | 642 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (8,000.00) |
| Check | 07/08/2016 | 744 | Zeroholding, LLC | Morris Bank Ckg 5566 | $ (25,000.00) |
| Check | 12/13/2017 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 07/06/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (41,000.00) |
| Check | 07/09/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (7,400.00) |
| Check | 07/10/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (11,000.00) |
| Check | 07/16/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (5,900.00) |
| Check | 07/19/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (18,000.00) |
| Check | 07/23/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 08/06/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |

Zeroholding

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | 08/17/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (35,000.00) |
| Check | 05/22/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (5,900.00) |
| Check | 03/26/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (16,000.00) |
| Check | 04/14/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (11,000.00) |
| Check | 04/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (30,000.00) |
| Check | 04/20/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 04/21/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 04/23/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (25,500.00) |
| Check | 05/04/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (4,500.00) |
| Check | 05/28/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (7,000.00) |
| Check | 06/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (9,000.00) |
| Check | 06/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |
| Check | 06/18/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (32,600.00) |
| Check | 07/16/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (40,500.00) |
| Check | 07/31/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 08/05/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (15,500.00) |
| Check | 09/10/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (41,300.00) |
| Check | 09/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (16,300.00) |
| Check | 10/08/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (46,500.00) |
| Check | 10/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (7,100.00) |
| Check | 10/22/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (42,600.00) |
| Check | 11/02/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (2,500.00) |
| Check | 11/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |
| Check | 11/05/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (42,000.00) |
| Check | 11/09/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,100.00) |
| Check | 11/16/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (10,000.00) |
| Check | 11/20/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (41,550.00) |
| Check | 11/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (15,150.00) |
| Check | 11/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (15,000.00) |
| Check | 12/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (86,700.00) |
| Check | 12/04/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,800.00) |
| Check | 12/07/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (7,500.00) |
| Check | 12/10/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |
| Check | 12/11/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (10,000.00) |
| Check | 12/14/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |
| Check | 12/17/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (25,000.00) |
| Check | 12/21/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (17,000.00) |
| Check | 12/31/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (38,000.00) |
| Check | 01/28/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (28,000.00) |
| Check | 01/29/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (15,000.00) |
| Check | 01/29/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (10,000.00) |
| Check | 02/03/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (15,000.00) |
| Check | 02/04/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 02/05/2021 | | Transfer | Synovus Bank Ckg 9546 | $ (16,000.00) |
| | | | | | $ (1,255,400.00) |

$ (744,000.00)