Northwinds Leasing

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | 01/04/2018 | | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ 33,000.00 |
| Deposit | 01/03/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 11,000.00 |
| Deposit | 02/21/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 140,000.00 |
| Deposit | 03/06/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 15,000.00 |
| Deposit | 03/07/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 03/16/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 9,000.00 |
| Deposit | 03/19/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 25,000.00 |
| Deposit | 06/27/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 25,000.00 |
| Deposit | 06/28/2019 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 15,000.00 |
| Deposit | 08/11/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 20,000.00 |
| Deposit | 08/12/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| | | | | | $ 333,000.00 |
| | | | | | |
| Check | 03/02/2016 | 592 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 03/28/2016 | 618 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 05/11/2016 | 662 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 06/07/2016 | 714 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 06/30/2016 | 735 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 07/27/2016 | 761 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 08/31/2016 | 804 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 11/01/2016 | 853 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (8,369.20) |
| Check | 12/30/2016 | 915 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (8,369.20) |
| Check | 06/19/2017 | 1197 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (8,369.20) |
| Check | 06/27/2017 | 1204 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 07/03/2017 | 1211 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 07/10/2017 | 1215 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 07/20/2017 | 1224 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 07/31/2017 | 1240 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (4,184.60) |
| Check | 09/07/2017 | 1247 | Northwinds Leasing, LLC | Morris Bank Ckg 5566 | $ (12,553.80) |
| Check | 08/23/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (30,000.00) |
| Check | 08/30/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (2,600.00) |
| Check | 09/10/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (45,000.00) |
| Check | 09/14/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (6,700.00) |
| Check | 09/17/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (13,500.00) |
| Check | 09/27/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (31,000.00) |
| Check | 10/24/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (50,000.00) |
| Check | 10/26/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (13,000.00) |
| Check | 10/29/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (29,000.00) |
| Check | 11/06/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (25,000.00) |
| Check | 11/09/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (5,000.00) |
| Check | 11/16/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (10,000.00) |
| Check | 11/26/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (14,000.00) |
| Check | 01/10/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (11,000.00) |
| Check | 04/30/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (5,500.00) |
| Check | 05/25/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (12,000.00) |
| Check | 07/10/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (14,000.00) |
| Check | 07/16/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (28,000.00) |

Northwinds Leasing

| Transaction Type | Post Date | Number | Name | Account | | Amount |
|---|---|---|---|---|---|---|
| Check | 07/19/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (28,000.00) |
| Check | 07/20/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (25,000.00) |
| Check | 07/24/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,000.00) |
| Check | 07/31/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (300,000.00) |
| Check | 08/08/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (40,000.00) |
| Check | 08/14/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 08/15/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (8,000.00) |
| Check | 09/24/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (8,000.00) |
| Check | 09/26/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (17,580.22) |
| Check | 10/01/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (10,000.00) |
| Check | 10/01/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,000.00) |
| Check | 10/02/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (5,000.00) |
| Check | 10/03/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (5,000.00) |
| Check | 10/11/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (31,000.00) |
| Check | 11/19/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (23,000.00) |
| Check | 11/20/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 12/04/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (13,000.00) |
| Check | 12/11/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,800.00) |
| Check | 12/12/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,500.00) |
| Check | 12/18/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,500.00) |
| Check | 12/21/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (23,000.00) |
| Check | 12/21/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (48,000.00) |
| Check | 12/26/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (32,000.00) |
| Check | 12/27/2018 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 01/02/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (7,000.00) |
| Check | 01/03/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (48,500.00) |
| Check | 01/04/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (49,000.00) |
| Check | 01/07/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (5,000.00) |
| Check | 01/08/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (17,500.00) |
| Check | 01/09/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,800.00) |
| Check | 01/11/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (10,000.00) |
| Check | 01/14/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 01/15/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (16,000.00) |
| Check | 01/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (16,000.00) |
| Check | 01/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (4,500.00) |
| Check | 01/18/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (20,000.00) |
| Check | 01/18/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (6,200.00) |
| Check | 01/23/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 01/23/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (4,000.00) |
| Check | 03/13/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (9,800.00) |
| Check | 03/15/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (29,000.00) |
| Check | 03/18/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (33,000.00) |
| Check | 03/20/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (28,100.00) |
| Check | 03/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (5,900.00) |
| Check | 03/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (23,400.00) |
| Check | 03/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,200.00) |
| Check | 03/27/2019 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,500.00) |

