MEC Capital

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | 05/14/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 05/30/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 7,000.00 |
| Deposit | 06/19/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 700.00 |
| | | | | | $ 17,700.00 |
| Check | 03/30/2015 | 174 | MEC Capital | Morris Bank Ckg 5566 | $ (40.15) |
| Check | 05/01/2015 | 248 | MEC Capital | Morris Bank Ckg 5566 | $ (10,452.00) |
| Check | 08/13/2015 | 363 | MEC Capital | Morris Bank Ckg 5566 | $ (10,000.00) |
| Check | 12/23/2015 | 513 | MEC Capital | Morris Bank Ckg 5566 | $ (5.05) |
| Check | 09/06/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (20,000.00) |
| Check | 09/11/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (22,000.00) |
| Check | 09/12/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (7,000.00) |
| Check | 09/18/2018 | | Transfer | Synovus Bank Ckg 8431 | $ (6,500.00) |
| Check | 09/17/2019 | | Transfer | Synovus Bank Ckg 8431 | $ (16,600.00) |
| Check | 07/09/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 07/09/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,548.68) |
| Check | 07/10/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (35,500.00) |
| Check | 07/17/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (33,500.00) |
| Check | 07/20/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 07/20/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (3,000.00) |
| Check | 07/26/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (28,500.00) |
| Check | 08/14/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 08/17/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (11,500.00) |
| Check | 08/17/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (200.00) |
| Check | 08/24/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 01/24/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,500.00) |
| Check | 01/24/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (8,000.00) |
| Check | 01/25/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,700.00) |
| Check | 01/30/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,000.00) |
| Check | 02/05/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (27,800.00) |
| Check | 02/14/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (16,900.00) |
| Check | 02/15/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (31,000.00) |
| Check | 02/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,700.00) |
| Check | 03/12/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,200.00) |
| Check | 05/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (16,000.00) |
| Check | 11/18/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (26,500.00) |
| Check | 03/13/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,200.00) |
| Check | 03/18/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,100.00) |
| Check | 03/23/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (1,300.00) |
| Check | 03/24/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 03/25/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (4,900.00) |
| Check | 04/13/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (8,500.00) |
| Check | 04/15/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 04/16/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (700.00) |
| Check | 05/27/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (7,000.00) |
| Check | 06/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (7,300.00) |
| Check | 06/16/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |

Case 22-56501-pmb    Doc 86-3    Filed 10/07/22    Entered 10/07/22 19:25:12    Desc
Exhibit 3 - MEC Capital Transactions Summary    Page 2 of 2

MEC Capital

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | 06/17/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (3,900.00) |
| Check | 06/24/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (18,900.00) |
| Check | 07/07/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (17,000.00) |
| Check | 08/05/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |
| Check | 08/07/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (4,500.00) |
| Check | 08/10/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (8,300.00) |
| Check | 08/24/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (4,000.00) |
| Check | 11/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,800.00) |
| Check | 11/09/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (2,050.00) |
| Check | 11/19/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 11/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 12/01/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (10,000.00) |
| Check | 12/03/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 12/10/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,000.00) |
| Check | 12/14/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (3,500.00) |
| Check | 12/17/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (11,000.00) |
| Check | 12/22/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (6,700.00) |
| Check | 12/24/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (4,100.00) |
| Check | 12/30/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (3,000.00) |
| | | | | | $ (532,195.88) |
| | | | | | $ (514,495.88) |

MEC Capital
Page 2