Mittere

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | 11/22/2017 | | Mittere | Morris Bank Ckg 5566 | $ 12,600.00 |
| Deposit | 11/29/2017 | | Mittere | Morris Bank Ckg 5566 | $ 2,000.00 |
| Deposit | 12/05/2017 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 33,000.00 |
| Deposit | 12/14/2017 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 5,000.00 |
| Deposit | 12/27/2017 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 2,000.00 |
| Deposit | 03/20/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 03/21/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 10,000.00 |
| Deposit | 03/26/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 20,000.00 |
| Deposit | 03/30/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 7,900.00 |
| Deposit | 05/07/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 3,000.00 |
| Deposit | 05/07/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 4,000.00 |
| Deposit | 05/10/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 11,000.00 |
| Deposit | 12/07/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 3,000.00 |
| Deposit | 12/10/2018 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 3,000.00 |
| Deposit | 04/02/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 200.00 |
| Deposit | 09/30/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 5,000.00 |
| Deposit | 09/30/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 28,800.00 |
| Deposit | 10/05/2020 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 23,000.00 |
| Deposit | 01/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 40,000.00 |
| Deposit | 01/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,500.00 |
| Deposit | 01/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 2,000.00 |
| Deposit | 01/13/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 30,000.00 |
| Deposit | 01/13/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 3,000.00 |
| Deposit | 01/15/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,000.00 |
| Deposit | 01/15/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 16,000.00 |
| Deposit | 01/19/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 3,000.00 |
| Deposit | 01/20/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 6,000.00 |
| Deposit | 02/12/2021 | | Wire Transfer | Synovus Bank Ckg 9546 | $ 1,500.00 |
| | | | | | $ 287,500.00 |
| Check | 05/29/2015 | 255 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (13,750.00) |
| Check | 06/16/2015 | 285 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (13,750.00) |
| Check | 12/08/2015 | 489 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 12/23/2015 | 514 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 01/07/2016 | 529 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 02/04/2016 | 546 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 04/22/2016 | 648 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (10,000.00) |
| Check | 05/11/2016 | 661 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 06/07/2016 | 713 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 07/27/2016 | 760 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 08/15/2016 | 786 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 10/31/2016 | 828 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 11/01/2016 | 852 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 12/16/2016 | 885 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 03/03/2017 | 1050 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (10,000.00) |
| Check | 03/27/2017 | 1088 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 04/24/2017 | 1112 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |

Mittere

| Transaction Type | Post Date | Number | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | 06/07/2017 | 1174 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (5,000.00) |
| Check | 07/07/2017 | 1213 | Mittere, Inc. | Morris Bank Ckg 5566 | $ (50,000.00) |
| Check | 05/18/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 07/06/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (4,000.00) |
| Check | 07/09/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (5,200.00) |
| Check | 07/09/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (40,000.00) |
| Check | 07/11/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |
| Check | 07/12/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (800.00) |
| Check | 07/13/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 07/17/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 07/19/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 07/20/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 07/26/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (800.00) |
| Check | 07/30/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 07/31/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 08/03/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 08/16/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (16,500.00) |
| Check | 08/21/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 08/23/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (3,000.00) |
| Check | 12/18/2018 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |
| Check | 01/31/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,000.00) |
| Check | 02/04/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |
| Check | 02/14/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,500.00) |
| Check | 02/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,500.00) |
| Check | 02/20/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,200.00) |
| Check | 02/26/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (800.00) |
| Check | 04/16/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (10,000.00) |
| Check | 05/01/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (5,000.00) |
| Check | 05/22/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (4,480.00) |
| Check | 05/28/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,000.00) |
| Check | 05/30/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,000.00) |
| Check | 05/31/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (2,500.00) |
| Check | 06/05/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (3,500.00) |
| Check | 06/06/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (860.00) |
| Check | 06/10/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 06/11/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (800.00) |
| Check | 06/12/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,200.00) |
| Check | 06/13/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (850.00) |
| Check | 06/17/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 06/19/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (1,800.00) |
| Check | 06/21/2019 | | Transfer | Synovus Bank Ckg 9546 | $ (542.55) |
| Check | 08/12/2020 | | Transfer | Synovus Bank Ckg 9546 | $ (250.00) |
| | | | | | $ (304,682.55) |
| | | | | | $ (17,182.55) |