# Aaron Tady

| | |
|---|---|
| **From:** | Brian Raley <braley@cm.law> |
| **Sent:** | Wednesday, September 21, 2022 4:21 PM |
| **To:** | Aaron Tady |
| **Cc:** | Tom Barton |
| **Subject:** | RE: Challenge of Confidentiality Designations in McCord v. Miles, et al. (CAFN 2018CV301705) |

Aaron-

Two questions on your email below: (1) since you acknowledged in the filing two days ago that this case is stayed by virtue of CurePoint's bankruptcy filing, under what theory are you taking additional steps to obtain documents through discovery in a stayed case; and (2) with full knowledge of CurePoint's bankruptcy, how does this attempt to obtain CurePoint records (which are CurePoint's property) outside the context of the bankruptcy proceeding not violate the automatic stay?

Thanks,

Brian


**Brian Raley**
CULHANE|MEADOWS PLLC
 404-210-0757
 braley@cm.law

---

**From:** Aaron Tady <atady@colesbarton.com>
**Sent:** Tuesday, September 20, 2022 8:04 PM
**To:** Brian Raley <braley@cm.law>
**Cc:** Tom Barton <tbarton@colesbarton.com>
**Subject:** Challenge of Confidentiality Designations in McCord v. Miles, et al. (CAFN 2018CV301705)

EXTERNAL EMAIL

Brian:

Pursuant to Paragraph 11(b) of the Consent Protective Order entered in the above-referenced case, we hereby challenge the confidential treatment of the following categories of documents:
- CurePoint bank records, including without limitation, bank statements and copies of checks
- Any due-to/due-from spreadsheets regarding CurePoint
- Transcripts of all depositions taken in the above-referenced case
- All exhibits admitted in those depositions

The basis for this challenge is the fact that CurePoint is now in bankruptcy, and its financial records and information are the subject of examination and inspection by all parties to the proceeding, including the U.S. trustee and CurePoint's

1

creditors. As a result of the bankruptcy, which requires an administration of all of CurePoint's assets and liabilities, CurePoint can no longer expect that its financial records and information is or will be confidential.

Aaron P.M. Tady
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046
(770)995-5552 (main office line)
(770)995-5560 (direct office line)
(770)995-5582 (fax)
(678)910-8177 (cell)
atady@colesbarton.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.