**Aaron Tady**

| | |
|---|---|
| **From:** | Brian Raley <braley@cm.law> |
| **Sent:** | Monday, September 26, 2022 2:43 PM |
| **To:** | Townsend, Trinity; Aaron Tady; Tom Barton |
| **Cc:** | businesscourt |
| **Subject:** | Civil Action No. 2018CV301705- McCord v. Miles et al. |
| **Attachments:** | Defendants' Motion to Confirm Confidentiality Designations and Brief in Support.pdf |

Mr. Townsend-

Attached please find a courtesy copy of Defendants' Motion to Confirm Confidentiality Designations and Brief in Support, which was filed electronically this afternoon. As explained therein, despite this case being subject to an automatic bankruptcy stay, Plaintiff last week challenged Defendants' confidentiality designations forcing Defendants file the attached motion. Defendants do not believe Plaintiff's challenge is procedurally or substantively proper, and only request that the Court enter an Order noting that this case is stayed and deferring any ruling until after the bankruptcy stay expires.

Please let me know if you have any trouble opening the attachment or any questions regarding the motion.

Brian Raley
Culhane Meadows PLLC
Counsel for Defendants


**Brian Raley**
CULHANE|MEADOWS PLLC
📞 404-210-0757
✉ braley@cm.law

---

**From:** Townsend, Trinity <Trinity.Townsend@fultoncountyga.gov>
**Sent:** Monday, August 15, 2022 4:37 PM
**To:** Brian Raley <braley@cm.law>; Aaron Tady <atady@colesbarton.com>; Tom Barton <tbarton@colesbarton.com>
**Cc:** businesscourt <businesscourt@fultoncountyga.gov>
**Subject:** Civil Action No. 2018CV301705- McCord v. Miles - Case Management Conference

**EXTERNAL EMAIL**

All,
Please see the log in instructions for the case management conference scheduled for 2:00 p.m. on Wednesday August 17, 2022.

Judge Eric Richardson is inviting you to a scheduled Zoom meeting.

Topic: Civil Action No. 2018CV301705- McCord v. Miles - Case Management Conference
Time: Aug 17, 2022 02:00 PM Eastern Time (US and Canada)

Join Zoom Meeting

1

https://zoom.us/j/91995809586

Meeting ID: 919 9580 9586
One tap mobile
+14702509358,,91995809586# US (Atlanta)
+14703812552,,91995809586# US (Atlanta)

Dial by your location
    +1 470 250 9358 US (Atlanta)
    +1 470 381 2552 US (Atlanta)
    +1 651 372 8299 US (Minnesota)
    +1 786 635 1003 US (Miami)
    +1 267 831 0333 US (Philadelphia)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 646 518 9805 US (New York)
    +1 646 558 8656 US (New York)
    +1 346 248 7799 US (Houston)
    +1 602 753 0140 US (Phoenix)
    +1 669 219 2599 US (San Jose)
    +1 669 900 9128 US (San Jose)
    +1 720 928 9299 US (Denver)
    +1 971 247 1195 US (Portland)
    +1 206 337 9723 US (Seattle)
    +1 213 338 8477 US (Los Angeles)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 919 9580 9586
Find your local number: https://zoom.us/u/aetJzNhGSA

Join by SIP
91995809586@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 919 9580 9586


Mr. Trinity Townsend

2

Judicial Staff Attorney, Senior
Judge Eric A. Richardson
State Court of Fulton County
185 Central Ave. S.W. Suite T-3755
Atlanta, GA 30303
404-613-4512

3