# Aaron Tady

| | |
|---|---|
| **From:** | Aaron Tady |
| **Sent:** | Thursday, October 6, 2022 5:00 PM |
| **To:** | Will Geer; Brian Raley |
| **Cc:** | Tom Barton; J. Michael Levengood (mlevengood@LevengoodLaw.com) |
| **Subject:** | RE: Use of CurePoint's financial documents in CurePoint's Bankruptcy |

Will,

Even though these are CurePoint's documents, there are other parties to the protective order, so until Brian confirms that all of his clients release the documents from that order, we cannot share them with you. Alternatively, you can get the documents from Brian and then produce them to us in response to our request for documents, in which event, they would no longer be subject to the protective order. We are trying to avoid that exercise of circular production, but the motion filed in state court accusing us of violating the automatic stay is thwarting our efforts.

Thanks,
Aaron

Aaron P.M. Tady
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046
(770)995-5552 (main office line)
(770)995-5560 (direct office line)
(770)995-5582 (fax)
(678)910-8177 (cell)
atady@colesbarton.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Will Geer <wgeer@rlkglaw.com>
**Sent:** Thursday, October 6, 2022 4:53 PM
**To:** Aaron Tady <atady@colesbarton.com>; Brian Raley <braley@cm.law>
**Cc:** Tom Barton <tbarton@colesbarton.com>; J. Michael Levengood (mlevengood@LevengoodLaw.com) <mlevengood@levengoodlaw.com>
**Subject:** Re: Use of CurePoint's financial documents in CurePoint's Bankruptcy

Aaron,

Can you send us the docs you are referring to? We only discussed bank statements. Also, to be clear, we are treating, per our agreement over the phone yesterday, the 2004 examination and accompanying document requests as a deposition under 7030 applicable to contested matters. Having said that, if you have most of the docs already, please send so we can review.

1

**From:** Aaron Tady <atady@colesbarton.com>
**Sent:** Thursday, October 6, 2022 2:03 PM
**To:** Brian Raley <braley@cm.law>
**Cc:** Tom Barton <tbarton@colesbarton.com>; Will Geer <wgeer@rlkglaw.com>; J. Michael Levengood (mlevengood@LevengoodLaw.com) <mlevengood@levengoodlaw.com>
**Subject:** Use of CurePoint's financial documents in CurePoint's Bankruptcy

Brian:

After you filed your motion to confirm the confidential treatment of CurePoint's financial documents and information in the McCord v. Miles case, we have had discussions with CurePoint's bankruptcy counsel, Will Geer, regarding the use of those documents in the bankruptcy. CurePoint is currently under an obligation to produce to us tomorrow afternoon CurePoint's bank records and other financial documents, including all due-to/due-from spreadsheets, going back to January 1, 2015. We have many of those documents in our possession, but you have designated them "confidential" pursuant to the protective order in the McCord v. Miles lawsuit. Because those documents are also in your possession, they are in the control of CurePoint and, thus, should be produced to us tomorrow. It seems to us that the most efficient way to address this issue, without you and Will having to go through the hassle of you sending the documents to Will and then Will having to send them to us, would be for you to agree to withdraw the "confidential" designation of those documents. Will tells us that Phillip Miles, PFP, Jamila Dadabhoy, and MEC have already agreed to treat CurePoint's bank statements as non-confidential. I have copied Will on this email so the two of you can discuss this issue.

Thanks,
Aaron

Aaron P.M. Tady
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046
(770)995-5552 (main office line)
(770)995-5560 (direct office line)
(770)995-5582 (fax)
(678)910-8177 (cell)
atady@colesbarton.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.