# PHILLIP E. MILES

CRD#: 4304543

(PR) Previously Registered Broker

(PR) Previously Registered Investment Adviser
Visit SEC

⊘ BARRED
FINRA has barred this individual from acting as a broker or otherwise associating with a broker-dealer firm.

| | | | |
|---|---|---|---|
| **1** Disclosure | **8** Years of Experience **2** Firms | **3** Exams Passed | **0** State Licenses |

## Disclosures

View By: Date

| 6/29/2010 | Regulatory | | Final | ˅ |
|---|---|---|---|---|

| Initiated By | FINRA |
|---|---|
| Allegations | FINRA RULES 2010, 8210 - PHILLIP MILES FAILED TO RESPOND TO FINRA REQUESTS TO PROVIDE A WRITTEN STATEMENT REGARDING UNAUTHORIZED TRADING AND FALSE ACCOUNT VALUES. |
| Resolution | Acceptance, Waiver & Consent(AWC) |
| SanctionDetails | [object Object] |
| Sanctions | Bar |
| SanctionDetails | [object Object] |
| Registration Capacities Affected | All Capacities |
| Duration | Indefinite |
| Start Date | 6/29/2010 |
| Regulator Statement | WITHOUT ADMITTING OR DENYING THE FINDINGS, MILES CONSENTED TO THE DESCRIBED SANCTION AND TO THE ENTRY OF FINDINGS; THEREFORE, HE IS BARRED FROM ASSOCIATION WITH ANY FINRA MEMBER IN ANY CAPACITY. |

EXHIBIT
1
Phillip Miles
PENGAD 800-631-6989

> RULES & GUIDANCE > ENFORCING THE RULES

# FINRA Disciplinary Actions Online

Displaying 1 - 1 of 1

| Case ID | Case Summary | Document Type | Firms/Individuals | Action Date ▼ |
|---|---|---|---|---|
| 2009016742401 | FINANCIAL INDUSTRY REGULATORY AUTHORITY LETTER OF ACCEPTANCE, WAIVER AND CONSENT NO. 20090167424 TO: Department of Enforcement Financial Industry Regulatory Authority ("FINRA") RE: Phillip E. Miles, Respondent Former General Securities Representative CRD No. 4304543 Pursuant to FINRA Rule 9216 of FINRA's Code of Procedure, I, Phillip Miles ("Mr. Miles"), submit this Letter of Acceptance, Waiver and Consent ("AWC") for the purpose of proposing a settlement of the alleged rule violations described | AWCs (Letters of Acceptance, Waiver, and Consent) | PHILLIP E. MILES | 06/29/2010 |

ARBITRATION & MEDIATION
FINRA operates the largest securities dispute resolution forum in the United States

LEARN MORE

©2019 FINRA. All Rights Reserved.
FINRA IS A REGISTERED TRADEMARK OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.