# Ex. 28

# Bank Record Excerpts for Zeroholding Transaction Summary (Subject to Confidentiality Designation)