Ex. 29

Bank Record Excerpts for Northwinds Leasing

Transaction Summary (Subject to Confidentiality

Designation)