Ex. 30

Bank Record Excerpts for MEC Capital Transaction Summary (Subject to Confidentiality Designation)