# Ex. 31

# Bank Record Excerpts for Mittere Transaction Summary (Subject to Confidentiality Designation)