# Ex. 40

# CurePoint PPP Loan Application Documents