UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>    Debtor.<br><br>MARK W. MCCORD, M.D.,<br><br>    Movant,<br><br>v.<br><br>CUREPOINT, LLC,<br><br>    Respondent. | CHAPTER 11<br><br>CASE NO. 22-56501-jwc<br><br><br><br><br><br>CONTESTED MATTER |

**MARK W. McCORD, M.D.'S AMENDMENT TO INDEX OF EXHIBITS**

The document attached hereto should replace Exhibit 35 of the previously filed Exhibit List, which had an incomplete copy of Exhibit 35 attached to it.

This the 7th day of October, 2022.

                                    */s/ Aaron P.M. Tady*                
                                    Thomas M. Barton
                                    Georgia Bar No. 040821
                                    Aaron P.M. Tady
                                    Georgia Bar No. 696273
                                    *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
       atady@colesbarton.com

-1-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Mark W. McCord M.D.'s Amendment to Index of Exhibits** via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

This the 7th day of October, 2022.

>   /s/ Aaron P.M. Tady
> Thomas M. Barton
> Georgia Bar No. 040821
> Aaron P.M. Tady
> Georgia Bar No. 696273
> *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
    atady@colesbarton.com