**CurePoint**
**Third 13-Week Budget**

| | 13 Week Budget | Week 1 10/16-10/22/22 | Week 2 10/23-10/29/22 | Week 3 10/30-11/5/22 | Week 4 11/6-11/12/22 | Week 5 11/13-11/19/22 | Week 6 11/20-11/26/22 | Week 7 11/27-12/3/22 | Week 8 12/4-12/10/22 | Week 9 12/11-12/17/22 | Week 10 12/18-12/24/22 | Week 11 12/25-12/31/22 | Week 12 1/1-1/7/23 | Week 13 1/8-1/14/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 1,007,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 | $ 77,500 |
| **Expenses** | | | | | | | | | | | | | | |
| **Personnel Costs** | | | | | | | | | | | | | | |
| Wages and Benefits | $ 262,500 | $ 37,500 | $ - | $ 37,500 | $ - | $ 37,500 | $ - | $ 37,500 | $ - | $ 37,500 | $ - | $ 37,500 | $ - | $ 37,500 |
| Independent Contractors- medical physics | 40,500 | - | 13,500 | - | - | - | 13,500 | - | - | - | 13,500 | - | - | - |
| Independent Contractors- dosimetry | 5,000 | - | - | - | - | - | 5,000 | - | - | - | - | - | - | - |
| Independent Contractors- physicians | 120,000 | - | 40,000 | - | - | - | 40,000 | - | - | - | 40,000 | - | - | - |
| **Total Personnel Costs** | $ 428,000 | $ 37,500 | $ 53,500 | $ 37,500 | $ - | $ 37,500 | $ 58,500 | $ 37,500 | $ - | $ 37,500 | $ 53,500 | $ 37,500 | $ - | $ 37,500 |
| **Bank Service Charges** | 8,100 | 450 | 450 | 1,200 | 450 | 450 | 450 | 1,200 | 450 | 450 | 450 | 450 | 1,200 | 450 |
| **Insurance** | 7,200 | - | - | 2,400 | - | - | - | 2,400 | - | - | - | - | 2,400 | - |
| **Office Expense** | - | | | | | | | | | | | | | |
| Billing & Coding | 55,500 | - | 21,500 | - | - | - | 17,000 | - | - | - | 17,000 | - | - | - |
| Janitorial & Building Maintenance | 13,200 | - | 4,400 | - | - | - | 4,400 | - | - | - | 4,400 | - | - | - |
| Office Supplies | 1,575 | - | 525 | - | - | - | 525 | - | - | - | 525 | - | - | - |
| Medical Supplies | 15,600 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Computer & IT | 12,800 | 3,200 | - | - | - | 3,200 | - | - | - | 3,200 | - | - | - | 3,200 |
| Laundry- Physician Coats & Patient Gowns | 1,050 | - | 350 | - | - | - | 350 | - | - | - | - | 350 | - | - |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Office Expense** | 99,725 | 4,400 | 27,975 | 1,200 | 1,200 | 4,400 | 23,475 | 1,200 | 1,200 | 4,400 | 23,125 | 1,550 | 1,200 | 4,400 |
| **Equipment Maintenance** | 93,423 | 31,141 | - | - | - | 31,141 | - | - | - | 31,141 | - | - | - | - |
| **Software Expense** | 35,565 | - | 3,285 | 237 | 8,333 | - | 3,285 | 237 | 8,333 | - | 3,285 | 237 | 8,333 | - |
| **Taxes** | 15,750 | - | - | - | 5,250 | - | - | - | 5,250 | - | 5,250 | - | - | - |
| **Community Outreach** | 3,250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| **Rent- Building** | 51,000 | - | 17,000 | - | - | - | 17,000 | - | - | - | 17,000 | - | - | - |
| **Rent- Out of town Physician** | 7,650 | - | 2,550 | - | - | - | 2,550 | - | - | - | 2,550 | - | - | - |
| **Erin Park HOA** | 750 | - | 250 | - | - | - | 250 | - | - | - | 250 | - | - | - |
| **Utilities** | 10,500 | - | 3,500 | - | - | - | 3,500 | - | - | - | - | 3,500 | - | - |
| **Total Expenses** | $ 760,913 | $ 73,741 | $ 108,760 | $ 42,787 | $ 15,483 | $ 73,741 | $ 109,260 | $ 42,787 | $ 15,483 | $ 73,741 | $ 100,410 | $ 43,487 | $ 18,633 | $ 42,600 |

**Equipment Maintenance**

| | |
|---|---|
| Elekta | 24,941 |
| Sun Nuclear | 4,000 |
| Premier Imaging | 2,200 |
| | $ 31,141 |

**Software Expense**

| | |
|---|---|
| Philips | $ 3,285 |