UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>　　　　Debtor.<br><br>MARK W. MCCORD, M.D.,<br><br>　　　　Movant,<br><br>v.<br><br>CUREPOINT, LLC,<br><br>　　　　Respondent. | CHAPTER 11<br><br>CASE NO. 22-56501-jwc<br><br><br><br><br><br>CONTESTED MATTER |

**MARK W. McCORD, M.D.'S SECOND AMENDMENT TO INDEX OF EXHIBITS**

COMES NOW Movant Mark W. McCord, M.D. ("Dr. McCord") and submits this second amendment to his index of exhibits for the hearing on his motion for the appointment of a Chapter 11 Trustee. The attached documents were admitted at the October 12, 2022 hearing on Dr. McCord's motion as Exhibits 28, 29, 30 and 31. At the Court's request, Dr. McCord is now filing those exhibits by amending his index to substitute those documents, which are excerpts from CurePoint's bank records, for the "placeholder" exhibits that were previously filed with Dr. McCord's original exhibit list under the same numbers -- Exhibit Nos. 28 through 31.

[signature on following page]

-1-

-2-

This the 12th day of October, 2022.

                                                */s/ Aaron P.M. Tady*
Thomas M. Barton
Georgia Bar No. 040821
Aaron P.M. Tady
Georgia Bar No. 696273
*Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
       atady@colesbarton.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Mark W. McCord M.D.'s Second Amendment to Index of Exhibits** via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

This the 12th day of October, 2022.

>  /s/ Aaron P.M. Tady
> Thomas M. Barton
> Georgia Bar No. 040821
> Aaron P.M. Tady
> Georgia Bar No. 696273
> *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
      atady@colesbarton.com