UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>Debtor.<br><br>MARK W. MCCORD, M.D.,<br><br>Movant,<br><br>v.<br><br>CUREPOINT, LLC,<br><br>Respondent. | CHAPTER 11<br><br>CASE NO. 22-56501-jwc<br><br><br><br><br><br>CONTESTED MATTER |

### **MARK W. McCORD, M.D.'S THIRD AMENDMENT TO INDEX OF EXHIBITS**

COMES NOW Movant Mark W. McCord, M.D. ("Dr. McCord") and submits this third amendment to his index of exhibits for the hearing on his motion for the appointment of a Chapter 11 Trustee. The attached document (CurePoint's amended schedules – Docket No. 82) was admitted at the October 12, 2022 hearing on Dr. McCord's motion as Exhibit 41. At the Court's request, Dr. McCord is now filing that exhibit amending his index to add those amended schedules.

[signature on following page]

-1-

This the 13th day of October, 2022.

                                                  */s/ Aaron P.M. Tady*
                                                  Thomas M. Barton
                                                  Georgia Bar No. 040821
                                                  Aaron P.M. Tady
                                                  Georgia Bar No. 696273
                                                  *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
       atady@colesbarton.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **Mark W. McCord M.D.'s Third Amendment to Index of Exhibits** via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

This the 13th day of October, 2022.

                                                        /s/ Aaron P.M. Tady
                                                      Thomas M. Barton
                                                      Georgia Bar No. 040821
                                                      Aaron P.M. Tady
                                                      Georgia Bar No. 696273
                                                      *Co-Counsel for Dr. McCord*

Coles Barton LLP
150 S. Perry St., Suite 100
Lawrenceville, GA 30046
Telephone: (770) 995-5560
Facsimile: (770) 995-5582
Email: tbarton@colesbarton.com
       atady@colesbarton.com

-3-