AMENDED

Case 22-56501-jwc  Doc 8-295  Filed 10/06/23  Entered 10/06/23 18:40:45  Desc Main
Exhibit 41 - Curepoint Amended Schedules   Page 1 of 72

**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___     (State)

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ............................................................   $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................   $ _2,021,519.78_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................   $ _2,021,519.78_

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................   $ _6,508,434.94_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................................   $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................   + $ _5,610,000.00_

4. **Total liabilities** ......................................................................   $ _12,118,434.94_
   Lines 2 + 3a + 3b

---

AMENDED

| Fill in this information to identify the case: |
|---|

Debtor name: Curepoint, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 22-56501

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newtek Small Business Finance 4800 T-Rex Avenue Suite 120 Boca Raton, FL, 33431 | | Business Guarantee | | | | 3,500,000.00 |
| 2 | Alder Opportunity LP c/o Marna Friedman 3405 Dallas Highway Suite 827 Marietta, GA, 30064 | | | Disputed | | | 550,000.00 |
| 3 | Click Capital Group, LLC 7901 4th St N. Ste 300 Saint Petersburg, FL, 33702 | | Business Guarantee | Disputed | | | 420,000.00 |
| 4 | Premium Merchant Funding, LLC. 40 Wall St. 5th Floor New York, NY, 10005 | | Business Guarantee | Disputed | | | 200,000.00 |
| 5 | Zen Capital c/o Trevor Talbot 602 NE 38th Street Fort Lauderdale, FL, 33334 | | Business Guarantee | Disputed | | | 100,000.00 |
| 6 | Plexe, LLC 6295 Greenwood Plaza Blvd Suite 100 Greenwood Village, CO, 80111 | | | Disputed | | | 0.00 |
| 7 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY 200 CONNELL DRIVE Berkeley Heights, NJ, 07922 | | | | | | 0.00 |
| 8 | CHESAPEAKE BANK 97 N. MAIN ST. Kilmarnock, VA, 22482 | | | Disputed | | | 0.00 |

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/07/23 Entered 06/07/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules    Page 3 of 72

| Debtor | Curepoint, LLC | | | Case number (if known) | 22-56501 | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CITY CAPITAL NY, LLC 90 STATE STREET, SUITE 700 OFFICE 40 Albany, NY, 12207 | | | Disputed | | | 0.00 |
| 10 | ARROW CAPITAL SOLUTIONS, INC. 9201 EAST DRY CREEK ROAD Englewood, CO, 80112 | | | Disputed | | | 0.00 |
| 11 | SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL 100 GARDEN CITY PLAZA #410 Garden City, NY, 11530 | | Notice Only | Disputed | | | 0.00 |
| 12 | HI BAR CAPITAL LLC 1825 65TH ST Brooklyn, NY, 11204 | | Notice Only | Disputed | | | 0.00 |
| 13 | Zeroholding, LLC 11175 Cicero Drive Suite 100 Alpharetta, GA, 30022 | | | | | | 0.00 |
| 14 | Georgia Department of Revenue ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 0.00 |
| 15 | Georgia Department of Labor 148 Andrew Young Inter. Blvd Room 738 Atlanta, GA, 30303-0000 | | Taxes & Other Government Units | | | | 0.00 |
| 16 | Internal Revenue Service CIO P.O. Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

AMENDED

**Fill in this information to identify the case:**

Debtor name ____Curepoint, LLC____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __22-56501__

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Synovus | Checking | 8  4  3  1 | $ 78,225.00 |
| 3.2. See continuation sheet | | | $ 4,999.25 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1** | $ 83,224.25

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Case 22-56501-jwc Doc 295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules - Page 5 of 72 Page 5 of 72501

AMENDED

Debtor  Curepoint, LLC
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 335,429.00 − 0.00 = → $ 335,429.00
face amount  doubtful or uncollectible accounts

11b. Over 90 days old: 162,615.00 − 12,748.47 = → $ 149,866.53
face amount  doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 485,295.53

---

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____  _____  $_____

14.2._____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

15.1._____ ____%  _____  $_____

15.2._____ ____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

AMENDED

Debtor    Curepoint, LLC
          Name                                                    22-56501

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                     $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Case 22-56501-jwc Doc 8295 Filed 06/06/23 Entered 06/06/23 18:40:45 Desc Main

Exhibit 41 - Curepoint Amended Schedules Page 7 of 72

AMENDED

Debtor    Curepoint, LLC
Name

Case number (if known) 22-56501

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furniture and Fixtures | $ 552.00 | _____ | $ 5,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Servers, Copiers & Other Equipment | $ 688,195.00 | _____ | $ 50,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 55,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Curepoint, LLC
_____
Name
Case number (if known) 22-56501

---

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 2,527,408.00 | _____ | $ 1,398,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,398,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Curepoint Radiation Center | Lease | $ 0.00 | _____ | $ Unknown |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites** | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ 0.00 |
| **64. Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| **65. Goodwill** | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Curepoint, LLC
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

_____   _____ − _____ = ➔   $ _____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim   _____   $ _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Possible Claim Against Entities Listed on SOFA 4 for Monies Loane   $ Unknown

Nature of claim   Monies Funded
Amount requested   $ 0.00

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

2 Certificates of Need   $ Unknown
_____   $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

AMENDED

Debtor    Curepoint, LLC
          Name                                                           22-56501

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 83,224.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 485,295.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 55,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,398,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,021,519.78 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................   2,021,519.78                              $ 2,021,519.78

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - CurePoint Amended Schedule 206 A/B   Page 12 of 72

| Debtor 1 | Curepoint, LLC | | Case number *(if known)* _____ |
|----------|----------------|--|------------------------------|
| | First Name     Middle Name     Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|--|--|--|
| Synovus | Checking | 7944 |
| Balance: 1.30 | | |
| Synovus | Savings | 7951 |
| Balance: 4,692.75 | | |
| Chase Bank | Checking | 3915 |
| Balance: 305.20 | | |
| Synovus | Checking | 9546 |
| Balance: 0.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|--|--|--|--|
| Furniture & Fixtures | 1.00 | Straight Line | 2,000.00 |
| Linear Accelerator | 1,950,000.00 | Straight Line | 650,000.00 |
| Machine Upgrade | 63,334.00 | Straight Line | 50,000.00 |
| CT Machine | 78,500.00 | Straight Line | 120,000.00 |
| Vault Upgrades | 108,651.00 | Straight Line | 105,000.00 |
| RS&A- Machinery & Equipment | 50,613.00 | | 15,000.00 |
| SunNuclear | 16,429.00 | | 4,000.00 |
| Vault- Dublin Co | 33,469.00 | | 7,000.00 |
| Vault- Dublin Co | 94,157.00 | | 25,000.00 |
| Mosaiq | 14,079.00 | | 25,000.00 |
| Mosaiq | 78,079.00 | | 40,000.00 |
| GA Power- Out of Ration Costs | 5,796.00 | | 5,000.00 |
| Mosaiq | 0.00 | | 250,000.00 |
| Elekta Infinity Linac (Removal Value) | 34,300.00 | | 100,000.00 |

Case 22-56501-jwc Doc 8-295 Filed 11/06/23/22 Entered 11/06/23/22 408-45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 13 of 72    Page 13 of 72

AMENDED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Curepoint, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 22-56501 |

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
AMOA Finance LLC.

**Describe debtor's property that is subject to a lien**
Linear Accelerator

$ 594,000.00    $ 650,000.00

**Creditor's mailing address**
3330 Preston Ridge RD
Alpharetta, GA 30005

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Arvest Equipment Finance

**Describe debtor's property that is subject to a lien**
Multiple copiers

$720,000.00    $600,000.00

**Creditor's mailing address**
PO Box 11110
Fort Smith, AR 72745

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Date debt was incurred** 11/01/2021

**Last 4 digits of account number** 3699

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,508,434.94

Case 22-56501-jwc Doc 8 Filed 10/06/22 Entered 10/06/22 20:45:14 Desc Main
Document Page 14 of 72
Case 22-56501-jwc Doc 295-1 Filed 11/06/23 Entered 11/06/23 12:08:24 Desc
Exhibit 41 - Curepoint Amended Schedules Page 14 of 72

AMENDED

| Debtor | Curepoint, LLC |  | 22-56501 |
|--------|----------------|--|----------|
|  | Name |  | Case number (if known) |

| **Part 1:** | **Additional Page** | Column A | Column B |
|-------------|---------------------|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Azzure Capital, LLC

**Describe debtor's property that is subject to a lien**

Creditor asserts lien on all Debtor's assets

$0.00          $0.00

**Creditor's mailing address**

c/o REGISTERED AGENTS INC.
90 State Street Suite 700, Office 40, Albany

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.4** Creditor's name
Bankers Healthcare Group, LLC

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$ Undetermined          $ 0.00

**Creditor's mailing address**

10234 W State Road 84
ATTN: Albert Crawford, Fort Lauderdale, Fl

**Creditor's email address, if known**

**Date debt was incurred** 7/12/2018

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

AMENDED

Case 22-56501-jwc   Doc 8295   Filed 06/07/23   Entered 06/07/23 20:45:14   Desc Main
Exhibit 41 - Curepoint amended Schedules   Page 15 of 72

Debtor   Curepoint, LLC
         _____
         Name

Case number (if known) 22-56501
_____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5  Creditor's name**
CHTD COMPANY
_____

**Creditor's mailing address**

P.O. BOX 2576
Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts a lien on all assets of the Debtor.

$ Unknown          $ 0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6  Creditor's name**
CLG Servicing, LLC.
_____

**Creditor's mailing address**

1433 Hooper Avenue
Toms River, NJ 08753
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  04/28/2022

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$ 810,000.00          $ 0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Curepoint, LLC
Name

| Part 1: | Additional Page | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7 Creditor's name**
First American Commercial Bancorp, Inc.

**Creditor's mailing address**
211 High Point Drive
Victor, NY 14564

**Creditor's email address, if known**
pdegenaro@benantilaw.com

**Date debt was incurred** 02/17/2022
**Last 4 digits of account number** SF01

**Describe debtor's property that is subject to a lien**
3 Kyocera TASKalfa 4055ci printers; 3 Kyocera fax system 12s; 3 premier copy stands; 3 kyocera pf-7120 trays; 3 kyocera zf-1000 trays; 3 kyocera efi print system 17s; 3 kyocera efi interface kits; 3 EFI CPS V.5X-ES-3000 Color Profiler suites; 3 EFI Fiery Impose-Composes; 3 EFI ColorRight Package 5s; 3 Adobe Print PDF engines

$202,773.93    $Unknown

**Describe the lien**
Agreement you made, Creditor asserts this i

**Is the creditor an insider or related party?**
☑ No ☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

**2.8 Creditor's name**
First Liberty Building and Loan

**Creditor's mailing address**
PO Box 2567
Newnan, GA 30264

**Creditor's email address, if known**

**Date debt was incurred** 11/22/2019
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Creditor asserts lien in all assets of the Debtor.

$2,500,000.00    $0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No ☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent ☐ Unliquidated ☑ Disputed

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Case 22-56501-jwc Doc 8295 Filed 06/06/23/22 Entered 06/06/23/22 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 17 of 72
Document Page 17 of 72

| Debtor | Curepoint, LLC | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | 22-56501 |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9 Creditor's name**
GEL Funding, LLC

**Creditor's mailing address**

5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts a lien on all assets of the Debtor.

