**IT IS ORDERED as set forth below:**

**Date: October 13, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-56501-JWC |
| CUREPOINT, LLC, | CHAPTER 11 |
| Debtor. | |

## ORDER

Before the Court are four motions:

1. Mark W. McCord, M.D.'s Motion to Appoint Chapter 11 Trustee (Doc. No. 52) (the "McCord Motion"),

2. The United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee (Doc. No. 54) (the "United States Trustee Motion"),

3. AMOA Finance, LLC's Motion to Appoint Chapter 11 Trustee (Doc. No. 68) (the "AMOA Motion"), and

4. Debtor's Amended Emergency Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (B) First Omnibus Motion to Assume and Assign Certain Executory Contracts and Leases and Establish Cure Costs in Connection Therewith and (C) To Establish Bidding Procedures Governing the Proposed Sale (Doc. No. 75) (the "Sale Motion").

The Court held a hearing on all four motions October 12, 2022. Representatives of the Debtor, Mark McCord, AMOA, the United States Trustee, and other parties in interest appeared at the hearing. For the reasons stated on the record at a continued hearing held on October 13, 2022, it is

**ORDERED** that the McCord Motion and the AMOA Motion are GRANTED, and the United States Trustee is directed to appoint a chapter 11 trustee in this case.

**IT IS FURTHER ORDERED** that the Debtors shall perform all duties required under 11 U.S.C. § 521 and cooperate with the Chapter 11 trustee and immediately turnover to the Chapter 11 trustee all records and property of the estate in their possession or control as directed by the Chapter 11 trustee.

**IT IS FURTHER ORDERED** that the United States Trustee Motion is DENIED as moot.

**IT IS FURTHER ORDERED** that the Sale Motion is DENIED.

The Clerk of Court is directed to serve a copy of this Order upon Debtor, Debtor's counsel, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**