UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CUREPOINT, LLC, | : | CASE NO. 22-56501 - JWC |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE
AND SETTING OF BOND**

Pursuant to the Order of this Court entered on October 13, 2022 (Doc. No. 96) directing

the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United

States Trustee for Region 21 hereby appoints the following person as Chapter 11 Trustee:

> David A. Wender
> Eversheds Sutherland, LLP
> 999 Peachtree Street, NE
> Suite 2300
> Atlanta, GA 30309-3996
> (404) 853-8175
> davidwender@eversheds-sutherland.com

The bond of the Chapter 11 Trustee will initially be set at $450,000.00.  The bond may

require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is

directed to inform the Office of the United States Trustee when changes to the bond amount are

required or made.

This appointment is made on October 17, 2022.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov