## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO. 22-56501-jwc** |
| **CUREPOINT, LLC** | **JUDGE CAVENDER** |
| **Debtor.** | **CHAPTER 11** |

### NOTICE OF APPEARANCE

JOHN G. McCULLOUGH, Esquire, hereby submits his Notice of Appearance to this Court in the above action as counsel of record for the NEWTEK SMALL BUSINESS FINANCE, LLC ("NSBF").

NSBF requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

John G. McCullough
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Atlanta, Georgia 30305
Telephone: 404-994-7276 (Direct)
jmccullough@aldridgepite.com

Take further notice that this notice is not a submission to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the right to a trial by jury in any proceeding so triable in this case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defensed, setoffs, or recoupments to which is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Submitted this 18th day of October, 2022.

/s/  John G. McCullough
JOHN G. McCULLOUGH
Georgia Bar Number: 487025

John G. McCullough
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Atlanta, Georgia 30305
Telephone:  404-994-7276 (Direct)
jmccullough@aldridgepite.com
AP File No. 1853-019A

## **CERTIFICATE OF SERVICE**

CERTIFY:  This is to certify that I have this day served a true and correct copy of the within   NOTICE OF APPEARANCE filed in this case via electronic notice to parties, and their representatives, who are ECF Filers and Consent Users or by depositing a copy of same in the United States Mail, postage prepaid, all other interested parties addressed as follows:

I certif. under Penalty of Perjury That the Foregoing is True and Correct.


Executed on October 18, 2022.            By:  /s/  John G. McCullough