# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| CUREPOINT, LLC ) | CASE NO. 22-56501-JWC |
| ) | |
| DEBTOR. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned, Justin M. Gillman, Esq., of Gillman, Bruton & Capone, LLC, hereby enters this Notice of Appearance a counsel for CLG Servicing, LLC, in the above-referenced case. Further, CLG Servicing, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Justin M. Gillman, Esq.,
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
Phone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001 or 9007 of the Bankruptcy Rules including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case.

Dated: October 26, 2022               **GILLMAN, BRUTON & CAPONE, LLC**

                                       By:    /s/ Justin M. Gillman
                                              Justin M. Gillman, Esq.
                                              N.J. Attorney ID No.: 038891997
                                              770 Amboy Avenue
                                              Edison New Jersey 08837
                                              Phone: (732) 661-1664
                                              Fax: (732) 661-1707
                                              Email: jgillman@gbclawgroup.com
                                              Attorney for CLG Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers by filing such notice with the Court's CM/ECF system.

Dated: October 26, 2022  **GILLMAN, BRUTON & CAPONE, LLC**

By: /s/ Justin M. Gillman
Justin M. Gillman, Esq.
N.J. Attorney ID No.: 038891997
770 Amboy Avenue
Edison New Jersey 08837
Phone: (732) 661-1664
Fax: (732) 661-1707
Email: jgillman@gbclawgroup.com
Attorney for CLG Servicing, LLC