**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- JWC |

**CHAPTER 11 TRUSTEE'S APPLICATION TO RETAIN
EVERSHEDS SUTHERLAND (US) LLP AS COUNSEL**

COMES NOW David A. Wender, in his capacity as the Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") in above-styled case (the "Case"), and respectfully applies for approval pursuant to Section 327 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to employ the law firm of Eversheds Sutherland (US) LLP ("Eversheds Sutherland" or, alternatively, the "Firm") as counsel for the Trustee, retroactive to October 19, 2022.  In support of this Application is the Declaration of David A. Wender (the "Declaration") which is attached hereto as **Exhibit 1** and incorporated herein by reference.

**BACKGROUND**

1.  On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

1

2. On October 13, 2022, the Court entered an Order [Doc. No. 96] granting Mark W. McCord, M.D.'s Motion to Appoint Chapter 11 Trustee [Doc. No. 52] and AMOA Finance, LLC's Motion to Appoint Chapter 11 Trustee [Doc. No. 54] and directing the United States Trustee to appoint a chapter 11 trustee in the Case.

3. On October 17, 2022, the United States Trustee filed the Notice of Appointment of Chapter 11 Trustee and Setting of Bond [Doc. No. 104], which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. On October 18, 2022, the Trustee filed his Acceptance of Appointment as Chapter 11 Trustee. [Doc. No. 106]. The Court approved the appointment of the Trustee on October 19, 2022. [Doc. No. 108].

## REQUESTED RELIEF

4. In order to fulfill his duties, the Trustee has determined that he needs to retain legal counsel in the Case, and has retained Eversheds Sutherland for that purpose. Attorneys in the Firm are admitted to practice before this Court,[1] are familiar with the Debtor's legal and financial problems, have knowledge and experience in bankruptcy practice, and are well qualified to represent the Trustee.

5. In order to fulfill his duties during the Case, the Trustee will require professional services from attorneys, including:

    a. Preparation of pleadings and applications;

    b. Conduct of examinations;

    c. Advising the Trustee of his rights, duties and obligations as trustee;

---

[1] Attorneys not admitted to practice before this Court shall follow applicable local rules, including being admitted on a *pro hac vice* basis, to the extent necessary.

    d.    Consulting with the Trustee and representing the Trustee with respect to confirmation of a Chapter 11 plan and/or the liquidation of the Debtor's assets;

    e.    Pursuit of litigation, when and if necessary;

    f.    Claims analysis and objections to claims as needed;

    g.    Performing legal services incidental and necessary to the above, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance; and

    h.    Taking any and all other action incidental to the proper preservation and administration of Debtor's estate.

6. To the best of the Trustee's knowledge: (a) Eversheds Sutherland represents no interests adverse to the Debtor's estate in the matters upon which the Firm is to be engaged for the Trustee; (b) except as otherwise disclosed in the Declaration submitted herewith, the Firm has had no connection with the Debtor, its creditors or any party in interest, or their respective attorneys and accountants; (c) the Firm are disinterested persons under Section 101(14) of the Bankruptcy Code with regard to the matters upon which they are to be engaged; and (d) the Firm's appointment will be in the best interest of the Trustee and the Debtor's estate.

7. The Trustee desires to employ the Firm at the Firm's ordinary rates for comparable work at this time, plus reasonable expenses, subject to review by the Court. The Firm, as set forth in the Declaration, has stated that its fee rates currently range from $ 445 to $1,650 per hour for attorneys and from $265 to $465 per hour for paralegals and professional staff. For this Case, a

3

discount of fifteen percent (15%) shall apply to the hourly rate of David A. Wender and a discount of ten percent (10%) shall apply to the hourly rates of all other attorneys and/or professionals. Rates may be adjusted from time-to-time, as explained in the Declaration, but shall remain subject to the applicable discounts set forth above. The Trustee anticipates that the Firm would seek reasonable compensation based upon the recognized factors. No compensation will be paid by the Trustee to the Firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

WHEREFORE, the Trustee prays that he be authorized to employ Eversheds Sutherland (US) LLP retroactive to October 19, 2022, as his counsel in this Case.

Dated:  October 26, 2022                    Respectfully submitted,

/s/ *David A. Wender*
DAVID A. WENDER, in his capacity as
Chapter 11 Trustee

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2022, I electronically filed the foregoing using the CM/ECF system which automatically will send email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

I further certify that on that same day, I caused the foregoing to be served via first class mail, postage prepaid on the following:

| | | |
|---|---|---|
| Curepoint, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Lindsay P. S. Kolba<br>Office of the United States Trustee<br>Suite 362<br>75 Ted Turner Drive SW<br>Atlanta, Georgia 30303 | Will B. Geer<br>Rountree, Leitman, Klein & Geer, LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329 |
| Caitlyn Powers<br>Rountree Leitman Klein & Geer, LLC<br>Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329 | William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329 | |

Dated:  October 26, 2022.

Respectfully submitted,

/s/  David A. Wender
David A. Wender (Ga. Bar No. 748117)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile:  404.853.8806
davidwender@eversheds-sutherland.com

*Proposed Counsel for the Chapter 11 Trustee*

5