**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 22-56501- JWC |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that **Eversheds Sutherland (US) LLP** ("Eversheds Sutherland") and the undersigned, proposed counsel for David A. Wender in his capacity as Chapter 11 Trustee herein, hereby enters its appearance in the above-referenced chapter 11 case pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or filed in these cases be given to and served upon the undersigned, at the address set forth below:

> EVERSHEDS SUTHERLAND (US) LLP
> 999 Peachtree Street, NE, Suite 2300
> Atlanta, GA 30309-3996
> Telephone: 404.853.8000
> Facsimile:  404.853.8806
> Attn: David A. Wender, Esq.
> 　　　Davidwender@eversheds-sutherland.com
> Nathaniel T. DeLoatch, Esq.
> 　　　Nathanieldeloatch@eversheds-sutherland.com

1

       and

       227 W Monroe St., Suite 6000
       Chicago, IL 60606
       Telephone: 312.585.8793
       Facsimile:  312.724.9322
       Attn: Erin E. Broderick, Esq.
       Erinbroderick@eversheds-sutherland.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein (collectively, the "Papers").

Dated:  October 26, 2022

Respectfully submitted,

EVERSHEDS SUTHERLAND (US) LLP

/s/ *David A. Wender*
David A. Wender (Ga. Bar. No. 748117)
Nathaniel T. DeLoatch (Ga. Bar. No. 216330)
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8000
Facsimile:  404.853.8806
Davidwender@eversheds-sutherland.com
NathanielDeLoatch@eversheds-sutherland.com

       and

Erin E. Broderick (*pro hac vice* application forthcoming)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile:  312.724.9322
Erinbroderick@eversheds-sutherland.com

*Proposed Counsel to the Chapter 11 Trustee*

2

## CERTIFICATE OF SERVICE

I certify that on October 26, 2022, I electronically filed the foregoing using the CM/ECF system which automatically will send email notification of such filing to all attorneys of record.

Dated: October 26, 2022.

Respectfully submitted,

/s/ *David A. Wender*_____
David A. Wender (Ga. Bar No. 748117)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8000
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com