**IT IS ORDERED as set forth below:**

**Date: October 27, 2022**

_____
**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**
**Signed as Revised by the Court**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- JWC |

**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO RETAIN
EVERSHEDS SUTHERLAND (US) LLP AS COUNSEL SUBJECT TO OBJECTION**

On October 26, 2022, David A. Wender, in his capacity as the Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") in the above-styled case (the "Case"), filed the Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel [Doc. No. 117] (the "Application"), seeking to employ the law firm of Eversheds Sutherland (US) LLP (the "Applicant") as counsel for the Trustee in the Case. No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a Certificate of Service attached to the Application, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and through CM/ECF on all parties who have made appearances in the Case. No further service of the Application is necessary.

The Application and accompanying Declaration of David A. Wender in Support of the Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel demonstrate preliminarily that the Applicant is a firm of attorneys qualified to practice in this Court and is disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is GRANTED, and the Trustee is authorized to employ the Applicant as his counsel during the Debtor's Chapter 11 Case, retroactive to October 19, 2022, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed, counsel for the Trustee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

**END OF DOCUMENT**

- 3 -

**Prepared and Presented by:**

EVERSHEDS SUTHERLAND (US) LLP

/s/ *David A. Wender*
David A. Wender (Ga. Bar. No. 748117)
Nathaniel T. DeLoatch (Ga. Bar. No. 216330)
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8000
Facsimile:  404.853.8806
Davidwender@eversheds-sutherland.com
NathanielDeLoatch@eversheds-sutherland.com

and

Erin E. Broderick (*pro hac vice* application forthcoming)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile:  312.724.9322
Erinbroderick@eversheds-sutherland.com

*Proposed Counsel to the Chapter 11 Trustee*

- 4 -

## **DISTRIBUTION LIST**

ALL PARTIES LISTED ON THE MAILING MATRIX FOR THIS CASE