**IT IS ORDERED as set forth below:**

**Date: October 27, 2022**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: <br><br> CUREPOINT, LLC, <br><br>   Debtor. | Chapter 11 <br><br> Case No. 22-56501- JWC |

**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO RETAIN
EVERSHEDS SUTHERLAND (US) LLP AS COUNSEL SUBJECT TO OBJECTION**

On October 26, 2022, David A. Wender, in his capacity as the Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") in the above-styled case (the "Case"), filed the Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel [Doc. No. 117] (the "Application"), seeking to employ the law firm of Eversheds Sutherland (US) LLP (the "Applicant") as counsel for the Trustee in the Case. No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a Certificate of Service attached to the Application, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and through CM/ECF on all parties who have made appearances in the Case. No further service of the Application is necessary.

The Application and accompanying Declaration of David A. Wender in Support of the Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel demonstrate preliminarily that the Applicant is a firm of attorneys qualified to practice in this Court and is disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is GRANTED, and the Trustee is authorized to employ the Applicant as his counsel during the Debtor's Chapter 11 Case, retroactive to October 19, 2022, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed, counsel for the Trustee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

**END OF DOCUMENT**

**Prepared and Presented by:**

EVERSHEDS SUTHERLAND (US) LLP

/s/ *David A. Wender*
 David A. Wender (Ga. Bar. No. 748117)
 Nathaniel T. DeLoatch (Ga. Bar. No. 216330)
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8000
Facsimile:  404.853.8806
Davidwender@eversheds-sutherland.com
NathanielDeLoatch@eversheds-sutherland.com

    and

Erin E. Broderick (*pro hac vice* application forthcoming)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile:  312.724.9322
Erinbroderick@eversheds-sutherland.com

