UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CUREPOINT, LLC. | * | Case No. 22-56501-JWC |
| Debtor | * | Chapter 11 |
| | * | |
| _____ | * | |

NOTICE OF APPEARANCE

COMES NOW MILTON D. JONES, and files this Notice of Appearance for interested party ERICH RANDOLPH, and asks that he be notified of all future matters in this case.

DATED this 8th day of November 2022.

/s/ Milton D. Jones
Attorney for Erich Randolph
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
miltondjones@comcast.net
770 899 8486

CERTIFICATE OF SERVICE

I have served the foregoing to the following persons by filing such with the ECF system of the Bankruptcy Court and further served a copy of such by 1st class mail to those listed on the attached mailing matrix.

DATED this 8th day of November 2022.

/s/ Milton D. Jones
Attorney for Erich Randolph
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
miltondjones@comcast.net
770 899 8486

```
Label Matrix for local noticing          AMOA Finance, LLC                        AMOA Finance, LLC
113E-1                                   3330 Preston Ridge RD                    Michael F. Holbein
Case 22-56501-jwc                        Alpharetta, GA 30005-4508                Smith Gambrell & Russell, LLP
Northern District of Georgia                                                      1105 W. Peachtree St., N.E., Suite 1000
Atlanta                                                                           Atlanta, GA 30309-3592
Tue Nov  8 13:14:10 EST 2022

ARROW CAPITAL SOLUTIONS, INC.            Aetna, Inc.                              Alder Opportunity LP
9201 EAST DRY CREEK ROAD                 Aaron McCollough, c/o McGuireWoods LLP   300 Galleria PKWY
Englewood, CO 80112-2818                 77 West Wacker Drive                     Atlanta, GA 30339-3153
                                         Suite 4100
                                         Chicago, IL 60601-1818


Alder Opportunity LP c/o Marna Friedman  Arvest Bank                              Arvest Equipment Finance
3405 Dallas Highway                      c/o Leslie M. Pineyro                    PO Box 11110
Suite 827                                699 Piedmont Avenue NE                   Fort Smith, AK 72917-1110
Marietta, GA 30064-6429                  Atlanta, GA 30308-1400



Arvest Equipment Finance                 Azzure Capital, LLC                      (p)BANKERS HEALTHCARE GROUP LLC
PO Box 11110                             c/o REGISTERED AGENTS INC.               ATTN BANKRUPTCY DEPT
Fort Smith, AR 72917-1110                90 State Street Suite 700, Office 40     201 SOLAR STREET
                                         Albany, NY 12207-1707                    SYRACUSE NY 13204-1425



Thomas M. Barton                         CHESAPEAKE BANK                          CHTD COMPANY
Coles Barton LLP                         97 N. MAIN ST.                           P.O. BOX 2576
Suite 100                                Kilmarnock, VA 22482-8501                Springfield, IL 62708-2576
150 South Perry Street
Lawrenceville, GA 30046-4857

CITY CAPITAL NY, LLC                     CLG Servicing, LLC.                      CLG Servicing, LLC.
90 STATE STREET, SUITE 700               Gillman, Bruton & Capone, LLC            Toms River, NJ 08753
OFFICE 40                                770 Amboy Avenue
Albany, NY 12207-1707                    Edison, NJ 08837-3224



Click Capital Group, LLC                 Curepoint Dublin, LLC                    Curepoint, LLC
7901 4th St N.                           c/o Michael Miles                        11175 Cicero Drive
Ste 300                                  300 Hayward Lane                         Suite 100
Saint Petersburg, FL 33702-4399          Alpharetta, GA 30022-6440                Alpharetta, GA 30022-1179



Taylor L. Dove                           Eclipse Staffing, LLC                    First American Commercial Bancorp, Inc.
Hunter Maclean Exley & Dunn, P.C.        11175 Cicero Drive                       211 High Point Drive
200 E. Saint Julian Street               Suite 100                                Victor, NY 14564-1061
P.O. Box 9848                            Alpharetta, GA 30022-1179
Savannah, GA 31412-0048


First Liberty Building and Loan          First Liberty Capital Partners, LLC      GEL Funding, LLC
PO Box 2567                              c/o The Wachter Law Firm                 5308 13TH AVENUE, SUITE 324
Newnan, GA 30264-2567                    106 Hammond Drive NE                     Brooklyn, NY 11219-5198
                                         Atlanta, GA 30328-4806



David A. Garland                         Will B. Geer                             Georgia Department of Labor
Moore, Clarke, DuVall & Rodgers, PC      Rountree, Leitman, Klein & Geer, LLC     148 Andrew Young Inter. Blvd
2829 Old Dawson Road                     Century Plaza I                          Room 738
PO Drawer 71727                          2987 Clairmont Road, Suite 350           Atlanta, GA 30303-1733
Albany, GA 31708-1727                    Atlanta, GA 30329-4435
```

```
(p)GEORGIA DEPARTMENT OF REVENUE          Georgia Dept. of Labor                 Georgia Dept. of Labor
COMPLIANCE DIVISION                       Suite 826                              Suite 910
ARCS BANKRUPTCY                           148 Andrew Young Inter. Blvd., NE      148 Andrew Young Inter. Blvd., NE
1800 CENTURY BLVD NE SUITE 9100           Atlanta GA 30303-1751                  Atlanta GA 30303-1751
ATLANTA GA 30345-3202


Justin M. Gillman                         HEWLETT-PACKARD FINANCIAL SERVICES COMPANY    HI BAR CAPITAL LLC
Gillman, Bruton & Capone, LLC             200 CONNELL DRIVE                      1825 65TH ST
770 Amboy Avenue                          Berkeley Heights, NJ 07922-2816        Brooklyn, NY 11204-3819
Edison, NJ 08837-3224



Brian P. Hall                             Harvey Lee Simpson, III, MD            Health Resources and Services Administration
Smith, Gambrell & Russell, LLP            500 GA Highway 22 W                    c/o Greg Bongiovanni
1105 W. Peachtree Street NE               Milledgeville, GA 31061-8122           61 Forsyth St SW, Suite 5M60 AFC
Suite 1000                                                                       Atlanta, GA 30303-8931
Atlanta, GA 30309-3592


Todd Eugene Hennings                      Michael F. Holbein                     Internal Revenue Service
Chapter 11 Subchapter V Trustee           Smith, Gambrell & Russell, LLP         P. O. Box 7346
Macey, Wilensky & Hennings, LLP           1105 West Peachtree St., N.E.          Philadelphia, PA 19101-7346
5500 Interstate North Parkway, Suite 435  Suite 1000
Sandy Springs, GA 30328-4690              Atlanta, GA 30309-3592


