IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUREPOINT, LLC | )  CHAPTER 11 BANKRUPTCY |
| | )  CASE NO. 22-56501-JWC |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES UNDER RULE 2002

Pursuant to Bankruptcy Rule 9010(b), Brian J. Malcom of the law firm Waller Lansden Dortch & Davis, LLP, whose office address and telephone number appear below, hereby authorizes you to enter an appearance on his behalf, as attorney for Radiation Business Solutions, Inc., a creditor in the above-styled and numbered proceeding, and to do all that is necessary in connection therewith.

Further, pursuant to Bankruptcy Rule 2002, Radiation Business Solutions, Inc. requests that it be served with all notices required by Bankruptcy Rule 2002 and that all such notices be served upon it through its undersigned attorney, addressed as follows:

>Brian J. Malcom
>WALLER LANSDEN DORTCH & DAVIS, LLP
>1901 6th Avenue North, Suite 1400
>Birmingham, Alabama 35203
>Brian.malcom@wallerlaw.com

Dated: November 14th, 2022

>Respectfully submitted,
>
>/s/ Brian J. Malcom
>Brian J. Malcom (GA Bar No. 512076)
>WALLER LANSDEN
>DORTCH & DAVIS, LLP

4850-2129-0977.1

1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

*Attorney for Radiation Business Solutions, Inc.*

4850-2129-0977.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUREPOINT, LLC | ) CHAPTER 11 BANKRUPTCY |
| | ) CASE NO. 22-56501-JWC |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served a copy of the foregoing Notice of Appearance and Request for All Notices Under Rule 2002 by electronic service through CM/ECF and/or by depositing a copy in the US Mail to assure delivery to the persons or entities shown on Exhibit "A".

This 14th day of November, 2022.

/s/ Brian J. Malcom
OF COUNSEL

4850-2129-0977.1

# EXHIBIT A

4850-2129-0977.1

```
Label Matrix for local noticing          AMOA Finance LLC.                         AMOA Finance, LLC
113E-1                                   3330 Preston Ridge RD                     Michael F. Holbein
Case 22-56501-jwc                        Alpharetta, GA 30005-4508                 Smith Gambrell & Russell, LLP
Northern District of Georgia                                                       1105 W. Peachtree St., N.E., Suite 1000
Atlanta                                                                            Atlanta, GA 30309-3592
Mon Nov 14 17:52:46 EST 2022

ARROW CAPITAL SOLUTIONS, INC.            Aetna, Inc.                               Alder Opportunity LP
9201 EAST DRY CREEK ROAD                 Aaron McCollough, c/o McGuireWoods LLP    300 Galleria PKWY
Englewood, CO 80112-2818                 77 West Wacker Drive                      Atlanta, GA 30339-3153
                                         Suite 4100
                                         Chicago, IL 60601-1818


Alder Opportunity LP c/o Marna Friedman  Arvest Bank                               Arvest Equipment Finance
3405 Dallas Highway                      c/o Leslie M. Pineyro                     PO Box 11110
Suite 827                                699 Piedmont Avenue NE                    Fort Smith, AK 72917-1110
Marietta, GA 30064-6429                  Atlanta, GA 30308-1400


Arvest Equipment Finance                 Azzure Capital, LLC                       (p)BANKERS HEALTHCARE GROUP LLC
PO Box 11110                             c/o REGISTERED AGENTS INC.                ATTN BANKRUPTCY DEPT
Fort Smith, AR 72917-1110                90 State Street Suite 700, Office 40      201 SOLAR STREET
                                         Albany, NY 12207-1707                     SYRACUSE NY 13204-1425


Thomas M. Barton                         CHESAPEAKE BANK                           CHTD COMPANY
Coles Barton LLP                         97 N. MAIN ST.                            P.O. BOX 2576
Suite 100                                Kilmarnock, VA 22482-8501                 Springfield, IL 62708-2576
150 South Perry Street
Lawrenceville, GA 30046-4857


CITY CAPITAL NY, LLC                     CLG Servicing, LLC.                       CLG Servicing, LLC.
90 STATE STREET, SUITE 700               Gillman, Bruton & Capone, LLC             Toms River, NJ 08753
OFFICE 40                                770 Amboy Avenue
Albany, NY 12207-1707                    Edison, NJ 08837-3224


Click Capital Group, LLC                 Curepoint Dublin, LLC                     Curepoint, LLC
7901 4th St N.                           c/o Michael Miles                         11175 Cicero Drive
Ste 300                                  300 Hayward Lane                          Suite 100
Saint Petersburg, FL 33702-4399          Alpharetta, GA 30022-6440                 Alpharetta, GA 30022-1179


Nathaniel DeLoatch                       Taylor L. Dove                            Eclipse Staffing, LLC
Eversheds Sutherland (US) LLP            Hunter Maclean Exley & Dunn, P.C.         11175 Cicero Drive
Suite 2300                               200 E. Saint Julian Street                Suite 100
999 Peachtree St. NE                     P.O. Box 9848                             Alpharetta, GA 30022-1179
Atlanta, GA 30309-4416                   Savannah, GA 31412-0048


First American Commercial Bancorp, Inc.  First Liberty Building and Loan           First Liberty Capital Partners, LLC
211 High Point Drive                     PO Box 2567                               c/o The Wachter Law Firm
Victor, NY 14564-1061                    Newnan, GA 30264-2567                     106 Hammond Drive NE
                                                                                   Atlanta, GA 30328-4806


GEL Funding, LLC                         David A. Garland                          Will B. Geer
5308 13TH AVENUE, SUITE 324              Moore, Clarke, DuVall & Rodgers, PC       Rountree, Leitman, Klein & Geer, LLC
Brooklyn, NY 11219-5198                  2829 Old Dawson Road                      Century Plaza I
                                         PO Drawer 71727                           2987 Clairmont Road, Suite 350
                                         Albany, GA 31708-1727                     Atlanta, GA 30329-4435
```

