**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- JWC |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2022, I caused to be electronically filed the *Application of Chapter 11 Trustee to Retain Investment Banker Effective as of November 1, 2022* [Doc. No. 130] using the CM/ECF system which automatically sent email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

I further certify that on November 14, 2022, I caused the same to be served via First Class Mail, postage prepaid, on the parties listed on the attached service list.

Dated:  November 15, 2022

Respectfully submitted,

/s/ _Nathaniel T. DeLoatch_
Nathaniel T. DeLoatch
(Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-
sutherland.com

*Proposed Counsel for the Chapter 11
Trustee*

**<u>Service List</u>**

3333 Old Milton Hyperbaric, LLC
3333 Old Milton Parkway, Suite 360
Alpharetta, GA 30005

3333 Physical Therapy, LLC
3333 Old Milton Parkway Suite 180
Alpharetta, GA 30005

ACS Cleaning Services LLC
1509 Telfair Street
Dublin, GA 31021

Aetna, Inc. (Attn: Aaron McCollough)
c/o McGuireWoods LLP
77 West Wacker Drive Suite 4100
Chicago, IL 60601-1818

Aire Serv of Dublin, GA
1804 Academy Avenue
Dublin, GA 31021

Alder Opportunity LP
300 Galleria PKWY, #600
Atlanta, GA 30339

Alder Opportunity LP c/o Marna Friedman
3405 Dallas Highway, Suite 827
Marietta, GA 30064-6429

Aldridge Pite, LLP (Attn: John G. McCullough )
Suite 500, Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Atlanta, GA 30305-1636

Alexander's Office Center
517 Academy Ave
Dublin, GA 31021

Alpha Medical Physics, LLC
4025 Brooksview Rd
Lenoir City, TN 37772

**Alpharetta Weightloss & Counseling, LLC**
**3333 Old Milton Parkway, Suite 200**
**Alpharetta, GA 30005**

**AM Terminal Holding, LLC**
**189 American Grain St**
**East Saint Louis, IL 62206**

**AMOA Finance LLC.**
**3330 Preston Ridge RD**
**Alpharetta, GA 30005**

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E.**
**Suite 1000**
**Atlanta, GA  30309-3592**

**AOA Cares Inc.**
**3330 PRESTON RIDGE ROAD, Suite 300**
**Alpharetta, GA 30005**

**AOA-AMC, LLC**
**3330 Preston Ridge Road Suite 300**
**Alpharetta, GA 30005**

**ARROW CAPITAL SOLUTIONS, INC.**
**9201 EAST DRY CREEK ROAD**
**Englewood, CO 80112-2818**

**Arvest Bank c/o Leslie M. Pineyro**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308-1400**

**Arvest Equipment Finance**
**PO Box 11110**
**Fort Smith, AR 72917-1110**

**Azzure Capital, LLC**
**c/o REGISTERED AGENTS INC.**
**90 State Street Suite 700, Office 40**
**Albany, NY 12207-1707**

**BANKERS HEALTHCARE GROUP LLC**
**(ATTN: BANKRUPTCY DEPT)**
**201 SOLAR STREET**
**SYRACUSE, NY 13204-1425**

**Bankers Healthcare Group, LLC**
**Attn:  Bankruptcy Dept**
**201 Solar Street**
**Syracuse, NY 13204-201**

**Bankers Healthcare Group, LLC**
**(ATTN: Albert Crawford)**
**10234 W State Road 84**
**Fort Lauderdale, FL 33324**

**Brown Business Development, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**CHESAPEAKE BANK**
**97 N. MAIN ST.**
**Kilmarnock, VA 22482-8501**

**CHTD COMPANY**
**P.O. BOX 2576**
**Springfield, IL 62708-2576**

**Cigna HealthCare of Georgia, Inc.**
**(Attn: Director of Provider Contracting)**
**3500 Piedmont Road, Suite 200**
**Atlanta, GA 30305**

**CITI CAPITAL NY, LLC**
**90 STATE STREET, SUITE 700, OFFICE 40**
**Albany, NY 12207-1707**

**City of Atlanta Fund, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**CLG Servicing, LLC**
**Gillman, Bruton& Capone, LLC**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Click Capital Group, LLC**
**7901 4th St N., Ste 300**
**Saint Petersburg, FL 33702-4399**

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
**Suite 100, 150 South Perry Street**
**Lawrenceville, GA 30046-4857**

**Coles Barton LLP (Attn: Thomas M. Barton)**
**150 South Perry Street, Suite 100**
**Lawrenceville, GA 30046-4857**

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**Culhane Meadows PLLC**
**3330 Cumberland Blvd SE #500**
**Atlanta, GA 30339**

