UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 22-56501-JWC |
| Curepoint, LLC. | Chapter 11 |
| Debtor. | Judge Jeffery W. Cavender |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that United States Attorney, Ryan K. Buchanan,
through Assistant United States Attorney **VIVIEON KELLY JONES**, hereby
enters an appearance, pursuant to Fed. R. Bankr. P. 2002, BLR 9010-4, and other
applicable rules, on behalf of the United States of America, by and through its
agency the Small Business Administration ("**SBA**"), in the above-styled case and
requests that all notices given or required to be given in this case, and all papers
served or required to be served in this case, be given and served upon:

> Vivieon Kelly Jones
> ASSISTANT U.S. ATTORNEY
> United States Attorney's Office
> 75 Ted Turner Drive SW, Suite 600
> Atlanta, Georgia 30303
> Telephone: (404) 581-6312
> Facsimile: (404) 581-6151
> E-mail: vivieon.jones@usdoj.gov

The filing of this Notice of Appearance, and any subsequent filing, shall not waive **SBA's**: (1) right to have final orders on non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, interests, liens, actions, defenses, set-offs, or recoupments to which **SBA** is or may be entitled under agreements, in law or in equity, all of which rights, claims, interests, liens, actions, defenses, set-offs, and recoupments **SBA** expressly reserves.

Dated: November 16, 2022.                    Respectfully submitted,

Ryan K. Buchanan
UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
VIVIEON K. JONES
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
E-mail: Vivieon.jones@usdoj.gov
*Counsel for the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on November 16, 2022 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 16, 2022.

Ryan K. Buchanan
UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
VIVIEON K. JONES
Assistant U.S. Attorney