**Curepoint LLC**
**AP Aging**
**As of 30 September, 2022**

**Total Amount Due**       $            61,973.89

| Vendor | Invoice Date | Amount Due |
|---|---|---|
| Aire Serv of Dublin, GA | 8/29/2022 | 5,176.54 |
| ACS Cleaning Services, LLC | 9/1/2022 | 1,080.00 |
| Hangers Cleaners | 9/30/2022 | 268.50 |
| Middle GA Mechanical Heating & Air | 8/22/2022 | 110.00 |
| Hangers Cleaners | 8/31/2022 | 131.00 |
| Dublin-Laurens Chamber of Commerce | 9/21/2022 | 20.00 |
| Stericycle | 9/1/2022 | 49.14 |
| Milner | 9/27/2022 | 100.00 |
| Shred-cycle, Inc. | 9/7/2022 | 40.00 |
| MedicusIT | 9/23/2022 | 226.80 |
| AmTrust North America | 9/30/2022 | 698.50 |
| Philips Healthcare | 9/22/2022 | 3,285.00 |
| Philips Healthcare | 9/22/2022 | 3,285.00 |
| Philips Healthcare | 9/28/2022 | 3,285.00 |
| Radiation Business Solutions | 9/30/2022 | 21,776.59 |
| Alpha Medical Physics | 8/25/2022 | 12,500.00 |
| Philips Healthcare | 9/22/2022 | 3,285.00 |
| Philips Healthcare | 9/22/2022 | 3,285.00 |
| Philips Healthcare | 9/22/2022 | 3,285.00 |
| Pitney Bowes | 9/4/2022 | 86.82 |