P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

## Statement of Account

| | |
|---|---|
| Last statement: | August 31, 2022 |
| This statement: | September 30, 2022 |

Total days in statement period: 30

Page    1 of 7

Direct inquiries to:
888-796-6887

CUREPOINT LLC
LOCK BOX ACCOUNT
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ████-843-1 | $232,782.86 |

## Commercial Checking          Account Number 101-198-843-1

| | | | |
|---|---|---|---|
| Beginning balance | 69,511.51 | | |
| Deposits/Credits | 410,911.31 | Low balance | 75,365.81 |
| Withdrawals/Debits | 247,639.96 | Average balance | 148,980.62 |
| Ending balance | 232,782.86 | Average collected balance | 148,980.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-02 | Transfer | REF 2450917L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 27,000.00 |
| 09-02 | Preauthorized Wd | MERCHANT SERVICE MERCH FEE 220901 8032641162 | 239.42 |
| 09-08 | Transfer | REF 2511208L FUNDS TRANSFER TO DEP ████7944 FROM ONLINE FUNDS TRANSFER VIA | 4,350.00 |
| 09-08 | Transfer | REF 2511208L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 33,500.00 |
| 09-12 | Transfer | REF 2551134L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 |
| 09-14 | Transfer | REF 2571244L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 32,500.00 |
| 09-15 | Transfer | REF 2581139L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 6,000.00 |
| 09-16 | Transfer | REF 2590722L FUNDS TRANSFER TO DEP ████944 FROM ONLINE FUNDS TRANSFER VIA | 600.00 |
| 09-19 | Transfer | REF 2620732L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | 1,600.00 |



P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022
843-1
CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-20 | Transfer | REF 2630729L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 3,500.00 |
| 09-20 | Transfer | REF 2630730L FUNDS TRANSFER TO DEP ▮▮▮▮7944 FROM ONLINE FUNDS TRANSFER VIA | 3,000.00 |
| 09-21 | Transfer | REF 2641401L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 17,500.00 |
| 09-22 | Transfer | REF 2651213L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 34,000.00 |
| 09-23 | Transfer | REF 2660918L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 25,000.00 |
| 09-27 | Maintenance Fee | ANALYSIS ACTIVITY FOR 08/22 | 50.54 |
| 09-27 | Transfer | REF 2701024L FUNDS TRANSFER TO DEP ▮▮▮▮7944 FROM ONLINE FUNDS TRANSFER VIA | 1,800.00 |
| 09-27 | Transfer | REF 2701025L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |
| 09-28 | Transfer | REF 2711118L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 18,000.00 |
| 09-29 | Transfer | REF 2721334L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 13,500.00 |
| 09-30 | Transfer | REF 2730714L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 500.00 |
| 09-30 | Transfer | REF 2731138L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-01 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 139.88 |
| 09-01 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT | 285.07 |
| 09-01 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 557.07 |
| 09-01 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 2,024.88 |
| 09-01 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 2,847.40 |
| 09-02 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 692.78 |
| 09-02 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 2,600.00 |
| 09-02 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 3,915.92 |

**SYNOVUS**®

P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022
101-198-843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 09-02 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 30,368.04 |
| 09-06 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 130.75 |
| 09-06 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 615.94 |
| 09-06 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 750.73 |
| 09-06 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 21,884.93 |
| 09-06 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 100.00 |
| 09-06 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,347.26 |
| 09-07 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 176.72 |
| 09-07 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 389.63 |
| 09-07 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 3,214.35 |
| 09-08 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT | 53.78 |
| 09-08 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER | 96.20 |
| 09-08 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 646.28 |
| 09-08 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,932.99 |
| 09-08 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 2,061.53 |
| 09-08 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 2,877.26 |
| 09-08 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT | 3,752.21 |
| 09-08 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 6,153.31 |
| 09-09 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 42.58 |
| 09-09 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 139.88 |
| 09-09 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 352.37 |
| 09-09 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 883.64 |
| 09-09 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 968.88 |
| 09-09 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 1,443.51 |
| 09-09 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,903.12 |
| 09-09 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 14,928.07 |
| 09-12 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 490.40 |

