| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 7951 | 09/30/2022 | 2168 | LOCK BOX DEPOSIT | | 35.00 |
| 7951 | 09/28/2022 | 2168 | LOCK BOX DEPOSIT | | 2,057.96 |
| 7951 | 09/27/2022 | | ANALYSIS ACTIVITY FOR 08/22 | 294.64 | |
| 7951 | 09/26/2022 | 2168 | LOCK BOX DEPOSIT | | 1,148.72 |
| 7951 | 09/20/2022 | 2168 | LOCK BOX DEPOSIT | | 2,296.76 |
| 7951 | 09/19/2022 | 2168 | LOCK BOX DEPOSIT | | 1,303.63 |
| 7951 | 09/16/2022 | 2168 | LOCK BOX DEPOSIT | | 4,043.13 |
| 7951 | 09/13/2022 | 2168 | LOCK BOX DEPOSIT | | 40.00 |
| 7951 | 09/09/2022 | 2168 | LOCK BOX DEPOSIT | | 6,535.22 |
| 7951 | 09/07/2022 | | REF 2500913L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 100.00 | |
| 7951 | 09/07/2022 | | REF 2500913L FUNDS TRANSFER TO DEP 7944 FROM ONLINE FUNDS TRANSFER VIA | 1,200.00 | |
| 7951 | 09/06/2022 | | REF 2490728L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 2,900.00 | |
| 7951 | 09/06/2022 | 2168 | LOCK BOX DEPOSIT | | 1,899.39 |
| 7951 | 09/02/2022 | 2168 | LOCK BOX DEPOSIT | | 121.81 |
| 7951 | 09/01/2022 | 2168 | LOCK BOX DEPOSIT | | 9,178.20 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 7944 | 09/30/2022 | | SERVICE CHARGE | 12.12 | |
| 7944 | 09/27/2022 | | GPC GPC EFT 220927 2819685028DUB | 1,688.51 | |
| 7944 | 09/27/2022 | | REF 2701024L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 1,800 00 |
| 7944 | 09/20/2022 | | MEDICUSIT PURCHASE CUREPOINT CANCE CUREPOINT CANCE | 1,370.10 | |
| 7944 | 09/20/2022 | | MEDICUSIT PURCHASE CUREPOINT CANCE CUREPOINT CANCE | 1,349.22 | |
| 7944 | 09/20/2022 | | LEASE DIRECT WEB PAY | 260.80 | |
| 7944 | 09/20/2022 | | REF 2630730L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 3,000 00 |
| 7944 | 09/16/2022 | | REF 2590722L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 600 00 |
| 7944 | 09/15/2022 | 54 | ECP INCLEARING CHECK | 598.02 | |
| 7944 | 09/08/2022 | | REF 2511208L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 4,350 00 |
| 7944 | 09/07/2022 | 52 | ECP INCLEARING CHECK | 2,160.00 | |
| 7944 | 09/07/2022 | 53 | ECP INCLEARING CHECK | 2,250.00 | |
| 7944 | 09/07/2022 | | AFCO AFCO | 1,378.47 | |
| 7944 | 09/07/2022 | | REF 2500913L FUNDS TRANSFER FRM DEP 7951 FROM ONLINE FUNDS TRANSFER VIA | | 1,200 00 |

| Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|
| 09/30/2022 | | SERVICE CHARGE | 21.46 | |
| 09/30/2022 | | AMTRUST NA PAYMENT | 698.50 | |
| 09/30/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/30/2022 | | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 10,000.00 | |
| 09/30/2022 | | REF 2731138L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 10,000.00 |
| 09/30/2022 | | REF 2730714L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 500.00 |
| 09/29/2022 | | SPECTRUM SPECTRUM | 505.17 | |
| 09/29/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/29/2022 | | ALPHA MEDICAL PHYS S LLCCUREPOINT PAY MENT ALPHA MEDICAL PHYS ICS LLC | 13,500.00 | |
| 09/29/2022 | | REF 2721334L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 13,500.00 |
| 09/28/2022 | | SPECTRUM SPECTRUM | 599.00 | |
| 09/28/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/28/2022 | | RADIATION BUS NESS OLUTIONSREF: CUREP OINT PAYMENT; AUG RADIATION BUS NESS SOLUTIONS | 17,072.52 | |
| 09/28/2022 | | REF 2711118L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 18,000.00 |
| 09/27/2022 | | GPC GPC EFT | 312.71 | |
| 09/27/2022 | | CALL EXPERTS CALL EXPER | 194.68 | |
