**Curepoint, LLC**
**Profit and Loss**
**As of September 30, 2022**

|  | Sep-22 | Total |
|---|---:|---:|
| **Income** | | |
|   40000 Patient Revenue | | |
|     40100 Patient Revenue- Cash | $ 439,571 | $ 2,838,607 |
|     40200 Patient Revenue- Accrued | (63,560) | 90,377 |
|   Total 40000 Patient Revenue | $ 376,011 | $ 2,928,984 |
|   42000 Patient Refunds | - | (1,067) |
| **Total Income** | 376,011 | 2,927,917 |
| **Gross Profit** | $ 376,011 | $ 2,927,917 |
| **Expenses** | | |
|   50000 Personnel Costs | | |
|     51000 Wages and Benefits | | |
|       51100 Salaries and Wages | 53,083 | 514,435 |
|       51200 Physicians Comp | - | - |
|       51300 Payroll Taxes | 4,040 | 41,688 |
|       51400 Payroll Fee | 920 | 8,643 |
|       51500 Employee Benefits | - | - |
|       51600 Employee Insurance | 1,859 | 17,001 |
|       51700 Workers Comp | 259 | 2,675 |
|       51900 EE Reimbursements | - | - |
|     Total 51000 Wages and Benefits | 60,161 | 584,442 |
|     53000 Physician Coverage- 1099 | 40,000 | 363,612 |
|     54000 Medical Physics- 1099 | 12,500 | 103,429 |
|     55000 Medical Dosimetry- 1099 | - | 1,410 |
|     57000 Medical Billing & Collections | 21,777 | 143,845 |
|   Total 50000 Personnel Costs | 134,438 | 1,196,738 |
|   60010 Travel & Entertainment | | |
|     60011 Lodging | - | 166 |
|     60012 Meals | - | 534 |
|     60013 Mileage | - | - |
|     60014 Travel | - | - |
|   Total 60010 Travel & Entertainment | - | 700 |
|   60100 Bank Service Charges | 1,854 | 23,650 |
|   60150 Penalty & Late Fees | 428 | 2,040 |
|   60200 Insurance | | |
|     60210 Business Insurance | 679 | 7,363 |
|     60220 Malpractice | 1,378 | 13,239 |
|     60230 Building Insurance | 781 | 6,820 |
|   Total 60200 Insurance | 2,838 | 27,422 |
|   60400 Office Expense | | |
|     60401 Advertising | | |
|       60402 Marketing & Production | 20 | 3,080 |
|       60403 Website | - | 1,193 |
|     Total 60401 Advertising | 20 | 4,273 |
|     60405 Charitable Contributions | - | 6,000 |
|     60410 Dues/Subscriptions | 347 | 6,812 |
|     60415 Equipment Expense | - | 5,347 |

**Curepoint, LLC**
**Profit and Loss**
**As of September 30, 2022**

|  | Sep-22 | Total |
|---|---:|---:|
|     60416 Office Equipment Lease | 10,789 | 45,409 |
|     60417 Office Equipment Repairs & Maintenance | 100 | 1,305 |
|     60418 Office Equipment | - | 6,751 |
| **Total 60415 Equipment Expense** | 10,889 | 58,813 |
|   60420 Licenses and Permits | - | - |
|   60425 Security & Fire Protection | - | 227 |
|   60430 Office Supplies | 1,222 | 5,194 |
|   60435 Pest Control | - | 245 |
|   60445 Medical Supplies | - | 8,212 |
|   60455 Telephone, Internet, & Cable | 1,299 | 11,615 |
|   60460 Medical Waste & Disposal | 89 | 789 |
|   60465 Dry Cleaning | - | 1,424 |
|   60470 Landscaping | 110 | 990 |
|   60475 Computer & IT | 2,047 | 13,635 |
|   60485 Postage and Delivery | - | 453 |
|   60490 Janitorial | 1,080 | 9,720 |
| **Total 60400 Office Expense** | 17,102 | 128,401 |
| 60500 Repair & Maintenance |  |  |
|   60510 Medical Equipment License & Maintenance | 17,753 | 159,773 |
|   60520 Medical Software License & Maintenance | 12,118 | 109,065 |
|   60530 Repairs & Maintenance- General | 613 | 5,614 |
| **Total 60500 Repair & Maintenance** | 30,484 | 274,452 |
| 60600 General Administrative Expenses | 34 | 1,794 |
| 60700 Professional Fees |  |  |
|   60710 Accounting Fees | - | - |
|   60720 Management/Consulting Fees | - | - |
| **Total 60700 Professional Fees** | - | - |
| 60800 Taxes |  |  |
|   60810 Property Taxes | - | 396 |
|   60830 Real Estate Taxes | 325 | 2,925 |
| **Total 60800 Taxes** | 325 | 3,321 |
| 60900 Rent- Building | 16,407 | 147,663 |
| 610901 Rent- Condo | 2,550 | 22,950 |
| 70000 Utilities |  |  |
|   70010 Water | 1,283 | 5,671 |
|   70020 Electricity | 2,001 | 15,562 |
| **Total 70000 Utilities** | 3,285 | 21,233 |
|   Uncategorized Expense | - | - |
| **Total Expenses** | 209,744 | 1,850,364 |
| **Net Operating Income** | $ 166,267 | $ 1,077,553 |
|  |  |  |
| **Other Expenses** |  |  |
|   80100 Depreciation and Amortization |  |  |
|     80110 Depreciation Expense | 15,273 | 137,457 |
|     80120 Amortization Expense | 9,077 | 81,693 |

**Curepoint, LLC**
**Profit and Loss**
**As of September 30, 2022**

|  | Sep-22 | Total |
|---|---:|---:|
| Total 80100 Depreciation and Amortization | 24,350 | 219,150 |
| 80300 Legal Expenses | 80 | 264,204 |
| Total Other Expenses | 24,430 | 483,354 |
| Net Other Income | (24,430) | (483,354) |
| Net Income | $ 141,837 | $ 594,199 |

**THE INCOME STATEMENT IS INTERNALLY PREPARED.  THE INCOME STATEMENT IS NOT REVIEWED OR AUDITED.**