**Curepoint LLC**
**Payments to Insiders**
**Sep-22**

| Recipient | Date of Pmt | Amount | Account Used | Reason for Pmt |
|---|---|---|---|---|
| **Michael Miles** | 9/8/2022 | 3,548.41 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Michael Miles** | 9/22/2022 | 2,623.13 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Jamila Dadabhoy** | 9/8/2022 | 5,008.14 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Jamila Dadabhoy** | 9/22/2022 | 4,249.76 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Curepoint Dublin LLC** | 9/21/2022 | 17,000.00 | Curepoint Checking *9546 | September Rent |
| **United Healthcare** | | | | |
|    Michael Miles | 9/12/2022 | 884.29 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Employee Insurance |
|    Jamila Dadabhoy | 9/12/2022 | 715.97 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Employee Insurance |
| | | $ 34,029.70 | | |