IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**CUREPOINT, LLC**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 22-56501-PMB** |

**MOTION FOR ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM**

COMES NOW, David A. Wender, solely in his capacity as the chapter 11 trustee (the "Trustee") of the debtor in the above-captioned case (the "Debtor"), by and through the undersigned counsel, and hereby files this *Motion to Establish Bar Date for Filing Proofs of Claim* (the "Motion"). In support of the Motion, the Trustee shows the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**BACKGROUND**

3. On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and designated the proceeding as one under Subchapter V. [*See* Doc. No. 1]. Shortly thereafter, on August 22, 2022, the Clerk of Court issued notice to parties-in-interest that October 28, 2022 was the deadline by which parties must file proof of claims against the Debtor (the "SubV Bar Date"). [*See* Doc. No. 9].

4. On September 8, 2022, the Debtor amended its petition to remove the Subchapter V election. [*See* Doc. No. 34]. Consequently, provisions of the Bankruptcy Code and Bankruptcy

1

rules applicable to a Subchapter V debtor, including respective notice periods and deadlines, no longer applied to the Debtor.

5. On September 21, 2022, Mark W. McCord, M.D. and the United States Trustee filed motions to appoint a chapter 11 trustee in the Case. [Doc. Nos. 52, 54]. Shortly thereafter, on October 3, 2022, AMOA Finance, LLC filed its motion to appoint a chapter 11 trustee in the Case. [Doc. No. 68]. On October 13, 2022, the Court entered an order granting Mark W. McCord, M.D.'s and AMOA Finance, LLC's motions and directing the United States Trustee to appoint a chapter 11 trustee in the Case. [Doc. No. 96].

6. On October 17, 2022, the United States Trustee filed the *Notice of Appointment of Chapter 11 Trustee and Setting of Bond*, which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. [Doc. No. 104]. On October 18, 2022, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee*. [Doc. No. 106]. The Court approved the appointment of the Trustee on October 19, 2022. [Doc. No. 108].

## RELIEF REQUESTED AND BASIS THEREOF

7. Given that the SubV Bar Date is no longer applicable, the Trustee requests that the Court enter an order establishing January 31, 2023 (the "Bar Date"), as the deadline for all creditors and parties-in-interest asserting a claim[1] against Debtor arising before the Petition Date to file a proof of claim.

8. Section 105 of the Bankruptcy Code codifies the inherent equitable powers of the Bankruptcy Court. *See Croton River Club v. Half Moon Bay Homeowners' Assoc., Inc.*, (*In re Croton River Club*), 52 F.3d 41, 45 (2d Cir. 1995). Further, Rule 3003(c)(3) of the Federal Rules

---

[1] "Claim" is defined in 11 U.S.C. §101(5).

of Bankruptcy Procedure provides, in pertinent part, that the "court shall fix . . . the time within which proofs of claim or interest may be filed."

9. Here, establishing a proof of claim bar date would assist the Trustee in administering the estate. Creditors will have sufficient time from the date hereof to timely file their claims.

WHEREFORE, the Trustee requests that this Court enter an order establishing January 31, 2023 as the deadline for filing proofs of claim or interests in this case and granting such other and further relief as is deemed just and proper.

Dated: November 21, 2022

/s/ David A. Wender
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted Pro Hac Vice)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*