

**IT IS ORDERED as set forth below:**

**Date: November 22, 2022**

_____

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **CUREPOINT, LLC,** | **CASE NO. 22-56501-pmb** |
|     **Debtor.** | |
| _____ | |
| **ARVEST BANK,** | **CONTESTED MATTER** |
|      **Movant,** | |
| **v.** | |
| **CUREPOINT, LLC,** | |
|      **Respondent.** | |

**ORDER**

This matter having come before the Court on November 17, 2022, at 11:00 a.m., pursuant

to the *Motion for Relief from the Automatic Stay* (the "Stay Relief Motion") (Doc. No. 57)[1] filed by

_____

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to the same in
the Stay Relief Motion.

Arvest Bank wherein Arvest Bank sought stay relief regarding its collateral consisting of copiers and accessories related thereto. At the Hearing, Leslie Pineyro appeared on behalf of Arvest Bank. David Wender appeared as the Chapter 11 Trustee. No party appeared in opposition to the Motion. Based on the record in this case, and there being no opposition to the Motion, and for good cause shown, the Court finds that cause exists to grant the Motion. Accordingly, it is hereby Ordered as follows:

IT IS HEREBY ORDERED THAT the Motion is GRANTED;

IT IS FUTHER ORDERED THAT the automatic stay  provided by 11 U.S.C. §362(a) is terminated in favor of Arvest Bank, its successors and assigns, as it pertains to Arvest Bank's collateral consisting of 18 Kyocera copiers[2], including copier stands, fax systems, interface kit systems, interface kit sequences, productive packages, software and support internet fax kits and all parts, attachments, and accessories thereto and proceeds thereof (collectively, the "Collateral") in accordance with the provisions of 11 U.S.C. §362(d);

IT IS FURTHER ORDERED THAT Arvest Bank, its successors and assigns, may exercise its rights and remedies under applicable law as to the Collateral; and

IT IS FURHTER ORDERED THAT this Order shall be effective immediately upon its entry without the necessity of any fourteen day stay, all as authorized by the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3).

**[END OF ORDER]**

---

[2] Upon information and belief, the collateral is currently located at 11680 Great Oaks Way, Alpharetta, GA; 3333 Old Milton Parkway, Alpharetta, GA; and 4150 Deputy Bill Cantrell Memorial Road, Cumming, GA.

Prepared and consented to by:          Reviewed as to form by:
**JONES & WALDEN LLC**                 **EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Leslie Pineyro*                   */s/ David Wender*
Leslie Pineyro                         David Wender
Georgia Bar No. 969800                 Counsel to the Chapter 11 Trustee
Attorney for Arvest Bank               Georgia Bar No. 748117
699 Piedmont Avenue, NE                999 Peachtree Street, NE
Atlanta, Georgia 30308                 Suite 2300
(404) 564-9300                         Atlanta, GA 30309-3996
lpineyro@joneswalden.com               davidwender@eversheds-sutherland.com

### Distribution List

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW
Atlanta, GA 30303

Leslie Pineyro, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, Georgia 30308

David Wender, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta,
Georgia 30309-3996