# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

## CERTIFICATE OF SERVICE

I certify that on November 23, 2022, I caused the *Order and Notice Establishing Bar Date Fixing Time for Filing Prepetition Claims* [Doc. No. 157] to be mailed via First Class Mail, postage prepaid, to all creditors and parties-in-interest, as set forth on the attached service list.

Dated:  November 23, 2022

                                                                           Respectfully submitted,

                                                                           /s/ *Nathaniel T. DeLoatch*
                                                                           Nathaniel T. DeLoatch (Bar No. 216330)
                                                                           Eversheds Sutherland (US) LLP
                                                                           999 Peachtree Street, NE, Suite 2300
                                                                           Atlanta, GA 30309-3996
                                                                           Telephone: 404.853.8356
                                                                           Facsimile:  404.853.8356
                                                                           nathanieldeloatch@eversheds-sutherland.com

                                                                           *Counsel for the Chapter 11 Trustee*

**3333 Old Milton Hyperbaric, LLC**
3333 Old Milton Parkway, Suite 360
Alpharetta, GA 30005

**3333 Physical Therapy, LLC**
3333 Old Milton Parkway Suite 180
Alpharetta, GA 30005

**ACS Cleaning Services LLC**
1509 Telfair Street
Dublin, GA 31021

**Aetna, Inc. (Attn: Aaron McCollough)**
c/o McGuireWoods LLP
77 West Wacker Drive Suite 4100
Chicago, IL 60601-1818

**Aire Serv of Dublin, GA**
1804 Academy Avenue
Dublin, GA 31021

**Alder Opportunity LP**
300 Galleria PKWY, #600
Atlanta, GA 30339

**Alder Opportunity LP c/o Marna Friedman**
3405 Dallas Highway, Suite 827
Marietta, GA 30064-6429

**Aldridge Pite, LLP (Attn: John G. McCullough )**
Suite 500, Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Atlanta, GA 30305-1636

**Alexander's Office Center**
517 Academy Ave
Dublin, GA 31021

**Alpha Medical Physics, LLC**
4025 Brooksview Rd
Lenoir City, TN 37772

**Alpharetta Weightloss & Counseling, LLC**
**3333 Old Milton Parkway, Suite 200**
**Alpharetta, GA 30005**

**AM Terminal Holding, LLC**
**189 American Grain St**
**East Saint Louis, IL 62206**

**AMOA Finance LLC.**
**3330 Preston Ridge RD**
**Alpharetta, GA 30005**

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E.**
**Suite 1000**
**Atlanta, GA  30309-3592**

**AOA Cares Inc.**
**3330 PRESTON RIDGE ROAD, Suite 300**
**Alpharetta, GA 30005**

**AOA-AMC, LLC**
**3330 Preston Ridge Road Suite 300**
**Alpharetta, GA 30005**

**ARROW CAPITAL SOLUTIONS, INC.**
**9201 EAST DRY CREEK ROAD**
**Englewood, CO 80112-2818**

Arvest Bank c/o Leslie M. Pineyro
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Arvest Equipment Finance
PO Box 11110
Fort Smith, AR 72917-1110

Azzure Capital, LLC
c/o REGISTERED AGENTS INC.
90 State Street Suite 700, Office 40
Albany, NY 12207-1707

**BANKERS HEALTHCARE GROUP LLC**
(ATTN: BANKRUPTCY DEPT)
201 SOLAR STREET
SYRACUSE, NY 13204-1425

**Bankers Healthcare Group, LLC**
Attn:  Bankruptcy Dept
201 Solar Street
Syracuse, NY 13204-201

**Bankers Healthcare Group, LLC**
(ATTN: Albert Crawford)
10234 W State Road 84
Fort Lauderdale, FL 33324

**Brown Business Development, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CHESAPEAKE BANK**
97 N. MAIN ST.
Kilmarnock, VA 22482-8501

**CHTD COMPANY**
P.O. BOX 2576
Springfield, IL 62708-2576

**Cigna HealthCare of Georgia, Inc.**
(Attn: Director of Provider Contracting)
3500 Piedmont Road, Suite 200
Atlanta, GA 30305

**CITI CAPITAL NY, LLC**
90 STATE STREET, SUITE 700, OFFICE 40
Albany, NY 12207-1707

**City of Atlanta Fund, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CLG Servicing, LLC**
Gillman, Bruton& Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

**Click Capital Group, LLC**
7901 4th St N., Ste 300
Saint Petersburg, FL 33702-4399

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
Suite 100, 150 South Perry Street
Lawrenceville, GA 30046-4857

**Coles Barton LLP (Attn: Thomas M. Barton)**
150 South Perry Street, Suite 100
Lawrenceville, GA 30046-4857

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**Culhane Meadows PLLC**
3330 Cumberland Blvd SE #500
Atlanta, GA 30339

