**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 21, 2022, I electronically filed the *Motion for Order Fixing Bar Date for Filing Proofs of Claim* [Doc. No. 154] using the CM/ECF system which automatically sent email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

Dated:  November 29, 2022

Respectfully submitted,

/s/  *Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-
sutherland.com

*Counsel for the Chapter 11 Trustee*