**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Curepoint, LLC** <br><br> Debtor(s) | Case No.: **22−56501−pmb** <br> Chapter: **11** <br> Judge: **Paul Baisier** |

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 154 filed on November 21, 2022, is deficient for the following reasons:

Missing certificate of service as required by BLR 7005−1, FRBP 1009 or BLR 9007−2(d).

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 11/29/22

M. Regina Thomas
Clerk of Court

By: Charles Slater
Deputy Clerk

Form 431 − Notice of deficiency 11−2020

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-56501-pmb |
| Curepoint, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Nov 29, 2022 | Form ID: 431 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curepoint, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| aty | + | Erin E. Broderick, 227 W. Monroe St., Ste 6000, Chicago, IL 60606-5087 |
| tr | + | David A. Wender, Chapter 11 Trustee, Eversheds Sutherland, LLP, 999 Peachtree St, NE Ste 2300, Altanta, GA 30309-4416 |
| | | David A. Wender, Nathaniel T. DeLoatch, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | * | David A. Wender, Nathaniel T. DeLoatch, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P.M. Tady | on behalf of Creditor Mark W. McCord atady@colesbarton.com<br>mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com |
| Brian J. Malcom | on behalf of Creditor Radiation Business Solutions brian.malcom@wallerlaw.com |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: 431 | Total Noticed: 4 |

Brian P. Hall
    on behalf of Creditor AMOA Finance  LLC bhall@sgrlaw.com, sgr.notifications@gmail.com

Caitlyn Powers
    on behalf of Debtor Curepoint  LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com

David Wender
    on behalf of Trustee David A. Wender davidwender@eversheds-sutherland.com

David A. Garland
    on behalf of Creditor LaFayette State Bank dgarland@mcdr-law.com  dgarland@mcdr-law.com;hjohnson@mcdr-law.com

Francesca Macchiaverna
    on behalf of Creditor Premium Merchant Funding 18 LLC fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com

Francesca Macchiaverna
    on behalf of Creditor Diverse Capital LLC fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com

Francesca Macchiaverna
    on behalf of Creditor PointOne Capital fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com

Fred B. Wachter
    on behalf of Creditor First Liberty Capital Partners  LLC fbwachter@wachterlaw.com

J. Michael Levengood
    on behalf of Creditor Mark W. McCord mlevengood@levengoodlaw.com  MichaelJR68751@notify.bestcase.com

John G. McCullough
    on behalf of Creditor Newtek Small Business Finance  LLC jmccullough@aldridgepite.com

Justin M. Gillman
    on behalf of Creditor CLG Servicing  LLC jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Leslie M. Pineyro
    on behalf of Creditor Arvest Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Lindsay P. S. Kolba
    on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov

Michael F. Holbein
    on behalf of Creditor AMOA Finance  LLC mholbein@sgrlaw.com

Milton D. Jones
    on behalf of Creditor Erich G. Randolph miltondjonesatty@gmail.com  mmajone14@gmail.com;G61681@notify.cincompass.com

Nathaniel DeLoatch
    on behalf of Special Counsel Eversheds Sutherland(US)LLP nathanieldeloatch@eversheds-sutherland.us

Nathaniel DeLoatch
    on behalf of Trustee David A. Wender nathanieldeloatch@eversheds-sutherland.us

Taylor L. Dove
    on behalf of Creditor PointOne Capital tdove@huntermaclean.com  aharris@huntermaclean.com;lpadgett@huntermaclean.com

Taylor L. Dove
    on behalf of Creditor Diverse Capital LLC tdove@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com

Taylor L. Dove
    on behalf of Creditor Premium Merchant Funding 18 LLC tdove@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com

Todd Eugene Hennings
    thennings@maceywilensky.com  cteh11@trustesolutions.net;hcrowder@maceywilensky.com

Vivieon K Jones
    on behalf of Creditor Small Business Admin United States of America vivieon.jones@usdoj.gov

Will B. Geer
    on behalf of Attorney ROUNTREE LEITMAN KLEIN & GEER  LLC wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;kmoore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

Will B. Geer
    on behalf of Debtor Curepoint  LLC wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;km

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: 431 | Total Noticed: 4 |

oore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

William A. Rountree

on behalf of Debtor Curepoint LLC wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com

TOTAL: 27