# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

## CERTIFICATE OF SERVICE

I certify that on, November 21, 2022, I electronically filed the *Motion for Order Fixing Bar Date for Filing Proofs of Claim* [Doc. No. 154] (the "Bar Date Motion") using the CM/ECF system which caused the Bar Date Motion to be served electronically on all parties registered to receive notice under the Bankruptcy Court's Electronic Case Filing Program. [Doc. No. 170].

I further certify that, on December 2, 2022, I caused the (i) the Bar Date Motion and (ii) *Order and Notice Establishing Bar Date Fixing Time for Filing Prepetition Claims* [Doc. No. 157] (the "Bar Date Order") to be mailed via First Class Mail, postage prepaid, to all parties-in-interest, as set forth on the attached service list.

Dated:  December 5, 2022

Respectfully submitted,

/s/ *Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

**ACS Cleaning Services LLC**
1509 Telfair Street
Dublin, GA 31021

**Aetna, Inc. (Attn: Aaron McCollough)**
c/o McGuireWoods LLP
77 West Wacker Drive Suite 4100
Chicago, IL 60601-1818

**Aire Serv of Dublin, GA**
1804 Academy Avenue
Dublin, GA 31021

**Alder Opportunity LP c/o Marna Friedman**
3405 Dallas Highway, Suite 827
Marietta, GA 30064-6429

**Aldridge Pite, LLP (Attn: John G. McCullough )**
Suite 500, Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Atlanta, GA 30305-1636

**Alexander's Office Center**
517 Academy Ave
Dublin, GA 31021

**Alpha Medical Physics, LLC**
4025 Brooksview Rd
Lenoir City, TN 37772

**AM Terminal Holding, LLC**
189 American Grain St
East Saint Louis, IL 62206

**AMOA Finance LLC.**
3330 Preston Ridge RD
Alpharetta, GA 30005

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
Smith Gambrell & Russell, LLP
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, GA  30309-3592

AOA Cares Inc.
3330 PRESTON RIDGE ROAD, Suite 300
Alpharetta, GA 30005

AOA-AMC, LLC
3330 Preston Ridge Road Suite 300
Alpharetta, GA 30005

ARROW CAPITAL SOLUTIONS, INC.
9201 EAST DRY CREEK ROAD
Englewood, CO 80112-2818

Arvest Bank c/o Leslie M. Pineyro
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Arvest Equipment Finance
PO Box 11110
Fort Smith, AR 72917-1110

Azzure Capital, LLC
c/o REGISTERED AGENTS INC.
90 State Street Suite 700, Office 40
Albany, NY 12207-1707

BANKERS HEALTHCARE GROUP LLC
(ATTN: BANKRUPTCY DEPT)
201 SOLAR STREET
SYRACUSE, NY 13204-1425

Bankers Healthcare Group, LLC
Attn:  Bankruptcy Dept
201 Solar Street
Syracuse, NY 13204-1425

Bankers Healthcare Group, LLC
(ATTN: Albert Crawford)
10234 W State Road 84
Fort Lauderdale, FL 33324

Brown Business Development, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CHESAPEAKE BANK**
97 N. MAIN ST.
Kilmarnock, VA 22482-8501

**CHTD COMPANY**
P.O. BOX 2576
Springfield, IL 62708-2576

**Charter Communications**
4145 S. Falkenburg Rd
Riverview FL  33578-8652

**City of Atlanta Fund, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CLG Servicing, LLC**
Gillman, Bruton& Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

**Click Capital Group, LLC**
7901 4th St N., Ste 300
Saint Petersburg, FL 33702-4399

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
Suite 100, 150 South Perry Street
Lawrenceville, GA 30046-4857

**Coles Barton LLP (Attn: Thomas M. Barton)**
150 South Perry Street, Suite 100
Lawrenceville, GA 30046-4857

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**Curepoint Dublin, LLC (c/o Michael Miles)**
300 Hayward Lane
Alpharetta, GA 30022

**Curepoint LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022-1179

**Dooley Investment Holdings**
1071 Ridge Pointe
Athens, GA 30606

**DTL Investments, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Dublin Construction Co.**
305 S Washington St
Dublin, GA 31021

