B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re Curepoint, LLC                                        Case No. 22-56501-PEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AMOA CP Acquisition, LLC | Morris Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Michael F. Holbein
Smith Gambrell & Russell, LLP
1105 W. Peachtree St., NE, Ste. 1000
Atlanta, GA 30309
Phone: (404) 815-3607
Last Four Digits of Acct #: _____

Court Claim # (if known): 15-1
Amount of Claim: $927,388.68
Date Claim Filed: 10/25/2022

Phone: (478) 274-3072
Last Four Digits of Acct. #: 7000

Name and Address where transferee payments should be sent (if different from above):
AMOA CP Acquisition, LLC
3330 Preston Ridge Rd., Ste. 3000
Alpharetta, GA 30005
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael McCord                                         Date: 12-5-2022
Transferee/Transferee's Agent
*Michael McCord*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.