**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Eversheds Sutherland (US) LLP (the "Applicant") has filed a First Application for Compensation by Counsel for Chapter 11 Trustee (the "Application") and related papers with the Court seeking an order awarding $47,690.10 in legal fees to Applicant.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Application at the following number: **(toll-free number: [833-568-8864]; meeting id [161 706 9079], at 1:20 PM, on January 9, 2023 in U.S. Courthouse, Courtroom 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: December 12, 2022

/s/ Nathaniel DeLoatch
Georgia Bar No. 216330
999 Peachtree St., NE, Suite 2300
Atlanta, GA 30309
(404)853-8356

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**COVER SHEET FOR: FIRST INTERIM APPLICATION FOR COMPENSATION BY**
**COUNSEL FOR CHAPTER 11 TRUSTEE FOR THE PERIOD OF OCTOBER 18, 2022**
**TO OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Eversheds Sutherland (US) LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Period for which compensation and Reimbursement is sought: | October 18, 2022 – October 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $47,690.10 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is an interim monthly application.

Summary of prior interim application(s): NA.

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FOR THE APPLICATION PERIOD[1]**

| Professional | Background | Rate | Hours | Fees Billed |
|---|---|---|---|---|
| David Wender | Partner | $799 | 23.2 | $18,536.80 |
| Nathaniel DeLoatch | Associate | $603 | 36.5 | $22,009.50 |
| Christopher Roselli | Partner | $743 | 7.60 | $5,646.80 |
| LaShana Jimmar | Paralegal | $369 | 2.5 | $922.5 |
| Wendy Spiro | Paralegal | $383 | 1.5 | $574.50 |
| **Grand Total** | | | **71.30** | **$47,690.10** |

---

[1] Eversheds Sutherland (US) LLP's hourly rates for services are comparable to the hourly rates charged in chapter 11 cases by comparably skilled bankruptcy attorneys practicing in law firms of comparable size.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**FIRST APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD OF OCTOBER 18, 2022 THROUGH OCTOBER 31,
2022 AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**

COMES NOW Eversheds Sutherland (US) LLP ("ES" or "Applicant"), counsel for David A. Wender, in his role solely as the Chapter 11 Trustee (the "Trustee"), for the above-captioned debtor (the "Debtor"), and hereby files this application for allowance of compensation in the amount of $47,690.10 for the period of October 18, 2022 through and including October 31, 2022 (the "Application Period"). In support hereof, ES attaches as **Exhibit 1** hereto and incorporates by reference the Declaration of David A. Wender (the "Wender Declaration") confirming the facts set forth in this Application.  In further support hereof, ES respectfully shows as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4

2.      The statutory basis for the relief sought herein is sections 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.      On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      On September 21, 2022, Mark W. McCord, M.D. and the United States Trustee filed motions to appoint a chapter 11 trustee in the Case. [Doc. Nos. 52, 54].  Shortly thereafter, on October 3, 2022, AMOA Finance, LLC filed its motion to appoint a chapter 11 trustee in the Case. [Doc. No. 68].   On October 13, 2022, the Court entered an order granting Mark W. McCord, M.D.'s and AMOA Finance, LLC's motions and directing the United States Trustee to appoint a chapter 11 trustee in the Case. [Doc. No. 96].

5.      On October 17, 2022, the United States Trustee filed the *Notice of Appointment of Chapter 11 Trustee and Setting of Bond*, which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. [Doc. No. 104].  On October 18, 2022, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee*. [Doc. No. 106].  The Court approved the appointment of the Trustee on October 19, 2022. [Doc. No. 108].

6.      On October 27, 2022, the Court entered its *Order Approving Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel, Subject to Objection* [Doc. No. 119] (the "ES Order").  The ES Order permits, among other things, the payment of compensation and reimbursement of expenses to ES by way of application to the Court, subject to the requirements of sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, or as otherwise ordered by the Court (the "ES Fees").  [*Id.*].

5

7.      On November 7, 2022, the Trustee filed his emergency motion seeking, among other things, the authority to conduct a sale of substantially all of the Debtor's assets (the "Sale"), to solicit and accept bids in connection therewith, and for the approval of certain other procedures necessary to effectuate the Sale [*see* Doc. No. 124] (the "Sale Procedures Motion").

