**IT IS ORDERED as set forth below:**



Date: December 12, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

### JOINT AMENDED ORDER APPROVING APPLICATION OF CHAPTER 11 TRUSTEE TO RETAIN INVESTMENT BANKER EFFECTIVE AS OF NOVEMBER 1, 2022, SUBJECT TO OBJECTION

On November 14, 2022, David A. Wender, in his capacity as the Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") in the above-styled case (the "Case"), filed the *Application of Chapter 11 Trustee to Retain Investment Banker Effective as of November 1, 2022* [Doc. No. 130] (the "Application"), seeking to employ SOLIC[1] (the "Applicant") as investment banker for the Trustee in this Case. On November 18, 2022, the Court entered the

---

[1] Terms used but not defined herein shall have the meaning ascribed to them in the Application or Order, as applicable.

*Order Approving Application of Chapter 11 Trustee to Retain Investment Banker Effective as of November 1, 2022, Subject to Objection* [Doc. No. 146] (the "Order").

The Order, among other things, approves the retention of SOLIC as the investment banker to the Trustee with such retention being governed by the terms of the Engagement Letter, attached to the Application as Exhibit 2. In the absence of an objection, the Order becomes a final order effective as of November 1, 2022. The Order provides parties-in-interest twenty-one (21) days from service of the Order to object to the same.

Upon entry of the Order, the Trustee and United States Trustee (the "US Trustee," together with the Trustee, the "Parties") entered into informal discussions concerning the Application and the Engagement Letter. As a result of those discussions, the Parties have agreed that the Engagement Letter shall be amended solely in the following manner – the last sentence of the first paragraph of the Indemnity Agreement (attached as Exhibit A to the Engagement Letter) between SOLIC and the Debtor will be replaced with the following:

> Notwithstanding the foregoing, in no event shall the Company be responsible for any Losses or Expenses that arise out of or in connection with the Engagement which are finally judicially determined to have resulted solely from the ~~willful~~ misconduct or gross negligence of any Indemnified Person.

Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. This order amends the Order solely to incorporate the changes to the Indemnity Agreement as agreed by the Trustee and the US Trustee.

2. The last sentence of the first paragraph of the Indemnity Agreement is replaced with the following:

> Notwithstanding the foregoing, in no event shall the Company be responsible for any Losses or Expenses that arise out of or in connection with the Engagement which are finally judicially

determined to have resulted solely from the misconduct or gross negligence of any Indemnified Person.

3. Except as explicitly set forth in the preceding paragraph, nothing contained herein shall be construed to alter, amend, or otherwise modify the Order or any deadlines set forth therein. The Order remains in full force and effect.

4. The Trustee shall serve this order via First Class Mail, postage prepaid,[2] on all parties-in-interest within three (3) days of the entry of this order. The Trustee shall file a certificate of service evidencing such service within a reasonable time thereafter.

**END OF ORDER**

| Order Proposed By: | Order Consented to By: |
|---|---|
| /s/ *David A. Wender* | /s/ *Lindsay P.S. Kolba* (by DW with express permission) |
| David A. Wender (Ga. Bar No. 748117) | Lindsay P. S. Kolba |
| Nathaniel T. DeLoatch (Ga. Bar No. 216330) | Office of the U.S. Trustee |
| Eversheds Sutherland (US) LLP | Suite 362 |
| 999 Peachtree Street, NE, Suite 2300 | 75 Ted Turner Drive, S.W. |
| Atlanta, GA 30309-3996 | Atlanta, GA 30303 |
| Telephone: 404.853.8175 | (404) 331-4437 |
| Facsimile: 404.853.8806 | Email: lindsay.p.kolba@usdoj.gov |
| Davidwender@eversheds-sutherland.com | |
| Nathanieldeloatch@eversheds-sutherland.com | |

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

---

[2] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.