# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, I caused the *Response of Chapter 11 Trustee in Support of Sale of Substantially All of the Debtor's Assets* [Doc. No. 198] to be served via email on the parties shown on **Exhibit 1** attached hereto.

I further certify that on December 16, 2022, I caused the same to be mailed via First Class Mail, postage prepaid, on all parties in interest, as set forth on the service list attached hereto as **Exhibit 2**.

Dated:  December 16, 2022

Respectfully submitted,

/s/  *Nathaniel T. DeLoatch*
Nathaniel T. Deloatch (Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

EXHIBIT 1

| Party: | Email: |
|---|---|
| Aaron P.M. Tady | atady@colesbarton.com |
| Aaron P.M. Tady | atady@colesbarton.com, mjohnston@colesbarton.com; epoole@colesbarton.com; tbarton@colesbarton.com; tbrandenburg@colesbarton.com |
| Aetna, Inc | amccollough@mcguirewoods.com |
| AMOA Finance, LLC | mholbein@sgrlaw.com |
| Arvest Bank | lpineyro@joneswalden.com |
| Bankers Healthcare Group, LLC | djohnston@bhg–inc.com |
| Brian Hall | bhall@sgrlaw.com, sgr.notifications@gmail.com |
| Brian J. Malcom | brian.malcom@wallerlaw.com |
| Caitlyn Powers | cpowers@rlkglaw.com, |
| CLG Servicing LLC | ecf@gbclawgroup.com |
| David A. Garland | sray@mcdr-law.com |
| David A. Garland | dgarland@mcdr-law.com, dgarland@mcdr-law.com;hjohnson@mcdr-law.com |
| David A. Wender, Esq. | Davidwender@eversheds-sutherland.com |
| David Wender | davidwender@eversheds-sutherland.com |
| First American Commercial Bancorp, Inc. | darryl.walczak@faef.com |
| First Liberty Capital Partners, LLC | fbwachter@wachterlaw.com |
| Francesca Macchiaverna | fmacchiaverna@huntermaclean.com; tdove@huntermaclean.com |
| Francesca Macchiaverna | fmacchiaverna@huntermaclean.com; lpadgett@huntermaclean.com |
| Fred B. Wachter, Esq | fbwachter@wachterlaw.com |
| Harvey L. Simpson, III, MD | trippsimpson7@gmail.com |
| HEWLETT–PACKARD FINANCIAL SERVICES COMPANY | Diane.Morgan@hpe.com |
| J. Michael Levengood | mlevengood@levengoodlaw.com, |
| John G. McCullough | jmccullough@aldridgepite.com |
| John Michael Levengood | mlevengood@levengoodlaw.com |
| Justin Gillman | jgillman@gbclawgroup.com, ecf@gbclawgroup.com |
| Lafayette State Bank | dgarland@mcdr-law.com |
| Leslie M. Pineyro | lpineyro@joneswalden.com |
| Lindsay P. S. Kolba | lindsay.p.kolba@usdoj.gov |
| Mark William McCord | mmccord@atlantaoncology.com |
| McKesson Medical-Surgical, Inc. | stephanie.hampton@mckesson.com |
| Michael Holbein | mholbein@sgrlaw.com |
| Milton D. Jones | miltondjones@comcast.net |
| Milton D. Jones | miltondjonesatty@gmail.com, mmajone14@gmail.com; |
| Morris Bank | asmith@morris.bank |
| Nathaniel Deloatch | nathanieldeloatch@eversheds-sutherland.us |
| Newtek Small Business Finance, LLC | dbampoe@newtekone.com |
| ODK Capital, LLC | bankruptcy@ondeck.com |
| Plexe, LLC | rcostella@tydings.com |
| Radiation Business Solutions (Attn: Courtney Stone) | Courtney.Stone@wallerlaw.com |
| Taylor L. Dove | tdove@huntermaclean.com; aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Thomas M. Barton | tbarton@colesbarton.com |
| U.S. Bank, N.A. | jeffrey.lothert@usbank.com |
| U.S. Small Business Adminstration | garret.lenox@sba.gov |
| US Dept. of Health and Human Resources | greg.bongiovanni@hhs.gov |
| Vivieon K Jones | vivieon.jones@usdoj.gov |
| Will Geer | wgeer@rlkglaw.com, |
| William A. Rountree | wrountree@rlkglaw.com, |
| John Christy | jchristy@swfllp.com |
| Alan C. Hochheiser | ahochheiser@mauricewutscher.com |

