IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2022, I caused the *Response of Chapter 11 Trustee in Support of Sale of Substantially All of the Debtor's Assets* [Doc. No. 198] to be served via email on the parties shown on **Exhibit 1** attached hereto.

I further certify that on December 16, 2022, I caused the same to be mailed via First Class Mail, postage prepaid, on all parties in interest, as set forth on the service list attached hereto as **Exhibit 2**.

Dated:  December 16, 2022

Respectfully submitted,

/s/  *Nathaniel T. DeLoatch*
Nathaniel T. Deloatch (Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

EXHIBIT 1

| Party: | Email: |
|---|---|
| Aaron P.M. Tady | atady@colesbarton.com |
| Aaron P.M. Tady | atady@colesbarton.com, mjohnston@colesbarton.com; epoole@colesbarton.com; tbarton@colesbarton.com; tbrandenburg@colesbarton.com |
| Aetna, Inc | amccollough@mcguirewoods.com |
| AMOA Finance, LLC | mholbein@sgrlaw.com |
| Arvest Bank | lpineyro@joneswalden.com |
| Bankers Healthcare Group, LLC | djohnston@bhg−inc.com |
| Brian Hall | bhall@sgrlaw.com, sgr.notifications@gmail.com |
| Brian J. Malcom | brian.malcom@wallerlaw.com |
| Caitlyn Powers | cpowers@rlkglaw.com, |
| CLG Servicing LLC | ecf@gbclawgroup.com |
| David A. Garland | sray@mcdr-law.com |
| David A. Garland | dgarland@mcdr-law.com, dgarland@mcdr-law.com;hjohnson@mcdr-law.com |
| David A. Wender, Esq. | Davidwender@eversheds-sutherland.com |
| David Wender | davidwender@eversheds-sutherland.com |
| First American Commercial Bancorp, Inc. | darryl.walczak@faef.com |
| First Liberty Capital Partners, LLC | fbwachter@wachterlaw.com |
| Francesca Macchiaverna | fmacchiaverna@huntermaclean.com; tdove@huntermaclean.com |
| Francesca Macchiaverna | fmacchiaverna@huntermaclean.com; lpadgett@huntermaclean.com |
| Fred B. Wachter, Esq | fbwachter@wachterlaw.com |
| Harvey L. Simpson, III, MD | trippsimpson7@gmail.com |
| HEWLETT−PACKARD FINANCIAL SERVICES COMPANY | Diane.Morgan@hpe.com |
| J. Michael Levengood | mlevengood@levengoodlaw.com, |
| John G. McCullough | jmccullough@aldridgepite.com |
| John Michael Levengood | mlevengood@levengoodlaw.com |
| Justin Gillman | jgillman@gbclawgroup.com, ecf@gbclawgroup.com |
| Lafayette State Bank | dgarland@mcdr-law.com |
| Leslie M. Pineyro | lpineyro@joneswalden.com |
| Lindsay P. S. Kolba | lindsay.p.kolba@usdoj.gov |
| Mark William McCord | mmccord@atlantaoncology.com |
| McKesson Medical-Surgical, Inc. | stephanie.hampton@mckesson.com |
| Michael Holbein | mholbein@sgrlaw.com |
| Milton D. Jones | miltondjones@comcast.net |
| Milton D. Jones | miltondjonesatty@gmail.com, mmajone14@gmail.com; |
| Morris Bank | asmith@morris.bank |
| Nathaniel Deloatch | nathanieldeloatch@eversheds-sutherland.us |
| Newtek Small Business Finance, LLC | dbampoe@newtekone.com |
| ODK Capital, LLC | bankruptcy@ondeck.com |
| Plexe, LLC | rcostella@tydings.com |
| Radiation Business Solutions (Attn: Courtney Stone) | Courtney.Stone@wallerlaw.com |
| Taylor L. Dove | tdove@huntermaclean.com; aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Thomas M. Barton | tbarton@colesbarton.com |
| U.S. Bank, N.A. | jeffrey.lothert@usbank.com |
| U.S. Small Business Adminstration | garret.lenox@sba.gov |
| US Dept. of Health and Human Resources | greg.bongiovanni@hhs.gov |
| Vivieon K Jones | vivieon.jones@usdoj.gov |
| Will Geer | wgeer@rlkglaw.com, |
| William A. Rountree | wrountree@rlkglaw.com, |
| John Christy | jchristy@swfllp.com |
| Alan C. Hochheiser | ahochheiser@mauricewutscher.com |

