**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Curepoint, LLC**<br><br>Debtor(s) | Case No.: **22−56501−pmb**<br>Chapter: **11**<br>Judge: **Paul Baisier** |

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 198 filed on December 14, 2022, is deficient for the following reasons:

Missing certificate of service as required by BLR 7005−1, FRBP 1009 or BLR 9007−2(d).

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 12/15/22

M. Regina Thomas
Clerk of Court

By: Charles Slater
Deputy Clerk

Form 431 − Notice of deficiency 11−2020

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-56501-pmb |
| Curepoint, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2022 | Form ID: 431 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curepoint, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| aty | + | Erin E. Broderick, 227 W. Monroe St., Ste 6000, Chicago, IL 60606-5087 |
| tr | + | David A. Wender, Chapter 11 Trustee, Eversheds Sutherland, LLP, 999 Peachtree St, NE Ste 2300, Altanta, GA 30309-4416 |
| | + | Nathaniel DeLoatch, Eversheds Sutherland (US) LLP, Suite 2300, 999 Peachtree St. NE, Atlanta, GA 30309-4416 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P.M. Tady | on behalf of Creditor Mark W. McCord atady@colesbarton.com mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com |
| Alan C. Hochheiser | on behalf of Creditor NFG Advance LLC ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Brian J. Malcom | on behalf of Creditor Radiation Business Solutions brian.malcom@wallerlaw.com |
| Brian P. Hall | on behalf of Creditor AMOA Finance LLC bhall@sgrlaw.com, sgr.notifications@gmail.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
| Date Rcvd: Dec 15, 2022 | Form ID: 431 | Total Noticed: 4 |

| | |
|---|---|
| Caitlyn Powers | on behalf of Debtor Curepoint LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com |
| David Wender | on behalf of Trustee David A. Wender davidwender@eversheds-sutherland.com |
| David Wender | on behalf of Plaintiff David A. Winder in his capacity as Chapter 11 Trustee davidwender@eversheds-sutherland.com |
| David Wender | on behalf of Plaintiff David A. Wender in his capacity as Chapter 11 Trustee davidwender@eversheds-sutherland.com |
| David A. Garland | on behalf of Creditor LaFayette State Bank dgarland@mcdr-law.com dgarland@mcdr-law.com;hjohnson@mcdr-law.com |
| Francesca Macchiaverna | on behalf of Creditor Premium Merchant Funding 18 LLC fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Francesca Macchiaverna | on behalf of Creditor Diverse Capital LLC fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Francesca Macchiaverna | on behalf of Creditor PointOne Capital fmacchiaverna@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Fred B. Wachter | on behalf of Creditor First Liberty Capital Partners LLC fbwachter@wachterlaw.com |
| J. Michael Levengood | on behalf of Creditor Mark W. McCord mlevengood@levengoodlaw.com MichaelJR68751@notify.bestcase.com |
| John A. Christy | on behalf of Interested Party Harvey Lee Simpson III, M.D. jchristy@swfllp.com, amcrae@swfllp.com |
| John G. McCullough | on behalf of Creditor Newtek Small Business Finance LLC jmccullough@aldridgepite.com |
| Justin M. Gillman | on behalf of Creditor CLG Servicing LLC jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Leslie M. Pineyro | on behalf of Creditor Arvest Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |
| Michael F. Holbein | on behalf of Creditor AMOA Finance LLC mholbein@sgrlaw.com |
| Michael F. Holbein | on behalf of Creditor AMOA CP Acquisition LLC mholbein@sgrlaw.com |
| Milton D. Jones | on behalf of Creditor Erich G. Randolph miltondjonesatty@gmail.com mmajone14@gmail.com;G61681@notify.cincompass.com |
| Nathaniel DeLoatch | on behalf of Trustee David A. Wender nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Special Counsel Eversheds Sutherland(US)LLP nathanieldeloatch@eversheds-sutherland.us |
| Taylor L. Dove | on behalf of Creditor Premium Merchant Funding 18 LLC tdove@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Taylor L. Dove | on behalf of Creditor PointOne Capital tdove@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Taylor L. Dove | on behalf of Creditor Diverse Capital LLC tdove@huntermaclean.com aharris@huntermaclean.com;lpadgett@huntermaclean.com |
| Todd Eugene Hennings | thennings@maceywilensky.com cteh11@trustesolutions.net;hcrowder@maceywilensky.com |
| Todd Eugene Hennings | on behalf of Trustee Todd Eugene Hennings thennings@maceywilensky.com |

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 431 | Total Noticed: 4 |

    cteh11@trustesolutions.net;hcrowder@maceywilensky.com

Vivieon K Jones
    on behalf of Creditor Small Business Admin United States of America vivieon.jones@usdoj.gov

Will B. Geer
    on behalf of Attorney ROUNTREE LEITMAN KLEIN & GEER  LLC wgeer@rlkglaw.com,
    willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;kmoore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

Will B. Geer
    on behalf of Debtor Curepoint  LLC wgeer@rlkglaw.com,
    willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com;kmoore@rlkglaw.com;Geer.WillB117921@notify.bestcase.com

William A. Rountree
    on behalf of Debtor Curepoint  LLC wrountree@rlkglaw.com,
    swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com

TOTAL: 33