| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 431 | 11/30/2022 | | HUMANA  NS CO HCCLAIMPMT                5309 | | 692.78 |
| 431 | 11/30/2022 | | HUMANA GOVT BUSI HCCLAIMPMT     1 225*WPSEAST \ 2222748060 | | 269.92 |
| 431 | 11/30/2022 | | WPS-TMEP CONTRAC HCCLAIMPMT    8 299*WPSTDEFIC\ 2401083331 | | 42.39 |
| 431 | 11/30/2022 | | MERCHANT SERVICE MERCH DEP           41162 | | 40.00 |
| 431 | 11/29/2022 | | REF 3330642L FUNDS TRANSFER TO DEP   7944 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 | |
| 431 | 11/29/2022 | | FORTE            1129 ACH-1128-6D3BF ACH-1128-6D3BF | | 125.00 |
| 431 | 11/29/2022 | | Optum VA CCN Reg HCCLAIMPMT   0358*1204581 265*0000VACCN\ 471709027 | | 3,061.48 |
| 431 | 11/29/2022 | | UnitedHealthcare HCCLAIMPMT | | 1,282.25 |
| 431 | 11/29/2022 | | HUMANA  NS CO HCCLAIMPMT           445309 | | 692.78 |
| 431 | 11/29/2022 | | UnitedHealthcare HCCLAIMPMT              471709027 | | 346.40 |
| 431 | 11/29/2022 | | BLUE CROSS GA5F HCCLAIMPMT          3195635630 | | 3,937.60 |
| 431 | 11/28/2022 | | BLUE CROSS GA5C HCCLA MPMT            8774 | | 29,790.22 |
| 431 | 11/28/2022 | | BLUE CROSS GA5C HCCLA MPMT            18775 | | 12,144.81 |
| 431 | 11/28/2022 | | Optum VA CCN Reg HCCLAIMPMT              09027 | | 4,933.40 |
| 431 | 11/28/2022 | | MAC PTB ALGATN HCCLAIMPMT             90674 | | 4,750.74 |
| 431 | 11/28/2022 | | BLUE CROSS GA5F HCCLAIMPMT            18773 | | 4,384.07 |
| 431 | 11/28/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 2,966.76 |
| 431 | 11/28/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 750.73 |
| 431 | 11/28/2022 | | HUMANA GOVT BUSI HCCLAIMPMT         225*WPSEAST     1360 | | 399.41 |
| 431 | 11/28/2022 | | AETNA AS01 HCCLA MPMT              90674 | | 320.24 |
| 431 | 11/25/2022 | | MERCHANT SERVICE MERCH DEP             1162 | | 250.00 |
| 431 | 11/25/2022 | | Optum VA CCN Reg HCCLAIMPMT        0000VACCN\   9027 | | 3,423.72 |
| 431 | 11/25/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 2,916.90 |
| 431 | 11/25/2022 | | MERCHANT SERVICE MERCH DEP           1162 | | 60.00 |
| 431 | 11/25/2022 | | UnitedHealthcare HCCLAIMPMT            7726\    9027 | | 3,238.41 |
| 431 | 11/25/2022 | | UNITEDHEALTHCARE HCCLAIMPMT          1128         \       9027 | | 1,269.80 |
| 431 | 11/25/2022 | | AETNA AS01 HCCLA MPMT                0674 | | 626.04 |
| 431 | 11/23/2022 | | REF 3271247L FUNDS TRANSFER TO DEP   9546 FROM ONLINE FUNDS TRANSFER VIA | 25,000.00 | |
| 431 | 11/23/2022 | | GA DEPT OF COMMU HCCLA MPMT              780A | | 8,011.01 |
| 431 | 11/23/2022 | | Optum VA CCN Reg HCCLAIMPMT               09027 | | 2,874.74 |
| 431 | 11/23/2022 | | MERCHANT SERVICE MERCH DEP             1162 | | 2,383.87 |
| 431 | 11/23/2022 | | MAC PTB ALGATN HCCLAIMPMT              0674 | | 2,133.48 |
| 431 | 11/23/2022 | | UnitedHealthcare HCCLAIMPMT                9027 | | 1,313.75 |
| 431 | 11/23/2022 | | CIGNA HCCLA MPMT                   027 | | 1,120.36 |
| 431 | 11/23/2022 | | AETNA AS01 HCCLA MPMT              674 | | 313.02 |
| 431 | 11/22/2022 | | REF 3261401L FUNDS TRANSFER TO DEP   546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 | |
| 431 | 11/22/2022 | | REF 3261359L FUNDS TRANSFER TO DEP   7944 FROM ONLINE FUNDS TRANSFER VIA | 2,000.00 | |
