**Curepoint, LLC**
**Balance Sheet**
**As of November 30, 2022**

| ASSETS | | Total |
|---|---|---:|
| **Current Assets** | | |
|   Bank Accounts | | |
|     Cash- Operating Accounts | $ | 7,883 |
|     Cash- Lockbox Accounts | | 675,806 |
|   Total Bank Accounts | | 683,689 |
| | | |
|   **Accounts Receivable- Net Realization** | | 391,834 |
|   Other Current Assets | | |
|     Loan Receivables | | |
|       American Professional Associates Sweep Receivable | | 1,950,000 |
|         Reserve for Non Collectability from APA | | (1,200,000) |
|       Loan Receivable- American Oncology Associates LLC | | 200,000 |
|   Total Other Current Assets | | 950,000 |
| **Total Current Assets** | | 2,025,523 |
| | | |
| **Fixed Assets** | | |
|   Furniture & Fixtures | | 1,950 |
|   Machinery & Equipment | | 4,894,322 |
|     Vault | | 162,977 |
|     Commission | | 42,000 |
|     SunNuclear | | 20,118 |
|   Mosaiq Software | | 436,810 |
|   Accumulated Depreciation | | (2,390,855) |
| **Total Fixed Assets** | | 3,167,321 |
| | | |
| **Other Assets** | | |
|   Goodwill | | 836,977 |
|   Accumulated Amortization | | (462,214) |
| **Total Other Assets** | | 374,763 |
| | | |
| **TOTAL ASSETS** | $ | 5,567,607 |

**LIABILITIES AND EQUITY**

**Liabilities**
  **Current Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable (A/P)- Post Petition | $ | 114,432 |
| Other Current Liabilities | | |
|   First Liberty | | 2,500,000 |
|   Short-Term Loan Payables- Merchant Cash Advance Notes | | 525,000 |
| Total Other Current Liabilities | | 3,025,000 |
| **Total Current Liabilities** | | 3,139,432 |
| | | |
| **Long-Term Liabilities** | | |
|   Notes Payable | | |
|     Arvest and Other Equipment Lenders | | 803,000 |
|     SBA EIDL | | 150,000 |
|     CLG Servicing | | 810,000 |
|     Lafayette Bank | | 865,000 |
| **Total Long-Term Liabilities** | | 2,628,000 |
| **Total Liabilities** | | 5,256,000 |
| | | |
| **Equity** | | |
|   Member Equity | | (3,674,540) |
|   Net Income | | 846,715 |
| **Total Equity** | | (2,827,825) |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | 5,567,607 |

*THE BALANCE SHEET IS INTERNALLY PREPARED.  THE BALANCE SHEET IS NOT REVIEWED OR AUDITED.*