**Curepoint, LLC**
**Profit and Loss**
**As of November 30, 2022**

|  | Nov-22 | Total |
|---|---:|---:|
| **Income** | | |
|   **40000 Patient Revenue** | | |
|     40100 Patient Revenue- Cash | $ 378,087 | $ 3,661,900 |
|     40200 Patient Revenue- Accrued | (20,272) | 22,447 |
|   Total 40000 Patient Revenue | $ 357,815 | $ 3,684,347 |
|   42000 Patient Refunds | (406) | (1,472) |
| **Total Income** | 357,409 | 3,682,875 |
| **Gross Profit** | $ 357,409 | $ 3,682,875 |
| **Expenses** | | |
|   **50000 Personnel Costs** | | |
|     **51000 Wages and Benefits** | | |
|       51100 Salaries and Wages | 48,076 | 613,009 |
|       51300 Payroll Taxes | 3,744 | 49,335 |
|       51400 Payroll Fee | 923 | 10,466 |
|       51500 Employee Benefits | - | 47 |
|       51600 Employee Insurance | 1,490 | 21,071 |
|       51700 Workers Comp | 244 | 3,172 |
|       51900 EE Reimbursements | - | - |
|     Total 51000 Wages and Benefits | 54,477 | 697,100 |
|     53000 Physician Coverage- 1099 | 40,000 | 423,612 |
|     54000 Medical Physics- 1099 | 12,500 | 128,429 |
|     55000 Medical Dosimetry- 1099 | 7,800 | 9,810 |
|     57000 Medical Billing & Collections | 18,888 | 185,001 |
|   Total 50000 Personnel Costs | 133,665 | 1,443,952 |
|   **60010 Travel & Entertainment** | | |
|     60011 Lodging | - | 166 |
|     60012 Meals | 290 | 824 |
|     60013 Mileage | - | - |
|     60014 Travel | - | - |
|   Total 60010 Travel & Entertainment | 290 | 990 |
|   60100 Bank Service Charges | 2,467 | 28,400 |
|   60150 Penalty & Late Fees | 32 | 2,335 |
|   **60200 Insurance** | | |
|     60210 Business Insurance | 679 | 8,720 |
|     60220 Malpractice | 1,378 | 15,996 |
|     60230 Building Insurance | 268 | 7,869 |
|   Total 60200 Insurance | 2,325 | 32,585 |
|   60300 Lease Expense | 475 | 5,225 |
|   **60400 Office Expense** | | |
|     **60401 Advertising** | | |
|       60402 Marketing & Production | - | 3,080 |
|       60403 Website | - | 1,193 |
|     Total 60401 Advertising | - | 4,273 |
|     60405 Charitable Contributions | - | 6,000 |
|     60410 Dues/Subscriptions | 72 | 7,053 |
|     60415 Equipment Expense | - | 5,347 |

**Curepoint, LLC**
**Profit and Loss**
**As of November 30, 2022**

|  | Nov-22 | Total |
|---|---:|---:|
| 60416 Office Equipment Lease | (3,187) | 50,715 |
| 60417 Office Equipment Repairs & Maintenance | 628 | 2,033 |
| 60418 Office Equipment | - | 6,751 |
| **Total 60415 Equipment Expense** | (2,559) | 64,846 |
| 60420 Licenses and Permits | - | - |
| 60425 Security & Fire Protection | - | 227 |
| 60430 Office Supplies | 618 | 5,899 |
| 60435 Pest Control | - | 328 |
| 60445 Medical Supplies | 3,789 | 12,434 |
| 60455 Telephone, Internet, & Cable | 1,315 | 14,187 |
| 60460 Medical Waste & Disposal | 92 | 930 |
| 60465 Dry Cleaning | 149 | 2,000 |
| 60470 Landscaping | - | 1,100 |
| 60475 Computer & IT | 5,873 | 21,352 |
| 60485 Postage and Delivery | 41 | 645 |
| 60490 Janitorial | 1,080 | 11,880 |
| **Total 60400 Office Expense** | 10,470 | 153,154 |
| 60500 Repair & Maintenance |  |  |
| 60510 Medical Equipment License & Maintenance | 16,865 | 194,390 |
| 60520 Medical Software License & Maintenance | 15,403 | 136,586 |
| 60530 Repairs & Maintenance- General | 6,375 | 12,603 |
| **Total 60500 Repair & Maintenance** | 38,643 | 343,579 |
| 60600 General Administrative Expenses | 951 | 2,745 |
| 60700 Professional Fees |  |  |
| 60710 Accounting Fees | 2,000 | 22,000 |
| 60720 Management/Consulting Fees | 25,000 | 25,000 |
| **Total 60700 Professional Fees** | 27,000 | 47,000 |
| 60800 Taxes |  |  |
| 60810 Property Taxes | 6,151 | 6,547 |
| 60830 Real Estate Taxes | 325 | 3,575 |
| **Total 60800 Taxes** | 6,476 | 10,122 |
| 60900 Rent- Building | 16,407 | 180,477 |
| 610901 Rent- Condo | 2,600 | 28,100 |
| 70000 Utilities |  |  |
| 70010 Water | 1,057 | 7,955 |
| 70020 Electricity | 1,813 | 19,264 |
| **Total 70000 Utilities** | 2,870 | 27,219 |
| Uncategorized Expense | - | - |
| **Total Expenses** | 244,671 | 2,305,883 |
| **Net Operating Income** | $ 112,738 | $ 1,376,992 |

**Other Expenses**

|  | Nov-22 | Total |
|---|---:|---:|
| 80100 Depreciation and Amortization |  |  |
| 80110 Depreciation Expense | 15,273 | 168,003 |
| 80120 Amortization Expense | 9,077 | 99,847 |
| **Total 80100 Depreciation and Amortization** | 24,350 | 267,850 |

**Curepoint, LLC**
**Profit and Loss**
**As of November 30, 2022**

|  | Nov-22 | Total |
|---|---:|---:|
| 80300 Legal Expenses | - | 285,639 |
| 80500 Trustee Expenses | 1,289 | 2,427 |
| Total Other Expenses | 25,639 | 555,916 |
| Net Other Income | (25,639) | (530,277) |
| Net Income | $ 87,099 | $ 846,715 |

**THE INCOME STATEMENT IS INTERNALLY PREPARED.  THE INCOME STATEMENT IS NOT REVIEWED OR AUDITED.**