

# Curepoint Cancer Center
**Dublin, GA**
**Month at a Glance**
***November 2022***

## Twelve Month Trends



## Month End Statistics

| | | |
|---|---|---|
| Net Charges | $ | 363,152.31 |
| Net Collections | $ | 377,752.88 |
| Days in A/R (DSO) | | 31 |
| Net Collections Percent | | 104% |
| Accounts Receivable | $ | 391,834.43 |
| A/R Over 90 Days | $ | 127,037.96 |

## Payer and Utilization Mix

| | |
|---|---|
| Number of New Starts | 11 |
| Average Daily Treatments | 20 |
| IMRT Utilization | 84% |
| Medicare Percentage | 62% |



**Curepoint Cancer Center**
Dublin, GA
Summary & Key Performance Indicators
November 2022

| | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Average 12 months | Average 2021 | YTD Total 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Charges** | | | | | | | | | | | | | | | |
| Number of Daily Treatments | 286 | 362 | 341 | 408 | 341 | 374 | 440 | 287 | 395 | 408 | 469 | 408 | 377 | 348 | 4233 |
| Gross Charges | $1,252,656.00 | $1,657,652.00 | $1,501,842.00 | $1,895,506.00 | $1,499,506.00 | $1,781,060.00 | $1,790,326.00 | $1,365,382.00 | $1,783,865.00 | $1,798,458.00 | $2,004,070.00 | $1,659,612.00 | $1,665,827.92 | $1,626,800.17 | $18,737,279.00 |
| Adjustments | $981,616.61 | $1,239,928.87 | $1,198,230.11 | $1,526,083.46 | $1,195,088.24 | $1,430,626.30 | $1,413,949.39 | $1,186,805.93 | $1,417,185.59 | $1,413,603.77 | $1,606,206.84 | $1,296,459.69 | $1,325,482.07 | $1,324,488.17 | $14,924,168.19 |
| Net Charges | $271,039.39 | $417,723.13 | $303,611.89 | $369,422.54 | $304,417.76 | $350,433.70 | $376,376.61 | $178,576.07 | $366,679.41 | $384,854.23 | $397,863.16 | $363,152.31 | $340,345.85 | $302,312.00 | $3,813,110.81 |
| **Collections** | | | | | | | | | | | | | | | |
| Payments | $227,539.51 | $310,682.11 | $296,265.77 | $370,439.09 | $290,518.60 | $278,751.86 | $263,320.71 | $297,893.95 | $334,592.96 | $435,531.80 | $445,369.54 | $378,158.49 | $327,422.03 | $311,622.52 | $3,701,524.88 |
| Refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,066.77 | $0.00 | $0.00 | $360.92 | $0.00 | $0.00 | $405.61 | $152.78 | $425.98 | $1,833.30 |
| Net Collections | $227,539.51 | $310,682.11 | $296,265.77 | $370,439.09 | $290,518.60 | $277,685.09 | $263,320.71 | $297,893.95 | $334,232.04 | $435,531.80 | $445,369.54 | $377,752.88 | $327,269.26 | $311,196.54 | $3,699,691.58 |
