**Curepoint LLC**
**Open Invoices**
**As of 30 November, 2022**

| Vendor | Invoice # | Invoice Date | Due Date | Amount Due |
|---|---|---|---|---|
| **Erin Office Park Owners** | N/A; Stmt Date 10/3/2022 | 10/3/2022 | 10/3/2022 | 330.00 |
| **Office Depot** | 274571242001 | 10/21/2022 | 10/21/2022 | 55.05 |
| **FedEx** | 7-922-09345 | 10/21/2022 | 10/21/2022 | 33.93 |
| **Cingo** | 1995348-4 | 10/24/2022 | 10/24/2022 | 83.00 |
| **Medical Park Pharmacy** | N/A; Stmt Date 10/25/2022 | 10/25/2022 | 10/25/2022 | 49.45 |
| **FedEx** | 7-926-25776 | 10/26/2022 | 10/26/2022 | 39.07 |
| **Qfix** | 10133151 | 10/31/2022 | 10/31/2022 | 353.00 |
| **Premier Imaging Medical Systems, Inc.** | FC 8832 | 11/2/2022 | 11/2/2022 | 754.29 |
| **Solic Capital** | 3617 | 11/18/2022 | 11/18/2022 | 25,000.00 |
| **FedEx** | 7-952-57993 | 11/21/2022 | 11/21/2022 | 39.07 |
| **FedEx** | 9-639-40307 | 11/28/2022 | 11/28/2022 | 2.34 |
| **Hangers Cleaners** | Nov 2022 Stmt | 11/30/2022 | 11/30/2022 | 148.50 |
| **Stericycle** | 1011954001 | 11/1/2022 | 12/1/2022 | 51.60 |
| **De Lage Landen Finanical Services, Inc.** | 78127602 | 11/6/2022 | 12/1/2022 | 273.81 |
| **MedicusIT** | ATL87603 | 11/16/2022 | 12/1/2022 | 4,502.40 |
| **Shred-cycle, Inc.** | 52373 | 11/2/2022 | 12/2/2022 | 40.00 |
| **George Adams & Co** | 8939 | 11/18/2022 | 12/2/2022 | 1,289.00 |
| **Radiation Business Solutions** | INV62287 | 11/10/2022 | 12/5/2022 | 22,268.48 |
| **Medical Park Pharmacy** | N/A; Stmt Date 11/25/2022 | 11/25/2022 | 12/10/2022 | 96.79 |
| **The Bradmark Company** | 55674 | 11/29/2022 | 12/14/2022 | 528.00 |
| **Premier Imaging Medical Systems, Inc.** | 39191 | 11/15/2022 | 12/15/2022 | 6,375.00 |
| **Elekta** | 307193756 | 11/15/2022 | 12/15/2022 | 16,864.81 |
| **Elekta** | 307193793 | 11/15/2022 | 12/15/2022 | 8,833.33 |
| **Alpha Medical Physics** | d2159 | 11/30/2022 | 12/15/2022 | 7,800.00 |
| **Alpha Medical Physics** | d2158 | 11/30/2022 | 12/15/2022 | 12,500.00 |
| | | | | $ 108,310.92 |

**Taxes Payable**

| Vendor | Invoice # | Invoice Date | Due Date | Amount Due |
|---|---|---|---|---|
| **De Lage Landen Finanical Services, Inc.** | 78221342 | 11/19/2022 | 12/12/2022 | 29.51 |
| **City of Dublin** | 017741 | 10/27/2022 | 12/16/2022 | 4,811.30 |
| **Laurens County Tax Commissioner** | 2022 006529 | 10/27/2022 | 12/20/2022 | 1,279.73 |
| | | | | $ 6,120.54 |