**Curepoint LLC**
**Payments to Insiders**
**Nov-22**

| Recipient | Date of Pmt | Amount | Account Used | Reason for Pmt |
|---|---|---|---|---|
| **Michael Miles** | 11/3/2022 | 3,548.41 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Michael Miles** | 11/17/2022 | 2,623.13 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Jamila Dadabhoy** | 11/3/2022 | 5,008.14 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **Jamila Dadabhoy** | 11/17/2022 | 4,249.76 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Payroll |
| **United Healthcare** | | | | |
| Michael Miles | 11/10/2022 | 884.29 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Employee Insurance |
| Jamila Dadabhoy | 11/10/2022 | 715.97 | Curepoint Checking *9546; xfer to Eclipse Staffing LLC | Employee Insurance |
| | | $ 17,029.70 | | |