**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Eversheds Sutherland (US) LLP (the "Applicant") has filed a First Application for Compensation by Counsel for Chapter 11 Trustee (D.I. 190) (the "Application") and related papers with the Court seeking an order awarding $47,690.10 in legal fees to Applicant.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Application at the following number: **(toll-free number: [833-568-8864]; meeting id [161 706 9079], at 1:20 PM, on January 30, 2023 in U.S. Courthouse, Courtroom 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 10, 2023

/s/ Nathaniel DeLoatch
Georgia Bar No. 216330
999 Peachtree St., NE, Suite 2300
Atlanta, GA 30309
(404)853-8356

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**COVER SHEET FOR: FIRST INTERIM APPLICATION FOR COMPENSATION BY
COUNSEL FOR CHAPTER 11 TRUSTEE FOR THE PERIOD OF OCTOBER 18, 2022
TO OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Eversheds Sutherland (US) LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Period for which compensation and Reimbursement is sought: | October 18, 2022 – October 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $47,690.10 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is an interim monthly application.

Summary of prior interim application(s): NA.

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FOR THE APPLICATION PERIOD[1]**

| Professional | Background | Rate | Hours | Fees Billed |
|---|---|---|---|---|
| David Wender | Partner | $799 | 23.2 | $18,536.80 |
| Nathaniel DeLoatch | Associate | $603 | 36.5 | $22,009.50 |
| Christopher Roselli | Partner | $743 | 7.60 | $5,646.80 |
| LaShana Jimmar | Paralegal | $369 | 2.5 | $922.5 |
| Wendy Spiro | Paralegal | $383 | 1.5 | $574.50 |
| **Grand Total** | | | **71.30** | **$47,690.10** |

---

[1] Eversheds Sutherland (US) LLP's hourly rates for services are comparable to the hourly rates charged in chapter 11 cases by comparably skilled bankruptcy attorneys practicing in law firms of comparable size.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**FIRST APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR THE PERIOD OF OCTOBER 18, 2022 THROUGH OCTOBER 31,**
**2022 AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**

COMES NOW Eversheds Sutherland (US) LLP ("ES" or "Applicant"), counsel for David A. Wender, in his role solely as the Chapter 11 Trustee (the "Trustee"), for the above-captioned debtor (the "Debtor"), and hereby files this application for allowance of compensation in the amount of $47,690.10 for the period of October 18, 2022 through and including October 31, 2022 (the "Application Period"). In support hereof, ES attaches as **Exhibit 1** hereto and incorporates by reference the Declaration of David A. Wender (the "Wender Declaration") confirming the facts set forth in this Application.  In further support hereof, ES respectfully shows as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4

2.      The statutory basis for the relief sought herein is sections 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.      On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      On September 21, 2022, Mark W. McCord, M.D. and the United States Trustee filed motions to appoint a chapter 11 trustee in the Case. [Doc. Nos. 52, 54]. Shortly thereafter, on October 3, 2022, AMOA Finance, LLC filed its motion to appoint a chapter 11 trustee in the Case. [Doc. No. 68].  On October 13, 2022, the Court entered an order granting Mark W. McCord, M.D.'s and AMOA Finance, LLC's motions and directing the United States Trustee to appoint a chapter 11 trustee in the Case. [Doc. No. 96].

5.      On October 17, 2022, the United States Trustee filed the *Notice of Appointment of Chapter 11 Trustee and Setting of Bond*, which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. [Doc. No. 104].  On October 18, 2022, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee*. [Doc. No. 106].  The Court approved the appointment of the Trustee on October 19, 2022. [Doc. No. 108].

6.      On October 27, 2022, the Court entered its *Order Approving Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel, Subject to Objection* [Doc. No. 119] (the "ES Order").  The ES Order permits, among other things, the payment of compensation and reimbursement of expenses to ES by way of application to the Court, subject to the requirements of sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, or as otherwise ordered by the Court (the "ES Fees").  [*Id.*].

5

7.      On November 7, 2022, the Trustee filed his emergency motion seeking, among other things, the authority to conduct a sale of substantially all of the Debtor's assets (the "Sale"), to solicit and accept bids in connection therewith, and for the approval of certain other procedures necessary to effectuate the Sale [*see* Doc. No. 124] (the "Sale Procedures Motion").

8.      On November 14, 2022, the Trustee filed the *Application of Chapter 11 Trustee to Retain Investment Banker Effective as of November 1, 2022* [Doc. No. 130] (the "SOLIC Application"), seeking authority to retain SOLIC in connection with the Sale and approving compensation as set forth in the Engagement Letter (*see* SOLIC Application, Ex. 2).

9.      On November 16, 2022, the Trustee filed the monthly operating reports for the months of September 2022 and October 2022 [Doc. Nos. 137, 138] (the "Monthly Operating Reports").

10.     On November 18, 2022, the Court entered the order granting the Sale Procedures Motion [*see* Doc. No. 145] (the "Sale Procedures Order").  Since entry of the Sale Procedures Order, the Trustee, with the assistance of counsel, is in the process of effectuating a sale of the Debtor as contemplated therein and is complying with all applicable notices and deadlines as set forth therein.

