**IT IS ORDERED as set forth below:**



Date: January 31, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

**ORDER GRANTING FIRST APPLICATION FOR COMPENSATION OF COUNSEL
FOR CHAPTER 11 TRUSTEE**

Counsel for the Chapter 11 Trustee, Eversheds Sutherland (US) LLP (the "Applicant") filed the *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31, 2022 as Counsel for the Chapter 11 Trustee* on December 12, 2022 [Doc. No. 190] (the "Application"). Upon a review of the Application and all other matters of record and the lack of objections raised at the hearing on the Application that occurred on January 30, 2023, the Court

finds that the professional services rendered and the costs and expenses incurred were necessary and allowable pursuant to 11 U.S.C. §§ 330 and 331 and meet the guidelines and standards set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Applicant is allowed compensation of $47,690.10 for professional services rendered by it in this case from October 18, 2022 through October 31, 2022 for a total award of $47,690.10.

3. The Chapter 11 Trustee shall cause the Debtor's estate to pay the Applicant for its services as set forth herein immediately upon entry of this Order.

4. This Order shall be effective immediately upon entry.

5. The Court retains jurisdiction over all matters related to this Order.

### END OF ORDER

**Prepared and presented by:**

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

- and –

Erin Broderick (Admitted *Pro Hac Vice*)
227 W Monroe St., Suite 6000
Chicago, IL 60606
Telephone: 312.585.8793
Facsimile: 312.724.9322
Erinbroderick@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

**Distribution List**

All parties set forth on the Court's mailing matrix