| Account Numb | Post Date | Description | Debit | Credit |
|---|---|---|---:|---:|
| 9546 | 12/30/2022 | MONTHLY FEE 2005 1230 CUREPOINT CUREPOINT | 499.00 | |
| 9546 | 12/29/2022 | SPECTRUM SPECTRUM 8726 | 343.57 | |
| 9546 | 12/29/2022 | GPC GPC EFT 5057DUB | 307.32 | |
| 9546 | 12/29/2022 | REF 0804L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 25,531.48 | |
| 9546 | 12/29/2022 | REF 0803L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 25,531.48 |
| 9546 | 12/28/2022 | SPECTRUM SPECTRUM 2432 | 386.45 | |
| 9546 | 12/27/2022 | NORCAL MUT INS INSURANCE 0397 | 5,041.00 | |
| 9546 | 12/27/2022 | REF 0706L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 3,000.00 |
| 9546 | 12/22/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/22/2022 | RADIATION BUSINESS OLUTIONSREF: CUREPOINT PAYMENT; OCTO RADIATION BUSINESS SOLUTIONS | 41,561.73 | |
| 9546 | 12/22/2022 | REF 1037L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 40,000.00 |
| 9546 | 12/22/2022 | REF 0804L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 5,000.00 |
| 9546 | 12/21/2022 | PITNEY BOWES POSTAGE 2286 | 100.00 | |
| 9546 | 12/21/2022 | CALL EXPERTS CALL EXPER AL2U | 140.40 | |
| 9546 | 12/21/2022 | REF 0627L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 500.00 |
| 9546 | 12/20/2022 | NO AMER BK CO AUTH PAYME D744 D744 | 1,706.68 | |
| 9546 | 12/19/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/19/2022 | MEDICAL AND PHARMA LEGALCUREPOINT PHYSICIANS COVERAGE MEDICAL AND PHARMACY LEGAL | 20,000.00 | |
| 9546 | 12/19/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/19/2022 | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 20,000.00 | |
| 9546 | 12/19/2022 | REF 0915L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 40,000.00 |
| 9546 | 12/15/2022 | REF 0742L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 26,557.92 | |
| 9546 | 12/15/2022 | REF 0741L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 25,000.00 |
| 9546 | 12/14/2022 | DOMESTIC WIRE OUT | 30.00 | |
| 9546 | 12/14/2022 | SOLIC CAPITAL ADVI RS LLCINVOICE NO 3617 AND 3665 SOLIC CAPITAL ADVISORS LLC | 50,000.00 | |
| 9546 | 12/14/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/14/2022 | ELEKTA INC DEPOSIT Y ACCOUNTINVOICES 3756 AND 30 ELEKTA INC DEPOSITORY ACCOUNT | 25,698.14 | |
| 9546 | 12/14/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/14/2022 | ALPHA MEDICAL PHYS S LLCINVOICE D2159 AND D2158 ALPHA MEDICAL PHYSICS LLC | 20,300.00 | |
| 9546 | 12/14/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/14/2022 | MAJESTIC INTERNATI AL ELECTRONICCUREPOINT PAYMENT MAJESTIC INTERNATIONAL ELECTRONIC | 3,009.46 | |
| 9546 | 12/14/2022 | REF 1359L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 5,000.00 |
| 9546 | 12/14/2022 | REF 1024L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 96,000.00 |
| 9546 | 12/12/2022 | REF 0639L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 1,600.26 | |
| 9546 | 12/12/2022 | REF 0637L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 2,000.00 |
| 9546 | 12/09/2022 | AUTO OWNERS INS WEB PAY 6680 | 512.65 | |
| 9546 | 12/08/2022 | PREMIER PROPERTI ACH 1606 | 2,500.00 | |
