P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

## Statement of Account

Last statement: November 30, 2022
This statement: December 31, 2022
Total days in statement period: 31
█████ 794-4          031          165
Page    1 of 2

Direct inquiries to:
888-796-6887

CUREPOINT LLC
DAVID A WENDER AS CHAP. 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | █████794-4 | $2,842.00 |

## Pro Business Checking            Account Number █████ 794-4

| | | | |
|---|---|---|---|
| Beginning balance | 3,592.74 | | |
| Deposits/Credits | 28,000.00 | Low balance | 414.04 |
| Withdrawals/Debits | 28,750.74 | Average balance | 4,165.63 |
| Ending balance | 2,842.00 | Average collected balance | 4,165.00 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 76 | 12/01 | 1,056.68 | 87 | 12/15 | 353.00 |
| 78 * | 12/13 | 427.50 | 88 | 12/19 | 148.50 |
| 79 | 12/13 | 40.00 | 89 | 12/13 | 6,375.00 |
| 80 | 12/15 | 73.00 | 90 | 12/27 | 41.41 |
| 81 | 12/19 | 330.00 | 91 | 12/28 | 1,080.00 |
| 82 | 12/12 | 83.00 | 92 | 12/29 | 1,279.73 |
| 83 | 12/13 | 49.45 | 93 | 12/30 | 1,110.33 |
| 84 | 12/13 | 96.79 | 94 | 12/29 | 528.00 |
| 85 | 12/14 | 1,289.00 | * Skip in check sequence | | |
| 86 | 12/15 | 4,811.30 | | | |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-02 | Preauthorized Wd | AMTRUST NA PAYMENT ██████ 290 | 688.50 |
| 12-07 | Preauthorized Wd | OFFICE DEPOT AUTO PYMT ██ 207 | 55.05 |
| 12-07 | Preauthorized Wd | AFCO AFCO ██████ 687 | 1,378.47 |
| 12-12 | Preauthorized Wd | MEDICUSIT PURCHASE ██1212 CUREPOINT CANCE | 4,502.40 |
| 12-15 | Preauthorized Wd | LEASE DIRECT WEB PAY █████7602 | 303.32 |
| 12-19 | Preauthorized Wd | STERICYCLE STERICYCLE █████8848 | 51.60 |



P.O. Box 2646-R, Columbus, GA 31902



December 31, 2022
████████████794-4
CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 12-21 | Preauthorized Wd | MEDICUSIT PURCHASE<br>█1221 CUREPOINT CANCE | 1,370.10 |
| 12-28 | Preauthorized Wd | STERICYCLE STERICYCLE<br>████████8848 | 51.60 |
| 12-29 | Preauthorized Wd | GPC GPC EFT<br>█1229 | 409.88 |
| 12-30 | Preauthorized Wd | OFFICE DEPOT PAYMENT<br>2█1230 | 767.13 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 12-09 | Transfer | REF █0639L FUNDS TRANSFER FRM<br>DEP █8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 10,000.00 |
| 12-12 | Transfer | REF █0637L FUNDS TRANSFER FRM<br>DEP █8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 10,000.00 |
| 12-21 | Transfer | REF █0800L FUNDS TRANSFER FRM<br>DEP █8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 4,000.00 |
| 12-29 | Transfer | REF █0916L FUNDS TRANSFER FRM<br>DEP █8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 4,000.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-30 | 3,592.74 | 12-12 | 15,828.64 | 12-21 | 4,110.08 |
| 12-01 | 2,536.06 | 12-13 | 8,839.90 | 12-27 | 4,068.67 |
| 12-02 | 1,847.56 | 12-14 | 7,550.90 | 12-28 | 2,937.07 |
| 12-07 | 414.04 | 12-15 | 2,010.28 | 12-29 | 4,719.46 |
| 12-09 | 10,414.04 | 12-19 | 1,480.18 | 12-30 | 2,842.00 |



Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement  $_____

(5) Add (+) deposits not shown on this statement (if any)  +_____

(6) Subtract (-) checks and/or other outstanding debits  -_____

(7) Balance should equal the balance in your checkbook  $_____

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

## BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) State your name and account number.

(2) Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3) Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

## Statement of Account

| | |
|---|---|
| Last statement: | November 30, 2022 |
| This statement: | December 31, 2022 |

Total days in statement period: 31

954-6                031                165

Page    1 of 3

Direct inquiries to:
888-796-6887

CUREPOINT LLC
DAVID A WENDER AS CHAP. 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | 954-6 | $100.21 |

