UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| CUREPOINT, LLC, | * | CASE NO 22-56501-PMB |
| Debtor. | * | CONTESTED MATTER |
| | * | |

**OBJECTION TO APPLICATION OF CHAPTER 11 TRUSTEE TO RETAIN RADIOLOGY ONCOLOGY SYSTEMS, INC. AS APPRAISER, SUBJECT TO OBJECTION**

**COMES NOW CANCER CARE, LLC** and files this Objection to Application of Chapter 11 Trustee for reasons stated, but not limited below:

1. The Chapter 11 Trustee is barred by estoppel to retain an appraiser.

2. Upon information, the appraiser is not qualified to do a cost approach/cost segregation/asset allocation appraisal within the parameters of the Internal Revenue Code and Section 3.2 of the Asset Purchase Agreement.

3. The retention of the named appraiser is unnecessary and burdensome on the estate and will not result an appraisal preferred by the Court in this type of case.

WHEREFORE the Court is requested to set this matter down for hearing and at such hearing the Court issue an Order denying the Chapter 11 Trustee's application and do whatever is just.

DATED this 7th day of February 2023

/s/ Milton D. Jones

Attorney for Cancer Care LLC
Georgia State Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.com

CERTIFICATE OF SERVICE

I have served the foregoing upon the person in the attached mailing matrix by 1st class mail.

