UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501 |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMOA CP ACQUISITION, LLC's OBJECTION TO APPLICATION OF CHAPTER 11 TRUSTEE TO RETAIN RADIOLOGY ONCOLOGY SYSTEMS, INC. AS APPRAISER**

AMOA CP ACQUISITION, LLC ("AMOA"), a creditor of Curepoint, LLC, objects to the *Application of Chapter 11 Trustee to Retain Radiology Oncology Systems, Inc. as Appraiser* [Doc. No. 227] (the "Application"), and adopts the arguments set forth in the *Objection to Application of Chapter 11 Trustee to Retain Radiology Oncology Systems, Inc. as Appraiser, Subject to Objection* [Doc. No. 242] filed by Cancer Care, LLC.

WHEREFORE, AMOA respectfully requests that the Court deny the Application.

SGR/42018239.2

| | |
|---|---|
| Dated: February 7, 2023 | Respectfully submitted, |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| | */s/ Michael F. Holbein* <br> Michael F. Holbein <br> Georgia Bar No. 360070 <br> 1105 W. Peachtree St., N.E. <br> Suite 1000 <br> Atlanta, Georgia 30309 <br> Phone: (404) 815-3607 <br> Email: mholbein@sgrlaw.com |
| | *Attorneys for AMOA CP Acquisition, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day AMOA CP ACQUISITION, LLC's OBJECTION TO APPLICATION OF CHAPTER 11 TRUSTEE TO RETAIN RADIOLOGY ONCOLOGY SYSTEMS, INC. AS APPRAISER was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

Dated: February 7, 2023         SMITH, GAMBRELL & RUSSELL, LLP

/s/Michael F. Holbein
Michael F. Holbein
Georgia Bar No. 360070
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, Georgia 30309
Phone: (404) 815-3607
Email: mholbein@sgrlaw.com

*Attorneys for AMOA CP Acquisition, LLC*

3

SGR/42018239.2