

Good Afternoon, David Wender

# CP Checking ▬▬▬▬ 7944

Last Updated: February 23, 2023 1:04 PM

| $10,248.43 | $10,248.43 |
|---|---|
| Current Balance | Available Balance |

**Transactions** | Details & Settings

🔍 Search transactions

| Date | Description | Amount | |
|---|---|---|---|
| FEB 14 2023 | REF▬▬1103L FUNDS TRANSFER FRM DEP▬▬8140 FROM ONLINE FUNDS TRANSFER VIA | $10,000.00 $10,248.43 | ⋮ |
| FEB 8 2023 | REF▬▬0558L FUNDS TRANSFER FRM DEP▬▬8140 FROM ONLINE FUNDS TRANSFER VIA | $1,500.00 $248.43 | ⋮ |
| FEB 7 2023 | AFCO AFCO ▬▬0207 ▬▬▬▬1687 ▬▬▬▬1687 | ($1,378.47) ($1,251.57) | ⋮ |

**Details**

**Statement Description:**
AFCO AFCO ▬▬0207 ▬▬▬▬1687 ▬▬▬▬1687

**Date:**

| | | | |
|---|---|---|---|
| 2/7/2023 Type: Debit | | | |
| JAN 26 2023 | REF 0531L FUNDS TRANSFER FRM DEP 9546 FROM ONLINE FUNDS TRANSFER VIA | **$1,800.00** $126.90 | |
| JAN 25 2023 | ECP INCLEARING CHECK - 100 | **($5,767.14)** ($1,673.10) | |
| JAN 18 2023 | MEDICUSIT PURCHASE 0118 2406 CANCER CAR 2406 CANCER CAR | **($8,600.00)** $4,094.04 | |
| JAN 13 2023 | ECP INCLEARING CHECK - 99 | **($205.00)** $12,694.04 | |
| JAN 13 2023 | ECP INCLEARING CHECK - 97 | **($447.00)** $12,899.04 | |
| JAN 13 2023 | ECP INCLEARING CHECK - 95 | **($607.00)** $13,346.04 | |
| JAN 10 2023 | ECP INCLEARING CHECK - 96 | **($1,400.00)** $13,953.04 | |
| JAN 10 2023 | REF 1254L FUNDS TRANSFER FRM DEP 8140 FROM ONLINE FUNDS TRANSFER VIA | **$8,600.00** $15,353.04 | |
| JAN 9 2023 | AFCO AFCO 0109 1687 1687 | **($1,378.47)** $6,753.04 | |
| JAN 6 2023 | ECP INCLEARING CHECK - 98 | **($477.63)** $8,131.51 | |
| JAN 6 2023 | REF 1234L FUNDS TRANSFER FRM DEP 8140 FROM ONLINE FUNDS TRANSFER VIA | **$5,767.14** $8,609.14 | |
| DEC 30 2022 | ECP INCLEARING CHECK - 93 | **($1,110.33)** $2,842.00 | |
| DEC 30 2022 | OFFICE DEPOT PAYMENT 1230 7396 | **($767.13)** $3,952.33 | |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| DEC 29 2022 | ECP INCLEARING CHECK - 94 | ($528.00) | $4,719.46 |
| DEC 29 2022 | ECP INCLEARING CHECK - 92 | ($1,279.73) | $5,247.46 |
| DEC 29 2022 | GPC GPC EFT 1229 5028DUB | ($409.88) | $6,527.19 |
| DEC 29 2022 | REF 0916L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | $4,000.00 | $6,937.07 |
| DEC 28 2022 | ECP INCLEARING CHECK - 91 | ($1,080.00) | $2,937.07 |
| DEC 28 2022 | STERICYCLE STERICYCLE 1228 8848 8848 | ($51.60) | $4,017.07 |
| DEC 27 2022 | ECP INCLEARING CHECK - 90 | ($41.41) | $4,068.67 |
| DEC 21 2022 | MEDICUSIT PURCHASE 1221 CUREPOINT CANCE CUREPOINT CANCE | ($1,370.10) | $4,110.08 |
| DEC 21 2022 | REF 0800L FUNDS TRANSFER FRM DEP 8431 FROM ONLINE FUNDS TRANSFER VIA | $4,000.00 | $5,480.18 |
| DEC 19 2022 | ECP INCLEARING CHECK - 88 | ($148.50) | $1,480.18 |
| DEC 19 2022 | ECP INCLEARING CHECK - 81 | ($330.00) | $1,628.68 |
| DEC 19 2022 | STERICYCLE STERICYCLE 1219 8848 8848 | ($51.60) | $1,958.68 |
| DEC 15 2022 | ECP INCLEARING CHECK - 80 | ($73.00) | $2,010.28 |
| DEC 15 2022 | ECP INCLEARING CHECK - 87 | ($353.00) | $2,083.28 |

