| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 9546 | 02/28/2023 | | REF 0590920L FUNDS TRANSFER FRM DEP ███ 8140 FROM ONLINE TRANSFER TO PAY EV | | 47690.10 |
| 9546 | 02/23/2023 | | CALL EXPERTS CALL EXPER 230223 ID2KNHQADA ID2KNHQADA | 133.04 | |
| 9546 | 02/21/2023 | | NO AMER BK CO AUTH PAYME 230221 G-F8B71C06DA1B4 G-F8B71C06DA1B4 | 1706.68 | |
| 9546 | 02/15/2023 | | QUARTERLY FEE PAYMENT 230215 0000 0000 | 7689.00 | |
| 9546 | 02/15/2023 | | REF 0460731L FUNDS TRANSFER FRM DEP ███ 8140 FROM ONLINE FUNDS TRANSFER VIA | | 10000.00 |
| 9546 | 02/10/2023 | | PINELAND TELE Mth Fe-PTC 230210 00020406-2 00020406-2 | 69.00 | |
| 9546 | 02/08/2023 | | REF 0390557L FUNDS TRANSFER FRM DEP ███ 8140 FROM ONLINE FUNDS TRANSFER VIA | | 1500.00 |
| 9546 | 02/03/2023 | | TRANSFER TO CUREPOINT LLC ACCOUNT ███ 8751 AT EXT BANK ABA # ███ 1848 | 442.38 | |
| 9546 | 02/01/2023 | | MONTHLY FEE b310123006 230131 CUREPOINT CUREPOINT | 499.00 | |
| 9546 | 02/01/2023 | | REF 0320505L FUNDS TRANSFER FRM DEP ███ 8431 FROM ONLINE FUNDS TRANSFER VIA | | 7200.00 |
| 9546 | 02/01/2023 | | REF 0320505L FUNDS TRANSFER FRM DEP ███ 8431 FROM ONLINE FUNDS TRANSFER VIA | | 800.00 |
| | | | *(net of transfers between accounts and true ups to Cancer Care re sale)* | $ 2,850.10 | 0 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 7944 | 2/28/2023 | | SERVICE CHARGE | 0.02 | |
| 7944 | 2/14/2023 | | REF 0451103L FUNDS TRANSFER FRM DEP ███ 8140 FROM ONLINE FUNDS TRANSFER VIA | | 10000 |
| 7944 | 2/8/2023 | | REF 0390558L FUNDS TRANSFER FRM DEP ███ 8140 FROM ONLINE FUNDS TRANSFER VIA | | 1500 |
| 7944 | 2/7/2023 | | AFCO AFCO 230207 0154721687 0154721687 | 1378.47 | |
| | | | *(net of transfers between accounts and true ups to Cancer Care re sale)* | $ 1,378.49 | $0 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| 8140 | 2/28/2023 | | INTEREST CREDIT | | 11192.09 |
| 8140 | 2/28/2023 | | SERVICE CHARGE | 15 | |
| 8140 | 2/28/2023 | | REF 0590920L FUNDS TRANSFER TO DEP ███ 9546 FROM ONLINE TRANSFER TO PAY EV | 47690.1 | |
| 8140 | 2/15/2023 | | REF 0460731L FUNDS TRANSFER TO DEP ███ 9546 FROM ONLINE FUNDS TRANSFER VIA | 10000 | |
| 8140 | 2/14/2023 | | REF 0451103L FUNDS TRANSFER TO DEP ███ 7944 FROM ONLINE FUNDS TRANSFER VIA | 10000 | |
| 8140 | 2/13/2023 | | REF 0441523L FUNDS TRANSFER TO DEP ███ 8431 FROM ONLINE FUNDS TRANSFER VIA | 37910.51 | |
| 8140 | 2/9/2023 | | REF 0400800L FUNDS TRANSFER TO DEP ███ 8431 FROM ONLINE FUNDS TRANSFER VIA | 8000 | |
| 8140 | 2/8/2023 | | REF 0390558L FUNDS TRANSFER TO DEP ███ 7944 FROM ONLINE FUNDS TRANSFER VIA | 1500 | |
| 8140 | 2/8/2023 | | REF 0390557L FUNDS TRANSFER TO DEP ███ 9546 FROM ONLINE FUNDS TRANSFER VIA | 1500 | |
| | | | *(net of transfers between accounts and true ups to Cancer Care re sale)* | $ 15.00 | $ 11,192.09 |