| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| ███8140 | 03/31/2023 | | INTEREST CREDIT | | $ 12,216.42 |
| ███8140 | 03/08/2023 | | REF 0671114L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | $ 15,000.00 | |
| | | | (net of transfers between accounts) | $0 | |
| | | | | | $ 12,216.42 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| ███9546 | 03/23/2023 | | Eversheds Suther 1226364 1226364Invoice no. 1226364 e19068494 | $ 47,690.10 | |
| ███9546 | 03/23/2023 | | Radiology Oncolo 22RAD-4959 22RAD-4959AInvoice no. 22RAD-4959A e19059884 | $ 3,800.00 | |
| ███9546 | 03/23/2023 | | CALL EXPERTS CALL EXPER 230323 ID3KNK5GAF ID3KNK5GAF | $ 133.04 | |
| ███9546 | 03/23/2023 | | REF 0820826L FUNDS TRANSFER FRM DEP ███7944 FROM ONLINE FUNDS TRANSFER VIA | | $ 4,000.00 |
| ███9546 | 03/20/2023 | | NO AMER BK CO AUTH PAYME 230320 G-AE3CFE1F809C4 G-AE3CFE1F809C4 | $ 1,706.68 | |
| ███9546 | 03/14/2023 | | GEORGE ADAMS AND 9155 9155Invoice no. 91 55 e18482366 | $ 796.00 | |
| ███9546 | 03/14/2023 | | Melio 1560310 1560310 e18458975 | $ 1.50 | |
| ███9546 | 03/13/2023 | | Jamila Dadabhoy REIMB REIMBInvoice no. R EIMB e18450830 | $ 812.19 | |
| ███9546 | 03/13/2023 | | Oconee Fall Line 23-1-6 23-1-6Invoice no. 23-1-6 e18450979 | $ 627.43 | |
| ███9546 | 03/13/2023 | | Radiation Produc 289714 289714Invoice no. 289714 e18452745 | $ 315.18 | |
| ███9546 | 03/08/2023 | | REF 0671114L FUNDS TRANSFER FRM DEP ███8140 FROM ONLINE FUNDS TRANSFER VIA | | $ 15,000.00 |
| ███9546 | 03/03/2023 | | TRANSFER TO CUREPOINT LLC ACCOUNT ███8751 AT EXT BANK ABA # ███1848 | $ 12,561.75 | |
| | | | (net of transfers between accounts) | $ 55,882.12 | |
| | | | | | $0 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| ███7944 | 03/23/2023 | | REF 0820826L FUNDS TRANSFER TO DEP ███9546 FROM ONLINE FUNDS TRANSFER VIA | $ 4,000.00 | |
| | | | (net of transfers between accounts) | $0 | |
| | | | | | $0 |

| Account Number | Post Date | Check | Description | Debit | Credit |
|---|---|---|---|---|---|
| ███3915 | 3/31/2023 | | Monthly Service Fee | $15 | |
| | | | | $15 | |
| | | | | | $0 |



Good Afternoon, Nathaniel DeLoatch

# ADVANTAGE COMM MM ██████ 8140

Last Updated: April 17, 2023 12:43 PM

**$5,233,405.53**
Current Balance

**$5,233,405.53**
Available Balance

**Transactions**    Details & Settings

| **Start Date** | | **End Date** | |
|---|---|---|---|
| 03/01/2023 | 📅 | to | 03/31/2023 📅 |

**Description**

**Transaction Type**

⌄

| **Min Amount** | | **Max Amount** | |
|---|---|---|---|
| $ | 0.00 | to | $ 0.00 |

**Starting Check #**

**Ending Check #**

to

| Date | Description | Amount |
|---|---|---|

| | | | |
|---|---|---|---|
| MAR 31 2023 | INTEREST CREDIT | $12,216.42 | ⋮ |
| MAR 8 2023 | REF 0671114L FUNDS TRANSFER TO DEP ▮▮▮▮9546 FROM ONLINE FUNDS TRANSFER VIA | ($15,000.00) | ⋮ |

**Page totals:** Credits: [1] **$12,216.42** | Debits: [1] **($15,000.00)**

# SYNOVUS®

P.O. Box 2646-R, Columbus, GA 31902

## Statement of Account

| | |
|---|---|
| Last statement: | February 28, 2023 |
| This statement: | March 31, 2023 |
| Total days in statement period: 31 | |

████-794-4          031          165

Page    1 of 1

Direct inquiries to:
888-796-6887

CUREPOINT LLC
AS DEBTOR-IN-POSSESSION
DAVID A WENDER AS CHAP 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | ████-794-4 | $6,248.41 |

