**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

### CERTIFICATE OF SERVICE

I certify that, on July 10, 2023, I caused to be filed the *Monthly Operating Report for May 2023* [D.I. 291] (the "Report"), which caused the Report to be served upon all parties registered via CM/ECF, including the following:

- **John A. Christy**   jchristy@swfllp.com, amcrae@swfllp.com
- **Nathaniel DeLoatch**   nathanieldeloatch@eversheds-sutherland.us
- **Taylor L. Dove**   tdove@huntermaclean.com, aharris@huntermaclean.com;pciolkosz@huntermaclean.com
- **David A. Garland**   dgarland@mcdr-law.com, dgarland@mcdr-law.com;tlansman@mcdr-law.com
- **Will B. Geer**   wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;swenger@rlkglaw.com
- **Justin M. Gillman**   jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
- **Brian P. Hall**   bhall@sgrlaw.com, sgr.notifications@gmail.com
- **Alan C. Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Michael F. Holbein**   mholbein@sgrlaw.com
- **Milton D. Jones**   miltondjonesatty@gmail.com, mmajone14@gmail.com;G61681@notify.cincompass.com
- **Vivieon K Jones**   vivieon.jones@usdoj.gov
- **Lindsay P. S. Kolba**   lindsay.p.kolba@usdoj.gov

- **J. Michael Levengood**  mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Francesca Macchiaverna**  fmacchiaverna@huntermaclean.com, aharris@huntermaclean.com;pciolkosz@huntermaclean.com
- **Brian J. Malcom**  brian.malcom@hklaw.com
- **John G. McCullough**  jmccullough@aldridgepite.com
- **Leslie M. Pineyro**  lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
- **Caitlyn Powers**  cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com
- **William A. Rountree**  wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com
- **Aaron P.M. Tady**  atady@colesbarton.com, mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com
- **Fred B. Wachter**  fbwachter@wachterlaw.com
- **David Wender**  davidwender@eversheds-sutherland.com

I further certify that, on July 12, 2023, I caused the Report to be served via First Class Mail, postage prepaid on all parties as set forth on the attached service list.

Dated: July 12, 2023

> Respectfully submitted,
>
> /s/ _Nathaniel T. DeLoatch_
> Nathaniel T. DeLoatch (216330)
> Eversheds Sutherland (US) LLP
> 999 Peachtree Street, NE, Suite 2300
> Atlanta, GA 30309-3996
> Telephone: 404.853.8356
> Facsimile:  404.853.8356
> nathanieldeloatch@eversheds-sutherland.com
>
> *Counsel for the Chapter 11 Trustee*

2

## SERVICE LIST

| | |
|---|---|
| **Alder Opportunity LP**<br>**c/o Marna Friedman**<br>**3405 Dallas Highway**<br>**Suite 827**<br>**Marietta, GA, 30064** | **BANKERS HEALTHCARE GROUP LLC**<br>**(ATTN: BANKRUPTCY DEPT)**<br>**201 SOLAR STREET**<br>**SYRACUSE, NY 13204-1425** |
| **Bankers Healthcare Group, LLC**<br>**(ATTN: Albert Crawford)**<br>**10234 W State Road 84**<br>**Fort Lauderdale, FL 33324** | **CHESAPEAKE BANK**<br>**97 N. MAIN ST.**<br>**Kilmarnock, VA, 22482** |
| **Click Capital Group, LLC**<br>**7901 4th St N., Ste 300**<br>**Saint Petersburg, FL 33702-4399** | **CLG Servicing, LLC**<br>**Gillman, Bruton& Capone, LLC**<br>**770 Amboy Avenue**<br>**Edison, NJ 08837-3224** |
| **Georgia Department of Labor**<br>**148 Andrew Young Inter. Blvd**<br>**Room 738**<br>**Atlanta, GA, 30303-0000** | **Georgia Department of Revenue**<br>**ARCS – Bankruptcy**<br>**1800 Century Blvd NE, Suite 9100**<br>**Atlanta, GA, 30345** |

3

| | |
|---|---|
| **HEWLETT-PACKARD FINANCIAL SERVICES COMPANY**<br>**200 CONNELL DRIVE**<br>**Berkeley Heights, NJ, 07922** | **Internal Revenue Service**<br>**CIO**<br>**P.O. Box 7346**<br>**Philadelphia, PA, 19101-7346** |
| **Newtek Small Business Finance**<br>**4800 T-Rex Avenue Suite 120**<br>**Boca Raton, FL, 33431** | **PointOne Capital, LLC**<br>**1825 65th Street**<br>**Brooklyn, NY 11204-3819** |
| **Plexe, LLC**<br>**6295 Greenwood Plaza Blvd**<br>**Suite 100**<br>**Greenwood Village, CO, 80111** | **Premium Merchant Funding 18, LLC**<br>**55 Water Street, 50th FL**<br>**New York, NY 10041-3203** |
| **Secure Capital, LLC**<br>**323 Sunny Isles Beach Blvd., Ste. 503**<br>**Sunny Isles Beach, FL 33160** | **US Small Business Administration**<br>**233 Peachtree St. NE., Suite 300**<br>**Atlanta, GA 30303-1553** |

| | |
|---|---|
| **US Bank, N.A.**<br>**1310 Madrid Street**<br>**Marshall, MN 56258-4099** | **Zen Capital c/o Trevor Talbot**<br>**602 NE 38th Street**<br>**Fort Lauderdale, FL, 33334** |
| **Zeroholding, LLC**<br>**11175 Cicero Drive**<br>**Suite 100**<br>**Alpharetta, GA, 30022** | |

5