## SCHEDULE B

## RETAINED CAUSES OF ACTION

## Schedule B – Retained Causes of Action

- Any and all Claims or Causes of Action against any Insider of the Debtor
- Any and all Claims or Causes of Action against Phillip Miles
- Any and all Claims or Causes of Action against Michael Miles
- Any and all Claims or Causes of Action against the Miles Entities
- Any and all Claims or Causes of Action against Dadabhoy
- Any and all Claims or Causes of Action against Dooley
- Any and all Claims or Causes of Action against Dooley Investment
- Any and all Avoidance Actions
- Any and all Challenges to any Filed Claim
- Any and all Claims or Causes of Action which are the subject of a pending Adversary Proceeding