## **SCHEDULE D**

## *PROPOSED* **NOTICE OF EFFECTIVE DATE**

Case 22-56501-pmb    Doc 312-4    Filed 08/29/23    Entered 08/29/23 15:41:48    Desc
Schedule D - Proposed Notice of Effective Date    Page 1 of 4

56

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER; (II) OCCURRENCE OF EFFECTIVE DATE; AND (III) DEADLINE FORE REQUESTS FOR PAYMENT**

1.  **Confirmation and Occurrence of Effective Date.** On [●], 2023, the United States Bankruptcy Court for the Northern District of Georgia (the "**Bankruptcy Court**") confirmed the *Chapter 11 Plan of Liquidation of Curepoint, LLC* (the "**Plan**") which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order Confirming the Chapter 11 Plan of Liquidation of Curepoint, LLC* (Doc. No. [●]) (the "**Confirmation Order**").[1] The Effective Date, as defined in the Plan, occurred on [●], 2023 at 11:59 p.m. The release, exculpation and injunction provisions of the Plan are now in full force and effect.

2.  **Professional Fee Claims.**

    a.  *Final Fee Applications.* All final requests for payment of Professional Fee Claims must be filed no later than **[●], 2023**. After notice and, if necessary, a hearing in accordance with the procedures established by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and prior orders of the Bankruptcy Court, the Allowed amounts of such Professional Fee Claims shall be determined by the Bankruptcy Court.

    b.  *Post-Effective Date Retention.* Upon the Effective Date, any requirement that Professionals comply with sections 327 through 331 of the Bankruptcy Code in seeking retention or compensation for services rendered after the Effective Date shall terminate, and the Liquidation Trustee shall be permitted to employ and pay professionals in accordance with the Plan and the Liquidation Trust Agreement.

3.  **Administrative Expense Claims.** Except as otherwise provided in the Plan, the last date for the filing by any Person of any motion or application for allowance of Administrative Expense Claims, *exclusive of* Professional Fee Claims (which are addressed separately herein), that has accrued following the Petition Date and prior to the Effective Date of the Plan shall be filed by no later than 5:00 p.m. (prevailing Eastern time) on **[●], 2023** (the "**Administrative Claims Bar Date**"). Any such Administrative Expense Claim must be filed with the Bankruptcy Court by the Administrative Claims Bar Date and must be served so as to be actually received by

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Disclosure Statement and Plan.

49109962.1

the Administrative Claims Bar Date on (i) the Liquidation Trustee, David A. Wender, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 (email davidwender@eversheds-sutherland.com); and (ii) the Liquidation Trustee's counsel, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 Attn: Nathaniel DeLoatch (Nathanieldeloatch@eversheds-sutherland.com).  **Any person who fails to timely file and serve by the Administrative Claims Bar Date an Administrative Expense Claim that has accrued between the Petition Date and the Effective Date shall not be entitled to an Administrative Expense Claim or to receive payments thereon.**

4. **Claims Objection Deadline. "Claims Objection Deadline"** means the later of (a) the first Business Date that is at least 180 days after the Effective Date; or (b) such later date as may be established by the Bankruptcy Court by motion of the Liquidation Trustee, which deadline shall be automatically extended upon the filing of such motion until such time as the Bankruptcy Court enters an order on such motion.

5. **Executory Contracts and Unexpired Leases to Be Rejected.**  Except as otherwise provided in the Plan, the entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the rejection of each Executory Contract and Unexpired Lease of the Debtor which has not previously been assumed and assigned, or rejected, prior to the Confirmation Date, shall be deemed rejected in accordance with, and subject to sections 365 and 1123 of the Bankruptcy Code as of the Effective Date of the Plan.  The last date for filing a Proof of Claim related to an Executory Contract or Unexpired Lease rejected as the Effective Date is **[●], 2023 (**21 days after service of Notice of Effective Date).

6. **Binding Effect.**  The provisions of the Plan shall bind the Debtor, the Liquidation Trust, the Liquidation Trustee, any Entity acquiring property under the Plan, any Liquidation Trust Beneficiary, and any Creditor or Interest Holder, whether or not such Creditor or Interest Holder has filed a Proof of Claim or Proof of Interest in the Chapter 11 Case, whether or not the Claim of such Creditor or the Interest Holder is impaired under the Plan, and whether or not such Creditor or Interest Holder has accepted or rejected the Plan.  All Claims shall be fixed and adjusted pursuant to the Plan and the Confirmation Order.

7. **Post-Effective Date Notice Pursuant to Bankruptcy Rule 2002.** After the Effective Date, to continue to receive notice of documents pursuant to Bankruptcy Rule 2002, all creditors and other parties in interest (except those listed in the Confirmation Order) must file a renewed notice of appearance requesting receipt of documents pursuant to Bankruptcy Rule 2002.

8. **Access to Documents.**  Copies of the Plan, the Confirmation Order and other related documents may be (i) requested from counsel to the Liquidation Trustee, Eversheds Sutherland (US) LLP at the address listed herein or (ii) viewed by accessing them online through the Court's website: www.ganb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.

*Remainder of page intentionally left blank*

49109962.1

Dated: _____

        **EVERSHEDS SUTHERLAND (US) LLP**

_____
Nathaniel T. DeLoatch
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Email: nathanieldeloatch@eversheds-sutherland.com

Counsel for the Chapter 11 Trustee

49109962.1