## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## NOTICE OF FOURTH AND FINAL APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE CHAPTER 11 TRUSTEE, DEADLINE TO OBJECT AND HEARING

*Eversheds Sutherland (US) LLP* has filed a *FOURTH AND FINAL APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE CHAPTER 11 TRUSTEE* (the "Final Application") on January 19, 2024. Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within *twenty-one (21) days,* from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303, and serve a copy on the movant's attorney, Nathaniel T. DeLoatch, Eversheds Sutherland (US) LLP, 999 Peachtree St., NE, Suite 2300, Atlanta, GA 30309, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **February 26, 2024**. The Court will hold a hearing on the Final Application at **1:20 p.m.** on **February 26, 2024** in **Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: January 19, 2024                              Respectfully submitted,

                                                    /s/ *Nathaniel T. DeLoatch*
                                                    Nathaniel T. DeLoatch (Ga. Bar No. 216330)
                                                    Eversheds Sutherland (US) LLP
                                                    999 Peachtree Street, NE, Suite 2300
                                                    Atlanta, GA 30309-3996
                                                    Telephone: 404.853.8356
                                                    Nathanieldeloatch@eversheds-sutherland.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>         Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

**SUMMARY OF FOURTH AND FINAL APPLICATION OF EVERSHEDS
SUTHERLAND (US) LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**

| | |
|---|---|
| Name of Applicant: | Eversheds Sutherland (US) LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Period for which compensation and Reimbursement is sought: | November 1, 2023 – December 29, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $110,789.10 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $635.25 |

This is a final application.

Summary of prior interim application(s):

First Interim Application for period of October 18, 2022 through October 31, 2022 in the amount of $47,690.10, granted on January 31, 2023.

Second Interim Application for period of November 1, 2022 through February 28, 2023 in the amount of $322,765.13, granted on June 13, 2023.

Third Interim Application for period of March 1, 2023 through October 31, 2023 in the amount of $517,308.40, granted on December 5, 2023.

3

### SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
### <u>SERVICES FOR THE APPLICATION PERIOD</u>[1]

| Professional | Background | Rate | Hours | Fees Billed |
|---|---|---|---|---|
| Wender, David A. | Partner | $799.00 | 9.0 | $7,191.00 |
| Kimble, Jennifer | Sr. Counsel | $810.00 | 38.4 | $31,104.00 |
| Sanders, Valerie | Counsel | $675.00 | 2.7 | $1,822.50 |
| DeLoatch, Nathaniel | Associate | $603.00 | 117.2 | $70,671.60 |
| **Grand Total** | | | **167.3** | **$110,789.10** |

---

[1] Eversheds Sutherland (US) LLP's hourly rates for services are comparable to the hourly rates charged in chapter 11 cases by comparably skilled bankruptcy attorneys practicing in law firms of comparable size.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**FOURTH AND FINAL APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
<u>COUNSEL FOR THE CHAPTER 11 TRUSTEE</u>**

COMES NOW Eversheds Sutherland (US) LLP ("<u>ES</u>" or "<u>Applicant</u>"), counsel for David A. Wender, in his role solely as the Chapter 11 Trustee (the "<u>Trustee</u>"), for the above-captioned debtor (the "<u>Debtor</u>"), and hereby files this application (the "<u>Fourth and Final Application</u>") seeking (1) allowance of compensation for professional services rendered in the amount of $110,789.10 and reimbursement of actual and necessary expenses incurred in the amount of $635.25 for the period of November 1, 2023 through and including December 29, 2023 (the "<u>Application Period</u>"), and (2) final approval of the amounts requested herein and in the Interim Applications.[2]

---

[2] "Interim Applications" mean, collectively: (i) the *First Application of Eversheds Sutherland (US) LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 18, 2022 through October 31, 2022 as Counsel for the Chapter 11 Trustee* (D.I. 190) (the "<u>First Interim Application</u>"), granted on January 31, 2023 (D.I. 237); (ii) the *Second Interim Application of Eversheds Sutherland (US) LLP as Counsel for the Chapter 11 Trustee for the Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2022 through and including February 28, 2023* (D.I. 268) (the "<u>Second Interim Application</u>"), granted on June 13, 2023 (D.I. 284); and (iii) the *Third Interim Application of Eversheds Sutherland (US) LLP as Counsel for the Chapter 11 Trustee for the Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2023 through and including October 31, 2023* (D.I. 346) (the "<u>Third Interim Application</u>"), granted on December 5, 2023 (D.I. 350).

In support hereof, ES submits the Declaration of David A. Wender (the "Wender Declaration"), attached hereto as **Exhibit 1** and incorporated herein by reference, confirming the facts set forth in this Fourth and Final Application. In further support hereof, ES respectfully shows as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are: (a) sections 330 and 331 of title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## PERTINENT BACKGROUND

3. On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On October 17, 2022, the United States Trustee filed the *Notice of Appointment of Chapter 11 Trustee and Setting of Bond*, which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. (D.I. 104). On October 18, 2022, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee*. (D.I. 106). The Court approved the appointment of the Trustee on October 19, 2022. (D.I. 108).

4. On October 27, 2022, the Court entered its *Order Approving Chapter 11 Trustee's Application to Retain Eversheds Sutherland (US) LLP as Counsel, Subject to Objection* (D.I. 119) (the "ES Order"). The ES Order permits, among other things, the payment of compensation and reimbursement of expenses to ES by way of application to the Court, subject to the requirements

of sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, or as otherwise ordered by the Court (the "ES Fees").  (*Id.*).

5.      Following the events described in detail in the Interim Applications and the Court's approval of the *First Amended Disclosure Statement* (D.I. 339) and the various forms necessary for solicitation of the Trustee's *Chapter 11 Plan of Liquidation for Curepoint, LLC* (D.I. 312) (the "Plan") by order entered on October 25, 2023 (D.I. 341) (the "Disclosure Statement Order"), on or about October 31, 2023, the Trustee, with the assistance of counsel, began soliciting the Plan to parties-in-interest for consideration and voting as set forth under the Disclosure Statement Order. (*See* D.I. 345).

6.      Following solicitation of the Plan and the passage of the voting deadline, on December 15, 2023, the Trustee, by and through counsel, filed the following documents in support of confirmation of the Plan: (i) the *Final Report of Balloting* summarizing the ballots received and tabulation thereof (D.I. 357); (ii) the *Chapter 11 Trustee's Memorandum of Law in Support of Confirmation of Chapter 11 Plan of Liquidation* (D.I. 360) (the "Confirmation Brief"); (iii) the *Declaration of David A. Wender in Support of Confirmation of the Plan of Liquidation for Curepoint, LLC* (D.I. 361) (the "Plan Declaration"); and (iv) the proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Chapter 11 Trustee's Plan of Liquidation for Curepoint, LLC* (D.I. 362) (the "Proposed Confirmation Order").

7.      The Proposed Confirmation Order evidenced, among other things, the Trustee's negotiations with and the resolution of certain issues informally raised by the AMOA Parties and CLG (both as defined in the Plan).

8.      Following a confirmation hearing on December 18, 2023, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Chapter 11 Trustee's Plan of*

*Liquidation for Curepoint, LLC* (D.I. 365) (the "Confirmation Order") on December 22, 2023.

