## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## NOTICE OF APPLICATION OF DAVID A. WENDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE, DEADLINE TO OBJECT AND HEARING

David A. Wender, in his capacity as the Chapter 11 Trustee, has filed the **APPLICATION OF DAVID A. WENDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE** (the "Final Application") on January 30, 2024. Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within **twenty-one (21) days,** from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303, and serve a copy on the movant's attorney, Nathaniel T. DeLoatch, Eversheds Sutherland (US) LLP, 999 Peachtree St., NE, Suite 2300, Atlanta, GA 30309, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **March 11, 2024**. The Court will hold a hearing on the Final Application at **1:20 p.m.** on **March 11, 2024** in **Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via

video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: January 30, 2024                    Respectfully submitted,

/s/ *Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Nathanieldeloatch@eversheds-sutherland.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**APPLICATION OF DAVID A. WENDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE**

COMES NOW David A. Wender, in his role solely as the chapter 11 trustee (the "Trustee"), for the above-captioned debtor (the "Debtor"), and hereby files this application (the "Application") for allowance of compensation as the chapter 11 trustee. The Trustee was the duly authorized and acting chapter 11 trustee for the Debtor's bankruptcy estate and has acted in such role for the period of October 19, 2022 up and through December 28, 2023 (the "Application Period").

In the administration of the Debtor's bankruptcy estate, the Trustee rendered those services required as the Chapter 11 trustee during the Application Period and makes this Application for payment in the total amount of $169,160.75, which is comprised of $167,689.50 in compensation for services rendered and reimbursement of expenses in the amount of $1,471.25. In support of this Application, the Trustee respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 326 and 330 of title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Approving Appointment of Chapter 11 Trustee*. (D.I. 108).

3.      The statutory allowance pursuant to section 326 based on distributions of $6,285,739.05 during the Application Period and as reported on the monthly operating reports with this Court is $211,821.99, as reflected on the calculations set forth on **Exhibit A** attached hereto. The reasonable value of the services rendered by the Trustee in this case during the Application Period is $167,689.50 and the amount of expenses incurred is $1,471.25, as set forth on the invoices attached hereto as **Exhibit B**.

## PERTINENT BACKGROUND

**A.      The Trustee's Appointment**

4.      On August 19, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On October 17, 2022, the United States Trustee filed the *Notice of Appointment of Chapter 11 Trustee and Setting of Bond*, which, among other things, appointed the Trustee as chapter 11 trustee for the Debtor's estate. (D.I. 104).  On October 18, 2022, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee*. (D.I. 106).  The Court approved the appointment of the Trustee on October 19, 2022. (D.I. 108).

**B.      The Marketing and Sale of the Debtor**

5.      On November 7, 2022, the Trustee filed his emergency motion seeking, among other things, the authority to conduct a sale of substantially all of the Debtor's assets (the "Sale"), to solicit and accept bids in connection therewith, and for the approval of certain other procedures

necessary to effectuate the Sale (see D.I. 124) (the "Sale Procedures Motion"). The Court entered

its order approving the Sale Procedures Motion on November 18, 2022. (D.I. 145).

6.     The Trustee and his advisors developed and commenced a robust and extensive

marketing and sale process designed to identify potential purchasers and/or strategic partners and

investors that could enable the Trustee to maximize the value of the Debtor's assets for the benefit

of all stakeholders.[1]

7.     Upon conclusion of the sale and marketing process, the Trustee concluded that the

offer of Cancer Care, LLC ("Cancer Care") constituted the highest and best offer for the Debtor's

assets. The Sale came before the Court for hearing on December 15, 2022. On that same day, the

Court entered its *Order (I) Approving Asset Purchase Agreement among Debtor and Purchaser,*

*(II) Authorizing Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims,*

*Interests, and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory*

*Contracts and Unexpired Leases In Connection Therewith, and (IV) Granting Related Relief* (D.I.

200) (the "Final Sale Order").

8.     Following entry of the Final Sale Order, the Trustee consummated the Sale and

provided the necessary services related thereto, including the negotiation of a transition services

agreement and other agreements relative to the Sale.

C.     **The Adversary Proceedings and Settlements**

9.     In providing services to the Debtor's estate, the Trustee initiated several adversary

proceedings, including Adv. Pro. Nos. 22-05170-pmb, 22-05171-pmb, and 22-05172-pmb. The

---

[1] Further information regarding the sale and marketing process designed and effectuated by the Trustee and his advisors is set forth in the *Response of Chapter 11 Trustee in Support of Sale of Substantially all of the Debtor's Assets* (D.I. 198), which is incorporated herein by reference.

Trustee prosecuted these adversary proceedings and achieved settlements favorable to the Debtor's estate that resulted in an increased recovery pool for the Debtor's unsecured creditors.

10. On October 11, 2023, the Trustee initiated an adversary proceeding against Phillip Miles, Jamila Dadabhoy, MEC Capital, Inc., Mittere Inc., MMI Educational Technologies, LLC, Northwinds Leasing, Inc., and Physician Financial Partners, LLC (collectively, the "Miles Defendants"), seeking to recover fraudulent and preferential prepetition transfers made by the Debtor to the Miles Defendants and to recover other damages from Philip Miles, Jamila Dadabhoy, and Physician Financial Partners, LLC under various other causes of action (Adv. Pro. 23-05162-pmb) (the "Miles et al. Adversary Proceeding"). The Miles et al. Adversary Proceeding is pending before this Court.

11. The Trustee has also achieved numerous other settlements on claims, providing further value for the Debtor's estate and its creditors. (*See* D.I. 282, 302, 328, 324, 309, 313).

**D.    Confirmation of the Trustee's Plan**

12. The Court approved the Trustee's disclosure statement on October 25, 2023. Thereafter the Trustee solicited the Plan, Amended Disclosure Statement, and all requisite solicitation documents to all parties in interest. (D.I. 345).

13. Following solicitation of the Plan and calculating votes related thereto and addressing informal objections received from certain parties, the Trustee submitted his: (i) *Final Report of Balloting* summarizing the ballots received and tabulation thereof (D.I. 357); (ii) *Chapter 11 Trustee's Memorandum of Law in Support of Confirmation of Chapter 11 Plan of Liquidation* (D.I. 360) (the "Confirmation Brief"); (iii) *Declaration of David A. Wender in Support of Confirmation of the Plan of Liquidation for Curepoint, LLC* (D.I. 361) (the "Plan Declaration"); and (iv) proposed *Findings of Fact, Conclusions of Law, and Order Confirming*

the *Chapter 11 Trustee's Plan of Liquidation for Curepoint, LLC* (D.I. 362) (the "<u>Proposed Confirmation Order</u>").

14.     Following a confirmation hearing on December 18, 2023, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Chapter 11 Trustee's Plan of Liquidation for Curepoint, LLC* (D.I. 365) (the "<u>Confirmation Order</u>") on December 22, 2023. Shortly thereafter, the Trustee satisfied conditions precedent to the effective date of the Plan, which caused the effective date to occur on December 29, 2023.  On January 4, 2024, the Trustee directed the *Notice of (I) Entry of Confirmation Order; (II) Occurrence of Effective Date; and (III) Deadline for Requests for Payment* (D.I. 367) (the "<u>Notice of Effective Date</u>") to be filed on the Court's docket, providing notice to parties-in-interest of the occurrence of the plan effective date and the deadlines for filing certain claims.

## <u>SUMMARY OF SERVICES</u>

15.     In summary, the Trustee performed or supervised activities involving the following during the Application Period:

   a.  Reviewed all case filings and related materials;

   b.  Met with Debtor's counsel, Debtor's employees and management, and the Trustee's professionals regarding various matters to determine the course of action in the case;

   c.  Addressed the operational needs of the Debtor during the Application Period;

   d.  Pursued and consummated the sale of the Debtor as a going concern through a public sale process;

   e.  Engaged in negotiations and achieved settlements with several of the Debtor's creditors;

f. Initiated, prosecuted, and favorably resolved numerous adversary proceedings against various creditors of the Debtor; and

g. Achieved confirmation of a liquidating plan and facilitated satisfaction of the conditions precedent for the effective date of the same.

