

**IT IS ORDERED as set forth below:**

**Date: February 26, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| In re: | Chapter 11 |
|---|---|
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

## ORDER GRANTING APPLICATION OF DAVID A. WENDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE

David A. Wender, in his capacity as the Chapter 11 Trustee (the "Applicant"), filed, by and through counsel, the *Application of David A. Wender for Allowance of Compensation and Reimbursement of Expenses as Chapter 11 Trustee* on January 30, 2024 (D.I. 375) (the "Application"), which was filed and noticed pursuant to the Third Amended and Restated General Order No. 24-2018.

The Application was set for hearing on March 11, 2024 at 1:20 p.m. and the deadline to file an objection to the Application was February 23, 2024. No objections were timely filed to the Application.

Upon a review of the Application and all other matters of record, and in the absence of any objection, the Court finds that the services rendered and the costs and expenses incurred were necessary and allowable pursuant to 11 U.S.C. §§ 326 and 330 and meet the guidelines and standards of applicable law; accordingly,

It is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Applicant is allowed compensation of $167,689.50 for services rendered by him in his role as the Chapter 11 Trustee.

3. The Applicant is allowed reimbursement of actual and necessary expenses incurred in his role as the Chapter 11 Trustee in the amount of $1,471.25.

4. The Applicant shall cause the Debtor's estate to pay the Applicant for its services and expenses as set forth herein immediately upon entry of this Order.

5. This Order shall be effective immediately upon entry.

6. The Court retains jurisdiction over all matters related to this Order.

**END OF ORDER**

**Prepared and presented by:**

/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Chapter 11 Trustee*

**DISTRIBUTION LIST**

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Will B. Geer
Caitlyn Powers
William Rountree
Rountree Leitman Klein & Geer LLC
Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, GA 30329