IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

### CERTIFICATE OF SERVICE

I certify that, on June 24, 2024, I caused to be filed the *NOTICE OF OBJECTION OF THE LIQUIDATING TRUSTEE TO PROOF OF CLAIM NO. 21 FILED BY FIRST LIBERTY CAPITAL PARTNERS, LLC, DEADLINE TO OBJECT AND HEARING* and the accompanying objection (D.I. 412) (the "Objection"), which caused the Objection to be served upon all parties registered via CM/ECF, including the following:

- **Thomas E. Austin**    taustin@taustinlaw.com, klyons@taustinlaw.com
- **John A. Christy**    jchristy@swfllp.com, amcrae@swfllp.com
- **Nathaniel DeLoatch**    nathanieldeloatch@eversheds-sutherland.us
- **Taylor L. Dove**    tdove@huntermaclean.com, pciolkosz@huntermaclean.com
- **David A. Garland**    dgarland@mcdr-law.com, dgarland@mcdr-law.com;tlansman@mcdr-law.com
- **Will B. Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;swenger@rlkglaw.com
- **Justin M. Gillman**    jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
- **Brian P. Hall**    bhall@sgrlaw.com, sgr.notifications@gmail.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Michael F. Holbein**    mholbein@sgrlaw.com
- **Anna Mari Humnicky**    ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com
- **Milton D. Jones**    miltondjonesatty@gmail.com, MiltonDJonesAttorney@jubileebk.net
- **Vivieon K Jones**    vivieon.jones@usdoj.gov
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov

- **J. Michael Levengood**  mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Francesca Macchiaverna**  fmacchiaverna@huntermaclean.com, pciolkosz@huntermaclean.com
- **Brian J. Malcom**  brian.malcom@hklaw.com
- **John G. McCullough**  jmccullough@aldridgepite.com
- **Leslie M. Pineyro**  lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;ewooden@joneswalden.com
- **Caitlyn Powers**  cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com
- **William A. Rountree**  wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com
- **Aaron P.M. Tady**  atady@colesbarton.com, mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com
- **Fred B. Wachter**  fbwachter@wachterlaw.com
- **David Wender**  davidwender@eversheds-sutherland.com

I further certify that, on June 24, 2024, I caused the Objection to be served via First Class Mail, postage prepaid on the following parties:

| | | |
|---|---|---|
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA  30303-3330 | Fred Wachter<br>The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328 | Will B. Geer<br>Rountree Leitman Klein &<br>Geer LLC<br>Century Plaza I<br>2987 Clairmont Road,<br>Suite 350<br>Atlanta, GA  30329-4435 |
| First Liberty Capital<br>Partners, LLC<br>P.O. Box 2567<br>Newnan, GA 30264 | Keith Logue<br>3423 Weymouth Court<br>Marietta, GA 30062 | |

(*Signatures on next page*)

Dated: June 24, 2024

        Respectfully submitted,

        <u>/s/ _Nathaniel T. DeLoatch_</u>
        Nathaniel T. DeLoatch (216330)
        Eversheds Sutherland (US) LLP
        999 Peachtree Street, NE, Suite 2300
        Atlanta, GA 30309-3996
        Telephone: 404.853.8356
        Facsimile:  404.853.8356
        nathanieldeloatch@eversheds-sutherland.com

        *Counsel for the Liquidating Trustee of the Curepoint Liquidation Trust*