**IT IS ORDERED as set forth below:**



**Date: September 6, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

### ORDER APPROVING CONSENT MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM OF FIRST LIBERTY CAPITAL PARTNERS, LLC (CLAIM NO. 21), SUBJECT TO OBJECTION

On September 5, 2024, David A. Wender, in his capacity as the Liquidating Trustee of the Curepoint Liquidation Trust (the "**Trustee**") for the above-captioned debtor (the "**Debtor**") in the above-styled case (the "**Case**"), filed the *Consent Motion to Approve Compromise and Settlement of Claim of First Liberty Capital Partners, LLC (Claim No. 21)* (D.I. 424) (the "**Consent Motion**"), seeking the Court's approval of the Parties'[1] Settlement, as set forth in the Consent

---

[1] Terms used but not defined herein shall have the meaning ascribed to them in the Consent Motion.

Motion. No hearing is necessary on the Consent Motion absent the filing of an objection to it. The Consent Motion demonstrates preliminarily that sufficient grounds exist to grant the Consent Motion and approve the Settlement. Accordingly, it is hereby

ORDERED that the Consent Motion is GRANTED, subject to objection as provided for herein; and it is further

ORDERED the Settlement between the Parties, as set forth in the Consent Motion, is hereby APPROVED; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Consent Motion, the Settlement, and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed, counsel for the Trustee will set the Consent Motion and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Consent Motion and the Settlement; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the Trustee shall, within three (3) days of the entry of this Order, cause a copy of this Order and the Consent Motion to be served by first class mail, postage prepaid,[2] on (i) the Parties; (ii) the United States Trustee, and (iii) all parties requesting notices in the Case

---

[2] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.

pursuant to Bankruptcy Rule 2002, and shall file promptly thereafter a certificate of service confirming such service.

**END OF ORDER**

Prepared and presented by,
/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Liquidating Trustee of the Curepoint Liquidation Trust*

Consented to by,
*/s/ Fred B. Wachter (signed w/ express permission)*
Fred B. Wachter, Esq. (Ga. Bar No. 729215)
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328
Telephone: 770.973.1100
Facsimile: 770.565.6666
fbwachter@wachterlaw.com

*Counsel for First Liberty Capital Partners, LLC*