**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Curepoint, LLC, | Case No. 22-56501-PMB |
| Debtor. | |

## WITHDRAWAL OF DOCKET NO. 412

COMES NOW, David A. Wender, solely in his capacity as the Liquidating Trustee of the Curepoint Liquidation Trust (the "**Trustee**") for the above-captioned debtor (the "**Debtor**") in the above-styled case by and through counsel, and files this *Withdrawal of Docket No.412*. The Trustee reserves all rights to object to the Claim should the *Order Approving Consent Motion to Approve Compromise and Settlement of Claim of First Liberty Capital Partners, LLC (Claim No. 21), Subject to Objection* (D.I. 425) not become a final.

Dated: September 6, 2024

Respectfully submitted,
/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Liquidating Trustee of the Curepoint Liquidation Trust*