# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Curepoint, LLC, | Case No. 22-56501-PMB |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that, on September 5, 2024, I caused to be filed the *Consent Motion to Approve Compromise and Settlement of Claim of First Liberty Capital Partners, LLC (Claim No. 21)* (D.I. 424) (the "Motion"), which caused the Consent Motion to be served upon all parties registered via CM/ECF (the "ECF Parties"), including the following:

- **Thomas E. Austin Jr.** — taustin@taustinlaw.com, klyons@taustinlaw.com
- **John A. Christy** — jchristy@swfllp.com, amcrae@swfllp.com
- **Nathaniel DeLoatch** — nathanieldeloatch@eversheds-sutherland.us
- **Taylor L. Dove** — tdove@huntermaclean.com, kjameson@huntermaclean.com; psmith@huntermaclean.com
- **David A. Garland** — dgarland@mcdr-law.com, dgarland@mcdr-law.com;tlansman@mcdr-law.com
- **Will B. Geer** — wgeer@rlkglaw.com, tdaniel@rlkglaw.com; notices@nextchapterbk.com; willgeer@ecf.courtdrive.com; 2836@notices.nextchapterbk.com; 6717577420@filings.docketbird.com; emiller@rlkglaw.co
- **Justin M. Gillman** — jgillman@gbclawgroup.com, ecf@gbclawgroup.com, R47252@notify.bestcase.com, e4eaf5f23@maildrop.clio.com; jgillman@ecf.courtdrive.com
- **Brian P. Hall** — bhall@sgrlaw.com, sgr.notifications@gmail.com
- **Alan C. Hochheiser** — ahochheiser@mauricewutscher.com
- **Michael F. Holbein** — mholbein@sgrlaw.com
- **Anna Mari Humnicky** — ahumnicky@smallherrin.com, klemons@smallherrin.com; kweindorf@smallherrin.com
- **Milton D. Jones** — miltondjonesatty@gmail.com, MiltonDJonesAttorney@jubileebk.net
- **Vivieon K Jones** — vivieon.jones@usdoj.gov, Jocelyn.Lennon@usdoj.gov
- **Brian K. Jordan** — bjordan@ecf.inforuptcy.com; ecfganb@aldridgepite.com
- **Lindsay P. S. Kolba** — lindsay.p.kolba@usdoj.gov
- **J. Michael Levengood** — mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Francesca Macchiaverna** — fmacchiaverna@huntermaclean.com, bborosh@huntermaclean.com
- **Brian J. Malcom** — brian.malcom@hklaw.com

| | |
|---|---|
| • **Louis G. McBryan** | lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| • **John G. McCullough** | jmccullough@aldridgepite.com |
| • **Quan Andy Thanh Nguyen** | anguyen@smallherrin.com, kweindorf@smallherrin.com |
| • **Leslie M. Pineyro** | lpineyro@joneswalden.com, jwdistribution@joneswalden.com; ljones@joneswalden.com; cmccord@joneswalden.com; ewooden@joneswalden.com; bdernus@joneswalden.com |
| • **Caitlyn Powers** | cpowers@rlkglaw.com, swenger@rlkglaw.com; |
| • **William A. Rountree** | wrountree@rlkglaw.com |
| • **Valerie S. Sanders** | valeriesanders@eversheds-sutherland.com |
| • **Aaron P.M. Tady** | atady@colesbarton.com, mjohnston@colesbarton.com; epoole@colesbarton.com; tbarton@colesbarton.com; tbrandenburg@colesbarton.com |
| • **Fred B. Wachter** | fbwachter@wachterlaw.com |
| • **David Wender** | davidwender@eversheds-sutherland.com |

I further certify that, on September 6, 2024, I caused to be filed the *Order Approving Consent Motion to Approve Compromise and Settlement of Claim of First Liberty Capital Partners, LLC (Claim No. 21) Subject to Objection* (D.I. 425) (the "Order"), causing the Order to be served on the ECF Parties.

I further certify that, on September 6, 2024, I caused to be filed the *Withdrawal of Document 412* (D.I. 426) (the "Withdrawal"), causing the Withdrawal to be served on the ECF Parties.

I further I further certify that, on September 6, 2024, I caused the Motion, Order, and Withdrawal to be served via First Class Mail, postage prepaid on the following parties:

Office of the U.S. Trustee
(Attn: Lindsay P.S. Kolba)
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303-3330

Will B. Geer
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road Suite 350
Atlanta, GA 30329-4435

Fred B. Wachter
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328

First Liberty Capital Partners, LLC
P.O. Box 2567
Newnan, GA 30264

Keith Logue
3423 Weymouth Court
Marietta, GA 30062

(*Signature page to follow*)

2

Dated:  September 6, 2024

      Respectfully submitted,
      <u>*/s/  Nathaniel T. DeLoatch*</u>
      Nathaniel T. DeLoatch (Ga. Bar No. 216330)
      Eversheds Sutherland (US) LLP
      999 Peachtree Street, NE, Suite 2300
      Atlanta, GA 30309-3996
      Telephone: 404.853.8356
      Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Liquidating Trustee of the Curepoint Liquidation Trust*