

**IT IS ORDERED as set forth below:**

**Date: September 6, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

**ORDER APPROVING CONSENT MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM OF FIRST LIBERTY CAPITAL PARTNERS, LLC (CLAIM NO. 21), SUBJECT TO OBJECTION**

On September 5, 2024, David A. Wender, in his capacity as the Liquidating Trustee of the Curepoint Liquidation Trust (the "**Trustee**") for the above-captioned debtor (the "**Debtor**") in the above-styled case (the "**Case**"), filed the *Consent Motion to Approve Compromise and Settlement of Claim of First Liberty Capital Partners, LLC (Claim No. 21)* (D.I. 424) (the "**Consent Motion**"), seeking the Court's approval of the Parties'[1] Settlement, as set forth in the Consent

---

[1] Terms used but not defined herein shall have the meaning ascribed to them in the Consent Motion.

Motion. No hearing is necessary on the Consent Motion absent the filing of an objection to it. The Consent Motion demonstrates preliminarily that sufficient grounds exist to grant the Consent Motion and approve the Settlement. Accordingly, it is hereby

ORDERED that the Consent Motion is GRANTED, subject to objection as provided for herein; and it is further

ORDERED the Settlement between the Parties, as set forth in the Consent Motion, is hereby APPROVED; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Consent Motion, the Settlement, and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed, counsel for the Trustee will set the Consent Motion and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Consent Motion and the Settlement; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the Trustee shall, within three (3) days of the entry of this Order, cause a copy of this Order and the Consent Motion to be served by first class mail, postage prepaid,[2] on (i) the Parties; (ii) the United States Trustee, and (iii) all parties requesting notices in the Case

---

[2] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.

pursuant to Bankruptcy Rule 2002, and shall file promptly thereafter a certificate of service confirming such service.

**END OF ORDER**

Prepared and presented by,
/s/ *David A. Wender*
David A. Wender (Ga. Bar No. 748117)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8175
Facsimile: 404.853.8806
Davidwender@eversheds-sutherland.com
Nathanieldeloatch@eversheds-sutherland.com

*Counsel for the Liquidating Trustee of the Curepoint Liquidation Trust*

Consented to by,
*/s/ Fred B. Wachter (signed w/ express permission)*
Fred B. Wachter, Esq. (Ga. Bar No. 729215)
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328
Telephone: 770.973.1100
Facsimile: 770.565.6666
fbwachter@wachterlaw.com

*Counsel for First Liberty Capital Partners, LLC*

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-56501-pmb |
| Curepoint, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 4 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf420 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curepoint, LLC, 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022-1179 |
| aty | + | Erin E. Broderick, Eversheds Sutherland (US) LLP, 227 W. Monroe St., Ste 6000, Chicago, IL 60606-5087 |
| tr | + | David A. Wender, Chapter 11 Trustee, Eversheds Sutherland, LLP, 999 Peachtree St, NE Ste 2300, Altanta, GA 30309-4416 |
| op | + | David A. Wender, Eversheds Sutherland, LLP, 999 Peachtree St, NE Ste 2300, Altanta, GA 30309-4416 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P.M. Tady | |
| | on behalf of Creditor Mark W. McCord atady@colesbarton.com mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com |
| Alan C. Hochheiser | |
| | on behalf of Creditor NFG Advance LLC ahochheiser@mauricewutscher.com |
| Anna Mari Humnicky | |
| | on behalf of Counter-Claimant Physician Financial Partners  LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com |
| Anna Mari Humnicky | |
| | on behalf of Counter-Claimant Jamila Dadabhoy ahumnicky@smallherrin.com |

