UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

Atlanta Division

In re: Curepoint, LLC　　　　　　　　　§　　　　　Case No. 22-56501
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)　　　　　　　　§　　　　　☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2024　　　　　　　　　　Petition Date: 08/19/2022

Plan Confirmed Date: 12/22/2023　　　　　　　　　　Plan Effective Date: 12/29/2023

This Post-confirmation Report relates to:　◯ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: Curepoint Liquidation Trust
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Nathaniel T. DeLoatch　　　　　　　　　　　　Nathaniel T. DeLoatch
Signature of Responsible Party　　　　　　　　　　Printed Name of Responsible Party

10/31/2024
Date

　　　　　　　　　　　　　　　　　　　　　　　999 Peachtree St. NE, Suite 2300, Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Curepoint, LLC                                                   Case No.  22-56501

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $89,390 | $1,725,879 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $89,390 | $1,725,879 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $121,687 | $1,374,752 | $121,687 | $1,374,751 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Eversheds Sutherland | Lead Counsel | $121,687 | $1,125,818 | $121,687 | $1,125,817 |
| ii | Chapter 11 Trustee | Other | $0 | $169,161 | $0 | $169,161 |
| iii | RLKG | Other | $0 | $79,773 | $0 | $79,773 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Curepoint, LLC                                                                 Case No. 22-56501

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Curepoint, LLC                                                                 Case No. 22-56501

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $245,130 | $0 | $245,130 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | SOLIC | Financial Professional | $0 | $241,330 | $0 | $241,330 |
| | ii | Radiology Oncology Systems | Other | $0 | $3,800 | $0 | $3,800 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                                  4

Debtor's Name Curepoint, LLC                                                                 Case No. 22-56501

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Curepoint, LLC                                          Case No. 22-56501

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Curepoint, LLC                                                                 Case No. 22-56501

|   | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $1,344,757 | $0 | $1,344,757 | $1,344,757 | 100% |
| c. Priority claims | $514 | $0 | $514 | $514 | 100% |
| d. General unsecured claims | $1,300,000 | $0 | $0 | $2,487,115 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                               Yes ○    No ⦿
    If yes, give date Final Decree was entered:                                   _____
    If no, give date when the application for Final Decree is anticipated:    _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)                                     7

| Debtor's Name Curepoint, LLC | Case No. 22-56501 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ David A. Wender
Signature of Responsible Party

Trustee of the Curepoint Liquidation Trust
Title

David A. Wender
Printed Name of Responsible Party

10/31/2024
Date

Debtor's Name Curepoint, LLC

Case No. 22-56501

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)

9

Debtor's Name Curepoint, LLC                                                                                          Case No.  22-56501



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                            10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>CUREPOINT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-56501- PMB |

**CERTIFICATE OF SERVICE**

I certify that, on October 31, 2024, I caused to be filed the *Post Confirmation Report for the Quarter Ending on September 30, 2024 (the "Report"),* which caused the Report to be served upon all parties registered via CM/ECF, including the following:

- **Thomas E. Austin**    taustin@taustinlaw.com, klyons@taustinlaw.com
- **John A. Christy**    jchristy@swfllp.com, amcrae@swfllp.com
- **Nathaniel DeLoatch**    nathanieldeloatch@eversheds-sutherland.us
- **Taylor L. Dove**    tdove@huntermaclean.com, pciolkosz@huntermaclean.com
- **David A. Garland**    dgarland@mcdr-law.com, dgarland@mcdr-law.com;tlansman@mcdr-law.com
- **Will B. Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;swenger@rlkglaw.com
- **Justin M. Gillman**    jgillman@gbclawgroup.com, ecf@gbclawgroup.com,R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
- **Brian P. Hall**    bhall@sgrlaw.com, sgr.notifications@gmail.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Michael F. Holbein**    mholbein@sgrlaw.com
- **Anna Mari Humnicky**    ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;kweindorf@smallherrin.com
- **Milton D. Jones**    miltondjonesatty@gmail.com, MiltonDJonesAttorney@jubileebk.net

- **Vivieon K Jones**    vivieon.jones@usdoj.gov
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **J. Michael Levengood**    mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com
- **Francesca Macchiaverna**    fmacchiaverna@huntermaclean.com, pciolkosz@huntermaclean.com
- **Brian J. Malcom**    brian.malcom@hklaw.com
- **John G. McCullough**    jmccullough@aldridgepite.com
- **Leslie M. Pineyro**    lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;ewooden@joneswalden.com
- **Caitlyn Powers**    cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com
- **William A. Rountree**    wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com
- **Aaron P.M. Tady**    atady@colesbarton.com, mjohnston@colesbarton.com;epoole@colesbarton.com;tbarton@colesbarton.com;tbrandenburg@colesbarton.com
- **Fred B. Wachter**    fbwachter@wachterlaw.com
- **David Wender**    davidwender@eversheds-sutherland.com

I further certify that, on that same day, I caused the Report to be served via First Class Mail, postage prepaid on all parties as set forth on the attached service list.