Northwinds Leasing

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | 03/28/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (41,000.00) |
| Check | 03/28/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,600.00) |
| Check | 03/29/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (5,900.00) |
| Check | 04/05/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 04/08/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 04/08/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,000.00) |
| Check | 04/08/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (27,000.00) |
| Check | 04/09/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 04/10/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,600.00) |
| Check | 04/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (14,600.00) |
| Check | 04/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (37,000.00) |
| Check | 04/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (6,600.00) |
| Check | 04/23/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,800.00) |
| Check | 04/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (3,600.00) |
| Check | 04/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (13,900.00) |
| Check | 04/30/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (7,800.00) |
| Check | 05/07/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (14,600.00) |
| Check | 05/10/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 05/13/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,900.00) |
| Check | 05/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (18,500.00) |
| Check | 05/20/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (29,700.00) |
| Check | 05/28/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (12,000.00) |
| Check | 05/31/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (14,500.00) |
| Check | 05/31/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (12,000.00) |
| Check | 06/03/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (16,400.00) |
| Check | 06/06/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (29,700.00) |
| Check | 06/07/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,500.00) |
| Check | 06/12/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,600.00) |
| Check | 06/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (20,500.00) |
| Check | 06/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (400,000.00) |
| Check | 07/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (12,800.00) |
| Check | 07/18/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (13,000.00) |
| Check | 07/22/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 07/23/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,200.00) |
| Check | 07/23/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (17,000.00) |
| Check | 10/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (28,000.00) |
| Check | 10/21/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (14,000.00) |
| Check | 11/06/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (10,500.00) |
| Check | 11/12/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (28,100.00) |
| Check | 12/06/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (28,100.00) |
| Check | 12/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (19,300.00) |
| Check | 12/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (23,000.00) |
| Check | 12/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (28,500.00) |
| Check | 12/30/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (3,100.00) |
| Check | 12/30/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (35,000.00) |
| Check | 12/31/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (14,000.00) |
| Check | 01/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (9,700.00) |

Northwinds Leasing

| Transaction Type | Post Date | Number | Name | Account | | Amount |
|---|---|---|---|---|---|---|
| Check | 01/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (33,100.00) |
| Check | 01/06/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (15,300.00) |
| Check | 01/08/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (8,600.00) |
| Check | 01/09/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,000.00) |
| Check | 01/10/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (38,000.00) |
| Check | 01/14/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (10,200.00) |
| Check | 01/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (23,300.00) |
| Check | 01/16/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (56,000.00) |
| Check | 01/22/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (16,000.00) |
| Check | 01/24/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (12,900.00) |
| Check | 01/27/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (20,000.00) |
| Check | 01/29/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (22,800.00) |
| Check | 01/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (22,300.00) |
| Check | 01/31/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (26,000.00) |
| Check | 02/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (42,800.00) |
| Check | 02/05/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (27,000.00) |
| Check | 02/06/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (800.00) |
| Check | 02/18/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,000.00) |
| Check | 02/18/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (35,500.00) |
| Check | 02/19/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (17,200.00) |
| Check | 02/19/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,500.00) |
| Check | 02/20/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (10,500.00) |
| Check | 02/21/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (500.00) |
| Check | 02/25/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (3,000.00) |
| Check | 02/27/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (16,000.00) |
| Check | 02/27/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (13,000.00) |
| Check | 02/28/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (6,000.00) |
| Check | 04/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (14,862.30) |
| Check | 05/29/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (500.00) |
| Check | 06/19/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,800.00) |
| Check | 07/06/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (29,000.00) |
| Check | 08/28/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (28,000.00) |
| Check | 11/27/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (16,000.00) |
| Check | 11/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (6,500.00) |
| Check | 12/14/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 12/21/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (2,000.00) |
| Check | 12/31/2020 | | Transfer | Synovus Bank Ckg 9546 | $ | (1,600.00) |
| Check | 01/29/2021 | | Transfer | Synovus Bank Ckg 9546 | $ | (10,300.00) |
| | | | | | $ | (3,064,019.12) |

$ (2,731,019.12)