$Undetermined    $0.00

**Describe the lien**

collectionsmca@gmail.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.10 Creditor's name**
Lafayette Bank

**Creditor's mailing address**

340 West Main Street
Mayo, FL 32066

**Creditor's email address, if known**

**Date debt was incurred** 12/31/2021

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$850,000.00    $600,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 18 of 72

Debtor    Curepoint, LLC
          Name

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.11 Creditor's name
Morris Bank

**Creditor's mailing address**

301 Bellevue Avenue
Dublin, GA 31040-0520

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Notice Only (Loan Purchased)

$0.00        $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

---

### 2.12 Creditor's name
NFG Advance, LLC

**Creditor's mailing address**

1308 KINGS HWY
Brooklyn, NY 11229

**Creditor's email address, if known**

**Date debt was incurred** 05/03/2022

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$ 100,000.00        $ 0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

---

Case 22-56501-jwc Doc 8295 Filed 06/06/23 Entered 06/06/23 20:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 19 of 72

AMENDED

Debtor  Curepoint, LLC
        Name                                                                Case number (if known) 22-56501

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name
NORTH AMERICAN BANKING COMPANY

**Describe debtor's property that is subject to a lien**

2019 Kyocera 3252

$0.00        $0.00

**Creditor's mailing address**

9260 HUDSON RD
Saint Paul, MN 55125

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

Agreement you made

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.14** Creditor's name
Parkview Advance

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$ 250,000.00        $ 0.00

**Creditor's mailing address**

400 Main Street
Stamford, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** 06/08/2022

**Describe the lien**

Agreement you made

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

Case 22-56501-jwc Doc 8295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 20 of 72

AMENDED

Debtor    Curepoint, LLC
          _____    Case number (if known) _____
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name
PointOne Capital, LLC
_____

**Creditor's mailing address**

90 STATE STREET, SUITE 700
Office 40, Albany, NY 12207
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 07/11/2022
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$200,000.00     $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.16** Creditor's name
US Bank, N.A.
_____

**Creditor's mailing address**

1310 Madrid Street
Marshall, MN 56258
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Copiers

$131,661.01     $13,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| Debtor | Curepoint, LLC |
| | Name |

Case number (if known) 22-56501

---

## Part 1:  Additional Page

| | **Column A** | **Column B** |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** **Creditor's name**
US Small Business Administration

**Creditor's mailing address**

233 Peachtree St. NE., Suite 300
Atlanta, GA 30303

**Creditor's email address, if known**

**Date debt was incurred** 07/01/2020
**Last 4 digits of account number** 4948

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Creditor asserts lien in all assets of the Debtor.

$150,000.00    $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 22-56501-jwc   Doc 8295   Filed 06/23/22   Entered 06/23/22 08:45:14   Desc Main
Exhibit 41 - CurePoint Amended Schedule   Page 22 of 72

AMENDED

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Curepoint, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 22-56501 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA, 30303-0000

As of the petition filing date, the claim is: $ 0.00     $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**
Priority creditor's name and mailing address
Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100

Atlanta, GA, 30345

As of the petition filing date, the claim is: $ 0.00     $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3**
Priority creditor's name and mailing address
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 0.00     $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

AMENDED

Case 22-55501-jwc-mb Doc 8295 Filed 11/06/23 Entered 11/06/23 22:40:15 Desc Main
Exhibit 41 - Cure Amount Amended Schedules - Page 24 of 72

Debtor | Clearpoint, LLC
Name

Case number (if known) 22-55501

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Alder Opportunity LP c/o Marna Friedman
3405 Dallas Highway
Suite 827
Marietta, GA, 30064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 550,000.00

Date or dates debt was incurred — 01/17/2020
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
ARROW CAPITAL SOLUTIONS, INC.
9201 EAST DRY CREEK ROAD
Englewood, CO, 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred — _____
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
CHESAPEAKE BANK
97 N. MAIN ST.
Kilmarnock, VA, 22482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred — _____
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
CITY CAPITAL NY, LLC
90 STATE STREET, SUITE 700
OFFICE 40
Albany, NY, 12207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred — _____
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL, 33702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Guarantee

$ 420,000.00

Date or dates debt was incurred — _____
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
Eclipse Staffing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

Date or dates debt was incurred — _____
Last 4 digits of account number — _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____  Case number (if known) 22-59501
        Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY
200 CONNELL DRIVE
Berkeley Heights, NJ, 07922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

HI BAR CAPITAL LLC
1825 65TH ST
Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Mark McCord
2007 Breckinridge Lane

Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification

$ 840,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

MEC Capital, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Medical Management Institute, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
| --- | --- | --- | --- |
| | Name | | |

Exhibit 41 - Cure Point Amended Schedules

---

| **Part 2:** | **Additional Page** | |
| --- | --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

Mittere Tax & Advisory, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.13** Nonpriority creditor's name and mailing address

Mittere, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.14** Nonpriority creditor's name and mailing address

Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL, 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Guarantee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Northwinds Leasing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.16** Nonpriority creditor's name and mailing address

Physician Financial Partners, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

Case 22-55001-jwc Doc 8295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - Current Amended Schedules Page 27 of 72

AMENDED

| Debtor | Gurupoint, LLC | Case number (if known) | 22-55001 |
|--------|----------------|------------------------|----------|
|        | Name           |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Plexe, LLC
6295 Greenwood Plaza Blvd
Suite 100
Greenwood Village, CO, 80111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Premium Merchant Funding, LLC.
40 Wall St. 5th Floor

New York, NY, 10005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Business Guarantee

$ 200,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

SPARK FUNDING, LLC DBA FUNDAMENTAL
CAPITAL
100 GARDEN CITY PLAZA #410
Garden City, NY, 11530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Zen Capital c/o Trevor Talbot
602 NE 38th Street

Fort Lauderdale, FL, 33334

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Business Guarantee

$ 100,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Zeroholding, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Safepoint, LLC | | |
| | Name | Case number (if known) 22-9550 | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | MEC Capital, Inc. c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA, 30022 | Line 3.10<br>☐ Not listed. Explain: | _____ |
| 4.2. | Medical Management Institute, Inc. c/o Michael Miles<br>250 Pharr Road NE<br>Unit 212<br>Atlanta, GA, 30305 | Line 3.11<br>☐ Not listed. Explain | _____ |
| 4.3. | Newtek Small Business Finanance c/o Corporation Service Company<br>2 SUN COURT<br>Suite 400<br>Norcross, GA, 30092 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 4.4. | Northwinds Leasing, LLC c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA, 30022 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 41. | Tom Barton<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA, 30046 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Debtor | Curepoint, LLC | Case number (if known) | 22-55601 |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,610,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,610,000.00 |

AMENDED

Case 22-56501-jwc Doc 295 Filed 06/02/23 Entered 06/02/23 08:45:14 Desc Main
Exhibit 41 - CurePoint Amended Schedules Page 30 of 72

**Fill in this information to identify the case:**

Debtor name ___Curepoint, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-56501___    Chapter ___11___

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Curepoint Radiation Center Lessee | Curepoint Dublin, LLC c/o Michael Miles 300 Hayward Lane Alpharetta, GA, 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/06/23 Entered 06/06/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 31 of 72   Page 31 of 72

Fill in this information to identify the case:

Debtor name  Curepoint, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  22-56501

☑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes (By checking yes, declarant is not representing that any of the below entities or individuals are actually liable to the listed Creditor - only that
the Creditor may have asserted that the entity or individual is liable.)

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Premium Merchant Fundir | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | PointOne Capital, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Zeroholding LLC d/b/ | Zeroholding LLC d/b/a Zeroholding OKC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Curepoint, LLC
          Name

Case number (if known)  22-56501

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Radiation Oncology Center | | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.8 | Z.E.R.O. Holding Co., LLC | Z.E.R.O. Holding Co., LLC 2132 JACKSON PKWY Atlanta, GA 30318 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.9 | Michael Miles | Michael Miles 300 Hayward Lane Alpharetta, GA 30022 | PointOne Capital, LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | Sterling Capital Group, LLC | Sterling Capital Group, LLC 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D ☑ E/F ☐ G |
| 2.11 | MMI Educational Technologies, LLC | MMI Educational Technologies, LLC 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.12 | Curepoint Holdings LLC | Curepoint Holdings LLC 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.13 | Eyewonder, Inc. | | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.14 | IBS Solutions, Inc. | IBS Solutions, Inc. 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |

Case 22-56501-jwc Doc 8295 Filed 06/06/23 Entered 06/06/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedule 52    Page 33 of 72

AMENDED

| Debtor | Curepoint, LLC | Case number (if known) 22-56501 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 MEC Capital, Inc. | | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 Alpharetta Weightloss & Counseling, LLC | | Alpharetta Weightloss & Counseling, LLC<br>3333 Old Milton Parkway<br>Suite 200<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 The Locklear Company | | The Locklear Company<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 Medical Management Institute, Inc. | | Medical Management Institute, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 Mittere Tax & Advisory, LLC | | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 Zeroholding, LLC | | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Premium Merchant Funding, LLC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 Mittere, Inc. | | Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 Schorr Line Enterprises, Inc. | | Schorr Line Enterprises, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Curepoint, LLC
          Name

Case number *(if known)* 22-56501

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | City of Atlanta Fund, LLC | City of Atlanta Fund, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 | Junior Raiders Baseball, Inc. | Junior Raiders Baseball, Inc.<br>PO Box 3206<br>Alpharetta, GA 30023-3206 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.26 | Mills Floral Co. | Mills Floral Co.<br>4550 PEACHTREE LAKES DR<br>Duluth, GA 30096-3092 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 | Milo Sussex, LLC | Milo Sussex, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 | PRSOG LLC | PRSOG LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 | HST, Inc. | HST, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.30 | Water Machine, LLC | Water Machine, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/06/23 Entered 06/06/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 35 of 72

| | |
|---|---|
| Debtor | Curepoint, LLC |
| | Name |

Case number (if known) 22-56501

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 | Physician Financial Partners, LLC | Physician Financial Partners, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.33 | Kinetic Subsidiary, Inc. | Kinetic Subsidiary, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.34 | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | RJJ Capital, Inc. | RJJ Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

Case 22-56501-jwc   Doc 8295   Filed 06/23/22   Entered 06/23/22 08:45:14   Desc Main
Exhibit 41 - Curepoint Amended Schedules   Page 36 of 72

| Debtor | Curepoint, LLC | | | Case number (if known) | 22-56501 |
|--------|----------------|--|--|------------------------|----------|
| | Name | | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|--|--|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.40 | Medical Management Institute | Medical Management Institute<br>3180 MATHIESON DR UNIT 712<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.42 | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.43 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | CITY CAPITAL NY, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.44 | HST, Inc. | HST, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.45 | ZFS Inc. d/b/a ZFS Inc Huntsville | ZFS Inc. d/b/a ZFS Inc Huntsville<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.46 | Brown Business Development, LLC | Brown Business Development, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
|--------|----------------|------------------------|----------|
|        | Name           |                        |          |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Wallace Family Enterprise, LLC | Wallace Family Enterprise, LLC<br>421 NW 13th Street<br>Suite 210<br>Oklahoma City, OK 73103 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | ZFS Inc. | ZFS Inc.<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | ZFS Inc. d/b/a ZFS Inc Oklahoma | ZFS Inc. d/b/a ZFS Inc Oklahoma<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.50 | AOA Cares Inc. | AOA Cares Inc.<br>3330 PRESTON RIDGE ROAD<br>Suite 300<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | 3333 Old Milton Hyperbaric, LLC | 3333 Old Milton Hyperbaric, LLC<br>3333 Old Milton Parkway<br>Suite 360<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | 3333 Physical Therapy, LLC | 3333 Physical Therapy, LLC<br>3333 Old Milton Parkway<br>Suite 180<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | AM Terminal Holding, LLC | AM Terminal Holding, LLC<br>189 American Grain St<br>East Saint Louis, IL 62206 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.54 | AOA-AMC, LLC | AOA-AMC, LLC<br>3330 Preston Ridge Road<br>Suite 300<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