*Proposed Counsel to the Chapter 11 Trustee*

## **DISTRIBUTION LIST**

ALL PARTIES LISTED ON THE MAILING MATRIX FOR THIS CASE

United States Bankruptcy Court

Northern District of Georgia

In re:  
Curepoint, LLC  
    Debtor

Case No. 22-56501-jwc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 4  
Date Rcvd: Oct 27, 2022      Form ID: pdf408      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curepoint, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| aty | + | Thomas M. Barton, Coles Barton LLP, Suite 100, 150 South Perry Street, Lawrenceville, GA 30046-4857 |
| tr | | Chapter 11 Trustee, c/o David A. Wender, Eversheds Sutherland (US) LLP, 999 Peachtree St., NE, # 2300, Atlanta, GA 30309-3996 |
| tr | + | David A. Wender, Chapter 11 Trustee, Eversheds Sutherland, LLP, 999 Peachtree St, NE Ste 2300, Altanta, GA 30309-4416 |
| cr | + | Mark W. McCord, 2007 Breckenridge Lane, Alpharetta, GA 30005-3409 |
| 23949746 | + | AMOA Finance LLC., 3330 Preston Ridge RD, Alpharetta, GA 30005-4508 |
| 24030313 | + | AMOA Finance, LLC, Michael F. Holbein, Smith Gambrell & Russell, LLP, 1105 W. Peachtree St., N.E., Suite 1000, Atlanta, GA 30309-3592 |
| 24011567 | + | ARROW CAPITAL SOLUTIONS, INC., 9201 EAST DRY CREEK ROAD, Englewood, CO 80112-2818 |
| 23949745 | + | Alder Opportunity LP, 300 Galleria PKWY, Atlanta, GA 30339-3153 |
| 24011565 | + | Alder Opportunity LP c/o Marna Friedman, 3405 Dallas Highway, Suite 827, Marietta, GA 30064-6429 |
| 24018372 | + | Arvest Bank, c/o Leslie M. Pineyro, 699 Piedmont Avenue NE, Atlanta, GA 30308-1400 |
| 24011569 | + | Azzure Capital, LLC, c/o REGISTERED AGENTS INC., 90 State Street Suite 700, Office 40, Albany, NY 12207-1707 |
| 24011571 | + | CHESAPEAKE BANK, 97 N. MAIN ST., Kilmarnock, VA 22482-8501 |
| 24011572 | + | CHTD COMPANY, P.O. BOX 2576, Springfield, IL 62708-2576 |
| 24011573 | + | CITY CAPITAL NY, LLC, 90 STATE STREET, SUITE 700, OFFICE 40, Albany, NY 12207-1707 |
| 23949748 | | CLG Servicing, LLC., Toms River, NJ 08753 |
| 24011575 | + | Click Capital Group, LLC, 7901 4th St N., Ste 300, Saint Petersburg, FL 33702-4399 |
| 24011576 | + | Curepoint Dublin, LLC, c/o Michael Miles, 300 Hayward Lane, Alpharetta, GA 30022-6440 |
| 24011577 | + | Eclipse Staffing, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011578 | + | First American Commercial Bancorp, Inc., 211 High Point Drive, Victor, NY 14564-1061 |
| 23949749 | + | First Liberty Building and Loan, PO Box 2567, Newnan, GA 30264-2567 |
| 24011580 | + | GEL Funding, LLC, 5308 13TH AVENUE, SUITE 324, Brooklyn, NY 11219-5198 |
| 24011583 | + | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, 200 CONNELL DRIVE, Berkeley Heights, NJ 07922-2816 |
| 24011584 | + | HI BAR CAPITAL LLC, 1825 65TH ST, Brooklyn, NY 11204-3819 |
| 24031480 | + | LaFayette State Bank, 340 West Main Street, Mayo, Florida 32066-4166 |
| 23949753 | + | Lafayette Bank, 340 West Main Street, Mayo, FL 32066-4166 |
| 24011588 | + | MEC Capital, Inc., 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011589 | + | MEC Capital, Inc. c/o Michael Miles, 300 Hayward Lane, Alpharetta, GA 30022-6440 |
| 23949754 | + | Mark McCord, 2007 Breckinridge Lane, Alpharetta, GA 30005-3409 |
| 23969958 | + | McKesson Medical-Surgical, Inc., 6651 Gate Parkway, Jacksonville, FL 32256-8075 |
| 24011590 | + | Medical Management Institute, Inc., 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011591 | + | Medical Management Institute, Inc. c/o Michael Mil, 250 Pharr Road NE, Unit 212, Atlanta, GA 30305-2271 |
| 24011592 | + | Mittere Tax & Advisory, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011593 | + | Mittere, Inc., 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011594 | + | Morris Bank, 301 Bellevue Avenue, Dublin, GA 31021-6105 |
| 23949755 | + | NFG Advance, LLC, 1308 KINGS HWY, Brooklyn, NY 11229-1904 |
| 24011598 | + | NORTH AMERICAN BANKING COMPANY, 9260 HUDSON RD, Saint Paul, MN 55125-9103 |
| 24011595 | + | Newtek Small Business Finanance c/o Corporation Se, 2 SUN COURT, Suite 400, Norcross, GA 30092-2865 |
| 24011596 | + | Newtek Small Business Finance, 4800 T-Rex Avenue, Suite 120, Boca Raton, FL 33431-4479 |
| 24023145 | + | Newtek Small Business Finance, LLC, 1981 Marcus Avenue, Suite 130, Lake Success, NY 11042-1046 |
| 24011599 | + | Northwinds Leasing, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011600 | + | Northwinds Leasing, LLC c/o Michael Miles, 300 Hayward Lane, Alpharetta, GA 30022-6440 |

| District/off: 113E-9 | User: bncadmin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf408 | Total Noticed: 69 |