Internal Revenue Service                  Lindsay P. S. Kolba                    LaFayette State Bank
CIO                                       Office of the U.S. Trustee             340 West Main Street
P.O. Box 7346                             Suite 362                              P.O. Box 108
Philadelphia, PA 19101-7346               75 Ted Turner Drive, S.W.              Mayo, FL 32066-0108
                                          Atlanta, GA 30303-3330


LaFayette State Bank                      Lafayette Bank                         J. Michael Levengood
David A. Garland                          340 West Main Street                   Law Office of J. Michael Levengood, LLC
2829 Old Dawson Road                      Mayo, FL 32066-4166                    Suite 208
Albany, GA 31707-1402                                                            150 S. Perry Street
                                                                                 Lawrenceville, GA 30046-4857


MEC Capital, Inc.                         MEC Capital, Inc. c/o Michael Miles    Francesca Macchiaverna
11175 Cicero Drive                        300 Hayward Lane                       Hunter Maclean Exley & Dunn P.C.
Suite 100                                 Alpharetta, GA 30022-6440              P. O. Box 9848
Alpharetta, GA 30022-1179                                                        Savannah, GA 31412-0048


Mark McCord                               Mark W. McCord                         John G. McCullough
2007 Breckinridge Lane                    2007 Breckenridge Lane                 Aldridge Pite, LLP
Alpharetta, GA 30005-3409                 Alpharetta, GA 30005-3409              Suite 500, Fifteen Piedmont Center
                                                                                 3575 Piedmont Road, N.E.
                                                                                 Atlanta, GA 30305-1636


McKesson Medical-Surgical, Inc.           Medical Management Institute, Inc.     Medical Management Institute, Inc. c/o Micha
6651 Gate Parkway                         11175 Cicero Drive                     250 Pharr Road NE
Jacksonville, FL 32256-8075               Suite 100                              Unit 212
                                          Alpharetta, GA 30022-1179              Atlanta, GA 30305-2271


Mittere Tax & Advisory, LLC               Mittere, Inc.                          Morris Bank
11175 Cicero Drive                        11175 Cicero Drive                     301 Bellevue Avenue
Suite 100                                 Suite 100                              Dublin, GA 31021-6105
Alpharetta, GA 30022-1179                 Alpharetta, GA 30022-1179
```

```
NFG Advance, LLC                        NORTH AMERICAN BANKING COMPANY          Newtek Small Business Finanance c/o Corporat
1308 KINGS HWY                          9260 HUDSON RD                          2 SUN COURT
Brooklyn, NY 11229-1904                 Saint Paul, MN 55125-9103               Suite 400
                                                                                Norcross, GA 30092-2865


Newtek Small Business Finance           Newtek Small Business Finance, LLC      Northwinds Leasing, LLC
4800 T-Rex Avenue                       1981 Marcus Avenue, Suite 130           11175 Cicero Drive
Suite 120                               Lake Success, NY 11042-1046             Suite 100
Boca Raton, FL 33431-4479                                                       Alpharetta, GA 30022-1179


Northwinds Leasing, LLC c/o Michael Miles   ODK Capital, LLC                    Parkview Advance
300 Hayward Lane                        1400 Broadway                           400 Main Street
Alpharetta, GA 30022-6440               New York, NY 10018-5300                 Stamford, CT 06901-3000


Physician Financial Partners, LLC       Leslie M. Pineyro                       Plexe, LLC
11175 Cicero Drive                      Jones and Walden, LLC                   6295 Greenwood Plaza Blvd
Suite 100                               699 Piedmont Avenue NE                  Suite 100
Alpharetta, GA 30022-1179               Atlanta, GA 30308-1400                  Greenwood Village, CO 80111-4978


PointOne Capital, LLC                   PointOne Capital, LLC                   Caitlyn Powers
1825 65th Street                        90 STATE STREET, SUITE 700              Rountree Leitman Klein & Geer, LLC
Brooklyn, NY 11204-3819                 Office 40                               Suite 350
                                        Albany, NY 12207-1707                   2987 Clairmont Road
                                                                                Atlanta, GA 30329-4435


Premium Merchant Funding 18, LLC        Premium Merchant Funding, LLC.          William A. Rountree
55 Water Street, 50th Fl                40 Wall St. 5th Floor                   Rountree Leitman Klein & Geer, LLC
New York, NY 10041-3203                 New York, NY 10005-1472                 Century Plaza I, Suite 350
                                                                                2987 Clairmont Road
                                                                                Atlanta, GA 30329-4406


SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL  Secretary of the Treasury           Secure Capital, LLC
100 GARDEN CITY PLAZA #410              15th & Pennsylvania Avenue, NW          323 Sunny Isles Beach Blvd., Ste. 503
Garden City, NY 11530-3216              Washington, DC 20200                    Sunny Isles Beach, FL 33160


Shanna M. Kaminski                      Aaron P.M. Tady                         Tom Barton
P.O. Box 247                            Coles Barton LLP                        150 South Perry Street
Grass Lake, MI 49240-0247               Suite 100                               Suite 100
                                        150 South Perry Street                  Lawrenceville, GA 30046-4857
                                        Lawrenceville, GA 30046-4857


U. S. Securities and Exchange Commission    U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi  U.S. Small Business Administration
Office of Reorganization                1310 Madrid Street                      200 West Santa Ana Blvd., Ste 740
Suite 900                               Marshall, MN 56258-4099                 Santa Ana, CA 92701-7534
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382


US Bank, N.A.                           US Bank, N.A.                           US Small Business Administration
1310 Madrid Street                      6730 VIP Parkway                        233 Peachtree St. NE., Suite 300
Marshall, MN 56258-4099                 Syracuse , NY 13211-7326                Atlanta, GA 30303-1553
```