| | | |
|---|---|---|
| Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA 30303-1733 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 |
| Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Justin M. Gillman<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837-3224 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>200 CONNELL DRIVE<br>Berkeley Heights, NJ 07922-2816 |
| HI BAR CAPITAL LLC<br>1825 65TH ST<br>Brooklyn, NY 11204-3819 | Brian P. Hall<br>Smith, Gambrell & Russell, LLP<br>1105 W. Peachtree Street NE<br>Suite 1000<br>Atlanta, GA 30309-3592 | Harvey Lee Simpson, III, MD<br>500 GA Highway 22 W<br>Milledgeville, GA 31061-8122 |
| Health Resources and Services Administration<br>c/o Greg Bongiovanni<br>61 Forsyth St SW, Suite 5M60 AFC<br>Atlanta, GA 30303-8931 | Todd Eugene Hennings<br>Chapter 11 Subchapter V Trustee<br>Macey, Wilensky & Hennings, LLP<br>5500 Interstate North Parkway, Suite 435<br>Sandy Springs, GA 30328-4690 | Michael F. Holbein<br>Smith, Gambrell & Russell, LLP<br>1105 West Peachtree St., N.E.<br>Suite 1000<br>Atlanta, GA 30309-3592 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>CIO<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Milton D. Jones<br>Milton D. Jones, Attorney<br>12252 Styron Drive<br>Hampton, GA 30228-4066 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | LaFayette State Bank<br>340 West Main Street<br>P.O. Box 108<br>Mayo, FL 32066-0108 | LaFayette State Bank<br>David A. Garland<br>2829 Old Dawson Road<br>Albany, GA 31707-1402 |
| Lafayette Bank<br>340 West Main Street<br>Mayo, FL 32066-4166 | J. Michael Levengood<br>Law Office of J. Michael Levengood, LLC<br>Suite 208<br>150 S. Perry Street<br>Lawrenceville, GA 30046-4857 | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |
| MEC Capital, Inc. c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>P. O. Box 9848<br>Savannah, GA 31412-0048 | Mark McCord<br>2007 Breckinridge Lane<br>Alpharetta, GA 30005-3409 |
| Mark W. McCord<br>2007 Breckenridge Lane<br>Alpharetta, GA 30005-3409 | John G. McCullough<br>Aldridge Pite, LLP<br>Suite 500, Fifteen Piedmont Center<br>3575 Piedmont Road, N.E.<br>Atlanta, GA 30305-1636 | McKesson Medical-Surgical, Inc.<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 |
| Medical Management Institute, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Medical Management Institute, Inc. c/o Micha<br>250 Pharr Road NE<br>Unit 212<br>Atlanta, GA 30305-2271 | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |

| | | |
|---|---|---|
| Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Morris Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021-6105 | NFG Advance, LLC<br>1308 KINGS HWY<br>Brooklyn, NY 11229-1904 |
| NORTH AMERICAN BANKING COMPANY<br>9260 HUDSON RD<br>Saint Paul, MN 55125-9103 | Newtek Small Business Finanance c/o Corporat<br>2 SUN COURT<br>Suite 400<br>Norcross, GA 30092-2865 | Newtek Small Business Finance<br>4800 T-Rex Avenue<br>Suite 120<br>Boca Raton, FL 33431-4479 |
| Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | Northwinds Leasing, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Northwinds Leasing, LLC c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 |
| ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | Parkview Advance<br>400 Main Street<br>Stamford, CT 06901-3000 | Physician Financial Partners, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |
| Leslie M. Pineyro<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 | Plexe, LLC<br>6295 Greenwood Plaza Blvd<br>Suite 100<br>Greenwood Village, CO 80111-4978 | PointOne Capital, LLC<br>1825 65th Street<br>Brooklyn, NY 11204-3819 |
| PointOne Capital, LLC<br>90 STATE STREET, SUITE 700<br>Office 40<br>Albany, NY 12207-1707 | Caitlyn Powers<br>Rountree Leitman Klein & Geer, LLC<br>Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4435 | Premium Merchant Funding 18, LLC<br>55 Water Street, 50th Fl<br>New York, NY 10041-3203 |
| Premium Merchant Funding, LLC.<br>40 Wall St. 5th Floor<br>New York, NY 10005-1472 | Erich G. Randolph<br>159 The Prado N.E.<br>Atlanta, GA 30309-3327 | William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4406 |
| SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL<br>100 GARDEN CITY PLAZA #410<br>Garden City, NY 11530-3216 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Secure Capital, LLC<br>323 Sunny Isles Beach Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Aaron P.M. Tady<br>Coles Barton LLP<br>Suite 100<br>150 South Perry Street<br>Lawrenceville, GA 30046-4857 | Tom Barton<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046-4857 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |

US Bank, N.A.
1310 Madrid Street
Marshall, MN 56258-4099

US Bank, N.A.
6730 VIP Parkway
Syracuse , NY 13211-7326

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303-1553


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Fred B. Wachter
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806


David Wender
Eversheds Sutherland (US) LLP
Suite 2300
999 Peachtree St., NE
Atlanta, GA 30309-3996

David A. Wender
Chapter 11 Trustee
Eversheds Sutherland, LLP
999 Peachtree St, NE Ste 2300
Altanta, GA 30309-4416

Zen Capital c/o Trevor Talbot
602 NE 38th Street
Fort Lauderdale, FL 33334-2928


Zeroholding, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022-1179


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bankers Healthcare Group, LLC
10234 W State Road 84
ATTN: Albert Crawford
Fort Lauderdale, FL 33324

(d)Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204-201

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE,
Atlanta, GA 30345


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AMOA Finance, LLC

(u)Arvest Bank

(u)CLG Servicing, LLC


(u)Diverse Capital LLC

(u)Eversheds Sutherland(US)LLP

(u)First Liberty Capital Partners, LLC


(d)Newtek Small Business Finance, LLC
1981 Marcus Avenue,Suite 130
Lake Success, NY 11042-1046

(u)PointOne Capital

(u)Premium Merchant Funding 18 LLC