**Curepoint Dublin, LLC (c/o Michael Miles)**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Curepoint LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022-1179**

**Diverse Capital LLC**
**750 Main Street Suite 906**
**Hartford, CT 6103**

**Dooley Investment Holdings**
**1071 Ridge Pointe**
**Athens, GA 30606**

**DTL Investments, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Dublin Construction Co.**
**305 S Washintong St**
**Dublin, GA 31021**

**Eclipse Advisors, LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022**

**Eclipse Staffing, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Elekta, Inc.**
**400 Perimeter Center Ter NE, Ste. 50**
**Atlanta, GA 30346**

**Eversheds Sutherland (US) LLP (Attn: David Wender)**
**Suite 2300, 999 Peachtree St., NE**
**Atlanta, GA 30309-3996**

**Eversheds Sutherland, LLP (Attn: David A. Wender, Chapter 11 Trustee)**
**999 Peachtree St, NE Ste 2300**
**Altanta, GA 30309-4416**

**Eyewonder, Inc.**
**191 Peachtree ST NE**
**Atlanta, GA 30303-1740**

**First American Commercial Bancorp, Inc.**
**211 High Point Drive**
**Victor, NY 14564-1061**

**First Liberty Building and Loan**
**PO Box 2567**
**Newnan, GA 30264-2567**

**First Liberty Capital Partners, LLC**
**c/o The Wachter Law Firm**
**106 Hammond Drive NE**
**Atlanta, GA 30328-4806**

**GEL Funding, LLC**
**5308 13TH AVENUE, SUITE 324**
**Brooklyn, NY 11219-5198**

**Georgia Department of Labor**
**148 Andrew Young Inter. Blvd Room 738**
**Atlanta, GA 30303-1733**

**Georgia Department of Revenue**
**ARCS – Bankruptcy**
**1800 Century Blvd NE**
**Atlanta, GA 30345**

**Georgia Department of Revenue**
**ARCS – Bankruptcy**
**1800 Century Blvd NE, Suite 9100**
**Atlanta, GA 30345**

**Georgia Department of Revenue**
**ARCS – Bankruptcy**
**1800 Century Blvd NE, Suite 1900**
**Atlanta, GA 30345**

**Georgia Department of Revenue**
**Compliance Division**
**ARCS Bankruptcy**
**1800 Century Blvd NE, Suite 9100**
**Atlanta, GA 30345-3202**

**Georgia Dept. of Labor**
**Suite 826**
**148 Andrew Young Inter. Blvd., NE**
**Atlanta, GA 30303-1751**

**Georgia Dept. of Labor**
**Suite 910**
**148 Andrew Young Inter. Blvd., NE**
**Atlanta, GA 30303-1751**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

Gillman, Bruton & Capone, LLC
(Attn: Justin M. Gillman)
770 Amboy Avenue
Edison, NJ 08837-3224

Glass Doctor- Dublin
109 S. Union St
Dublin, GA 31021

Hangers Cleaners
1101-A Hillcrest Pkwy
Dublin, GA 31021

Harvey Lee Simpson, III, MD
500 GA Highway 22 W
Milledgeville, GA 31061-8122

Health Resources and Services Administration
c/o Greg Bongiovanni
61 Forsyth St SW, Suite 5M60 AFC
Atlanta, GA 30303-8931

Hewlett-Packard Financial Services Company
200 Connell Drive
Berkeley Heights, NJ 07922-2816

HI BAR CAPITAL LLC
1825 65TH ST
Brooklyn, NY 11204-3819

HST, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Hunter Maclean Exley & Dunn P.C.
(Attn: Francesca Macchiaverna)
P. O. Box 9848
Savannah, GA 31412-0048

**Hunter Maclean Exley & Dunn, P.C.**
**(Attn: Taylor L. Dove)**
**200 E. Saint Julian Street, P.O. Box 9848**
**Savannah, GA 31412-0048**

**IBS of America**
**3732 Profit Way**
**Chesapeake, VA 23323**

**IBS Solutions, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Innovative Business Practices, Inc.**
**11175 Cicero Drive**
**Alpharetta, GA 30022**

**Innovatum Capital Partners , LLC**
**4590 Macarthur Blvd Ste 500**
**Newport Beach, CA 92660**

**Innovatum Capital Partners LLC**
**1664 Tustin Avenue**
**West Covina, CA 92627**

**Intelligent Network Solutions, Inc.**
**11175 CiceroDrive STE 100**
**Alpharetta, GA 30022**

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service, CIO**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**James Seward**
**1101 Hillcrest Pkwy Suite 103**
**Dublin, GA 31021**