**SYNOVUS**®

P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022

CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-12 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 4,932.81 |
| 09-12 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 23,143.66 |
| 09-12 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 61.77 |
| 09-13 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 221.77 |
| 09-13 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 346.39 |
| 09-13 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 441.82 |
| 09-13 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,481.54 |
| 09-13 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 16,496.87 |
| 09-14 | Preauthorized Credit | CIGNA EDGE TRANS HCCLAIMPMT | 6.42 |
| 09-14 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 363.25 |
| 09-14 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 6,219.88 |
| 09-14 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 8,326.84 |
| 09-15 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 30.00 |
| 09-15 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 720.27 |
| 09-15 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT | 1,265.01 |
| 09-15 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 1,856.48 |
| 09-15 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 4,707.77 |
| 09-15 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 5,855.84 |
| 09-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 4.29 |
| 09-16 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 1,028.60 |
| 09-16 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 1,053.14 |
| 09-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 2,061.53 |
| 09-16 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 3,733.80 |
| 09-16 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 3,795.20 |
| 09-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 9,348.98 |
| 09-19 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 262.33 |
| 09-19 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 441.82 |



September 30, 2022

CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|-----------------|-------------|--------|
| 09-19 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 692.80 |
| 09-19 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 1,549.28 |
| 09-19 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 2,324.55 |
| 09-19 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 6,238.80 |
| 09-19 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 21,400.23 |
| 09-20 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 692.78 |
| 09-20 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 6,184.59 |
| 09-20 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 8,621.67 |
| 09-20 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 750.73 |
| 09-20 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 1,026.81 |
| 09-20 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,083.97 |
| 09-21 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 4,037.60 |
| 09-21 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 262.33 |
| 09-21 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 1,146.91 |
| 09-21 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,380.84 |
| 09-21 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 6,265.31 |
| 09-22 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT | 492.99 |
| 09-22 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 672.18 |
| 09-22 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 1,141.24 |
| 09-22 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 3,652.80 |
| 09-22 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 7,970.97 |
| 09-23 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 30.00 |
| 09-23 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 346.39 |
| 09-23 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 431.14 |
| 09-23 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 758.45 |
| 09-23 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 1,561.55 |
| 09-23 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,782.00 |

# SYNOVUS®

P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022

CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|-----------------|-------------|--------|
| 09-23 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 9,560.77 |
| 09-26 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 50.00 |
| 09-26 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 262.33 |
| 09-26 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 264.45 |
| 09-26 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 441.82 |
| 09-26 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 529.01 |
| 09-26 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 1,989.51 |
| 09-27 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 262.33 |
| 09-27 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 441.82 |
| 09-27 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 996.72 |
| 09-27 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 2,713.08 |
| 09-27 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 2,718.51 |
| 09-27 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 1,121.12 |
| 09-28 | Preauthorized Credit | CIGNA HCCLAIMPMT | 153.72 |
| 09-28 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 346.39 |
| 09-28 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 2,211.20 |
| 09-28 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 8,326.84 |
| 09-28 | Preauthorized Credit | 36 TREAS 310 MISC PAY | 65.87 |
| 09-28 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 1,639.40 |
| 09-28 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 2,385.09 |
| 09-29 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 200.69 |
| 09-29 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 3,861.07 |
| 09-29 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 3,938.15 |
| 09-29 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT | 4,512.27 |
| 09-29 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 25,914.97 |
| 09-30 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP | 95.00 |
| 09-30 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT | 1,097.12 |