| 09/27/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/27/2022 | | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGE MEDICAL AND PHARMA CY LEGAL | 10,000.00 | |
| 09/27/2022 | | REF 2701025L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 10,000.00 |
| 09/23/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/23/2022 | | ELEKTA NC DEPOSIT Y ACCOUNTCUREPOINT PAYMENT ELEKTA NC DEPOSIT ORY ACCOUNT | 24,941.08 | |
| 09/23/2022 | | REF 2660918L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 25,000.00 |
| 09/22/2022 | | REF 2651215L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 32,900.00 | |
| 09/22/2022 | | REF 2651213L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 34,000.00 |
| 09/21/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/21/2022 | | CUREPO NT DUBL N L SEPTEMBER RENT CUREPOINT DUBL N L LC | 17,000.00 | |
| 09/21/2022 | | REF 2641401L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 17,500.00 |
| 09/20/2022 | | NO AMER BK CO AUTH PAYME | 1,792.01 | |
| 09/20/2022 | | NO AMER BK CO AUTH PAYME | 1,706.68 | |
| 09/20/2022 | | REF 2630729L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 3,500.00 |
| 09/19/2022 | | AMEX EPAYMENT ACH PMT | 2,000.00 | |
| 09/19/2022 | | AMEX EPAYMENT ACH PMT | 2,000.00 | |
| 09/19/2022 | | REF 2620732L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 1,600.00 |
| 09/15/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/15/2022 | | PHILPS HEALTHCARER CONTRACT NUMBER PHILPS HEALTHCARE | 3,285.00 | |
| 09/15/2022 | | FOR OVERDRAFT PREAUTHORIZED WD | 36.00 | |
| 09/15/2022 | | REF 2581139L FUNDS TRANSFER FRM DEP FROM ONL NE FUNDS TRANSFER VIA | | 6,000.00 |
| 09/14/2022 | | AUTO OWNERS INS WEB PAY | 1,040.38 | |
| 09/14/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/14/2022 | | ALPHA MEDICAL PHYS S LLCCUREPOINT PAY MENT ALPHA MEDICAL PHYS ICS LLC | 12,500.00 | |
| 09/14/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/14/2022 | | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGE MEDICAL AND PHARMA CY LEGAL | 10,000.00 | |
| 09/14/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/14/2022 | | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 10,000.00 | |
| 09/14/2022 | | REF 2571244L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 32,500.00 |
| 09/12/2022 | | REF 2551136L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 4,050.00 | |
| 09/12/2022 | | REF 2551134L FUNDS TRANSFER FRM DEP 88431 FROM ONL NE FUNDS TRANSFER VIA | | 5,000.00 |
| 09/08/2022 | | HPFSERVI4 7603 Lease Pmt | 2,583.95 | |
| 09/08/2022 | | REF 2511209L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 30,700.00 | |
| 09/08/2022 | | REF 2511208L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 33,500.00 |
| 09/07/2022 | | REF 2500913L FUNDS TRANSFER FRM DEP 7951 FROM ONL NE FUNDS TRANSFER VIA | | 100.00 |
| 09/06/2022 | | TRANSFER TO CUREPO NT LLC ACCOUNT | 138.45 | |
| 09/06/2022 | | PREMIER PROPERTI ACH | 2,550.00 | |
| 09/06/2022 | | Infiniti Auto Loan | 475.14 | |
| 09/06/2022 | | REF 2490728L FUNDS TRANSFER FRM DEP 1 7951 FROM ONL NE FUNDS TRANSFER VIA | | 2,900.00 |
| 09/02/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/02/2022 | | CUREPO NT DUBL N L RENT PAYMENT CUREPO NT DUBL N L LC | 17,000.00 | |
| 09/02/2022 | | PHN/FAX DOM OUT WI | 100.00 | |
| 09/02/2022 | | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGE MEDICAL AND PHARMA CY LEGAL | 10,000.00 | |