**Curepoint Dublin, LLC (c/o Michael Miles)**
300 Hayward Lane
Alpharetta, GA 30022

**Curepoint LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022-1179

**Diverse Capital LLC**
750 Main Street Suite 906
Hartford, CT 6103

**Dooley Investment Holdings**
1071 Ridge Pointe
Athens, GA 30606

**DTL Investments, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Dublin Construction Co.**
305 S Washintong St
Dublin, GA 31021

**Eclipse Advisors, LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

**Eclipse Staffing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Elekta, Inc.**
400 Perimeter Center Ter NE, Ste. 50
Atlanta, GA 30346

**Eversheds Sutherland (US) LLP (Attn: David Wender)**
Suite 2300, 999 Peachtree St., NE
Atlanta, GA 30309-3996

**Eversheds Sutherland, LLP (Attn: David A. Wender, Chapter 11 Trustee)**
999 Peachtree St, NE Ste 2300
Altanta, GA 30309-4416

**Eyewonder, Inc.**
191 Peachtree ST NE
Atlanta, GA 30303-1740

**First American Commercial Bancorp, Inc.**
211 High Point Drive
Victor, NY 14564-1061

**First Liberty Building and Loan**
PO Box 2567
Newnan, GA 30264-2567

**First Liberty Capital Partners, LLC**
c/o The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806

**GEL Funding, LLC**
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219-5198

**Georgia Department of Labor**
148 Andrew Young Inter. Blvd Room 738
Atlanta, GA 30303-1733

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE
Atlanta, GA 30345

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE, Suite 1900
Atlanta, GA 30345

**Georgia Department of Revenue**
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

**Georgia Dept. of Labor**
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

**Georgia Dept. of Labor**
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

**Gillman, Bruton & Capone, LLC**
770 Amboy Avenue
Edison, NJ 08837-3224

**Gillman, Bruton & Capone, LLC**
(Attn: Justin M. Gillman)
770 Amboy Avenue
Edison, NJ 08837-3224

**Glass Doctor- Dublin**
109 S. Union St
Dublin, GA 31021

**Hangers Cleaners**
1101-A Hillcrest Pkwy
Dublin, GA 31021

**Harvey Lee Simpson, III, MD**
500 GA Highway 22 W
Milledgeville, GA 31061-8122

**Health Resources and Services Administration**
c/o Greg Bongiovanni
61 Forsyth St SW, Suite 5M60 AFC
Atlanta, GA 30303-8931

**Hewlett-Packard Financial Services Company**
200 Connell Drive
Berkeley Heights, NJ 07922-2816

**HI BAR CAPITAL LLC**
1825 65TH ST
Brooklyn, NY 11204-3819

**HST, Inc.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Hunter Maclean Exley & Dunn P.C.**
(Attn: Francesca Macchiaverna)
P. O. Box 9848
Savannah, GA 31412-0048

| | |
|---|---|
| **Hunter Maclean Exley & Dunn, P.C.** | **IBS of America** |
| (Attn: Taylor L. Dove) | 3732 Profit Way |
| 200 E. Saint Julian Street, P.O. Box 9848 | Chesapeake, VA 23323 |
| Savannah, GA 31412-0048 | |
| | |
| **IBS Solutions, Inc.** | **Innovative Business Practices, Inc.** |
| 11175 Cicero Drive, Suite 100 | 11175 Cicero Drive |
| Alpharetta, GA 30022 | Alpharetta, GA 30022 |
| | |
| **Innovatum Capital Partners , LLC** | **Innovatum Capital Partners LLC** |
| 4590 Macarthur Blvd Ste 500 | 1664 Tustin Avenue |
| Newport Beach, CA 92660 | West Covina, CA 92627 |
| | |
| **Intelligent Network Solutions, Inc.** | **Internal Revenue Service** |
| 11175 CiceroDrive STE 100 | P. O. Box 7346 |
| Alpharetta, GA 30022 | Philadelphia, PA 19101-7346 |
| | |
| **Internal Revenue Service, CIO** | **James Seward** |
| P.O. Box 7346 | 1101 Hillcrest Pkwy Suite 103 |
| Philadelphia, PA 19101-7346 | Dublin, GA 31021 |

**JCFJR Holdings, LLC**
24 Drayton St., Suite 213
Savannah, GA 31401

**Jeri L. Miller**
236 Ridge Circle
Dublin, GA 31021

**Jones and Walden, LLC**
**(Attn: Leslie M. Pineyro)**
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

**Junior Raiders Baseball, Inc.**
PO Box 3206
Alpharetta, GA 30023-3206

**Kinetic Subsidiary, Inc.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Knowledge Republic Holdings, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Lafayette Bank**
340 West Main Street
Mayo, FL 32066-4166