**Eclipse Advisors, LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

**Eclipse Staffing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Elekta, Inc.**
400 Perimeter Center Ter NE, Ste. 50
Atlanta, GA 30346

**Eyewonder, Inc.**
191 Peachtree ST NE
Atlanta, GA 30303-1740

**First American Commercial Bancorp, Inc.**
211 High Point Drive
Victor, NY 14564-1061

**First Liberty Building and Loan**
PO Box 2567
Newnan, GA 30264-2567

**First Liberty Capital Partners, LLC**
c/o The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806

**GEL Funding, LLC**
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219-5198

**Georgia Department of Labor**
148 Andrew Young Inter. Blvd Room 738
Atlanta, GA 30303-1733

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE
Atlanta, GA 30345

**Vivieon Kelly Jones**
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA  30303

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE, Suite 1900
Atlanta, GA 30345

**Georgia Department of Revenue**
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 19 Fl00
Atlanta, GA 30345-3202

**Georgia Dept. of Labor**
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

**Georgia Dept. of Labor**
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

| | |
|---|---|
| **Gillman, Bruton & Capone, LLC** | **Gillman, Bruton & Capone, LLC** |
| 770 Amboy Avenue | (Attn: Justin M. Gillman) |
| Edison, NJ 08837-3224 | 770 Amboy Avenue |
| | Edison, NJ 08837-3224 |
| | |
| **Glass Doctor- Dublin** | **Hangers Cleaners** |
| 109 S. Union St | 1101-A Hillcrest Pkwy |
| Dublin, GA 31021 | Dublin, GA 31021 |
| | |
| **Harvey Lee Simpson, III, MD** | **Health Resources and Services Administration** |
| 500 GA Highway 22 W | c/o Greg Bongiovanni |
| Milledgeville, GA 31061-8122 | 61 Forsyth St SW, Suite 5M60 AFC |
| | Atlanta, GA 30303-8931 |
| | |
| **Hewlett-Packard Financial Services Company** | **HI BAR CAPITAL LLC** |
| 200 Connell Drive | 1825 65TH ST |
| Berkeley Heights, NJ 07922-2816 | Brooklyn, NY 11204-3819 |
| | |
| **Brian J. Malcom** | **Hunter Maclean Exley & Dunn P.C.** |
| Waller Lansden Dortch & Davis, LLP | (Attn: Francesca Macchiaverna) |
| 1901 6th Avenue North, Suite 1400 | P. O. Box 9848 |
| Birmingham, AL  35203 | Savannah, GA 31412-0048 |

| | |
|---|---|
| Hunter Maclean Exley & Dunn, P.C. | IBS of America |
| (Attn: Taylor L. Dove) | 3732 Profit Way |
| 200 E. Saint Julian Street, P.O. Box 9848 | Chesapeake, VA 23323 |
| Savannah, GA 31412-0048 | |
| | |
| IBS Solutions, Inc. | Innovative Business Practices, Inc. |
| 11175 Cicero Drive, Suite 100 | 11175 Cicero Drive |
| Alpharetta, GA 30022 | Alpharetta, GA 30022 |
| | |
| Innovatum Capital Partners , LLC | Director of Provider Contracting |
| 4590 Macarthur Blvd Ste 500 | Cigna HealthCare of Georgia, Inc. |
| Newport Beach, CA 92660 | 3500 PIEDMONT RD NE STE 200 |
| | ATLANTA, GA 30305-1559 |
| | |
| Intelligent Network Solutions, Inc. | Internal Revenue Service |
| 11175 CiceroDrive STE 100 | P. O. Box 7346 |
| Alpharetta, GA 30022 | Philadelphia, PA 19101-7346 |
| | |
| Internal Revenue Service, CIO | James Seward |
| P.O. Box 7346 | 1101 Hillcrest Pkwy Suite 103 |
| Philadelphia, PA 19101-7346 | Dublin, GA 31021 |