8.      On November 14, 2022, the Trustee filed the *Application of Chapter 11 Trustee to Retain Investment Banker Effective as of November 1, 2022* [Doc. No. 130] (the "SOLIC Application"), seeking authority to retain SOLIC in connection with the Sale and approving compensation as set forth in the Engagement Letter (*see* SOLIC Application, Ex. 2).

9.      On November 16, 2022, the Trustee filed the monthly operating reports for the months of September 2022 and October 2022 [Doc. Nos. 137, 138] (the "Monthly Operating Reports").

10.      On November 18, 2022, the Court entered the order granting the Sale Procedures Motion [*see* Doc. No. 145] (the "Sale Procedures Order").  Since entry of the Sale Procedures Order, the Trustee, with the assistance of counsel, is in the process of effectuating a sale of the Debtor as contemplated therein and is complying with all applicable notices and deadlines as set forth therein.

11.      On November 21, 2022, the Trustee filed the *Chapter 11 Trustee's Motion to Amend Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Doc. No. 155] (the "Cash Collateral Motion").  On December 2, 2022, the Court entered the *Amended Third Interim Order Authorizing the Trustee to Use Cash Collateral and Granting Adequate Protection* [Doc. No. 173] (the "Amended Cash Collateral Order"), authorizing, among other things, the Trustee's use of the Debtor's cash collateral in accordance

6

with the Trustee's proposed budget.  The budget provides for ES fees that have been incurred and also provides the Trustee's good faith estimates concerning ES's future fees and expenses.

## RELIEF REQUESTED AND BASIS THEREOF

12.    ES seeks compensation for services performed incurred as counsel to the Trustee during the Application Period in amount of $47,690.10.[2]  This is the first application ES has filed in this Case.  A detailed description of services rendered for the Application Period, by date, time, and nature of services performed is attached to the Wender Declaration as **Exhibit A** (the "Invoice") and incorporated herein by reference.

13.    For the period covered by this Application, ES's attorneys and paraprofessionals have devoted a total of not fewer than 71 professional hours in performing services for the Trustee in this Case.  A summary of hours spent by each attorney and paraprofessional is set forth in the Invoice.

14.    ES has rendered services to the Trustee during the Application Period, including, but not limited to, drafting and filing the Sale Procedures Motion and all supporting documents, drafting and filing the SOLIC Application, drafting and filing the Trustee's Cash Collateral Motion, drafting and serving all applicable notices as required by the Sale Procedures Order, assisting the Trustee relative to the contemplated sale of the Debtor, attending various hearings, communicating with various creditors and other parties-in-interest, and analyzing proofs of claims filed in the Case.[3]

---

[2] ES's actual fees in this case are $54,195.50. As set forth in the ES's retention application [*see* Doc. No. 117], ES has reduced its fees by discounting hourly rates as set forth therein.  This ensures, as confirmed by the Debtor's Budget [*see* Doc. No. 155, Ex. 2], that the Debtor has adequate cash-on-hand and that payment of the requested fees will not impose any unnecessary financial distress (and likely no distress at all).

[3] Though the Invoice includes charges associated with legal services performed by David Wender, it does not include any charges associated with Mr. Wender's performance of his duties as the Chapter 11 Trustee in this Case.

15.    With respect to the aforementioned services, ES contends that all services provided as counsel to the Trustee were necessary to assist the Trustee in the proper and effective administration of the estate of the Debtor and the protection of the rights and positions of creditors and the estate. The fair and reasonable value of these services, and the cost of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $54,195.50.

16.    ES is a major law firm whose attorneys have developed and demonstrate a high level of legal skills, experience, and expertise in the effective and economic representation of fiduciaries in chapter 11 cases and are well-versed in both the substantive and procedural issues which arise in such cases and, consequently, are able to provide prompt, efficient, and effective legal services as required.