**EXHIBIT 2**

**ACS Cleaning Services LLC**
**1509 Telfair Street**
**Dublin, GA 31021**

**Aetna, Inc. (Attn: Aaron McCollough)**
**c/o McGuireWoods LLP**
**77 West Wacker Drive Suite 4100**
**Chicago, IL 60601-1818**

**Aire Serv of Dublin, GA**
**1804 Academy Avenue**
**Dublin, GA 31021**

**Alder Opportunity LP c/o Marna Friedman**
**3405 Dallas Highway, Suite 827**
**Marietta, GA 30064-6429**

**Aldridge Pite, LLP (Attn: John G. McCullough )**
**Suite 500, Fifteen Piedmont Center**
**3575 Piedmont Road, N.E.**
**Atlanta, GA 30305-1636**

**Alexander's Office Center**
**517 Academy Ave**
**Dublin, GA 31021**

**Alpha Medical Physics, LLC**
**4025 Brooksview Rd**
**Lenoir City, TN 37772**

**AM Terminal Holding, LLC**
**189 American Grain St**
**East Saint Louis, IL 62206**

**AMOA Finance LLC.**
**3330 Preston Ridge RD**
**Alpharetta, GA 30005**

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E.**
**Suite 1000**
**Atlanta, GA  30309-3592**

AOA Cares Inc.
3330 PRESTON RIDGE ROAD, Suite 300
Alpharetta, GA 30005

AOA-AMC, LLC
3330 Preston Ridge Road Suite 300
Alpharetta, GA 30005

ARROW CAPITAL SOLUTIONS, INC.
9201 EAST DRY CREEK ROAD
Englewood, CO 80112-2818

Arvest Bank c/o Leslie M. Pineyro
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Arvest Equipment Finance
PO Box 11110
Fort Smith, AR 72917-1110

Azzure Capital, LLC
c/o REGISTERED AGENTS INC.
90 State Street Suite 700, Office 40
Albany, NY 12207-1707

BANKERS HEALTHCARE GROUP LLC
(ATTN: BANKRUPTCY DEPT)
201 SOLAR STREET
SYRACUSE, NY 13204-1425

Bankers Healthcare Group, LLC
Attn:  Bankruptcy Dept
201 Solar Street
Syracuse, NY 13204-1425

Bankers Healthcare Group, LLC
(ATTN: Albert Crawford)
10234 W State Road 84
Fort Lauderdale, FL 33324

Brown Business Development, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CHESAPEAKE BANK**
**97 N. MAIN ST.**
**Kilmarnock, VA 22482-8501**

**CHTD COMPANY**
**P.O. BOX 2576**
**Springfield, IL 62708-2576**

**Charter Communications**
**4145 S. Falkenburg Rd**
**Riverview FL  33578-8652**

**City of Atlanta Fund, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**CLG Servicing, LLC**
**Gillman, Bruton& Capone, LLC**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Click Capital Group, LLC**
**7901 4th St N., Ste 300**
**Saint Petersburg, FL 33702-4399**

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
**Suite 100, 150 South Perry Street**
**Lawrenceville, GA 30046-4857**

**Coles Barton LLP (Attn: Thomas M. Barton)**
**150 South Perry Street, Suite 100**
**Lawrenceville, GA 30046-4857**

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**Curepoint Dublin, LLC (c/o Michael Miles)**
300 Hayward Lane
Alpharetta, GA 30022