<u>**EXHIBIT 2**</u>

**ACS Cleaning Services LLC**
**1509 Telfair Street**
**Dublin, GA 31021**

**Aetna, Inc. (Attn: Aaron McCollough)**
**c/o McGuireWoods LLP**
**77 West Wacker Drive Suite 4100**
**Chicago, IL 60601-1818**

**Aire Serv of Dublin, GA**
**1804 Academy Avenue**
**Dublin, GA 31021**

**Alder Opportunity LP c/o Marna Friedman**
**3405 Dallas Highway, Suite 827**
**Marietta, GA 30064-6429**

**Aldridge Pite, LLP (Attn: John G. McCullough )**
**Suite 500, Fifteen Piedmont Center**
**3575 Piedmont Road, N.E.**
**Atlanta, GA 30305-1636**

**Alexander's Office Center**
**517 Academy Ave**
**Dublin, GA 31021**

**Alpha Medical Physics, LLC**
**4025 Brooksview Rd**
**Lenoir City, TN 37772**

**AM Terminal Holding, LLC**
**189 American Grain St**
**East Saint Louis, IL 62206**

**AMOA Finance LLC.**
**3330 Preston Ridge RD**
**Alpharetta, GA 30005**

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E.**
**Suite 1000**
**Atlanta, GA  30309-3592**

| | |
|---|---|
| AOA Cares Inc.<br>3330 PRESTON RIDGE ROAD, Suite 300<br>Alpharetta, GA 30005 | AOA-AMC, LLC<br>3330 Preston Ridge Road Suite 300<br>Alpharetta, GA 30005 |
| ARROW CAPITAL SOLUTIONS, INC.<br>9201 EAST DRY CREEK ROAD<br>Englewood, CO 80112-2818 | Arvest Bank c/o Leslie M. Pineyro<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 |
| Arvest Equipment Finance<br>PO Box 11110<br>Fort Smith, AR 72917-1110 | Azzure Capital, LLC<br>c/o REGISTERED AGENTS INC.<br>90 State Street Suite 700, Office 40<br>Albany, NY 12207-1707 |
| BANKERS HEALTHCARE GROUP LLC<br>(ATTN: BANKRUPTCY DEPT)<br>201 SOLAR STREET<br>SYRACUSE, NY 13204-1425 | Bankers Healthcare Group, LLC<br>Attn:  Bankruptcy Dept<br>201 Solar Street<br>Syracuse, NY 13204-1425 |
| Bankers Healthcare Group, LLC<br>(ATTN: Albert Crawford)<br>10234 W State Road 84<br>Fort Lauderdale, FL 33324 | Brown Business Development, LLC<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |

**CHESAPEAKE BANK**
97 N. MAIN ST.
Kilmarnock, VA 22482-8501

**CHTD COMPANY**
P.O. BOX 2576
Springfield, IL 62708-2576

**Charter Communications**
4145 S. Falkenburg Rd
Riverview FL  33578-8652

**City of Atlanta Fund, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**CLG Servicing, LLC**
Gillman, Bruton& Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

**Click Capital Group, LLC**
7901 4th St N., Ste 300
Saint Petersburg, FL 33702-4399

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
Suite 100, 150 South Perry Street
Lawrenceville, GA 30046-4857

**Coles Barton LLP (Attn: Thomas M. Barton)**
150 South Perry Street, Suite 100
Lawrenceville, GA 30046-4857

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
5501 Virginia Way, Suite 110
Brentwood, TN 37027

**Curepoint Dublin, LLC (c/o Michael Miles)**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Curepoint LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022-1179**

**Dooley Investment Holdings**
**1071 Ridge Pointe**
**Athens, GA 30606**

**DTL Investments, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Dublin Construction Co.**
**305 S Washington St**
**Dublin, GA 31021**

**Eclipse Advisors, LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022**

**Eclipse Staffing, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Elekta, Inc.**
**400 Perimeter Center Ter NE, Ste. 50**
**Atlanta, GA 30346**