| 431 | 11/22/2022 | | ANALYSIS ACTIVITY FOR 10/22 | 49.31 | |
| 431 | 11/22/2022 | | FORTE 219787 221122           -0A055 | | 75.00 |
| 431 | 11/22/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 1,014.66 |
| 431 | 11/22/2022 | | UnitedHealthcare HCCLAIMPMT                9027 | | 617.86 |
| 431 | 11/22/2022 | | UNLIMITED SYSTEM TRANSFER            C3A8 | | 48.83 |
| 431 | 11/22/2022 | | WPS-TMEP CONTRAC HCCLAIMPMT               0356 | | 10.69 |
| 431 | 11/22/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 2,097.38 |
| 431 | 11/22/2022 | | HUMANA GOVT BUSI HCCLA MPMT           8612 | | 309.26 |
| 431 | 11/21/2022 | | UnitedHealthcare HCCLAIMPMT                9027 | | 408.02 |
| 431 | 11/21/2022 | | MERCHANT SERVICE MERCH DEP           1162 | | 240.00 |
| 431 | 11/21/2022 | | BLUE CROSS GA5F HCCLAIMPMT            7929 | | 3,952.38 |
| 431 | 11/21/2022 | | MAC PTB ALGATN HCCLAIMPMT             0674 | | 2,316.57 |
| 431 | 11/21/2022 | | AETNA AS01 HCCLA MPMT              0674 | | 1,926.29 |
| 431 | 11/21/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 1,491.73 |
| 431 | 11/21/2022 | | HUMANA GOVT BUSI HCCLAIMPMT              5997 | | 335.12 |
| 431 | 11/21/2022 | | Optum VA CCN Reg HCCLAIMPMT              9027 | | 211.95 |
| 431 | 11/21/2022 | | MERCHANT SERVICE MERCH DEP          162 | | 99.05 |
| 431 | 11/18/2022 | | BLUE CROSS GA5C HCCLA MPMT | | 31,954.60 |
| 431 | 11/18/2022 | | BLUE CROSS GA5C HCCLA MPMT           4883 | | 10,427.07 |
| 431 | 11/18/2022 | | Optum VA CCN Reg HCCLAIMPMT             9027 | | 5,817.04 |
| 431 | 11/18/2022 | | MAC PTB ALGATN HCCLAIMPMT            0674 | | 1,302.78 |
| 431 | 11/18/2022 | | UnitedHealthcare HCCLAIMPMT               9027 | | 1,260.22 |
| 431 | 11/18/2022 | | HUMANA  NS CO HCCLAIMPMT             5309 | | 404.34 |
| 431 | 11/18/2022 | | MERCHANT SERVICE MERCH DEP          1162 | | 179.88 |
| 431 | 11/18/2022 | | BLUE CROSS GA5C HCCLA MPMT           4882 | | 53.71 |
| 431 | 11/18/2022 | | BLUE CROSS GA5F HCCLAIMPMT           4880 | | 1,968.80 |
| 431 | 11/17/2022 | | GA DEPT OF COMMU HCCLAIMPMT              780A | | 3,410.43 |
| 431 | 11/17/2022 | | UnitedHealthcare HCCLAIMPMT                9027 | | 3,132.84 |
| 431 | 11/17/2022 | | Optum VA CCN Reg HCCLAIMPMT              9027 | | 2,283.01 |
| 431 | 11/17/2022 | | BLUE CROSS GA5F HCCLAIMPMT           9431 | | 1,968.80 |
| 431 | 11/17/2022 | | MERCHANT SERVICE MERCH DEP            1162 | | 1,542.13 |
| 431 | 11/17/2022 | | MAC PTB ALGATN HCCLAIMPMT             0674 | | 1,055.70 |
| 431 | 11/17/2022 | | HUMANA GOVT BUSI HCCLAIMPMT              7912 | | 64.29 |
| 431 | 11/16/2022 | | REF 3201233L FUNDS TRANSFER TO DEP    9546 FROM ONLINE FUNDS TRANSFER VIA | 13,000.00 | |
| 431 | 11/16/2022 | | REF 3200739L FUNDS TRANSFER TO DEP    9546 FROM ONLINE FUNDS TRANSFER VIA | 25,500.00 | |
| 431 | 11/16/2022 | | Optum VA CCN Reg HCCLAIMPMT              9027 | | 1,950.44 |
| 431 | 11/16/2022 | | UnitedHealthcare HCCLAIMPMT                9027 | | 1,688.06 |
| 431 | 11/16/2022 | | MAC PTB ALGATN HCCLAIMPMT            0674 | | 1,429.68 |
| 431 | 11/16/2022 | | WPS-TMEP CONTRAC HCCLAIMPMT        *WPSTDEFIC\     2053 | | 25.47 |
| 431 | 11/16/2022 | | HUMANA GOVT BUSI HCCLAIMPMT       225*WPSEAST \    6334 | | 309.26 |
| 431 | 11/16/2022 | | MERCHANT SERVICE MERCH DEP          1162 | | 30.00 |