| **Write Offs** | | | | | | | | | | | | | | | |
| Bad Debt | $3,336.05 | $3,700.05 | $6,424.60 | $26,080.00 | $5,662.79 | $9,860.63 | $622.29 | $12,748.47 | $7,167.81 | $12,448.60 | $586.09 | $5,670.66 | $7,859.00 | $9,289.51 | $90,971.99 |
| Total Write-Offs | $3,336.05 | $3,700.05 | $6,424.60 | $26,080.00 | $5,662.79 | $9,860.63 | $622.29 | $12,748.47 | $7,167.81 | $12,448.60 | $586.09 | $5,670.66 | $7,859.00 | $9,289.51 | $90,971.99 |
| **Key Performance Indicators** | | | | | | | | | | | | | | | |
| Gross Collections % | 18% | 19% | 20% | 20% | 19% | 16% | 15% | 22% | 19% | 24% | 22% | 23% | 20% | 19% | 20% |
| Net Collections % | 84% | 74% | 98% | 100% | 95% | 79% | 70% | 167% | 91% | 113% | 112% | 104% | 96% | 103% | 97% |
| Bad Debt % Gross | 0% | 0% | 0% | 1% | 0% | 1% | 0% | 1% | 0% | 1% | 0% | 0% | 0% | 1% | 0% |
| 12 Months Bad Debt % | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 3% | 2% | 2% | 3% | 3% | 2% |
| Charges/Procedure | $4,379.92 | $4,579.15 | $4,404.23 | $4,645.85 | $4,397.38 | $4,762.19 | $4,068.92 | $4,757.43 | $4,516.11 | $4,407.99 | $4,273.07 | $4,067.68 | $4,423.53 | $4,679.20 | $4,426.48 |
| Payments/Procedure | $795.59 | $858.24 | $868.81 | $907.94 | $851.96 | $745.33 | $598.46 | $1,037.96 | $847.07 | $1,067.48 | $949.62 | $926.86 | $869.45 | $896.33 | $874.44 |
| Days in A/R | 43 | 48 | 43 | 37 | 42 | 45 | 55 | 50 | 51 | 45 | 32 | 31 | 43 | 46 | |
| Total Work RVU | 843 | 1004 | 894 | 1122 | 825 | 1154 | 990 | 877 | 965 | 1232 | 1384 | 1171 | 1,038 | 961 | 11617 |
| Net Charges/Work RVU | $321.64 | $416.10 | $339.72 | $329.38 | $369.10 | $303.71 | $380.23 | $203.62 | $380.02 | $312.38 | $287.47 | $310.12 | $327.80 | $314.43 | $328.25 |
| Payments/Work RVU | $270 | $309 | $331 | $330 | $352 | $241 | $266 | $340 | $346 | $354 | $322 | $323 | $315 | $324 | $318 |
| **Accounts Receivable** | | | | | | | | | | | | | | | |
| 0-30 days | $151,545.65 | $244,093.78 | $208,232.22 | $225,538.96 | $203,983.88 | $240,844.65 | $317,378.52 | $142,695.44 | $264,635.88 | $258,752.35 | $224,842.64 | $182,702.17 | $222,103.85 | $176,073.06 | |
| | 41% | 52% | 44% | 51% | 45% | 47% | 50% | 29% | 51% | 56% | 55% | 47% | 47% | 37% | |