11.     On November 21, 2022, the Trustee filed the *Chapter 11 Trustee's Motion to Amend Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Doc. No. 155] (the "Cash Collateral Motion").  On December 2, 2022, the Court entered the *Amended Third Interim Order Authorizing the Trustee to Use Cash Collateral and Granting Adequate Protection* [Doc. No. 173] (the "Amended Cash Collateral Order"), authorizing, among other things, the Trustee's use of the Debtor's cash collateral in accordance

6

with the Trustee's proposed budget.  The budget provides for ES fees that have been incurred and

also provides the Trustee's good faith estimates concerning ES's future fees and expenses.

## RELIEF REQUESTED AND BASIS THEREOF

12.     ES seeks compensation for services performed incurred as counsel to the Trustee

during the Application Period in amount of $47,690.10.[2]  This is the first application ES has filed

in this Case.  A detailed description of services rendered for the Application Period, by date, time,

and nature of services performed is attached to the Wender Declaration as **Exhibit A** (the

"Invoice") and incorporated herein by reference.

13.     For the period covered by this Application, ES's attorneys and paraprofessionals

have devoted a total of not fewer than 71 professional hours in performing services for the Trustee

in this Case.  A summary of hours spent by each attorney and paraprofessional is set forth in the

Invoice.

14.     ES has rendered services to the Trustee during the Application Period, including,

but not limited to, drafting and filing the Sale Procedures Motion and all supporting documents,

drafting and filing the SOLIC Application, drafting and filing the Trustee's Cash Collateral

Motion, drafting and serving all applicable notices as required by the Sale Procedures Order,

assisting the Trustee relative to the contemplated sale of the Debtor, attending various hearings,

communicating with various creditors and other parties-in-interest, and analyzing proofs of claims

filed in the Case.[3]

---

[2] ES's actual fees in this case are $54,195.50. As set forth in the ES's retention application [*see* Doc. No. 117], ES has
reduced its fees by discounting hourly rates as set forth therein.  This ensures, as confirmed by the Debtor's Budget
[*see* Doc. No. 155, Ex. 2], that the Debtor has adequate cash-on-hand and that payment of the requested fees will not
impose any unnecessary financial distress (and likely no distress at all).

[3] Though the Invoice includes charges associated with legal services performed by David Wender, it does not include
any charges associated with Mr. Wender's performance of his duties as the Chapter 11 Trustee in this Case.

15.     With respect to the aforementioned services, ES contends that all services provided as counsel to the Trustee were necessary to assist the Trustee in the proper and effective administration of the estate of the Debtor and the protection of the rights and positions of creditors and the estate.  The fair and reasonable value of these services, and the cost of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $54,195.50.

16.     ES is a major law firm whose attorneys have developed and demonstrate a high level of legal skills, experience, and expertise in the effective and economic representation of fiduciaries in chapter 11 cases and are well-versed in both the substantive and procedural issues which arise in such cases and, consequently, are able to provide prompt, efficient, and effective legal services as required.

17.     ES submits that its requested hourly rates are equal to or less than the rates of lawyers of reasonably comparable skills, experience, and reputation in cases of similar complexity and size in the geographic area in which it practices and in cases not proceeding under the Bankruptcy Code. *See* 11 U.S.C. § 330(a)(3)(F) (2018); *see also In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 849 (3rd Cir. 1994) (citing to legislative history related to 11 U.S.C. § 330, adopted in 1978, for the proposition that "The unambiguous policy inspiring § 330(a), expressed most clearly [by Congress], is that professionals and paraprofessionals in bankruptcy cases should earn the same income as their non-bankruptcy counterparts.") (emphasis added).

18.     ES submits that all services for which compensation is requested have been actually provided to the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this Case and for the benefit of the Debtor's bankruptcy estate and creditors.

8

19.     ES submits that it is entitled to allowance of compensation in the amount of not less than $47,690.10 of fees that arose based on a "lodestar" calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on the Invoice. ES contends that the compensation requested herein satisfies the standards and guidelines set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974), and adopted by the Eleventh Circuit in *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990), for evaluation of applications for compensation.

20.     The Trustee has reviewed this Application and has approved the requested amounts.

21.     ES requests that this Application and the attached exhibits be admitted into evidence at any hearing on this Application.

## **CONCLUSION**

WHEREFORE, ES respectfully requests that the Court grant this Application and enter an order substantially in the form of order attached hereto as **Exhibit 2** providing that:

(a)     ES be allowed compensation in the amount of $47,690.10 as and for the reasonable value for services rendered in connection with its retention as counsel for Trustee for the Application Period;

(b)   the Court grant the compensation sought herein and authorize the Trustee to make payment of same as an administrative expense immediately upon the entry of this order;

(c)   the Court grant such other and further relief as may be just and proper.

Dated:  December 12, 2022               Respectfully submitted,

                                        /s/ *David A. Wender*
                                        David A. Wender (Ga. Bar No. 748117)

9

Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

10

**EXHIBIT 1**

**<u>Declaration of David A. Wender</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**<u>DECLARATION OF DAVID A. WENDER</u>**

I, David A. Wender, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I am a partner in the law firm of Eversheds Sutherland (US) LLP ("<u>ES</u>") and have knowledge of the facts set forth herein.

2.      The facts set out in the foregoing *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31, 2022 as Counsel for the Chapter 11 Trustee* and the exhibits attached hereto are true and correct to the best of my knowledge, information, and belief.  Those facts are known to me personally or established by business records of ES maintained in the ordinary course of business, including time and disbursement records made by lawyers and paraprofessionals at ES.