| 9546 | 12/08/2022 | Pitney Purchase DIRECT DEB 1208 PBPurchasPwr PBPurchasPwr | 56.83 | |
| 9546 | 12/07/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/07/2022 | ROUNTREE LEITMAN K IN AND GEER LLCCUREPOINT LLC COUNCIL ROUNTREE LEITMAN KLEIN AND GEER LLC | 79,773.24 | |
| 9546 | 12/07/2022 | PHN/FAX DOM OUT WI | 100.00 | |
| 9546 | 12/07/2022 | CUREPOINT DUBLIN L CUREPOINT DUBLIN LLC | 17,000.00 | |
| 9546 | 12/07/2022 | REF 1146L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 100,000.00 |
| 9546 | 12/06/2022 | Infiniti Auto Loan 7656 | 475.14 | |
| 9546 | 12/06/2022 | REF 0611L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 2,000.00 |
| 9546 | 12/05/2022 | TRANSFER TO CUREPOINT LLC ACCOUNT 8751 AT EXT BANK ABA # 1848 | 1,771.61 | |
| 9546 | 12/05/2022 | QUARTERLY FEE PAYMENT 0000 | 1,010.00 | |
| 9546 | 12/05/2022 | QUARTERLY FEE PAYMENT 0000 | 1,010.00 | |
| 9546 | 12/01/2022 | MONTHLY FEE 2009 1130 CUREPOINT CUREPOINT | 499.00 | |
| 9546 | 12/01/2022 | REF 0815L FUNDS TRANSFER TO DEP 9926 FROM ONLINE FUNDS TRANSFER VIA | 25,969.08 | |
| 9546 | 12/01/2022 | REF 0814L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 25,969.08 |
| | | | 374,190.96 | - |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---:|---:|
| 7944 | 12/30/2022 | 93 | ECP INCLEARING CHECK | 1,110.33 | |
| 7944 | 12/30/2022 | | OFFICE DEPOT PAYMENT 7396 | 767.13 | |
| 7944 | 12/29/2022 | 94 | ECP INCLEARING CHECK | 528.00 | |
| 7944 | 12/29/2022 | 92 | ECP INCLEARING CHECK | 1,279.73 | |
| 7944 | 12/29/2022 | | GPC GPC EFT 5028DUB | 409.88 | |
| 7944 | 12/29/2022 | | REF 0916L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 4,000.00 |
| 7944 | 12/28/2022 | 91 | ECP INCLEARING CHECK | 1,080.00 | |
| 7944 | 12/28/2022 | | STERICYCLE STERICYCLE 8848 | 51.60 | |
| 7944 | 12/27/2022 | 90 | ECP INCLEARING CHECK | 41.41 | |
| 7944 | 12/21/2022 | | MEDICUSIT PURCHASE 1221 CUREPOINT CANCE CUREPOINT CANCE | 1,370.10 | |
| 7944 | 12/21/2022 | | REF 0800L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 4,000.00 |
| 7944 | 12/19/2022 | 88 | ECP INCLEARING CHECK | 148.50 | |
| 7944 | 12/19/2022 | 81 | ECP INCLEARING CHECK | 330.00 | |
| 7944 | 12/19/2022 | | STERICYCLE STERICYCLE 8848 | 51.60 | |
| 7944 | 12/15/2022 | 80 | ECP INCLEARING CHECK | 73.00 | |
| 7944 | 12/15/2022 | 87 | ECP INCLEARING CHECK | 353.00 | |
| 7944 | 12/15/2022 | 86 | ECP INCLEARING CHECK | 4,811.30 | |
| 7944 | 12/15/2022 | | LEASE DIRECT WEB PAY 7602 | 303.32 | |
| 7944 | 12/14/2022 | 85 | ECP INCLEARING CHECK | 1,289.00 | |
| 7944 | 12/13/2022 | 79 | ECP INCLEARING CHECK | 40.00 | |
| 7944 | 12/13/2022 | 83 | ECP INCLEARING CHECK | 49.45 | |
| 7944 | 12/13/2022 | 84 | ECP INCLEARING CHECK | 96.79 | |
| 7944 | 12/13/2022 | 78 | ECP INCLEARING CHECK | 427.50 | |
| 7944 | 12/13/2022 | 89 | ECP INCLEARING CHECK | 6,375.00 | |
| 7944 | 12/12/2022 | 82 | ECP INCLEARING CHECK | 83.00 | |
| 7944 | 12/12/2022 | | MEDICUSIT PURCHASE 1212 CUREPOINT CANCE CUREPOINT CANCE | 4,502.40 | |
| 7944 | 12/12/2022 | | REF 0637L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 10,000.00 |