### Pro Business Checking          Account Number   954-6

| | | | |
|---|---|---|---|
| Beginning balance | 4,290.61 | | |
| Deposits/Credits | 370,000.56 | Low balance | 0.00 |
| Withdrawals/Debits | 374,190.96 | Average balance | 2,168.29 |
| Ending balance | 100.21 | Average collected balance | 2,168.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-01 | Transfer | REF     0815L FUNDS TRANSFER TO DEP     9926 FROM ONLINE FUNDS TRANSFER VIA | 25,969.08 |
| 12-01 | Preauthorized Wd | MONTHLY FEE     2009 1130 CUREPOINT | 499.00 |
| 12-05 | Preauthorized Wd | QUARTERLY FEE PAYMENT     5 0000 | 1,010.00 |
| 12-05 | Preauthorized Wd | QUARTERLY FEE PAYMENT     0000 | 1,010.00 |
| 12-05 | Automatic Transfer | TRANSFER TO CUREPOINT LLC ACCOUNT     8751 AT EXT BANK ABA #     848 | 1,771.61 |
| 12-06 | Preauthorized Wd | Infiniti Auto Loan     206 | 475.14 |
| 12-07 | Phn/Fax Dom Out Wire | CUREPOINT DUBLIN L CUREPOINT DUBLIN L LC | 17,000.00 |
| 12-07 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-07 | Phn/Fax Dom Out Wire | ROUNTREE LEITMAN K IN AND GEER LLCCUR EPOINT LLC COUNCILROUNTREE LEITMAN K LEIN AND GEER LLC | 79,773.24 |
| 12-07 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-08 | Preauthorized Wd | Pitney Purchase DIRECT DEB     208 PBPurchasPwr | 56.83 |
| 12-08 | Preauthorized Wd | PREMIER PROPERTI ACH     208 | 2,500.00 |
| 12-09 | Preauthorized Wd | AUTO OWNERS INS WEB PAY     6680 | 512.65 |

 **SYNOVUS**®
P.O. Box 2646-R, Columbus, GA 31902



December 31, 2022
████954-6
CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|-----------------|-------------|-------:|
| 12-12 | Transfer | REF ██0639L FUNDS TRANSFER TO DEP████9926 FROM ONLINE FUNDS TRANSFER VIA | 1,600.26 |
| 12-14 | Phn/Fax Dom Out Wire | MAJESTIC INTERNATI AL ELECTRONICCUREP OINT PAYMENT MAJESTIC INTERNATI ONAL ELECTRONIC | 3,009.46 |
| 12-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-14 | Phn/Fax Dom Out Wire | ALPHA MEDICAL PHYS S LLCINVOICE D215 9 AND D2158 ALPHA MEDICAL PHYS ICS LLC | 20,300.00 |
| 12-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-14 | Phn/Fax Dom Out Wire | ELEKTA INC DEPOSIT Y ACCOUNTINVOICES: ████3756 AND 30 ELEKTA INC DEPOSIT ORY ACCOUNT | 25,698.14 |
| 12-14 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-14 | Domestic Wire Out | SOLIC CAPITAL ADVI RS LLCINVOICE NO 3 617 AND 3665 SOLIC CAPITAL ADVI SORS LLC | 50,000.00 |
| 12-14 | Service Charge | DOMESTIC WIRE OUT | 30.00 |
| 12-15 | Transfer | REF ██0742L FUNDS TRANSFER TO DEP████9926 FROM ONLINE FUNDS TRANSFER VIA | 26,557.92 |
| 12-19 | Phn/Fax Dom Out Wire | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | 20,000.00 |
| 12-19 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-19 | Phn/Fax Dom Out Wire | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGEMEDICAL AND PHARMA CY LEGAL | 20,000.00 |
| 12-19 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-20 | Preauthorized Wd | NO AMER BK CO AUTH PAYME ████D744 | 1,706.68 |
| 12-21 | Preauthorized Wd | CALL EXPERTS CALL EXPER ████AL2U | 140.40 |
| 12-21 | Preauthorized Wd | PITNEY BOWES POSTAGE ████2286 | 100.00 |
| 12-22 | Phn/Fax Dom Out Wire | RADIATION BUSINESS OLUTIONSREF: CUREP OINT PAYMENT; OCTORADIATION BUSINESS SOLUTIONS | 41,561.73 |
| 12-22 | Service Charge | PHN/FAX DOM OUT WI | 100.00 |
| 12-27 | Preauthorized Wd | NORCAL MUT INS INSURANCE ████0397 | 5,041.00 |
| 12-28 | Preauthorized Wd | SPECTRUM SPECTRUM ████228 | 386.45 |
| 12-29 | Transfer | REF 3630804L FUNDS TRANSFER TO DEP████9926 FROM ONLINE FUNDS TRANSFER VIA | 25,531.48 |
| 12-29 | Preauthorized Wd | GPC GPC EFT ████1229 | 307.32 |
| 12-29 | Preauthorized Wd | SPECTRUM SPECTRUM ████1229 | 343.57 |
| 12-30 | Preauthorized Wd | MONTHLY FEE ████2005 ████1230 CUREPOINT | 499.00 |