DATED this 7th day of February 2023

/s/ Milton D. Jones
Attorney for Cancer Care LLC
Georgia State Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.com

```
Label Matrix for local noticing         AMOA CR Acquisition, LLC              AMOA Finance LLC.
113E-1                                  3330 Preston Ridge Road, Ste. 3000    3330 Preston Ridge RD
Case 22-56501-pmb                       Alpharetta, GA 30005-4508             Alpharetta, GA 30005-4508
Northern District of Georgia
Atlanta
Tue Feb  7 16:46:12 EST 2023

AMOA Finance, LLC                       ARROW CAPITAL SOLUTIONS, INC.         Aetna, Inc.
Michael F. Holbein                      9201 EAST DRY CREEK ROAD              Aaron McCollough, c/o McGuireWoods LLP
Smith Gambrell & Russell, LLP           Englewood, CO 80112-2818              77 West Wacker Drive
1105 W. Peachtree St., N.E., Suite 1000                                       Suite 4100
Atlanta, GA 30309-3592                                                        Chicago, IL 60601-1818

Aire Serv of Dublin, GA                 Alder Opportunity LP                  Alder Opportunity LP c/o Marna Friedman
1804 Academy Avenue                     300 Galleria PKWY                     3405 Dallas Highway
Dublin, GA 31021-2602                   Atlanta, GA 30339-3153                Suite 827
                                                                              Marietta, GA 30064-6429

Arvest Bank                             Arvest Equipment Finance              Arvest Equipment Finance
c/o Leslie M. Pineyro                   PO Box 11110                          PO Box 11110
699 Piedmont Avenue NE                  Fort Smith, AK 72917-1110             Fort Smith, AR 72917-1110
Atlanta, GA 30308-1400

Azzure Capital, LLC                     (p)BANKERS HEALTHCARE GROUP LLC       Thomas M. Barton
c/o REGISTERED AGENTS INC.              ATTN BANKRUPTCY DEPT                  Coles Barton LLP
90 State Street Suite 700, Office 40    201 SOLAR STREET                      Suite 100
Albany, NY 12207-1707                   SYRACUSE NY 13204-1425                150 South Perry Street
                                                                              Lawrenceville, GA 30046-4857

Erin E. Broderick                       CHESAPEAKE BANK                       CHTD COMPANY
Eversheds Sutherland (US) LLP           97 N. MAIN ST.                        P.O. BOX 2576
227 W. Monroe St., Ste 6000             Kilmarnock, VA 22482-8501             Springfield, IL 62708-2576
Chicago, IL 60606-5087

CITY CAPITAL NY, LLC                    CLG Servicing, LLC.                   CLG Servicing, LLC.
90 STATE STREET, SUITE 700              Gillman, Bruton & Capone, LLC         Toms River, NJ 08753
OFFICE 40                               770 Amboy Avenue
Albany, NY 12207-1707                   Edison, NJ 08837-3224

John A. Christy                         City Capital NY                       Click Capital Group, LLC
Schreeder, Wheeler & Flint, LLP         c/o Maurice Wutscher LLP              7901 4th St N.
1100 Peachtree Street                   23611 Chagrin Blvd. Suite 207         Ste 300
Suite 800                               Beachwood, OH 44122-5540              Saint Petersburg, FL 33702-4399
Atlanta, GA 30309-4516

Curepoint Dublin, LLC                   Curepoint, LLC                        Nathaniel DeLoatch
c/o Michael Miles                       11175 Cicero Drive                    Eversheds Sutherland (US) LLP
300 Hayward Lane                        Suite 100                             Suite 2300
Alpharetta, GA 30022-6440               Alpharetta, GA 30022-1179             999 Peachtree St. NE
                                                                              Atlanta, GA 30309-4416

Taylor L. Dove                          Eclipse Staffing, LLC                 Elekta, Inc.
Hunter Maclean Exley & Dunn, P.C.       11175 Cicero Drive                    400 Perimeter Center Terrace, Suite 50
200 E. Saint Julian Street              Suite 100                             Atlanta, GA 30346-1227
P.O. Box 9848                           Alpharetta, GA 30022-1179
Savannah, GA 31412-0048
```

```
First American Commercial Bancorp, Inc.      First Liberty Building and Loan              First Liberty Capital Partners, LLC
211 High Point Drive                         PO Box 2567                                  c/o The Wachter Law Firm
Victor, NY 14564-1061                        Newnan, GA 30264-2567                        106 Hammond Drive NE
                                                                                          Atlanta, GA 30328-4806


GEL Funding, LLC                             David A. Garland                             Will B. Geer
5308 13TH AVENUE, SUITE 324                  Moore, Clarke, DuVall & Rodgers, PC          Rountree, Leitman, Klein & Geer, LLC
Brooklyn, NY 11219-5198                      2829 Old Dawson Road                         Century Plaza I
                                             PO Drawer 71727                              2987 Clairmont Road, Suite 350
                                             Albany, GA 31708-1727                        Atlanta, GA 30329-4435


Georgia Department of Labor                  (p)GEORGIA DEPARTMENT OF REVENUE             Georgia Dept. of Labor
148 Andrew Young Inter. Blvd                 COMPLIANCE DIVISION                          Suite 826
Room 738                                     ARCS BANKRUPTCY                              148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1733                       1800 CENTURY BLVD NE SUITE 9100              Atlanta GA 30303-1751
                                             ATLANTA GA 30345-3202


Georgia Dept. of Labor                       Justin M. Gillman                            HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
Suite 910                                    Gillman, Bruton & Capone, LLC                200 CONNELL DRIVE
148 Andrew Young Inter. Blvd., NE            770 Amboy Avenue                             Berkeley Heights, NJ 07922-2816
Atlanta GA 30303-1751                        Edison, NJ 08837-3224


HI BAR CAPITAL LLC                           Brian P. Hall                                Harvey Lee Simpson, III, MD
1825 65TH ST                                 Smith, Gambrell & Russell, LLP               500 GA Highway 22 W
Brooklyn, NY 11204-3819                      1105 W. Peachtree Street NE                  Milledgeville, GA 31061-8122
                                             Suite 1000