2/23/23, 1:05 PM    Synovus Financial Corp. Account Details

Case 22-56501-pmb    Doc 254-2    Filed 03/01/23    Entered 03/01/23 20:30:34    Desc
Bank Statements    Page 4 of 20

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| DEC 15 2022 | ECP INCLEARING CHECK - 86 | ($4,811.30) | $2,436.28 |
| DEC 15 2022 | LEASE DIRECT WEB PAY ⬛1215 ⬛7602 ⬛7602 | ($303.32) | $7,247.58 |
| DEC 14 2022 | ECP INCLEARING CHECK - 85 | ($1,289.00) | $7,550.90 |
| DEC 13 2022 | ECP INCLEARING CHECK - 79 | ($40.00) | $8,839.90 |
| DEC 13 2022 | ECP INCLEARING CHECK - 83 | ($49.45) | $8,879.90 |
| DEC 13 2022 | ECP INCLEARING CHECK - 84 | ($96.79) | $8,929.35 |
| DEC 13 2022 | ECP INCLEARING CHECK - 78 | ($427.50) | $9,026.14 |
| DEC 13 2022 | ECP INCLEARING CHECK - 89 | ($6,375.00) | $9,453.64 |
| DEC 12 2022 | ECP INCLEARING CHECK - 82 | ($83.00) | $15,828.64 |
| DEC 12 2022 | MEDICUSIT PURCHASE ⬛1212 CUREPOINT CANCE CUREPOINT CANCE | ($4,502.40) | $15,911.64 |
| DEC 12 2022 | REF ⬛0637L FUNDS TRANSFER FRM DEP ⬛8431 FROM ONLINE FUNDS TRANSFER VIA | $10,000.00 | $20,414.04 |
| DEC 9 2022 | REF ⬛0639L FUNDS TRANSFER FRM DEP ⬛8431 FROM ONLINE FUNDS TRANSFER VIA | $10,000.00 | $10,414.04 |
| DEC 7 2022 | AFCO AFCO ⬛1207 ⬛1687 ⬛1687 | ($1,378.47) | $414.04 |
| DEC 7 2022 | OFFICE DEPOT AUTO PYMT ⬛1207 ⬛0460 | ($55.05) | $1,792.51 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| DEC 2 2022 | AMTRUST NA PAYMENT ▮1202▮1290▮1290 | ($688.50) | $1,847.56 |
| DEC 1 2022 | ECP INCLEARING CHECK - 76 | ($1,056.68) | $2,536.06 |
| NOV 29 2022 | ECP INCLEARING CHECK - 75 | ($123.12) | $3,592.74 |
| NOV 29 2022 | ECP INCLEARING CHECK - 77 | ($268.50) | $3,715.86 |
| NOV 29 2022 | GPC GPC EFT ▮1129▮5028DUB | ($1,513.46) | $3,984.36 |
| NOV 29 2022 | REF ▮0642L FUNDS TRANSFER FRM DEP ▮8431 FROM ONLINE FUNDS TRANSFER VIA | $5,000.00 | $5,497.82 |
| NOV 25 2022 | ECP INCLEARING CHECK - 69 | ($20.00) | $497.82 |
| NOV 25 2022 | ECP INCLEARING CHECK - 67 | ($110.00) | $517.82 |
| NOV 23 2022 | MEDICUSIT PURCHASE ▮1123 CUREPOINT CANCE CUREPOINT CANCE | ($1,370.10) | $627.82 |
| NOV 23 2022 | MEDICUSIT PURCHASE ▮1123 CUREPOINT CANCE CUREPOINT CANCE | ($474.00) | $1,997.92 |
| NOV 22 2022 | ECP INCLEARING CHECK - 74 | ($1,138.00) | $2,471.92 |
| NOV 22 2022 | REF ▮1359L FUNDS TRANSFER FRM DEP ▮8431 FROM ONLINE FUNDS TRANSFER VIA | $2,000.00 | $3,609.92 |
| NOV 18 2022 | ECP INCLEARING CHECK - 65 | ($131.00) | $1,609.92 |