## Pro Business Checking    Account Number ████-794-4

| | | | |
|---|---|---|---|
| Beginning balance | 10,248.41 | | |
| Deposits/Credits | 0.00 | Low balance | 6,248.41 |
| Withdrawals/Debits | 4,000.00 | Average balance | 9,087.12 |
| Ending balance | 6,248.41 | Average collected balance | 9,087.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 03-23 | Transfer | REF 0820826L FUNDS TRANSFER TO DEP████9546 FROM ONLINE FUND███NSFER VIA | 4,000.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 10,248.41 | 03-23 | 6,248.41 | | |



If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

### BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)   State your name and account number.
(2)   Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.
(3)   Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

### Statement of Account

Last statement:        February 28, 2023
This statement:        March 31, 2023
Total days in statement period: 31

██████954-6              031              165

Page    1 of 2

Direct inquiries to:
888-796-6887

CUREPOINT LLC
AS DEBTOR-IN-POSSESSION
DAVID A WENDER AS CHAP 11 TRUSTEE
3180 MATHIESON DR UNIT 712
ATLANTA GA 30005

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Pro Business Checking | █████-954-6 | $148.51 |

## Pro Business Checking

Account Number █████-954-6

| | | | |
|---|---|---|---|
| Beginning balance | 49,592.38 | | |
| Deposits/Credits | 19,000.00 | Low balance | 148.51 |
| Withdrawals/Debits | 68,443.87 | Average balance | 33,428.66 |
| Ending balance | 148.51 | Average collected balance | 33,428.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 03-03 | Automatic Transfer | TRANSFER TO CUREPOINT LLC ACCOUNT ███87 AT EXT BAN █# ███1848 | 12,561.75 |
| 03-13 | Preauthorized Wd | Radiation Produc 289714 289714Invoice no. 289714 | 315.18 |
| 03-13 | Preauthorized Wd | Oconee Fall Line 23-1-6 23-1-6Invoice no. 23-1-6 | 627.43 |
| 03-13 | Preauthorized Wd | Jamila Dadabhoy REIMB REIMBInvoice no. REIMB | 812.19 |
| 03-14 | Preauthorized Wd | Melio 1560310 1560310 | 1.50 |
| 03-14 | Preauthorized Wd | GEORGE ADAMS AND 9155 9155Invoice no. 9155 | 796.00 |
| 03-20 | Preauthorized Wd | NO AMER BK CO AUTH PAYME 230320 G-AE3CFE1F809C4 | 1,706.68 |
| 03-23 | Preauthorized Wd | CALL EXPERTS CALL EXPER 230323 ID3KNK5GAF | 133.04 |
| 03-23 | Preauthorized Wd | Radiology Oncolo 22RAD-4959 22RAD-4959AInvoice no. 22RAD-4959A | 3,800.00 |
| 03-23 | Preauthorized Wd | Eversheds Suther 1226364 1226364Invoice no. 1226364 | 47,690.10 |



P.O. Box 2646-R, Columbus, GA 31902

March 31, 2023
████-954-6
CUREPOINT LLC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 03-08 | Transfer | REF 0671114L FUNDS TRANSFER FRM DEP ████ 8140 FROM ONLINE FUNDS TRANSFER VIA | 15,000.00 |
| 03-23 | Transfer | REF 0820826L FUNDS TRANSFER FRM DEP ████ 7944 FROM ONLINE FUNDS TRANSFER VIA | 4,000.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | 49,592.38 | 03-13 | 50,275.83 | 03-20 | 47,771.65 |
| 03-03 | 37,030.63 | 03-14 | 49,478.33 | 03-23 | 148.51 |
| 03-08 | 52,030.63 | | | | |



**Checks and Debits Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **Total** |        |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1)  Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2)  Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3)  Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4)  Enter the "Ending Balance" shown on this statement         $_____

(5)  Add (+) deposits not shown on this statement (if any)      +_____

(6)  Subtract(-) checks and/or other outstanding debits         -_____

(7)  Balance should equal the balance in your checkbook         $_____

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

**BILLING RIGHTS SUMMARY**
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1)  State your name and account number.
(2)  Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.
(3)  Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 01, 2023 through March 31, 2023
Account Number: ▇▇▇▇ 3915



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

CUREPOINT, LLC
11175 CICERO DR STE 100
ALPHARETTA GA 30022-1179

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

### CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$215.20** |
| Fees | 1 | -15.00 |
| **Ending Balance** | **1** | **$200.20** |

Your Monthly Service Fee was $15 this statement period.



March 01, 2023 through March 31, 2023

Account Number: ███████3915

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $215.20.
- $2,000 Chase Payment Solutions<sup>SM</sup>Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink<sup>®</sup> Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures  or visit a Chase branch.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/31 | $200.20 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**