Shortly thereafter, on January 4, 2024, ES filed the *Notice of (I) Entry of Confirmation Order; (II) Occurrence of Effective Date; and (III) Deadline for Requests for Payment* (D.I. 367) (the "Notice of Effective Date"), providing notice to parties-in-interest of the occurrence of the plan effective date and the deadlines for filing certain claims.

9. Throughout the Application Period, Applicant also continued to represent the Trustee in relation to the adversary proceeding currently pending against Phillip Miles, Jamila Dadabhoy, MEC Capital, Inc., Mittere Inc., MMI Educational Technologies, LLC, Northwinds Leasing, Inc., and Physician Financial Partners, LLC (Adv. Pro. 23-05162-pmb) (the "Miles et al. Adversary Proceeding").

## SUMMARY OF SERVICES

10. Applicant seeks compensation for services performed as counsel to the Trustee during the Application Period in amount of $110,789.10.[3] This is the fourth and final application that Applicant has filed in this Case. A detailed description of services rendered for the Application Period, by date, time, and nature of services performed is attached to the Wender Declaration as **Exhibit A** (the "Invoices") and incorporated herein by reference.

11. For the Application Period, Applicant's attorneys and paraprofessionals have devoted a total of not fewer than 167.3 professional hours in performing services for the Trustee in this Case. A summary of hours spent by each attorney and paraprofessional is set forth in the Invoices.

---

[3] ES's actual fees in this case during the Application Period are $124,626.50. As set forth in the ES's retention application (*see* D.I. 117), ES has reduced its fees by discounting hourly rates as set forth therein.

12.     Applicant has rendered services to the Trustee during the Application Period, including, but not limited to: drafting and filing all documents related to the Plan and confirmation thereof, including all requisite supporting documentation; attending and presenting on behalf of the Trustee at all hearings in the Case and the related adversary proceedings; drafting and filing all motions, briefs, supplements and any and all other documents filed in the Case and the related adversary proceedings; assisting the Trustee in facilitating the administration of the Debtor's estate and carrying out his duties thereto; assisting the Trustee in analyzing claims filed against the estate, developing and implementing strategies with respect thereto, and conducting negotiations with various creditors relative to their respective asserted claims and the Plan and achieving resolutions with respect thereto; facilitating the service of all filings and other required notice documents in the Case and related adversary proceedings and the filing of all notices related thereto.[4]

13.     Applicant has rendered professional services as counsel to the Trustee as requested and as necessary and appropriate and in furtherance of the Trustee's duty and function in this Case. All services provided as counsel to the Trustee were necessary to assist the Trustee in the proper and effective administration of the estate of the Debtor and the protection of the rights and positions of creditors and the estate.   The fair and reasonable value of these services, and the cost of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $124,626.50.

---

[4] Though the Invoices include charges associated with legal services performed by David Wender, it does not include any charges associated with Mr. Wender's performance of his duties as the Chapter 11 Trustee in this Case.

<u>**ARGUMENT**</u>

**A.     The Fees and Expenses Sought Satisfy Applicable Law**

14.     Section 330 of the Bankruptcy Code permits the awarding of reasonable compensation for trustees and their attorneys for services that were actual and necessary. *See* 11 U.S.C. § 330(a)(1)(A).  Reasonableness is determined by applying the lodestar analysis, looking at the hours reasonably spent and the reasonable hourly charge. *See Norman v. Hous. Auth. of the City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).  To determine whether the hourly rates and hours spent are reasonable, section 330 provides that courts should consider all relevant factors, including:

      a.     the time spent on such services;

      b.     the rates charged for such services;

      c.     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of the case;

      d.     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

      e.     whether the professional person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

      f.     whether the compensation is reasonable based on customary compensation charged by comparably skilled practitioners in non-bankruptcy cases.

11 U.S.C. § 330(a)(3).

15.     The size of a fee request is not grounds alone for disallowance of a fee. *In re Nilhand Developers, LLC*, 2021 Bankr. LEXIS 266, at *36 (Bankr. N.D. Ga. Feb. 4, 2021).  Courts must consider "fees in the context of the tasks undertaken and whether they are reasonable and necessary, looking at the nature of the problems faced, the work done to address them, and any

opposition or cooperation the trustee received." *Id.*   To make this determination, courts typically apply the *Johnson* factors, which include:

g.      the time and labor required;

h.      the novelty and difficulty of the questions presented by the case;

i.      the skill requisite to perform the legal service properly;

j.      the preclusion of other employment by the attorney due to acceptance of the case;

k.      the customary fee for similar work in the community;

l.      time pressures imposed by the client or the circumstances;

m.      the amount involved and the results obtained as a result of the attorneys' services;

n.      the experience, reputation and ability of the attorneys;

o.      the desirability of the case;

p.      the nature and length of the professional relationship with the client; and

q.      awards in similar cases.

*Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974).

16.      The fees and expenses sought in the Fourth and Final Application satisfy section 330 of the Bankruptcy Code and the applicable *Johnson* factors.  First, the time and labor required support the Fourth and Final Application.  During the Application Period, counsel for the Trustee has assisted the Trustee in the numerous complex tasks assisting in the furtherance of his duties, including the drafting of all Plan support documents, the prosecution of adversary proceedings, and the negotiation and settlement of informal disputes relative to the Plan and various asserted claims. Given this, the time and labor expended were necessary under the circumstances.

17.      Second, the questions presented were sufficiently novel and difficult to justify the fees and expenses sought, especially in light of the Plan and pending adversary proceeding.  Third, attorneys for Applicant possess and deployed the skills requisite to properly perform the required

legal services.  Fourth, Applicant submits that its requested hourly rates are equal to or less than the rates of lawyers of reasonably comparable skills, experience, and reputation in cases of similar complexity and size in the geographic area in which it practices and in cases not proceeding under the Bankruptcy Code. *See* 11 U.S.C. § 330(a)(3)(F); *see also In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 849 (3rd Cir. 1994) (citing to legislative history related to 11 U.S.C. § 330, adopted in 1978, for the proposition that "[t]he unambiguous policy inspiring § 330(a), expressed most clearly [by Congress], is that professionals and paraprofessionals in bankruptcy cases should earn the same income as their non-bankruptcy counterparts.").

18.    Sixth, Applicant submits that the results obtained support the fees and expenses sought, including confirmation of the Plan and the expeditious implementation of the Plan Effective Date.  Finally, Applicant is a major law firm whose attorneys have developed and demonstrate a high level of legal skills, experience, and expertise in the effective and economic representation of fiduciaries in chapter 11 cases and are well-versed in both the substantive and procedural issues which arise in such cases and, consequently, are able to provide prompt, efficient, and effective legal services as required.

19.    Applicant submits that all services for which compensation is requested have been actually provided to the Trustee and to no other parties, have been necessary for the proper and effective administration of this Case and for the benefit of the Debtor's bankruptcy estate and its creditors.

20.    In light of the foregoing, Applicant submits that it is entitled to allowance of compensation in the amount of not less than $110,789.10 of fees that arose based on a "lodestar" calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on the Invoices.  Applicant contends that the compensation requested herein satisfies

the standards and guidelines set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974), and adopted by the Eleventh Circuit in *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990), for evaluation of applications for compensation. And, consequently, the amounts requested herein and in the Interim Applications should be allowed on a final basis.