16.     As set forth herein, the compensation requested by the Trustee satisfies the standards and guidelines set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974) and section 330 of the Bankruptcy Code.  Pursuant to sections 326 and 330, the Trustee is entitled to compensation in the amount of $167,689.50.

17.     Finally, the Trustee has incurred actual and necessary costs and expenses in the amount of $1,471.25 during the Application Period and the Trustee is entitled to reimbursement of such expenses.

## **CONCLUSION**

WHEREFORE, the Trustee respectfully requests that it be granted, through an order substantially in the form attached hereto as **Exhibit C**:

a) a final allowance in the amount of $167,689.50 for professional services rendered during the Application Period as the Chapter 11 trustee;

b) reimbursement of expenses incurred by the Trustee in the amount of $1,471.25;

c) that the Trustee be authorized to make payment of the same as an administrative expense immediately upon entry of this order; and

d) that it be granted such other relief as the Court may deem just and proper.

Dated: January 30, 2024                          Respectfully submitted,

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300

Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

## EXHIBIT A

| Commission permitted under Section 326 | |
|---|---|
| Disbursement Total Per MORs | **$6,285,739.05** |
| 25% of $5,000 | $ 1,250.00 |
| 10% of $5,001 to $50,000 | $ 4,499.90 |
| 5% of $50,001 to $1,000,000 | $ 47,499.95 |
| 3% of $1,000,001 to remainder | $ 158,572.14 |
| | **$ 211,821.99** |

**EXHIBIT B**

EVERSHEDS
SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

Bill No.      1226365
Bill Date     November 17, 2022

**Matter No:      96361.0001**
**RE:             Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022**

| | |
|---|---|
| **Fees** | **$34,292.00** |
| **Total Current Disbursements** | **$981.02** |
| **Total Current Bill** | **$35,273.02** |

Matter No. 96361-0001                                   Bill No: 1226365                                   Page 2

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2022**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 10/14/22 | David  A. Wender | Review materials in connection with Curepoint Trustee interview. | B110 | 3.50 | 3,290.00 |
| 10/17/22 | David  A. Wender | Review materials in connection with Curepoint Trustee interview. | B110 | 2.60 | 2,444.00 |
| 10/17/22 | David  A. Wender | Telephone conferences in furtherance of retention and case intake. | B110 | 0.90 | 846.00 |
| 10/18/22 | David  A. Wender | Attention to Trustee duties and related obligations. | B110 | 4.60 | 4,324.00 |
| 10/18/22 | Wendy  B. Spiro | Preparations for e-filing of D. Wender's acceptance of appointment as Chapter 11 trustee (with verified statement and affidavit). | B110 | 0.40 | 170.00 |
| 10/19/22 | David  A. Wender | Review and analyze Curepoint documents; multiple calls in furtherance of appointment, including calls with Synovus and bond insurer. | B110 | 3.90 | 3,666.00 |
| 10/20/22 | David  A. Wender | Multiple calls in furtherance of appointment; confer with counsel relative to background issues; participate in meeting with Jamila Daddabohy. | B110 | 4.30 | 4,042.00 |
| 10/21/22 | David  A. Wender | Multiple calls in furtherance of appointment; confer with counsel relative to background issues; follow up with Jamila relative to assets. | B110 | 1.40 | 1,316.00 |
| 10/25/22 | David  A. Wender | Prepare for and participate in on-site meeting; follow up in respect of creditor demands. | B110 | 7.90 | 7,426.00 |
| 10/27/22 | David  A. Wender | Attention to investment banker/restructuring advisor; attention to proposed sale procedures. | B110 | 1.70 | 1,598.00 |
| 10/28/22 | David  A. Wender | Review and analyze documents related to Curepoint operations; attention to sale process. | B110 | 2.40 | 2,256.00 |
| 10/29/22 | David  A. Wender | Review and analyze documents related to Curepoint operations. | B110 | 0.10 | 94.00 |
| 10/31/22 | David  A. Wender | Participate in budget call with Jamila, Michael ,and Phillip. | B110 | 3.00 | 2,820.00 |
| | | **Total for B110 - Case Administration** | | | **34,292.00** |

|  |  | Fees | $34,292.00 |
|--|--|------|-----------|

B110  Case Administration

| | | | | |
|---|---|---|---|---|
| David A. Wender | 36.30 | Hours @ 940.00 | 34,122.00 | |
| Wendy B. Spiro | 0.40 | Hours @ 425.00 | 170.00 | |
| | 36.70 | | | 34,292.00 |

Matter No. 96361-0001                                    Bill No: 1226365                                    Page 3

|  | 36.70 | 34,292.00 |
|---|---|---|

**DISBURSEMENTS**

| | |
|---|---|
| VENDOR: FEDERAL EXPRESS; To: Elaine Thompson; From: David Wender – Overnight Courier | 17.02 |
| UCC Search and Copies/Cogency Global Inc.; LaShana C. Jimmar – Search Fees | 482.00 |
| UCC Lien Search/Cogency Global Inc.; LaShana C. Jimmar – Search Fees | 482.00 |

**Total Current Disbursements**                                    $981.02

**TOTAL CURRENT BILLING**                                    **$35,273.02**

E V E R S H E D S
S U T H E R L A N D

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1233826 |
| Bill Date | January 18, 2023 |

**Matter No:**     96361.0001
**RE:**              **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2022**

| | |
|---|---|
| **Fees** | **$35,555.50** |
| **Total Current Bill** | **$35,555.50** |

Matter No. 96361-0001                                Bill No: 1233826                                          Page 2

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2022**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/01/22 | David  A. Wender | Attention to unpaid AR and related historical payment information. | | 1.80 | 1,438.20 |
| 11/02/22 | David  A. Wender | Attention to unpaid AR and related historical payment information; multiple calls in furtherance of outstanding payments. | | 4.00 | 3,196.00 |
| 11/03/22 | David  A. Wender | Attention to unpaid AR and related historical payment information (2.1); multiple calls in furtherance of outstanding payments (0.6); direction to Nathan DeLoatch relative to case needs (1.0). | | 3.70 | 2,956.30 |
| | | **Total for  -** | | | **7,590.50** |
| 11/09/22 | David  A. Wender | Confer with SOLIC related to Sales Procedures; review Trustee hearing transcript. | B110 | 3.20 | 2,556.80 |
| 11/11/22 | David  A. Wender | Analysis of exhibits used in connection with Trustee hearing. | B110 | 0.20 | 159.80 |
| 11/11/22 | David  A. Wender | Analyze budget and report related to financial performance. | B110 | 1.10 | 878.90 |
| 11/16/22 | David  A. Wender | Review and revise Monthly Operating reports and related requirements. | B110 | 1.00 | 799.00 |
| 11/16/22 | David  A. Wender | Multiple conferences with Jamila related to practice operational and financial needs. | B110 | 1.00 | 799.00 |
| 11/17/22 | David  A. Wender | Review and respond to emails related to operational needs of the practice. | B110 | 0.60 | 479.40 |
| 11/21/22 | David  A. Wender | Analyze correspondence related to outstanding AP. | B110 | 0.10 | 79.90 |
| 11/28/22 | David  A. Wender | Review emails from Jamila related to ongoing practice needs. | B110 | 2.00 | 1,598.00 |
| 11/29/22 | David  A. Wender | Multiple emails with Jmaila relative to budget and staffing needs. | B110 | 0.50 | 399.50 |
| | | **Total for B110 - Case Administration** | | | **7,750.30** |
| 11/08/22 | David  A. Wender | Follow up relative to stay relief motion. | B120 | 2.30 | 1,837.70 |
| | | **Total for B120 - Asset Analysis and Recovery** | | | **1,837.70** |
| 11/04/22 | David  A. Wender | Conference calls with SOLIC related to potential stalking horse bidder. | B130 | 0.80 | 639.20 |
| 11/07/22 | David  A. Wender | Email correspondence with SOLIC related to sale process. | B130 | 1.00 | 799.00 |