Case 22-56501-pmb   Doc 428   Filed 09/08/24   Entered 09/09/24 01:26:25   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 113E-9 | User: bncadmin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf420 | Total Noticed: 4 |

| | |
|---|---|
| | klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com |
| Anna Mari Humnicky | |
| | on behalf of Defendant Jamila Dadabhoy ahumnicky@smallherrin.com klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com |
| Anna Mari Humnicky | |
| | on behalf of Defendant Physician Financial Partners LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com |
| Brian J. Malcom | |
| | on behalf of Creditor Radiation Business Solutions brian.malcom@hklaw.com |
| Brian K. Jordan | |
| | on behalf of Defendant Newtek Small Business Finance LLC bjordan@ecf.inforuptcy.com;ecfganb@aldridgepite.com |
| Brian P. Hall | |
| | on behalf of Creditor AMOA Finance LLC bhall@sgrlaw.com, sgr.notifications@gmail.com |
| Caitlyn Powers | |
| | on behalf of Debtor Curepoint LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;jdowardclay@rlkglaw.com |
| David Wender | |
| | on behalf of Plaintiff David A. Wender in his capacity as Chapter 11 Trustee davidwender@eversheds-sutherland.com |
| David Wender | |
| | on behalf of Plaintiff David A. Wender in his capacity as Chapter 11 Trustee davidwender@eversheds-sutherland.com |
| David Wender | |
| | on behalf of Plaintiff David A. Wender in his capacity as Liquidating Trustee of the Curepoint Liquidation Trust davidwender@eversheds-sutherland.com |
| David Wender | |
| | on behalf of Trustee David A. Wender davidwender@eversheds-sutherland.com |
| David A. Garland | |
| | on behalf of Creditor LaFayette State Bank dgarland@mcdr-law.com dgarland@mcdr-law.com;tlansman@mcdr-law.com |
| Francesca Macchiaverna | |
| | on behalf of Creditor Premium Merchant Funding 18 LLC fmacchiaverna@huntermaclean.com bborosh@huntermaclean.com;psmith@huntermaclean.com |
| Francesca Macchiaverna | |
| | on behalf of Creditor PointOne Capital fmacchiaverna@huntermaclean.com bborosh@huntermaclean.com;psmith@huntermaclean.com |
| Francesca Macchiaverna | |
| | on behalf of Creditor Diverse Capital LLC fmacchiaverna@huntermaclean.com bborosh@huntermaclean.com;psmith@huntermaclean.com |
| Fred B. Wachter | |
| | on behalf of Creditor First Liberty Capital Partners LLC fbwachter@wachterlaw.com |
| J. Michael Levengood | |
| | on behalf of Creditor Mark W. McCord mlevengood@levengoodlaw.com MichaelJR68751@notify.bestcase.com |
| John A. Christy | |
| | on behalf of Interested Party Harvey Lee Simpson III, M.D. jchristy@swfllp.com, amcrae@swfllp.com |
| John G. McCullough | |
| | on behalf of Creditor Newtek Small Business Finance LLC jmccullough@aldridgepite.com |
| John G. McCullough | |
| | on behalf of Defendant Newtek Small Business Finance LLC jmccullough@aldridgepite.com |
| Justin M. Gillman | |
| | on behalf of Defendant CLG Servicing LLC jgillman@gbclawgroup.com ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M. Gillman | |
| | on behalf of Creditor CLG Servicing LLC jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Leslie M. Pineyro | |
| | on behalf of Creditor Arvest Equipment Finance lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;ewooden@joneswalden.com;bdernus@joneswalden.com |
| Leslie M. Pineyro | |
| | on behalf of Creditor Arvest Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;ewooden@joneswalden.com;bdernus@j |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 3 of 4 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf420 | Total Noticed: 4 |