Dated: October 31, 2024

Respectfully submitted,

/s/ _Nathaniel T. DeLoatch_
Nathaniel T. DeLoatch (216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile: 404.853.8356
nathanieldeloatch@eversheds-sutherland.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-56501-pmb<br>Northern District of Georgia<br>Atlanta<br>Thu Oct 31 07:51:30 EDT 2024 | AMOA CP Acquisition, LLC<br>3330 Preston Ridge Road, Ste. 3000<br>Alpharetta, GA 30005-4508 | AMOA Finance LLC.<br>3330 Preston Ridge RD<br>Alpharetta, GA 30005-4508 |
| AMOA Finance, LLC<br>Michael F. Holbein<br>Smith Gambrell & Russell, LLP<br>1105 W. Peachtree St., N.E., Suite 1000<br>Atlanta, GA 30309-3592 | (p)ARROW ELECTRONICS INC<br>9151 E PANORAMA CIRCLE<br>CENTENNIAL CO 80112-4587 | Aetna, Inc.<br>Aaron McCollough, c/o McGuireWoods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601-1818 |
| Aire Serv of Dublin, GA<br>1804 Academy Avenue<br>Dublin, GA 31021-2602 | Alder Opportunity LP<br>300 Galleria PKWY<br>Atlanta, GA 30339-3153 | Alder Opportunity LP c/o Marna Friedman<br>3405 Dallas Highway<br>Suite 827<br>Marietta, GA 30064-6429 |
| Arvest Bank<br>c/o Leslie M. Pineyro<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1414 | Arvest Equipment Finance<br>PO Box 11110<br>Fort Smith, AK 72917-1110 | Arvest Equipment Finance<br>PO Box 11110<br>Fort Smith, AR 72917-1110 |
| Azzure Capital, LLC<br>c/o REGISTERED AGENTS INC.<br>90 State Street Suite 700, Office 40<br>Albany, NY 12207-1704 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | Thomas M. Barton<br>Coles Barton LLP<br>Suite 100<br>150 South Perry Street<br>Lawrenceville, GA 30046-4857 |
| Erin E. Broderick<br>Eversheds Sutherland (US) LLP<br>227 W. Monroe St., Ste 6000<br>Chicago, IL 60606-5087 | CHESAPEAKE BANK<br>97 N. MAIN ST.<br>Kilmarnock, VA 22482-8501 | CHTD COMPANY<br>P.O. BOX 2576<br>Springfield, IL 62708-2576 |
| CITY CAPITAL NY, LLC<br>90 STATE STREET, SUITE 700<br>OFFICE 40<br>Albany, NY 12207-1704 | CLG Servicing, LLC.<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837-3224 | CLG Servicing, LLC.<br>Toms River, NJ 08753 |
| Cancer Care LLC<br>4382 Campbellton Road<br>Atlanta, GA 30331-6502 | John A. Christy<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street<br>Suite 800<br>Atlanta, GA 30309-4516 | City Capital NY<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |
| Click Capital Group, LLC<br>7901 4th St N.<br>Ste 300<br>Saint Petersburg, FL 33702-4399 | Curepoint Dublin, LLC<br>c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 | Curepoint, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |
| Nathaniel DeLoatch<br>Eversheds Sutherland (US) LLP<br>Suite 2300<br>999 Peachtree St. NE<br>Atlanta, GA 30309-4416 | Taylor L. Dove<br>Hunter Maclean Exley & Dunn, P.C.<br>200 E. Saint Julian Street<br>P.O. Box 9848<br>Savannah, GA 31412-0048 | Eclipse Staffing, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |

| | | |
|---|---|---|
| Elekta, Inc.<br>400 Perimeter Center Terrace, Suite 50<br>Atlanta, GA 30346-1227 | First American Commercial Bancorp, Inc.<br>211 High Point Drive<br>Victor, NY 14564-1061 | First Liberty Building and Loan<br>PO Box 2567<br>Newnan, GA 30264-2567 |
| First Liberty Capital Partners, LLC<br>c/o The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 | GEL Funding, LLC<br>5308 13TH AVENUE, SUITE 324<br>Brooklyn, NY 11219-5198 | David A. Garland<br>Moore, Clarke, DuVall & Rodgers, PC<br>2829 Old Dawson Road<br>PO Drawer 71727<br>Albany, GA 31708-1727 |
| Will B. Geer<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 | Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA 30303-1733 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Justin M. Gillman<br>Gillman Capone LLC<br>770 Amboy Ave<br>Edison, NJ 08837-3224 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>200 CONNELL DRIVE<br>Berkeley Heights, NJ 07922-2816 | HI BAR CAPITAL LLC<br>1825 65TH ST<br>Brooklyn, NY 11204-3819 | Brian P. Hall<br>Smith, Gambrell & Russell, LLP<br>1105 W. Peachtree Street NE<br>Suite 1000<br>Atlanta, GA 30309-3592 |
| Harvey Lee Simpson, III, MD<br>500 GA Highway 22 W<br>Milledgeville, GA 31061-8122 | Health Resources and Services Administration<br>c/o Greg Bongiovanni<br>61 Forsyth St SW, Suite 5M60 AFC<br>Atlanta, GA 30303-8931 | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>Suite 207<br>23611 Chagrin Blvd<br>Beechwood, OH 44122-5540 |
| Michael F. Holbein<br>Smith, Gambrell & Russell, LLP<br>1105 West Peachtree St., N.E.<br>Suite 1000<br>Atlanta, GA 30309-3592 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>CIO<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Milton D. Jones<br>Milton D. Jones, Attorney<br>12252 Styron Drive<br>Hampton, GA 30228-4066 | Vivieon K Jones<br>Office of the United States Attorney<br>Suite 600<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3309 | Shanna M Kaminski<br>Kaminski Law, PLLC<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304-5124 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | LaFayette State Bank<br>340 West Main Street<br>P.O. Box 108<br>Mayo, FL 32066-0108 | LaFayette State Bank<br>David A. Garland<br>2829 Old Dawson Road<br>Albany, GA 31707-1402 |
| Lafayette Bank<br>340 West Main Street<br>Mayo, FL 32066-4166 | J. Michael Levengood<br>Law Office of J. Michael Levengood, LLC<br>Suite 208<br>150 S. Perry Street<br>Lawrenceville, GA 30046-4857 | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |

| | | |
|---|---|---|
| MEC Capital, Inc. c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>P. O. Box 9848<br>Savannah, GA 31412-0048 | Brian J. Malcom<br>Holland & Knight<br>Suite 1400<br>1901 Sixth Avenue North<br>Birmingham, AL 35203-4605 |
| Mark McCord<br>2007 Breckinridge Lane<br>Alpharetta, GA 30005-3409 | Mark W. McCord<br>2007 Breckenridge Lane<br>Alpharetta, GA 30005-3409 | John G. McCullough<br>Aldridge Pite, LLP<br>Six Piedmont Center, Ste 700<br>3525 Piedmont Road, N.E.<br>Atlanta, GA 30305-1578 |
| McKesson Medical-Surgical, Inc.<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 | Medical Management Institute, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Medical Management Institute, Inc. c/o Micha<br>250 Pharr Road NE<br>Unit 212<br>Atlanta, GA 30305-2271 |
| Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Morris Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021-6105 |
| NFG Advance, LLC<br>1308 KINGS HWY<br>Brooklyn, NY 11229-1904 | NORTH AMERICAN BANKING COMPANY<br>9260 HUDSON RD<br>Saint Paul, MN 55125-9103 | Newtek Small Business Finanance c/o Corporat<br>2 SUN COURT<br>Suite 400<br>Norcross, GA 30092-2865 |
| Newtek Small Business Finance<br>4800 T-Rex Avenue<br>Suite 120<br>Boca Raton, FL 33431-4479 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | Northwinds Leasing, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 |
| Northwinds Leasing, LLC c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022-6440 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | Parkview Advance<br>400 Main Street<br>Stamford, CT 06901-3000 |
| Philips Healthcare<br>Fox Rothschild LLP<br>Attn: David P. Papiez<br>1001 4th Ave. Suite 4400<br>Seattle, WA 98154-1192 | Physician Financial Partners, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | Leslie M. Pineyro<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 |
| Plexe, LLC<br>6295 Greenwood Plaza Blvd<br>Suite 100<br>Greenwood Village, CO 80111-4978 | PointOne Capital, LLC<br>1825 65th Street<br>Brooklyn, NY 11204-3819 | PointOne Capital, LLC<br>90 STATE STREET, SUITE 700<br>Office 40<br>Albany, NY 12207-1704 |
| Caitlyn Powers<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4448 | Premium Merchant Funding 18, LLC<br>55 Water Street, 50th Fl<br>New York, NY 10041-3203 | Premium Merchant Funding, LLC.<br>40 Wall St. 5th Floor<br>New York, NY 10005-1472 |