Case 22-56501-jwc Doc 8295 Filed 06/23/23 Entered 06/23/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules2 Page 38 of 72

AMENDED

Debtor   Curepoint, LLC
         Name

Case number (if known)   22-56501



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.55 | DTL Investments, LLC | DTL Investments, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | Innovative Business Practices, Inc. | Innovative Business Practices, Inc.<br>11175 Cicero Drive<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Knowledge Republic Holdings, LLC | Knowledge Republic Holdings, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Los Locos Amigos Cantina, LLC | Los Locos Amigos Cantina, LLC<br>1030 BROADWAY<br>Columbus, GA 31901 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | MRT Acquisition, LLC | MRT Acquisition, LLC<br>2813 HIGHWAY 64<br>Apex, NC 27502 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 | PRSOG LLC | PRSOG LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 | The Locklear Company | The Locklear Company<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

Case 22-56501-jwc Doc 8295 Filed 06/02/23 Entered 06/02/23 18:40:45 Desc Main
Exhibit 41 - Curepoint Amended Schedules Page 39 of 72   Page 39 of 72

| Debtor | Curepoint, LLC | | | | Case number (if known) 22-56501 |
|--------|----------------|--|--|--|--|
| | Name | | | | |

| ███ | **Additional Page if Debtor Has More Codebtors** |
|-----|---------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 Zeroholding, LLC | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.64 Dooley Investment Holdings | Dooley Investment Holdings<br>1071 Ridge Pointe<br>Athens, GA 30606 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.65 ZFS Inc. d/b/a ZFS Inc Nashville | ZFS Inc. d/b/a ZFS Inc Nashville<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.66 IBS of America | IBS of America<br>3732 Profit Way<br>Chesapeake, VA 23323 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.67 Intelligent Network Solutions, Inc. | Intelligent Network Solutions, Inc.<br>2520 Northwinds Parkway<br>Suite 285<br>Alpharetta, GA 30009 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.68 Zeroholding LLC d/b/a Zerorez | Zeroholding LLC d/b/a Zerorez<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.69 Mark Miles | Mark Miles<br>12720 N Douglas Blvd<br>Jones, OK 73049 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.70 Mittere Inc. | Mittere Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

Case 22-56501-jwc  Doc 295  Filed 06/23/22  Entered 06/23/22 08:45:14  Desc Main
Exhibit 41 - CurePoint Amended Schedules  Page 40 of 72
Document  Page 40 of 72

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|--------|----------------|--------------------------|----------|
|        | Name           |                          |          |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.71 | JCFJR Holdings, LLC | JCFJR Holdings, LLC<br>24 Drayton St.<br>Suite 213<br>Savannah, GA 31401 | Click Capital Group, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.72 | Lori Miles | Lori Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

Exhibit 41 - CurePoint Amended Schedules

AMENDED

<table>
<tr><td colspan="2">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name</td><td>Curepoint, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td>22-56501</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* ____  A/B, D, E/F, G, H

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2022          ✗ /s/ Phillip Miles
              MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                    Phillip Miles
                                    Printed name

                                    Designated Manager
                                    Position or relationship to debtor

Case 22-56501-jwc Doc 295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Document Page 42 of 72   Page 42 of 72

Case 22-56501-jwc Doc 295-1 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc
Exhibit 41 - Curepoint Amended Schedules   AMENDED

**Fill in this information to identify the case:**

Debtor name **Curepoint, LLC**

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (If known): **22-56501**

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 2,256,000.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,169,185.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,045,623.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

Case 22-56501-jwc Doc 295 Filed 06/23/23 Entered 06/23/23 08:45:14 Desc Main
Document Page 43 of 72

Case 22-56501-jwc Doc 829 Filed 01/06/23 Entered 01/06/23 24:08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules    Page 43 of 72

AMENDED

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | CLG Servicing, LLC. | 6/30/22 | $ 71,597.70 | ☑ Secured debt |
| | Creditor's name | 5/31/22 | | ☐ Unsecured loan repayments |
| | 1433 Hooper Avenue | | | ☐ Suppliers or vendors |
| | Toms River, NJ 08753 | | | ☐ Services |
| | | | | ☐ Other _____ |
| 3.2. | Alder Opportunity LP c/o Marna Friedman | 8/12/22 | $ 74,280.05 | ☐ Secured debt |
| | Creditor's name | 8/9/22 | | ☐ Unsecured loan repayments |
| | 3405 Dallas Highway | 8/3/22 | | ☐ Suppliers or vendors |
| | Suite 827 | 8/2/22 | | ☐ Services |
| | Marietta, GA 30064 | 7/26/22 | | ☑ Other _Other____ |
| | | 7/20/22 | | |
| | | 7/15/22 | | |
| | | 6/28/22 | | |
| | | 6/23/22 | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibits Attached to SOFA 4 | _____ | $ 0.00 | |
| | Insider's name | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | See attached | _____ | $ _____ | |
| | Insider's name | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
|--------|----------------|------------------------|----------|
|        | Name           |                        |          |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AMOA Finance, LLC, Et al. vs. CurePoint, LLC | Contract/Account | Fulton County Superior Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>2018-CV-303289 | | | |
| 7.2. | **Case title**<br>Mark McCord vs CurePoint | Damages | **Court or agency's name and address**<br>Fulton County Superior Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2019-CV-330824 | | | |

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $ _____ |
| | Recipient's name | | _____ | $ _____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $ _____ |
| | Recipient's name | | _____ | $ _____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $ _____ |

Case 22-56501-jwc Doc 295 Filed 06/02/23 Entered 06/02/23 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules   Page 46 of 72

AMENDED

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
|--------|----------------|------------------------|----------|
|        | Name           |                        |          |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.1. Rountree, Leitman, Klein & Geer, LLC |  | 08/2022 | $ 20,000.00 |
| **Address** |  |  |  |
| 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 |  |  |  |
| **Email or website address** wgeer@rlkglaw.com |  |  |  |
| **Who made the payment, if not debtor?** Zeroholding, LLC- Returned Post-Petition |  |  |  |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.2. _____ |  | _____ | $_____ |
| **Address** |  |  |  |
| **Email or website address** |  |  |  |
| _____ |  |  |  |
| **Who made the payment, if not debtor?** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|--------------------------|-----------------------------------|----------------------------|------------------------|
| _____ |  | _____ | $_____ |
| **Trustee** |  |  |  |
| _____ |  |  |  |

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | PointOne Capital | | _____ | $ 5,749.00 |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

AMENDED

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Curepoint Radiation Center<br>Facility name | Radiation Oncology Clinic | _____ |
| | 2406 Bellevue Road<br>Suite 7<br>Dublin, GA 31021 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | Server | *Check all that apply:*<br>☑ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Medical and Personal Information

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

AMENDED

| Debtor | Curepoint, LLC | | Case number (if known) | 22-56501 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

---

AMENDED

| Debtor | Curepoint, LLC | Case number *(if known)* 22-56501 |
|---|---|---|
| | Name | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|--------|----------------|--------------------------|----------|
|        | Name           |                          |          |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1. Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | From _____<br>To _____ |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1. Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | From _____<br>To _____ |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. Mittere Tax & Advisory<br>Name<br>11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | |

---

Case 22-56501-jwc Doc 295 Filed 06/23/22 Entered 06/23/22 08:45:14 Desc Main
Exhibit 41 - Curepoint Amended Schedules  Page 53 of 72

AMENDED

| Debtor | Curepoint, LLC | Case number (if known) | 22-56501 |
| --- | --- | --- | --- |
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1. Newtek Small Business Finance
Name
4800 T-Rex Avenue Suite 120, Boca Raton, FL 33431

| Name and address |
| --- |

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____
Name

| Debtor | Curepoint, LLC | Case number *(if known)* | 22-56501 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
       Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Radiation Business Solutions, Inc. | 1044 Jackson Felts Rd. Joelton, TN 37080 | Member | 4.99 |
| Physician Financial Partners | 11175 Cicero Drive STE 100, Alpharetta, GA 30022 | Member | 95.01 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Radiation Business Solutions | 167,748.71 | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Billing Processor | | | |

Case 22-56501-jwc Doc 8295 Filed 10/06/23 Entered 10/06/23 18:40:45 Desc Main
Exhibit 41 - Curepoint Amended Schedules    Page 55 of 72

AMENDED

| Debtor | Curepoint, LLC | | Case number *(if known)* | 22-56501 |
|---|---|---|---|---|
| | Name | | | |

| | **Name and address of recipient** | 72,115.50 | _____ |
|---|---|---|---|
| 30.2 | Michael Miles | | _____ |
| | Name | | |
| | | | _____ |
| | | | _____ |
| | | | _____ |
| | **Relationship to debtor** | | _____ |
| | Employee | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| American Professional Associates | EIN: 84-1708057 |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/06/2022___
　　　　　　　　MM / DD / YYYY

✖ /s/ Phillip Miles                                    Printed name  Phillip Miles
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Designated Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

| Debtor Name | Curepoint, LLC | Case number *(if known)* | 22-56501 |

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Lafayette Bank, 340 West Main Street, Mayo, FL 32066 | $45,991.65 | Secured debt |
| Arvest Equipment Finance, PO Box 11110, Fort Smith, AR 72745 | $27,184.96 | Secured debt |
| American Small Business Resources, | $17,000.00 | |
| CDG, | $24,000.00 | |
| Culhane Meadows PLLC, | $50,000.00 | |
| Innovatum Capital Partners LLC, | $10,000.00 | |
| Medical and Pharmacy Legal, | $10,000.00 | |
| OnDeck Capital, | $13,666.04 | |
| Plexe, LLC, | $85,422.85 | |
| World Business Solutions, | $7,865.00 | |

**7) Legal Actions**

Knox, Et al. vs American Professional Associates vs. CurePoint, Et al.