| | | |
|---|---|---|
| 23982773 | + | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 23949756 | #+ | Parkview Advance, 400 Main Street, Stamford, CT 06901-3000 |
| 24011602 | + | Physician Financial Partners, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| 24011603 | + | Plexe, LLC, 6295 Greenwood Plaza Blvd, Suite 100, Greenwood Village, CO 80111-4978 |
| 23949757 | + | PointOne Capital, LLC, 90 STATE STREET, SUITE 700, Office 40, Albany, NY 12207-1707 |
| 24011605 | + | Premium Merchant Funding, LLC., 40 Wall St. 5th Floor, New York, NY 10005-1472 |
| 24011606 | + | SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL, 100 GARDEN CITY PLAZA #410, Garden City, NY 11530-3216 |
| 23949758 | + | Tom Barton, 150 South Perry Street, Suite 100, Lawrenceville, GA 30046-4857 |
| 23998410 | + | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 23949759 | + | US Bank, N.A., 6730 VIP Parkway, Syracuse , NY 13211-7326 |
| 24011610 | + | Zen Capital c/o Trevor Talbot, 602 NE 38th Street, Fort Lauderdale, FL 33334-2928 |
| 24011611 | + | Zeroholding, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 27 2022 20:18:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/Text: jessica@lafayettestatebank.com | Oct 27 2022 20:19:00 | LaFayette State Bank, 340 West Main Street, P.O. Box 108, Mayo, FL 32066-0108 |
| 23949747 | + | Email/Text: bankruptcy@arvest.com | Oct 27 2022 20:19:00 | Arvest Equipment Finance, PO Box 11110, Fort Smith, AK 72917-1110 |
| 24011568 | + | Email/Text: bankruptcy@arvest.com | Oct 27 2022 20:19:00 | Arvest Equipment Finance, PO Box 11110, Fort Smith, AR 72917-1110 |
| 23953169 | | Email/Text: bankruptcy@bhg-inc.com | Oct 27 2022 20:17:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204-201 |
| 24011570 | | Email/Text: bankruptcy@bhg-inc.com | Oct 27 2022 20:17:00 | Bankers Healthcare Group, LLC, 10234 W State Road 84, ATTN: Albert Crawford, Fort Lauderdale, FL 33324 |
| 23949751 | | Email/Text: brnotices@dor.ga.gov | Oct 27 2022 20:18:00 | Georgia Department of Revenue, ARCS - Bankruptcy 1800 Century Blvd NE,, Atlanta, GA 30345 |
| 23949750 | ^ | MEBN | Oct 27 2022 20:16:35 | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |
| 23951028 | ^ | MEBN | Oct 27 2022 20:16:36 | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 23951029 | ^ | MEBN | Oct 27 2022 20:16:36 | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 23949752 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2022 20:18:00 | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23978564 | + | Email/Text: ndlrc.legal@sba.gov | Oct 27 2022 20:18:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 24011608 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2022 20:18:00 | US Bank, N.A., 1310 Madrid Street, Marshall, MN 56258-4099 |
| 23949760 | + | Email/Text: carlissa.carson@sba.gov | Oct 27 2022 20:18:00 | US Small Business Administration, 233 Peachtree St. NE., Suite 300, Atlanta, GA 30303-1553 |
| 23951030 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 27 2022 20:18:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 15