| | | |
|---|---|---|
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Fred B. Wachter<br>The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 |
| David Wender<br>Eversheds Sutherland (US) LLP<br>Suite 2300<br>999 Peachtree St., NE<br>Atlanta, GA 30309-3996 | David A. Wender<br>Chapter 11 Trustee<br>Eversheds Sutherland, LLP<br>999 Peachtree St, NE Ste 2300<br>Altanta, GA 30309-4416 | Zen Capital c/o Trevor Talbot<br>602 NE 38th Street<br>Fort Lauderdale, FL 33334-2928 |
| Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | | |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>10234 W State Road 84<br>ATTN: Albert Crawford<br>Fort Lauderdale, FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204-201 | Georgia Department of Revenue<br>ARCS - Bankruptcy 1800 Century Blvd NE,<br>Atlanta, GA 30345 |

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMOA Finance, LLC | (u)Arvest Bank | (u)CLG Servicing, LLC |
| (u)Diverse Capital LLC | (u)Eversheds Sutherland(US)LLP | (u)First Liberty Capital Partners, LLC |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue,Suite 130<br>Lake Success, NY 11042-1046 | (u)PointOne Capital | (u)Premium Merchant Funding 18 LLC |
| (u)ROUNTREE LEITMAN KLEIN & GEER, LLC | End of Label Matrix<br>Mailable recipients     96<br>Bypassed recipients     10<br>Total                   106 | |