**JCFJR Holdings, LLC**
**24 Drayton St., Suite 213**
**Savannah, GA 31401**

**Jeri L. Miller**
**236 Ridge Circle**
**Dublin, GA 31021**

**Jones and Walden, LLC**
**(Attn: Leslie M. Pineyro)**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308-1400**

**Junior Raiders Baseball, Inc.**
**PO Box 3206**
**Alpharetta, GA 30023-3206**

**Kinetic Subsidiary, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Knowledge Republic Holdings, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Lafayette Bank**
**340 West Main Street**
**Mayo, FL 32066-4166**

**LaFayette State Bank**
**340 West Main Street**
**P.O. Box 108**
**Mayo, FL 32066-0108**

**LaFayette State Bank**
**(Attn: David A. Garland)**
**2829 Old Dawson Road**
**Albany, GA 31707-1402**

**Landauer**
**2 Science Road**
**Glenwood, IL 60425**

Law Office of J. Michael Levengood, LLC
(Attn: J. Michael Levengood)
Suite 208, 150 S. Perry Street
Lawrenceville, GA 30046-4857

Lori Miles
300 Hayward Lane
Alpharetta, GA 30022

Los Locos Amigos Cantina, LLC
1030 BROADWAY
Columbus, GA 31901

Macey, Wilensky & Hennings, LLP
(Attn: Todd Eugene Hennings, Chapter 11
Subchapter V Trustee)
5500 Interstate North Parkway, Suite 435
Sandy Springs, GA 30328-4690

Mark McCord
2007 Breckinridge Lane
Alpharetta, GA 30005-3409

Mark Miles
12720 N Douglas Blvd
Jones, OK 73049

Mark W. McCord
2007 Breckenridge Lane
Alpharetta, GA 30005-3409

McKesson Medical-Surgical, Inc.
6651 Gate Parkway
Jacksonville, FL 32256-8075

MEC Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MEC Capital, Inc.
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**Medical Management Institute**
**3180 MATHIESON DR UNIT 712**
**Alpharetta, GA 30022**

**Medical Management Institute, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Medical Management Institute, Inc.**
**c/o Micha**
**250 Pharr Road NE Unit 212**
**Atlanta, GA 30305-2271**

**Medical Management Institute, Inc.**
**c/o Michael Miles**
**250 Pharr Road NE, Unit 212**
**Atlanta, GA 30305**

**Medicus IT, LLC (Attn: Chris Jann)**
**100 North Point Center East, Suite 150**
**Alpharetta, GA 30022**

**Michael Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Middle Georgia Business Products**
**909 Hillcrest Parkway Ste. C**
**Dublin, GA 31021**

**Mills Floral Co.**
**4550 PEACHTREE LAKES DR**
**Duluth, GA 30096-3092**

**Milner**
**5125 Peachtree Industrial Blvd**
**Norcross, GA 30092**

**Milo Sussex, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

Milo Sussex, LLC
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

Mittere Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Mittere Tax & Advisory, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

Mittere, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MMI Educational Technologies, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Moore, Clarke, DuVall & Rodgers, PC
(Attn: David A. Garland)
2829 Old Dawson Road
PO Drawer 71727
Albany, GA 31708-1727

Morris Bank
301 Bellevue Avenue
Dublin, GA 31021-6105

Morris Bank
301 Bellevue Avenue
Dublin, GA 31040-0520

MRT Acquisition, LLC
2813 HIGHWAY 64
Apex, NC 27502

Newtek Small Business Finance
c/o Corporation Service Company
2 SUN COURT, Suite 400
Norcross, GA 30092-2865

Newtek Small Business Finance
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431-4479

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229-1904

NORTH AMERICAN BANKING COMPANY
9260 HUDSON RD
Saint Paul, MN 55125-9103

Northwinds Leasing, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

Northwinds Leasing, LLC
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

Office of the U.S. Trustee
(Attn: Lindsay P. S. Kolba )
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

OnDeck Capital
1400 Broadway
New York, New York 10018

Parkview Advance
400 Main Street
Stamford, CT 06901-3000

**Phillip Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Phillips Healthcare**
**13560 Morris Rd**
**Alpharetta, GA 30004**

**Physician Financial Partners, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Pineland Telephone Cooperative, Inc.**
**30 S Rountree St**
**Metter, GA 30439**