P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022

CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-30 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 2,413.90 |
| 09-30 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT | 4,034.40 |
| 09-30 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT | 13,924.23 |
| 09-30 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT | 14,164.57 |
| 09-30 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT | 614.23 |
| 09-30 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT | 2,471.87 |
| 09-30 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT | 5,584.51 |
| 09-30 | Preauthorized Credit | FORTE 219787 | 130.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 69,511.51 | 09-13 | 157,316.08 | 09-22 | 187,286.91 |
| 09-01 | 75,365.81 | 09-14 | 139,732.47 | 09-23 | 176,757.21 |
| 09-02 | 85,703.13 | 09-15 | 148,167.84 | 09-26 | 180,294.33 |
| 09-06 | 110,532.74 | 09-16 | 168,593.38 | 09-27 | 176,697.37 |
| 09-07 | 114,313.44 | 09-19 | 199,903.19 | 09-28 | 173,825.88 |
| 09-08 | 94,037.00 | 09-20 | 211,763.74 | 09-29 | 198,753.03 |
| 09-09 | 114,699.05 | 09-21 | 207,356.73 | 09-30 | 232,782.86 |
| 09-12 | 138,327.69 | | | | |



**Checks and Debits Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **Total** |        |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement    $_____

(5) Add (+) deposits not shown on this statement (if any)    +_____

(6) Subtract(-) checks and/or other outstanding debits    -_____

(7) Balance should equal the balance in your checkbook    $_____

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

**BILLING RIGHTS SUMMARY**
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) State your name and account number.

(2) Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3) Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

## Statement of Account

| | |
|---|---|
| Last statement: | August 31, 2022 |
| This statement: | September 30, 2022 |

Total days in statement period: 30

Page    1 of 2

Direct inquiries to:
888-796-6887

CUREPOINT LLC
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | ███794-4 | $182.16 |

## Pro Business Checking     Account Number ███794-4

| | | | |
|---|---|---|---|
| Beginning balance | 299.40 | | |
| Deposits/Credits | 10,950.00 | Low balance | -4,289.07 |
| Withdrawals/Debits | 11,067.24 | Average balance | -33.17 |
| Ending balance | 182.16 | Average collected balance | -33.00 |

### Checks

| Number | Date | Amount | | Number | Date | Amount |
|---|---|---|---|---|---|---|
| 52 | 09/07 | 2,160.00 | | 54 | 09/15 | 598.02 |
| 53 | 09/07 | 2,250.00 | | *  Skip in check sequence | | |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-07 | Preauthorized Wd | AFCO AFCO | 1,378.47 |
| 09-20 | Preauthorized Wd | LEASE DIRECT WEB PAY | 260.80 |
| 09-20 | Preauthorized Wd | MEDICUSIT PURCHASE ███CUREPOINT CANCE | 1,349.22 |
| 09-20 | Preauthorized Wd | MEDICUSIT PURCHASE ███CUREPOINT CANCE | 1,370.10 |
| 09-27 | Preauthorized Wd | GPC GPC EFT | 1,688.51 |
| 09-30 | Service Charge | | 12.12 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-07 | Transfer | REF 2500913L FUNDS TRANSFER FRM DEP ███7951 FROM ONLINE FUNDS TRANSFER VIA | 1,200.00 |
| 09-08 | Transfer | REF 2511208L FUNDS TRANSFER FRM DEP ███3431 FROM ONLINE FUNDS TRANSFER VIA | 4,350.00 |



P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022

CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-16 | Transfer | REF 2590722L FUNDS TRANSFER FRM DEP ████ 8431 FROM ONLINE FUNDS TRANSFER VIA | 600.00 |
| 09-20 | Transfer | REF 2630730L FUNDS TRANSFER FRM DEP ████ 8431 FROM ONLINE FUNDS TRANSFER VIA | 3,000.00 |
| 09-27 | Transfer | REF 2701024L FUNDS TRANSFER FRM DEP ████ 8431 FROM ONLINE FUNDS TRANSFER VIA | 1,800.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 299.40 | 09-15 | -537.09 | 09-27 | 194.28 |
| 09-07 | -4,289.07 | 09-16 | 62.91 | 09-30 | 182.16 |
| 09-08 | 60.93 | 09-20 | 82.79 | | |