| 09/02/2022 | | REF 2450917L FUNDS TRANSFER FRM DEP 8431 FROM ONL NE FUNDS TRANSFER VIA | | 27,000.00 |
| 09/02/2022 | | IVY FUNDING TWEL LEASE $30,090 25 LEASE P AYMENT + 8.9% FULT ON COUNTY TAX CURP01 | | 32,768.28 |
| 09/02/2022 | | MONTHLY FEE CUREPO NT CUREPO NT | | 499.00 |
| 09/02/2022 | | PAYMENT ARVEST ELEC XFR | | 5,490.79 |
| 09/01/2022 | | MONTHLY FEE CUREPO NT CUREPO NT | 499.00 | |
| 09/01/2022 | | IVY FUNDING TWEL LEASE $30,090 25 LEASE P AYMENT + 8.9% FULT ON COUNTY TAX CURP01 | 32,768.28 | |
| 09/01/2022 | | PAYMENT ARVEST ELEC XFR | 5,490.79 | |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---:|---:|
| | 09/30/2022 | | REF 2731138L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 10,000.00 | |
| | 09/30/2022 | | REF 2730714L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 500.00 | |
| | 09/30/2022 | | FORTE | | 130.00 |
| | 09/30/2022 | | Optum VA CCN Reg HCCLA MPMT | | 5,584.51 |
| | 09/30/2022 | | UnitedHealthcare HCCLAIMPMT | | 2,471.87 |
| | 09/30/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 614.23 |
| | 09/30/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 14,164.57 |
| | 09/30/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 13,924.23 |
| | 09/30/2022 | | UNITEDHEALTHCARE HCCLAIMPMT | | 4,034.40 |
| | 09/30/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 2,413.90 |
| | 09/30/2022 | | HUMANA NS CO HCCLA MPMT | | 1,097.12 |
| | 09/30/2022 | | MERCHANT SERVICE MERCH DEP | | 95.00 |
| | 09/29/2022 | | REF 2721334L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 13,500.00 | |
| | 09/29/2022 | | Optum VA CCN Reg HCCLA MPMT | | |
| | 09/29/2022 | | GA DEPT OF COMMU HCCLA MPMT | | 4,512.27 |
| | 09/29/2022 | | UnitedHealthcare HCCLAIMPMT | | 3,938.15 |
| | 09/29/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 3,861.07 |
| | 09/29/2022 | | MERCHANT SERVICE MERCH DEP | | 200.69 |
| | 09/28/2022 | | REF 2711118L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 18,000.00 | |
| | 09/28/2022 | | UnitedHealthcare HCCLAIMPMT | | 2,385.09 |
| | 09/28/2022 | | Optum VA CCN Reg HCCLA MPMT | | 1,639.40 |
| | 09/28/2022 | | 36  TREAS 310 MISC PAY | | 65.87 |
| | 09/28/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 8,326.84 |
| | 09/28/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 2,211.20 |
| | 09/28/2022 | | HUMANA NS CO HCCLA MPMT | | 346.39 |
| | 09/28/2022 | | CIGNA HCCLAIMPMT | | 153.72 |
| | 09/27/2022 | | REF 2701025L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 10,000.00 | |
| | 09/27/2022 | | REF 2701024L FUNDS TRANSFER TO DEP ▮7944 FROM ONL NE FUNDS TRANSFER VIA | 1,800.00 | |
| | 09/27/2022 | | ANALYSIS ACTIVITY FOR 08/22 | 50.54 | |
| | 09/27/2022 | | UnitedHealthcare HCCLAIMPMT | | 1,121.12 |
| | 09/27/2022 | | HUMANA NS CO HCCLA MPMT | | 2,718.51 |
| | 09/27/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 2,713.08 |
| | 09/27/2022 | | HUMANA NS CO HCCLA MPMT | | 996.72 |
| | 09/27/2022 | | Optum VA CCN Reg HCCLA MPMT | | 441.82 |
| | 09/27/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 262.33 |
| | 09/26/2022 | | HUMANA NS CO HCCLA MPMT | | 1,989.51 |
| | 09/26/2022 | | UnitedHealthcare HCCLAIMPMT | | 529.01 |
| | 09/26/2022 | | Optum VA CCN Reg HCCLA MPMT | | 441.82 |
| | 09/26/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 264.45 |
| | 09/26/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 262.33 |
| | 09/26/2022 | | MERCHANT SERVICE MERCH DEP | | 50.00 |