**LaFayette State Bank**
340 West Main Street
P.O. Box 108
Mayo, FL 32066-0108

**LaFayette State Bank**
**(Attn: David A. Garland)**
2829 Old Dawson Road
Albany, GA 31707-1402

Landauer
2 Science Road
Glenwood, IL 60425

Law Office of J. Michael Levengood, LLC
(Attn: J. Michael Levengood)
Suite 208, 150 S. Perry Street
Lawrenceville, GA 30046-4857

Lori Miles
300 Hayward Lane
Alpharetta, GA 30022

Los Locos Amigos Cantina, LLC
1030 BROADWAY
Columbus, GA 31901

Macey, Wilensky & Hennings, LLP
(Attn: Todd Eugene Hennings, Chapter 11 Subchapter V Trustee)
5500 Interstate North Parkway, Suite 435
Sandy Springs, GA 30328-4690

Mark McCord
2007 Breckinridge Lane
Alpharetta, GA 30005-3409

Mark Miles
12720 N Douglas Blvd
Jones, OK 73049

Mark W. McCord
2007 Breckenridge Lane
Alpharetta, GA 30005-3409

McKesson Medical-Surgical, Inc.
6651 Gate Parkway
Jacksonville, FL 32256-8075

MEC Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MEC Capital, Inc.
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

| | |
|---|---|
| **Medical Management Institute**<br>3180 MATHIESON DR UNIT 712<br>Alpharetta, GA 30022 | **Medical Management Institute, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022-1179 |
| **Medical Management Institute, Inc.**<br>c/o Micha<br>250 Pharr Road NE Unit 212<br>Atlanta, GA 30305-2271 | **Medical Management Institute, Inc.**<br>c/o Michael Miles<br>250 Pharr Road NE, Unit 212<br>Atlanta, GA 30305 |
| **Medicus IT, LLC (Attn: Chris Jann)**<br>100 North Point Center East, Suite 150<br>Alpharetta, GA 30022 | **Michael Miles**<br>300 Hayward Lane<br>Alpharetta, GA 30022 |
| **Middle Georgia Business Products**<br>909 Hillcrest Parkway Ste. C<br>Dublin, GA 31021 | **Mills Floral Co.**<br>4550 PEACHTREE LAKES DR<br>Duluth, GA 30096-3092 |
| **Milner**<br>5125 Peachtree Industrial Blvd<br>Norcross, GA 30092 | **Milo Sussex, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |

**Milo Sussex, LLC**

3180 Mathieson Drive Suite 712

Atlanta, GA 30305

**Mittere Inc.**

11175 Cicero Drive, Suite 100

Alpharetta, GA 30022

**Mittere Tax & Advisory, LLC**

11175 Cicero Drive, Suite 100

Alpharetta, GA 30022-1179

**Mittere, Inc.**

11175 Cicero Drive, Suite 100

Alpharetta, GA 30022-1179

**MMI Educational Technologies, LLC**

11175 Cicero Drive, Suite 100

Alpharetta, GA 30022

**Moore, Clarke, DuVall & Rodgers, PC**

(Attn: David A. Garland)

2829 Old Dawson Road

PO Drawer 71727

Albany, GA 31708-1727

**Morris Bank**

301 Bellevue Avenue

Dublin, GA 31021-6105

**Morris Bank**

301 Bellevue Avenue

Dublin, GA 31040-0520

**MRT Acquisition, LLC**

2813 HIGHWAY 64

Apex, NC 27502

**Newtek Small Business Finance**

c/o Corporation Service Company

2 SUN COURT, Suite 400

Norcross, GA 30092-2865

**Newtek Small Business Finance**
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431-4479

**Newtek Small Business Finance, LLC**
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

**NFG Advance, LLC**
1308 KINGS HWY
Brooklyn, NY 11229-1904

**NORTH AMERICAN BANKING COMPANY**
9260 HUDSON RD
Saint Paul, MN 55125-9103

**Northwinds Leasing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Northwinds Leasing, LLC**
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**ODK Capital, LLC**
1400 Broadway
New York, NY 10018-5300

**Office of the U.S. Trustee**
(Attn: Lindsay P. S. Kolba )
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

**OnDeck Capital**
1400 Broadway
New York, New York 10018

**Parkview Advance**
400 Main Street
Stamford, CT 06901-3000

**Phillip Miles**
300 Hayward Lane
Alpharetta, GA 30022

**Phillips Healthcare**
13560 Morris Rd
Alpharetta, GA 30004

**Physician Financial Partners, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Pineland Telephone Cooperative, Inc.**
30 S Rountree St
Metter, GA 30439