| | |
|---|---|
| **Cigna HealthCare of Georgia, Inc.**<br>2 Peachtree Street NW<br>Atlanta, GA  30303 | **Jeri L. Miller**<br>236 Ridge Circle<br>Dublin, GA 31021 |
| **Jones and Walden, LLC**<br>(Attn: Leslie M. Pineyro)<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 | **Junior Raiders Baseball, Inc.**<br>PO Box 3206<br>Alpharetta, GA 30023-3206 |
| **Kinetic Subsidiary, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 | **Knowledge Republic Holdings, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| **Lafayette Bank**<br>340 West Main Street<br>Mayo, FL 32066-4166 | **LaFayette State Bank**<br>340 West Main Street<br>P.O. Box 108<br>Mayo, FL 32066-0108 |
| **LaFayette State Bank**<br>(Attn: David A. Garland)<br>2829 Old Dawson Road<br>Albany, GA 31707-1402 | **Landauer**<br>2 Science Road<br>Glenwood, IL 60425 |

| | |
|---|---|
| **Law Office of J. Michael Levengood, LLC** <br> **(Attn: J. Michael Levengood)** <br> **Suite 208, 150 S. Perry Street** <br> **Lawrenceville, GA 30046-4857** | **Lori Miles** <br> **300 Hayward Lane** <br> **Alpharetta, GA 30022** |
| **Eric Randolph** <br> **159 The Prado NE** <br> **Atlanta, GA  30309** | **Macey, Wilensky & Hennings, LLP** <br> **(Attn: Todd Eugene Hennings, Chapter 11** <br> **Subchapter V Trustee)** <br> **5500 Interstate North Parkway, Suite 435** <br> **Sandy Springs, GA 30328-4690** |
| **Mark McCord** <br> **2007 Breckinridge Lane** <br> **Alpharetta, GA 30005-3409** | **Mark Miles** <br> **12720 N Douglas Blvd** <br> **Jones, OK 73049** |
| **Mark W. McCord** <br> **2007 Breckenridge Lane** <br> **Alpharetta, GA 30005-3409** | **McKesson Medical-Surgical, Inc.** <br> **6651 Gate Parkway** <br> **Jacksonville, FL 32256-8075** |
| **MEC Capital, Inc.** <br> **11175 Cicero Drive, Suite 100** <br> **Alpharetta, GA 30022-1179** | **MEC Capital, Inc.** <br> **c/o Michael Miles** <br> **300 Hayward Lane** <br> **Alpharetta, GA 30022-6440** |

**Medical Management Institute**
3180 MATHIESON DR UNIT 712
Alpharetta, GA 30022

**Medical Management Institute, Inc.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Medicus IT, LLC (Attn: Chris Jann)**
100 North Point Center East, Suite 150
Alpharetta, GA 30022

**Michael Miles**
300 Hayward Lane
Alpharetta, GA 30022

**Middle Georgia Business Products**
909 Hillcrest Parkway Ste. C
Dublin, GA 31021

**Mills Floral Co.**
4550 PEACHTREE LAKES DR
Duluth, GA 30096-3092

**Milner**
5125 Peachtree Industrial Blvd
Norcross, GA 30092

**Milo Sussex, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Milo Sussex, LLC**
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

**Mittere Tax & Advisory, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

| | |
|---|---|
| **Mittere, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022-1179 | **MMI Educational Technologies, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| **Moore, Clarke, DuVall & Rodgers, PC**<br>(Attn: David A. Garland)<br>2829 Old Dawson Road<br>PO Drawer 71727<br>Albany, GA 31708-1727 | **Morris Bank**<br>301 Bellevue Avenue<br>Dublin, GA 31040-0520 |
| **MRT Acquisition, LLC**<br>2813 HIGHWAY 64<br>Apex, NC 27502 | **Newtek Small Business Finance**<br>c/o Corporation Service Company<br>2 SUN COURT, Suite 400<br>Norcross, GA 30092-2865 |
| **Newtek Small Business Finance**<br>4800 T-Rex Avenue, Suite 120<br>Boca Raton, FL 33431-4479 | **Newtek Small Business Finance, LLC**<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 |
| **NFG Advance, LLC**<br>1308 KINGS HWY<br>Brooklyn, NY 11229-1904 | **NORTH AMERICAN BANKING COMPANY**<br>9260 HUDSON RD<br>Saint Paul, MN 55125-9103 |

**Northwinds Leasing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Northwinds Leasing, LLC**
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**ODK Capital, LLC**
1400 Broadway
New York, NY 10018-5300