17.    ES submits that its requested hourly rates are equal to or less than the rates of lawyers of reasonably comparable skills, experience, and reputation in cases of similar complexity and size in the geographic area in which it practices and in cases not proceeding under the Bankruptcy Code. *See* 11 U.S.C. § 330(a)(3)(F) (2018); *see also In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 849 (3rd Cir. 1994) (citing to legislative history related to 11 U.S.C. § 330, adopted in 1978, for the proposition that "The unambiguous policy inspiring § 330(a), expressed most clearly [by Congress], is that professionals and paraprofessionals in bankruptcy cases should earn the same income as their non-bankruptcy counterparts.") (emphasis added).

18.    ES submits that all services for which compensation is requested have been actually provided to the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this Case and for the benefit of the Debtor's bankruptcy estate and creditors.

19.    ES submits that it is entitled to allowance of compensation in the amount of not less than $47,690.10 of fees that arose based on a "lodestar" calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on the Invoice. ES contends that the compensation requested herein satisfies the standards and guidelines set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974), and adopted by the Eleventh Circuit in *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990), for evaluation of applications for compensation.

20.    The Trustee has reviewed this Application and has approved the requested amounts.

21.    ES requests that this Application and the attached exhibits be admitted into evidence at any hearing on this Application.

## CONCLUSION

WHEREFORE, ES respectfully requests that the Court grant this Application and enter an order substantially in the form of order attached hereto as **Exhibit 2** providing that:

(a)    ES be allowed compensation in the amount of $47,690.10 as and for the reasonable value for services rendered in connection with its retention as counsel for Trustee for the Application Period;

(b)    the Court grant the compensation sought herein and authorize the Trustee to make payment of same as an administrative expense immediately upon the entry of this order;

(c)    the Court grant such other and further relief as may be just and proper.

Dated:  December 12, 2022                    Respectfully submitted,

                                             /s/ *David A. Wender*
                                             David A. Wender (Ga. Bar No. 748117)

9

Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

10

**EXHIBIT 1**

**<u>Declaration of David A. Wender</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**DECLARATION OF DAVID A. WENDER**

I, David A. Wender, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.    I am a partner in the law firm of Eversheds Sutherland (US) LLP ("ES") and have knowledge of the facts set forth herein.

2.    The facts set out in the foregoing *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31, 2022 as Counsel for the Chapter 11 Trustee* and the exhibits attached hereto are true and correct to the best of my knowledge, information, and belief. Those facts are known to me personally or established by business records of ES maintained in the ordinary course of business, including time and disbursement records made by lawyers and paraprofessionals at ES.

Dated: December 12, 2022.

/s/ David A. Wender
David A. Wender
Georgia Bar No. 748117

**EXHIBIT A**

**(Invoice)**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1226364 |
| Bill Date | December 8, 2022 |

**Matter No:**     **96361.0002**
**RE:**         **Curepoint Legal Advice**

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022. The rates noted below reflect the agreed-upon discount as stated in Eversheds Sutherland's Application.**

| | |
|---|---|
| **Fees** | **$47,690.10** |
| **Total Current Bill** | **$47,690.10** |

Matter No. 96361-0002                                    Bill No: 1226364                                          Page 2