**Curepoint LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022-1179

**Dooley Investment Holdings**
1071 Ridge Pointe
Athens, GA 30606

**DTL Investments, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Dublin Construction Co.**
305 S Washington St
Dublin, GA 31021

**Eclipse Advisors, LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

**Eclipse Staffing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Elekta, Inc.**
400 Perimeter Center Ter NE, Ste. 50
Atlanta, GA 30346

**Eyewonder, Inc.**
191 Peachtree ST NE
Atlanta, GA 30303-1740

**First American Commercial Bancorp, Inc.**
211 High Point Drive
Victor, NY 14564-1061

**First Liberty Building and Loan**
PO Box 2567
Newnan, GA 30264-2567

**First Liberty Capital Partners, LLC**
c/o The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806

**GEL Funding, LLC**
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219-5198

**Georgia Department of Labor**
148 Andrew Young Inter. Blvd Room 738
Atlanta, GA 30303-1733

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE
Atlanta, GA 30345

**Vivieon Kelly Jones**
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA  30303

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE, Suite 1900
Atlanta, GA 30345

**Georgia Department of Revenue**
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 19 Fl00
Atlanta, GA 30345-3202

**Georgia Dept. of Labor**
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

**Georgia Dept. of Labor**
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

| | |
|---|---|
| **Gillman, Bruton & Capone, LLC**<br>770 Amboy Avenue<br>Edison, NJ 08837-3224 | **Gillman, Bruton & Capone, LLC**<br>(Attn: Justin M. Gillman)<br>770 Amboy Avenue<br>Edison, NJ 08837-3224 |
| **Glass Doctor- Dublin**<br>109 S. Union St<br>Dublin, GA 31021 | **Hangers Cleaners**<br>1101-A Hillcrest Pkwy<br>Dublin, GA 31021 |
| **Harvey Lee Simpson, III, MD**<br>500 GA Highway 22 W<br>Milledgeville, GA 31061-8122 | **Health Resources and Services Administration**<br>c/o Greg Bongiovanni<br>61 Forsyth St SW, Suite 5M60 AFC<br>Atlanta, GA 30303-8931 |
| **Hewlett-Packard Financial Services Company**<br>200 Connell Drive<br>Berkeley Heights, NJ 07922-2816 | **HI BAR CAPITAL LLC**<br>1825 65TH ST<br>Brooklyn, NY 11204-3819 |
| **Brian J. Malcom**<br>Waller Lansden Dortch & Davis, LLP<br>1901 6th Avenue North, Suite 1400<br>Birmingham, AL  35203 | **Hunter Maclean Exley & Dunn P.C.**<br>(Attn: Francesca Macchiaverna)<br>P. O. Box 9848<br>Savannah, GA 31412-0048 |

Hunter Maclean Exley & Dunn, P.C.
(Attn: Taylor L. Dove)
200 E. Saint Julian Street, P.O. Box 9848
Savannah, GA 31412-0048

IBS of America
3732 Profit Way
Chesapeake, VA 23323

IBS Solutions, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Innovative Business Practices, Inc.
11175 Cicero Drive
Alpharetta, GA 30022

Innovatum Capital Partners , LLC
4590 Macarthur Blvd Ste 500
Newport Beach, CA 92660

Director of Provider Contracting
Cigna HealthCare of Georgia, Inc.
3500 PIEDMONT RD NE STE 200
ATLANTA, GA 30305-1559

Intelligent Network Solutions, Inc.
11175 CiceroDrive STE 100
Alpharetta, GA 30022

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service, CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