**Eyewonder, Inc.**
**191 Peachtree ST NE**
**Atlanta, GA 30303-1740**

**First American Commercial Bancorp, Inc.**
**211 High Point Drive**
**Victor, NY 14564-1061**

**First Liberty Building and Loan**
PO Box 2567
Newnan, GA 30264-2567

**First Liberty Capital Partners, LLC**
c/o The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806

**GEL Funding, LLC**
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219-5198

**Georgia Department of Labor**
148 Andrew Young Inter. Blvd Room 738
Atlanta, GA 30303-1733

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE
Atlanta, GA 30345

**Vivieon Kelly Jones**
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA  30303

**Georgia Department of Revenue**
ARCS – Bankruptcy
1800 Century Blvd NE, Suite 1900
Atlanta, GA 30345

**Georgia Department of Revenue**
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 19 Fl00
Atlanta, GA 30345-3202

**Georgia Dept. of Labor**
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

**Georgia Dept. of Labor**
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

Gillman, Bruton & Capone, LLC
(Attn: Justin M. Gillman)
770 Amboy Avenue
Edison, NJ 08837-3224

Glass Doctor- Dublin
109 S. Union St
Dublin, GA 31021

Hangers Cleaners
1101-A Hillcrest Pkwy
Dublin, GA 31021

Harvey Lee Simpson, III, MD
500 GA Highway 22 W
Milledgeville, GA 31061-8122

Health Resources and Services Administration
c/o Greg Bongiovanni
61 Forsyth St SW, Suite 5M60 AFC
Atlanta, GA 30303-8931

Hewlett-Packard Financial Services Company
200 Connell Drive
Berkeley Heights, NJ 07922-2816

HI BAR CAPITAL LLC
1825 65TH ST
Brooklyn, NY 11204-3819

Brian J. Malcom
Waller Lansden Dortch & Davis, LLP
1901 6th Avenue North, Suite 1400
Birmingham, AL  35203

Hunter Maclean Exley & Dunn P.C.
(Attn: Francesca Macchiaverna)
P. O. Box 9848
Savannah, GA 31412-0048

Hunter Maclean Exley & Dunn, P.C.
(Attn: Taylor L. Dove)
200 E. Saint Julian Street, P.O. Box 9848
Savannah, GA 31412-0048

IBS of America
3732 Profit Way
Chesapeake, VA 23323

IBS Solutions, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Innovative Business Practices, Inc.
11175 Cicero Drive
Alpharetta, GA 30022

Innovatum Capital Partners , LLC
4590 Macarthur Blvd Ste 500
Newport Beach, CA 92660

Director of Provider Contracting
Cigna HealthCare of Georgia, Inc.
3500 PIEDMONT RD NE STE 200
ATLANTA, GA 30305-1559

Intelligent Network Solutions, Inc.
11175 CiceroDrive STE 100
Alpharetta, GA 30022

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service, CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

James Seward
1101 Hillcrest Pkwy Suite 103
Dublin, GA 31021

**Cigna HealthCare of Georgia, Inc.**
2 Peachtree Street NW
Atlanta, GA  30303

**Jeri L. Miller**
236 Ridge Circle
Dublin, GA 31021

**Jones and Walden, LLC**
(Attn: Leslie M. Pineyro)
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

**Junior Raiders Baseball, Inc.**
PO Box 3206
Alpharetta, GA 30023-3206

**Kinetic Subsidiary, Inc.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Knowledge Republic Holdings, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Lafayette Bank**
340 West Main Street
Mayo, FL 32066-4166

**LaFayette State Bank**
340 West Main Street
P.O. Box 108
Mayo, FL 32066-0108

**LaFayette State Bank**
(Attn: David A. Garland)
2829 Old Dawson Road
Albany, GA 31707-1402

**Landauer**
2 Science Road
Glenwood, IL 60425

| | |
|---|---|
| Law Office of J. Michael Levengood, LLC<br>(Attn: J. Michael Levengood)<br>Suite 208, 150 S. Perry Street<br>Lawrenceville, GA 30046-4857 | Lori Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 |
| Eric Randolph<br>159 The Prado NE<br>Atlanta, GA  30309 | Macey, Wilensky & Hennings, LLP<br>(Attn: Todd Eugene Hennings, Chapter 11 Subchapter V Trustee)<br>5500 Interstate North Parkway, Suite 435<br>Sandy Springs, GA 30328-4690 |
| Mark McCord<br>2007 Breckinridge Lane<br>Alpharetta, GA 30005-3409 | Mark Miles<br>12720 N Douglas Blvd<br>Jones, OK 73049 |
| Mark W. McCord<br>2007 Breckenridge Lane<br>Alpharetta, GA 30005-3409 | McKesson Medical-Surgical, Inc.<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 |
| MEC Capital, Inc.<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022-1179 | MEC Capital, Inc.<br>c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 |