| Acct | Date | Description | Amount 1 | Amount 2 |
|---|---|---|---:|---:|
| 3431 | 11/15/2022 | FORTE 219787 221115 ACH-1114-82A3F ACH-1114-82A3F | | 880.00 |
| 3431 | 11/15/2022 | UnitedHealthcare HCCLAIMPMT 1289 245▆ 9027 | | 448.14 |
| 3431 | 11/15/2022 | UNLIMITED SYSTEM TRANSFER 9N1R9 | | 48.10 |
| 3431 | 11/15/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 4,492.11 |
| 3431 | 11/15/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 2,346.91 |
| 3431 | 11/15/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 1,260.87 |
| 3431 | 11/15/2022 | BLUE CROSS GA5F HCCLAIMPMT 8423 | | 4,384.07 |
| 3431 | 11/15/2022 | HUMANA GOVT BUSI HCCLAIMPMT 0624 | | 309.26 |
| 3431 | 11/15/2022 | BLUE CROSS GA5F HCCLAIMPMT 2794 | | 102.61 |
| 3431 | 11/14/2022 | REF 3150954L FUNDS TRANSFER TO DEP 546 FROM ONLINE FUNDS TRANSFER VIA | 1,500.00 | |
| 3431 | 11/14/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 2,000.52 |
| 3431 | 11/14/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 1,022.64 |
| 3431 | 11/14/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 258.24 |
| 3431 | 11/14/2022 | BLUE CROSS GA5C HCCLA MPMT 4885 | | 35,530.40 |
| 3431 | 11/14/2022 | BLUE CROSS GA5C HCCLA MPMT 4886 | | 5,857.45 |
| 3431 | 11/14/2022 | BLUE CROSS GA5F HCCLAIMPMT 4884 | | 4,006.55 |
| 3431 | 11/14/2022 | MAC PTB ALGATN HCCLAIMPMT 90674 | | 2,169.58 |
| 3431 | 11/14/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 1,965.09 |
| 3431 | 11/14/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 1,048.51 |
| 3431 | 11/14/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 625.51 |
| 3431 | 11/10/2022 | REF 3141327L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 35,000.00 | |
| 3431 | 11/10/2022 | Optum VA CCN Reg HCCLAIMPMT 4581 9027 | | 6,694.80 |
| 3431 | 11/10/2022 | UnitedHealthcare HCCLAIMPMT 09027 | | 5,503.13 |
| 3431 | 11/10/2022 | UNLIMITED SYSTEM TRANSFER L5S9 | | 481.00 |
| 3431 | 11/10/2022 | WPS-TMEP CONTRAC HCCLAIMPMT 0257 | | 65.87 |
| 3431 | 11/10/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 50.76 |
| 3431 | 11/10/2022 | GA DEPT OF COMMU HCCLAIMPMT 780A | | 1,954.86 |
| 3431 | 11/10/2022 | MAC PTB ALGATN HCCLAIMPMT 90674 | | 746.38 |
| 3431 | 11/10/2022 | HUMANA GOVT BUSI HCCLAIMPMT 4169 | | 244.78 |
| 3431 | 11/10/2022 | UNITEDHEALTHCARE HCCLAIMPMT 9027 | | 182.21 |
| 3431 | 11/10/2022 | BLUE CROSS GA5F HCCLAIMPMT 7752 | | 43.39 |
| 3431 | 11/09/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 2,870.24 |
| 3431 | 11/09/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 2,193.55 |
| 3431 | 11/09/2022 | BLUE CROSS GA5F HCCLAIMPMT 1088 | | 1,968.80 |
| 3431 | 11/09/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 987.02 |
| 3431 | 11/09/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 387.40 |
| 3431 | 11/09/2022 | HUMANA GOVT BUSI HCCLAIMPMT 3080 | | 154.63 |
| 3431 | 11/08/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 3,346.99 |
| 3431 | 11/08/2022 | BLUE CROSS GA5F HCCLAIMPMT 9466 | | 2,576.05 |
| 3431 | 11/08/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 1,155.07 |
| 3431 | 11/08/2022 | WPS-TMEP CONTRAC HCCLAIMPMT 3417 | | 438.07 |
| 3431 | 11/08/2022 | HUMANA GOVT BUSI HCCLAIMPMT 011 | | 154.63 |
| 3431 | 11/07/2022 | REF 3110727L FUNDS TRANSFER TO DEP 944 FROM ONLINE FUNDS TRANSFER VIA | 15,000.00 | |