| 31-60 days | $19,165.46 | $27,296.31 | $70,318.19 | $35,584.96 | $70,167.10 | $59,787.28 | $111,917.32 | $136,835.88 | $53,965.99 | $88,168.21 | $44,878.58 | $50,351.11 | $64,036.37 | $49,361.85 | |
| | 5% | 6% | 15% | 8% | 15% | 12% | 18% | 27% | 10% | 19% | 11% | 13% | 10% | | |
| 61-90 days | $13,334.66 | $16,799.04 | $20,186.63 | $38,529.49 | $23,752.18 | $61,790.92 | $31,295.34 | $55,898.08 | $65,714.38 | $26,993.16 | $44,172.80 | $31,743.19 | $35,850.82 | $29,035.32 | |
| | 4% | 4% | 4% | 9% | 5% | 12% | 5% | 11% | 13% | 6% | 11% | 8% | 8% | 6% | |
| 91-120 days | $18,421.27 | $12,139.70 | $10,696.23 | $22,940.46 | $32,354.59 | $30,663.66 | $48,150.74 | $25,958.61 | $24,099.98 | $15,938.66 | $20,909.98 | $37,056.22 | $24,944.18 | $21,029.61 | |
| | 5% | 3% | 2% | 5% | 7% | 6% | 8% | 5% | 5% | 3% | 5% | 9% | 5% | | |
| Over 120 days | $166,920.15 | $172,399.33 | $164,216.41 | $123,959.26 | $124,531.75 | $124,590.97 | $121,369.17 | $136,656.73 | $114,908.07 | $70,345.75 | $77,301.66 | $89,981.74 | $123,931.75 | $193,387.42 | |
| | 45% | 36% | 35% | 28% | 27% | 24% | 19% | 27% | 22% | 15% | 19% | 23% | 27% | 42% | |
| Total A/R | $369,387.19 | $472,728.16 | $473,649.68 | $446,553.13 | $454,789.50 | $517,677.48 | $630,111.09 | $498,044.74 | $523,324.30 | $460,198.13 | $412,105.66 | $391,834.43 | $470,866.96 | $468,887.26 | |
| **Patient Balances** | | | | | | | | | | | | | | | |
| Patient Aging (direct & self pay) | $67,317.45 | $91,764.74 | $103,394.58 | $93,427.58 | $89,148.61 | $91,183.29 | $81,269.03 | $92,350.53 | $64,706.93 | $91,771.96 | $99,967.21 | $87,698.68 | $87,833.38 | $56,719.09 | |
| % of EOM Aging | 18% | 19% | 22% | 21% | 20% | 18% | 13% | 19% | 12% | 20% | 24% | 22% | 19% | 12% | |
| Patient bal > 90 | $37,184.80 | $43,080.18 | $60,922.32 | $47,248.66 | $63,641.72 | $59,816.75 | $64,146.11 | $75,482.28 | $48,185.90 | $66,360.33 | $69,143.26 | $59,079.49 | $57,857.65 | $34,397.79 | |
| % of amt > 90 | 20% | 23% | 35% | 32% | 41% | 39% | 38% | 46% | 35% | 77% | 70% | 47% | 39% | 16% | |
| Patient Collections | $5,005.74 | $7,154.66 | $12,528.25 | $8,375.12 | $11,946.05 | $3,159.29 | $6,405.69 | $2,545.70 | $8,304.97 | $1,038.58 | $3,695.00 | $4,061.88 | $6,185.08 | $4,627.42 | $69,215.19 |
| % of Total Collections | 2.2% | 2.3% | 4.2% | 2.3% | 4.1% | 1.1% | 2.4% | 0.9% | 2.5% | 0.2% | 0.8% | 1.1% | 1.9% | 1% | 2% |