Dated: December 12, 2022.

/s/ David A. Wender
David A. Wender
Georgia Bar No. 748117

**EXHIBIT A**

**(Invoice)**

EVERSHEDS
SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1226364 |
| Bill Date | December 8, 2022 |

| | |
|---|---|
| **Matter No:** | **96361.0002** |
| **RE:** | **Curepoint Legal Advice** |

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022. The rates noted below reflect the agreed-upon discount as stated in Eversheds Sutherland's Application.**

| | |
|---|---|
| **Fees** | **$47,690.10** |
| **Total Current Bill** | **$47,690.10** |

Matter No. 96361-0002                                    Bill No: 1226364                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|------------|-----------|------|-------|--------|
| 10/21/22 | Wendy B. Spiro | Arrange for court reporter to prepare written transcript of hearing held on Debtor's motion to sell, U.S. trustee's motion to appoint Chapter 11 trustee. | B110 | 0.30 | 114.90 |
| 10/24/22 | David A. Wender | Multiple calls in furtherance of appointment (3.7); confer with counsel relative to background issues (1.0); follow up with Jamila relative to assets (0.7). | B110 | 5.40 | 4,314.60 |
| 10/24/22 | Nathaniel T. DeLoatch | Communicate with chambers re attendance and format of hearing. | B110 | 0.20 | 120.60 |
| 10/27/22 | Nathaniel T. DeLoatch | Call with D. Wender re hearing and strategy. | B110 | 0.30 | 180.90 |
| 10/27/22 | David A. Wender | Analyze and present argument in support of Motion to Avoid Appointment of Patient Care Ombudsman. | B110 | 1.00 | 799.00 |
| 10/28/22 | Wendy B. Spiro | Check with court reporter on status of transcript from two-day hearing held before Judge Cavender on Debtor's motion to sell, U.S. trustee's motion to appoint Chapter 11 trustee. | B110 | 0.10 | 38.30 |
| | | **Total for B110 - Case Administration** | | | **5,568.30** |
| 10/22/22 | David A. Wender | Draft and revise Form Asset Purchase Agreement. | B130 | 1.00 | 799.00 |
| 10/24/22 | David A. Wender | Draft and revise Form Asset Purchase Agreement. | B130 | 1.50 | 1,198.50 |
| 10/24/22 | Christopher M. Rosselli | Conference with David Wender regarding transaction and next steps. | B130 | 0.40 | 297.20 |
| 10/25/22 | Christopher M. Rosselli | Review debtor's motion .(0.6); correspondence with David Wender regarding same (0.2). | B130 | 0.80 | 594.40 |
| 10/25/22 | LaShana C. Jimmar | Correspond with Cogency regarding lien searches. | B130 | 0.10 | 36.90 |
| 10/26/22 | LaShana C. Jimmar | Correspond with Cogency regarding lien searches and chart (0.5); distribute lien searches and chart to N. DeLoatch for review (0.3). | B130 | 0.80 | 295.20 |
| 10/26/22 | Christopher M. Rosselli | Begin review of asset purchase agreement. | B130 | 1.30 | 965.90 |
| 10/26/22 | David A. Wender | Attention to investment banker/restructuring advisor (1.7); attention to proposed sale | B130 | 2.30 | 1,837.70 |

Matter No. 96361-0002                              Bill No: 1226364                                    Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|------------|-----------|------|-------|--------|
| | | procedures. (0.6). | | | |
| 10/27/22 | Nathaniel T. DeLoatch | Draft sale motion. | B130 | 2.10 | 1,266.30 |
| 10/27/22 | Nathaniel T. DeLoatch | Drafting of nondisclosure agreement. | B130 | 0.50 | 301.50 |
| 10/27/22 | Christopher M. Rosselli | Complete review and begin revisions to asset purchase agreement. | B130 | 1.10 | 817.30 |
| 10/27/22 | David A. Wender | Attention to investment banker/restructuring advisor (0.8); attention to proposed sale procedures (0.7). | B130 | 1.50 | 1,198.50 |
| 10/28/22 | Christopher M. Rosselli | Continue revisions to asset purchase agreement. | B130 | 2.30 | 1,708.90 |
| 10/28/22 | Nathaniel T. DeLoatch | Continue drafting sale motion and supporting documents. | B130 | 6.50 | 3,919.50 |
| 10/29/22 | Nathaniel T. DeLoatch | Revise sale motion and supporting documents. | B130 | 4.40 | 2,653.20 |
| 10/29/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 0.90 | 719.10 |
| 10/30/22 | Christopher M. Rosselli | Proofread purchase agreement; compare the same against precedent agreements. | B130 | 1.70 | 1,263.10 |
| 10/30/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 2.10 | 1,677.90 |
| 10/31/22 | David A. Wender | Review and revise Sales Procedure related pleadings. | B130 | 2.70 | 2,157.30 |
| 10/31/22 | Nathaniel T. DeLoatch | Drafting of notice of assignment for sale motion. | B130 | 2.30 | 1,386.90 |
| 10/31/22 | Nathaniel T. DeLoatch | Revise draft of sale motion. | B130 | 1.80 | 1,085.40 |
| 10/31/22 | Nathaniel T. DeLoatch | Prepare for and attend meeting with SOLIC, trustee, and debtor re sale process. | B130 | 1.10 | 663.30 |
| | | **Total for B130 - Asset Disposition** | | | **26,843.00** |
| 10/19/22 | Nathaniel T. DeLoatch | Analyze pending stay relief motion of Arvest Bank. | B140 | 0.40 | 241.20 |
| | | **Total for B140 - Relief from Stay/Adequate Protection Proceedings** | | | **241.20** |
| 10/19/22 | Nathaniel T. | Draft application to employ counsel and | B160 | 3.20 | 1,929.60 |