| 7944 | 12/09/2022 | | REF 0639L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | | 10,000.00 |
| 7944 | 12/07/2022 | | AFCO AFCO 1687 | 1,378.47 | |
| 7944 | 12/07/2022 | | OFFICE DEPOT AUTO PYMT 0460 | 55.05 | |
| 7944 | 12/02/2022 | | AMTRUST NA PAYMENT 1290 | 688.50 | |
| 7944 | 12/01/2022 | 76 | ECP INCLEARING CHECK | 1,056.68 | |
| | | | | 28,750.74 | - |

| Account Numb | Post Date | Check | Description | | Debit | Credit |
|---|---|---|---|---|---|---|
| 8431 | 12/01/2022 | | BLUE CROSS GA5F HCCLAIMPMT | 1032 | | 1,968.80 |
| 8431 | 12/01/2022 | | GA DEPT OF COMMU HCCLAIMPMT | 7780A | | 1,329.48 |
| 8431 | 12/01/2022 | | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 951.55 |
| 8431 | 12/01/2022 | | MERCHANT SERVICE MERCH DEP | 1162 | | 100.00 |
| 8431 | 12/01/2022 | | REF 3350814L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 25,969.08 | |
| 8431 | 12/01/2022 | | UNITEDHEALTHCARE HCCLAIMPMT | 9027 | | 6,122.20 |
| 8431 | 12/01/2022 | | UnitedHealthcare HCCLAIMPMT | 9027 | | 2,376.38 |
| 8431 | 12/02/2022 | | AARP Supplementa HCCLAIMPMT | 9027 | | 42.39 |
| 8431 | 12/02/2022 | | BLUE CROSS GA5C HCCLAIMPMT | 5957 | | 11,790.56 |
| 8431 | 12/02/2022 | | BLUE CROSS GA5C HCCLAIMPMT | 5958 | | 4,744.59 |
| 8431 | 12/02/2022 | | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 872.61 |
| 8431 | 12/02/2022 | | MERCHANT SERVICE MERCH DEP | 1162 | | 40.00 |
| 8431 | 12/02/2022 | | MERCHANT SERVICE MERCH FEE | 1162 | 426.18 | |
| 8431 | 12/02/2022 | | UnitedHealthcare HCCLAIMPMT | 9027 | | 604.64 |
| 8431 | 12/05/2022 | | AETNA AS01 HCCLAIMPMT | 0674 | | 1,119.50 |
| 8431 | 12/05/2022 | | BLUE CROSS GA5F HCCLAIMPMT | 4390 | | 2,468.06 |
| 8431 | 12/05/2022 | | HUMANA GOVT BUSI HCCLAIMPMT | 5356 | | 78.69 |
| 8431 | 12/05/2022 | | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 1,612.77 |
| 8431 | 12/05/2022 | | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 4,961.13 |
| 8431 | 12/06/2022 | | AETNA AS01 HCCLAIMPMT | 0674 | | 313.02 |
| 8431 | 12/06/2022 | | BLUE CROSS GA5F HCCLAIMPMT | 1858 | | 55.39 |
| 8431 | 12/06/2022 | | HUMANA GOVT BUSI HCCLAIMPMT | 5381 | | 554.04 |
| 8431 | 12/06/2022 | | HUMANA INS CO HCCLAIMPMT | 5309 | | 2,703.58 |
| 8431 | 12/06/2022 | | MERCHANT SERVICE MERCH DEP | 1162 | | 100.00 |
| 8431 | 12/06/2022 | | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 2,724.30 |
| 8431 | 12/06/2022 | | REF 3400611L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 2,000.00 | |
| 8431 | 12/06/2022 | | UnitedHealthcare HCCLAIMPMT | 9027 | | 328.25 |
| 8431 | 12/06/2022 | | UNLIMITED SYSTEM TRANSFER | I4P4 | | 20.61 |
| 8431 | 12/07/2022 | | AETNA AS01 HCCLAIMPMT | 0674 | | 132.05 |
| 8431 | 12/07/2022 | | AETNA AS01 HCCLAIMPMT | 0674 | | 806.48 |
| 8431 | 12/07/2022 | | Amerigroup GA5C HCCLAIMPMT | 5254 | | 18.33 |
| 8431 | 12/07/2022 | | HUMANA INS CO HCCLAIMPMT | 5309 | | 1,097.12 |
| 8431 | 12/07/2022 | | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 351.90 |
| 8431 | 12/07/2022 | | MERCHANT SERVICE MERCH DEP | 1162 | | 3,600.00 |
| 8431 | 12/07/2022 | | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 4,425.99 |