December 31, 2022
954-6
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 12-01 | Transfer | REF ▓ 0814L FUNDS TRANSFER FRM<br>DEP ▓▓▓8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 25,969.08 |
| 12-06 | Transfer | REF ▓ 0611L FUNDS TRANSFER FRM<br>DEP ▓▓▓8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 2,000.00 |
| 12-07 | Transfer | REF ▓ 1146L FUNDS TRANSFER FRM<br>DEP ▓▓▓8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 100,000.00 |
| 12-12 | Transfer | REF ▓ 0637L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 2,000.00 |
| 12-14 | Transfer | REF ▓ 1024L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 96,000.00 |
| 12-14 | Transfer | REF ▓ 1359L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 5,000.00 |
| 12-15 | Transfer | REF ▓ 0741L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 25,000.00 |
| 12-19 | Transfer | REF ▓ 0915L FUNDS TRANSFER FRM<br>DEP ▓▓▓8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 40,000.00 |
| 12-21 | Transfer | REF ▓ 0627L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 500.00 |
| 12-22 | Transfer | REF ▓ 0804L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 5,000.00 |
| 12-22 | Transfer | REF ▓ 1037L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 40,000.00 |
| 12-27 | Transfer | REF ▓ 0706L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 3,000.00 |
| 12-29 | Transfer | REF ▓ 0803L FUNDS TRANSFER FRM<br>DEP ▓ 8431 FROM ONLINE<br>FUNDS TRANSFER VIA | 25,531.48 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-30 | 4,290.61 | 12-09 | 1,482.14 | 12-21 | 339.28 |
| 12-01 | 3,791.61 | 12-12 | 1,881.88 | 12-22 | 3,677.55 |
| 12-05 | 0.00 | 12-14 | 3,544.28 | 12-27 | 1,636.55 |
| 12-06 | 1,524.86 | 12-15 | 1,986.36 | 12-28 | 1,250.10 |
| 12-07 | 4,551.62 | 12-19 | 1,786.36 | 12-29 | 599.21 |
| 12-08 | 1,994.79 | 12-20 | 79.68 | 12-30 | 100.21 |



**Checks and Debits Outstanding**

| Check No. | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement $_____

(5) Add (+) deposits not shown on this statement (if any) +_____

(6) Subtract(-) checks and/or other outstanding debits -_____

(7) Balance should equal the balance in your checkbook $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

**BILLING RIGHTS SUMMARY**
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) State your name and account number.

(2) Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3) Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

## Statement of Account

| | |
|---|---|
| Last statement: | November 30, 2022 |
| This statement: | December 31, 2022 |

Total days in statement period: 31

| | | |
|---|---|---|
| ▮▮▮795-1 | 031 | 165 |

Page    1 of 1

Direct inquiries to:
888-796-6887

CUREPOINT LLC
LOCKBOX 2
DAVID A WENDER AS CHAP. 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ▮▮▮795-1 | $54,546.67 |

## Commercial Checking

Account Number ▮▮▮795-1

| | | | |
|---|---|---|---|
| Beginning balance | 51,999.60 | | |
| Deposits/Credits | 2,912.06 | Low balance | 52,220.59 |
| Withdrawals/Debits | 364.99 | Average balance | 53,445.46 |
| Ending balance | 54,546.67 | Average collected balance | 53,274.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-23 | Maintenance Fee | ANALYSIS ACTIVITY FOR 11/22 | 364.99 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-01 | Lock Box Deposit | | 220.99 |
| 12-02 | Lock Box Deposit | | 170.83 |
| 12-05 | Lock Box Deposit | | 700.37 |
| 12-12 | Lock Box Deposit | | 40.00 |
| 12-14 | Lock Box Deposit | | 69.50 |
| 12-15 | Lock Box Deposit | | 258.83 |
| 12-21 | Lock Box Deposit | | 574.36 |
| 12-23 | Lock Box Deposit | | 303.40 |
| 12-29 | Lock Box Deposit | | 573.78 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 51,999.60 | 12-12 | 53,131.79 | 12-21 | 54,034.48 |
| 12-01 | 52,220.59 | 12-14 | 53,201.29 | 12-23 | 53,972.89 |
| 12-02 | 52,391.42 | 12-15 | 53,460.12 | 12-29 | 54,546.67 |
| 12-05 | 53,091.79 | | | | |