                                             Atlanta, GA 30309-3592


Health Resources and Services Administration Alan C. Hochheiser                           Michael F. Holbein
c/o Greg Bongiovanni                         Maurice Wutscher LLP                         Smith, Gambrell & Russell, LLP
61 Forsyth St SW, Suite 5M60 AFC             Suite 207                                    1105 West Peachtree St., N.E.
Atlanta, GA 30303-8931                       23611 Chagrin Blvd                           Suite 1000
                                             Beechwood, OH 44122-5540                     Atlanta, GA 30309-3592


Internal Revenue Service                     Internal Revenue Service                     Milton D. Jones
P. O. Box 7346                               CIO                                          Milton D. Jones, Attorney
Philadelphia, PA 19101-7346                  P.O. Box 7346                                12252 Styron Drive
                                             Philadelphia, PA 19101-7346                  Hampton, GA 30228-4066


Vivieon K Jones                              Lindsay P. S. Kolba                          LaFayette State Bank
DOJ-USAO                                     Office of the U.S. Trustee                   340 West Main Street
75 Ted Turner Drive SW, Suite 600            Suite 362                                    P.O. Box 108
Atlanta, GA 30303-3309                       75 Ted Turner Drive, S.W.                    Mayo, FL 32066-0108
                                             Atlanta, GA 30303-3330


LaFayette State Bank                         Lafayette Bank                               J. Michael Levengood
David A. Garland                             340 West Main Street                         Law Office of J. Michael Levengood, LLC
2829 Old Dawson Road                         Mayo, FL 32066-4166                          Suite 208
Albany, GA 31707-1402                                                                     150 S. Perry Street
                                                                                          Lawrenceville, GA 30046-4857


MEC Capital, Inc.                            MEC Capital, Inc. c/o Michael Miles          Francesca Macchiaverna
11175 Cicero Drive                           300 Hayward Lane                             Hunter Maclean Exley & Dunn P.C.
Suite 100                                    Alpharetta, GA 30022-6440                    P. O. Box 9848
Alpharetta, GA 30022-1179                                                                 Savannah, GA 31412-0048
```

```
Brian J. Malcom                        Mark McCord                            Mark W. McCord
Waller Lansden Dortch & Davis, LLP     2007 Breckinridge Lane                 2007 Breckinridge Lane
Suite 1400                             Alpharetta, GA 30005-3409              Alpharetta, GA 30005-3409
1901 Sixth Avenue North
Birmingham, AL 35203-4605


John G. McCullough                     McKesson Medical-Surgical, Inc.        Medical Management Institute, Inc.
Aldridge Pite, LLP                     6651 Gate Parkway                      11175 Cicero Drive
Six Piedmont Center, Ste 700           Jacksonville, FL 32256-8075            Suite 100
3525 Piedmont Road, N.E.                                                      Alpharetta, GA 30022-1179
Atlanta, GA 30305-1578


Medical Management Institute, Inc. c/o Micha   Mittere Tax & Advisory, LLC    Mittere, Inc.
250 Pharr Road NE                      11175 Cicero Drive                     11175 Cicero Drive
Unit 212                               Suite 100                              Suite 100
Atlanta, GA 30305-2271                 Alpharetta, GA 30022-1179              Alpharetta, GA 30022-1179


Morris Bank                            NFG Advance, LLC                       NORTH AMERICAN BANKING COMPANY
301 Bellevue Avenue                    1308 KINGS HWY                         9260 HUDSON RD
Dublin, GA 31021-6105                  Brooklyn, NY 11229-1904                Saint Paul, MN 55125-9103


Newtek Small Business Finanance c/o Corporat   Newtek Small Business Finance   Newtek Small Business Finance, LLC
2 SUN COURT                            4800 T-Rex Avenue                      1981 Marcus Avenue, Suite 130
Suite 400                              Suite 120                              Lake Success, NY 11042-1046
Norcross, GA 30092-2865                Boca Raton, FL 33431-4479


Northwinds Leasing, LLC                Northwinds Leasing, LLC c/o Michael Miles   ODK Capital, LLC
11175 Cicero Drive                     300 Hayward Lane                       1400 Broadway
Suite 100                              Alpharetta, GA 30022-6440              New York, NY 10018-5300
Alpharetta, GA 30022-1179


Parkview Advance                       Philips Healthcare                     Physician Financial Partners, LLC
400 Main Street                        Fox Rothschild LLP                     11175 Cicero Drive
Stamford, CT 06901-3000                Attn: David P. Papiez                  Suite 100
                                       1001 4th Ave. Suite 4400               Alpharetta, GA 30022-1179
                                       Seattle, WA 98154-1192


Leslie M. Pineyro                      Plexe, LLC                             PointOne Capital, LLC
Jones and Walden, LLC                  6295 Greenwood Plaza Blvd              1825 65th Street
699 Piedmont Avenue NE                 Suite 100                              Brooklyn, NY 11204-3819
Atlanta, GA 30308-1400                 Greenwood Village, CO 80111-4978


PointOne Capital, LLC                  Caitlyn Powers                         Premium Merchant Funding 18, LLC
90 STATE STREET, SUITE 700             Rountree Leitman Klein & Geer, LLC     55 Water Street, 50th Fl
Office 40                              Suite 350                              New York, NY 10041-3203
Albany, NY 12207-1707                  2987 Clairmont Road
                                       Atlanta, GA 30329-4435


Premium Merchant Funding, LLC.         Erich G. Randolph                      William A. Rountree
40 Wall St. 5th Floor                  159 The Prado N.E.                     Rountree Leitman Klein & Geer, LLC
New York, NY 10005-1472                Atlanta, GA 30309-3327                 Century Plaza I, Suite 350
                                                                              2987 Clairmont Road
                                                                              Atlanta, GA 30329-4406
```