| NOV 16 2022 | ECP INCLEARING CHECK - 72 | ($1,840.00) | $1,740.92 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| NOV 15 2022 | ECP INCLEARING CHECK - 71 | ($40.00) | $3,580.92 |
| NOV 15 2022 | ECP INCLEARING CHECK - 66 | ($1,596.90) | $3,620.92 |
| NOV 14 2022 | ECP INCLEARING CHECK - 64 | ($77.77) | $5,217.82 |
| NOV 10 2022 | ECP INCLEARING CHECK - 68 | ($100.00) | $5,295.59 |
| NOV 8 2022 | ECP INCLEARING CHECK - 73 | ($1,080.00) | $5,395.59 |
| NOV 8 2022 | ECP INCLEARING CHECK - 70 | ($9,855.00) | $6,475.59 |
| NOV 8 2022 | OFFICE DEPOT AUTO PYMT ▓1108▓▓▓0066 | ($495.06) | $16,330.59 |
| NOV 7 2022 | AFCO AFCO ▓1107▓▓1687▓▓1687 | ($1,378.47) | $16,825.65 |
| NOV 7 2022 | REF ▓0727L FUNDS TRANSFER FRM DEP ▓8431 FROM ONLINE FUNDS TRANSFER VIA | $15,000.00 | $18,204.12 |
| NOV 4 2022 | DEPOSIT | $1,000.00 | $3,204.12 |
| NOV 3 2022 | STERICYCLE STERICYCLE ▓1103▓8848▓8848 | ($98.28) | $2,204.12 |
| NOV 2 2022 | REF ▓1540L FUNDS TRANSFER FRM DEP ▓8431 FROM ONLINE FUNDS TRANSFER VIA | $2,200.00 | $2,302.40 |
| OCT 31 2022 | SERVICE CHARGE | ($12.33) | $102.40 |
| OCT 31 2022 | REF ▓1909L FUNDS TRANSFER FRM DEP ▓8431 FROM ONLINE FUNDS TRANSFER VIA | $2,650.00 | $114.73 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| OCT 28 2022 | ECP INCLEARING CHECK - 63 | ($353.13) | ($2,535.27) |
| OCT 28 2022 | ECP INCLEARING CHECK - 60 | ($2,648.58) | ($2,182.14) |
| OCT 27 2022 | GPC GPC EFT ■1027 ■■■■■5028DUB | ($1,584.03) | $466.44 |
| OCT 27 2022 | REF■■1053L FUNDS TRANSFER FRM DEP ■■■8431 FROM ONLINE FUNDS TRANSFER VIA | $2,000.00 | $2,050.47 |
| OCT 26 2022 | REF■■0633L FUNDS TRANSFER FRM DEP ■■■8431 FROM ONLINE FUNDS TRANSFER VIA | $350.00 | $50.47 |
| OCT 25 2022 | ECP INCLEARING CHECK - 62 | ($344.84) | ($299.53) |
| OCT 24 2022 | ECP INCLEARING CHECK - 61 | ($175.18) | $45.31 |
| OCT 19 2022 | REF■■0752L FUNDS TRANSFER FRM DEP ■■■8431 FROM ONLINE FUNDS TRANSFER VIA | $2,650.00 | $220.49 |
| OCT 18 2022 | ECP INCLEARING CHECK - 59 | ($2,500.00) | ($2,429.51) |
| OCT 17 2022 | STERICYCLE STERICYCLE ■1017■8848■8848 | ($98.28) | $70.49 |
| OCT 17 2022 | REF■■0747L FUNDS TRANSFER FRM DEP ■■■8431 FROM ONLINE FUNDS TRANSFER VIA | $250.00 | $168.77 |
| OCT 14 2022 | ECP INCLEARING CHECK - 58 | ($175.00) | ($81.23) |
| OCT 12 2022 | REF■■0719L FUNDS TRANSFER FRM DEP ■■■8431 FROM ONLINE FUNDS TRANSFER VIA | $3,200.00 | $93.77 |
| OCT 11 2022 | ECP INCLEARING CHECK - 57 | ($376.50) | ($3,106.23) |