## ACTUAL AND NECESSARY EXPENSES

21.    As set forth in the Wender Declaration and the exhibits thereto, Applicant seeks reimbursement of $635.25 in expenses incurred during the Application Period. During the Application Period, Applicant has incurred and paid its actual and necessary disbursements and expenses. These expenses are reasonable and necessary and were essential to the overall administration of the Case.

22.    From time to time, overnight delivery of documents and other materials was required as a result of circumstances necessitating express services. These disbursements were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Trustee, the Debtor's estate, and its creditors.

23.    The Trustee has reviewed this Fourth and Final Application and has approved the requested amounts.

24.    Applicant requests that this Fourth and Final Application and the attached exhibits be admitted into evidence at any hearing on this Fourth and Final Application.

## CONCLUSION

WHEREFORE, Applicant respectfully requests that it be granted, through an order substantially in the form attached hereto as **Exhibit 2**, (i) a final allowance in the amount of

$110,789.10 for professional services rendered to or on behalf of the Trustee during the Application Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Application Period in the sum of $635.25, (ii) that the Trustee be authorized to make payment of the same as an administrative expense immediately upon entry of this order, (iii) final allowance of the amounts previously awarded in relation to the Interim Applications, and (iv) that it be granted such other relief as the Court may deem just and proper.

Dated: January 19, 2024                    Respectfully submitted,

                                           /s/ *David A. Wender*
                                           David A. Wender (Ga. Bar No. 748117)
                                           Nathaniel T. DeLoatch (Ga. Bar No. 216330)
                                           Eversheds Sutherland (US) LLP
                                           999 Peachtree Street, NE, Suite 2300
                                           Atlanta, GA 30309-3996
                                           Telephone: 404.853.8175
                                           Facsimile: 404.853.8806
                                           Davidwender@eversheds-sutherland.com
                                           Nathanieldeloatch@eversheds-sutherland.com

                                           *Counsel for the Chapter 11 Trustee*

**EXHIBIT 1**

**<u>Declaration of David A. Wender</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**<u>DECLARATION OF DAVID A. WENDER</u>**

I, David A. Wender, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.    I am a partner in the law firm of Eversheds Sutherland (US) LLP ("<u>ES</u>") and have knowledge of the facts set forth herein.

2.    The facts set out in the foregoing *FOURTH AND FINAL APPLICATION OF EVERSHEDS SUTHERLAND (US) LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE CHAPTER 11 TRUSTEE* and the Invoices, attached hereto as **<u>Exhibit A</u>**, are true and correct to the best of my knowledge, information, and belief.[5]

3.    Those facts are known to me personally or established by business records of ES maintained in the ordinary course of business, including time and disbursement records made by lawyers and paraprofessionals at ES.

Dated: January 19, 2024.

/s/ *David A. Wender*
David A. Wender (748117)

---

[5] To the extent the Office of the United States Trustee or any other party-in-interest has questions relative to the Fourth and Final Application, including the fees and expenses incurred, I will make myself available to provide further background and support.

**EXHIBIT A**

**<u>Invoices</u>**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1277210 |
| Bill Date | December 6, 2023 |

**Matter No:**     **96361.0002**
**RE:**                **Curepoint Legal Advice**

---

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2023**

| | |
|---|---|
| **Fees** | **$29,795.40** |
| **Total Current Disbursements** | **$413.82** |
| **Total Current Bill** | **$30,209.22** |

Matter No. 96361-0002                              Bill No: 1277210                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/22/23 | Nathaniel T. DeLoatch | Review and calendar plan related deadlines. | B110 | 0.20 | 120.60 |
| 11/26/23 | Nathaniel T. DeLoatch | Attention to and assist trustee in preparation of October 2023 Monthly Operating Report. | B110 | 0.80 | 482.40 |
| 11/27/23 | Nathaniel T. DeLoatch | Attention to October MOR draft and supporting documents. | B110 | 0.60 | 361.80 |
| | | **Total for B110 - Case Administration** | | | **964.80** |
| 11/01/23 | Nathaniel T. DeLoatch | Draft third interim fee application and simultaneously research related thereto. | B160 | 2.60 | 1,567.80 |
| 11/03/23 | Nathaniel T. DeLoatch | Revise draft ES third interim fee application. | B160 | 0.90 | 542.70 |
| 11/06/23 | Nathaniel T. DeLoatch | Review and revise draft of third interim fee application (.9); email to D. Wender re same (.1). | B160 | 1.00 | 603.00 |
| 11/07/23 | Nathaniel T. DeLoatch | Attention to invoice drafts (.2); review and respond to emails from trustee re same  (.1). | B160 | 0.30 | 180.90 |
| 11/09/23 | Nathaniel T. DeLoatch | Call with G. Stryrock re invoicing for ES third interim fee app (.1). | B160 | 0.10 | 60.30 |
| 11/09/23 | Nathaniel T. DeLoatch | Revise draft of third interim application (.1); email to D. Wender re same (.1); attention to revision to invoices (1.0). | B160 | 1.20 | 723.60 |
| 11/13/23 | Nathaniel T. DeLoatch | Attention to service and certificate of service re ES third interim fee application. | B160 | 0.40 | 241.20 |
| | | **Total for B160 - Fee/Employment Applications** | | | **3,919.50** |
| 11/06/23 | Valerie S. Sanders | Review e-mails from counsel for defendants in Miles adversary regarding extension; call with D. Wender and N. DeLoatch regarding same. | B180 | 0.30 | 202.50 |
| 11/07/23 | Valerie S. Sanders | E-mails with counsel for Miles defendants regarding extension request. | B180 | 0.10 | 67.50 |
| 11/08/23 | Valerie S. Sanders | E-mails with N. DeLoatch regarding defendants' requests for extension of time to respond in Miles adversary. | B180 | 0.10 | 67.50 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **337.50** |
| 11/01/23 | Nathaniel T. DeLoatch | Review finalized stipulation of dismissal of CLG adversary proceeding prior to filing. | B190 | 0.20 | 120.60 |

Matter No. 96361-0002                           Bill No: 1277210                                    Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/03/23 | Nathaniel T. DeLoatch | Prepare for and attend call with counsel for Arvest re claim and valuation dispute (1.0); research on issues related to the same (1.4); call to trustee re same (.1). | B190 | 2.50 | 1,507.50 |
| 11/03/23 | Nathaniel T. DeLoatch | Prepare for and attend call with counsel for Arvest re claim and valuation dispute (1.0); research on issues related to the same (1.4); call to trustee re same (.1). | B190 | 2.50 | 1,507.50 |
| 11/06/23 | Nathaniel T. DeLoatch | Prepare for and attend meeting with V. Sanders and trustee re Miles adversary proceeding and requests from Defendant's counsel (.4); attention to issues related to same (.7); follow up email to V. Sanders and trustee re same (.1). | B190 | 1.20 | 723.60 |
| 11/07/23 | Nathaniel T. DeLoatch | Review emails from Miles counsel re extension of deadline to answer. | B190 | 0.10 | 60.30 |
| 11/07/23 | Nathaniel T. DeLoatch | Attention to Miles adversary proceeding. | B190 | 0.80 | 482.40 |
| 11/08/23 | Nathaniel T. DeLoatch | Review draft of proposed stipulation extending time in the Miles adversary proceeding (.2); emails to V. Sanders re same (.1); respond to email from Defendant's counsel (.1). | B190 | 0.40 | 241.20 |
| 11/08/23 | Nathaniel T. DeLoatch | Correspond with V. Sanders re initial meeting with defendant's counsel in Miles adversary proceeding; correspond with defendants' counsel re same (.1). | B190 | 0.20 | 120.60 |
| 11/08/23 | Nathaniel T. DeLoatch | Review and respond to emails from Arvest's counsel re plan dispute. | B190 | 0.20 | 120.60 |
| 11/09/23 | Nathaniel T. DeLoatch | Review stipulation in Miles adversary proceeding and amended deadlines. | B190 | 0.20 | 120.60 |
| 11/09/23 | Nathaniel T. DeLoatch | Review and analysis of materials for Miles adversary proceeding. | B190 | 1.50 | 904.50 |
| 11/10/23 | Nathaniel T. DeLoatch | Review and respond to emails from Arvest's counsel re plan and claim issues. | B190 | 0.20 | 120.60 |
| 11/10/23 | Nathaniel T. DeLoatch | Attention to Miles complaint and research related to same (2.5); review materials related to adversary proceeding and strategy (2.0). | B190 | 4.50 | 2,713.50 |
| 11/13/23 | Nathaniel T. DeLoatch | Correspond with Defendants' counsel in Miles adversary proceeding re matter discussions. | B190 | 0.10 | 60.30 |
| 11/14/23 | Nathaniel T. DeLoatch | Attention to Miles adversary proceeding and develop litigation strategy (1.0); analysis of materials related to same (1.0). | B190 | 2.00 | 1,206.00 |