Matter No. 96361-0001                                    Bill No: 1233826                                    Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/08/22 | David  A. Wender | Email correspondence with Michael Holbein related to sale procedures. | B130 | 0.20 | 159.80 |
| 11/10/22 | David  A. Wender | Confer with SOLIC related to Sales Procedures; review Trustee hearing transcript. | B130 | 1.30 | 1,038.70 |
| 11/10/22 | David  A. Wender | Confer with potential bidders related to proposed sale process. | B130 | 0.40 | 319.60 |
| 11/11/22 | David  A. Wender | Telephone conferences in furtherance of proposed sale. | B130 | 1.00 | 799.00 |
| 11/14/22 | David  A. Wender | Analyze SOLIC sale process report. | B130 | 0.80 | 639.20 |
| 11/15/22 | David  A. Wender | Telephone conferences in furtherance of proposed sale. | B130 | 0.50 | 399.50 |
| 11/16/22 | David  A. Wender | Analyze correspondence related to sale process and related updates. | B130 | 1.10 | 878.90 |
| 11/17/22 | David  A. Wender | Analyze key dates in connection with sales procedure hearing. | B130 | 3.00 | 2,397.00 |
| 11/21/22 | David  A. Wender | Review sales process update correspondence. | B130 | 1.10 | 878.90 |
| 11/23/22 | David  A. Wender | Multiple calls in furtherance of sale process; emails in furtherance of same. | B130 | 3.10 | 2,476.90 |
| 11/29/22 | David  A. Wender | Review emails related to sale process. | B130 | 0.30 | 239.70 |
| 11/30/22 | David  A. Wender | Review contracts in connection with proposed sale and related notices. | B130 | 2.80 | 2,237.20 |
| | | **Total for B130 - Asset Disposition** | | | **13,902.60** |
| 11/04/22 | David  A. Wender | Review Geer fee application. | B160 | 0.70 | 559.30 |
| 11/16/22 | David  A. Wender | Attention to inquiry from US Trustee related to SOLIC. | B160 | 0.30 | 239.70 |
| | | **Total for B160 - Fee/Employment Applications** | | | **799.00** |
| 11/21/22 | David  A. Wender | Prepare for and participate in call with UST relative to SOLIC Engagement. | B170 | 0.70 | 559.30 |
| 11/21/22 | David  A. Wender | Confer with SOLIC relative employment agreement modifications requested by UST. | B170 | 0.30 | 239.70 |
| | | **Total for B170 - Fee/Employment Objections** | | | **799.00** |
| 11/15/22 | David  A. Wender | Review and respond to inquiries from Jamila related to practice operational needs. | B210 | 0.70 | 559.30 |
| | | **Total for B210 - Business Operations** | | | **559.30** |

Matter No. 96361-0001 | Bill No: 1233826 | Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/14/22 | David  A. Wender | Review draft monthly operating report. | B230 | 0.10 | 79.90 |
| 11/14/22 | David  A. Wender | Review proposed budget and related reporting. | B230 | 0.80 | 639.20 |
| 11/15/22 | David  A. Wender | Analysis of proposed amended budget. | B230 | 0.50 | 399.50 |
| 11/15/22 | David  A. Wender | Analysis of required MOR details. | B230 | 0.80 | 639.20 |
| 11/21/22 | David  A. Wender | Review and finalize Amended Cash Collateral Motion and related filings. | B230 | 0.70 | 559.30 |

**Total for B230 - Financing/Cash Collections**      **2,317.10**

| | | | **Fees** | | $35,555.50 |
|---|---|---|---|---|---|
| David A. Wender | 9.50 | Hours @ 799.00 | 7,590.50 | | |
| | 9.50 | | | | 7,590.50 |
| **B110  Case Administration** | | | | | |
| David A. Wender | 9.70 | Hours @ 799.00 | 7,750.30 | | |
| | 9.70 | | | | 7,750.30 |
| **B120  Asset Analysis and Recovery** | | | | | |
| David A. Wender | 2.30 | Hours @ 799.00 | 1,837.70 | | |
| | 2.30 | | | | 1,837.70 |
| **B130  Asset Disposition** | | | | | |
| David A. Wender | 17.40 | Hours @ 799.00 | 13,902.60 | | |
| | 17.40 | | | | 13,902.60 |
| **B160  Fee/Employment Applications** | | | | | |
| David A. Wender | 1.00 | Hours @ 799.00 | 799.00 | | |
| | 1.00 | | | | 799.00 |
| **B170  Fee/Employment Objections** | | | | | |
| David A. Wender | 1.00 | Hours @ 799.00 | 799.00 | | |
| | 1.00 | | | | 799.00 |
| **B210  Business Operations** | | | | | |
| David A. Wender | 0.70 | Hours @ 799.00 | 559.30 | | |
| | 0.70 | | | | 559.30 |
| **B230  Financing/Cash Collections** | | | | | |
| David A. Wender | 2.90 | Hours @ 799.00 | 2,317.10 | | |
| | 2.90 | | | | 2,317.10 |
| | 44.50 | | | | 35,555.50 |

**TOTAL CURRENT BILLING**      **$35,555.50**

E V E R S H E D S
S U T H E R L A N D

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1233827 |
| Bill Date | January 18, 2023 |

**Matter No:**     **96361.0001**
**RE:**               **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH December 31, 2022**

| | |
|---|---|
| **Fees** | **$27,954.00** |
| **Total Current Disbursements** | **$149.60** |
| **Total Current Bill** | **$28,103.60** |

Matter No. 96361-0001                          Bill No: 1233827                          Page 2

**FOR LEGAL SERVICES RENDERED THROUGH December 31, 2022**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/05/22 | David A. Wender | Analyze open matters in connection with conversation with Jamila. | B110 | 1.10 | 878.90 |
| 12/07/22 | David A. Wender | Emails in furtherance of business operations. | B110 | 0.80 | 639.20 |
| 12/12/22 | David A. Wender | Coordinate with Nathan relative to case developments and next steps. | B110 | 0.80 | 639.20 |
| 12/14/22 | David A. Wender | Multiple calls with Jamila relative to operations and transition. | B110 | 0.90 | 719.10 |
| 12/22/22 | David A. Wender | Email correspondence related to operational payments. | B110 | 0.70 | 559.30 |
| | | **Total for B110 - Case Administration** | | | **3,435.70** |
| 12/13/22 | David A. Wender | Attention to sale and related closing. | B120 | 0.50 | 399.50 |
| 12/13/22 | David A. Wender | Finalize Trustee's declaration in support of sale. | B120 | 0.40 | 319.60 |
| 12/15/22 | David A. Wender | Coordinate with SOLIC and Chris Rosselli relative to closing. | B120 | 1.40 | 1,118.60 |
| | | **Total for B120 - Asset Analysis and Recovery** | | | **1,837.70** |
| 12/01/22 | David A. Wender | Review contracts in connection with proposed sale and related notices. | B130 | 3.00 | 2,397.00 |
| 12/02/22 | David A. Wender | Prepare for and participate in multiple calls related to sale and related matters. | B130 | 3.90 | 3,116.10 |
| 12/04/22 | David A. Wender | Review documents in furtherance of sale process. | B130 | 0.30 | 239.70 |
| 12/06/22 | David A. Wender | Analyze correspondence from RBS relative to reimbursements. | B130 | 0.90 | 719.10 |
| 12/06/22 | David A. Wender | Follow up relative to open sale-related issues. | B130 | 1.50 | 1,198.50 |
| 12/07/22 | David A. Wender | Multiple communications in respect of sale process. | B130 | 0.60 | 479.40 |
| 12/08/22 | David A. Wender | Attention to sale related issues. | B130 | 1.30 | 1,038.70 |
| 12/09/22 | David A. Wender | Multiple calls in furtherance of sale. | B130 | 2.60 | 2,077.40 |
| 12/10/22 | David A. Wender | Email correspondence in furtherance of sale process. | B130 | 0.60 | 479.40 |
| 12/11/22 | David A. Wender | Prepare for and participate in call related to APA. | B130 | 2.00 | 1,598.00 |
| 12/16/22 | David A. Wender | Follow up relative to sale closing. | B130 | 1.50 | 1,198.50 |