| | |
|---|---|
| | oneswalden.com |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |
| Louis G. McBryan | on behalf of Counter-Claimant Northwinds Leasing Inc. lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Counter-Claimant MMI Educational Technologies LLC lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Counter-Claimant Phillip Miles lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Defendant Mittere Inc. lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Defendant Northwinds Leasing Inc. lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Counter-Claimant MEC Capital Inc. lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Counter-Claimant Mittere Inc. lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Defendant MEC Capital Inc. lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Defendant MMI Educational Technologies LLC lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Defendant Phillip Miles lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Michael F. Holbein | on behalf of Defendant AMOA Finance LLC mholbein@sgrlaw.com |
| Michael F. Holbein | on behalf of Creditor AMOA Finance LLC mholbein@sgrlaw.com |
| Michael F. Holbein | on behalf of Creditor AMOA CP Acquisition LLC mholbein@sgrlaw.com |
| Milton D. Jones | on behalf of Creditor Cancer Care LLC miltondjonesatty@gmail.com MiltonDJonesAttorney@jubileebk.net |
| Milton D. Jones | on behalf of Creditor Erich G. Randolph miltondjonesatty@gmail.com MiltonDJonesAttorney@jubileebk.net |
| Nathaniel DeLoatch | on behalf of Trustee David A. Wender nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Other Prof David A. Wender nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Plaintiff David A. Wender in his capacity as Chapter 11 Trustee nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Trustee David A. Wender in his capacity as Chapter 11 Trustee nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Plaintiff David A. Wender in his capacity as Liquidating Trustee of the Curepoint Liquidation Trust nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Counter-Defendant David A. Wender in his capacity as Chapter 11 Trustee nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Plaintiff David A. Wender in his capacity as Chapter 11 Trustee nathanieldeloatch@eversheds-sutherland.us |
| Nathaniel DeLoatch | on behalf of Special Counsel Eversheds Sutherland(US)LLP nathanieldeloatch@eversheds-sutherland.us |
| Quan Andy Thanh Nguyen | on behalf of Counter-Claimant Jamila Dadabhoy anguyen@smallherrin.com kweindorf@smallherrin.com |
| Quan Andy Thanh Nguyen | on behalf of Counter-Claimant Physician Financial Partners LLC anguyen@smallherrin.com, kweindorf@smallherrin.com |
| Taylor L. Dove | |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 4 of 4 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf420 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor Diverse Capital LLC tdove@huntermaclean.com kjameson@huntermaclean.com;psmith@huntermaclean.com |
| Taylor L. Dove | |
| | on behalf of Defendant Premium Merchant Funding 18  LLC tdove@huntermaclean.com, kjameson@huntermaclean.com;psmith@huntermaclean.com |
| Taylor L. Dove | |
| | on behalf of Creditor PointOne Capital tdove@huntermaclean.com  kjameson@huntermaclean.com;psmith@huntermaclean.com |
| Taylor L. Dove | |
| | on behalf of Creditor Premium Merchant Funding 18 LLC tdove@huntermaclean.com kjameson@huntermaclean.com;psmith@huntermaclean.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor OBT Management LLC taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Jeannine Gurian taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Nicole Helton taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Philip Gurian taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Karen Miller taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Frank Andrews taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Robert Levy taustin@taustinlaw.com  klyons@taustinlaw.com |
| Thomas E. Austin, Jr. | |
| | on behalf of Intervenor Adam Gefvert taustin@taustinlaw.com  klyons@taustinlaw.com |
| Valerie S. Sanders | |
| | on behalf of Plaintiff David A. Wender  in his capacity as Chapter 11 Trustee valeriesanders@eversheds-sutherland.com |
| Valerie S. Sanders | |
| | on behalf of Counter-Defendant David A. Wender  in his capacity as Chapter 11 Trustee valeriesanders@eversheds-sutherland.com |
| Valerie S. Sanders | |
| | on behalf of Plaintiff David A. Wender  in his capacity as Chapter 11 Trustee valeriesanders@eversheds-sutherland.com |
| Vivieon K Jones | |
| | on behalf of Creditor Small Business Admin United States of America vivieon.jones@usdoj.gov  Jocelyn.Lennon@usdoj.gov |
| Will B. Geer | |
| | on behalf of Attorney ROUNTREE LEITMAN KLEIN & GEER  LLC wgeer@rlkglaw.com, tdaniel@rlkglaw.com;notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com |
| Will B. Geer | |
| | on behalf of Debtor Curepoint  LLC wgeer@rlkglaw.com, tdaniel@rlkglaw.com;notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com |
| William A. Rountree | |
| | on behalf of Debtor Curepoint  LLC wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;tdaniel@rlkglaw.com |

TOTAL: 72