| | | |
|---|---|---|
| Erich G. Randolph<br>159 The Prado N.E.<br>Atlanta, GA 30309-3327 | William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4448 | SOLIC Capital Advisors, LLC<br>425 West New England Avenue<br>Suite 300<br>Winter Park, FL 32789-4228 |
| SPARK FUNDING, LLC DBA FUNDAMENTAL CAPITAL<br>100 GARDEN CITY PLAZA #410<br>Garden City, NY 11530-3216 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Secure Capital, LLC<br>323 Sunny Isles Beach Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Stephanie Leventhal<br>400 Perimeter Center Terrace, Suite 50<br>Atlanta, GA 30346-1227 | Aaron P.M. Tady<br>Coles Barton LLP<br>Suite 100<br>150 South Perry Street<br>Lawrenceville, GA 30046-4857 |
| Tom Barton<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046-4857 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | US Bank, N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Bank, N.A.<br>6730 VIP Parkway<br>Syracuse , NY 13211-7326 |
| US Small Business Administration<br>233 Peachtree St. NE., Suite 300<br>Atlanta, GA 30303-1553 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Small Business Admin United States of Americ<br>United States Attorney<br>Northern District of GA<br>600 United States Courthouse<br>75 Spring St., SW<br>Atlanta, GA 30303-3318 | Fred B. Wachter<br>The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 | David Wender<br>Eversheds Sutherland (US) LLP<br>Suite 2300<br>999 Peachtree St., NE<br>Atlanta, GA 30309-3996 |
| David A. Wender<br>Chapter 11 Trustee<br>Eversheds Sutherland, LLP<br>999 Peachtree St, NE Ste 2300<br>Altanta, GA 30309-4416 | David A. Wender<br>Eversheds Sutherland, LLP<br>999 Peachtree St, NE Ste 2300<br>Altanta, GA 30309-4416 | Windham Brannon, LLC<br>3630 Peachtree Rd NE<br>Suite 600<br>Atlanta, GA 30326-1550 |
| Zen Capital c/o Trevor Talbot<br>602 NE 38th Street<br>Fort Lauderdale, FL 33334-2928 | Zeroholding, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022-1179 | |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ARROW CAPITAL SOLUTIONS, INC.<br>9201 EAST DRY CREEK ROAD<br>Englewood, CO 80112 | Bankers Healthcare Group, LLC<br>10234 W State Road 84<br>ATTN: Albert Crawford<br>Fort Lauderdale, FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204-201 |
| Georgia Department of Revenue<br>ARCS - Bankruptcy 1800 Century Blvd NE,<br>Atlanta, GA 30345 | Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042 | (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue,Suite 130<br>Lake Success, NY 11042 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMOA CP Acquisition, LLC<br>3330 Preston Ridge Road, Ste. 3000<br>Alpharetta, GA 30005-4508 | (u)AMOA Finance, LLC | (u)Arvest Bank |
| (u)Arvest Equipment Finance | (u)CLG Servicing, LLC | (u)Diverse Capital LLC |
| (u)Eversheds Sutherland(US)LLP | (u)First Liberty Capital Partners, LLC | (u)NFG Advance LLC |
| (u)PointOne Capital | (u)Premium Merchant Funding 18 LLC | (u)ROUNTREE LEITMAN KLEIN & GEER, LLC |
| (u)Radiation Business Solutions | (u)Radiology Oncology Systems, Inc | (u)Harvey Lee Simpson, III, M.D. |

End of Label Matrix
Mailable recipients    115
Bypassed recipients     15
Total                  130