2018-CV-301737 & 1:19-CV-04890-WMR

Employment/Wages

Fulton County Superior Court

Concluded

-------

AMOA Finance vs CurePoint

2021-CV-353534

Contract/Account

Fulton County Superior Court

Pending

-------

Georgia Patient Preservation Note Holder, LLC vs. CurePoint, LLC, Et al.

| Debtor Name | Curepoint, LLC | Case number *(if known)* | 22-56501 |

### Continuation Sheet for Official Form 207

**19-CG-0026-JH**

**Contract**

**Laurens County Superior Court**

**Concluded**

**-------**

**AbbVie vs. Atlanta Oncology Associates v. CurePoint**

**19-EV-001519**

**Account**

**Fulton County State Court**

**Concluded**

**-------**

**Mark McCord vs CurePoint**

**-------**

**17) Pension Contributions**

| American Professional Associates | 84-1708057 | Terminated |

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Physicians Financial Partners, LLC**

**11175 Cicero Drive**
**Suite 100**
**Alpharetta, GA 30022**

**Amount of money or description: $16,000.00**

**Dates:  - ,  - ,  -**

**Reason:**

**---**

**Name and Address:**

**Jamila Dadabhoy**

**Amount of money or description: $102,408.48**

**Dates:  - ,  - ,  -**

| Debtor Name | Curepoint, LLC | | Case number *(if known)* | 22-56501 |

## <u>Continuation Sheet for Official Form 207</u>

**Reason:**

---

Curepoint
Due To/(From)
1.01.19-8.19.2022

| Date | Amount | Entity |
|---|---|---|
| 1/2/19 | 235,052.62 | MEC |
| 1/2/19 | (7,000) | Northwinds |
| 1/3/19 | (38,500) | Eclipse Staffing |
| 1/7/19 | (5,000) | Northwinds |
| 1/8/19 | (17,500) | Northwinds |
| 1/9/19 | (1,800) | Northwinds |
| 1/11/19 | (10,000) | Northwinds |
| 1/14/19 | (39,200) | Eclipse Staffing |
| 1/14/19 | (2,000) | Northwinds |
| 1/15/19 | (3,160) | Eclipse Staffing |
| 1/15/19 | (16,000) | Northwinds |
| 1/16/19 | (16,000) | Northwinds |
| 1/16/19 | (4,500) | Northwinds |
| 1/17/19 | (26,000) | Eclipse Staffing |
| 1/18/19 | (20,000) | Northwinds |
| 1/18/19 | (6,200) | Northwinds |
| 1/23/19 | (4,000) | Northwinds |
| 1/24/19 | (2,500) | MEC |
| 1/24/19 | (8,000) | MEC |
| 1/25/19 | (1,700) | MEC |
| 1/30/19 | (4,000) | MEC |
| 1/31/19 | (23,000) | Eclipse Staffing |
| 1/31/19 | (4,000) | Mittere Inc |
| 2/4/19 | (1,500) | Mittere Inc |
| 2/5/19 | (27,800) | MEC |
| 2/8/19 | 1,600 | Mittere Inc |
| 2/11/19 | 6,500 | Mittere Inc |
| 2/14/19 | (39,000) | Eclipse Staffing |
| 2/14/19 | (42,000) | Eclipse Staffing |
| 2/14/19 | (16,900) | MEC |
| 2/14/19 | (2,500) | Mittere Inc |
| 2/15/19 | (31,000) | MEC |
| 2/19/19 | (2,700) | MEC |
| 2/19/19 | (1,500) | Mittere Inc |
| 2/20/19 | (2,200) | Mittere Inc |
| 2/25/19 | 8,000 | Mittere Inc |
| 2/26/19 | (800) | Mittere Inc |
| 3/12/19 | (2,200) | MEC |
| 3/13/19 | (9,800) | Northwinds |
| 3/14/19 | (40,400) | Eclipse Staffing |
| 3/15/19 | (42,400) | Eclipse Staffing |
| 3/18/19 | (29,000) | Northwinds |
| 3/18/19 | (33,000) | Northwinds |
| 3/20/19 | (28,100) | Northwinds |
| 3/25/19 | (5,900) | Northwinds |
| 3/25/19 | (23,400) | Northwinds |
| 3/25/19 | (3,200) | Northwinds |
| 3/27/19 | (1,500) | Northwinds |
| 3/28/19 | (41,000) | Northwinds |
| 3/28/19 | (4,600) | Northwinds |
| 3/29/19 | (5,900) | Northwinds |
| 4/5/19 | (8,000) | Northwinds |
| 4/8/19 | 37,675.00 | MEC |
| 4/8/19 | (8,000) | Northwinds |
| 4/8/19 | (4,000) | Northwinds |
| 4/8/19 | (27,000) | Northwinds |
| 4/9/19 | (1,800) | Northwinds |
| 4/10/19 | (1,600) | Northwinds |
| 4/11/19 | (38,600) | Eclipse Staffing |
| 4/15/19 | (40,900) | Eclipse Staffing |
| 4/16/19 | (10,000) | Mittere Inc |
| 4/16/19 | (14,660) | Northwinds |
| 4/19/19 | (37,000) | Northwinds |
| 4/19/19 | (6,600) | Northwinds |
| 4/23/19 | (2,800) | Northwinds |
| 4/25/19 | (29,500) | Eclipse Staffing |
| 4/25/19 | (3,600) | Northwinds |
| 4/25/19 | (13,900) | Northwinds |
| 4/30/19 | (7,800) | Northwinds |
| 5/1/19 | (38,132.55) | MEC |
| 5/1/19 | 37,675.00 | MEC |
| 5/1/19 | 38,133 | Mittere Inc |
| 5/1/19 | (5,000) | Mittere Inc |
| 5/7/19 | (14,600) | Northwinds |
| 5/9/19 | (34,500) | Eclipse Staffing |
| 5/10/19 | (650) | Eclipse Staffing |
| 5/10/19 | (1,000) | Northwinds |
| 5/13/19 | (2,900) | Northwinds |
| 5/15/19 | (20,000) | Eclipse Staffing |
| 5/17/19 | (16,000) | MEC |
| 5/17/19 | (18,500) | Northwinds |
| 5/20/19 | (29,700) | Northwinds |
| 5/22/19 | (25,000) | Eclipse Staffing |
| 5/22/19 | (4,480) | Mittere Inc |
| 5/22/19 | (5,900) | Mittere Inc |

| Due To (From) | Total-1/1/19 to 8/19/22 |
|---|---|
| MEC | $ 47,112 |
| Northwinds | (41,083) |
| Mittere | (300,463) |
| Eclipse Staffing | (1,829,573) |
| Zeroholding LLC | 4,563 |
| PFP | 23,068 |
| Mittere Tax | (150) |
| MMI | (11,950) |
| | $ (2,108,477) |

| Eclipse Staffing Payroll- Curepoint | |
|---|---|
| 2022 Payroll | 2021 Payroll |
| 497,099 | 857,198.13 |

| 2020 Payroll | 2019 Payroll |
|---|---|
| 1,045,362 | 915,855 |

| Date | Amount | Entity |
|---|---|---|
| 5/23/19 | 9,800 | Mittere Inc |
| 5/28/19 | (2,000) | Mittere Inc |
| 5/28/19 | (12,000) | Northwinds |
| 5/30/19 | (1,000) | Mittere Inc |
| 5/31/19 | (2,500) | Mittere Inc |
| 5/31/19 | (14,500) | Northwinds |
| 5/31/19 | (12,000) | Northwinds |
| 6/1/19 | (38,132.55) | MEC |
| 6/3/19 | (16,400) | Northwinds |
| 6/5/19 | (40,000) | Eclipse Staffing |
| 6/5/19 | 37,675.00 | MEC |
| 6/5/19 | (3,500) | Mittere Inc |
| 6/6/19 | (860) | Mittere Inc |
| 6/6/19 | (29,700) | Northwinds |
| 6/7/19 | (2,500) | Northwinds |
| 6/10/19 | (1,800) | Mittere Inc |
| 6/11/19 | (800) | Mittere Inc |
| 6/12/19 | (1,200) | Mittere Inc |
| 6/12/19 | (2,600) | Northwinds |
| 6/13/19 | (850) | Mittere Inc |
| 6/17/19 | (39,750) | Eclipse Staffing |
| 6/17/19 | (1,800) | Mittere Inc |
| 6/17/19 | (20,500) | Northwinds |
| 6/19/19 | (1,800) | Mittere Inc |
| 6/21/19 | (543) | Mittere Inc |
| 6/27/19 | 25,000 | Northwinds |
| 6/28/19 | 15,000 | Northwinds |
| 7/1/19 | (38,132.55) | MEC |
| 7/2/19 | 37,675.00 | MEC |
| 7/3/19 | (15,000) | Eclipse Staffing |
| 7/15/19 | (39,900) | Eclipse Staffing |
| 7/16/19 | (12,800) | Northwinds |
| 7/17/19 | (33,700) | Eclipse Staffing |
| 7/18/19 | (13,000) | Northwinds |
| 7/22/19 | (1,800) | Northwinds |
| 7/23/19 | (4,200) | Northwinds |
| 7/23/19 | (17,000) | Northwinds |
| 7/29/19 | 27,000 | Mittere Inc |
| 8/1/19 | 18,000 | Mittere Inc |
| 8/15/19 | 2,752 | PFP |
| 8/20/19 | 37,675 | MEC |
| 08/20/2019 | 37,675.00 | MEC |
| 08/27/2019 | (38,132.55) | MEC |
| 8/29/19 | (10,000) | Eclipse Staffing |
| 09/12/2019 | 37,675.00 | MEC |
| 9/16/19 | (35,500) | Eclipse Staffing |
| 09/25/2019 | (38,132.55) | MEC |
| 9/26/19 | (15,000) | Eclipse Staffing |
| 9/30/19 | 37,675 | MEC |
| 10/10/19 | (20,000) | Eclipse Staffing |
| 10/11/19 | (50,000) | Eclipse Staffing |
| 10/11/2019 | 37,675.00 | MEC |
| 10/16/19 | (28,000) | Northwinds |
| 10/21/19 | (14,000) | Northwinds |
| 10/24/19 | (15,000) | Eclipse Staffing |
| 10/30/2019 | (38,132.55) | MEC |
| 10/31/19 | 37,675 | MEC |
| 11/6/19 | (10,500) | Northwinds |
| 11/7/19 | (42,000) | Eclipse Staffing |
| 11/12/19 | (28,100) | Northwinds |
| 11/13/19 | (10,000) | PFP |
| 11/14/19 | (40,000) | Eclipse Staffing |
| 11/18/19 | (26,500) | MEC |
| 11/21/19 | (20,000) | Eclipse Staffing |
| 11/26/2019 | 37,675.00 | MEC |
| 11/30/2019 | (38,132.55) | MEC |
| 12/5/19 | (32,100) | Eclipse Staffing |
| 12/6/19 | (300) | Eclipse Staffing |
| 12/6/19 | (28,100) | Northwinds |
| 12/9/19 | (350) | Eclipse Staffing |
| 12/16/19 | (40,000) | Eclipse Staffing |
| 12/16/19 | (19,300) | Northwinds |
| 12/17/19 | (23,000) | Northwinds |
| 12/19/19 | (37,200) | Eclipse Staffing |
| 12/19/2019 | 37,675.00 | MEC |
| 12/19/19 | (28,500) | Northwinds |
| 12/30/2019 | (38,132.55) | MEC |
| 12/30/19 | (3,100) | Northwinds |
| 12/30/19 | (35,000) | Northwinds |
| 12/31/19 | (14,000) | Northwinds |
| 1/2/20 | (43,900.00) | Eclipse Staffing |
| 1/3/20 | (33,100.00) | Northwinds |
| 1/3/20 | (9,700.00) | Northwinds |
| 1/6/20 | (15,300.00) | Northwinds |
| 1/8/20 | (8,600.00) | Northwinds |
| 1/9/20 | (1,000.00) | Northwinds |
| 1/10/20 | (38,000.00) | Northwinds |
| 1/14/20 | (10,200.00) | Northwinds |
| 1/15/20 | (6,707.23) | MEC |
| 1/15/20 | (23,300.00) | Northwinds |