| District/off: 113E-9 | User: bncadmin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf408 | Total Noticed: 69 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| spc | | Eversheds Sutherland(US)LLP |
| cr | *+ | Newtek Small Business Finance, LLC, 1981 Marcus Avenue, Suite 130, Lake Success, NY 11042-1046 |
| 24011566 | *+ | AMOA Finance LLC., 3330 Preston Ridge RD, Alpharetta, GA 30005-4508 |
| 24011574 | * | CLG Servicing, LLC., Toms River, NJ 08753 |
| 24011579 | *+ | First Liberty Building and Loan, PO Box 2567, Newnan, GA 30264-2567 |
| 24011582 | *P++ | GEORGIA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION, ARCS BANKRUPTCY, 1800 CENTURY BLVD NE SUITE 9100, ATLANTA GA 30345-3202, address filed with court:, Georgia Department of Revenue, ARCS - Bankruptcy 1800 Century Blvd NE,, Atlanta, GA 30345 |
| 24011581 | *+ | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |
| 24011585 | * | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24011586 | *+ | Lafayette Bank, 340 West Main Street, Mayo, FL 32066-4166 |
| 24011587 | *+ | Mark McCord, 2007 Breckinridge Lane, Alpharetta, GA 30005-3409 |
| 24011597 | *+ | NFG Advance, LLC, 1308 KINGS HWY, Brooklyn, NY 11229-1904 |
| 24011601 | *+ | Parkview Advance, 400 Main Street, Stamford, CT 06901-3000 |
| 24011604 | *+ | PointOne Capital, LLC, 90 STATE STREET, SUITE 700, Office 40, Albany, NY 12207-1707 |
| 24011607 | *+ | Tom Barton, 150 South Perry Street, Suite 100, Lawrenceville, GA 30046-4857 |
| 24011609 | *+ | US Small Business Administration, 233 Peachtree St. NE., Suite 300, Atlanta, GA 30303-1553 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P.M. Tady | on behalf of Creditor Mark W. McCord atady@colesbarton.com mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com |
| Brian P. Hall | on behalf of Creditor AMOA Finance  LLC bhall@sgrlaw.com, sgr.notifications@gmail.com |
| Caitlyn Powers | on behalf of Debtor Curepoint  LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com |
| David Wender | on behalf of Trustee Chapter 11 Trustee davidwender@eversheds-sutherland.com |
| David Wender | on behalf of Trustee David A. Wender davidwender@eversheds-sutherland.com |
| David A. Garland | on behalf of Creditor LaFayette State Bank dgarland@mcdr-law.com  dgarland@mcdr-law.com;hjohnson@mcdr-law.com |
| Francesca Macchiaverna | on behalf of Creditor Premium Merchant Funding 18 LLC fmacchiaverna@huntermaclean.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 4 of 4 |
| Date Rcvd: Oct 27, 2022 | Form ID: pdf408 | Total Noticed: 69 |

aharris@huntermaclean.com;lpadgett@huntermaclean.com

Francesca Macchiaverna
    on behalf of Creditor PointOne Capital fmacchiaverna@huntermaclean.com
    aharris@huntermaclean.com;lpadgett@huntermaclean.com

Francesca Macchiaverna
    on behalf of Creditor Diverse Capital LLC fmacchiaverna@huntermaclean.com
    aharris@huntermaclean.com;lpadgett@huntermaclean.com

Fred B. Wachter
    on behalf of Creditor First Liberty Capital Partners  LLC fbwachter@wachterlaw.com

J. Michael Levengood
    on behalf of Creditor Mark W. McCord mlevengood@levengoodlaw.com  MichaelJR68751@notify.bestcase.com

John G. McCullough
    on behalf of Creditor Newtek Small Business Finance  LLC jmccullough@aldridgepite.com

Justin M. Gillman
    on behalf of Creditor CLG Servicing  LLC jgillman@gbclawgroup.com,
    ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Leslie M. Pineyro
    on behalf of Creditor Arvest Bank lpineyro@joneswalden.com
    jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Lindsay P. S. Kolba
    on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov

Michael F. Holbein
    on behalf of Creditor AMOA Finance  LLC mholbein@sgrlaw.com

Taylor L. Dove
    on behalf of Creditor Diverse Capital LLC tdove@huntermaclean.com
    aharris@huntermaclean.com;lpadgett@huntermaclean.com

Taylor L. Dove
    on behalf of Creditor Premium Merchant Funding 18 LLC tdove@huntermaclean.com
    aharris@huntermaclean.com;lpadgett@huntermaclean.com

Taylor L. Dove
    on behalf of Creditor PointOne Capital tdove@huntermaclean.com  aharris@huntermaclean.com;lpadgett@huntermaclean.com

Todd Eugene Hennings
    thennings@maceywilensky.com  cteh11@trustesolutions.net;hcrowder@maceywilensky.com

Will B. Geer
    on behalf of Attorney ROUNTREE LEITMAN KLEIN & GEER  LLC wgeer@rlkglaw.com,
    willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;kmoore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

Will B. Geer
    on behalf of Debtor Curepoint  LLC wgeer@rlkglaw.com,
    willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;kmoore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

William A. Rountree
    on behalf of Debtor Curepoint  LLC wrountree@rlkglaw.com,
    swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com

TOTAL: 23