**Pitney Bowes Global Financial Services LLC**
**3001 Summer Street**
**Stamford, CT 6926**

**Plexe, LLC**
**6295 Greenwood Plaza Blvd Suite 100**
**Greenwood Village, CO 80111-4978**

**PointOne Capital, LLC**
**1825 65th Street**
**Brooklyn, NY 11204-3819**

**PointOne Capital, LLC**
**90 STATE STREET, SUITE 700**
**Office 40**
**Albany, NY 12207-1707**

**Premier Imaging Medical Systems, Inc.**
**100 North Ave NE**
**Rome, GA 30161**

**Premium Merchant Funding 18, LLC**
**55 Water Street, 50th FL**
**New York, NY 10041-3203**

**Premium Merchant Funding, LLC**
**40 Wall St. 5th Floor**
**New York, NY 10005-1472**

**PRSOG LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022**

**Qfix**
**440 Church Road**
**Avondale, PA 19311**

**Quench USA, Inc**
**630 Allendale Rd, Ste. 200**
**King of Prussia, PA 19406**

**Radiation Business Solutions, Inc.**
**1044 Jackson Felts Rd**
**Joelton, TN 37080**

**RJJ Capital, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**RJJ Capital, Inc.**
**2757 GROVE ST NE**
**Atlanta, GA 30319**

**Rountree Leitman Klein & Geer, LLC**
**(Attn: Caitlyn Powers)**
**Suite 350, 2987 Clairmont Road**
**Atlanta, GA 30329-4435**

**Rountree Leitman Klein & Geer, LLC**
**(Attn: William A. Rountree)**
**Century Plaza I, Suite 350, 2987 Clairmont Road**
**Atlanta, GA 30329-4406**

**Rountree, Leitman, Klein & Geer, LLC**
**(Attn: Will B. Geer )**
**Century Plaza I, 2987 Clairmont Road, Suite 350**
**Atlanta, GA 30329-4435**

RS&A, Inc
465 Forum Parkway
Rural Hall, NC 27045

Schorr Line Enterprises, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Secure Capital, LLC
323 Sunny Isles Beach Blvd., Ste. 503
Sunny Isles Beach, FL 33160

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Smith Gambrell & Russell, LLP
1105 W. Peachtree St., N.E., Suite 1000
Atlanta, GA 30309-3592

Smith, Gambrell & Russell, LLP
(Attn: Brian P. Hall)
1105 W. Peachtree Street NE Suite 1000
Atlanta, GA 30309-3592

Smith, Gambrell & Russell, LLP
(Attn: Michael F. Holbein)
1105 West Peachtree St., N.E. Suite 1000
Atlanta, GA 30309-3592

SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL
100 GARDEN CITY PLAZA #410
Garden City, NY 11530-3216

Stericycle, Inc.
2355 Waukegan Rd
Bannockburn, IL 60015

**Sterling Capital Group, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Sun Nuclear Corporation**
**3275 Suntree Blvd.**
**Melbourne, FL 32940**

**The Locklear Company**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**The Locklear Company**
**3180 Mathieson Drive Suite 712**
**Atlanta, GA 30305**

**The Wachter Law Firm (Attn: Fred B. Wachter)**
**106 Hammond Drive NE**
**Atlanta, GA 30328-4806**

**Thomas M. Barton**
**Coles Barton LLP**
**150 South Perry Street Suite 100**
**Lawrenceville, GA 30046-4857**

**U. S. Securities and Exchange Commission**
**Office of Reorganization**
**Suite 900**
**950 East Paces Ferry Road, NE**
**Atlanta, GA 30326-1382**

**U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi**
**1310 Madrid Street**
**Marshall, MN 56258-4099**

**U.S. Small Business Administration**
**200 West Santa Ana Blvd., Ste 740**
**Santa Ana, CA 92701-7534**

**United States Attorney**
**Northern District of Georgia**
**75 Ted Turner Drive SW, Suite 600**
**Atlanta, GA 30303-3309**

**United States Trustee**
**362 Richard Russell Federal Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3315**

**US Bank, N.A.**
**1310 Madrid Street**
**Marshall, MN 56258-4099**

**US Bank, N.A.**
**6730 VIP Parkway**
**Syracuse, NY 13211-7326**

**US Small Business Administration**
**233 Peachtree St. NE., Suite 300**
**Atlanta, GA 30303-1553**

**Wallace Family Enterprise, LLC**
**421 NW 13th Street Suite 210**
**Oklahoma City, OK 73103**

**Water Machine, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**World Business Solutions**
**1801 NE 123rd St. STE 314, North**
**North Miami, FL 33181**

**Z.E.R.O. Holding Co., LLC**
**2132 JACKSON PKWY**
**Atlanta, GA 30318**

**Zen Capital**
**3131 NE 7th**
**Miami, FL 33137**

**Zen Capital c/o Trevor Talbot**
**602 NE 38th Street**
**Fort Lauderdale, FL 33334-2928**

**Zeroholding LLC d/b/a Zeroholding OKC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding LLC d/b/a Zerorez**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**ZFS Inc.**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Huntsville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Nashville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Oklahoma**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**