**Checks and Debits Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **Total** |        |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1)   Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2)   Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3)   Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4)   Enter the "Ending Balance" shown on this statement      $_____

(5)   Add (+) deposits not shown on this statement (if any)   +_____

(6)   Subtract(-) checks and/or other outstanding debits      -_____

(7)   Balance should equal the balance in your checkbook      $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

### BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)   State your name and account number.

(2)   Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3)   Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# SYNOVUS®

P.O. Box 2646-R, Columbus, GA 31902

## Statement of Account

Last statement:     August 31, 2022
This statement:     September 30, 2022
Total days in statement period: 30

Page    1 of 4

Direct inquiries to:
888-796-6887

CUREPOINT LLC
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | 954-6 | $260.86 |

## Pro Business Checking     Account Number 954-6

| | | | |
|---|---|---|---|
| Beginning balance | 463.59 | | |
| Deposits/Credits | 279,358.07 | Low balance | -38,294.48 |
| Withdrawals/Debits | 279,560.80 | Average balance | -393.69 |
| Ending balance | 260.86 | Average collected balance | -393.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-01 | Preauthorized Wd | PAYMENT ARVEST ELEC.XFR | 5,490.79 |
| 09-01 | Preauthorized Wd | IVY FUNDING TWEL LEASE $30090.25 LEASE PAYMENT + 8.9% FULT ON COUNTY TAX | 32,768.28 |
| 09-01 | Preauthorized Wd | MONTHLY FEE b310822013 CUREPOINT | 499.00 |
| 09-02 | Phn/Fax Dom Out Wire | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGEMEDICAL AND PHARMA CY LEGAL | 10,000.00 |
| 09-02 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-02 | Phn/Fax Dom Out Wire | CUREPOINT DUBLIN L RENT PAYMENT CUREPOINT DUBLIN L LC | 17,000.00 |
| 09-02 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-06 | Preauthorized Wd | Infiniti Auto Loan | 475.14 |
| 09-06 | Preauthorized Wd | PREMIER PROPERTI ACH | 2,550.00 |
| 09-06 | Automatic Transfer | TRANSFER TO CUREPOINT LLC ACCOUNT 8751 AT EXT BANK ABA # | 138.45 |
| 09-08 | Transfer | REF 2511209L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 30,700.00 |
| 09-08 | Preauthorized Wd | HPFSERVI4 7603 Lease Pmt | 2,583.95 |



P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®



September 30, 2022

CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-12 | Transfer | REF 2551136L FUNDS TRANSFER TO DEP█████9926 FROM ONLINE FUNDS TRANSFER VIA | 4,050.00 |
| 09-14 | Phn/Fax Dom Out Wire | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 10,000.00 |
| 09-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-14 | Phn/Fax Dom Out Wire | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGEMEDICAL AND PHARMA CY LEGAL | 10,000.00 |
| 09-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-14 | Phn/Fax Dom Out Wire | ALPHA MEDICAL PHYS S LLCCUREPOINT PAY MENT ALPHA MEDICAL PHYS ICS LLC | 12,500.00 |
| 09-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-14 | Preauthorized Wd | AUTO OWNERS INS WEB PAY | 1,040.38 |
| 09-15 | Overdraft Fee | FOR OVERDRAFT PREAUTHORIZED WD | 36.00 |
| 09-15 | Phn/Fax Dom Out Wire | PHILPS HEALTHCARER CONTRACT NUMBER 4 █████PHILPS HEALTHCARE | 3,285.00 |
| 09-15 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-19 | Preauthorized Wd | AMEX EPAYMENT ACH PMT | 2,000.00 |
| 09-19 | Preauthorized Wd | AMEX EPAYMENT ACH PMT | 2,000.00 |
| 09-20 | Preauthorized Wd | NO AMER BK CO AUTH PAYME | 1,706.68 |
| 09-20 | Preauthorized Wd | NO AMER BK CO AUTH PAYME | 1,792.01 |
| 09-21 | Phn/Fax Dom Out Wire | CUREPOINT DUBLIN L SEPTEMBER RENT CUREPOINT DUBLIN L LC | 17,000.00 |
| 09-21 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-22 | Transfer | REF 2651215L FUNDS TRANSFER TO DEP█████926 FROM ONLINE FUNDS TRANSFER VIA | 32,900.00 |
| 09-23 | Phn/Fax Dom Out Wire | ELEKTA INC DEPOSIT Y ACCOUNTCUREPOINT PAYMENT ELEKTA INC DEPOSIT ORY ACCOUNT | 24,941.08 |
| 09-23 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-27 | Phn/Fax Dom Out Wire | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGEMEDICAL AND PHARMA CY LEGAL | 10,000.00 |
| 09-27 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-27 | Preauthorized Wd | CALL EXPERTS CALL EXPER | 194.68 |
| 09-27 | Preauthorized Wd | GPC GPC EFT | 312.71 |
| 09-28 | Phn/Fax Dom Out Wire | RADIATION BUSINESS OLUTIONSREF: CUREP OINT PAYMENT; AUG RADIATION BUSINESS SOLUTIONS | 17,072.52 |
| 09-28 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |

# SYNOVUS®



September 30, 2022

CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-28 | Preauthorized Wd | SPECTRUM SPECTRUM | 599.00 |
| 09-29 | Phn/Fax Dom Out Wire | ALPHA MEDICAL PHYS S LLCCUREPOINT PAY MENT ALPHA MEDICAL PHYS ICS LLC | 13,500.00 |
| 09-29 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-29 | Preauthorized Wd | SPECTRUM SPECTRUM | 505.17 |
| 09-30 | Phn/Fax Dom Out Wire | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 10,000.00 |
| 09-30 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 09-30 | Preauthorized Wd | AMTRUST NA PAYMENT | 698.50 |
| 09-30 | Service Charge | | 21.46 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-02 | Return Item | PAYMENT ARVEST ELEC.XFR CHECK | 5,490.79 |
| 09-02 | Return Item | MONTHLY FEE 220831 CUREPOINT CHECK | 499.00 |
| 09-02 | Return Item | IVY FUNDING TWEL LEASE $30090.25 LEASE PAYMENT + 8.9% FULT ON COUNTY TAX | 32,768.28 |
| 09-02 | Transfer | REF 2450917L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 27,000.00 |
| 09-06 | Transfer | REF 2490728L FUNDS TRANSFER FRM DEP 7951 FROM ONLINE FUNDS TRANSFER VIA | 2,900.00 |
| 09-07 | Transfer | REF 2500913L FUNDS TRANSFER FRM DEP 7951 FROM ONLINE FUNDS TRANSFER VIA | 100.00 |
| 09-08 | Transfer | REF 2511208L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 33,500.00 |
| 09-12 | Transfer | REF 2551134L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 |
| 09-14 | Transfer | REF 2571244L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 32,500.00 |
| 09-15 | Transfer | REF 2581139L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 6,000.00 |
| 09-19 | Transfer | REF 2620732L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 1,600.00 |
| 09-20 | Transfer | REF 2630729L FUNDS TRANSFER FRM DEP 3431 FROM ONLINE FUNDS TRANSFER VIA | 3,500.00 |

P.O. Box 2646-R, Columbus, GA 31902



P.O. Box 2646-R, Columbus, GA 31902

September 30, 2022

██████████
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 09-21 | Transfer | REF 2641401L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 17,500.00 |
| 09-22 | Transfer | REF 2651213L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 34,000.00 |
| 09-23 | Transfer | REF 2660918L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 25,000.00 |
| 09-27 | Transfer | REF 2701025L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |
| 09-28 | Transfer | REF 2711118L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 18,000.00 |
| 09-29 | Transfer | REF 2721334L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 13,500.00 |
| 09-30 | Transfer | REF 2730714L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 500.00 |
| 09-30 | Transfer | REF 2731138L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 463.59 | 09-12 | 1,266.05 | 09-22 | 1,605.98 |
| 09-01 | -38,294.48 | 09-14 | -74.33 | 09-23 | 1,564.90 |
| 09-02 | 263.59 | 09-15 | 2,504.67 | 09-27 | 957.51 |
| 09-06 | 0.00 | 09-19 | 104.67 | 09-28 | 1,185.99 |
| 09-07 | 100.00 | 09-20 | 105.98 | 09-29 | 580.82 |
| 09-08 | 316.05 | 09-21 | 505.98 | 09-30 | 260.86 |