| | 09/23/2022 | | REF 2660918L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 25,000.00 | |
| | 09/23/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 9,560.77 |
| | 09/23/2022 | | UnitedHealthcare HCCLAIMPMT | | 1,782.00 |
| | 09/23/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 1,561.55 |
| | 09/23/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 758.45 |
| | 09/23/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 431.14 |
| | 09/23/2022 | | HUMANA NS CO HCCLA MPMT | | 346.39 |
| | 09/23/2022 | | MERCHANT SERVICE MERCH DEP | | 30.00 |
| | 09/22/2022 | | REF 2651213L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 34,000.00 | |
| | 09/22/2022 | | UnitedHealthcare HCCLAIMPMT | | 7,970.97 |
| | 09/22/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 3,652.80 |
| | 09/22/2022 | | Optum VA CCN Reg HCCLA MPMT | | 1,141.24 |
| | 09/22/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 672.18 |
| | 09/22/2022 | | GA DEPT OF COMMU HCCLA MPMT | | 492.99 |
| | 09/21/2022 | | REF 2641401L FUNDS TRANSFER TO DEP 1010739546 FROM ONL NE FUNDS TRANSFER VIA | 17,500.00 | |
| | 09/21/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 6,265.31 |
| | 09/21/2022 | | UnitedHealthcare HCCLAIMPMT | | 1,380.84 |
| | 09/21/2022 | | Optum VA CCN Reg HCCLA MPMT | | 1,146.91 |
| | 09/21/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 262.33 |
| | 09/21/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 4,037.60 |
| | 09/20/2022 | | REF 2630730L FUNDS TRANSFER TO DEP ▮7944 FROM ONL NE FUNDS TRANSFER VIA | 3,000.00 | |
| | 09/20/2022 | | REF 2630729L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 3,500.00 | |
| | 09/20/2022 | | UnitedHealthcare HCCLAIMPMT | | 1,083.97 |
| | 09/20/2022 | | HUMANA NS CO HCCLA MPMT | | 1,026.81 |
| | 09/20/2022 | | HUMANA NS CO HCCLA MPMT | | 750.73 |
| | 09/20/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 8,621.67 |
| | 09/20/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 6,184.59 |
| | 09/20/2022 | | HUMANA NS CO HCCLA MPMT | | 692.78 |
| | 09/19/2022 | | REF 2620732L FUNDS TRANSFER TO DEP ▮9546 FROM ONL NE FUNDS TRANSFER VIA | 1,600.00 | |
| | 09/19/2022 | | MERCHANT SERVICE MERCH DEP | | 21,400.23 |
| | 09/19/2022 | | BLUE CROSS GA5F HCCLAIMPMT | | 6,238.80 |
| | 09/19/2022 | | HUMANA NS CO HCCLA MPMT | | 2,324.55 |
| | 09/19/2022 | | Optum VA CCN Reg HCCLA MPMT | | 1,549.28 |
| | 09/19/2022 | | UnitedHealthcare HCCLAIMPMT | | 692.80 |
| | 09/19/2022 | | Optum VA CCN Reg HCCLA MPMT | | 441.82 |
| | 09/19/2022 | | MAC PTB ALGATN HCCLAIMPMT | | 262.33 |
| | 09/16/2022 | | REF 2590722L FUNDS TRANSFER TO DEP ▮7944 FROM ONL NE FUNDS TRANSFER VIA | 600.00 | |
| | 09/16/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 9,348.98 |

| Date | Description | Amount 1 | Amount 2 |
|---|---|---:|---:|
| 09/16/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 3,795.20 |
| 09/16/2022 | UnitedHealthcare HCCLAIMPMT | | 3,733.80 |
| 09/16/2022 | BLUE CROSS GA5C HCCLA MPMT | | 2,061.53 |
| 09/16/2022 | MAC PTB ALGATN HCCLAIMPMT | | 1,053.14 |
| 09/16/2022 | HUMANA NS CO HCCLA MPMT | | 1,028.60 |
| 09/16/2022 | BLUE CROSS GA5C HCCLA MPMT | | 4.29 |
| 09/15/2022 | REF 2581139L FUNDS TRANSFER TO DEP 9546 FROM ONL NE FUNDS TRANSFER VIA | 6,000.00 | |
| 09/15/2022 | UnitedHealthcare HCCLAIMPMT | | 5,855.84 |
| 09/15/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 4,707.77 |
| 09/15/2022 | MAC PTB ALGATN HCCLAIMPMT | | 1,856.48 |