**Pitney Bowes Global Financial Services LLC**
3001 Summer Street
Stamford, CT 6926

**Plexe, LLC**
6295 Greenwood Plaza Blvd Suite 100
Greenwood Village, CO 80111-4978

**PointOne Capital, LLC**
1825 65th Street
Brooklyn, NY 11204-3819

**PointOne Capital, LLC**
90 STATE STREET, SUITE 700
Office 40
Albany, NY 12207-1707

**Premier Imaging Medical Systems, Inc.**
100 North Ave NE
Rome, GA 30161

**Premium Merchant Funding 18, LLC**
55 Water Street, 50th FL
New York, NY 10041-3203

| | |
|---|---|
| **Premium Merchant Funding, LLC**<br>40 Wall St. 5th Floor<br>New York, NY 10005-1472 | **PRSOG LLC**<br>11175 Cicero Drive Suite 100<br>Alpharetta, GA 30022 |
| **Qfix**<br>440 Church Road<br>Avondale, PA 19311 | **Quench USA, Inc**<br>630 Allendale Rd, Ste. 200<br>King of Prussia, PA 19406 |
| **Radiation Business Solutions, Inc.**<br>1044 Jackson Felts Rd<br>Joelton, TN 37080 | **RJJ Capital, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| **RJJ Capital, Inc.**<br>2757 GROVE ST NE<br>Atlanta, GA 30319 | **Rountree Leitman Klein & Geer, LLC**<br>(Attn: Caitlyn Powers)<br>Suite 350, 2987 Clairmont Road<br>Atlanta, GA 30329-4435 |
| **Rountree Leitman Klein & Geer, LLC**<br>(Attn: William A. Rountree)<br>Century Plaza I, Suite 350, 2987 Clairmont Road<br>Atlanta, GA 30329-4406 | **Rountree, Leitman, Klein & Geer, LLC**<br>(Attn: Will B. Geer )<br>Century Plaza I, 2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |

| | |
|---|---|
| RS&A, Inc<br>465 Forum Parkway<br>Rural Hall, NC 27045 | Schorr Line Enterprises, Inc.<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Secure Capital, LLC<br>323 Sunny Isles Beach Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Smith Gambrell & Russell, LLP<br>1105 W. Peachtree St., N.E., Suite 1000<br>Atlanta, GA 30309-3592 |
| Smith, Gambrell & Russell, LLP<br>(Attn: Brian P. Hall)<br>1105 W. Peachtree Street NE Suite 1000<br>Atlanta, GA 30309-3592 | Smith, Gambrell & Russell, LLP<br>(Attn: Michael F. Holbein)<br>1105 West Peachtree St., N.E. Suite 1000<br>Atlanta, GA 30309-3592 |
| SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL<br>100 GARDEN CITY PLAZA #410<br>Garden City, NY 11530-3216 | Stericycle, Inc.<br>2355 Waukegan Rd<br>Bannockburn, IL 60015 |

**Sterling Capital Group, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Sun Nuclear Corporation**
3275 Suntree Blvd.
Melbourne, FL 32940

**The Locklear Company**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**The Locklear Company**
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

**The Wachter Law Firm (Attn: Fred B. Wachter)**
106 Hammond Drive NE
Atlanta, GA 30328-4806

**Thomas M. Barton**
Coles Barton LLP
150 South Perry Street Suite 100
Lawrenceville, GA 30046-4857

**U. S. Securities and Exchange Commission**
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

**U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi**
1310 Madrid Street
Marshall, MN 56258-4099

**U.S. Small Business Administration**
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

**United States Attorney**
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309

**United States Trustee**
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

**US Bank, N.A.**
1310 Madrid Street
Marshall, MN 56258-4099

**US Bank, N.A.**
6730 VIP Parkway
Syracuse, NY 13211-7326

**US Small Business Administration**
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303-1553

**Wallace Family Enterprise, LLC**
421 NW 13th Street Suite 210
Oklahoma City, OK 73103

**Water Machine, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**World Business Solutions**
1801 NE 123rd St. STE 314, North
North Miami, FL 33181

**Z.E.R.O. Holding Co., LLC**
2132 JACKSON PKWY
Atlanta, GA 30318

**Zen Capital**
3131 NE 7th
Miami, FL 33137

**Zen Capital c/o Trevor Talbot**
602 NE 38th Street
Fort Lauderdale, FL 33334-2928

**Zeroholding LLC d/b/a Zeroholding OKC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding LLC d/b/a Zerorez**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**ZFS Inc.**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Huntsville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Nashville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Oklahoma**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**Vivieon Kelly Jones**
**Assistant U.S. Attorney**
**United States Attorney's Office**
**75 Ted Turner Drive SW, Suite 600**
**Atlanta, GA  30303**

**Brian J. Malcom**
**Waller Lansden Dortch & Davis, LLP**
**1901 6th Avenue North, Suite 1400**
**Birmingham, AL  35203**