**Office of the U.S. Trustee**
(Attn: Lindsay P. S. Kolba )
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

**OnDeck Capital**
1400 Broadway
New York, New York 10018

**Parkview Advance**
400 Main Street
Stamford, CT 06901-3000

**Phillip Miles**
300 Hayward Lane
Alpharetta, GA 30022

**Phillips Healthcare**
13560 Morris Rd
Alpharetta, GA 30004

**Physician Financial Partners, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Medical & Pharmacy Legal Consultants**
236 Clarinet Way
Davenport, FL  33896

Pitney Bowes Global Financial Services LLC
3001 Summer Street
Stamford, CT 6926

Plexe, LLC
6295 Greenwood Plaza Blvd Suite 100
Greenwood Village, CO 80111-4978

PointOne Capital, LLC
1825 65th Street
Brooklyn, NY 11204-3819

Premier Imaging Medical Systems, Inc.
100 North Ave NE
Rome, GA 30161

Premium Merchant Funding 18, LLC
55 Water Street, 50th FL
New York, NY 10041-3203

Pitney Bowes Global Financial Services LLC
P.O. Box 981022
Boston, MA  02298-1022

PRSOG LLC
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

Qfix
440 Church Road
Avondale, PA 19311

Quench USA, Inc
630 Allendale Rd, Ste. 200
King of Prussia, PA 19406

Radiation Business Solutions, Inc.
1044 Jackson Felts Rd
Joelton, TN 37080

RJJ Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

RJJ Capital, Inc.
2757 GROVE ST NE
Atlanta, GA 30319

Rountree Leitman Klein & Geer, LLC
(Attn: Caitlyn Powers)
Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4435

Rountree Leitman Klein & Geer, LLC
(Attn: William A. Rountree)
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4406

Rountree, Leitman, Klein & Geer, LLC
(Attn: Will B. Geer )
Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

RS&A, Inc
465 Forum Parkway
Rural Hall, NC 27045

Schorr Line Enterprises, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20003

Secure Capital, LLC
323 Sunny Isles Beach Blvd., Ste. 503
Sunny Isles Beach, FL 33160

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Smith Gambrell & Russell, LLP
1105 W. Peachtree St., N.E., Suite 1000
Atlanta, GA 30309-3592

Smith, Gambrell & Russell, LLP
(Attn: Brian P. Hall)
1105 W. Peachtree Street NE Suite 1000
Atlanta, GA 30309-3592

Smith, Gambrell & Russell, LLP
(Attn: Michael F. Holbein)
1105 West Peachtree St., N.E. Suite 1000
Atlanta, GA 30309-3592

Stericycle, Inc.
2355 Waukegan Rd
Bannockburn, IL 60015

Sterling Capital Group, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Sun Nuclear Corporation
3275 Suntree Blvd.
Melbourne, FL 32940

The Locklear Company
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

The Locklear Company
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

The Wachter Law Firm (Attn: Fred B. Wachter)
106 Hammond Drive NE
Atlanta, GA 30328-4806

Thomas M. Barton
Coles Barton LLP
150 South Perry Street Suite 100
Lawrenceville, GA 30046-4857

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

US Bank, N.A.
1310 Madrid Street
Marshall, MN 56258-4099

US Bank, N.A.
6730 VIP Parkway
Syracuse, NY 13211-7326

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303-1553

Wallace Family Enterprise, LLC
421 NW 13th Street Suite 210
Oklahoma City, OK 73103

Water Machine, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**World Business Solutions**
1801 NE 123rd St. STE 314, North
North Miami, FL 33181

**Z.E.R.O. Holding Co., LLC**
2132 JACKSON PKWY
Atlanta, GA 30318

**Zen Capital**
3131 NE 7th
Miami, FL 33137

**Zen Capital c/o Trevor Talbot**
602 NE 38th Street
Fort Lauderdale, FL 33334-2928

**Zeroholding LLC d/b/a Zeroholding OKC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding LLC d/b/a Zerorez**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**ZFS Inc.**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Huntsville**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Nashville**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Oklahoma**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**Shred-cycle, Inc.**
**P.O. Box 13033**
**East Dublin, GA  31027**

**AMTrust North America**
**P.O. Box 6939**
**Cleveland OH  44101-1939**

**CurePoint Dublin LLC**
**2406 Bellevue Rd**
**Dublin, GA  31021**