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 10/21/22 | Wendy B. Spiro | Arrange for court reporter to prepare written transcript of hearing held on Debtor's motion to sell, U.S. trustee's motion to appoint Chapter 11 trustee. | B110 | 0.30 | 114.90 |
| 10/24/22 | David A. Wender | Multiple calls in furtherance of appointment (3.7); confer with counsel relative to background issues (1.0); follow up with Jamila relative to assets (0.7). | B110 | 5.40 | 4,314.60 |
| 10/24/22 | Nathaniel T. DeLoatch | Communicate with chambers re attendance and format of hearing. | B110 | 0.20 | 120.60 |
| 10/27/22 | Nathaniel T. DeLoatch | Call with D. Wender re hearing and strategy. | B110 | 0.30 | 180.90 |
| 10/27/22 | David A. Wender | Analyze and present argument in support of Motion to Avoid Appointment of Patient Care Ombudsman. | B110 | 1.00 | 799.00 |
| 10/28/22 | Wendy B. Spiro | Check with court reporter on status of transcript from two-day hearing held before Judge Cavender on Debtor's motion to sell, U.S. trustee's motion to appoint Chapter 11 trustee. | B110 | 0.10 | 38.30 |
| | | **Total for B110 - Case Administration** | | | **5,568.30** |
| 10/22/22 | David A. Wender | Draft and revise Form Asset Purchase Agreement. | B130 | 1.00 | 799.00 |
| 10/24/22 | David A. Wender | Draft and revise Form Asset Purchase Agreement. | B130 | 1.50 | 1,198.50 |
| 10/24/22 | Christopher M. Rosselli | Conference with David Wender regarding transaction and next steps. | B130 | 0.40 | 297.20 |
| 10/25/22 | Christopher M. Rosselli | Review debtor's motion .(0.6); correspondence with David Wender regarding same (0.2). | B130 | 0.80 | 594.40 |
| 10/25/22 | LaShana C. Jimmar | Correspond with Cogency regarding lien searches. | B130 | 0.10 | 36.90 |
| 10/26/22 | LaShana C. Jimmar | Correspond with Cogency regarding lien searches and chart (0.5); distribute lien searches and chart to N. DeLoatch for review (0.3). | B130 | 0.80 | 295.20 |
| 10/26/22 | Christopher M. Rosselli | Begin review of asset purchase agreement. | B130 | 1.30 | 965.90 |
| 10/26/22 | David A. Wender | Attention to investment banker/restructuring advisor (1.7); attention to proposed sale | B130 | 2.30 | 1,837.70 |

Matter No. 96361-0002 | Bill No: 1226364 | Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| | | procedures. (0.6). | | | |
| 10/27/22 | Nathaniel T. DeLoatch | Draft sale motion. | B130 | 2.10 | 1,266.30 |
| 10/27/22 | Nathaniel T. DeLoatch | Drafting of nondisclosure agreement. | B130 | 0.50 | 301.50 |
| 10/27/22 | Christopher M. Rosselli | Complete review and begin revisions to asset purchase agreement. | B130 | 1.10 | 817.30 |
| 10/27/22 | David A. Wender | Attention to investment banker/restructuring advisor (0.8); attention to proposed sale procedures (0.7). | B130 | 1.50 | 1,198.50 |
| 10/28/22 | Christopher M. Rosselli | Continue revisions to asset purchase agreement. | B130 | 2.30 | 1,708.90 |
| 10/28/22 | Nathaniel T. DeLoatch | Continue drafting sale motion and supporting documents. | B130 | 6.50 | 3,919.50 |
| 10/29/22 | Nathaniel T. DeLoatch | Revise sale motion and supporting documents. | B130 | 4.40 | 2,653.20 |
| 10/29/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 0.90 | 719.10 |
| 10/30/22 | Christopher M. Rosselli | Proofread purchase agreement; compare the same against precedent agreements. | B130 | 1.70 | 1,263.10 |
| 10/30/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 2.10 | 1,677.90 |
| 10/31/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 2.70 | 2,157.30 |
| 10/31/22 | Nathaniel T. DeLoatch | Drafting of notice of assignment for sale motion. | B130 | 2.30 | 1,386.90 |
| 10/31/22 | Nathaniel T. DeLoatch | Revise draft of sale motion. | B130 | 1.80 | 1,085.40 |
| 10/31/22 | Nathaniel T. DeLoatch | Prepare for and attend meeting with SOLIC, trustee, and debtor re sale process. | B130 | 1.10 | 663.30 |
| | | **Total for B130 - Asset Disposition** | | | **26,843.00** |
| 10/19/22 | Nathaniel T. DeLoatch | Analyze pending stay relief motion of Arvest Bank. | B140 | 0.40 | 241.20 |
| | | **Total for B140 - Relief from Stay/Adequate Protection Proceedings** | | | **241.20** |
| 10/19/22 | Nathaniel T. | Draft application to employ counsel and | B160 | 3.20 | 1,929.60 |