James Seward
1101 Hillcrest Pkwy Suite 103
Dublin, GA 31021

| | |
|---|---|
| **Cigna HealthCare of Georgia, Inc.**<br>2 Peachtree Street NW<br>Atlanta, GA  30303 | **Jeri L. Miller**<br>236 Ridge Circle<br>Dublin, GA 31021 |
| **Jones and Walden, LLC**<br>(Attn: Leslie M. Pineyro)<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 | **Junior Raiders Baseball, Inc.**<br>PO Box 3206<br>Alpharetta, GA 30023-3206 |
| **Kinetic Subsidiary, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 | **Knowledge Republic Holdings, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| **Lafayette Bank**<br>340 West Main Street<br>Mayo, FL 32066-4166 | **LaFayette State Bank**<br>340 West Main Street<br>P.O. Box 108<br>Mayo, FL 32066-0108 |
| **LaFayette State Bank**<br>(Attn: David A. Garland)<br>2829 Old Dawson Road<br>Albany, GA 31707-1402 | **Landauer**<br>2 Science Road<br>Glenwood, IL 60425 |

Law Office of J. Michael Levengood, LLC
(Attn: J. Michael Levengood)
Suite 208, 150 S. Perry Street
Lawrenceville, GA 30046-4857

Lori Miles
300 Hayward Lane
Alpharetta, GA 30022

Eric Randolph
159 The Prado NE
Atlanta, GA  30309

Macey, Wilensky & Hennings, LLP
(Attn: Todd Eugene Hennings, Chapter 11
Subchapter V Trustee)
5500 Interstate North Parkway, Suite 435
Sandy Springs, GA 30328-4690

Mark McCord
2007 Breckinridge Lane
Alpharetta, GA 30005-3409

Mark Miles
12720 N Douglas Blvd
Jones, OK 73049

Mark W. McCord
2007 Breckenridge Lane
Alpharetta, GA 30005-3409

McKesson Medical-Surgical, Inc.
6651 Gate Parkway
Jacksonville, FL 32256-8075

MEC Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MEC Capital, Inc.
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**Medical Management Institute**
3180 MATHIESON DR UNIT 712
Alpharetta, GA 30022

**Medical Management Institute, Inc.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Medicus IT, LLC (Attn: Chris Jann)**
100 North Point Center East, Suite 150
Alpharetta, GA 30022

**Michael Miles**
300 Hayward Lane
Alpharetta, GA 30022

**Middle Georgia Business Products**
909 Hillcrest Parkway Ste. C
Dublin, GA 31021

**Mills Floral Co.**
4550 PEACHTREE LAKES DR
Duluth, GA 30096-3092

**Milner**
5125 Peachtree Industrial Blvd
Norcross, GA 30092

**Milo Sussex, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Milo Sussex, LLC**
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

**Mittere Tax & Advisory, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

Mittere, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MMI Educational Technologies, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Moore, Clarke, DuVall & Rodgers, PC
(Attn: David A. Garland)
2829 Old Dawson Road
PO Drawer 71727
Albany, GA 31708-1727

Morris Bank
301 Bellevue Avenue
Dublin, GA 31040-0520

MRT Acquisition, LLC
2813 HIGHWAY 64
Apex, NC 27502

Newtek Small Business Finance
c/o Corporation Service Company
2 SUN COURT, Suite 400
Norcross, GA 30092-2865

Newtek Small Business Finance
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431-4479

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229-1904

NORTH AMERICAN BANKING COMPANY
9260 HUDSON RD
Saint Paul, MN 55125-9103

Northwinds Leasing, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

Northwinds Leasing, LLC
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

Office of the U.S. Trustee
(Attn: Lindsay P. S. Kolba )
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

OnDeck Capital
1400 Broadway
New York, New York 10018

Parkview Advance
400 Main Street
Stamford, CT 06901-3000

Phillip Miles
300 Hayward Lane
Alpharetta, GA 30022

Phillips Healthcare
13560 Morris Rd
Alpharetta, GA 30004

Physician Financial Partners, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