| | |
|---|---|
| **Medical Management Institute**<br>3180 MATHIESON DR UNIT 712<br>Alpharetta, GA 30022 | **Medical Management Institute, Inc.**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022-1179 |
| **Medicus IT, LLC (Attn: Chris Jann)**<br>100 North Point Center East, Suite 150<br>Alpharetta, GA 30022 | **Michael Miles**<br>300 Hayward Lane<br>Alpharetta, GA 30022 |
| **Middle Georgia Business Products**<br>909 Hillcrest Parkway Ste. C<br>Dublin, GA 31021 | **Mills Floral Co.**<br>4550 PEACHTREE LAKES DR<br>Duluth, GA 30096-3092 |
| **Milner**<br>5125 Peachtree Industrial Blvd<br>Norcross, GA 30092 | **Milo Sussex, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |
| **Milo Sussex, LLC**<br>3180 Mathienson Drive Suite 712<br>Atlanta, GA 30305 | **Mittere Tax & Advisory, LLC**<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022-1179 |

| | |
|---|---|
| **Mittere, Inc.** | **MMI Educational Technologies, LLC** |
| 11175 Cicero Drive, Suite 100 | 11175 Cicero Drive, Suite 100 |
| Alpharetta, GA 30022-1179 | Alpharetta, GA 30022 |
| | |
| **Moore, Clarke, DuVall & Rodgers, PC** | **Morris Bank** |
| (Attn: David A. Garland) | 301 Bellevue Avenue |
| 2829 Old Dawson Road | Dublin, GA 31040-0520 |
| PO Drawer 71727 | |
| Albany, GA 31708-1727 | |
| | |
| **MRT Acquisition, LLC** | **Newtek Small Business Finance** |
| 2813 HIGHWAY 64 | c/o Corporation Service Company |
| Apex, NC 27502 | 2 SUN COURT, Suite 400 |
| | Norcross, GA 30092-2865 |
| | |
| **Newtek Small Business Finance** | **Newtek Small Business Finance, LLC** |
| 4800 T-Rex Avenue, Suite 120 | 1981 Marcus Avenue, Suite 130 |
| Boca Raton, FL 33431-4479 | Lake Success, NY 11042-1046 |
| | |
| **NFG Advance, LLC** | **NORTH AMERICAN BANKING COMPANY** |
| 1308 KINGS HWY | 9260 HUDSON RD |
| Brooklyn, NY 11229-1904 | Saint Paul, MN 55125-9103 |

**Northwinds Leasing, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Northwinds Leasing, LLC**
c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**ODK Capital, LLC**
1400 Broadway
New York, NY 10018-5300

**Office of the U.S. Trustee**
(Attn: Lindsay P. S. Kolba )
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

**OnDeck Capital**
1400 Broadway
New York, New York 10018

**Parkview Advance**
400 Main Street
Stamford, CT 06901-3000

**Phillip Miles**
300 Hayward Lane
Alpharetta, GA 30022

**Phillips Healthcare**
13560 Morris Rd
Alpharetta, GA 30004

**Physician Financial Partners, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Medical & Pharmacy Legal Consultants**
236 Clarinet Way
Davenport, FL  33896