| 3431 | 11/07/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 3,548.50 |
| 3431 | 11/07/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 2,694.54 |
| 3431 | 11/07/2022 | BLUE CROSS GA5F HCCLAIMPMT 81688 | | 2,061.16 |
| 3431 | 11/07/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 1,841.19 |
| 3431 | 11/07/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 1,039.17 |
| 3431 | 11/07/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 638.20 |
| 3431 | 11/04/2022 | REF 3080700L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 4,500.00 | |
| 3431 | 11/04/2022 | BLUE CROSS GA5C HCCLA MPMT 5810 | | 19,609.70 |
| 3431 | 11/04/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 7,082.54 |
| 3431 | 11/04/2022 | BLUE CROSS GA5F HCCLAIMPMT 5808 | | 3,937.60 |
| 3431 | 11/04/2022 | Optum VA CCN Reg HCCLAIMPMT 9027 | | 2,241.84 |
| 3431 | 11/04/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 2,165.61 |
| 3431 | 11/04/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 978.89 |
| 3431 | 11/04/2022 | CIGNA HCCLAIMPMT 9027 | | 819.80 |
| 3431 | 11/04/2022 | BLUE CROSS GA5C HCCLA MPMT 5811 | | 599.91 |
| 3431 | 11/04/2022 | BLUE CROSS GA5C HCCLA MPMT 5809 | | 497.54 |
| 3431 | 11/03/2022 | REF 3071031L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 22,000.00 | |
| 3431 | 11/03/2022 | REF 3070607L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 1,700.00 | |
| 3431 | 11/03/2022 | GA DEPT OF COMMU HCCLA MPMT 780A | | 9,515.71 |
| 3431 | 11/03/2022 | UnitedHealthcare HCCLAIMPMT 9027 | | 4,921.08 |
| 3431 | 11/03/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 3,187.62 |
| 3431 | 11/03/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 2,605.21 |
| 3431 | 11/03/2022 | HUMANA GOVT BUSI HCCLAIMPMT 2431 | | 1,407.52 |
| 3431 | 11/03/2022 | UNITEDHEALTHCARE HCCLAIMPMT 9027 | | 783.65 |
| 3431 | 11/03/2022 | BLUE CROSS GA5F HCCLAIMPMT 1734 | | 136.34 |
| 3431 | 11/03/2022 | WPS-TMEP CONTRAC HCCLAIMPMT 3693 | | 30.00 |
| 3431 | 11/02/2022 | MERCHANT SERVICE MERCH FEE 1162 | 745.67 | |
| 3431 | 11/02/2022 | REF 3061542L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 25,966.75 | |
| 3431 | 11/02/2022 | REF 3061540L FUNDS TRANSFER TO DEP 7944 FROM ONLINE FUNDS TRANSFER VIA | 2,200.00 | |
| 3431 | 11/02/2022 | REF 3061540L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 1,000.00 | |
| 3431 | 11/02/2022 | REF 3061238L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 | |
| 3431 | 11/02/2022 | MERCHANT SERVICE MERCH DEP 1162 | | 35.00 |
| 3431 | 11/02/2022 | BLUE CROSS GA5F HCCLAIMPMT 9696 | | 2,100.54 |
| 3431 | 11/02/2022 | MAC PTB ALGATN HCCLAIMPMT 0674 | | 1,433.67 |
| 3431 | 11/02/2022 | HUMANA NS CO HCCLAIMPMT 5309 | | 894.74 |
| 3431 | 11/02/2022 | CIGNA HCCLA MPMT 9027 | | 819.80 |

| | | | | | |
|---|---|---|---|---|---|
| 8431 | 11/02/2022 | UnitedHealthcare HCCLAIMPMT | | 9027 | 772.90 |
| 8431 | 11/01/2022 | BLUE CROSS GA5F HCCLAIMPMT | | 0691 | 2,528.57 |
| 8431 | 11/01/2022 | Optum VA CCN Reg HCCLAIMPMT | | 9027 | 1,983.71 |
| 8431 | 11/01/2022 | HUMANA NS CO HCCLAIMPMT | | 09 | 1,933.91 |
| 8431 | 11/01/2022 | UnitedHealthcare HCCLAIMPMT | | 9027 | 1,044.48 |
| 8431 | 11/01/2022 | CIGNA HCCLAIMPMT | | 9027 | 409.90 |
| | | | | $ 794.98 | $ 375,536.15 |
| | | | | 262,392.76 | 385,887.51 |