# Curepoint Cancer Point

**Dublin, GA**

**CPT Utilization Report**

*November 2022*

Based on Charges Submitted for the Month
Code Summary

| CPT | Description | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77014 | CT Imaging | 283 | 343 | 307 | 411 | 267 | 371 | 415 | 274 | 388 | 396 | 455 | 373 |
| 77261 | Clinical Tx Plan: S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77262 | Clinical Tx Plan: I | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77263 | Clinical Tx Plan: C | 19 | 12 | 15 | 19 | 15 | 21 | 14 | 16 | 13 | 17 | 19 | 11 |
| 77280 | Simulation: S | 12 | 20 | 18 | 19 | 19 | 18 | 23 | 15 | 4 | 7 | 25 | 17 |
| 77290 | Simulation: C | 20 | 17 | 18 | 21 | 15 | 25 | 19 | 19 | 5 | 4 | 22 | 13 |
| 77293 | Resp Motion Mgmt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77295 | Simulation 3D | 10 | 6 | 4 | 8 | 12 | 9 | 5 | 2 | 5 | 5 | 2 | 3 |
| 77300 | Basic Dosimetry Calc | 87 | 181 | 107 | 138 | 103 | 142 | 100 | 107 | 131 | 140 | 133 | 100 |
| 77301 | IMRT Planning | 3 | 9 | 7 | 8 | 4 | 13 | 7 | 11 | 10 | 12 | 13 | 8 |
| 77306 | Isodose Plan: I | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77307 | Isodose Plan: C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77321 | Special Therapy Plan | 1 | 5 | 2 | 1 | 0 | 2 | 5 | 3 | 1 | 0 | 2 | 1 |
| 77331 | Special Dosimetry | 1 | 5 | 3 | 1 | 0 | 2 | 6 | 3 | 1 | 0 | 2 | 1 |
| 77332 | Treatment Device: S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77333 | Treatment Device: I | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77334 | Treatment Device: C | 54 | 50 | 38 | 67 | 58 | 57 | 44 | 28 | 31 | 38 | 39 | 28 |
| 77336 | Physics Consultation | 62 | 68 | 66 | 74 | 64 | 78 | 88 | 59 | 79 | 78 | 98 | 75 |
| 77338 | MLC for IMRT | 6 | 10 | 11 | 9 | 6 | 14 | 12 | 12 | 16 | 15 | 16 | 8 |
| 77370 | Special Phys Consult | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 77372 | SRS Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77373 | SBRT Stereotactic Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77387 | Guidance for Localization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| 77417 | Port Films | 1 | 4 | 2 | 1 | 20 | 3 | 1 | 0 | 2 | 2 | 2 | 1 |
| 77427 | Weekly Treatment: 5 | 60 | 71 | 67 | 76 | 61 | 79 | 83 | 59 | 76 | 77 | 91 | 71 |
| 77431 | Short Course Treatment <2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77432 | SRS Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77435 | SBRT Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77470 | Special Tx Procedure | 4 | 4 | 2 | 7 | 4 | 4 | 2 | 2 | 2 | 6 | 4 | 5 |
| 96372 | SQIM Tx, Prophy, Dx | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99201 | New Patient Visit: 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99202 | New Patient Visit: 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99203 | New Patient Visit: 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99204 | New Patient Visit: 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99205 | New Patient Visit: 5 | 17 | 10 | 15 | 20 | 11 | 21 | 16 | 12 | 7 | 15 | 13 | 11 |
| 99211 | Follow up visit: 1 | 18 | 17 | 23 | 17 | 18 | 10 | 17 | 9 | 4 | 0 | 13 | 15 |
| 99212 | Follow up visit: 2 | 4 | 9 | 7 | 2 | 7 | 4 | 9 | 18 | 10 | 14 | 18 | 11 |
| 99213 | Follow up visit: 3 | 12 | 17 | 14 | 13 | 10 | 6 | 17 | 2 | 2 | 0 | 6 | 0 |
| 99214 | Follow up visit: 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 99215 | Follow up visit: 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 99221 | Init Pat Care: Low | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99222 | Init Pat Care: Moder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99223 | Init Pat Care: High | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99231 | Subsequent Patient Care: Low | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99232 | Subsequent Patient Care: Moder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99244 | Outpatient Cons: 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99245 | Outpatient Cons: 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99253 | Consult - Inpatient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| G6012 | Dly Tx C 6 | 45 | 20 | 41 | 45 | 35 | 36 | 104 | 29 | 3 | 43 | 39 | 45 |
| G6013 | Dly Tx C 11 | 59 | 149 | 63 | 50 | 86 | 126 | 96 | 59 | 37 | 53 | 77 | 20 |
| G6015 | IMRT Delivery | 182 | 193 | 237 | 313 | 220 | 212 | 240 | 199 | 355 | 312 | 353 | 343 |
| J9217 | Lupron | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



# Curepoint Cancer Point

**Dublin, GA**

**CPT Utilization Report**

*November 2022*

Based on Charges Submitted for the Month
Code Summary

| CPT | Description | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 960 | 1220 | 1067 | 1321 | 1035 | 1254 | 1324 | 940 | 1182 | 1234 | 1443 | 1188 |
| | New Consults | 17 | 10 | 15 | 21 | 11 | 21 | 16 | 12 | 7 | 15 | 13 | 11 |
| | Average Pts Treated & billed | 14 | 17 | 17 | 18 | 16 | 18 | 20 | 14 | 17 | 19 | 23 | 20 |
| | IMRT Treatments | 182 | 193 | 237 | 313 | 220 | 212 | 240 | 199 | 355 | 312 | 353 | 343 |
| | 3D Treatments | 104 | 169 | 104 | 95 | 121 | 162 | 200 | 88 | 40 | 96 | 116 | 65 |
| | Total Treatments | 286 | 362 | 341 | 408 | 341 | 374 | 440 | 287 | 395 | 408 | 469 | 408 |