Matter No. 96361-0002        Bill No: 1226364        Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|---|---|---|---|---|---|
| | DeLoatch | supporting documents. | | | |
| 10/20/22 | Nathaniel T. DeLoatch | Revise draft of application to employ and supporting documents. | B160 | 2.00 | 1,206.00 |
| 10/24/22 | Wendy B. Spiro | Preparations for filing Eversheds' application to be appointed as counsel to Chapter 11 trustee (0.2); e-mails with N. DeLoatch regarding procedure for checking whether anyone at Eversheds has any relationship to any judge currently sitting on U.S. Bankruptcy Court/Northern District of Georgia (0.1). | B160 | 0.30 | 114.90 |
| 10/24/22 | Nathaniel T. DeLoatch | Review and revise application to retain counsel and supporting documents. | B160 | 2.00 | 1,206.00 |
| 10/26/22 | Wendy B. Spiro | Finalize, e-file, and serve Chapter 11 Trustee's application to retain Eversheds as counsel (with supporting declaration and proposed order), and D. Wender's notice of appearance (0.6); e-mails with N. DeLoatch regarding above (0.2). | B160 | 0.80 | 306.40 |
| | | **Total for B160 - Fee/Employment Applications** | | | **4,762.90** |
| 10/20/22 | Nathaniel T. DeLoatch | Review and analyze cash collateral motions. | B230 | 0.40 | 241.20 |
| 10/31/22 | Nathaniel T. DeLoatch | Analyze vendor invoices and confirm status of post-petition invoices. | B230 | 1.50 | 904.50 |
| 10/31/22 | Nathaniel T. DeLoatch | Prepare for and attend call with Debtor's employees re budget and vendor status. | B230 | 0.80 | 482.40 |
| | | **Total for B230 - Financing/Cash Collections** | | | **1,628.10** |
| 10/20/22 | Nathaniel T. DeLoatch | Review and analyze claims docket and related deadlines. | B310 | 1.20 | 723.60 |
| 10/20/22 | David A. Wender | Review proof of claim and analyse basis thereof. | B310 | 0.30 | 239.70 |
| 10/21/22 | David A. Wender | Analyze proofs claim to determine required responses. | B310 | 3.70 | 2,956.30 |
| 10/24/22 | LaShana C. Jimmar | Analysis regarding lien searches (0.8); correspondence with Cogency with list of name variations for lien searches (0.4); correspond with N. DeLoatch regarding entity names (0.3). | B310 | 1.50 | 553.50 |
| 10/24/22 | Nathaniel T. DeLoatch | Analyze Debtor's counsel first and final fee application. | B310 | 0.30 | 180.90 |
| 10/25/22 | Nathaniel T. DeLoatch | Prepare for and participate in call with D. Wender re debtor's real property leases. | B310 | 0.40 | 241.20 |

Matter No. 96361-0002                    Bill No: 1226364                                    Page 5

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 10/26/22 | David A. Wender | Review lien search results. | B310 | 0.30 | 239.70 |
| 10/27/22 | LaShana C. Jimmar | Analysis regarding lien searches. | B310 | 0.10 | 36.90 |
| 10/29/22 | David A. Wender | Review proofs of claim. | B310 | 0.50 | 399.50 |
| | | **Total for B310 - Claims Administration and Objections** | | | **5,571.30** |
| 10/18/22 | Nathaniel T. DeLoatch | Conference with D. Wender regarding case strategy. | B410 | 0.20 | 120.60 |
| 10/18/22 | Nathaniel T. DeLoatch | Draft Notice of Appearance and related documents. | B410 | 1.00 | 603.00 |
| 10/18/22 | Nathaniel T. DeLoatch | Prepare for and attend conference call with Trustee, debtor and other interested parties. | B410 | 0.90 | 542.70 |
| 10/18/22 | Nathaniel T. DeLoatch | Assist in filing of notice of appearance and related documents. | B410 | 0.80 | 482.40 |
| | | **Total for B410 - General Bankruptcy Advice/Opinions** | | | **1,748.70** |
| 10/20/22 | Nathaniel T. DeLoatch | Prepare for and attend meeting with Trustee and certain of debtor's employees. | B420 | 1.50 | 904.50 |
| 10/21/22 | Nathaniel T. DeLoatch | Research subV deadlines and applicability to case. | B420 | 0.70 | 422.10 |
| | | **Total for B420 - Restructurings** | | | **1,326.60** |
| | | | **Fees** | | **$47,690.10** |

B110  Case Administration
| David A. Wender | 6.40 | Hours @ 799.00 | 5,113.60 | |
| Nathaniel T. DeLoatch | 0.50 | Hours @ 603.00 | 301.50 | |
| Wendy B. Spiro | 0.40 | Hours @ 383.00 | 153.20 | |
| | 7.30 | | | 5,568.30 |