| 8431 | 12/07/2022 | | REF 3411146L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 100,000.00 | |
| 8431 | 12/07/2022 | | UnitedHealthcare HCCLAIMPMT | 9027 | | 346.40 |
| 8431 | 12/08/2022 | | GA DEPT OF COMMU HCCLAIMPMT | 7780A | | 2,670.93 |
| 8431 | 12/08/2022 | | HUMANA GOVT BUSI HCCLAIMPMT | 9267 | | 154.63 |
| 8431 | 12/08/2022 | | HUMANA INS CO HCCLAIMPMT | 5309 | | 1,733.26 |
| 8431 | 12/08/2022 | | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 1,767.28 |
| 8431 | 12/08/2022 | | UNITEDHEALTHCARE HCCLAIMPMT | 9027 | | 10,849.42 |
| 8431 | 12/08/2022 | | UnitedHealthcare HCCLAIMPMT | 9027 | | 180.02 |
| 8431 | 12/08/2022 | | UNLIMITED SYSTEM TRANSFER | H3K2 | | 2,076.28 |
| 8431 | 12/09/2022 | | AETNA AS01 HCCLAIMPMT | 0674 | | 313.02 |
| 8431 | 12/09/2022 | | BLUE CROSS GA5C HCCLAIMPMT | 3715 | | 30,683.39 |
| 8431 | 12/09/2022 | | BLUE CROSS GA5C HCCLAIMPMT | 3716 | | 6,406.84 |
| 8431 | 12/09/2022 | | BLUE CROSS GA5F HCCLAIMPMT | 3714 | | 171.95 |

| Acct | Date | Description | Ref | Amount | Amount |
|---|---|---|---|---|---|
| 8431 | 12/09/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 692.78 |
| 8431 | 12/09/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 2,209.10 |
| 8431 | 12/09/2022 | REF 0639L FUNDS TRANSFER TO DEP 7944 FROM ONLINE FUNDS TRANSFER VIA | | 10,000.00 | |
| 8431 | 12/09/2022 | UnitedHealthcare HCCLAIMPMT | 9027 | | 2,820.33 |
| 8431 | 12/09/2022 | UNLIMITED SYSTEM TRANSFER | G6N9 | | 304.56 |
| 8431 | 12/12/2022 | HUMANA GOVT BUSI HCCLAIMPMT | 7586 | | 309.26 |
| 8431 | 12/12/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 346.39 |
| 8431 | 12/12/2022 | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 2,006.58 |
| 8431 | 12/12/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 441.82 |
| 8431 | 12/12/2022 | REF 0637L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 2,000.00 | |
| 8431 | 12/12/2022 | REF 0637L FUNDS TRANSFER TO DEP 7944 FROM ONLINE FUNDS TRANSFER VIA | | 10,000.00 | |
| 8431 | 12/13/2022 | AETNA AS01 HCCLAIMPMT | 0674 | | 626.04 |
| 8431 | 12/13/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 288.02 |
| 8431 | 12/13/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 404.34 |
| 8431 | 12/13/2022 | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 221.77 |
| 8431 | 12/13/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 4,491.05 |
| 8431 | 12/13/2022 | UnitedHealthcare HCCLAIMPMT | 9027 | | 1,104.59 |
| 8431 | 12/14/2022 | AETNA AS01 HCCLAIMPMT | 0674 | | 313.02 |
| 8431 | 12/14/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 1,731.95 |
| 8431 | 12/14/2022 | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 703.80 |
| 8431 | 12/14/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 2,191.07 |
| 8431 | 12/14/2022 | REF 1024L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 96,000.00 | |
| 8431 | 12/14/2022 | REF 1359L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 5,000.00 | |
| 8431 | 12/14/2022 | UnitedHealthcare HCCLAIMPMT | 9027 | | 779.40 |
| 8431 | 12/15/2022 | AARP Supplementa HCCLAIMPMT | 9027 | | 55.69 |
| 8431 | 12/15/2022 | GA DEPT OF COMMU HCCLAIMPMT | 7780A | | 3,870.46 |