**Checks and Debits Outstanding**

| Check No. | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** |  |  |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement    $_____

(5) Add (+) deposits not shown on this statement (if any)    +_____

(6) Subtract(-) checks and/or other outstanding debits    -_____

(7) Balance should equal the balance in your checkbook    $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

**BILLING RIGHTS SUMMARY**
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) State your name and account number.

(2) Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.

(3) Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

P.O. Box 2646-R, Columbus, GA 31902



## Statement of Account

Last statement: November 30, 2022
This statement: December 31, 2022
Total days in statement period: 31
████ 843-1          031          165
Page   1 of 7

Direct inquiries to:
888-796-6887

CUREPOINT LLC
LOCKBOX ACCT
DAVID A WENDER AS CHAP. 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ████-843-1 | $510,123.73 |

## Commercial Checking          Account Number ████ 843-1

| | | | |
|---|---|---|---|
| Beginning balance | 623,805.29 | | |
| Deposits/Credits | 284,894.26 | Low balance | 483,905.44 |
| Withdrawals/Debits | 398,575.82 | Average balance | 556,561.74 |
| Ending balance | 510,123.73 | Average collected balance | 556,561.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-01 | Transfer | REF ████ 0814L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 25,969.08 |
| 12-02 | Preauthorized Wd | MERCHANT SERVICE MERCH FEE 221201 ████ 1162 | 426.18 |
| 12-06 | Transfer | REF ████ 0611L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 2,000.00 |
| 12-07 | Transfer | REF ████ 1146L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 100,000.00 |
| 12-09 | Transfer | REF ████ 0639L FUNDS TRANSFER TO DEP ████ 7944 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |
| 12-12 | Transfer | REF ████ 0637L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 2,000.00 |
| 12-12 | Transfer | REF ████ 0637L FUNDS TRANSFER TO DEP ████ 7944 FROM ONLINE FUNDS TRANSFER VIA | 10,000.00 |
| 12-14 | Transfer | REF ████ 1024L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 96,000.00 |
| 12-14 | Transfer | REF ████ 1359L FUNDS TRANSFER TO DEP ████ 9546 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
███████843-1
CUREPOINT LLC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 12-15 | Transfer | REF ███0741L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 25,000.00 |
| 12-19 | Transfer | REF ███0915L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 |
| 12-20 | Transfer Debit | TRANSFER TO DEPOSIT ACCOUNT (███3140 | 100.00 |
| 12-21 | Transfer | REF ███0627L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 500.00 |
| 12-21 | Transfer | REF ███0800L FUNDS TRANSFER TO DEP ███7944 FROM ONLINE FUNDS TRANSFER VIA | 4,000.00 |
| 12-22 | Transfer | REF ███0804L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 5,000.00 |
| 12-22 | Transfer | REF ███1037L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 40,000.00 |
| 12-23 | Maintenance Fee | ANALYSIS ACTIVITY FOR 11/22 | 49.08 |
| 12-27 | Transfer | REF ███0706L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 3,000.00 |
| 12-29 | Transfer | REF ███0803L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | 25,531.48 |
| 12-29 | Transfer | REF ███0916L FUNDS TRANSFER TO DEP ███7944 FROM ONLINE FUNDS TRANSFER VIA | 4,000.00 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 12-01 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ███1162 | 100.00 |
| 12-01 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ███2326~ | 951.55 |
| 12-01 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT ███2972~ | 1,329.48 |
| 12-01 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ███3390\ | 1,968.80 |
| 12-01 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ███7726\ | 2,376.38 |
| 12-01 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT ███7726\ | 6,122.20 |
| 12-02 | Preauthorized Credit | AARP Supplementa HCCLAIMPMT ███6273\ | 42.39 |
| 12-02 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ███7726\ | 604.64 |
| 12-02 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ███2326~ | 872.61 |
| 12-02 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ███3390\ | 4,744.59 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
████843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-02 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████8390\ | 11,790.56 |
| 12-02 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████1162 | 40.00 |
| 12-05 | Preauthorized Credit | HUMANA GOVT BUSI HCCLAIMPMT ████1225*WPSEAST \ | 78.69 |
| 12-05 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████8492\ | 1,119.50 |
| 12-05 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████2326~ | 1,612.77 |
| 12-05 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████8390\ | 2,468.06 |
| 12-05 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 4,961.13 |
| 12-06 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████2I4P4 | 20.61 |
| 12-06 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████8390\ | 55.39 |
| 12-06 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████1162 | 100.00 |
| 12-06 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████8492\ | 313.02 |
| 12-06 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 328.25 |
| 12-06 | Preauthorized Credit | HUMANA GOVT BUSI HCCLAIMPMT ████1225*WPSEAST \ | 554.04 |
| 12-06 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 2,703.58 |
| 12-06 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████265*0000VACCN\ | 2,724.30 |
| 12-07 | Preauthorized Credit | Amerigroup GA5C HCCLAIMPMT ████5189\ | 18.33 |
| 12-07 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████8492\ | 132.05 |
| 12-07 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 346.40 |
| 12-07 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████2326~ | 351.90 |
| 12-07 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████8492\ | 806.48 |
| 12-07 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 1,097.12 |
| 12-07 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████1162 | 3,600.00 |
| 12-07 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 4,425.99 |
| 12-08 | Preauthorized Credit | HUMANA GOVT BUSI HCCLAIMPMT ████225*WPSEAST \ | 154.63 |
| 12-08 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 180.02 |
| 12-08 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 1,733.26 |
| 12-08 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████265*0000VACCN\ | 1,767.28 |