| | | |
|---|---|---|
| SOLIC Capital Advisors, LLC<br>425 West New England Avenue<br>Suite 300<br>Winter Park, FL 32789-4228 | SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL<br>100 GARDEN CITY PLAZA #410<br>Garden City, NY 11530-3216 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Secure Capital, LLC<br>323 Sunny Isles Beach Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Stephanie Leventhal<br>400 Perimeter Center Terrace, Suite 50<br>Atlanta, GA 30346-1227 |
| Aaron P.M. Tady<br>Coles Barton LLP<br>Suite 100<br>150 South Perry Street<br>Lawrenceville, GA 30046-4857 | Tom Barton<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046-4857 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | US Bank, N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Bank, N.A.<br>6730 VIP Parkway<br>Syracuse , NY 13211-7326 | US Small Business Administration<br>233 Peachtree St. NE., Suite 300<br>Atlanta, GA 30303-1553 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Small Business Admin United States of Americ<br>United States Attorney<br>Northern District of GA<br>600 United States Courthouse<br>75 Spring St., SW<br>Atlanta, GA 30303-3318 | Fred B. Wachter<br>The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 |
| David Wender<br>Eversheds Sutherland (US) LLP<br>Suite 2300<br>999 Peachtree St., NE<br>Atlanta, GA 30309-3996 | David A. Wender<br>Chapter 11 Trustee<br>Eversheds Sutherland, LLP<br>999 Peachtree St, NE Ste 2300<br>Altanta, GA 30309-4416 | Zen Capital c/o Trevor Talbot<br>602 NE 38th Street<br>Fort Lauderdale, FL 33334-2928 |
| Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>10234 W State Road 84<br>ATTN: Albert Crawford<br>Fort Lauderdale, FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204-201 | Georgia Department of Revenue<br>ARCS - Bankruptcy 1800 Century Blvd NE,<br>Atlanta, GA 30345 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMOA CP Acquisition, LLC  
3330 Preston Ridge Road, Ste. 3000  
Alpharetta, GA 30005-4508

(u)AMOA Finance, LLC

(u)Arvest Bank

(u)CLG Servicing, LLC

(u)Diverse Capital LLC

(u)Eversheds Sutherland(US)LLP

(u)First Liberty Capital Partners, LLC

(u)NFG Advance LLC

(d)Newtek Small Business Finance, LLC  
1981 Marcus Avenue,Suite 130  
Lake Success, NY 11042-1046

(u)PointOne Capital

(u)Premium Merchant Funding 18 LLC

(u)ROUNTREE LEITMAN KLEIN & GEER, LLC

(u)Radiation Business Solutions

(u)Radiology Oncology Systems, Inc

(u)Harvey Lee Simpson, III, M.D.

End of Label Matrix  
Mailable recipients    111  
Bypassed recipients     15  
Total                  126