| Date | Description | Amount / Balance |
|---|---|---|
| OCT 11 2022 | ECP INCLEARING CHECK - 56 | ($1,080.00) ($2,729.73) |
| OCT 11 2022 | ECP INCLEARING CHECK - 55 | ($1,868.83) ($1,649.73) |
| OCT 11 2022 | OFFICE DEPOT AUTO PYMT ▮1011▮▮▮▮▮▮▮▮8993 | ($384.59) $219.10 |
| OCT 11 2022 | REF▮▮0719L FUNDS TRANSFER FRM DEP▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $500.00 $603.69 |
| OCT 7 2022 | AFCO AFCO ▮1007▮▮▮▮1687▮▮▮▮1687 | ($1,378.47) $103.69 |
| OCT 7 2022 | REF▮▮0601L FUNDS TRANSFER FRM DEP▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $1,300.00 $1,482.16 |
| SEP 30 2022 | SERVICE CHARGE | ($12.12) $182.16 |
| SEP 27 2022 | GPC GPC EFT ▮0927▮▮▮▮5028DUB | ($1,688.51) $194.28 |
| SEP 27 2022 | REF▮▮1024L FUNDS TRANSFER FRM DEP▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $1,800.00 $1,882.79 |
| SEP 20 2022 | MEDICUSIT PURCHASE ▮0920 CUREPOINT CANCE CUREPOINT CANCE | ($1,370.10) $82.79 |
| SEP 20 2022 | MEDICUSIT PURCHASE ▮0920 CUREPOINT CANCE CUREPOINT CANCE | ($1,349.22) $1,452.89 |
| SEP 20 2022 | LEASE DIRECT WEB PAY ▮0920▮▮5830▮▮5830 | ($260.80) $2,802.11 |
| SEP 20 2022 | REF▮▮0730L FUNDS TRANSFER FRM DEP▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $3,000.00 $3,062.91 |
| SEP 16 2022 | REF▮▮0722L FUNDS TRANSFER FRM DEP▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $600.00 $62.91 |

**Page totals:** Credits: [25] **$99,167.14** | Debits: [75] **($88,381.62)**



Good Afternoon, David Wender

# ADVANTAGE COMM MM ▇▇▇▇▇8140

Last Updated: February 23, 2023 1:04 PM

| $5,272,702.12 | $5,272,702.12 |
|---|---|
| Current Balance | Available Balance |

## Transactions    Details & Settings

🔍 Search transactions

| Date | Description | Amount | |
|---|---|---|---|
| FEB 15 2023 | REF ▇▇0731L FUNDS TRANSFER TO DEP ▇▇9546 FROM ONLINE FUNDS TRANSFER VIA | **($10,000.00)** $5,272,702.12 | ⋮ |
| FEB 14 2023 | REF ▇▇1103L FUNDS TRANSFER TO DEP ▇▇7944 FROM ONLINE FUNDS TRANSFER VIA | **($10,000.00)** $5,282,702.12 | ⋮ |
| FEB 13 2023 | REF ▇▇1523L FUNDS TRANSFER TO DEP ▇▇8431 FROM ONLINE FUNDS TRANSFER VIA | **($37,910.51)** $5,292,702.12 | ⋮ |
| FEB 9 2023 | REF ▇▇0800L FUNDS TRANSFER TO DEP ▇▇8431 FROM ONLINE FUNDS TRANSFER VIA | **($8,000.00)** $5,330,612.63 | ⋮ |
| FEB 8 2023 | REF ▇▇0558L FUNDS TRANSFER TO DEP ▇▇7944 FROM ONLINE FUNDS TRANSFER VIA | **($1,500.00)** $5,338,612.63 | ⋮ |

| Date | Description | Amount / Balance |
|---|---|---|
| FEB 8 2023 | REF ████0557L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | ($1,500.00) $5,340,112.63 |
| JAN 31 2023 | INTEREST CREDIT | $11,828.86 $5,341,612.63 |
| JAN 18 2023 | REF ████0717L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | ($9,697.00) $5,329,783.77 |
| JAN 10 2023 | REF ████1254L FUNDS TRANSFER TO DEP ████7944 FROM ONLINE FUNDS TRANSFER VIA | ($8,600.00) $5,339,480.77 |
| JAN 6 2023 | REF ████1234L FUNDS TRANSFER TO DEP ████7944 FROM ONLINE FUNDS TRANSFER VIA | ($5,767.14) $5,348,080.77 |
| JAN 4 2023 | REF ████1558L FUNDS TRANSFER TO DEP ████9546 FROM ONLINE FUNDS TRANSFER VIA | ($17,951.60) $5,353,847.91 |
| JAN 3 2023 | REF ████0704L FUNDS TRANSFER FRM DEP ████7951 FROM ONLINE FUNDS TRANSFER VIA | $53,095.12 $5,371,799.51 |
| JAN 3 2023 | REF ████0656L FUNDS TRANSFER FRM DEP ████8431 FROM ONLINE FUNDS TRANSFER VIA | $428,029.00 $5,318,704.39 |
| DEC 31 2022 | INTEREST CREDIT | $3,361.39 $4,890,675.39 |
| DEC 21 2022 | DOMESTIC WIRE IN | ($18.00) $4,887,314.00 |
| DEC 21 2022 | FIRST LIBERTY CAPI ████████████1-436 FIRST LIBERTY CAPI TAL | $4,344,750.00 $4,887,332.00 |
| DEC 21 2022 | DOMESTIC WIRE IN | ($18.00) $542,582.00 |
| DEC 21 2022 | EVERSHEDS SUTHERLA US LLP IOLTASALE PROCEEDS████0379 EVERSHEDS SUTHERLA ND US LLP IOLTA | $542,500.00 $542,600.00 |
| DEC 20 2022 | TRANSFER FROM DEPOSIT ACCOUNT ████████8431 | $100.00 $100.00 |