Matter No. 96361-0002                    Bill No: 1277210                                    Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/14/23 | Nathaniel T. DeLoatch | Analysis of Zeroholdings Third Amended Plan of Reorganization (1.4); conference with Trustee re same (.1); review notes from conference (.1). | B190 | 1.60 | 964.80 |
| 11/14/23 | Nathaniel T. DeLoatch | Correspond with Zeroholdings counsel re plan and related issues (.2). | B190 | 0.20 | 120.60 |
| 11/14/23 | Nathaniel T. DeLoatch | Review materials related to Arvest dispute. | B190 | 0.20 | 120.60 |
| 11/21/23 | Nathaniel T. DeLoatch | Prepare for and attend call with Zeroholdings counsel re Curepoint's treatment under Zeroholdings plan. | B190 | 1.00 | 603.00 |
| 11/22/23 | Nathaniel T. DeLoatch | Call with Arvest's counsel re claim (.2); email to trustee re same (.1). | B190 | 0.30 | 180.90 |
| 11/29/23 | Nathaniel T. DeLoatch | Attention to Miles adversary' claims and related strategy. | B190 | 2.00 | 1,206.00 |
| | | **Total for B190 - Other Contested Matters (excluding assumption/rejection motions)** | | | **13,205.70** |
| 11/30/23 | Nathaniel T. DeLoatch | Attention to draft of October 2023 MOR prior to filing (.4); attention to service of same (.1). | B210 | 0.50 | 301.50 |
| | | **Total for B210 - Business Operations** | | | **301.50** |
| 11/01/23 | David A. Wender | Analysis of Zeroholdings plan. | B310 | 0.40 | 319.60 |
| 11/01/23 | David A. Wender | Analyze Zeroholding amended plan. | B310 | 0.70 | 559.30 |
| 11/02/23 | David A. Wender | Analysis of litigation strategy against Philip Miles. | B310 | 1.90 | 1,518.10 |
| 11/06/23 | David A. Wender | Email correspondence with counsel related to draft complaint. | B310 | 0.40 | 319.60 |
| 11/07/23 | David A. Wender | Review and analyze revisions to draft complaint; emails in furtherance of same. | B310 | 0.10 | 79.90 |
| 11/07/23 | David A. Wender | Email correspondence with counsel related to draft complaint. | B310 | 0.10 | 79.90 |
| 11/08/23 | David A. Wender | Review and analyze revisions to draft complaint; emails in furtherance of same. | B310 | 0.10 | 79.90 |
| 11/14/23 | David A. Wender | Analyze legal issues related to Miles litigation. | B310 | 0.80 | 639.20 |
| 11/21/23 | Nathaniel T. DeLoatch | Attention to Newtek claim and issues related to same. | B310 | 0.50 | 301.50 |
| 11/22/23 | Nathaniel T. DeLoatch | Attention to Newtek Claim and related issues. | B310 | 1.50 | 904.50 |
| 11/30/23 | Nathaniel T. DeLoatch | Review correspondence from Arvest re claim sale. | B310 | 0.10 | 60.30 |

Matter No. 96361-0002                         Bill No: 1277210                                    Page 5

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| | | **Total for B310 - Claims Administration and Objections** | | | **4,861.80** |
| 11/03/23 | Nathaniel T. DeLoatch | Attention to compilation of service lists for certificate of service for plan solicitation documents (1.0); call with assistants re same (.2); review and revise draft of certificate of service of disclosure statement order and plan solicitation documents (.6). | B320 | 1.80 | 1,085.40 |
| 11/03/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: solicitation COS (.2); review COS and send N. DeLoatch comments (.2). | B320 | 0.40 | 324.00 |
| 11/06/23 | Nathaniel T. DeLoatch | Attention to service materials for Disclosure Statement Order, Plan and related Solicitation Documents (.2); attention to filing of same (.1). | B320 | 0.30 | 180.90 |
| 11/27/23 | Nathaniel T. DeLoatch | Attention to comments on plan raised by AMOA and CLG. | B320 | 1.10 | 663.30 |
| 11/27/23 | Jennifer B. Kimble | Review email from counsel on AMOA treatment under the plan (.2); email correspondence with N. DeLoatch re: the same (.1) . | B320 | 0.30 | 243.00 |
| 11/28/23 | Nathaniel T. DeLoatch | Conference with Trustee re plan related issues (.2); analysis of possible plan amendments (1.1). | B320 | 1.30 | 783.90 |
| 11/28/23 | Nathaniel T. DeLoatch | Call to CLG's counsel re plan (.3); review and respond to emails from CLG's counsel re same (.3). | B320 | 0.60 | 361.80 |
| 11/28/23 | Nathaniel T. DeLoatch | Analysis of issues raised by AMOA (.6); call with AMOA's counsel (.2). | B320 | 0.80 | 482.40 |
| 11/28/23 | Nathaniel T. DeLoatch | Call with J. Kimble re plan related issues. | B320 | 0.30 | 180.90 |
| 11/28/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: resolution of information objections to Plan (.2); review DS order to confirm deadlines for various plan confirmation documents (.3); Call with N. DeLoatch re: plan and confirmation issues (.3); gather documents for drafting Confirmation Order and send to N. DeLoatch (.3). | B320 | 1.10 | 891.00 |
| 11/29/23 | Jennifer B. Kimble | Review documents in preparation for drafting Brief in Support of Confirmation. | B320 | 0.50 | 405.00 |
| | | **Total for B320 - Plan and Disclosure Statement (including Business Plan)** | | | **5,601.60** |
| 11/08/23 | Nathaniel T. DeLoatch | Assist trustee with case management matters. | B420 | 1.00 | 603.00 |
| | | **Total for B420 - Restructurings** | | | **603.00** |

Matter No. 96361-0002                    Bill No: 1277210                                      Page 6

| Date | Timekeeper | Narrative | | Task | Hours | Amount |
|------|-----------|-----------|-|------|-------|--------|
| | | | | **Fees** | | $29,795.40 |