Matter No. 96361-0001 | Bill No: 1233827 | Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/17/22 | David  A. Wender | Follow up relative to sale closing. | B130 | 0.30 | 239.70 |
| 12/18/22 | David  A. Wender | Follow up relative to sale closing. | B130 | 1.00 | 799.00 |
| 12/19/22 | David  A. Wender | Follow up relative to sale closing. | B130 | 1.30 | 1,038.70 |
| 12/21/22 | David  A. Wender | Attention to sale closing related matters. | B130 | 1.50 | 1,198.50 |
| 12/28/22 | David  A. Wender | Prepare for and participate in call related to post closing operations. | B130 | 1.00 | 799.00 |
| | | **Total for B130 - Asset Disposition** | | | **18,616.70** |
| 12/10/22 | David  A. Wender | Review and approve fee application. | B160 | 0.20 | 159.80 |
| 12/15/22 | David  A. Wender | Attention to appraiser engagement. | B160 | 0.40 | 319.60 |
| 12/16/22 | David  A. Wender | Review appraiser employment application. | B160 | 0.10 | 79.90 |
| | | **Total for B160 - Fee/Employment Applications** | | | **559.30** |
| 12/14/22 | David  A. Wender | Analysis of potential claims. | B180 | 0.40 | 319.60 |
| 12/15/22 | Angelena  H. Velaj | Ancillary documents . | B180 | 3.10 | 1,255.50 |
| 12/19/22 | Angelena  H. Velaj | Review and combine closing documents. | B180 | 1.60 | 648.00 |
| 12/20/22 | Angelena  H. Velaj | Ancillary documents . | B180 | 2.00 | 810.00 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **3,033.10** |
| 12/07/22 | David  A. Wender | Analyze newly filed proof of claim and correspondence related to unpaid amounts. | B310 | 0.50 | 399.50 |
| | | **Total for B310 - Claims Administration and Objections** | | | **399.50** |
| 12/20/22 | Darlene  M. Aumer | Obtain a Certificate of Good Standing. | B410 | 0.20 | 72.00 |
| | | **Total for B410 - General Bankruptcy Advice/Opinions** | | | **72.00** |
| | | | **Fees** | | $27,954.00 |

B110  Case Administration
David A. Wender

| | | 4.30 | Hours @ 799.00 | 3,435.70 | |
| | | 4.30 | | | 3,435.70 |

B120  Asset Analysis and Recovery
David A. Wender

| | | 2.30 | Hours @ 799.00 | 1,837.70 | |
| | | 2.30 | | | 1,837.70 |

Matter No. 96361-0001                                    Bill No: 1233827                                                    Page 4

B130  Asset Disposition
David A. Wender                              23.30    Hours @ 799.00      18,616.70
                                            23.30                                          18,616.70

B160  Fee/Employment Applications
David A. Wender                               0.70    Hours @ 799.00         559.30
                                             0.70                                             559.30

B180  Avoidance Action Analysis
David A. Wender                               0.40    Hours @ 799.00         319.60
Angelena H. Velaj                             6.70    Hours @ 405.00       2,713.50
                                             7.10                                           3,033.10

B310  Claims Administration and Objections
David A. Wender                               0.50    Hours @ 799.00         399.50
                                             0.50                                             399.50

B410  General Bankruptcy Advice/Opinions
Darlene M. Aumer                              0.20    Hours @ 360.00          72.00
                                             0.20                                              72.00

                                                                  38.40                    27,954.00

### DISBURSEMENTS

    Wender, David A. - Parking - Curepoint Hearing Parking                    6.30
    12/15/22 – Local Transportation

    2406 Cancer Care, LLC (DE)/CT CORPORATION; Darlene M.              143.30
    Aumer – Professional Services

                   **Total Current Disbursements**                    $149.60

                   **TOTAL CURRENT BILLING**                    **$28,103.60**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1237177 |
| Bill Date | February 16, 2023 |

**Matter No:**     **96361.0001**
**RE:**               **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH January 31, 2023**

| | |
|---|---|
| **Fees** | **$14,697.50** |
| **Total Current Bill** | **$14,697.50** |

Matter No. 96361-0001                          Bill No: 1237177                                          Page 2

**FOR LEGAL SERVICES RENDERED THROUGH January 31, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|------------|-----------|------|-------|--------|
| 01/09/23 | David A. Wender | Multiple emails with Jamila relative to outstanding bills. | B110 | 0.30 | 239.70 |
| 01/10/23 | David A. Wender | Confer with staff related to wind down of operations. | B110 | 1.10 | 878.90 |
| 01/11/23 | David A. Wender | Email correspondence related to case wind down. | B110 | 0.20 | 159.80 |
| | | **Total for B110 - Case Administration** | | | **1,278.40** |
| 01/17/23 | David A. Wender | Prepare for and participate in call with counsel related to potential claims. | B120 | 0.50 | 399.50 |
| 01/18/23 | David A. Wender | Email correspondence related to post sale receivables. | B120 | 1.80 | 1,438.20 |
| 01/23/23 | David A. Wender | Review draft Zerorez proof of claim. | B120 | 0.80 | 639.20 |
| 01/24/23 | David A. Wender | Review information related to McCord claim. | B120 | 1.20 | 958.80 |
| | | **Total for B120 - Asset Analysis and Recovery** | | | **3,435.70** |
| 01/02/23 | David A. Wender | Attention to post closing true up. | B130 | 0.20 | 159.80 |
| 01/03/23 | David A. Wender | Attention to Transition Services Agreement and related post closing matters. | B130 | 1.30 | 1,038.70 |
| 01/20/23 | David A. Wender | Attention to post sale distribution. | B130 | 0.40 | 319.60 |
| 01/27/23 | David A. Wender | Attention to accounts receivables and distribution of post sale assets. | B130 | 1.10 | 878.90 |
| 01/30/23 | David A. Wender | Email correspondence in respect of property valuation. | B130 | 0.30 | 239.70 |
| | | **Total for B130 - Asset Disposition** | | | **2,636.70** |
| 01/30/23 | David A. Wender | Participate in fee reimbursement hearing. | B160 | 0.60 | 479.40 |
| | | **Total for B160 - Fee/Employment Applications** | | | **479.40** |
| 01/19/23 | David A. Wender | Prepare for and participate in meeting with Jamila relative to potential claims. | B180 | 1.60 | 1,278.40 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **1,278.40** |
| 01/04/23 | David A. Wender | Attention to potential rejection of contracts and turnover of equipment. | B185 | 2.50 | 1,997.50 |
| 01/05/23 | David A. Wender | Analysis of post-sale operation matters. | B185 | 0.30 | 239.70 |