| Date | Amount | Payee |
|---|---|---|
| 1/16/20 | (75,600.00) | Eclipse Staffing |
| 1/16/20 | (56,000.00) | Northwinds |
| 01/22/2020 | (16,000.00) | Northwinds |
| 1/24/20 | (12,900.00) | Northwinds |
| 1/27/20 | 36,675.00 | MEC |
| 1/27/20 | (20,000.00) | Northwinds |
| 1/29/20 | (38,132.55) | MEC |
| 1/29/20 | (22,800.00) | Northwinds |
| 1/30/20 | (36,500.00) | Eclipse Staffing |
| 1/30/20 | (22,300.00) | Northwinds |
| 1/31/20 | (26,000.00) | Northwinds |
| 2/3/20 | (42,800.00) | Northwinds |
| 2/4/20 | (500.00) | Mittere Inc |
| 2/5/20 | (27,000.00) | Northwinds |
| 02/06/2020 | (800.00) | Northwinds |
| 2/10/20 | 500.00 | Mittere Inc |
| 2/13/20 | (7,000.00) | Eclipse Staffing |
| 2/15/20 | (6,707.23) | MEC |
| 2/18/20 | (42,500.00) | Eclipse Staffing |
| 2/18/20 | 3,331.70 | Mittere Inc |
| 02/18/2020 | (3,000.00) | Northwinds |
| 02/18/2020 | (35,500.00) | Northwinds |
| 02/19/2020 | (17,200.00) | Northwinds |
| 02/19/2020 | (3,500.00) | Northwinds |
| 02/20/2020 | 36,675.00 | MEC |
| 02/20/2020 | (10,500.00) | Northwinds |
| 02/21/2020 | (500.00) | Northwinds |
| 02/25/2020 | (3,000.00) | Northwinds |
| 02/27/2020 | (38,800.00) | Eclipse Staffing |
| 02/27/2020 | (38,132.55) | MEC |
| 02/27/2020 | (13,000.00) | Northwinds |
| 02/27/2020 | (16,000.00) | Northwinds |
| 02/28/2020 | (6,000.00) | Northwinds |
| 03/13/2020 | (24,250.00) | Eclipse Staffing |
| 03/13/2020 | (5,200.00) | MEC |
| 03/15/2020 | (6,707.23) | MEC |
| 03/18/2020 | (6,100.00) | MEC |
| 03/18/2020 | (10,300.00) | PFP |
| 03/19/2020 | (42,400.00) | Eclipse Staffing |
| 03/23/2020 | (1,300.00) | MEC |
| 03/24/2020 | (1,800.00) | MEC |
| 03/25/2020 | (4,900.00) | MEC |
| 03/26/2020 | (41,000.00) | Eclipse Staffing |
| 03/26/2020 | (16,000.00) | Mittere Inc |
| 04/01/2020 | 40,000.00 | Mittere Inc |
| 04/02/2020 | 200.00 | Mittere Inc |
| 04/09/2020 | (23,300.00) | Eclipse Staffing |
| 04/10/2020 | (1,700.00) | Mittere Inc |
| 04/13/2020 | (8,500.00) | MEC |
| 04/14/2020 | (11,000.00) | Mittere Inc |
| 04/15/2020 | (41,300.00) | Eclipse Staffing |
| 04/15/2020 | (5,000.00) | MEC |
| 04/15/2020 | (6,707.23) | MEC |
| 04/15/2020 | (30,000.00) | Mittere Inc |
| 04/16/2020 | (700.00) | Mittere Inc |
| 04/21/2020 | (8,000.00) | Mittere Inc |
| 04/23/2020 | (10,000.00) | Eclipse Staffing |
| 04/23/2020 | (25,500.00) | Mittere Inc |
| 04/30/2020 | (14,862.30) | Northwinds |
| 05/04/2020 | (4,500.00) | Mittere Inc |
| 05/06/2020 | 5,000.00 | Mittere Inc |
| 05/07/2020 | (38,350.00) | Eclipse Staffing |
| 05/15/2020 | (39,900.00) | Eclipse Staffing |
| 05/15/2020 | (6,707.23) | MEC |
| 05/19/2020 | 4,000.00 | Mittere Inc |
| 05/20/2020 | 12,000.00 | Mittere Inc |
| 05/21/2020 | 1,000.00 | Mittere Inc |
| 05/21/2020 | 10,500.00 | Mittere Inc |
| 05/22/2020 | (2,000.00) | Mittere Inc |
| 05/26/2020 | (1,000.00) | Mittere Inc |
| 05/27/2020 | (7,000.00) | MEC |
| 05/27/2020 | (1,000.00) | Mittere Inc |
| 05/28/2020 | (7,000.00) | Mittere Inc |
| 05/29/2020 | (500.00) | Northwinds |
| 06/03/2020 | (7,300.00) | MEC |
| 06/03/2020 | (9,000.00) | Mittere Inc |
| 06/05/2020 | (38,000.00) | Eclipse Staffing |
| 06/05/2020 | (40,000.00) | Mittere Inc |
| 06/05/2020 | 40,000.00 | Mittere Inc |
| 06/15/2020 | (6,707.23) | MEC |
| 06/15/2020 | (6,000.00) | Mittere Inc |
| 06/16/2020 | (1,500.00) | MEC |
| 06/17/2020 | (3,900.00) | MEC |
| 06/18/2020 | (24,400.00) | Eclipse Staffing |
| 06/18/2020 | (32,600.00) | Mittere Inc |
| 06/19/2020 | (1,800.00) | Northwinds |
| 06/24/2020 | (18,900.00) | MEC |
| 06/30/2020 | (6,000.00) | Eclipse Staffing |
| 07/01/2020 | 9,900.00 | Mittere Inc |
| 07/02/2020 | 1,609.18 | Mittere Inc |

| | | |
|---|---:|---|
| 07/06/2020 | (1,200.00) | Mittere Inc |
| 07/06/2020 | (29,000.00) | Northwinds |
| 07/07/2020 | (40,700.00) | Eclipse Staffing |
| 07/07/2020 | (17,000.00) | MEC |
| 07/15/2020 | (6,707.23) | MEC |
| 07/16/2020 | (35,050.00) | Eclipse Staffing |
| 07/16/2020 | (40,500.00) | Mittere Inc |
| 07/20/2020 | 3,000.00 | Mittere Inc |
| 07/20/2020 | 30,000.00 | Mittere Inc |
| 07/20/2020 | 25,000.00 | Mittere Inc |
| 07/20/2020 | 20,600.00 | Mittere Inc |
| 07/22/2020 | (41,300.00) | Eclipse Staffing |
| 7/22/20 | 203,760.00 | MEC |
| 07/28/2020 | 7,500.00 | Mittere Inc |
| 07/28/2020 | 500.00 | Mittere Inc |
| 07/30/2020 | (3,500.00) | Eclipse Staffing |
| 07/31/2020 | 174.15 | Mittere Inc |
| 07/31/2020 | (500.00) | Mittere Inc |
| 07/31/2020 | (1,000.00) | Mittere Inc |
| 08/03/2020 | (7,200.00) | Mittere Inc |
| 08/04/2020 | (200.00) | Mittere Inc |
| 08/05/2020 | (1,500.00) | MEC |
| 08/05/2020 | (1,600.00) | Mittere Inc |
| 08/05/2020 | (15,500.00) | Mittere Inc |
| 08/07/2020 | (4,500.00) | MEC |
| 08/10/2020 | (8,300.00) | MEC |
| 08/10/2020 | (8,081.45) | MEC |
| 08/10/2020 | (500.00) | Mittere Inc |
| 08/11/2020 | 20,000.00 | Northwinds |
| 08/12/2020 | (250.00) | Mittere Inc |
| 08/12/2020 | 10,000.00 | Northwinds |
| 08/15/2020 | (6,707.23) | MEC |
| 08/19/2020 | (33,000.00) | Eclipse Staffing |
| 08/19/2020 | 20,000.00 | Mittere Inc |
| 08/20/2020 | (4,000.00) | Eclipse Staffing |
| 08/24/2020 | (4,000.00) | MEC |
| 08/28/2020 | (28,000.00) | Northwinds |
| 08/31/2020 | 96,000.00 | PFP |
| 09/10/2020 | (39,200.00) | Eclipse Staffing |
| 09/10/2020 | (8,081.45) | MEC |
| 09/10/2020 | (41,300.00) | Mittere Inc |
| 09/11/2020 | 14,000.00 | Mittere Inc |
| 09/15/2020 | (1,500.00) | Mittere Inc |
| 09/15/2020 | (16,300.00) | Mittere Inc |
| 09/16/2020 | (400.00) | Eclipse Staffing |
| 09/16/2020 | 20,000.00 | Mittere Inc |
| 09/18/2020 | (40,100.00) | Eclipse Staffing |
| 09/18/2020 | 40,000.00 | Mittere Inc |
| 09/24/2020 | (7,000.00) | Eclipse Staffing |
| 09/25/2020 | 30,000.00 | Mittere Inc |
| 09/28/2020 | 4,000.00 | Mittere Inc |
| 09/28/2020 | 25,000.00 | Mittere Inc |
| 09/30/2020 | (15,000.00) | MEC |
| 09/30/2020 | 5,000.00 | Mittere Inc |
| 09/30/2020 | 28,800.00 | Mittere Inc |
| 10/05/2020 | 23,000.00 | Mittere Inc |
| 10/08/2020 | (28,900.00) | Eclipse Staffing |
| 10/08/2020 | (46,500.00) | Mittere Inc |
| 10/13/2020 | (8,081.45) | MEC |
| 10/15/2020 | (7,100.00) | Mittere Inc |
| 10/22/2020 | (22,200.00) | Eclipse Staffing |
| 10/22/2020 | (42,600.00) | Mittere Inc |
| 11/02/2020 | (2,500.00) | Mittere Inc |
| 11/03/2020 | (5,800.00) | MEC |
| 11/03/2020 | (4,000.00) | Mittere Inc |
| 11/03/2020 | (6,000.00) | Mittere Inc |
| 11/5/20 | (42,000.00) | Mittere Inc |
| 11/09/2020 | (2,050.00) | MEC |
| 11/09/2020 | (6,100.00) | Mittere Inc |
| 11/10/2020 | (8,081.45) | MEC |
| 11/10/2020 | 10,000.00 | Mittere Inc |
| 11/12/2020 | 1,500.00 | Mittere Inc |
| 11/16/2020 | 2,500.00 | Mittere Inc |
| 11/16/2020 | (10,000.00) | Mittere Inc |
| 11/19/2020 | (22,350.00) | Eclipse Staffing |
| 11/19/2020 | (5,000.00) | MEC |
| 11/20/2020 | (41,550.00) | Mittere Inc |
| 11/25/2020 | 8,000.00 | Mittere Inc |
| 11/27/2020 | (10,000.00) | MEC |
| 11/27/2020 | 3,000.00 | Mittere Inc |
| 11/27/2020 | 12,000.00 | Mittere Inc |
| 11/27/2020 | (16,000.00) | Northwinds |
| 11/30/2020 | (5,000.00) | MEC |
| 11/30/2020 | (15,150.00) | Mittere Inc |
| 11/30/2020 | (15,000.00) | Mittere Inc |
| 11/30/2020 | (6,500.00) | Northwinds |
| 12/01/2020 | (10,000.00) | MEC |
| 12/03/2020 | (40,000.00) | Eclipse Staffing |
| 12/03/2020 | (5,000.00) | MEC |
| 12/03/2020 | (86,700.00) | Mittere Inc |