**Checks and Debits Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** |  |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1)  Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2)  Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3)  Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4)  Enter the "Ending Balance" shown on this statement          $_____

(5)  Add (+) deposits not shown on this statement (if any)       +_____

(6)  Subtract(-) checks and/or other outstanding debits          -_____

(7)  Balance should equal the balance in your checkbook          $_____

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.

(2)  Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

**BILLING RIGHTS SUMMARY**
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)  State your name and account number.

(2)  Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3)  Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SYNOVUS**®

P.O. Box 2646-R, Columbus, GA 31902

## Statement of Account

| | |
|---|---|
| Last statement: | August 31, 2022 |
| This statement: | September 30, 2022 |

Total days in statement period: 30

████████████████████████

Page    1 of 2

Direct inquiries to:
888-796-6887

CUREPOINT LLC
LOCKBOX 2
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ████ 795-1 | $28,857.93 |

## Commercial Checking     Account Number ████ 795-1

| | | | |
|---|---|---|---|
| Beginning balance | 4,692.75 | | |
| Deposits/Credits | 28,659.82 | Low balance | 11,692.15 |
| Withdrawals/Debits | 4,494.64 | Average balance | 20,675.65 |
| Ending balance | 28,857.93 | Average collected balance | 18,536.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-06 | Transfer | REF 2490728L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 2,900.00 |
| 09-07 | Transfer | REF 2500913L FUNDS TRANSFER TO DEP ████ 7944 FROM ONLINE FUNDS TRANSFER VIA | 1,200.00 |
| 09-07 | Transfer | REF 2500913L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 100.00 |
| 09-27 | Maintenance Fee | ANALYSIS ACTIVITY FOR 08/22 | 294.64 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-01 | Lock Box Deposit | | 9,178.20 |
| 09-02 | Lock Box Deposit | | 121.81 |
| 09-06 | Lock Box Deposit | | 1,899.39 |
| 09-09 | Lock Box Deposit | | 6,535.22 |
| 09-13 | Lock Box Deposit | | 40.00 |
| 09-16 | Lock Box Deposit | | 4,043.13 |
| 09-19 | Lock Box Deposit | | 1,303.63 |
| 09-20 | Lock Box Deposit | | 2,296.76 |
| 09-26 | Lock Box Deposit | | 1,148.72 |
| 09-28 | Lock Box Deposit | | 2,057.96 |
| 09-30 | Lock Box Deposit | | 35.00 |



P.O. Box 2646-R, Columbus, GA 31902



September 30, 2022

CUREPOINT LLC

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 4,692.75 | 09-09 | 18,227.37 | 09-26 | 27,059.61 |
| 09-01 | 13,870.95 | 09-13 | 18,267.37 | 09-27 | 26,764.97 |
| 09-02 | 13,992.76 | 09-16 | 22,310.50 | 09-28 | 28,822.93 |
| 09-06 | 12,992.15 | 09-19 | 23,614.13 | 09-30 | 28,857.93 |
| 09-07 | 11,692.15 | 09-20 | 25,910.89 | | |



**Checks and Debits Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **Total** |        |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1)  Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2)  Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3)  Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4)  Enter the "Ending Balance" shown on this statement                $_____

(5)  Add (+) deposits not shown on this statement (if any)             +_____

(6)  Subtract(-) checks and/or other outstanding debits               -_____

(7)  Balance should equal the balance in your checkbook               $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.

(2)  Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

## BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)  State your name and account number.

(2)  Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3)  Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.