| 09/15/2022 | GA DEPT OF COMMU HCCLA MPMT | | 1,265.01 |
| 09/15/2022 | Optum VA CCN Reg HCCLA MPMT | | 720.27 |
| 09/15/2022 | MERCHANT SERVICE MERCH DEP | | 30.00 |
| 09/14/2022 | REF 2571244L FUNDS TRANSFER TO DEP 9546 FROM ONL NE FUNDS TRANSFER VIA | 32,500.00 | |
| 09/14/2022 | BLUE CROSS GA5C HCCLA MPMT | | 8,326.84 |
| 09/14/2022 | UnitedHealthcare HCCLAIMPMT | | 6,219.88 |
| 09/14/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 363.25 |
| 09/14/2022 | CIGNA EDGE TRANS HCCLAIMPMT | | 6.42 |
| 09/13/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 16,496.87 |
| 09/13/2022 | UnitedHealthcare HCCLAIMPMT | | 1,481.54 |
| 09/13/2022 | Optum VA CCN Reg HCCLA MPMT 27 | | 441.82 |
| 09/13/2022 | HUMANA NS CO HCCLA MPMT | | 346.39 |
| 09/13/2022 | MAC PTB ALGATN HCCLAIMPMT | | 221.77 |
| 09/12/2022 | REF 2551134L FUNDS TRANSFER TO DEP 9546 FROM ONL NE FUNDS TRANSFER VIA | 5,000.00 | |
| 09/12/2022 | MERCHANT SERVICE MERCH DEP | | 61.77 |
| 09/12/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 23,143.66 |
| 09/12/2022 | UnitedHealthcare HCCLAIMPMT | | 4,932.81 |
| 09/12/2022 | HUMANA NS CO HCCLA MPMT | | 490.40 |
| 09/09/2022 | BLUE CROSS GA5C HCCLA MPMT | | 14,928.07 |
| 09/09/2022 | UnitedHealthcare HCCLAIMPMT | | 1,903.12 |
| 09/09/2022 | HUMANA NS CO HCCLA MPMT | | 1,443.51 |
| 09/09/2022 | MERCHANT SERVICE MERCH DEP | | 968.88 |
| 09/09/2022 | Optum VA CCN Reg HCCLA MPMT | | 883.64 |
| 09/09/2022 | BLUE CROSS GA5C HCCLA MPMT | | 352.37 |
| 09/09/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 139.88 |
| 09/09/2022 | MAC PTB ALGATN HCCLAIMPMT | | 42.58 |
| 09/08/2022 | REF 2511208L FUNDS TRANSFER TO DEP 9546 FROM ONL NE FUNDS TRANSFER VIA | 33,500.00 | |
| 09/08/2022 | REF 2511208L FUNDS TRANSFER TO DEP 7944 FROM ONL NE FUNDS TRANSFER VIA | 4,350.00 | |
| 09/08/2022 | UnitedHealthcare HCCLAIMPMT | | 6,153.31 |
| 09/08/2022 | GA DEPT OF COMMU HCCLA MPMT | | 3,752.21 |
| 09/08/2022 | Optum VA CCN Reg HCCLA MPMT | | 2,877.26 |
| 09/08/2022 | BLUE CROSS GA5C HCCLA MPMT | | 2,061.53 |
| 09/08/2022 | UnitedHealthcare HCCLAIMPMT | | 1,932.99 |
| 09/08/2022 | MERCHANT SERVICE MERCH DEP | | 646.28 |
| 09/08/2022 | UNL MITED SYSTEM TRANSFER | | 96.20 |
| 09/08/2022 | UNITEDHEALTHCARE HCCLAIMPMT | | 53.78 |
| 09/07/2022 | UnitedHealthcare HCCLAIMPMT | | 3,214.35 |
| 09/07/2022 | MAC PTB ALGATN HCCLAIMPMT | | 389.63 |
| 09/07/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 176.72 |
| 09/06/2022 | UnitedHealthcare HCCLAIMPMT | | 1,347.26 |
| 09/06/2022 | MERCHANT SERVICE MERCH DEP | | 100.00 |
| 09/06/2022 | BLUE CROSS GA5C HCCLA MPMT | | 21,884.93 |
| 09/06/2022 | HUMANA NS CO HCCLA MPMT | | |
| 09/06/2022 | MAC PTB ALGATN HCCLAIMPMT | | 615.94 |
| 09/06/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 130.75 |
| 09/02/2022 | MERCHANT SERVICE MERCH FEE | 239.42 | |
| 09/02/2022 | REF 2450917L FUNDS TRANSFER TO DEP 9546 FROM ONL NE FUNDS TRANSFER VIA | 27,000.00 | |
| 09/02/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 30,368.04 |
| 09/02/2022 | BLUE CROSS GA5C HCCLA MPMT | | 3,915.92 |
| 09/02/2022 | UnitedHealthcare HCCLAIMPMT | | 2,600.00 |
| 09/02/2022 | HUMANA NS CO HCCLA MPMT | | 692.78 |
| 09/01/2022 | UnitedHealthcare HCCLAIMPMT | | 2,847.40 |
| 09/01/2022 | Optum VA CCN Reg HCCLA MPMT | | 2,024.88 |
| 09/01/2022 | MAC PTB ALGATN HCCLAIMPMT | | 557.07 |
| 09/01/2022 | GA DEPT OF COMMU HCCLA MPMT | | 285.07 |
| 09/01/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 39.88 |