Matter No. 96361-0002                                   Bill No: 1226364                                      Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| | DeLoatch | supporting documents. | | | |
| 10/20/22 | Nathaniel T. DeLoatch | Revise draft of application to employ and supporting documents. | B160 | 2.00 | 1,206.00 |
| 10/24/22 | Wendy B. Spiro | Preparations for filing Eversheds' application to be appointed as counsel to Chapter 11 trustee (0.2); e-mails with N. DeLoatch regarding procedure for checking whether anyone at Eversheds has any relationship to any judge currently sitting on U.S. Bankruptcy Court/Northern District of Georgia (0.1). | B160 | 0.30 | 114.90 |
| 10/24/22 | Nathaniel T. DeLoatch | Review and revise application to retain counsel and supporting documents. | B160 | 2.00 | 1,206.00 |
| 10/26/22 | Wendy B. Spiro | Finalize, e-file, and serve Chapter 11 Trustee's application to retain Eversheds as counsel (with supporting declaration and proposed order), and D. Wender's notice of appearance (0.6); e-mails with N. DeLoatch regarding above (0.2). | B160 | 0.80 | 306.40 |
| | | **Total for B160 - Fee/Employment Applications** | | | **4,762.90** |
| 10/20/22 | Nathaniel T. DeLoatch | Review and analyze cash collateral motions. | B230 | 0.40 | 241.20 |
| 10/31/22 | Nathaniel T. DeLoatch | Analyze vendor invoices and confirm status of post-petition invoices. | B230 | 1.50 | 904.50 |
| 10/31/22 | Nathaniel T. DeLoatch | Prepare for and attend call with Debtor's employees re budget and vendor status. | B230 | 0.80 | 482.40 |
| | | **Total for B230 - Financing/Cash Collections** | | | **1,628.10** |
| 10/20/22 | Nathaniel T. DeLoatch | Review and analyze claims docket and related deadlines. | B310 | 1.20 | 723.60 |
| 10/20/22 | David A. Wender | Review proof of claim and analyse basis thereof. | B310 | 0.30 | 239.70 |
| 10/21/22 | David A. Wender | Analyze proofs claim to determine required responses. | B310 | 3.70 | 2,956.30 |
| 10/24/22 | LaShana C. Jimmar | Analysis regarding lien searches (0.8); correspondence with Cogency with list of name variations for lien searches (0.4); correspond with N. DeLoatch regarding entity names (0.3). | B310 | 1.50 | 553.50 |
| 10/24/22 | Nathaniel T. DeLoatch | Analyze Debtor's counsel first and final fee application. | B310 | 0.30 | 180.90 |
| 10/25/22 | Nathaniel T. DeLoatch | Prepare for and participate in call with D. Wender re debtor's real property leases. | B310 | 0.40 | 241.20 |

Matter No. 96361-0002 | Bill No: 1226364 | Page 5

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 10/26/22 | David A. Wender | Review lien search results. | B310 | 0.30 | 239.70 |
| 10/27/22 | LaShana C. Jimmar | Analysis regarding lien searches. | B310 | 0.10 | 36.90 |
| 10/29/22 | David A. Wender | Review proofs of claim. | B310 | 0.50 | 399.50 |
| | | **Total for B310 - Claims Administration and Objections** | | | **5,571.30** |
| 10/18/22 | Nathaniel T. DeLoatch | Conference with D. Wender regarding case strategy. | B410 | 0.20 | 120.60 |
| 10/18/22 | Nathaniel T. DeLoatch | Draft Notice of Appearance and related documents. | B410 | 1.00 | 603.00 |
| 10/18/22 | Nathaniel T. DeLoatch | Prepare for and attend conference call with Trustee, debtor and other interested parties. | B410 | 0.90 | 542.70 |
| 10/18/22 | Nathaniel T. DeLoatch | Assist in filing of notice of appearance and related documents. | B410 | 0.80 | 482.40 |
| | | **Total for B410 - General Bankruptcy Advice/Opinions** | | | **1,748.70** |
| 10/20/22 | Nathaniel T. DeLoatch | Prepare for and attend meeting with Trustee and certain of debtor's employees. | B420 | 1.50 | 904.50 |
| 10/21/22 | Nathaniel T. DeLoatch | Research subV deadlines and applicability to case. | B420 | 0.70 | 422.10 |
| | | **Total for B420 - Restructurings** | | | **1,326.60** |

| | | | **Fees** | | $47,690.10 |

B110  Case Administration

| | | | |
|---|---|---|---|
| David A. Wender | 6.40 | Hours @ 799.00 | 5,113.60 |
| Nathaniel T. DeLoatch | 0.50 | Hours @ 603.00 | 301.50 |
| Wendy B. Spiro | 0.40 | Hours @ 383.00 | 153.20 |
| | 7.30 | | 5,568.30 |