Medical & Pharmacy Legal Consultants
236 Clarinet Way
Davenport, FL  33896

**Pitney Bowes Global Financial Services LLC**
3001 Summer Street
Stamford, CT 6926

**Plexe, LLC**
6295 Greenwood Plaza Blvd Suite 100
Greenwood Village, CO 80111-4978

**PointOne Capital, LLC**
1825 65th Street
Brooklyn, NY 11204-3819

**Premier Imaging Medical Systems, Inc.**
100 North Ave NE
Rome, GA 30161

**Premium Merchant Funding 18, LLC**
55 Water Street, 50th FL
New York, NY 10041-3203

**Pitney Bowes Global Financial Services LLC**
P.O. Box 981022
Boston, MA  02298-1022

**PRSOG LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

**Qfix**
440 Church Road
Avondale, PA 19311

**Quench USA, Inc**
630 Allendale Rd, Ste. 200
King of Prussia, PA 19406

**Radiation Business Solutions, Inc.**
1044 Jackson Felts Rd
Joelton, TN 37080

RJJ Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

RJJ Capital, Inc.
2757 GROVE ST NE
Atlanta, GA 30319

Rountree Leitman Klein & Geer, LLC
(Attn: Caitlyn Powers)
Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4435

Rountree Leitman Klein & Geer, LLC
(Attn: William A. Rountree)
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4406

Rountree, Leitman, Klein & Geer, LLC
(Attn: Will B. Geer )
Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

RS&A, Inc
465 Forum Parkway
Rural Hall, NC 27045

Schorr Line Enterprises, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20003

Secure Capital, LLC
323 Sunny Isles Beach Blvd., Ste. 503
Sunny Isles Beach, FL 33160

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

**Smith Gambrell & Russell, LLP**
1105 W. Peachtree St., N.E., Suite 1000
Atlanta, GA 30309-3592

**Smith, Gambrell & Russell, LLP**
(Attn: Brian P. Hall)
1105 W. Peachtree Street NE Suite 1000
Atlanta, GA 30309-3592

**Smith, Gambrell & Russell, LLP**
(Attn: Michael F. Holbein)
1105 West Peachtree St., N.E. Suite 1000
Atlanta, GA 30309-3592

**Stericycle, Inc.**
2355 Waukegan Rd
Bannockburn, IL 60015

**Sterling Capital Group, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Sun Nuclear Corporation**
3275 Suntree Blvd.
Melbourne, FL 32940

**The Locklear Company**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**The Locklear Company**
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

**The Wachter Law Firm (Attn: Fred B. Wachter)**
106 Hammond Drive NE
Atlanta, GA 30328-4806

**Thomas M. Barton**
Coles Barton LLP
150 South Perry Street Suite 100
Lawrenceville, GA 30046-4857

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

US Bank, N.A.
1310 Madrid Street
Marshall, MN 56258-4099

US Bank, N.A.
6730 VIP Parkway
Syracuse, NY 13211-7326

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303-1553

Wallace Family Enterprise, LLC
421 NW 13th Street Suite 210
Oklahoma City, OK 73103

Water Machine, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**World Business Solutions**
1801 NE 123rd St. STE 314, North
North Miami, FL 33181

**Z.E.R.O. Holding Co., LLC**
2132 JACKSON PKWY
Atlanta, GA 30318

**Zen Capital**
3131 NE 7th
Miami, FL 33137

**Zen Capital c/o Trevor Talbot**
602 NE 38th Street
Fort Lauderdale, FL 33334-2928

**Zeroholding LLC d/b/a Zeroholding OKC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding LLC d/b/a Zerorez**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**ZFS Inc.**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Huntsville**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Nashville**
4282 Segovia Terrace
Las Vegas, NV 89121

| | |
|---|---|
| **ZFS Inc. d/b/a ZFS Inc Oklahoma**<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | **Shred-cycle, Inc.**<br>P.O. Box 13033<br>East Dublin, GA  31027 |
| **AMTrust North America**<br>P.O. Box 6939<br>Cleveland OH  44101-1939 | **CurePoint Dublin LLC**<br>2406 Bellevue Rd<br>Dublin, GA  31021 |
| **Windham Brannon**<br>3630 Peachtree Road NE<br>Suite 600<br>Atlanta, GA  30326 | **John Christy**<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30309 |
| **Alan Hochheiser**<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH  44122 | |