**Pitney Bowes Global Financial Services LLC**
3001 Summer Street
Stamford, CT 6926

**Plexe, LLC**
6295 Greenwood Plaza Blvd Suite 100
Greenwood Village, CO 80111-4978

**PointOne Capital, LLC**
1825 65th Street
Brooklyn, NY 11204-3819

**Premier Imaging Medical Systems, Inc.**
100 North Ave NE
Rome, GA 30161

**Premium Merchant Funding 18, LLC**
55 Water Street, 50th FL
New York, NY 10041-3203

**Pitney Bowes Global Financial Services LLC**
P.O. Box 981022
Boston, MA  02298-1022

**PRSOG LLC**
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

**Qfix**
440 Church Road
Avondale, PA 19311

**Quench USA, Inc**
630 Allendale Rd, Ste. 200
King of Prussia, PA 19406

**Radiation Business Solutions, Inc.**
1044 Jackson Felts Rd
Joelton, TN 37080

RJJ Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

RJJ Capital, Inc.
2757 GROVE ST NE
Atlanta, GA 30319

Rountree Leitman Klein & Geer, LLC
(Attn: Caitlyn Powers)
Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4435

Rountree Leitman Klein & Geer, LLC
(Attn: William A. Rountree)
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4406

Rountree, Leitman, Klein & Geer, LLC
(Attn: Will B. Geer )
Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

RS&A, Inc
465 Forum Parkway
Rural Hall, NC 27045

Schorr Line Enterprises, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20003

Secure Capital, LLC
323 Sunny Isles Beach Blvd., Ste. 503
Sunny Isles Beach, FL 33160

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

**Smith Gambrell & Russell, LLP**
1105 W. Peachtree St., N.E., Suite 1000
Atlanta, GA 30309-3592

**Smith, Gambrell & Russell, LLP**
(Attn: Brian P. Hall)
1105 W. Peachtree Street NE Suite 1000
Atlanta, GA 30309-3592

**Smith, Gambrell & Russell, LLP**
(Attn: Michael F. Holbein)
1105 West Peachtree St., N.E. Suite 1000
Atlanta, GA 30309-3592

**Stericycle, Inc.**
2355 Waukegan Rd
Bannockburn, IL 60015

**Sterling Capital Group, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Sun Nuclear Corporation**
3275 Suntree Blvd.
Melbourne, FL 32940

**The Locklear Company**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**The Locklear Company**
3180 Mathienson Drive Suite 712
Atlanta, GA 30305

**The Wachter Law Firm (Attn: Fred B. Wachter)**
106 Hammond Drive NE
Atlanta, GA 30328-4806

**Thomas M. Barton**
Coles Barton LLP
150 South Perry Street Suite 100
Lawrenceville, GA 30046-4857

| | |
|---|---|
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta, GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | US Bank, N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Bank, N.A.<br>6730 VIP Parkway<br>Syracuse, NY 13211-7326 | US Small Business Administration<br>233 Peachtree St. NE., Suite 300<br>Atlanta, GA 30303-1553 |
| Wallace Family Enterprise, LLC<br>421 NW 13th Street Suite 210<br>Oklahoma City, OK 73103 | Water Machine, LLC<br>11175 Cicero Drive, Suite 100<br>Alpharetta, GA 30022 |

**World Business Solutions**
1801 NE 123rd St. STE 314, North
North Miami, FL 33181

**Z.E.R.O. Holding Co., LLC**
2132 JACKSON PKWY
Atlanta, GA 30318

**Zen Capital**
3131 NE 7th
Miami, FL 33137

**Zen Capital c/o Trevor Talbot**
602 NE 38th Street
Fort Lauderdale, FL 33334-2928

**Zeroholding LLC d/b/a Zeroholding OKC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding LLC d/b/a Zerorez**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Zeroholding, LLC**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**ZFS Inc.**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Huntsville**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Nashville**
4282 Segovia Terrace
Las Vegas, NV 89121

**ZFS Inc. d/b/a ZFS Inc Oklahoma**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**Shred-cycle, Inc.**
**P.O. Box 13033**
**East Dublin, GA  31027**

**AMTrust North America**
**P.O. Box 6939**
**Cleveland OH  44101-1939**

**CurePoint Dublin LLC**
**2406 Bellevue Rd**
**Dublin, GA  31021**

**Windham Brannon**
**3630 Peachtree Road NE**
**Suite 600**
**Atlanta, GA  30326**

**John Christy**
**Schreeder, Wheeler & Flint, LLP**
**1100 Peachtree Street, NE, Suite 800**
**Atlanta, GA 30309**

**Alan Hochheiser**
**Maurice Wutscher LLP**
**23611 Chagrin Blvd., Suite 207**
**Beachwood, OH  44122**