**Curepoint Cancer Center**
Dublin, GA
**Lockbox Detail Report**
*November-22*

| Deposit | Lockbox | Medicare | Commercial ACH | Credit card payments | Non A/R | Total Deposits | MSQ Posted | UF Posted | Difference | Notes / Weekly Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2022 | | | 7,900.57 | | | 7,900.57 | | 7,900.57 | - | |
| 11/2/2022 | | 1,433.67 | 4,587.98 | 35.00 | | 6,056.65 | | 6,056.65 | - | |
| 11/3/2022 | | 2,605.21 | 19,981.92 | | | 22,587.13 | 3,651.09 | 18,936.04 | - | |
| 11/4/2022 | 255.00 | 2,165.61 | 35,767.82 | | | 38,188.43 | 75.00 | 38,113.43 | - | |
| 11/5/2022 | | | | | | - | | | - | |
| 11/6/2022 | | | | | | - | | | - | |
| 11/7/2022 | 150.15 | 2,694.54 | 5,579.72 | 3,548.50 | | 11,972.91 | 100.00 | 11,872.91 | - | |
| 11/8/2022 | | | 7,670.81 | 500.00 | | 8,170.81 | | 8,170.81 | - | |
| 11/9/2022 | | 2,870.24 | 5,691.40 | | 1,000.00 | 9,561.64 | 1,000.00 | 8,561.64 | - | C. Williamson cash payment deposited by Jamila |
| 11/10/2022 | 71.41 | 746.38 | 14,689.04 | 100.76 | | 15,607.59 | 50.76 | 15,556.83 | - | directly into Checking acct |
| Bank Holiday 11/11/2022 | | | | | | | | | | |
| 11/12/2022 | | | | | | - | | | - | |
| 11/13/2022 | | | | | | - | | | - | |
| 11/14/2022 | 40.00 | 2,169.58 | 49,068.94 | 3,245.97 | | 54,524.49 | 70.00 | 54,454.49 | - | |
| 11/15/2022 | | 1,260.87 | 12,083.10 | 880.00 | | 14,223.97 | | 14,223.97 | - | |
| 11/16/2022 | 27.86 | 1,429.68 | 3,973.23 | 30.00 | | 5,460.77 | | 5,460.77 | - | |
| 11/17/2022 | | 1,055.70 | 10,859.37 | 1,542.13 | | 13,457.20 | | 13,457.20 | - | |
| 11/18/2022 | | 1,302.78 | 51,885.78 | 230.64 | | 53,419.20 | | 53,419.20 | - | |
| 11/19/2022 | | | | | | - | | | - | |
| 11/20/2022 | | | | | | - | | | - | |
| 11/21/2022 | | 2,316.57 | 8,325.49 | 339.05 | | 10,981.11 | | 10,981.11 | - | |
| 11/22/2022 | 33.95 | | 4,049.85 | 75.00 | | 4,158.80 | | 4,158.80 | - | |
| 11/23/2022 | | 2,133.48 | 13,632.88 | 2,383.87 | | 18,150.23 | | 18,150.23 | - | |
| Bank Holiday 11/24/2022 | | | | | | - | | | - | |
| 11/25/2022 | | | 11,474.87 | 310.00 | | 11,784.87 | 250.00 | 11,534.87 | - | |
| 11/26/2022 | | | | | | - | | | - | |
| 11/27/2022 | | | | | | - | | | - | |
| 11/28/2022 | | 4,750.74 | 55,689.64 | | | 60,440.38 | 209.05 | 60,231.33 | - | |
| 11/29/2022 | 916.14 | | 9,320.51 | 125.00 | | 10,361.65 | | 10,361.65 | - | |
| 11/30/2022 | 105.00 | | 1,005.09 | 40.00 | | 1,150.09 | | 1,150.09 | - | |
| | | | | | | - | | | - | |
| | | | | | | | | | - | |
| Totals | 1,599.51 | 28,935.05 | 333,238.01 | 13,385.92 | 1,000.00 | 378,158.49 | 5,405.90 | 372,752.59 | - | |