B130  Asset Disposition
| David A. Wender | 12.00 | Hours @ 799.00 | 9,588.00 | |
| Christopher M. Rosselli | 7.60 | Hours @ 743.00 | 5,646.80 | |
| Nathaniel T. DeLoatch | 18.70 | Hours @ 603.00 | 11,276.10 | |
| LaShana C. Jimmar | 0.90 | Hours @ 369.00 | 332.10 | |
| | 39.20 | | | 26,843.00 |

B140  Relief from Stay/Adequate Protection Proceedings
| Nathaniel T. DeLoatch | 0.40 | Hours @ 603.00 | 241.20 | |
| | 0.40 | | | 241.20 |

Matter No. 96361-0002                          Bill No: 1226364                                    Page 6

B160  Fee/Employment Applications
Nathaniel T. DeLoatch                 7.20    Hours @ 603.00        4,341.60
Wendy B. Spiro                        1.10    Hours @ 383.00          421.30
                                      8.30                                            4,762.90


B230  Financing/Cash Collections
Nathaniel T. DeLoatch                 2.70    Hours @ 603.00        1,628.10
                                      2.70                                            1,628.10


B310  Claims Administration and Objections
David A. Wender                       4.80    Hours @ 799.00        3,835.20
Nathaniel T. DeLoatch                 1.90    Hours @ 603.00        1,145.70
LaShana C. Jimmar                     1.60    Hours @ 369.00          590.40
                                      8.30                                            5,571.30


B410  General Bankruptcy Advice/Opinions
Nathaniel T. DeLoatch                 2.90    Hours @ 603.00        1,748.70
                                      2.90                                            1,748.70


B420  Restructurings
Nathaniel T. DeLoatch                 2.20    Hours @ 603.00        1,326.60
                                      2.20                                            1,326.60


                                      71.30                                          47,690.10


                          **TOTAL CURRENT BILLING**              **$47,690.10**

**EXHIBIT 2**

**<u>Proposed Order</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**[PROPOSED] ORDER GRANTING FIRST APPLICATION FOR COMPENSATION OF
<u>COUNSEL FOR CHAPTER 11 TRUSTEE</u>**

Counsel for the Chapter 11 Trustee, Eversheds Sutherland (US) LLP (the "<u>Applicant</u>")

filed the *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and*

*Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31,*

*2022 as Counsel for the Chapter 11 Trustee* on December [●], 2022 [Doc. No. ●] (the

"<u>Application</u>").  Upon a review of the Application and all other matters of record, the Court finds

that the professional services rendered and the costs and expenses incurred were necessary and

allowable pursuant to 11 U.S.C. §§ 330 and 331 and meet the guidelines and standards set forth in

*Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1.  The Application is **GRANTED**.

2.  The Applicant is allowed compensation of $47,690.10 for professional services rendered

    by it in this case from October 18, 2022 through October 31, 2022 for a total award of

    $47,690.10.

2

3. The Chapter 11 Trustee shall cause the Debtor's estate to pay the Applicant for its services as set forth herein immediately upon entry of this Order.

4. This Order shall be effective immediately upon entry.

5. The Court retains jurisdiction over all matters related to this Order.

6. Applicant shall serve a copy of this Order on all parties-in-interest within three business (3) days of entry on the docket and promptly thereafter file a certificate of service evidencing the method and manner of service.

**END OF ORDER**

**Prepared and presented by:**

/s/ David A. Wender
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 10, 2023, I electronically filed the foregoing using the CM/ECF system which automatically sent email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

I further certify that, on that same day, I caused the foregoing to be served via First Class Mail, postage prepaid, on all parties in interest, as set forth on the attached service list

Dated:  January 10, 2023

Respectfully submitted,

/s/  *Nathaniel T. DeLoatch*
Nathaniel T. Deloatch (Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-
sutherland.com

*Counsel for the Chapter 11 Trustee*

**ACS Cleaning Services LLC**
**1509 Telfair Street**
**Dublin, GA 31021**

**Aetna, Inc. (Attn: Aaron McCollough)**
**c/o McGuireWoods LLP**
**77 West Wacker Drive Suite 4100**
**Chicago, IL 60601-1818**

**Aire Serv of Dublin, GA**
**1804 Academy Avenue**
**Dublin, GA 31021**

**Alder Opportunity LP c/o Marna Friedman**
**3405 Dallas Highway, Suite 827**
**Marietta, GA 30064-6429**

**Aldridge Pite, LLP (Attn: John G. McCullough )**
**Suite 500, Fifteen Piedmont Center**
**3575 Piedmont Road, N.E.**
**Atlanta, GA 30305-1636**

**Alexander's Office Center**
**517 Academy Ave**
**Dublin, GA 31021**

**Alpha Medical Physics, LLC**
**4025 Brooksview Rd**
**Lenoir City, TN 37772**

**AM Terminal Holding, LLC**
**189 American Grain St**
**East Saint Louis, IL 62206**

**AMOA Finance LLC.**
**3330 Preston Ridge RD**
**Alpharetta, GA 30005**

**AMOA Finance LLC. (Attn: Michael F. Holbein)**
**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E.**
**Suite 1000**
**Atlanta, GA  30309-3592**