| 8431 | 12/15/2022 | HUMANA GOVT BUSI HCCLAIMPMT | 3033 | | 1,118.73 |
| 8431 | 12/15/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 2,419.70 |
| 8431 | 12/15/2022 | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 1,055.27 |
| 8431 | 12/15/2022 | MERCHANT SERVICE MERCH DEP | 162 | | 15.00 |
| 8431 | 12/15/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 2,627.08 |
| 8431 | 12/15/2022 | REF 0741L FUNDS TRANSFER TO DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | | 25,000.00 | |
| 8431 | 12/15/2022 | UNITEDHEALTHCARE HCCLAIMPMT | 9027 | | 10,849.42 |
| 8431 | 12/15/2022 | UnitedHealthcare HCCLAIMPMT | 9027 | | 1,195.65 |
| 8431 | 12/15/2022 | UNLIMITED SYSTEM TRANSFER | U4B5 | | 577.20 |
| 8431 | 12/16/2022 | AETNA AS01 HCCLAIMPMT | 0674 | | 493.46 |
| 8431 | 12/16/2022 | BLUE CROSS GA5C HCCLAIMPMT | 0946 | | 272.88 |
| 8431 | 12/16/2022 | BLUE CROSS GA5C HCCLAIMPMT | 0947 | | 22,540.41 |
| 8431 | 12/16/2022 | BLUE CROSS GA5C HCCLAIMPMT | 0948 | | 1,958.68 |
| 8431 | 12/16/2022 | BLUE CROSS GA5F HCCLAIMPMT | 0945 | | 368.04 |
| 8431 | 12/16/2022 | HEHP GA HCCLAIMPMT | 5309 | | 16.80 |
| 8431 | 12/16/2022 | HUMANA INS CO HCCLAIMPMT | 5309 | | 1,480.79 |
| 8431 | 12/16/2022 | MAC PTB ALGATN HCCLAIMPMT | 0674 | | 1,265.37 |
| 8431 | 12/16/2022 | Optum VA CCN Reg HCCLAIMPMT | 9027 | | 1,820.74 |
| 8431 | 12/16/2022 | UnitedHealthcare HCCLAIMPMT | 9027 | | 548.37 |
| 8431 | 12/16/2022 | UNLIMITED SYSTEM TRANSFER | X6U4 | | 1,094.90 |
| 8431 | 12/19/2022 | AARP Supplementa HCCLAIMPMT | 9027 | | 10.69 |
| 8431 | 12/19/2022 | AETNA AS01 HCCLAIMPMT | 0674 | | 313.02 |
| 8431 | 12/19/2022 | FORTE | E56B | | 30.00 |

| Acct | Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 8431 | 12/19/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 351.90 | |
| 8431 | 12/19/2022 | Optum VA CCN Reg HCCLAIMPMT ...9027 | | 2,540.08 | |
| 8431 | 12/19/2022 | REF ...0915L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 | | |
| 8431 | 12/19/2022 | UNLIMITED SYSTEM TRANSFER ...W8Z7 | | 39.64 | |
| 8431 | 12/20/2022 | AETNA AS01 HCCLAIMPMT ...0674 | | 313.02 | |
| 8431 | 12/20/2022 | HUMANA INS CO HCCLAIMPMT ...5309 | | 692.78 | |
| 8431 | 12/20/2022 | HUMANA INS CO HCCLAIMPMT ...5309 | | 750.73 | |
| 8431 | 12/20/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 908.97 | |
| 8431 | 12/20/2022 | Optum VA CCN Reg HCCLAIMPMT ...9027 | | 1,767.28 | |
| 8431 | 12/20/2022 | TRANSFER TO DEPOSIT ACCOUNT 01017378140 | 100.00 | | |
| 8431 | 12/20/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 1,828.01 | |
| 8431 | 12/21/2022 | AETNA AS01 HCCLAIMPMT ...0674 | | 313.02 | 81,949.80 |
| 8431 | 12/21/2022 | AETNA AS01 HCCLAIMPMT ...0674 | | 313.02 | 83,401.34 |
| 8431 | 12/21/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 703.80 | |
| 8431 | 12/21/2022 | Optum VA CCN Reg HCCLAIMPMT ...9027 | | 1,767.28 | |
| 8431 | 12/21/2022 | REF ...0627L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 500.00 | | |
| 8431 | 12/21/2022 | REF ...2900L FUNDS TRANSFER TO DEP ...7944 FROM ONLINE FUNDS TRANSFER VIA | 4,000.00 | | |
| 8431 | 12/22/2022 | BLUE CROSS GA5F HCCLAIMPMT ...7288 | | 226.71 | |