**SYNOVUS**®

P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
████ 843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 12-08 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████H3K2 | 2,076.28 |
| 12-08 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT ████2972~ | 2,670.93 |
| 12-08 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT ████7726\ | 10,849.42 |
| 12-09 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████8390\ | 171.95 |
| 12-09 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████G6N9 | 304.56 |
| 12-09 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████3492\ | 313.02 |
| 12-09 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 692.78 |
| 12-09 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 2,209.10 |
| 12-09 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 2,820.33 |
| 12-09 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████8390\ | 6,406.84 |
| 12-09 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████8390\ | 30,683.39 |
| 12-12 | Preauthorized Credit | HUMANA GOVT BUSI HCCLAIMPMT ████1225*WPSEAST \ | 309.26 |
| 12-12 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 346.39 |
| 12-12 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 441.82 |
| 12-12 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████2326~ | 2,006.58 |
| 12-13 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████2326~ | 221.77 |
| 12-13 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 288.02 |
| 12-13 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 404.34 |
| 12-13 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████3492\ | 626.04 |
| 12-13 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 1,104.59 |
| 12-13 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 4,491.05 |
| 12-14 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████3492\ | 313.02 |
| 12-14 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████2326~ | 703.80 |
| 12-14 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████7726\ | 779.40 |
| 12-14 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████3473\ | 1,731.95 |
| 12-14 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████1265*0000VACCN\ | 2,191.07 |
| 12-15 | Preauthorized Credit | HUMANA GOVT BUSI HCCLAIMPMT ████1225*WPSEAST \ | 1,118.73 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
███████843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|-----------------|-------------|-------:|
| 12-15 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████████1162 | 15.00 |
| 12-15 | Preauthorized Credit | AARP Supplementa HCCLAIMPMT ████████6273\ | 55.69 |
| 12-15 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████████U4B5 | 577.20 |
| 12-15 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 1,055.27 |
| 12-15 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 1,195.65 |
| 12-15 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 2,419.70 |
| 12-15 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████████1265*0000VACCN\ | 2,627.08 |
| 12-15 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT ████████2972~ | 3,870.46 |
| 12-15 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT ████████7726\ | 10,849.42 |
| 12-16 | Preauthorized Credit | HEHP GA HCCLAIMPMT ████████9549\ | 16.80 |
| 12-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████████8390\ | 272.88 |
| 12-16 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████████8390\ | 368.04 |
| 12-16 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████████3492\ | 493.46 |
| 12-16 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 548.37 |
| 12-16 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████████X6U4 | 1,094.90 |
| 12-16 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 1,265.37 |
| 12-16 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 1,480.79 |
| 12-16 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████████1265*0000VACCN\ | 1,820.74 |
| 12-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████████8390\ | 1,958.68 |
| 12-16 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████████8390\ | 22,540.41 |
| 12-19 | Preauthorized Credit | AARP Supplementa HCCLAIMPMT ████████6273\ | 10.69 |
| 12-19 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████████3492\ | 313.02 |
| 12-19 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 351.90 |
| 12-19 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████████1265*0000VACCN\ | 2,540.08 |
| 12-19 | Preauthorized Credit | FORTE 219787 ████████E56B | 30.00 |
| 12-19 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ████████W8Z7 | 39.64 |
| 12-20 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████████3492\ | 313.02 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
█████ 843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 12-20 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 692.78 |
| 12-20 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 750.73 |
| 12-20 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 908.97 |
| 12-20 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████████1265*0000VACCN\ | 1,767.28 |
| 12-20 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 1,828.01 |
| 12-21 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████████3492\ | 313.02 |
| 12-21 | Preauthorized Credit | AETNA AS01 HCCLAIMPMT ████████3492\ | 313.02 |
| 12-21 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 703.80 |
| 12-21 | Preauthorized Credit | Optum VA CCN Reg HCCLAIMPMT ████████1265*0000VACCN\ | 1,767.28 |
| 12-22 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████████3390\ | 226.71 |
| 12-22 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 872.61 |
| 12-22 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 2,238.15 |
| 12-22 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT ████████2972~ | 7,774.34 |
| 12-22 | Preauthorized Credit | UNITEDHEALTHCARE HCCLAIMPMT ████████7726\ | 8,942.02 |
| 12-23 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████████1162 | 45.00 |
| 12-23 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 692.78 |
| 12-23 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 3,035.33 |
| 12-23 | Preauthorized Credit | BLUE CROSS GA5C HCCLAIMPMT ████████3390\ | 34,698.15 |
| 12-27 | Preauthorized Credit | HUMANA INS CO HCCLAIMPMT ████████3473\ | 404.34 |
| 12-27 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 433.00 |
| 12-27 | Preauthorized Credit | BLUE CROSS GA5F HCCLAIMPMT ████████3390\ | 1,826.40 |
| 12-27 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 4,610.75 |
| 12-28 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ████████7726\ | 779.40 |
| 12-28 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ████████2326~ | 1,232.28 |
| 12-29 | Preauthorized Credit | AARP Supplementa HCCLAIMPMT ████████6273\ | 10.69 |
| 12-29 | Preauthorized Credit | 36 TREAS 310 MISC PAY ████████0012 | 10.69 |
| 12-29 | Preauthorized Credit | MERCHANT SERVICE MERCH DEP ████████1162 | 50.00 |