**Page totals:** Credits: [7] **$5,383,664.37** | Debits: [12] **($110,962.25)**

2/23/23, 1:04 PM          Synovus Financial Corp. Account Details

Case 22-56501-pmb     Doc 254-2     Filed 03/01/23     Entered 03/01/23 20:30:34     Desc Bank Statements     Page 13 of 20



Good Afternoon, David Wender

# Curepoint ▮▮▮▮▮▮▮▮9546

Last Updated: February 23, 2023 1:04 PM

| $1,902.28 | $1,902.28 |
|---|---|
| Current Balance | Available Balance |

**Transactions**    Details & Settings

🔍 Search transactions

| Date | Description | Amount | |
|---|---|---|---|
| Pending | PREAUTHORIZED WD CALL EXPERTS CALL EXPER▮0223 ▮▮▮QADA | ($133.04) | ⋮ |
| FEB 21 2023 | NO AMER BK CO AUTH PAYME▮0221 ▮▮▮▮▮▮A1B4▮ ▮▮▮A1B4 | ($1,706.68)<br>$2,035.32 | ⋮ |
| FEB 15 2023 | QUARTERLY FEE PAYMENT ▮▮▮▮▮▮0000 | ($7,689.00)<br>$3,742.00 | ⋮ |
| FEB 15 2023 | REF▮▮0731L FUNDS TRANSFER FRM DEP▮▮▮8140 FROM ONLINE FUNDS TRANSFER VIA | $10,000.00<br>$11,431.00 | ⋮ |
| FEB 10 2023 | PINELAND TELE Mth Fe-PTC▮0210 ▮▮▮406-2▮▮▮406-2 | ($69.00)<br>$1,431.00 | ⋮ |
| FEB 8 2023 | REF▮▮0557L FUNDS TRANSFER FRM DEP▮▮▮8140 FROM ONLINE FUNDS TRANSFER VIA | $1,500.00<br>$1,500.00 | ⋮ |