### SUMMARY OF LEGAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| David  A. Wender | 4.50 | 799.00 | 3,595.50 |
| Jennifer  B. Kimble | 2.30 | 810.00 | 1,863.00 |
| Valerie  S. Sanders | 0.50 | 675.00 | 337.50 |
| Nathaniel  T. DeLoatch | 39.80 | 603.00 | 23,999.40 |
| | 47.10 | | 29,795.40 |

### DISBURSEMENTS

| | | |
|---|---|---|
| Postage | | 413.82 |

**Total Current Disbursements**                    $413.82

**TOTAL CURRENT BILLING**                    **$30,209.22**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1282273 |
| Bill Date | January 12, 2024 |

**Matter No:**      **96361.0002**
**RE:**                 **Curepoint Legal Advice**

**FOR LEGAL SERVICES RENDERED THROUGH December 29, 2023**

| | |
|---|---|
| **Fees** | **$80,993.70** |
| **Total Current Disbursements** | **$221.43** |
| **Total Current Bill** | **$81,215.13** |

Matter No. 96361-0002                                    Bill No: 1282273                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH December 29, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/04/23 | Nathaniel T. DeLoatch | Review and approve materials prior to filing. | B110 | 0.50 | 301.50 |
| 12/21/23 | Nathaniel T. DeLoatch | Conference with trustee re implementation of plan. | B110 | 0.20 | 120.60 |
| 12/21/23 | Nathaniel T. DeLoatch | Attention to November 2023 MOR (1.0); review supporting materials (.3); review compiled document prior to filing and service (.3); conference with trustee re same (.1). | B110 | 1.70 | 1,025.10 |
| | | **Total for B110 - Case Administration** | | | **1,447.20** |
| 12/14/23 | Nathaniel T. DeLoatch | Analysis of Zeroholdings plan amendment to determine impact on client. | B120 | 0.10 | 60.30 |
| | | **Total for B120 - Asset Analysis and Recovery** | | | **60.30** |
| 12/20/23 | Nathaniel T. DeLoatch | Call with counsel for Lafayette Bank re plan and case update (.2); draft and respond to emails to and from trustee re distribution plan and timing (.2); email to counsel for Lafayette Bank re same (.1). | B150 | 0.50 | 301.50 |
| 12/20/23 | Nathaniel T. DeLoatch | Correspond with creditor McKesson re claim. | B150 | 0.20 | 120.60 |
| | | **Total for B150 - Meetings of and Communications with Creditors** | | | **422.10** |
| 12/03/23 | Nathaniel T. DeLoatch | Prepare for hearing re third interim fee application. | B160 | 1.00 | 603.00 |
| 12/04/23 | Nathaniel T. DeLoatch | Review and comment on proposed order re third interim fee application prior to submission. | B160 | 0.60 | 361.80 |
| 12/04/23 | Nathaniel T. DeLoatch | Continue preparing for hearing on ES third interim fee application (1.1); attend hearing (.5). | B160 | 1.60 | 964.80 |
| 12/05/23 | Nathaniel T. DeLoatch | Review order re third interim fee application (.1); review and respond to emails from trustee re same (.3). | B160 | 0.40 | 241.20 |
| | | **Total for B160 - Fee/Employment Applications** | | | **2,170.80** |
| 12/07/23 | Valerie S. Sanders | Call with counsel for Miles, Dadabhoy; memorandum to D. Wender and conference with N. DeLoatch regarding same. | B180 | 1.30 | 877.50 |

Matter No. 96361-0002 | Bill No: 1282273 | Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/08/23 | Valerie S. Sanders | E-mails with counsel for Dadabhoy and with Nathan DeLoatch regarding settlement with AMOA, threatened objection, claims and defenses in adversary. | B180 | 0.30 | 202.50 |
| 12/11/23 | Valerie S. Sanders | Review additional e-mail response to counsel for Dadabhoy regarding potential objection. | B180 | 0.10 | 67.50 |
| 12/27/23 | Valerie S. Sanders | Review and analyze e-mail from counsel for Dadabhoy, outlining alleged claims and defenses; e-mail to Trustee regarding same. | B180 | 0.30 | 202.50 |
| 12/28/23 | Valerie S. Sanders | Review and analyze e-mail from counsel for Miles. | B180 | 0.20 | 135.00 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **1,485.00** |
| 12/05/23 | Nathaniel T. DeLoatch | Research re Miles AP (1.0); review documentary evidence re same (1.0). | B190 | 2.00 | 1,206.00 |
| 12/07/23 | Nathaniel T. DeLoatch | Prepare for and attend meeting with counsel for defendants in Miles adversary proceeding (1.0); review notes re same (.3); analysis of issues related to same (1.4). | B190 | 2.70 | 1,628.10 |
| 12/07/23 | Nathaniel T. DeLoatch | Attention to issues raised by counsel for Miles and related entities re Miles AP. | B190 | 0.80 | 482.40 |
| 12/08/23 | Nathaniel T. DeLoatch | Review and respond to correspondence from counsel to defendants in Miles AP (.5); analysis of materials related to same (2.0). | B190 | 2.50 | 1,507.50 |
| 12/11/23 | Nathaniel T. DeLoatch | Correspond with trustee re status of Miles adversary and opposing counsel requests for information (.2); call with trustee re same (.1); review and respond to emails from opposing counsel re same (.4); . | B190 | 0.70 | 422.10 |
| 12/11/23 | Nathaniel T. DeLoatch | Review and respond to emails from opposing counsel in Miles adversary proceeding regarding extension of time (.2); review and comment on proposed drafts of extension motion and related order (.4). | B190 | 0.60 | 361.80 |
| 12/21/23 | Nathaniel T. DeLoatch | Analysis of deadlines in Miles adversary proceeding. | B190 | 0.10 | 60.30 |
| 12/27/23 | Nathaniel T. DeLoatch | Review correspondence from defendant's counsel in Miles adversary proceeding (.2); correspond with trustee re same (.1). | B190 | 0.30 | 180.90 |
| 12/28/23 | Nathaniel T. DeLoatch | Review and analyze materials provided by counsel to defendants in Miles adversary proceeding. | B190 | 0.50 | 301.50 |