Matter No. 96361-0001 Bill No: 1237177 Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 01/06/23 | David  A. Wender | Analysis of post-sale operation matters. | B185 | 0.50 | 399.50 |
| | | **Total for B185 - Assumption/Rejection of Leases and Contracts** | | | **2,636.70** |
| 01/03/23 | Christopher  M. Rosselli | Review and comment on transition services agreement. | B190 | 1.50 | 1,114.50 |
| | | **Total for B190 - Other Contested Matters (excluding assumption/rejection motions)** | | | **1,114.50** |
| 01/09/23 | David  A. Wender | Email correspondence with Jamila related to pre-closing operations,. | B210 | 0.80 | 639.20 |
| 01/13/23 | David  A. Wender | Attention to MOR related information and outstanding payables. | B210 | 0.10 | 79.90 |
| | | **Total for B210 - Business Operations** | | | **719.10** |
| 01/12/23 | David  A. Wender | Email correspondence in furtherance of claim resolution. | B310 | 0.40 | 319.60 |
| 01/15/23 | David  A. Wender | Analyze proof of claim. | B310 | 0.60 | 479.40 |
| 01/31/23 | David  A. Wender | Follow up with Nathan relative to assumed claim. | B310 | 0.20 | 159.80 |
| 01/31/23 | David  A. Wender | Analyze amended CLG proof of claim. | B310 | 0.20 | 159.80 |
| | | **Total for B310 - Claims Administration and Objections** | | | **1,118.60** |

|  |  |  | **Fees** | $14,697.50 |
|--|--|--|----------|-----------|

B110  Case Administration
David A. Wender

| | | | | |
|--|--|--|--|--|
| 1.60 | Hours @ 799.00 | 1,278.40 | | |
| 1.60 | | | 1,278.40 | |

B120  Asset Analysis and Recovery
David A. Wender

| | | | | |
|--|--|--|--|--|
| 4.30 | Hours @ 799.00 | 3,435.70 | | |
| 4.30 | | | 3,435.70 | |

B130  Asset Disposition
David A. Wender

| | | | | |
|--|--|--|--|--|
| 3.30 | Hours @ 799.00 | 2,636.70 | | |
| 3.30 | | | 2,636.70 | |

B160  Fee/Employment Applications
David A. Wender

| | | | | |
|--|--|--|--|--|
| 0.60 | Hours @ 799.00 | 479.40 | | |
| 0.60 | | | 479.40 | |

B180  Avoidance Action Analysis
David A. Wender

| | | | | |
|--|--|--|--|--|
| 1.60 | Hours @ 799.00 | 1,278.40 | | |
| 1.60 | | | 1,278.40 | |

B185  Assumption/Rejection of Leases and Contracts
David A. Wender

| | | | | |
|--|--|--|--|--|
| 3.30 | Hours @ 799.00 | 2,636.70 | | |
| 3.30 | | | 2,636.70 | |

Matter No. 96361-0001                                    Bill No: 1237177                                    Page 4

B190  Other Contested Matters (excluding assumption/rejection motions)
Christopher M. Rosselli                    1.50    Hours @ 743.00      1,114.50
                                           1.50                                        1,114.50

B210  Business Operations
David A. Wender                            0.90    Hours @ 799.00       719.10
                                           0.90                                          719.10

B310  Claims Administration and Objections
David A. Wender                            1.40    Hours @ 799.00     1,118.60
                                           1.40                                        1,118.60


                                                       18.50                          14,697.50


                              **TOTAL CURRENT BILLING**                      **$14,697.50**

**EVERSHEDS SUTHERLAND**

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1240151 |
| Bill Date | March 21, 2023 |

**Matter No:      96361.0001**
**RE:               Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH February 28, 2023**

| | |
|---|---|
| **Fees** | **$6,631.70** |
| **Total Current Disbursements** | **$77.88** |
| **Total Current Bill** | **$6,709.58** |

Matter No. 96361-0001 | Bill No: 1240151 | Page 2

**FOR LEGAL SERVICES RENDERED THROUGH February 28, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 02/01/23 | David A. Wender | Review Monthly Operating Report. | B110 | 0.10 | 79.90 |
| 02/13/23 | David A. Wender | Attention to supplemental bond (0.2); attention to post sale and allocation of receivables purchased by purchaser. | B110 | 0.80 | 639.20 |
| 02/14/23 | David A. Wender | Attention to post sale and allocation of receivables purchased by purchaser. | B110 | 0.90 | 719.10 |
| 02/15/23 | David A. Wender | Attention to UST requirements. | B110 | 0.20 | 159.80 |
| 02/16/23 | David A. Wender | Analyze documents in respect of MOR. | B110 | 0.20 | 159.80 |
| | | **Total for B110 - Case Administration** | | | **1,757.80** |
| 02/03/23 | David A. Wender | Email correspondence with buyer.,. | B130 | 0.60 | 479.40 |
| 02/06/23 | David A. Wender | Follow up with Purchaser related to accounts receivable. | B130 | 0.60 | 479.40 |
| 02/27/23 | David A. Wender | Email correspondence in furtherance of post sale distribution. | B130 | 1.40 | 1,118.60 |
| 02/28/23 | David A. Wender | Email correspondence in furtherance of post sale distribution. | B130 | 0.30 | 239.70 |
| | | **Total for B130 - Asset Disposition** | | | **2,317.10** |
| 02/07/23 | David A. Wender | Telephone conference with Charlie McGlimsey relative to proof of claim bar date. | B310 | 0.70 | 559.30 |
| 02/08/23 | David A. Wender | Analyze retention objections. | B310 | 1.20 | 958.80 |
| 02/09/23 | David A. Wender | Analyze retention objections. | B310 | 0.70 | 559.30 |
| 02/10/23 | David A. Wender | Conference relative to accrued/paid amounts. | B310 | 0.60 | 479.40 |
| | | **Total for B310 - Claims Administration and Objections** | | | **2,556.80** |

| | | | **Fees** | | $6,631.70 |
|---|---|---|---|---|---|

B110  Case Administration
David A. Wender

| | | 2.20 | Hours @ 799.00 | 1,757.80 | |
|---|---|------|----------------|----------|---|
| | | 2.20 | | | 1,757.80 |

B130  Asset Disposition
David A. Wender

| | | 2.90 | Hours @ 799.00 | 2,317.10 | |
|---|---|------|----------------|----------|---|
| | | 2.90 | | | 2,317.10 |

B310  Claims Administration and Objections
David A. Wender

| | | 3.20 | Hours @ 799.00 | 2,556.80 | |
|---|---|------|----------------|----------|---|
| | | 3.20 | | | 2,556.80 |

Matter No. 96361-0001                          Bill No: 1240151                                    Page 3

_____

                                                               8.30                          6,631.70

**DISBURSEMENTS**

        GMS Courier Service: Delivery to USDC/GEORGIA                    77.88
        MESSENGER SERVICE, INC; Patrick Hally – Local
        Courier/Messenger Service

                    **Total Current Disbursements**          $77.88

                    **TOTAL CURRENT BILLING**          **$6,709.58**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

<u>**Electronic Remittance Instructions**</u>:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
<u>**Check Remittance Instructions**</u>:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1244556 |
| Bill Date | April 13, 2023 |

**Matter No:**      **96361.0001**
**RE:**                **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH March 31, 2023**

| | |
|---|---|
| **Fees** | **$6,312.10** |
| **Total Current Bill** | **$6,312.10** |