| | | |
|---|---:|---|
| 12/04/2020 | (6,800.00) | Mittere Inc |
| 12/07/2020 | (7,500.00) | Mittere Inc |
| 12/10/2020 | (8,081.45) | MEC |
| 12/10/2020 | (6,000.00) | Mittere Inc |
| 12/10/2020 | (6,000.00) | Mittere Inc |
| 12/11/2020 | (10,000.00) | Mittere Inc |
| 12/14/2020 | (3,500.00) | MEC |
| 12/14/2020 | (6,000.00) | Mittere Inc |
| 12/14/2020 | (2,000.00) | Northwinds |
| 12/17/2020 | (33,500.00) | Eclipse Staffing |
| 12/17/2020 | (11,000.00) | MEC |
| 12/17/2020 | (25,000.00) | Mittere Inc |
| 12/17/2020 | (5,000.00) | Mittere Inc |
| 12/21/2020 | (17,000.00) | Mittere Inc |
| 12/21/2020 | (2,000.00) | Northwinds |
| 12/22/2020 | (6,700.00) | MEC |
| 12/22/2020 | (10,400.00) | PFP |
| 12/24/2020 | (4,100.00) | MEC |
| 12/30/2020 | (3,000.00) | MEC |
| 12/31/2020 | (26,100.00) | Eclipse Staffing |
| 12/31/2020 | (38,000.00) | Mittere Inc |
| 12/31/2020 | (1,600.00) | Northwinds |
| 01/04/2021 | 2,690.00 | MEC |
| 01/04/2021 | (15,000.00) | MEC |
| 01/04/2021 | 30,000.00 | Mittere Inc |
| 01/07/2021 | 15,000.00 | Mittere Inc |
| 01/12/2021 | 2,000.00 | Mittere Inc |
| 01/12/2021 | 1,500.00 | Mittere Inc |
| 01/12/2021 | 40,000.00 | Mittere Inc |
| 01/12/2021 | 11,500.00 | Mittere Inc |
| 01/13/2021 | 30,000.00 | Mittere Inc |
| 01/13/2021 | 3,000.00 | Mittere Inc |
| 01/15/2021 | 1,000.00 | Mittere Inc |
| 01/15/2021 | 16,000.00 | Mittere Inc |
| 01/19/2021 | 3,000.00 | Mittere Inc |
| 01/20/2021 | 6,000.00 | Mittere Inc |
| 01/28/2021 | (25,000.00) | Eclipse Staffing |
| 01/28/2021 | (28,000.00) | Mittere Inc |
| 01/29/2021 | (15,000.00) | MEC |
| 01/29/2021 | (10,000.00) | Mittere Inc |
| 01/29/2021 | (15,000.00) | Mittere Inc |
| 01/29/2021 | 50,000.00 | Mittere Inc |
| 01/29/2021 | (10,300.00) | Northwinds |
| 01/29/2021 | (10,500.00) | PFP |
| 01/31/2021 | (18,506.00) | Mittere Inc |
| 02/03/2021 | (15,000.00) | Mittere Inc |
| 02/04/2021 | (8,000.00) | Mittere Inc |
| 02/05/2021 | (16,000.00) | Mittere Inc |
| 02/11/2021 | (42,200.00) | Eclipse Staffing |
| 02/12/2021 | (42,350.00) | Eclipse Staffing |
| 02/12/2021 | 1,500.00 | Mittere Inc |
| 02/12/2021 | 6,500.00 | Mittere Inc |
| 02/12/2021 | 10,000.00 | Mittere Inc |
| 02/16/2021 | 10,000.00 | Mittere Inc |
| 02/25/2021 | (36,300.00) | Eclipse Staffing |
| 02/26/2021 | 24,000.00 | Mittere Inc |
| 03/02/2021 | 5,000.00 | Mittere Inc |
| 03/04/2021 | (18,000.00) | Mittere Inc |
| 03/05/2021 | (14,000.00) | Mittere Inc |
| 03/05/2021 | (28,000.00) | Northwinds |
| 03/08/2021 | (6,000.00) | MEC |
| 03/08/2021 | (11,300.00) | Mittere Inc |
| 03/08/2021 | (8,000.00) | Mittere Inc |
| 03/10/2021 | (4,200.00) | MEC |
| 03/10/2021 | (11,000.00) | Mittere Inc |
| 03/11/2021 | (49,800.00) | Eclipse Staffing |
| 03/11/2021 | (51,600.00) | Mittere Inc |
| 03/12/2021 | (1,100.00) | MEC |
| 03/12/2021 | (8,000.00) | Mittere Inc |
| 03/15/2021 | (42,400.00) | Eclipse Staffing |
| 03/15/2021 | (4,000.00) | MEC |
| 03/15/2021 | 9,000.00 | Mittere Inc |
| 03/15/2021 | (1,800.00) | Northwinds |
| 03/25/2021 | (37,000.00) | Eclipse Staffing |
| 03/26/2021 | (3,000.00) | Mittere Inc |
| 03/26/2021 | (16,000.00) | Mittere Inc |
| 03/29/2021 | (4,000.00) | MEC |
| 03/29/2021 | (2,000.00) | Mittere Inc |
| 03/29/2021 | (10,300.00) | Northwinds |
| 03/30/2021 | (4,000.00) | Mittere Inc |
| 03/30/2021 | (1,800.00) | Northwinds |
| 03/31/2021 | (6,000.00) | Mittere Inc |
| 04/01/2021 | 26,000.00 | Mittere Inc |
| 04/02/2021 | 18,000.00 | Mittere Inc |
| 04/06/2021 | (4,000.00) | MEC |
| 04/07/2021 | (5,600.00) | Mittere Inc |
| 04/08/2021 | (46,050.00) | Eclipse Staffing |
| 04/08/2021 | (650.00) | Eclipse Staffing |
| 04/08/2021 | (45,000.00) | Mittere Inc |

| | | |
|---|---|---|
| 04/15/2021 | 25,500.00 | Mittere Inc |
| 04/16/2021 | 16,000.00 | Mittere Inc |
| 04/16/2021 | (28,121.17) | Northwinds |
| 04/16/2021 | (28,000.00) | Northwinds |
| 04/19/2021 | 14,000.00 | Northwinds |
| 04/20/2021 | (7,000.00) | MEC |
| 04/20/2021 | (27,000.00) | Mittere Inc |
| 04/21/2021 | (8,000.00) | Mittere Inc |
| 04/22/2021 | 5,800.00 | Mittere Inc |
| 04/23/2021 | (39,500.00) | Eclipse Staffing |
| 04/23/2021 | (18,000.00) | Mittere Inc |
| 04/26/2021 | (4,800.00) | MEC |
| 04/27/2021 | (3,000.00) | MEC |
| 04/27/2021 | (35,000.00) | Mittere Inc |
| 04/28/2021 | (25,000.00) | Mittere Inc |
| 04/29/2021 | 21,800.00 | Mittere Inc |
| 04/30/2021 | 100,000.00 | Mittere Inc |
| 04/30/2021 | 36,000.00 | Mittere Inc |
| 05/03/2021 | 5,000.00 | Mittere Inc |
| 05/04/2021 | 55,000.00 | Mittere Inc |
| 05/04/2021 | 10,000.00 | Mittere Inc |
| 05/05/2021 | 26,000.00 | Mittere Inc |
| 05/06/2021 | 18,500.00 | Mittere Inc |
| 05/07/2021 | 23,500.00 | Mittere Inc |
| 05/11/2021 | 7,000.00 | Mittere Inc |
| 05/11/2021 | 10,000.00 | Mittere Inc |
| 05/12/2021 | 20,000.00 | Mittere Inc |
| 05/13/2021 | 45,000.00 | Mittere Inc |
| 05/14/2021 | 26,000.00 | Mittere Inc |
| 05/19/2021 | (3,000.00) | Mittere Inc |
| 05/21/2021 | (35,000.00) | Eclipse Staffing |
| 05/21/2021 | (500.00) | Eclipse Staffing |
| 05/21/2021 | (17,472.00) | Mittere Inc |
| 05/21/2021 | (25,000.00) | Mittere Inc |
| 05/21/2021 | (28,000.00) | Northwinds |
| 05/24/2021 | (4,000.00) | MEC |
| 05/24/2021 | (6,500.00) | MEC |
| 05/24/2021 | (25,000.00) | Mittere Inc |
| 05/24/2021 | (10,500.00) | Northwinds |
| 05/24/2021 | (10,500.00) | PFP |
| 05/25/2021 | (1,000.00) | Mittere Inc |
| 05/25/2021 | (13,000.00) | Northwinds |
| 05/26/2021 | (1,500.00) | Mittere Inc |
| 05/26/2021 | (20,000.00) | Mittere Inc |
| 05/28/2021 | (600.00) | Mittere Inc |
| 05/28/2021 | (30,000.00) | Mittere Inc |
| 06/01/2021 | (6,000.00) | MEC |
| 06/01/2021 | (1,500.00) | Mittere Inc |
| 06/01/2021 | (8,000.00) | Mittere Inc |
| 06/02/2021 | (800.00) | Mittere Inc |
| 06/02/2021 | 25,000.00 | Mittere Inc |
| 06/03/2021 | (3,300.00) | Eclipse Staffing |
| 06/03/2021 | 42,000.00 | MEC |
| 06/04/2021 | 40,000.00 | MEC |
| 06/04/2021 | (1,600.00) | Mittere Inc |
| 06/04/2021 | (10,000.00) | Mittere Inc |
| 06/07/2021 | 50,400.00 | Mittere Inc |
| 06/07/2021 | (1,000.00) | Mittere Inc |
| 06/07/2021 | (18,000.00) | Mittere Inc |
| 06/08/2021 | (20,000.00) | Mittere Inc |
| 06/09/2021 | (1,200.00) | Mittere Inc |
| 06/11/2021 | (1,200.00) | Mittere Inc |
| 06/17/2021 | 1,600.00 | MEC |
| 06/17/2021 | 10,500.00 | MEC |
| 06/23/2021 | 5,200.00 | MEC |
| 06/28/2021 | (1,500.00) | Mittere Inc |
| 06/29/2021 | (350.00) | Mittere Inc |
| 07/01/2021 | (500.00) | Mittere Inc |
| 07/02/2021 | (22,000.00) | Eclipse Staffing |
| 07/02/2021 | (41,700.00) | Eclipse Staffing |
| 07/02/2021 | 30,000.00 | Mittere Inc |
| 07/07/2021 | 1,000.00 | Eclipse Staffing |
| 07/08/2021 | (900.00) | Mittere Inc |
| 07/09/2021 | 100,000.00 | Northwinds |
| 07/12/2021 | 30,000.00 | Northwinds |
| 07/13/2021 | 12,900.00 | Northwinds |
| 07/13/2021 | 10,000.00 | Northwinds |
| 07/14/2021 | 75,000.00 | Northwinds |
| 07/15/2021 | 45,000.00 | Northwinds |
| 07/16/2021 | 50,000.00 | Northwinds |
| 07/19/2021 | 20,000.00 | Mittere Inc |
| 07/20/2021 | 25,000.00 | Mittere Inc |
| 07/21/2021 | 22,000.00 | Mittere Inc |
| 07/21/2021 | 20,000.00 | Northwinds |
| 07/22/2021 | 11,900.00 | Mittere Inc |
| 07/23/2021 | (21,700.00) | Eclipse Staffing |
| 07/23/2021 | 2,000.00 | Mittere Inc |
| 07/23/2021 | 500.00 | Mittere Inc |
| 07/23/2021 | 65,000.00 | Mittere Inc |
| 07/23/2021 | 150.00 | Mittere Tax |