B130  Asset Disposition

| | | | |
|---|---|---|---|
| David A. Wender | 12.00 | Hours @ 799.00 | 9,588.00 |
| Christopher M. Rosselli | 7.60 | Hours @ 743.00 | 5,646.80 |
| Nathaniel T. DeLoatch | 18.70 | Hours @ 603.00 | 11,276.10 |
| LaShana C. Jimmar | 0.90 | Hours @ 369.00 | 332.10 |
| | 39.20 | | 26,843.00 |

B140  Relief from Stay/Adequate Protection Proceedings

| | | | |
|---|---|---|---|
| Nathaniel T. DeLoatch | 0.40 | Hours @ 603.00 | 241.20 |
| | 0.40 | | 241.20 |

Matter No. 96361-0002                          Bill No: 1226364                                    Page 6

---

**B160  Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| Nathaniel T. DeLoatch | 7.20 | Hours @ 603.00 | 4,341.60 | |
| Wendy B. Spiro | 1.10 | Hours @ 383.00 | 421.30 | |
| | 8.30 | | | 4,762.90 |

**B230  Financing/Cash Collections**

| | | | | |
|---|---|---|---|---|
| Nathaniel T. DeLoatch | 2.70 | Hours @ 603.00 | 1,628.10 | |
| | 2.70 | | | 1,628.10 |

**B310  Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| David A. Wender | 4.80 | Hours @ 799.00 | 3,835.20 | |
| Nathaniel T. DeLoatch | 1.90 | Hours @ 603.00 | 1,145.70 | |
| LaShana C. Jimmar | 1.60 | Hours @ 369.00 | 590.40 | |
| | 8.30 | | | 5,571.30 |

**B410  General Bankruptcy Advice/Opinions**

| | | | | |
|---|---|---|---|---|
| Nathaniel T. DeLoatch | 2.90 | Hours @ 603.00 | 1,748.70 | |
| | 2.90 | | | 1,748.70 |

**B420  Restructurings**

| | | | | |
|---|---|---|---|---|
| Nathaniel T. DeLoatch | 2.20 | Hours @ 603.00 | 1,326.60 | |
| | 2.20 | | | 1,326.60 |

| | | |
|---|---|---|
| | 71.30 | 47,690.10 |

**TOTAL CURRENT BILLING                $47,690.10**

**EXHIBIT 2**

**<u>Proposed Order</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

**[PROPOSED] ORDER GRANTING FIRST APPLICATION FOR COMPENSATION OF COUNSEL FOR CHAPTER 11 TRUSTEE**

Counsel for the Chapter 11 Trustee, Eversheds Sutherland (US) LLP (the "Applicant") filed the *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31, 2022 as Counsel for the Chapter 11 Trustee* on December [●], 2022 [Doc. No. ●] (the "Application").  Upon a review of the Application and all other matters of record, the Court finds that the professional services rendered and the costs and expenses incurred were necessary and allowable pursuant to 11 U.S.C. §§ 330 and 331 and meet the guidelines and standards set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Applicant is allowed compensation of $47,690.10 for professional services rendered by it in this case from October 18, 2022 through October 31, 2022 for a total award of $47,690.10.

2

3. The Chapter 11 Trustee shall cause the Debtor's estate to pay the Applicant for its services as set forth herein immediately upon entry of this Order.

4. This Order shall be effective immediately upon entry.

5. The Court retains jurisdiction over all matters related to this Order.

6. Applicant shall serve a copy of this Order on all parties-in-interest within three business (3) days of entry on the docket and promptly thereafter file a certificate of service evidencing the method and manner of service.

## END OF ORDER

**Prepared and presented by:**

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

3