| | | |
|---|---|---|
| Total Lockbox | $ | 1,599.51 |
| Medicare | $ | 28,935.05 |
| Commercial EFT | $ | 333,238.01 |
| CC payments | $ | 13,385.92 |
| Checks Rec'd at site | | |
| Non A/R | $ | 1,000.00 |
| **Total Deposits** | **$** | **378,158.49** |
| **Less non A/R** | $ | 1,000.00 |
| **Total A/R Deposits** | **$** | **377,158.49** |
| | | |
| **RBS System** | **$** | **378,158.49** |
| | | - |
| Difference to reconcile | $ | (1,000.00) |
| $1000 direct deposited to bank per JD | $ | 1,000.00 |
| | | |
| **Unreconciled** | | - |



**Curepoint Cancer Center**
Dublin, GA
**Rollforward Report**
*For Month Ending November 2022*

| Payer Class | % of charges | Beginning Balance | Gross Charges | Payments | Adjustments | Ending Balance |
|---|---|---|---|---|---|---|
| Commercial | 30% | 179,126.88 | 490,727.00 | 194,111.13 | 281,404.97 | 194,337.78 |
| Medicaid | 9% | 30,674.80 | 144,592.00 | 29,791.08 | 124,718.98 | 20,756.74 |
| Medicare + Medicare Replacement | 62% | 154,262.45 | 1,022,880.00 | 150,194.40 | 885,590.63 | 141,357.42 |
| Patient Direct + Self Pay | 0% | 48,041.53 | 1,413.00 | 4,061.88 | 10,010.16 | 35,382.49 |
| **Totals** | **100.00%** | **412,105.66** | **1,659,612.00** | **378,158.49** | **1,301,724.74** | **391,834.43** |