**AOA Cares Inc.**
**3330 PRESTON RIDGE ROAD, Suite 300**
**Alpharetta, GA 30005**

**AOA-AMC, LLC**
**3330 Preston Ridge Road Suite 300**
**Alpharetta, GA 30005**

**ARROW CAPITAL SOLUTIONS, INC.**
**9201 EAST DRY CREEK ROAD**
**Englewood, CO 80112-2818**

**Arvest Bank c/o Leslie M. Pineyro**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308-1400**

**Arvest Equipment Finance**
**PO Box 11110**
**Fort Smith, AR 72917-1110**

**Azzure Capital, LLC**
**c/o REGISTERED AGENTS INC.**
**90 State Street Suite 700, Office 40**
**Albany, NY 12207-1707**

**BANKERS HEALTHCARE GROUP LLC**
**(ATTN: BANKRUPTCY DEPT)**
**201 SOLAR STREET**
**SYRACUSE, NY 13204-1425**

**Bankers Healthcare Group, LLC**
**Attn:  Bankruptcy Dept**
**201 Solar Street**
**Syracuse, NY 13204-1425**

**Bankers Healthcare Group, LLC**
**(ATTN: Albert Crawford)**
**10234 W State Road 84**
**Fort Lauderdale, FL 33324**

**Brown Business Development, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**CHESAPEAKE BANK**
**97 N. MAIN ST.**
**Kilmarnock, VA 22482-8501**

**CHTD COMPANY**
**P.O. BOX 2576**
**Springfield, IL 62708-2576**

**Charter Communications**
**4145 S. Falkenburg Rd**
**Riverview FL  33578-8652**

**City of Atlanta Fund, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**CLG Servicing, LLC**
**Gillman, Bruton& Capone, LLC**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Click Capital Group, LLC**
**7901 4th St N., Ste 300**
**Saint Petersburg, FL 33702-4399**

**Coles Barton LLP (Attn: Aaron P.M. Tady)**
**Suite 100, 150 South Perry Street**
**Lawrenceville, GA 30046-4857**

**Coles Barton LLP (Attn: Thomas M. Barton)**
**150 South Perry Street, Suite 100**
**Lawrenceville, GA 30046-4857**

**CoreCivic of Tennessee, LLC (Attn: General Counsel)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**CoreCivic of Tennessee, LLC (Attn: VP Health Services)**
**5501 Virginia Way, Suite 110**
**Brentwood, TN 37027**

**Curepoint Dublin, LLC (c/o Michael Miles)**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Curepoint LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022-1179**

**Dooley Investment Holdings**
**1071 Ridge Pointe**
**Athens, GA 30606**

**DTL Investments, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Dublin Construction Co.**
**305 S Washington St**
**Dublin, GA 31021**

**Eclipse Advisors, LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022**

**Eclipse Staffing, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Elekta, Inc.**
**400 Perimeter Center Ter NE, Ste. 50**
**Atlanta, GA 30346**

**Eyewonder, Inc.**
**191 Peachtree ST NE**
**Atlanta, GA 30303-1740**

**First American Commercial Bancorp, Inc.**
**211 High Point Drive**
**Victor, NY 14564-1061**

**First Liberty Building and Loan**
**PO Box 2567**
**Newnan, GA 30264-2567**

**First Liberty Capital Partners, LLC**
**c/o The Wachter Law Firm**
**106 Hammond Drive NE**
**Atlanta, GA 30328-4806**

**GEL Funding, LLC**
**5308 13TH AVENUE, SUITE 324**
**Brooklyn, NY 11219-5198**

**Georgia Department of Labor**
**148 Andrew Young Inter. Blvd Room 738**
**Atlanta, GA 30303-1733**

**Georgia Department of Revenue**
**ARCS – Bankruptcy**
**1800 Century Blvd NE**
**Atlanta, GA 30345**

**Vivieon Kelly Jones**
**Assistant U.S. Attorney**
**United States Attorney's Office**
**75 Ted Turner Drive SW, Suite 600**
**Atlanta, GA  30303**

**Georgia Department of Revenue**
**ARCS – Bankruptcy**
**1800 Century Blvd NE, Suite 1900**
**Atlanta, GA 30345**

**Georgia Department of Revenue**
**Compliance Division**
**ARCS Bankruptcy**
**1800 Century Blvd NE, Suite 19 Fl00**
**Atlanta, GA 30345-3202**

**Georgia Dept. of Labor**
**Suite 826**
**148 Andrew Young Inter. Blvd., NE**
**Atlanta, GA 30303-1751**

**Georgia Dept. of Labor**
**Suite 910**
**148 Andrew Young Inter. Blvd., NE**
**Atlanta, GA 30303-1751**

**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Gillman, Bruton & Capone, LLC**
**(Attn: Justin M. Gillman)**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Glass Doctor- Dublin**
**109 S. Union St**
**Dublin, GA 31021**

**Hangers Cleaners**
**1101-A Hillcrest Pkwy**
**Dublin, GA 31021**

**Harvey Lee Simpson, III, MD**
**500 GA Highway 22 W**
**Milledgeville, GA 31061-8122**

**Health Resources and Services Administration**
**c/o Greg Bongiovanni**
**61 Forsyth St SW, Suite 5M60 AFC**
**Atlanta, GA 30303-8931**

**Hewlett-Packard Financial Services Company**
**200 Connell Drive**
**Berkeley Heights, NJ 07922-2816**

**HI BAR CAPITAL LLC**
**1825 65TH ST**
**Brooklyn, NY 11204-3819**

**Brian J. Malcom**
**Waller Lansden Dortch & Davis, LLP**
**1901 6th Avenue North, Suite 1400**
**Birmingham, AL  35203**

**Hunter Maclean Exley & Dunn P.C.**
**(Attn: Francesca Macchiaverna)**
**P. O. Box 9848**
**Savannah, GA 31412-0048**

Hunter Maclean Exley & Dunn, P.C.