| 8431 | 12/22/2022 | GA DEPT OF COMMU HCCLAIMPMT ...7780A | | 7,774.34 | |
| 8431 | 12/22/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 872.61 | |
| 8431 | 12/22/2022 | REF ...0804L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 | | |
| 8431 | 12/22/2022 | REF ...1037L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 | | |
| 8431 | 12/22/2022 | UNITEDHEALTHCARE HCCLAIMPMT ...9027 | | 8,942.02 | |
| 8431 | 12/22/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 2,238.15 | |
| 8431 | 12/23/2022 | ANALYSIS ACTIVITY FOR 11/22 | 49.08 | | |
| 8431 | 12/23/2022 | BLUE CROSS GA5C HCCLAIMPMT ...9396 | | 34,698.15 | |
| 8431 | 12/23/2022 | HUMANA INS CO HCCLAIMPMT ...5309 | | 692.78 | |
| 8431 | 12/23/2022 | MERCHANT SERVICE MERCH DEP ...162 | | 45.00 | |
| 8431 | 12/23/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 3,035.33 | |
| 8431 | 12/27/2022 | BLUE CROSS GA5F HCCLAIMPMT ...4738 | | 1,826.40 | |
| 8431 | 12/27/2022 | HUMANA INS CO HCCLAIMPMT ...5309 | | 404.34 | |
| 8431 | 12/27/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 4,610.75 | |
| 8431 | 12/27/2022 | REF ...0706L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 3,000.00 | | |
| 8431 | 12/27/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 433.00 | |
| 8431 | 12/28/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 1,232.28 | |
| 8431 | 12/28/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 779.40 | |
| 8431 | 12/29/2022 | 36 TREAS 310 MISC PAY ...0012 | | 10.69 | |
| 8431 | 12/29/2022 | AARP Supplementa HCCLAIMPMT ...9027 | | 10.69 | |
| 8431 | 12/29/2022 | GA DEPT OF COMMU HCCLAIMPMT ...7780A | | 1,014.53 | |
| 8431 | 12/29/2022 | MAC PTB ALGATN HCCLAIMPMT ...0674 | | 966.13 | |
| 8431 | 12/29/2022 | MERCHANT SERVICE MERCH DEP ...162 | | 50.00 | |
| 8431 | 12/29/2022 | REF ...0803L FUNDS TRANSFER TO DEP ...9546 FROM ONLINE FUNDS TRANSFER VIA | 25,531.48 | | |
| 8431 | 12/29/2022 | REF ...0916L FUNDS TRANSFER TO DEP ...7944 FROM ONLINE FUNDS TRANSFER VIA | 4,000.00 | | |
| 8431 | 12/29/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 548.37 | |
| 8431 | 12/29/2022 | UnitedHealthcare HCCLAIMPMT ...9027 | | 1,358.03 | |
| 8431 | 12/29/2022 | UNLIMITED SYSTEM TRANSFER ...Y9G4 | | 6,086.63 | |
| 8431 | 12/30/2022 | UNLIMITED SYSTEM TRANSFER ...N6N7 | | 996.35 | |
| | | | 475.26 | 284,894.26 | |

| Account Number | Post Date | Check | Description | Debit | Credit | |
|---|---|---|---|---|---|---|
| 7951 | 12/29/2022 | 2168 | LOCK BOX DEPOSIT | | 573.78 | |
| 7951 | 12/23/2022 | | ANALYSIS ACTIVITY FOR 11/22 | 364.99 | | |
| 7951 | 12/23/2022 | 2168 | LOCK BOX DEPOSIT | | 303.40 | |
| 7951 | 12/21/2022 | 2168 | LOCK BOX DEPOSIT | | 574.36 | 1,451.54 |
| 7951 | 12/15/2022 | 2168 | LOCK BOX DEPOSIT | | 258.83 | |
| 7951 | 12/14/2022 | 2168 | LOCK BOX DEPOSIT | | 69.50 | |
| 7951 | 12/12/2022 | 2168 | LOCK BOX DEPOSIT | | 40.00 | |
| 7951 | 12/05/2022 | 2168 | LOCK BOX DEPOSIT | | 700.37 | |
| 7951 | 12/02/2022 | 2168 | LOCK BOX DEPOSIT | | 170.83 | |
| 7951 | 12/01/2022 | 2168 | LOCK BOX DEPOSIT | | 220.99 | |
| | | | | 364.99 | 2,912.06 | |
| | | | | 403,781.95 | 287,806.32 | |