P.O. Box 2646-R, Columbus, GA 31902

December 31, 2022
███████ 843-1
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-29 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ██████████7726\ | 548.37 |
| 12-29 | Preauthorized Credit | MAC PTB ALGATN HCCLAIMPMT ██████████2326~ | 966.13 |
| 12-29 | Preauthorized Credit | GA DEPT OF COMMU HCCLAIMPMT ██████████2972~ | 1,014.53 |
| 12-29 | Preauthorized Credit | UnitedHealthcare HCCLAIMPMT ██████████7726\ | 1,358.03 |
| 12-29 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ██████████Y9G4 | 6,086.63 |
| 12-30 | Preauthorized Credit | UNLIMITED SYSTEM TRANSFER ██████████N6N7 | 996.35 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 623,805.29 | 12-12 | 598,308.68 | 12-21 | 508,851.61 |
| 12-01 | 610,684.62 | 12-13 | 605,444.49 | 12-22 | 483,905.44 |
| 12-02 | 628,353.23 | 12-14 | 510,163.73 | 12-23 | 522,327.62 |
| 12-05 | 638,593.38 | 12-15 | 508,947.93 | 12-27 | 526,602.11 |
| 12-06 | 643,392.57 | 12-16 | 540,808.37 | 12-28 | 528,613.79 |
| 12-07 | 554,170.84 | 12-19 | 504,093.70 | 12-29 | 509,127.38 |
| 12-08 | 573,602.66 | 12-20 | 510,254.49 | 12-30 | 510,123.73 |
| 12-09 | 607,204.63 | | | | |



| Checks and Debits Outstanding | |
| Check No. | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1)  Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2)  Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3)  Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4)  Enter the "Ending Balance" shown on this statement        $_____
(5)  Add (+) deposits not shown on this statement (if any)     +_____
(6)  Subtract(-) checks and/or other outstanding debits        -_____
(7)  Balance should equal the balance in your checkbook        $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
• Have you carried the correct balance forward from one checkbook register page to the next?
• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

### BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)  State your name and account number.
(2)  Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.
(3)  Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.