| Date | Description | Amount / Balance |
|---|---|---|
| FEB 3 2023 | TRANSFER TO CUREPOINT LLC ACCOUNT ▮▮▮▮8751 AT EXT BANK ABA # ▮▮▮▮1848 | ($442.38) $0.00 |
| FEB 1 2023 | MONTHLY FEE ▮▮3006▮0131 CUREPOINT CUREPOINT | ($499.00) $442.38 |
| FEB 1 2023 | REF ▮▮0505L FUNDS TRANSFER FRM DEP ▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $7,200.00 $941.38 |
| FEB 1 2023 | REF ▮▮0505L FUNDS TRANSFER FRM DEP ▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $800.00 ($6,258.62) |
| JAN 31 2023 | ECP INCLEARING CHECK - 979 | ($9,697.00) ($7,058.62) |
| JAN 30 2023 | ECP INCLEARING CHECK - 980 | ($3,560.90) $2,638.38 |
| JAN 26 2023 | REF ▮▮0531L FUNDS TRANSFER TO DEP ▮▮▮▮7944 FROM ONLINE FUNDS TRANSFER VIA | ($1,800.00) $6,199.28 |
| JAN 25 2023 | CALL EXPERTS CALL EXPER ▮0125 ▮▮▮▮▮▮IOHY | ($142.64) $7,999.28 |
| JAN 20 2023 | NO AMER BK CO AUTH PAYME ▮0120 ▮▮▮▮▮6FC4 ▮▮▮▮6FC4 | ($1,706.68) $8,141.92 |
| JAN 18 2023 | REF ▮▮0717L FUNDS TRANSFER FRM DEP ▮▮▮▮8140 FROM ONLINE FUNDS TRANSFER VIA | $9,697.00 $9,848.60 |
| JAN 13 2023 | REF ▮▮0629L FUNDS TRANSFER TO DEP ▮▮▮▮9926 FROM ONLINE FUNDS TRANSFER VIA | ($2,910.51) $151.60 |
| JAN 13 2023 | REF ▮▮0628L FUNDS TRANSFER FRM DEP ▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $2,910.51 $3,062.11 |
| JAN 12 2023 | TRANSFER TO DEPOSIT ACCOUNT ▮▮▮▮7894 | ($35,000.00) $151.60 |
| JAN 12 2023 | REF ▮▮1336L FUNDS TRANSFER FRM DEP ▮▮▮▮8431 FROM ONLINE FUNDS TRANSFER VIA | $35,000.00 $35,151.60 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| JAN 6 2023 | PHN/FAX DOM OUT WI | ($100.00) | $151.60 |
| JAN 6 2023 | ALPHA MEDICAL PHYS S LLCINVOICE D2161 , D2160 ALPHA MEDICAL PHYS ICS LLC | ($17,900.00) | $251.60 |
| JAN 6 2023 | REF ▇0943L FUNDS TRANSFER FRM DEP ▇7951 FROM ONLINE FUNDS TRANSFER VIA | $200.00 | $18,151.60 |
| JAN 4 2023 | REF ▇1558L FUNDS TRANSFER FRM DEP ▇8140 FROM ONLINE FUNDS TRANSFER VIA | $17,951.60 | $17,951.60 |
| JAN 3 2023 | TRANSFER TO CUREPOINT LLC ACCOUNT ▇8751 AT EXT BANK ABA # ▇1848 | ($100.21) | $0.00 |
| DEC 30 2022 | MONTHLY FEE ▇2005 ▇1230 CUREPOINT CUREPOINT | ($499.00) | $100.21 |
| DEC 29 2022 | SPECTRUM SPECTRUM ▇8726 | ($343.57) | $599.21 |
| DEC 29 2022 | GPC GPC EFT ▇1229 ▇5057DUB | ($307.32) | $942.78 |
| DEC 29 2022 | REF ▇0804L FUNDS TRANSFER TO DEP ▇9926 FROM ONLINE FUNDS TRANSFER VIA | ($25,531.48) | $1,250.10 |
| DEC 29 2022 | REF ▇0803L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $25,531.48 | $26,781.58 |
| DEC 28 2022 | SPECTRUM SPECTRUM ▇1228 ▇2432 | ($386.45) | $1,250.10 |
| DEC 27 2022 | NORCAL MUT INS INSURANCE ▇1227 ▇0397 ▇0397 | ($5,041.00) | $1,636.55 |
| DEC 27 2022 | REF ▇0706L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $3,000.00 | $6,677.55 |
| DEC 22 2022 | PHN/FAX DOM OUT WI | ($100.00) | $3,677.55 |

| Date | Description | Amount / Balance |
|---|---|---|
| DEC 22 2022 | RADIATION BUSINESS OLUTIONSREF: CUREP OINT PAYMENT; OCTO RADIATION BUSINESS SOLUTIONS | ($41,561.73) $3,777.55 |
| DEC 22 2022 | REF ▇1037L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $40,000.00 $45,339.28 |
| DEC 22 2022 | REF ▇0804L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $5,000.00 $5,339.28 |
| DEC 21 2022 | PITNEY BOWES POSTAGE ▇1221 ▇2286 ▇2286 | ($100.00) $339.28 |
| DEC 21 2022 | CALL EXPERTS CALL EXPER ▇1221 ▇AL2U ▇AL2U | ($140.40) $439.28 |
| DEC 21 2022 | REF ▇0627L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $500.00 $579.68 |
| DEC 20 2022 | NO AMER BK CO AUTH PAYME ▇1220 ▇D744▇ ▇D744 | ($1,706.68) $79.68 |
| DEC 19 2022 | PHN/FAX DOM OUT WI | ($100.00) $1,786.36 |
| DEC 19 2022 | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGE MEDICAL AND PHARMA CY LEGAL | ($20,000.00) $1,886.36 |
| DEC 19 2022 | PHN/FAX DOM OUT WI | ($100.00) $21,886.36 |
| DEC 19 2022 | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | ($20,000.00) $21,986.36 |
| DEC 19 2022 | REF ▇0915L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $40,000.00 $41,986.36 |
| DEC 15 2022 | REF ▇0742L FUNDS TRANSFER TO DEP ▇9926 FROM ONLINE FUNDS TRANSFER VIA | ($26,557.92) $1,986.36 |
| DEC 15 2022 | REF ▇0741L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $25,000.00 $28,544.28 |