Matter No. 96361-0002                                    Bill No: 1282273                                    Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/29/23 | Nathaniel T. DeLoatch | Analysis of documents relative to Miles adversary proceeding. | B190 | 2.00 | 1,206.00 |
| | | **Total for B190 - Other Contested Matters (excluding assumption/rejection motions)** | | | **7,356.60** |
| 12/05/23 | Nathaniel T. DeLoatch | Review and respond to emails from counsel to U.S. Bank re collateral. | B310 | 0.20 | 120.60 |
| 12/06/23 | Nathaniel T. DeLoatch | Attention to claim of U.S. Bank Equipment (.2); correspond with counsel for U.S. Bank re same (.1). | B310 | 0.30 | 180.90 |
| 12/19/23 | Nathaniel T. DeLoatch | Attention to strategy for plan implementation (.5); review and analysis of secured claims and determine final satisfaction amount re same (2.0); research re entitlements to interest and calculation of same (1.0). | B310 | 3.50 | 2,110.50 |
| 12/20/23 | Nathaniel T. DeLoatch | Correspond with counsel for CLG re payment instructions for claim. | B310 | 0.00 | 0.00 |
| 12/20/23 | Nathaniel T. DeLoatch | Research Florida law re entitlement to and calculation of interest re claim of Bankers Healthcare. | B310 | 0.60 | 361.80 |
| 12/20/23 | Nathaniel T. DeLoatch | Correspond with creditor Bankers Healthcare Group re asserted claim (.1); analysis of claim and supporting materials (1.8). | B310 | 1.90 | 1,145.70 |
| 12/20/23 | Nathaniel T. DeLoatch | Correspond with counsel for SBA re claim reconciliation (.3); analysis of claim (.6);. | B310 | 0.90 | 542.70 |
| 12/20/23 | Nathaniel T. DeLoatch | Review payment instructions from various secured creditors. | B310 | 0.30 | 180.90 |
| 12/20/23 | Nathaniel T. DeLoatch | Correspond with counsel for Lafayette Bank re payment instructions for claim. | B310 | 0.10 | 60.30 |
| 12/21/23 | Nathaniel T. DeLoatch | Call to Bankers Healthcare re claim (.1); conference with trustee re same (.1). | B310 | 0.20 | 120.60 |
| 12/21/23 | Nathaniel T. DeLoatch | Call to McKesson re claim (.1); email in follow up to same (.1). | B310 | 0.20 | 120.60 |
| 12/21/23 | Nathaniel T. DeLoatch | Analysis of claim of Bankers Healthcare and simultaneous research related to same. | B310 | 1.90 | 1,145.70 |
| 12/22/23 | Nathaniel T. DeLoatch | Attention to payment scheduling for secured and priority claimants (.6); correspond with trustee re same (.1). | B310 | 0.70 | 422.10 |
| 12/22/23 | Nathaniel T. DeLoatch | Call to Bankers Healthcare Group (.1); follow up email to same (.1). | B310 | 0.20 | 120.60 |

Matter No. 96361-0002             Bill No: 1282273             Page 5

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/28/23 | Nathaniel T. DeLoatch | Call to Banker's Healthcare re claim (.1); email to SBA re claim payment (.1); review various payments necessary for implementation of plan (.4); review and respond to email from trustee re same (.1). | B310 | 0.70 | 422.10 |
| 12/29/23 | Nathaniel T. DeLoatch | Analysis of claims payment re plan (.2); correspond with trustee re same (.1). | B310 | 0.30 | 180.90 |
| | | **Total for B310 - Claims Administration and Objections** | | | **7,236.00** |
| 12/03/23 | Nathaniel T. DeLoatch | Drafting of proposed confirmation order. | B320 | 2.80 | 1,688.40 |
| 12/04/23 | Nathaniel T. DeLoatch | Attention to issues raised by AMOA and Dr. McCord re plan and settlement (.4); review and respond to email from AMOA's counsel re same (.1). | B320 | 0.50 | 301.50 |
| 12/04/23 | Nathaniel T. DeLoatch | Draft proposed confirmation order. | B320 | 1.40 | 844.20 |
| 12/04/23 | Jennifer B. Kimble | Begin drafting Brief in Support of Confirmation. | B320 | 1.20 | 972.00 |
| 12/05/23 | Nathaniel T. DeLoatch | Continue drafting proposed plan confirmation order. | B320 | 3.80 | 2,291.40 |
| 12/05/23 | Nathaniel T. DeLoatch | Review and respond to emails from J. Kimble re draft of proposed confirmation order and brief in support of confirmation of plan. | B320 | 0.30 | 180.90 |
| 12/05/23 | Jennifer B. Kimble | Work on drafting Confirmation Brief. | B320 | 3.10 | 2,511.00 |
| 12/06/23 | Jennifer B. Kimble | Email correspondence with J. Levengood re: Record Date. | B320 | 0.20 | 162.00 |
| 12/06/23 | Jennifer B. Kimble | Email correspondence with D. Wender and N. DeLoatch re: ballots. | B320 | 0.30 | 243.00 |
| 12/06/23 | Jennifer B. Kimble | Call with N. DeLoatch re: draft confirmation order questions and preparations for confirmation of plan. | B320 | 0.50 | 405.00 |
| 12/06/23 | Jennifer B. Kimble | Work on brief in support of confirmation. | B320 | 2.70 | 2,187.00 |
| 12/06/23 | Nathaniel T. DeLoatch | Prepare for and attend call with J. Kimble re plan documentation and process (.2); review notes from same (.3). | B320 | 0.50 | 301.50 |
| 12/06/23 | Nathaniel T. DeLoatch | Attention to ballots submitted on plan. | B320 | 0.30 | 180.90 |

Matter No. 96361-0002                        Bill No: 1282273                                    Page 6

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/06/23 | Nathaniel T. DeLoatch | Correspond with counsel for AMOA re plan and possible amendment. | B320 | 0.20 | 120.60 |
| 12/06/23 | Nathaniel T. DeLoatch | Call with counsel for Dr. McCord re plan and related settlement (.1); follow up email to counsel for Dr. McCord re same (.2). | B320 | 0.30 | 180.90 |
| 12/07/23 | Jennifer B. Kimble | Work on drafting confirmation brief. | B320 | 3.80 | 3,078.00 |
| 12/07/23 | Jennifer B. Kimble | Review emails from AMOA re: plan release and respond to the same. | B320 | 0.20 | 162.00 |
| 12/07/23 | Jennifer B. Kimble | Calls and emails with N. DeLoatch re: AMOA issues re: Art. VII plan releases. | B320 | 0.40 | 324.00 |
| 12/07/23 | Nathaniel T. DeLoatch | Analysis of comments from AMOA's counsel re plan and settlement. | B320 | 1.10 | 663.30 |
| 12/08/23 | Nathaniel T. DeLoatch | Revise draft of confirmation order. | B320 | 1.50 | 904.50 |
| 12/08/23 | Nathaniel T. DeLoatch | Review and respond to emails from AMOA counsel re plan (.4); call with trustee re same (.1); call with J. Kimble re same (.1). | B320 | 0.60 | 361.80 |
| 12/08/23 | Jennifer B. Kimble | Work on brief in support of confirmation. | B320 | 2.10 | 1,701.00 |
| 12/08/23 | Jennifer B. Kimble | Emails with N. DeLoatch and M. Holbein re: confirmation order language re: releases. | B320 | 0.30 | 243.00 |
| 12/08/23 | Jennifer B. Kimble | Email correspondence and call with N. DeLoatch re: confirmation order language. | B320 | 0.20 | 162.00 |
| 12/09/23 | Nathaniel T. DeLoatch | Revise draft of confirmation order. | B320 | 2.30 | 1,386.90 |
| 12/10/23 | Nathaniel T. DeLoatch | Attention to plan balloting report. | B320 | 0.30 | 180.90 |
| 12/10/23 | Nathaniel T. DeLoatch | Drafting of ballot report pursuant to local rules. | B320 | 1.20 | 723.60 |
| 12/11/23 | David A. Wender | Analyze issue raised by counsel to Miles. | B320 | 1.10 | 878.90 |
| 12/11/23 | Nathaniel T. DeLoatch | Analysis of D. Wender comments to draft of proposed confirmation order (.2); correspond with J. Kimble re same (.1). | B320 | 0.30 | 180.90 |
| 12/11/23 | Nathaniel T. DeLoatch | Review and revise draft of confirmation order. | B320 | 0.20 | 120.60 |
| 12/11/23 | Nathaniel T. DeLoatch | Review and respond to communications from J. Kimble re plan voting and ballot report (.2); review cast ballots (.7). | B320 | 0.90 | 542.70 |