Matter No. 96361-0001        Bill No: 1244556        Page 2

**FOR LEGAL SERVICES RENDERED THROUGH March 31, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 02/24/23 | David  A. Wender | Review proposed MOR; email correspondence related to psot sale AR. | B110 | 0.40 | 319.60 |
| 03/20/23 | David  A. Wender | Direction relative to payables. | B110 | 0.20 | 159.80 |
| | | **Total for B110 - Case Administration** | | | **479.40** |
| 03/07/23 | David  A. Wender | Attention to transfer of receivables. | B130 | 0.20 | 159.80 |
| 03/08/23 | David  A. Wender | Attention to transfer of receivables. | B130 | 1.00 | 799.00 |
| 03/09/23 | David  A. Wender | Attention to transfer of receivables. | B130 | 0.20 | 159.80 |
| | | **Total for B130 - Asset Disposition** | | | **1,118.60** |
| 03/13/23 | David  A. Wender | Monitor and participate in Hearing on Motion to Retain an Appraiser. | B160 | 1.40 | 1,118.60 |
| 03/21/23 | David  A. Wender | Review draft Compensation Motion. | B160 | 0.80 | 639.20 |
| | | **Total for B160 - Fee/Employment Applications** | | | **1,757.80** |
| 03/16/23 | David  A. Wender | Attention to expert retention; email in furtherance of same. | B185 | 0.60 | 479.40 |
| | | **Total for B185 - Assumption/Rejection of Leases and Contracts** | | | **479.40** |
| 03/02/23 | David  A. Wender | Attention to account access. | B210 | 0.20 | 159.80 |
| 03/03/23 | David  A. Wender | Attention to account access. | B210 | 0.90 | 719.10 |
| | | **Total for B210 - Business Operations** | | | **878.90** |
| 03/16/23 | David  A. Wender | Analysis of data related to claim objection. | B310 | 0.20 | 159.80 |
| 03/22/23 | David  A. Wender | Follow up relative to pending litigation. | B310 | 0.40 | 319.60 |
| 03/23/23 | David  A. Wender | Telephone conference in furtherance of settlement discussions and claim objections. | B310 | 0.70 | 559.30 |
| 03/28/23 | David  A. Wender | Prepare for and participate in call related to claim objections. | B310 | 0.70 | 559.30 |
| | | **Total for B310 - Claims Administration and Objections** | | | **1,598.00** |
| | | | **Fees** | | **$6,312.10** |

B110  Case Administration
David A. Wender                  0.60    Hours @ 799.00      479.40

                                0.60                                  479.40

Matter No. 96361-0001                          Bill No: 1244556                                    Page 3

---

B130  Asset Disposition
David A. Wender                          1.40   Hours @ 799.00       1,118.60
                                         1.40                                         1,118.60

B160  Fee/Employment Applications
David A. Wender                          2.20   Hours @ 799.00       1,757.80
                                         2.20                                         1,757.80

B185  Assumption/Rejection of Leases and Contracts
David A. Wender                          0.60   Hours @ 799.00         479.40
                                         0.60                                           479.40

B210  Business Operations
David A. Wender                          1.10   Hours @ 799.00         878.90
                                         1.10                                           878.90

B310  Claims Administration and Objections
David A. Wender                          2.00   Hours @ 799.00       1,598.00
                                         2.00                                         1,598.00

                                         7.90                                         6,312.10

                          **TOTAL CURRENT BILLING**                   **$6,312.10**

**EVERSHEDS
SUTHERLAND**

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

Bill No.    1248342
Bill Date    May 11, 2023

**Matter No:    96361.0001**
**RE:          Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH April 30, 2023**

**Fees**                                                          **$5,113.60**

**Total Current Bill**                                            **$5,113.60**

Matter No. 96361-0001                                    Bill No: 1248342                                    Page 2

**FOR LEGAL SERVICES RENDERED THROUGH April 30, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|------------|-----------|------|-------|--------|
| 04/06/23 | David  A. Wender | Email correspondence related to MOR and Accounts. | B110 | 0.80 | 639.20 |
| 04/08/23 | David  A. Wender | Analyze Zero Holdings Plan and provide direction in respect of same. | B110 | 0.10 | 79.90 |
| 04/10/23 | David  A. Wender | Attention to post sale matters. | B110 | 0.70 | 559.30 |
| 04/11/23 | David  A. Wender | Attention to post sale matters. | B110 | 0.50 | 399.50 |
| 04/12/23 | David  A. Wender | Attention to post sale matters. | B110 | 0.40 | 319.60 |
| 04/13/23 | David  A. Wender | Email correspondence with UST relative to open accounts (0.2); telephone conference in furtherance of pending litigation. | B110 | 1.30 | 1,038.70 |
| 04/14/23 | David  A. Wender | Attention to post sale requirements. | B110 | 0.40 | 319.60 |
| 04/17/23 | David  A. Wender | Attention to MORs. | B110 | 0.30 | 239.70 |
| 04/18/23 | David  A. Wender | Attention to MORs. | B110 | 1.30 | 1,038.70 |
| 04/19/23 | David  A. Wender | Direction relative to submission of revised Bond. | B110 | 0.40 | 319.60 |
| 04/25/23 | David  A. Wender | Attention to inquiry from creditor. | B110 | 0.20 | 159.80 |
| | | **Total for B110 - Case Administration** | | | **5,113.60** |

|  |  | **Fees** | $5,113.60 |
|--|--|-----------|-----------|

B110  Case Administration
David A. Wender                                    6.40    Hours @ 799.00        5,113.60
                                                   6.40                                      5,113.60

                                          _____                    _____
                                              6.40                              5,113.60

                              **TOTAL CURRENT BILLING**              **$5,113.60**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1252442 |
| Bill Date | June 13, 2023 |

**Matter No:**      **96361.0001**
**RE:**              **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH May 31, 2023**

| | |
|---|---|
| **Fees** | **$9,747.80** |
| **Total Current Bill** | **$9,747.80** |

Matter No. 96361-0001 | Bill No: 1252442 | Page 2

**FOR LEGAL SERVICES RENDERED THROUGH May 31, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/23 | David  A. Wender | Attention to post sale administration. | B110 | 0.20 | 159.80 |
| | | **Total for B110 - Case Administration** | | | **159.80** |
| 05/12/23 | David  A. Wender | Review inquiry from UST. | B170 | 0.50 | 399.50 |
| 05/17/23 | David  A. Wender | Attention to UST fee application inquiry. | B170 | 1.30 | 1,038.70 |
| 05/18/23 | David  A. Wender | Analysis of bills in respect of UST inquiry. | B170 | 0.50 | 399.50 |
| 05/22/23 | David  A. Wender | Further revise report to UST. | B170 | 0.80 | 639.20 |
| 05/24/23 | David  A. Wender | Revise report to UST. | B170 | 0.50 | 399.50 |
| 05/26/23 | David  A. Wender | Revise UST response chart . | B170 | 2.30 | 1,837.70 |
| 05/29/23 | David  A. Wender | Revise UST response chart . | B170 | 1.00 | 799.00 |
| 05/30/23 | David  A. Wender | Revise UST response chart . | B170 | 0.20 | 159.80 |
| | | **Total for B170 - Fee/Employment Objections** | | | **5,672.90** |
| 05/04/23 | David  A. Wender | Monitor Zero Holdings confirmation hea. | B310 | 2.40 | 1,917.60 |
| 05/08/23 | David  A. Wender | Follow up relative to Zero Holding hearing. | B310 | 0.20 | 159.80 |
| 05/16/23 | David  A. Wender | Analyze status of claims in connection with plan outline. | B310 | 0.60 | 479.40 |
| 05/25/23 | David  A. Wender | Email correspondence related to Lafayette claim. | B310 | 0.10 | 79.90 |
| 05/26/23 | David  A. Wender | Participate in call related to proposed plan structure. | B310 | 0.90 | 719.10 |
| 05/26/23 | David  A. Wender | Legal research in furtherance of proposed plan treatment of MCA Lenders. | B310 | 0.70 | 559.30 |
| | | **Total for B310 - Claims Administration and Objections** | | | **3,915.10** |
| | | | **Fees** | | $9,747.80 |

| | | | | |
|---|---|---|---|---|
| B110  Case Administration | | | | |
| David A. Wender | 0.20 | Hours @ 799.00 | 159.80 | |
| | 0.20 | | | 159.80 |
| B170  Fee/Employment Objections | | | | |
| David A. Wender | 7.10 | Hours @ 799.00 | 5,672.90 | |
| | 7.10 | | | 5,672.90 |