| Date | Amount | Payee |
|---|---:|---|
| 07/26/2021 | (800.00) | Mittere Inc |
| 07/26/2021 | 26,000.00 | Mittere Inc |
| 07/28/2021 | 20,000.00 | Mittere Inc |
| 07/28/2021 | 10,000.00 | Mittere Inc |
| 07/28/2021 | (300.00) | Mittere Tax |
| 07/29/2021 | (37,000.00) | Eclipse Staffing |
| 07/29/2021 | 55,000.00 | Mittere Inc |
| 07/30/2021 | 5,000.00 | MEC |
| 07/30/2021 | 2,000.00 | Mittere Inc |
| 07/30/2021 | 8,000.00 | Northwinds |
| 08/02/2021 | 15,200.00 | Mittere Inc |
| 08/02/2021 | 6,500.00 | Mittere Inc |
| 08/03/2021 | (5,000.00) | Mittere Inc |
| 08/03/2021 | (8,000.00) | Northwinds |
| 08/04/2021 | (15,000.00) | Mittere Inc |
| 08/09/2021 | 10,000.00 | Mittere Inc |
| 08/10/2021 | 20,000.00 | Mittere Inc |
| 08/12/2021 | (8,000.00) | Mittere Inc |
| 08/13/2021 | 20,000.00 | Mittere Inc |
| 08/16/2021 | 17,000.00 | Mittere Inc |
| 08/17/2021 | 10,000.00 | Mittere Inc |
| 08/18/2021 | 11,900.00 | Mittere Inc |
| 08/19/2021 | 13,000.00 | Mittere Inc |
| 08/20/2021 | 2,800.00 | Mittere Inc |
| 08/23/2021 | 4,500.00 | Mittere Inc |
| 08/23/2021 | 3,000.00 | Mittere Inc |
| 08/24/2021 | 8,500.00 | Mittere Inc |
| 08/25/2021 | (4,000.00) | MEC |
| 08/26/2021 | (35,100.00) | Eclipse Staffing |
| 08/26/2021 | (2,700.00) | MEC |
| 08/26/2021 | (50,000.00) | Mittere Inc |
| 08/26/2021 | (1,000.00) | Northwinds |
| 08/27/2021 | (10,000.00) | Mittere Inc |
| 08/27/2021 | (2,000.00) | Mittere Inc |
| 08/27/2021 | (2,000.00) | Northwinds |
| 08/30/2021 | (7,600.00) | Mittere Inc |
| 08/31/2021 | (5,900.00) | MEC |
| 08/31/2021 | (17,700.00) | Mittere Inc |
| 09/01/2021 | 790,000.00 | Northwinds |
| 09/02/2021 | (31,000.00) | Mittere Inc |
| 09/03/2021 | (21,600.00) | Mittere Inc |
| 09/07/2021 | (8,000.00) | Mittere Inc |
| 09/08/2021 | (23,800.00) | Mittere Inc |
| 09/09/2021 | (36,500.00) | Eclipse Staffing |
| 09/09/2021 | (7,000.00) | Mittere Inc |
| 09/10/2021 | (4,900.00) | Eclipse Staffing |
| 09/10/2021 | (75,000.00) | Mittere Inc |
| 09/13/2021 | (2,500.00) | MEC |
| 09/13/2021 | (8,500.00) | Mittere Inc |
| 09/14/2021 | (8,000.00) | Mittere Inc |
| 09/15/2021 | (21,650.00) | Eclipse Staffing |
| 09/15/2021 | (4,000.00) | MEC |
| 09/15/2021 | (8,500.00) | Mittere Inc |
| 09/16/2021 | (10,000.00) | Mittere Inc |
| 09/17/2021 | (5,000.00) | MEC |
| 09/17/2021 | (11,000.00) | Mittere Inc |
| 09/20/2021 | (5,000.00) | MEC |
| 09/20/2021 | (10,500.00) | Mittere Inc |
| 09/21/2021 | (10,000.00) | Mittere Inc |
| 09/22/2021 | (35,800.00) | Eclipse Staffing |
| 09/22/2021 | (3,500.00) | MEC |
| 09/22/2021 | (19,000.00) | Mittere Inc |
| 09/23/2021 | (30,000.00) | Mittere Inc |
| 09/24/2021 | (8,500.00) | MEC |
| 09/24/2021 | (17,500.00) | Mittere Inc |
| 09/27/2021 | (10,000.00) | Mittere Inc |
| 09/28/2021 | (1,000.00) | Mittere Inc |
| 09/28/2021 | (16,000.00) | Mittere Inc |
| 09/29/2021 | (17,000.00) | Mittere Inc |
| 09/30/2021 | (20,000.00) | Mittere Inc |
| 10/04/2021 | (3,900.00) | MEC |
| 10/04/2021 | (39,000.00) | Mittere Inc |
| 10/06/2021 | (6,000.00) | Mittere Inc |
| 10/06/2021 | (15,000.00) | Northwinds |
| 10/07/2021 | (40,000.00) | Eclipse Staffing |
| 10/15/2021 | 25,000.00 | Mittere Inc |
| 10/18/2021 | (21,700.00) | Eclipse Staffing |
| 10/19/2021 | 2,500.00 | Mittere Inc |
| 10/21/2021 | (38,000.00) | Eclipse Staffing |
| 10/25/2021 | (4,100.00) | MEC |
| 10/25/2021 | (4,000.00) | Mittere Inc |
| 10/26/2021 | (5,000.00) | Mittere Inc |
| 10/27/2021 | (3,300.00) | MEC |
| 10/27/2021 | (9,300.00) | Mittere Inc |
| 10/28/2021 | (12,000.00) | Mittere Inc |
| 10/29/2021 | (10,000.00) | MEC |
| 10/29/2021 | (13,000.00) | Mittere Inc |
| 10/29/2021 | (8,000.00) | PFP |
| 11/01/2021 | (5,000.00) | MEC |
| 11/01/2021 | (15,000.00) | Mittere Inc |

| | | |
|---|---:|---|
| 11/02/2021 | (11,000.00) | Mittere Inc |
| 11/03/2021 | (11,000.00) | Mittere Inc |
| 11/04/2021 | (34,000.00) | Eclipse Staffing |
| 11/05/2021 | (16,000.00) | Mittere Inc |
| 11/10/2021 | 32,000.00 | Mittere Inc |
| 11/12/2021 | 20,000.00 | Mittere Inc |
| 11/15/2021 | 4,000.00 | Mittere Inc |
| 11/16/2021 | 8,000.00 | Mittere Inc |
| 11/17/2021 | (5,000.00) | MEC |
| 11/18/2021 | (37,150.00) | Eclipse Staffing |
| 11/22/2021 | (2,600.00) | MEC |
| 11/22/2021 | (60,000.00) | Mittere Inc |
| 11/22/2021 | (2,500.00) | Northwinds |
| 11/23/2021 | (6,500.00) | MEC |
| 11/23/2021 | (15,500.00) | Mittere Inc |
| 11/24/2021 | (16,500.00) | Mittere Inc |
| 11/26/2021 | (2,600.00) | MEC |
| 11/26/2021 | (25,300.00) | Mittere Inc |
| 11/29/2021 | (17,000.00) | Mittere Inc |
| 12/01/2021 | 34,000.00 | Mittere Inc |
| 12/02/2021 | (27,310.00) | Eclipse Staffing |
| 12/02/2021 | 250.00 | Mittere Inc |
| 12/02/2021 | 44,000.00 | Mittere Inc |
| 12/03/2021 | 65,000.00 | Mittere Inc |
| 12/09/2021 | 11,000.00 | Northwinds |
| 12/10/2021 | (5,900.00) | Eclipse Staffing |
| 12/13/2021 | 22,000.00 | Northwinds |
| 12/14/2021 | 1,300.00 | Mittere Inc |
| 12/14/2021 | 33,000.00 | Northwinds |
| 12/15/2021 | (6,500.00) | Mittere Inc |
| 12/15/2021 | 100,000.00 | Northwinds |
| 12/16/2021 | (57,500.00) | Eclipse Staffing |
| 12/28/2021 | 15,000.00 | Northwinds |
| 12/29/2021 | 18,000.00 | Northwinds |
| 12/30/2021 | (37,600.00) | Eclipse Staffing |
| 12/30/2021 | 115,000.00 | Northwinds |
| 12/31/2021 | 75,000.00 | Northwinds |
| 1/3/22 | 16,000.00 | Nash |
| 1/3/22 | 20,000.00 | Northwinds |
| 1/4/22 | 13,000.00 | Nash |
| 1/6/22 | (2,000.00) | MMI |
| 1/6/22 | 55,000.00 | Nash |
| 1/12/22 | 10,000.00 | Nash |
| 1/13/22 | 10,500.00 | Nash |
| 1/18/22 | 26,000.00 | Nash |
| 1/26/22 | (8,000.00) | MEC |
| 1/26/22 | (600.00) | MMI |
| 1/28/22 | 35,000.00 | Nash |
| 2/1/22 | 65,000.00 | Nash |
| 2/3/22 | 10,000.00 | Northwinds |
| 2/8/22 | (2,600.00) | MMI |
| 2/14/22 | (400.00) | Mittere Inc |
| 2/15/22 | (25,000.00) | Nash |
| 2/17/22 | 19,000.00 | Mittere Inc |
| 2/22/22 | (15,000.00) | Nash |
| 2/23/22 | (2,000.00) | Mittere Inc |
| 2/24/22 | (35,100.00) | Eclipse Staffing |
| 2/24/22 | (2,000.00) | MEC |
| 2/24/22 | (10,200.00) | Mittere Inc |
| 2/24/22 | (48,000.00) | Northwinds |
| 2/25/22 | (10,600.00) | Mittere Inc |
| 2/25/22 | (20,000.00) | Nash |
| 2/28/22 | (10,000.00) | MEC |
| 2/28/22 | (10,600.00) | Mittere Inc |
| 2/28/22 | (5,000.00) | Northwinds |
| 2/28/22 | (25,000.00) | Northwinds |
| 2/28/22 | (8,000.00) | PFP |
| 3/1/22 | (10,600.00) | Mittere Inc |
| 3/1/22 | (16,000.00) | Northwinds |
| 3/2/22 | (2,000.00) | MEC |
| 3/2/22 | (10,500.00) | Mittere Inc |
| 3/2/22 | (30,000.00) | Northwinds |
| 3/7/22 | (12,500.00) | Mittere Inc |
| 3/8/22 | (10,300.00) | Mittere Inc |
| 3/9/22 | (10,500.00) | Mittere Inc |
| 3/10/22 | (32,000.00) | Eclipse Staffing |
| 3/10/22 | (10,450.00) | Mittere Inc |
| 3/11/22 | (10,600.00) | Mittere Inc |
| 3/11/22 | (8,000.00) | Nash |
| 3/21/22 | 10,000.00 | Nash |
| 3/22/22 | 22,000.00 | Nash |
| 3/25/22 | 22,000.00 | Nash |
| 3/29/22 | 5,000.00 | Nash |
| 3/31/22 | 68,000.00 | Northwinds |
| 4/1/22 | 58,000.00 | Northwinds |
| 4/4/22 | 22,000.00 | Northwinds |
| 4/7/22 | (200.00) | Eclipse Staffing |
| 4/11/22 | 20,000.00 | Northwinds |
| 4/11/22 | 24,000.00 | Northwinds |
| 4/12/22 | 4,000.00 | Northwinds |