**Curepoint Cancer Center**
Dublin, GA
**RVU**
*2022*

| CPT | Description | Work RVU/Unit | Oct-22 Randolph Qty | Work RVU Total | Nov-22 Randolph Qty | Work RVU Total | Oct-22 Simpson Qty | Work RVU Total | Nov-22 Williams Qty | Work RVU Total | Nov-22 Practice Totals Qty | Work RVU Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77014 | CT Guidance | 0.85 | 438 | 372.3 | 401 | 340.85 | 0 | 0 | 0 | 0 | 401 | 340.85 |
| 77261 | Clinical Treatment Planning: Simple | 1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77262 | Clinical Treatment Planning: Intermediate | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77263 | Clinical Treatment Planning: Complex | 3.14 | 19 | 59.66 | 11 | 34.54 | 0 | 0 | 0 | 0 | 11 | 34.54 |
| 77280 | Simulation: Simple | 0.7 | 20 | 14 | 13 | 9.1 | 0 | 0 | 0 | 0 | 13 | 9.1 |
| 77290 | Simulation: Complex | 1.56 | 13 | 20.28 | 3 | 4.68 | 0 | 0 | 0 | 0 | 3 | 4.68 |
| 77293 | Resp Motion Manangement Simulation | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77295 | Simulation 3 Dimensional | 4.29 | 2 | 8.58 | 3 | 12.87 | 0 | 0 | 0 | 0 | 3 | 12.87 |
| 77300 | Basic Radiation Dosimetry Calculation | 0.62 | 133 | 82.46 | 100 | 62 | 0 | 0 | 0 | 0 | 100 | 62 |
| 77301 | IMRT Planning | 7.99 | 13 | 103.87 | 8 | 63.92 | 0 | 0 | 0 | 0 | 8 | 63.92 |
| 77306 | Isodose Plan: Simple | 1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77307 | Isodose Plan: Complex | 2.9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77321 | Special Therapy Port Plan | 0.95 | 2 | 1.9 | 1 | 0.95 | 0 | 0 | 0 | 0 | 1 | 0.95 |
| 77331 | Special Dosimetry (eg, TLD) | 0.87 | 2 | 1.74 | 1 | 0.87 | 0 | 0 | 0 | 0 | 1 | 0.87 |
| 77332 | Treatment Devices: Simple | 0.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77333 | Treatment Devices: Intermediate | 0.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77334 | Treatment Devices: Complex | 1.15 | 39 | 44.85 | 28 | 32.2 | 0 | 0 | 0 | 0 | 28 | 32.2 |
| 77336 | Continuing Medical Physics Consultation | 0 | 94 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 75 | 0 |
| 77338 | MLC Device | 4.29 | 16 | 68.64 | 8 | 34.32 | 0 | 0 | 0 | 0 | 8 | 34.32 |
| 77370 | Special Medical Physics Consultation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77372 | SRS Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77373 | SBRT Stereotactic Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77387 | Guidance for Localization of Target Volume | 0.85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77417 | Port Verification Films | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 77427 | Weekly Treatment Management 5 Treatments | 3.37 | 88 | 296.56 | 71 | 239.27 | 0 | 0 | 0 | 0 | 71 | 239.27 |
| 77431 | Short Course Treatment Management | 1.81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77432 | Stereotactic: Cerebral Lesions 1 Session | 7.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77435 | SBRT Management | 11.87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77470 | Special Treatment Procedure | 2.03 | 4 | 8.12 | 5 | 10.15 | 0 | 0 | 0 | 0 | 5 | 10.15 |
| 96372 | Ther/injection | 0.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99201 | New Patient Visit: 1 | 0.48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99202 | New Patient Visit: 2 | 0.93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99203 | New Patient Visit: 3 | 1.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99204 | New Patient Visit: 4 | 2.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99205 | New Patient Visit: 5 | 3.5 | 12 | 42 | 10 | 35 | 0 | 0 | 0 | 0 | 10 | 35 |
| 99211 | Follow up visit: 1 | 0.18 | 12 | 2.16 | 14 | 2.52 | 0 | 0 | 0 | 0 | 14 | 2.52 |
| 99212 | Follow-up Visit: 2 | 0.7 | 18 | 12.6 | 8 | 5.6 | 0 | 0 | 2 | 1.4 | 10 | 7 |
| 99213 | Follow-up Visit: 3 | 1.3 | 6 | 7.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99214 | Follow-up Visit: 4 | 1.92 | 0 | 0 | 0 | 0 | 1 | 1.92 | 0 | 0 | 0 | 0 |
| 99215 | Follow-up Visit: 5 | 2.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99221 | Initial Patient Care: Low | 1.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99222 | Initial Patient Care: Moderate | 2.61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99223 | Initial Patient Care: High | 3.86 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99231 | Subsequent Patient Care: Low | 0.76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99232 | Subsequent Patient Care: Moderate | 1.39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99253 | Consult - Inpatient | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99244 | Outpatient consult: 4 | 3.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99245 | Outpatient consult: 5 | 3.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| G6012 | Daily Tx | 0 | 36 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 45 | 0 |
| G6013 | Daily Tx | 0 | 61 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 20 | 0 |
| G6015 | IMRT Delivery Sinlge or Mult Fields | 0 | 353 | 0 | 343 | 0 | 0 | 0 | 0 | 0 | 343 | 0 |
| J9217 | Lupron | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total RVU** | | | 1383 | 1147.5 | 1169 | 888.84 | 1 | 1.92 | 2 | 1.4 | 1171 | 890.24 |



# Curepoint Cancer Center

Dublin, GA

**Aging Review Over 90 Days**

*November 2022*

## Aging Overview

| | | |
|---|---:|---|
| $ | 391,834.43 | End-of-Month Aging |
| $ | 264,796.47 | Current - 90 |
| $ | 127,038 | Outstanding AR greater than 91 days |