(Attn: Taylor L. Dove)

200 E. Saint Julian Street, P.O. Box 9848

Savannah, GA 31412-0048

IBS of America

3732 Profit Way

Chesapeake, VA 23323

IBS Solutions, Inc.

11175 Cicero Drive, Suite 100

Alpharetta, GA 30022

Innovative Business Practices, Inc.

11175 Cicero Drive

Alpharetta, GA 30022

Innovatum Capital Partners , LLC

4590 Macarthur Blvd Ste 500

Newport Beach, CA 92660

Director of Provider Contracting

Cigna HealthCare of Georgia, Inc.

3500 PIEDMONT RD NE STE 200

ATLANTA, GA 30305-1559

Intelligent Network Solutions, Inc.

11175 CiceroDrive STE 100

Alpharetta, GA 30022

Internal Revenue Service

P. O. Box 7346

Philadelphia, PA 19101-7346

Internal Revenue Service, CIO

P.O. Box 7346

Philadelphia, PA 19101-7346

James Seward

1101 Hillcrest Pkwy Suite 103

Dublin, GA 31021

**Cigna HealthCare of Georgia, Inc.**
**2 Peachtree Street NW**
**Atlanta, GA  30303**

**Jeri L. Miller**
**236 Ridge Circle**
**Dublin, GA 31021**

**Jones and Walden, LLC**
**(Attn: Leslie M. Pineyro)**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308-1400**

**Junior Raiders Baseball, Inc.**
**PO Box 3206**
**Alpharetta, GA 30023-3206**

**Kinetic Subsidiary, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Knowledge Republic Holdings, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Lafayette Bank**
**340 West Main Street**
**Mayo, FL 32066-4166**

**LaFayette State Bank**
**340 West Main Street**
**P.O. Box 108**
**Mayo, FL 32066-0108**

**LaFayette State Bank**
**(Attn: David A. Garland)**
**2829 Old Dawson Road**
**Albany, GA 31707-1402**

**Landauer**
**2 Science Road**
**Glenwood, IL 60425**

**Law Office of J. Michael Levengood, LLC**
**(Attn: J. Michael Levengood)**
**Suite 208, 150 S. Perry Street**
**Lawrenceville, GA 30046-4857**

**Lori Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Eric Randolph**
**159 The Prado NE**
**Atlanta, GA  30309**

**Macey, Wilensky & Hennings, LLP**
**(Attn: Todd Eugene Hennings, Chapter 11**
**Subchapter V Trustee)**
**5500 Interstate North Parkway, Suite 435**
**Sandy Springs, GA 30328-4690**

**Mark McCord**
**2007 Breckinridge Lane**
**Alpharetta, GA 30005-3409**

**Mark Miles**
**12720 N Douglas Blvd**
**Jones, OK 73049**

**Mark W. McCord**
**2007 Breckenridge Lane**
**Alpharetta, GA 30005-3409**

**McKesson Medical-Surgical, Inc.**
**6651 Gate Parkway**
**Jacksonville, FL 32256-8075**

**MEC Capital, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**MEC Capital, Inc.**
**c/o Michael Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022-6440**

**Medical Management Institute**
**3180 MATHIESON DR UNIT 712**
**Alpharetta, GA 30022**

**Medical Management Institute, Inc.**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Medicus IT, LLC (Attn: Chris Jann)**
**100 North Point Center East, Suite 150**
**Alpharetta, GA 30022**

**Michael Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Middle Georgia Business Products**
**909 Hillcrest Parkway Ste. C**
**Dublin, GA 31021**

**Mills Floral Co.**
**4550 PEACHTREE LAKES DR**
**Duluth, GA 30096-3092**

**Milner**
**5125 Peachtree Industrial Blvd**
**Norcross, GA 30092**

**Milo Sussex, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Milo Sussex, LLC**
**3180 Mathieson Drive Suite 712**
**Atlanta, GA 30305**

**Mittere Tax & Advisory, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

Mittere, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

MMI Educational Technologies, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Moore, Clarke, DuVall & Rodgers, PC
(Attn: David A. Garland)
2829 Old Dawson Road
PO Drawer 71727
Albany, GA 31708-1727

Morris Bank
301 Bellevue Avenue
Dublin, GA 31040-0520

MRT Acquisition, LLC
2813 HIGHWAY 64
Apex, NC 27502

Newtek Small Business Finance
c/o Corporation Service Company
2 SUN COURT, Suite 400
Norcross, GA 30092-2865

Newtek Small Business Finance
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431-4479

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229-1904

NORTH AMERICAN BANKING COMPANY
9260 HUDSON RD
Saint Paul, MN 55125-9103

**Northwinds Leasing, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Northwinds Leasing, LLC**
**c/o Michael Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022-6440**

**ODK Capital, LLC**
**1400 Broadway**
**New York, NY 10018-5300**

**Office of the U.S. Trustee**
**(Attn: Lindsay P. S. Kolba )**
**Suite 362, 75 Ted Turner Drive, S.W.**
**Atlanta, GA 30303-3330**