| Date | Description | Amount / Balance |
|---|---|---|
| DEC 14 2022 | DOMESTIC WIRE OUT | ($30.00) $3,544.28 |
| DEC 14 2022 | SOLIC CAPITAL ADVI RS LLCINVOICE NO 3 617 AND 3665 SOLIC CAPITAL ADVI SORS LLC | ($50,000.00) $3,574.28 |
| DEC 14 2022 | PHN/FAX DOM OUT WI | ($100.00) $53,574.28 |
| DEC 14 2022 | ELEKTA INC DEPOSIT Y ACCOUNTINVOICES: ▇3756 AND 30 ELEKTA INC DEPOSIT ORY ACCOUNT | ($25,698.14) $53,674.28 |
| DEC 14 2022 | PHN/FAX DOM OUT WI | ($100.00) $79,372.42 |
| DEC 14 2022 | ALPHA MEDICAL PHYS S LLCINVOICE D215 9 AND D2158 ALPHA MEDICAL PHYS ICS LLC | ($20,300.00) $79,472.42 |
| DEC 14 2022 | PHN/FAX DOM OUT WI | ($100.00) $99,772.42 |
| DEC 14 2022 | MAJESTIC INTERNATI AL ELECTRONICCUREP OINT PAYMENT MAJESTIC INTERNATI ONAL ELECTRONIC | ($3,009.46) $99,872.42 |
| DEC 14 2022 | REF ▇1359L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $5,000.00 $102,881.88 |
| DEC 14 2022 | REF ▇1024L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $96,000.00 $97,881.88 |
| DEC 12 2022 | REF ▇0639L FUNDS TRANSFER TO DEP ▇9926 FROM ONLINE FUNDS TRANSFER VIA | ($1,600.26) $1,881.88 |
| DEC 12 2022 | REF ▇0637L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $2,000.00 $3,482.14 |
| DEC 9 2022 | AUTO OWNERS INS WEB PAY ▇1209 ▇6680 ▇6680 | ($512.65) $1,482.14 |
| DEC 8 2022 | PREMIER PROPERTI ACH ▇1208 ▇1606 | ($2,500.00) $1,994.79 |