Matter No. 96361-0002        Bill No: 1282273        Page 7

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/11/23 | Jennifer B. Kimble | Review and revise Confirmation Order (3.3). | B320 | 3.30 | 2,673.00 |
| 12/11/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: confirmation order revisions. | B320 | 0.20 | 162.00 |
| 12/11/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: objections and ballot summary. | B320 | 0.30 | 243.00 |
| 12/11/23 | Jennifer B. Kimble | Begin revising Brief in Support of Confirmation. | B320 | 0.50 | 405.00 |
| 12/12/23 | David A. Wender | Analyze issue raised by counsel to Miles. | B320 | 0.20 | 159.80 |
| 12/12/23 | David A. Wender | Analysis of plan confirmation issues. | B320 | 0.20 | 159.80 |
| 12/12/23 | Nathaniel T. DeLoatch | Review of Solicitation Procedures and attention to ballot report. | B320 | 1.10 | 663.30 |
| 12/12/23 | Nathaniel T. DeLoatch | Revise draft of ballot report. | B320 | 0.60 | 361.80 |
| 12/12/23 | Jennifer B. Kimble | Revise Brief in Support of Confirmation to incorporate ballot information. | B320 | 0.90 | 729.00 |
| 12/12/23 | Jennifer B. Kimble | Review and revise Confirmation Brief. | B320 | 1.20 | 972.00 |
| 12/12/23 | Jennifer B. Kimble | Email correspondence with Trustee and N. DeLoatch re: Brief in Support of Confirmation. | B320 | 0.10 | 81.00 |
| 12/12/23 | Jennifer B. Kimble | Review solicitation procedures re: ballot tabulation/ non-voting classes. | B320 | 0.60 | 486.00 |
| 12/12/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: ballot tabulation. | B320 | 0.20 | 162.00 |
| 12/12/23 | Jennifer B. Kimble | Research for Confirmation Brief re: deemed acceptance by non-voting classes and 11th Circuit law on 1129. | B320 | 2.30 | 1,863.00 |
| 12/13/23 | Jennifer B. Kimble | Revise Ballot Tabulation Report. | B320 | 1.40 | 1,134.00 |
| 12/13/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: Tabulation Report revisions. | B320 | 0.30 | 243.00 |
| 12/13/23 | Jennifer B. Kimble | Review further draft of Ballot Report and call with N. DeLoatch re: additional changes . | B320 | 0.20 | 162.00 |
| 12/13/23 | Jennifer B. Kimble | Revise Confirmation Order. | B320 | 0.30 | 243.00 |
| 12/13/23 | David A. Wender | Analysis of plan confirmation issues. | B320 | 0.50 | 399.50 |

Matter No. 96361-0002                                   Bill No: 1282273                                        Page 8

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/13/23 | Nathaniel T. DeLoatch | Review and revise draft of confirmation order. | B320 | 1.40 | 844.20 |
| 12/13/23 | Nathaniel T. DeLoatch | Attention to ballot report and simultaneously revising of same (1.8); correspond with trustee re same (.1); review final draft prior to filing (.2); attention to service of filing (.1). | B320 | 2.20 | 1,326.60 |
| 12/13/23 | Nathaniel T. DeLoatch | Drafting of declaration in support of confirmation. | B320 | 0.20 | 120.60 |
| 12/14/23 | David A. Wender | Analysis of plan confirmation issues. | B320 | 1.10 | 878.90 |
| 12/14/23 | Nathaniel T. DeLoatch | Review and respond to correspondence from J. Kimble re plan and balloting report. | B320 | 0.10 | 60.30 |
| 12/14/23 | Nathaniel T. DeLoatch | Draft declaration in support of plan confirmation (2.5); review and revise same (.6). | B320 | 3.10 | 1,869.30 |
| 12/14/23 | Jennifer B. Kimble | Revise Confirmation Brief to incorporate Ballot Report information. | B320 | 0.60 | 486.00 |
| 12/14/23 | Jennifer B. Kimble | Review D. Wender comments to confirmation brief. | B320 | 0.30 | 243.00 |
| 12/14/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch and D. Wender re: confirmation documents. | B320 | 0.30 | 243.00 |
| 12/14/23 | Jennifer B. Kimble | Review and edit Wender Declaration in support of confirmation. | B320 | 1.40 | 1,134.00 |
| 12/14/23 | Jennifer B. Kimble | Call with N. DeLoatch to walk through changes to Declaration. | B320 | 0.40 | 324.00 |
| 12/15/23 | Nathaniel T. DeLoatch | Revise draft of proposed confirmation order. | B320 | 2.20 | 1,326.60 |
| 12/15/23 | Nathaniel T. DeLoatch | Review and revise draft of memorandum in support of confirmation. | B320 | 0.80 | 482.40 |
| 12/15/23 | Nathaniel T. DeLoatch | Revise draft of declaration in support of confirmation. | B320 | 0.30 | 180.90 |
| 12/15/23 | David A. Wender | Analysis of plan confirmation issues. | B320 | 0.10 | 79.90 |
| 12/15/23 | Nathaniel T. DeLoatch | Revise draft notice of the effective date. | B320 | 0.50 | 301.50 |
| 12/15/23 | Nathaniel T. DeLoatch | Attention to finalization of plan support documents (1.3); review final versions prior to filing (.3). | B320 | 1.60 | 964.80 |
| 12/15/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: confirmation documents. | B320 | 0.20 | 162.00 |

Matter No. 96361-0002 | Bill No: 1282273 | Page 9

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/15/23 | Jennifer B. Kimble | Email correspondence and calls with N. DeLoatch re: changes to confirmation order and Wender Declaration. | B320 | 0.70 | 567.00 |
| 12/15/23 | Jennifer B. Kimble | Review and revise Confirmation Order. | B320 | 1.10 | 891.00 |
| 12/15/23 | Jennifer B. Kimble | Review and revise Wender Declaration to ensure items from Confirmation Order included. | B320 | 0.50 | 405.00 |
| 12/15/23 | Jennifer B. Kimble | Final review of confirmation documents prior to filing. | B320 | 0.30 | 243.00 |
| 12/16/23 | Jennifer B. Kimble | Message from and return call to N. DeLoatch re: preparation for Confirmation Hearing. | B320 | 0.50 | 405.00 |
| 12/17/23 | Nathaniel T. DeLoatch | Prepare for confirmation hearing and simultaneously review materials re same. | B320 | 5.70 | 3,437.10 |
| 12/18/23 | Nathaniel T. DeLoatch | Conference with trustee re confirmation hearing. | B320 | 0.10 | 60.30 |
| 12/18/23 | Nathaniel T. DeLoatch | Prepare for and attend confirmation hearing (1.5); review conditions for effective date and simultaneously draft summary of same for trustee (1.5). | B320 | 3.00 | 1,809.00 |
| 12/18/23 | Jennifer B. Kimble | Follow up with N. DeLoatch re: preparation for confirmation hearing. | B320 | 0.30 | 243.00 |
| 12/18/23 | Jennifer B. Kimble | Call with N. DeLoatch re: COS for confirmation documents. | B320 | 0.20 | 162.00 |
| 12/18/23 | Jennifer B. Kimble | Review email from M. Holbein re: sign off on confirmation order. | B320 | 0.10 | 81.00 |
| 12/18/23 | Jennifer B. Kimble | Follow up with N. DeLoatch following confirmation hearing. | B320 | 0.20 | 162.00 |
| 12/19/23 | David A. Wender | Analyze law regarding secured creditor's interest. | B320 | 1.10 | 878.90 |
| 12/19/23 | Nathaniel T. DeLoatch | Review and revise draft of confirmation order for uploading (1.2); correspond with J. Kimble re same (.2). | B320 | 1.40 | 844.20 |
| 12/19/23 | Nathaniel T. DeLoatch | Review and respond to email from unsecured creditor re case status. | B320 | 0.10 | 60.30 |
| 12/19/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: submission of Confirmation Order. | B320 | 0.20 | 162.00 |
| 12/19/23 | Jennifer B. Kimble | Review final confirmation order and related documents prior to uploading to Court. | B320 | 0.50 | 405.00 |