Matter No. 96361-0001                          Bill No: 1252442                                    Page 3

B310  Claims Administration and Objections
David A. Wender                        4.90    Hours @ 799.00        3,915.10
                                       4.90                                        3,915.10


                                      12.20                                        9,747.80

                        **TOTAL CURRENT BILLING**              **$9,747.80**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1275686 |
| Bill Date | November 30, 2023 |

**Matter No:**      **96361.0001**
**RE:**           **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2023**

| | |
|---|---|
| **Fees** | **$20,274.20** |
| **Total Current Disbursements** | **$262.75** |
| **Total Current Bill** | **$20,536.95** |

Matter No. 96361-0001 | Bill No: 1275686 | Page 2

**FOR LEGAL SERVICES RENDERED THROUGH October 31, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 06/02/23 | David  A. Wender | Attention to post closing matters. | B110 | 0.30 | 239.70 |
| 06/05/23 | David  A. Wender | Attention to post closing matters. | B110 | 0.20 | 159.80 |
| 06/16/23 | David  A. Wender | Confer with buyer reps related to post-sale operations. | B110 | 0.80 | 639.20 |
| 07/10/23 | David  A. Wender | Review MORs. | B110 | 0.20 | 159.80 |
| 08/03/23 | David  A. Wender | Analyze updates from Michael Miles. | B110 | 0.20 | 159.80 |
| 08/14/23 | David  A. Wender | Attention to case status. | B110 | 0.60 | 479.40 |
| 10/20/23 | David  A. Wender | Attention to settlement payment. | B110 | 0.50 | 399.50 |
| | | **Total for B110 - Case Administration** | | | **2,237.20** |
| 06/12/23 | David  A. Wender | Prepare for and participate in fee hearing. | B160 | 1.40 | 1,118.60 |
| 08/17/23 | David  A. Wender | Analyze bills in connection with fee application. | B160 | 0.70 | 559.30 |
| 08/21/23 | David  A. Wender | Review invocies. | B160 | 0.90 | 719.10 |
| | | **Total for B160 - Fee/Employment Applications** | | | **2,397.00** |
| 05/10/23 | David  A. Wender | Analyze inquiry from UST. | B170 | 0.70 | 559.30 |
| 06/06/23 | David  A. Wender | Analyze correspondence from Trustee regarding Eversheds fees. | B170 | 0.20 | 159.80 |
| 06/07/23 | David  A. Wender | Analyze correspondence from Trustee regarding Eversheds fees. | B170 | 0.20 | 159.80 |
| | | **Total for B170 - Fee/Employment Objections** | | | **878.90** |
| 06/16/23 | David  A. Wender | Prepare for and participate in call with Judge Diehl relative to mediation. | B180 | 1.40 | 1,118.60 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **1,118.60** |
| 07/06/23 | David  A. Wender | Review draft tax return. | B240 | 0.10 | 79.90 |
| | | **Total for B240 - Tax Issues** | | | **79.90** |
| 06/01/23 | David  A. Wender | Confer with Nathan related to claim objections and next case. | B310 | 0.60 | 479.40 |
| 06/19/23 | David  A. Wender | Analyze claims in connection with plan structure. | B310 | 0.20 | 159.80 |
| 06/20/23 | David  A. Wender | Prepare for and participate in mediation. | B310 | 6.40 | 5,113.60 |
| 06/22/23 | David  A. Wender | Confer with Jeff Kimble re liquidating plan. | B310 | 0.60 | 479.40 |

Matter No. 96361-0001 · Bill No: 1275686 · Page 3

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 06/23/23 | David  A. Wender | Direction re MCA research. | B310 | 0.40 | 319.60 |
| 07/05/23 | David  A. Wender | Direction relative to case admin. | B310 | 0.80 | 639.20 |
| 07/13/23 | David  A. Wender | Attention to claims administration. | B310 | 0.10 | 79.90 |
| 07/14/23 | David  A. Wender | Prepare for and participate in call related to claims administration. | B310 | 0.30 | 239.70 |
| 07/24/23 | David  A. Wender | Confer with counsel with respect to estate claims. | B310 | 0.30 | 239.70 |
| 07/25/23 | David  A. Wender | Confer with counsel with respect to estate claims. | B310 | 0.50 | 399.50 |
| 08/16/23 | David  A. Wender | Analyze and finalize plan-related documents. | B310 | 0.40 | 319.60 |
| 08/23/23 | David  A. Wender | Attention to AMOA Settlement Paymnent. | B310 | 0.50 | 399.50 |
| 08/24/23 | David  A. Wender | Attention to AMOA Settlement Paymnent. | B310 | 0.10 | 79.90 |
| 09/26/23 | David  A. Wender | Analyze open litigation matters. | B310 | 0.70 | 559.30 |
| 09/29/23 | David  A. Wender | Telephone conferences in futherance of pending litigation. | B310 | 1.10 | 878.90 |
| 10/06/23 | David  A. Wender | Analyze issues relative to proposed settlement. | B310 | 0.10 | 79.90 |
| | | **Total for B310 - Claims Administration and Objections** | | | **10,466.90** |
| 10/03/23 | David  A. Wender | Analyze correspondence related to Disclosure Statement amendment. | B320 | 0.40 | 319.60 |
| 10/10/23 | David  A. Wender | Review revised diclosure statement. | B320 | 0.30 | 239.70 |
| 10/11/23 | David  A. Wender | Review revised diclosure statement. | B320 | 0.40 | 319.60 |
| 10/16/23 | David  A. Wender | Prepare for and participate in Disclosure Statement Hearing. | B320 | 1.20 | 958.80 |
| 10/23/23 | David  A. Wender | Analysis of issues that may impact estate's distributions of monies to creditors. | B320 | 0.30 | 239.70 |
| 10/25/23 | David  A. Wender | Analysis of issues that may impact estate's distributions of monies to creditors. | B320 | 0.70 | 559.30 |
| | | **Total for B320 - Plan and Disclosure Statement (including Business Plan)** | | | **2,636.70** |

Matter No. 96361-0001 | Bill No: 1275686 | Page 4

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 10/16/23 | Cynthia Wyke-Garrett | E-mails to attorneys regarding serving Summons and Complaint; edit Certificate of Service; responding to V. Sanders e-mail regarding Certificate of Service; edit and forward Certificate of Service to attorneys; e-file same; forward Certificate of Service to CopyCenter for printing and mailing to defendants; discussion with CopyCenter regarding mailing of Summons, Complaint, and Certificate of Service. | B410 | 1.50 | 459.00 |

**Total for B410 - General Bankruptcy Advice/Opinions** — **459.00**

| | | | Fees | $20,274.20 |
|---|---|---|---|---|

B110  Case Administration
David A. Wender — 2.80 — Hours @ 799.00 — 2,237.20
2.80 — 2,237.20

B160  Fee/Employment Applications
David A. Wender — 3.00 — Hours @ 799.00 — 2,397.00
3.00 — 2,397.00

B170  Fee/Employment Objections
David A. Wender — 1.10 — Hours @ 799.00 — 878.90
1.10 — 878.90

B180  Avoidance Action Analysis
David A. Wender — 1.40 — Hours @ 799.00 — 1,118.60
1.40 — 1,118.60

B240  Tax Issues
David A. Wender — 0.10 — Hours @ 799.00 — 79.90
0.10 — 79.90

B310  Claims Administration and Objections
David A. Wender — 13.10 — Hours @ 799.00 — 10,466.90
13.10 — 10,466.90