| Date | Amount | Name |
|---|---|---|
| 4/14/22 | 10,847.91 | Nash |
| 4/18/22 | 20,000.00 | Northwinds |
| 4/19/22 | 1,000.00 | Hunts |
| 4/20/22 | 10,000.00 | Nash |
| 04/25/2022 | 14,000.00 | Nash |
| 04/29/2022 | 45,000.00 | Nash |
| 05/02/2022 | 28,000.00 | Nash |
| 05/04/2022 | (30,000.00) | Northwinds |
| 05/05/2022 | (35,950.00) | Eclipse Staffing |
| 05/05/2022 | (2,600.00) | MMI |
| 05/05/2022 | (50,000.00) | Nash |
| 05/06/2022 | (25,000.00) | Northwinds |
| 05/09/2022 | (20,000.00) | Northwinds |
| 05/10/2022 | (30,000.00) | Northwinds |
| 05/11/2022 | (5,700.00) | Eclipse Staffing |
| 05/11/2022 | (10,000.00) | Northwinds |
| 05/13/2022 | (10,000.00) | Northwinds |
| 05/16/2022 | (5,000.00) | MEC |
| 05/16/2022 | (35,000.00) | Northwinds |
| 05/18/2022 | (6,000.00) | Northwinds |
| 05/19/2022 | (32,500.00) | Eclipse Staffing |
| 05/19/2022 | (22,000.00) | Northwinds |
| 05/20/2022 | (45,000.00) | Northwinds |
| 05/26/2022 | (3,437.50) | Mittere Inc |
| 05/27/2022 | 3,437.50 | Mittere Inc |
| 05/27/2022 | (3,437.50) | Mittere Inc |
| 05/31/2022 | (7,000.00) | Mittere Inc |
| 05/31/2022 | 3,437.50 | Mittere Inc |
| 05/31/2022 | 3,437.50 | Mittere Inc |
| 06/01/2022 | 3,437.50 | Mittere Inc |
| 06/01/2022 | 13,000.00 | Nash |
| 06/02/2022 | 3,437.50 | Mittere Inc |
| 06/02/2022 | 10,000.00 | Nash |
| 06/03/2022 | 3,437.50 | Mittere Inc |
| 06/06/2022 | 3,437.50 | Mittere Inc |
| 06/07/2022 | (3,437.50) | Mittere Inc |
| 06/07/2022 | 3,437.50 | Mittere Inc |
| 06/08/2022 | (2,000.00) | MEC |
| 06/08/2022 | (10,100.00) | Mittere Inc |
| 06/08/2022 | 3,437.50 | Mittere Inc |
| 06/08/2022 | (25,000.00) | Nash |
| 06/09/2022 | 3,437.50 | Mittere Inc |
| 06/10/2022 | (2,500.00) | Eclipse Staffing |
| 06/10/2022 | (1,000.00) | Mittere Inc |
| 06/10/2022 | 3,437.50 | Mittere Inc |
| 06/10/2022 | (7,984.44) | PFP |
| 06/13/2022 | (3,437.50) | Mittere Inc |
| 06/13/2022 | 3,437.50 | Mittere Inc |
| 06/14/2022 | (2,000.00) | MEC |
| 6/14/22 | (3,437.50) | Mittere Inc |
| 6/14/22 | 3,437.50 | Mittere Inc |
| 06/14/2022 | (21,000.00) | Northwinds |
| 6/15/22 | (3,437.50) | Mittere Inc |
| 6/15/22 | 3,437.50 | Mittere Inc |
| 06/15/2022 | (15,000.00) | Nash |
| 06/16/2022 | (30,650.00) | Eclipse Staffing |
| 06/16/2022 | (1,500.00) | MEC |
| 6/16/22 | (3,437.50) | Mittere Inc |
| 6/16/22 | 3,437.50 | Mittere Inc |
| 06/16/2022 | (25,000.00) | Nash |
| 6/17/22 | (3,437.50) | Mittere Inc |
| 6/17/22 | 3,437.50 | Mittere Inc |
| 6/21/22 | (6,875.00) | Mittere Inc |
| 6/21/22 | 6,875.00 | Mittere Inc |
| 6/22/22 | 3,437.50 | Mittere Inc |
| 06/22/2022 | 18,000.00 | Nash |
| 6/23/22 | (3,437.50) | Mittere Inc |
| 6/23/22 | (6,875.00) | Mittere Inc |
| 6/23/22 | 3,437.50 | Mittere Inc |
| 6/24/22 | (3,437.50) | Mittere Inc |
| 6/24/22 | 3,437.50 | Mittere Inc |
| 6/24/22 | 3,437.50 | Mittere Inc |
| 6/27/22 | 3,437.50 | Mittere Inc |
| 6/28/22 | (7,950.00) | Mittere Inc |
| 6/28/22 | 3,437.50 | Mittere Inc |
| 06/28/2022 | 30,000.00 | Northwinds |
| 6/29/22 | (3,437.50) | Mittere Inc |
| 6/29/22 | 3,437.50 | Mittere Inc |
| 06/29/2022 | 15,000.00 | Northwinds |
| 6/30/22 | (3,437.50) | Mittere Inc |
| 6/30/22 | 3,437.50 | Mittere Inc |
| 06/30/2022 | 65,000.00 | Northwinds |
| 7/1/22 | (4,500.00) | Mittere Inc |
| 7/1/22 | 3,437.50 | Mittere Inc |
| 07/01/2022 | 20,000.00 | Nash |
| 07/01/2022 | 20,000.00 | Nash |
| 7/5/22 | (6,875.00) | Mittere Inc |
| 7/5/22 | 6,875.00 | Mittere Inc |
| 7/6/22 | (3,437.50) | Mittere Inc |
| 7/6/22 | 3,437.50 | Mittere Inc |

| | | |
|---|---|---|
| 7/7/22 | (3,437.50) | Mittere Inc |
| 7/7/22 | 3,437.50 | Mittere Inc |
| 07/07/2022 | 10,000.00 | Nash |
| 7/8/22 | (4,500.00) | Mittere Inc |
| 7/8/22 | 3,437.50 | Mittere Inc |
| 07/08/2022 | (1,700.00) | MMI |
| 7/11/22 | (3,437.50) | Mittere Inc |
| 7/11/22 | 3,437.50 | Mittere Inc |
| 07/12/2022 | (3,300.00) | Eclipse Staffing |
| 7/12/22 | (3,600.00) | Mittere Inc |
| 7/12/22 | 3,437.50 | Mittere Inc |
| 07/13/2022 | (2,000.00) | MEC |
| 7/13/22 | (3,437.50) | Mittere Inc |
| 7/13/22 | 3,437.50 | Mittere Inc |
| 07/13/2022 | (25,000.00) | Nash |
| 07/14/2022 | (32,900.00) | Eclipse Staffing |
| 7/14/22 | (3,437.50) | Mittere Inc |
| 7/14/22 | 3,437.50 | Mittere Inc |
| 07/14/2022 | (55,000.00) | Nash |
| 7/15/22 | (4,500.00) | Mittere Inc |
| 7/15/22 | 3,437.50 | Mittere Inc |
| 07/15/2022 | (33,000.00) | Nash |
| 7/18/22 | 3,437.50 | Mittere Inc |
| 7/19/22 | (3,437.50) | Mittere Inc |
| 7/19/22 | 3,437.50 | Mittere Inc |
| 7/20/22 | 3,437.50 | Mittere Inc |
| 7/20/22 | 3,437.50 | Mittere Inc |
| 07/20/2022 | 35,000.00 | Nash |
| 7/21/22 | (3,437.50) | Mittere Inc |
| 7/21/22 | (4,000.00) | Mittere Inc |
| 7/21/22 | 3,437.50 | Mittere Inc |
| 07/21/2022 | (7,000.00) | Northwinds |
| 7/22/22 | 3,437.50 | Mittere Inc |
| 7/22/22 | 3,437.50 | Mittere Inc |
| 07/22/2022 | (13,500.00) | Nash |
| 7/25/22 | 3,437.50 | Mittere Inc |
| 07/25/2022 | (17,000.00) | Northwinds |
| 07/28/2022 | (22,100.00) | Eclipse Staffing |
| 07/28/2022 | (2,500.00) | Nash |
| 07/29/2022 | (10,000.00) | MEC |
| 07/29/2022 | (31,000.00) | Nash |
| 08/01/2022 | (6,600.00) | Eclipse Staffing |
| 08/02/2022 | (32,800.00) | Hunts |
| 08/04/2022 | (40,500.00) | Hunts |
| 08/04/2022 | (1,000.00) | Nash |
| 08/04/2022 | (2,884.62) | Nash |
| 08/05/2022 | (200.00) | MEC |
| 08/05/2022 | (2,450.00) | MMI |
| 08/09/2022 | (1,500.00) | MEC |
| 08/10/2022 | (4,100.00) | Eclipse Staffing |
| 08/11/2022 | (28,300.00) | Eclipse Staffing |
| 08/12/2022 | (31,000.00) | Nash |
| 08/15/2022 | (15,000.00) | Hunts |
| 08/18/2022 | (13,000.00) | Hunts |
| 08/19/2022 | (40,000.00) | Hunts |
| 08/19/2022 | (1,000.00) | MEC |
| 08/19/2022 | (600.00) | Nash |

AMENDED

Alder Opportunity LP c/o Marna Friedman
3405 Dallas Highway
Suite 827
Marietta, GA 30064

AMOA Finance LLC.
3330 Preston Ridge RD
Alpharetta, GA 30005

ARROW CAPITAL SOLUTIONS, INC.
9201 EAST DRY CREEK ROAD
Englewood, CO 80112

Arvest Equipment Finance
PO Box 11110
Fort Smith, AR 72745

Azzure Capital, LLC
c/o REGISTERED AGENTS INC.
90 State Street Suite 700, Office 40
Albany, NY 12207

Bankers Healthcare Group, LLC
10234 W State Road 84
ATTN: Albert Crawford
Fort Lauderdale, FL 33324

CHESAPEAKE BANK
97 N. MAIN ST.
Kilmarnock, VA 22482

CHTD COMPANY
P.O. BOX 2576
Springfield, IL 62708

CITY CAPITAL NY, LLC
90 STATE STREET, SUITE 700
OFFICE 40
Albany, NY 12207

CLG Servicing, LLC.
Toms River, NJ 08753

Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL 33702

Curepoint Dublin, LLC
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Eclipse Staffing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

First American Commercial Bancorp, Inc.
211 High Point Drive
Victor, NY 14564

First Liberty Building and Loan
PO Box 2567
Newnan, GA 30264

GEL Funding, LLC
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY
200 CONNELL DRIVE
Berkeley Heights, NJ 07922

HI BAR CAPITAL LLC
1825 65TH ST
Brooklyn, NY 11204

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Lafayette Bank
340 West Main Street
Mayo, FL 32066

Mark McCord
2007 Breckinridge Lane
Alpharetta, GA 30005

AMENDED

Case 22-56501-jwc... Doc 8295... Filed 06/02/23... Entered 06/02/23 08:45:14... Desc Main
Exhibit 41 - Cure... Document... Page 70 of 72

MEC Capital, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

MEC Capital, Inc. c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Medical Management Institute, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Medical Management Institute, Inc. c/o Michael Miles
250 Pharr Road NE
Unit 212
Atlanta, GA 30305

Mittere Tax & Advisory, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Morris Bank
301 Bellevue Avenue
Dublin, GA 31040-0520

Newtek Small Business Finanance c/o Corporation
Service Company
2 SUN COURT
Suite 400
Norcross, GA 30092

Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL 33431

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229

NORTH AMERICAN BANKING COMPANY
9260 HUDSON RD
Saint Paul, MN 55125

Northwinds Leasing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Northwinds Leasing, LLC c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Parkview Advance
400 Main Street
Stamford, CT 06901

Physician Financial Partners, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Plexe, LLC
6295 Greenwood Plaza Blvd
Suite 100
Greenwood Village, CO 80111

PointOne Capital, LLC
90 STATE STREET, SUITE 700
Office 40
Albany, NY 12207

Premium Merchant Funding, LLC.
40 Wall St. 5th Floor
New York, NY 10005

SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL
100 GARDEN CITY PLAZA #410
Garden City, NY 11530

Tom Barton
150 South Perry Street
Suite 100
Lawrenceville, GA 30046

US Bank, N.A.
1310 Madrid Street
Marshall, MN 56258

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303

AMENDED

Zen Capital c/o Trevor Talbot
602 NE 38th Street
Fort Lauderdale, FL 33334


Zeroholding, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

United States Bankruptcy Court

Northern District of Georgia

In re:  Curepoint, LLC

Case No.  22-56501

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____10/06/2022_____

/s/ Phillip Miles
_____
Signature of Individual signing on behalf of debtor

Designated Manager
_____
Position or relationship to debtor