## Aging Summary Detail

| | | |
|---|---:|---|
| $ | 52,558 | Additional Anticipated Reimbursement |
| $ | 74,480 | Potential Bad Debt |
| $ | 127,038 | |

| Payer | Amount | Status | Anticipated Reimbursement | Potential BD |
|---|---:|---|---:|---:|
| Anthem BC of GA | $ 5,806 | Recoupments initiated, claims reprocessing | $ 5,806 | |
| Self pay & patient direct | $ 74,480 | Protocol being followed. | | $ 74,480 |
| Ambetter | $ 9,016 | Claims being reprocessed. | $ 9,016 | |
| Cancer State Aid | $ 6,433 | payment has been verified and will hit the LB soon | $ 6,433 | |
| UHC | $ (40) | Recoupments initiated. | $ (40) | |
| VA | $ (66) | Recoupments initiated. | $ (66) | |
| Medicare | $ (264) | Recoupments initiated. | $ (264) | |
| Medicaid | $ 13,671 | Claims resubmitted | $ 13,671 | |
| Other | $ 18,001 | Slow payers, secondaries | $ 18,001 | |
| | $ 127,038 | | $ 52,558 | $ 74,480 |



**Curepoint Cancer Center**

Dublin, GA

Monthly Revenue and Cash by Year

| Month | 2022 Revenue | 2022 Collections | 2021 Revenue | 2021 Collections | 2020 Revenue | 2020 Collections | 2019 Revenue | 2019 Collections | 2018 Revenue | 2018 Collections |
|---|---|---|---|---|---|---|---|---|---|---|
| January | 417,723.13 | 310,682.11 | 379,856.75 | 306,153.33 | 326,466.63 | 275,415.27 | 306,586.03 | 198,172.97 | | |
| February | 303,611.89 | 296,265.77 | 349,245.17 | 409,336.20 | 262,355.56 | 295,369.76 | 236,643.96 | 144,890.25 | | |
| March | 369,422.54 | 370,439.09 | 305,175.63 | 370,774.15 | 373,966.30 | 272,878.38 | 324,675.74 | 401,103.48 | | |
| April | 304,417.76 | 290,518.60 | 293,180.75 | 338,531.22 | 317,891.67 | 259,175.98 | 441,575.89 | 522,704.88 | | |
| May | 350,433.70 | 279,818.63 | 244,559.93 | 277,017.46 | 256,866.10 | 283,443.33 | 223,340.97 | 206,807.02 | | |
| June | 376,376.61 | 263,320.71 | 312,437.19 | 224,070.14 | 308,444.82 | 289,865.55 | 148,877.72 | 149,438.18 | 220,395.19 | 6,435.25 |
| July | 178,576.07 | 297,893.95 | 200,429.75 | 158,520.62 | 218,172.58 | 274,469.92 | 242,635.52 | 168,478.37 | 448,603.02 | 273,067.53 |
| August | 366,679.41 | 334,953.88 | 414,914.07 | 317,580.44 | 213,704.95 | 173,135.04 | 443,034.73 | 419,576.11 | 462,099.11 | 216,746.76 |
| September | 384,420.31 | 435,531.80 | 361,373.85 | 463,704.76 | 153,886.94 | 145,858.64 | 293,948.98 | 375,140.36 | 171,972.15 | 269,099.98 |
| October | 397,863.16 | 445,269.54 | 299,843.67 | 347,252.00 | 339,882.32 | 187,986.34 | 257,575.76 | 279,041.39 | 219,345.08 | 223,747.00 |
| November | 363,152.31 | 377,752.88 | 195,687.85 | 293,878.62 | 313,237.11 | 344,602.35 | 335,184.91 | 306,633.28 | 144,701.56 | 205,586.15 |
| December | | | 271,039.39 | 227,539.51 | 263,497.27 | 311,227.01 | 399,322.01 | 387,607.48 | 213,319.36 | 207,924.06 |
| | | | | | | | | | | |
| Totals | 3,812,676.89 | 3,702,446.96 | 3,627,744.00 | 3,734,358.45 | 3,348,372.25 | 3,113,427.57 | 3,653,402.22 | 3,559,593.77 | 1,880,435.47 | 1,402,606.73 |
| Monthly Average | 346,606.99 | 336,586.09 | 302,312.00 | 311,196.54 | 279,031.02 | 259,452.30 | 304,450.19 | 296,632.81 | 268,633.64 | 200,372.39 |