**OnDeck Capital**
**1400 Broadway**
**New York, New York 10018**

**Parkview Advance**
**400 Main Street**
**Stamford, CT 06901-3000**

**Phillip Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022**

**Phillips Healthcare**
**13560 Morris Rd**
**Alpharetta, GA 30004**

**Physician Financial Partners, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Medical & Pharmacy Legal Consultants**
**236 Clarinet Way**
**Davenport, FL  33896**

**Pitney Bowes Global Financial Services LLC**
**3001 Summer Street**
**Stamford, CT 6926**

**Plexe, LLC**
**6295 Greenwood Plaza Blvd Suite 100**
**Greenwood Village, CO 80111-4978**

**PointOne Capital, LLC**
**1825 65th Street**
**Brooklyn, NY 11204-3819**

**Premier Imaging Medical Systems, Inc.**
**100 North Ave NE**
**Rome, GA 30161**

**Premium Merchant Funding 18, LLC**
**55 Water Street, 50th FL**
**New York, NY 10041-3203**

**Pitney Bowes Global Financial Services LLC**
**P.O. Box 981022**
**Boston, MA  02298-1022**

**PRSOG LLC**
**11175 Cicero Drive Suite 100**
**Alpharetta, GA 30022**

**Qfix**
**440 Church Road**
**Avondale, PA 19311**

**Quench USA, Inc**
**630 Allendale Rd, Ste. 200**
**King of Prussia, PA 19406**

**Radiation Business Solutions, Inc.**
**1044 Jackson Felts Rd**
**Joelton, TN 37080**

RJJ Capital, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

RJJ Capital, Inc.
2757 GROVE ST NE
Atlanta, GA 30319

Rountree Leitman Klein & Geer, LLC
(Attn: Caitlyn Powers)
Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4435

Rountree Leitman Klein & Geer, LLC
(Attn: William A. Rountree)
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329-4406

Rountree, Leitman, Klein & Geer, LLC
(Attn: Will B. Geer )
Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

RS&A, Inc
465 Forum Parkway
Rural Hall, NC 27045

Schorr Line Enterprises, Inc.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20003

Secure Capital, LLC
323 Sunny Isles Beach Blvd., Ste. 503
Sunny Isles Beach, FL 33160

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

**Smith Gambrell & Russell, LLP**
**1105 W. Peachtree St., N.E., Suite 1000**
**Atlanta, GA 30309-3592**

**Smith, Gambrell & Russell, LLP**
**(Attn: Brian P. Hall)**
**1105 W. Peachtree Street NE Suite 1000**
**Atlanta, GA 30309-3592**

**Smith, Gambrell & Russell, LLP**
**(Attn: Michael F. Holbein)**
**1105 West Peachtree St., N.E. Suite 1000**
**Atlanta, GA 30309-3592**

**Stericycle, Inc.**
**2355 Waukegan Rd**
**Bannockburn, IL 60015**

**Sterling Capital Group, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Sun Nuclear Corporation**
**3275 Suntree Blvd.**
**Melbourne, FL 32940**

**The Locklear Company**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**The Locklear Company**
**3180 Mathienson Drive Suite 712**
**Atlanta, GA 30305**

**The Wachter Law Firm (Attn: Fred B. Wachter)**
**106 Hammond Drive NE**
**Atlanta, GA 30328-4806**

**Thomas M. Barton**
**Coles Barton LLP**
**150 South Perry Street Suite 100**
**Lawrenceville, GA 30046-4857**

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

US Bank, N.A.
1310 Madrid Street
Marshall, MN 56258-4099

US Bank, N.A.
6730 VIP Parkway
Syracuse, NY 13211-7326

US Small Business Administration
233 Peachtree St. NE., Suite 300
Atlanta, GA 30303-1553

Wallace Family Enterprise, LLC
421 NW 13th Street Suite 210
Oklahoma City, OK 73103

Water Machine, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**World Business Solutions**
**1801 NE 123rd St. STE 314, North**
**North Miami, FL 33181**

**Z.E.R.O. Holding Co., LLC**
**2132 JACKSON PKWY**
**Atlanta, GA 30318**

**Zen Capital**
**3131 NE 7th**
**Miami, FL 33137**

**Zen Capital c/o Trevor Talbot**
**602 NE 38th Street**
**Fort Lauderdale, FL 33334-2928**

**Zeroholding LLC d/b/a Zeroholding OKC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding LLC d/b/a Zerorez**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

**Zeroholding, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**ZFS Inc.**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Huntsville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Nashville**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**ZFS Inc. d/b/a ZFS Inc Oklahoma**
**4282 Segovia Terrace**
**Las Vegas, NV 89121**

**Shred-cycle, Inc.**
**P.O. Box 13033**
**East Dublin, GA  31027**

**AMTrust North America**
**P.O. Box 6939**
**Cleveland OH  44101-1939**

**CurePoint Dublin LLC**
**2406 Bellevue Rd**
**Dublin, GA  31021**

**Windham Brannon**
**3630 Peachtree Road NE**
**Suite 600**
**Atlanta, GA  30326**

**John Christy**
**Schreeder, Wheeler & Flint, LLP**
**1100 Peachtree Street, NE, Suite 800**
**Atlanta, GA 30309**

**Alan Hochheiser**
**Maurice Wutscher LLP**
**23611 Chagrin Blvd., Suite 207**
**Beachwood, OH  44122**