| Date | Description | Amount / Balance |
|---|---|---|
| DEC 8 2022 | Pitney Purchase DIRECT DEB ▮1208 PBPurchasPwr PBPurchasPwr | ($56.83) $4,494.79 |
| DEC 7 2022 | PHN/FAX DOM OUT WI | ($100.00) $4,551.62 |
| DEC 7 2022 | ROUNTREE LEITMAN K IN AND GEER LLCCUR EPOINT LLC COUNCIL ROUNTREE LEITMAN K LEIN AND GEER LLC | ($79,773.24) $4,651.62 |
| DEC 7 2022 | PHN/FAX DOM OUT WI | ($100.00) $84,424.86 |
| DEC 7 2022 | CUREPOINT DUBLIN L CUREPOINT DUBLIN L LC | ($17,000.00) $84,524.86 |
| DEC 7 2022 | REF▮1146L FUNDS TRANSFER FRM DEP▮8431 FROM ONLINE FUNDS TRANSFER VIA | $100,000.00 $101,524.86 |
| DEC 6 2022 | Infiniti Auto Loan ▮1206▮7656 | ($475.14) $1,524.86 |
| DEC 6 2022 | REF▮0611L FUNDS TRANSFER FRM DEP▮8431 FROM ONLINE FUNDS TRANSFER VIA | $2,000.00 $2,000.00 |
| DEC 5 2022 | TRANSFER TO CUREPOINT LLC ACCOUNT▮8751 AT EXT BANK ABA #▮1848 | ($1,771.61) $0.00 |
| DEC 5 2022 | QUARTERLY FEE PAYMENT▮0000 | ($1,010.00) $1,771.61 |
| DEC 5 2022 | QUARTERLY FEE PAYMENT▮0000 | ($1,010.00) $2,781.61 |
| DEC 1 2022 | MONTHLY FEE▮2009▮1130 CUREPOINT CUREPOINT | ($499.00) $3,791.61 |
| DEC 1 2022 | REF▮0815L FUNDS TRANSFER TO DEP▮9926 FROM ONLINE FUNDS TRANSFER VIA | ($25,969.08) $4,290.61 |
| DEC 1 2022 | REF▮0814L FUNDS TRANSFER FRM DEP▮8431 FROM ONLINE FUNDS TRANSFER VIA | $25,969.08 $30,259.69 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| NOV 30 2022 | SERVICE CHARGE | ($0.06) | $4,290.61 |
| NOV 29 2022 | SPECTRUM SPECTRUM ▮1129▮6701 | ($507.74) | $4,290.67 |
| NOV 29 2022 | GPC GPC EFT ▮1129▮5057DUB | ($299.63) | $4,798.41 |
| NOV 28 2022 | SPECTRUM SPECTRUM ▮1128▮1753 | ($599.00) | $5,098.04 |
| NOV 23 2022 | PHN/FAX DOM OUT WI | ($100.00) | $5,697.04 |
| NOV 23 2022 | ELEKTA INC DEPOSIT Y ACCOUNTINVOICES ▮3347▮9343 ELEKTA INC DEPOSIT ORY ACCOUNT | ($25,698.14) | $5,797.04 |
| NOV 23 2022 | REF ▮1247L FUNDS TRANSFER FRM DEP ▮8431 FROM ONLINE FUNDS TRANSFER VIA | $25,000.00 | $31,495.18 |
| NOV 22 2022 | PHN/FAX DOM OUT WI | ($100.00) | $6,495.18 |
| NOV 22 2022 | ERICH RANDOLPHWELL FARGO BANK, NA ERICH RANDOLPH | ($20,000.00) | $6,595.18 |
| NOV 22 2022 | PHN/FAX DOM OUT WI | ($100.00) | $26,595.18 |
| NOV 22 2022 | MEDICAL AND PHARMA LEGALCUREPOINT P HYSICIANS COVERAGE MEDICAL AND PHARMA CY LEGAL | ($20,000.00) | $26,695.18 |
| NOV 22 2022 | REF ▮1401L FUNDS TRANSFER FRM DEP ▮8431 FROM ONLINE FUNDS TRANSFER VIA | $40,000.00 | $46,695.18 |
| NOV 21 2022 | NO AMER BK CO AUTH PAYME ▮1121▮F024▮ ▮F024 | ($1,706.68) | $6,695.18 |
| NOV 17 2022 | Hewlett Pack 00 PAYMENTS ▮1117 REF:▮6491 REF ▮6491 | $7,751.85 | $8,401.86 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| NOV 16 2022 | LEASE DIRECT WEB PAY ▇1116 ▇9440 ▇9440 | ($260.80) | $650.01 |
| NOV 16 2022 | REF ▇0740L FUNDS TRANSFER TO DEP ▇9926 FROM ONLINE FUNDS TRANSFER VIA | ($25,966.75) | $910.81 |
| NOV 16 2022 | PHN/FAX DOM OUT WI | ($100.00) | $26,877.56 |
| NOV 16 2022 | ALPHA MEDICAL PHYS S LLCINVOICE D2155 D2156 ALPHA MEDICAL PHYS ICS LLC | ($13,100.00) | $26,977.56 |
| NOV 16 2022 | REF ▇1233L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $13,000.00 | $40,077.56 |
| NOV 16 2022 | REF ▇0739L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $25,500.00 | $27,077.56 |
| NOV 15 2022 | CALL EXPERTS CALL EXPER ▇1115 ▇ONG7 ▇ONG7 | ($139.10) | $1,577.56 |
| NOV 14 2022 | REF ▇0955L FUNDS TRANSFER TO DEP ▇9926 FROM ONLINE FUNDS TRANSFER VIA | ($1,600.26) | $1,716.66 |
| NOV 14 2022 | REF ▇954L FUNDS TRANSFER FRM DEP ▇8431 FROM ONLINE FUNDS TRANSFER VIA | $1,500.00 | $3,316.92 |
| NOV 10 2022 | PINELAND TELE Mth Fe-PTC ▇1110 ▇406-2 ▇406-2 | ($69.00) | $1,816.92 |

**Page totals: Credits: [28] $568,011.52 | Debits: [72] ($567,995.16)**