Bill No: 1282273

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/19/23 | Jennifer B. Kimble | Call with N. DeLoatch re: revisions to Confirmation Order. | B320 | 0.20 | 162.00 |
| 12/20/23 | Nathaniel T. DeLoatch | Attention to and review certificate of service of trustee declaration, confirmation brief, and proposed confirmation order for filing. | B320 | 0.30 | 180.90 |
| 12/20/23 | David A. Wender | Analyze law regarding secured creditor's interest. | B320 | 0.20 | 159.80 |
| 12/21/23 | Nathaniel T. DeLoatch | Correspond with trustee re funding requirements in plan. | B320 | 0.20 | 120.60 |
| 12/21/23 | Jennifer B. Kimble | Follow up with N. DeLoatch re: entry of confirmation order and steps to go effective. | B320 | 0.40 | 324.00 |
| 12/22/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch re: entry Confirmation Order; review entered Confirmation Order. | B320 | 0.40 | 324.00 |
| 12/22/23 | Nathaniel T. DeLoatch | Attention to effective date requirements in plan and liquidating trust agreement re trustee's request (1.1); correspond with trustee re same (.1). | B320 | 1.20 | 723.60 |
| 12/22/23 | Nathaniel T. DeLoatch | Review of entered confirmation order. | B320 | 0.20 | 120.60 |
| 12/27/23 | Nathaniel T. DeLoatch | Review and respond to email from counsel for Lafayette Bank re plan. | B320 | 0.10 | 60.30 |
| 12/27/23 | Jennifer B. Kimble | Follow up with N. DeLoatch re: payments to creditors and effective date of plan. | B320 | 0.20 | 162.00 |
| 12/28/23 | Nathaniel T. DeLoatch | Prepare for and attend call with trustee and Synovus re transition to liquidation trust (.4); review and finalize draft of liquidation trust agreement (.5); email trustee re same (.1). | B320 | 1.00 | 603.00 |
| 12/28/23 | Jennifer B. Kimble | Email correspondence with N. DeLoatch and D. Wender re: Trust Agreement and plan effective date (.1); review final trust agreement (.2). | B320 | 0.30 | 243.00 |
| 12/29/23 | Nathaniel T. DeLoatch | Review and respond to email from counsel to Lafayette Bank re claim. | B320 | 0.10 | 60.30 |
| 12/29/23 | Nathaniel T. DeLoatch | Review and respond to email from CLG's counsel re plan. | B320 | 0.10 | 60.30 |
| 12/29/23 | Nathaniel T. DeLoatch | Attention to claims payment re plan (.2); correspond with trustee re same (.1). | B320 | 0.30 | 180.90 |
| | | **Total for B320 - Plan and Disclosure Statement (including Business Plan)** | | | **60,815.70** |
| | | | | **Fees** | **$80,993.70** |

Matter No. 96361-0002                     Bill No: 1282273                                     Page 11

---

B110  Case Administration
Nathaniel T. DeLoatch                  2.40    Hours @ 603.00    1,447.20
                                       2.40                                      1,447.20


B120  Asset Analysis and Recovery
Nathaniel T. DeLoatch                  0.10    Hours @ 603.00       60.30
                                       0.10                                        60.30


B150  Meetings of and Communications with Creditors
Nathaniel T. DeLoatch                  0.70    Hours @ 603.00      422.10
                                       0.70                                       422.10


B160  Fee/Employment Applications
Nathaniel T. DeLoatch                  3.60    Hours @ 603.00    2,170.80
                                       3.60                                      2,170.80


B180  Avoidance Action Analysis
Valerie S. Sanders                     2.20    Hours @ 675.00    1,485.00
                                       2.20                                      1,485.00


B190  Other Contested Matters (excluding assumption/rejection motions)
Nathaniel T. DeLoatch                 12.20    Hours @ 603.00    7,356.60
                                      12.20                                      7,356.60


B310  Claims Administration and Objections
Nathaniel T. DeLoatch                 12.00    Hours @ 603.00    7,236.00
Nathaniel T. DeLoatch                  0.00    Hours @   0.00        0.00
                                      12.00                                      7,236.00


B320  Plan and Disclosure Statement (including Business Plan)
Jennifer B. Kimble                    36.10    Hours @ 810.00   29,241.00
David A. Wender                        4.50    Hours @ 799.00    3,595.50
Nathaniel T. DeLoatch                 46.40    Hours @ 603.00   27,979.20
                                      87.00                                     60,815.70

                                     _____                                  _____
                                      120.20                                   80,993.70


**DISBURSEMENTS**

                    Postage                                          221.43


                              **Total Current Disbursements**            $221.43

                              **TOTAL CURRENT BILLING**              **$81,215.13**

**EXHIBIT 2**

**<u>Proposed Order</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**[PROPOSED] ORDER GRANTING FOURTH AND FINAL APPLICATION OF
EVERSHEDS SUTHERLAND (US) LLP FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**

Counsel for the Chapter 11 Trustee, Eversheds Sutherland (US) LLP (the "Applicant")
filed the *Fourth and Final Application of Eversheds Sutherland (US) LLP for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Period of November 1, 2023
through December 29, 2023 as Counsel for the Chapter 11 Trustee* on January 19, 2024 (D.I. [●]
(the "Fourth and Final Application").  Upon a review of the Fourth and Final Application and all
other matters of record, including arguments of parties in interest presented at the hearing relative
hereto, the Court finds that the professional services rendered and the costs and expenses incurred
were necessary and allowable pursuant to 11 U.S.C. §§ 330 and meet the guidelines and standards
set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1. The Fourth and Final Application is **GRANTED**.

2. The Applicant is allowed compensation of $110,789.10 for professional services rendered
   by it in this case from November 1, 2023 through December 29, 2023.

2

3. The Applicant is allowed reimbursement of actual and necessary expenses incurred in its representation of the Trustee in the amount of $635.25.

4. The Chapter 11 Trustee shall cause the Debtor's estate to pay the Applicant for its services and expenses as set forth herein immediately upon entry of this Order.

5. All amounts previously approved relative to the Interim Applications[6] are approved on a final basis.

6. This Order shall be effective immediately upon entry.

7. The Court retains jurisdiction over all matters related to this Order.

**END OF ORDER**

**Prepared and presented by:**

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

---

[6] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Fourth and Final Application.

3