B320  Plan and Disclosure Statement (including Business Plan)
David A. Wender — 3.30 — Hours @ 799.00 — 2,636.70
3.30 — 2,636.70

B410  General Bankruptcy Advice/Opinions
Cynthia Wyke-Garrett — 1.50 — Hours @ 306.00 — 459.00
1.50 — 459.00

26.30 — 20,274.20

## DISBURSEMENTS

GMS Courier Service: delivery to USBC Deborah Jackson on 4/19/23/GEORGIA MESSENGER SERVICE, INC; Patrick Hally – Local Courier/Messenger Service — 58.99

Matter No. 96361-0001 | Bill No: 1275686 | Page 5
---|---|---

**DISBURSEMENTS**

| | |
|---|---|
| Wender, David A. - Miscellaneous - CurePoint Overdraft - Payment to David Wender, estate fiduciary for CurePoint. The check was made payable to ES and deposited into our account but it should have been made payable to David Wender. AR applied the check as OAD to 96361-0001. 06/30/23 – Miscellaneous | 37.77 |
| Transcript of Hearing on Second Interim Application for Compensation/YourTranscriptionist.com Inc.; Nathaniel T. DeLoatch – Transcript/Deposition | 115.85 |
| VENDOR: FEDERAL EXPRESS; To: Felicia A  Harris; From: Tonya Black – Overnight Courier | 25.14 |
| GMS Courier Service: Delivery to USDC on 9/12/GEORGIA MESSENGER SERVICE, INC; Patrick Hally – Local Courier/Messenger Service | 25.00 |

**Total Current Disbursements**     $262.75

**TOTAL CURRENT BILLING**     **$20,536.95**

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1277209 |
| Bill Date | December 6, 2023 |

**Matter No:**      **96361.0001**
**RE:**           **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2023**

| | |
|---|---|
| **Fees** | **$1,917.60** |
| **Total Current Bill** | **$1,917.60** |

Matter No. 96361-0001                      Bill No: 1277209                                        Page 2

**FOR LEGAL SERVICES RENDERED THROUGH November 30, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 11/30/23 | David  A. Wender | Review MOR. | B110 | 0.50 | 399.50 |
| | | **Total for B110 - Case Administration** | | | **399.50** |
| 11/08/23 | David  A. Wender | Review and analyze fee application. | B160 | 0.90 | 719.10 |
| 11/09/23 | David  A. Wender | Review and analyze fee application. | B160 | 0.30 | 239.70 |
| 11/10/23 | David  A. Wender | Review and analyze fee application. | B160 | 0.50 | 399.50 |
| 11/27/23 | David  A. Wender | Review docket for updates relative to hearing. | B160 | 0.20 | 159.80 |
| | | **Total for B160 - Fee/Employment Applications** | | | **1,518.10** |

|  |  | **Fees** | $1,917.60 |
|--|--|----------|-----------|

B110  Case Administration
| David A. Wender | 0.50 | Hours @ 799.00 | 399.50 | |
|-----------------|------|----------------|--------|--------|
| | 0.50 | | | 399.50 |

B160  Fee/Employment Applications
| David A. Wender | 1.90 | Hours @ 799.00 | 1,518.10 | |
|-----------------|------|----------------|----------|----------|
| | 1.90 | | | 1,518.10 |

| | 2.40 | | | 1,917.60 |
|--|------|--|--|----------|

|  | **TOTAL CURRENT BILLING** | **$1,917.60** |
|--|---------------------------|---------------|

# EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-3996

T: +1 404 853 8000

eversheds-sutherland.com

IRS Employer ID No: 58-0619407

**Electronic Remittance Instructions**:
Bank Name:  Wells Fargo Bank, N.A.
Acct Name: Eversheds Sutherland (US) LLP
Acct Number:  5233576718
Wire Routing/ABA:  121000248
ACH Routing:  061000227
SWIFT Code:  WFBIUS6S
**Check Remittance Instructions**:
Eversheds Sutherland (US) LLP
PO Box 931885
Atlanta, GA 31193-1885

**The United States Trustee**
**David Wender as Chapter 11 Trustee of Curepoint, LLC**
**999 Peachtree Street NE**
**Suite 2300**
**C/O Eversheds Sutherland**
**Atlanta, GA  30309**

| | |
|---|---|
| Bill No. | 1282275 |
| Bill Date | January 12, 2024 |

**Matter No:**      **96361.0001**
**RE:**            **Curepoint Bankruptcy Trustee**

**FOR LEGAL SERVICES RENDERED THROUGH December 31, 2023**

| | |
|---|---|
| **Fees** | **$5,193.50** |
| **Total Current Bill** | **$5,193.50** |

Matter No. 96361-0001      Bill No: 1282275      Page 2

**FOR LEGAL SERVICES RENDERED THROUGH December 31, 2023**

| Date | Timekeeper | Narrative | Task | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/04/23 | David  A. Wender | Analysis of issues related to MIles litigation. | B180 | 0.70 | 559.30 |
| | | **Total for B180 - Avoidance Action Analysis** | | | **559.30** |
| 12/28/23 | David  A. Wender | Attention to plan distributions and effective date of plan. | B310 | 0.90 | 719.10 |
| 12/29/23 | David  A. Wender | Attention to plan distributions and effective date of plan. | B310 | 0.70 | 559.30 |
| | | **Total for B310 - Claims Administration and Objections** | | | **1,278.40** |
| 12/05/23 | David  A. Wender | Attention to plan inquiries and related responses. | B320 | 0.80 | 639.20 |
| 12/18/23 | David  A. Wender | Prepare for and participate in confirmation hearing. | B320 | 2.50 | 1,997.50 |
| 12/21/23 | David  A. Wender | Attention to matters associated with the Effective Date. | B320 | 0.90 | 719.10 |
| | | **Total for B320 - Plan and Disclosure Statement (including Business Plan)** | | | **3,355.80** |
| | | | | **Fees** | $5,193.50 |

| | | | | | |
|--|--|--|--|--|--|
| B180  Avoidance Action Analysis | | | | | |
| David A. Wender | 0.70 | Hours @ 799.00 | 559.30 | | |
| | 0.70 | | | | 559.30 |
| B310  Claims Administration and Objections | | | | | |
| David A. Wender | 1.60 | Hours @ 799.00 | 1,278.40 | | |
| | 1.60 | | | | 1,278.40 |
| B320  Plan and Disclosure Statement (including Business Plan) | | | | | |
| David A. Wender | 4.20 | Hours @ 799.00 | 3,355.80 | | |
| | 4.20 | | | | 3,355.80 |
| | 6.50 | | | | 5,193.50 |

**TOTAL CURRENT BILLING**      **$5,193.50**

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**[PROPOSED] ORDER GRANTING APPLICATION OF DAVID A. WENDER FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
CHAPTER 11 TRUSTEE**

David A. Wender, as the duly-appointed chapter 11 Trustee (the "<u>Applicant</u>") filed the

*APPLICATION OF DAVID A. WENDER FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE* on January 30, 2024 (D.I. [●])

(the "<u>Application</u>").  Upon a review of the Application and all other matters of record, including

arguments of parties in interest presented at the hearing relative hereto, the Court finds that the

professional services rendered were necessary and allowable pursuant to 11 U.S.C. §§ 330 and

meet the guidelines and standards set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714

(5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Applicant is allowed compensation of $167,689.50 for professional services rendered

   in this case during the Application Period.[2]

3. The Applicant is allowed reimbursement of expenses in the amount of $1,471.25.

---

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Application.

4.  Payment shall be made to the Applicant as set forth herein immediately upon entry of this

Order.

5.  This Order shall be effective immediately upon entry.

6.  The Court retains jurisdiction over all matters related to this Order.

**END OF ORDER**

**Prepared and presented by:**

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*