**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: <br><br> CUREPOINT, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-56501- PMB |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that David A. Wender, in his capacity as the liquidating trustee ("Trustee") in the above-captioned case (the "Case"), by and through counsel Eversheds Sutherland (US) LLP, filed, on July 25, 2025, the *Motion of the Trustee for (I) Approval of Final Distribution, (II) Discharge of the Trustee, and (III) Entry of Final Decree Closing the Debtor's Case* (DI 445) (the "Motion") and related papers with the Court, seeking an order authorizing the distribution of the Liquidating Trust's assets and closing the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing on the Motion **at 1:20 PM, on September 16, 2025, in U.S. Courthouse, Courtroom 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

(Signature on next page)

Dated: July 28, 2025

Respectfully submitted,

/s/ _Nathaniel T. DeLoatch_
Nathaniel T. DeLoatch (216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-sutherland.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CUREPOINT, LLC, | Case No. 22-56501- PMB |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I certify that, on July 25, 2025, I caused to be filed the *Motion of the Trustee for (I) Approval of Final Distribution, (II) Discharge of the Trustee, and (III) Entry of Final Decree Closing the Debtor's Case* (DI 445) (the "Motion"), which caused the Motion to be served upon all parties registered via CM/ECF.

I further certify that, on July 28, 2025, I caused to be filed the above *Notice of Hearing* relative to the Motion ("Notice"), which caused the Notice to be served upon all parties registered via CM/ECF. I further certify that, on July 28, 2025, I caused the Motion and Notice to be served via First Class Mail, postage prepaid on all parties set forth on the attached service list.

Dated: July 28, 2025

Respectfully submitted,

/s/ _Nathaniel T. DeLoatch_
Nathaniel T. DeLoatch (216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile:  404.853.8356
nathanieldeloatch@eversheds-sutherland.com

3

## Service List

AMOA CP Acquisition, LLC
3330 Preston Ridge Road, Ste. 3000
Alpharetta, GA  30005-4508

AMOA Finance LLC.
3330 Preston Ridge RD
Alpharetta, GA 30005


AMOA Finance LLC.
Michael F. Holbein
Smith Gambrell & Russell, LLP
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, GA  30309-3592

ARROW CAPITAL SOLUTIONS, INC.
9201 EAST DRY CREEK ROAD
Englewood, CO 80112-2818


Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive Suite 4100
Chicago, IL 60601-1818

Alder Opportunity LP
300 Galleria PKWY, #600
Atlanta, GA 30339

4

**Aire Serv of Dublin, GA**
**1804 Academy Avenue**
**Dublin, GA  31021-2602**

**Alder Opportunity LP c/o Marna Friedman**
**3405 Dallas Highway, Suite 827**
**Marietta, GA 30064-6429**

**Arvest Bank**
**c/o Leslie M. Pineyro**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308-1400**

**Arvest Equipment Finance**
**PO Box 11110**
**Fort Smith, AR 72917-1110**

**Azzure Capital, LLC**
**c/o REGISTERED AGENTS INC.**
**90 State Street Suite 700, Office 40**
**Albany, NY 12207-1707**

**Bankers Healthcare Group, LLC**
**Attn:  Bankruptcy Dept**
**201 Solar Street**
**Syracuse, NY 13204-1425**

**Arvest Equipment Finance**
**PO Box 11110**
**Fort Smith, AR 72917-1110**

**Thomas M. Barton**
**Coles Barton LLP**
**150 South Perry Street Suite 100**
**Lawrenceville, GA 30046-4857**

**CHESAPEAKE BANK**
**97 N. MAIN ST.**
**Kilmarnock, VA 22482-8501**

**CHTD COMPANY**
**P.O. BOX 2576**
**Springfield, IL 62708-2576**

**City Capital NY, LLC**
**90 State Street, Suite 700**
**Office 40**
**Albany, NY  12207-1707**

**CLG Servicing, LLC**
**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, NJ 08837-3224**

**Cancer Care LLC**
**4382 Campbellton Road**
**Atlanta, GA  30331-6502**

**John A. Christy**
**Schreeder, Wheeler & Flint, LLP**
**1100 Peachtree Street**
**Suite 800**
**Atlanta, GA  30309-4516**

**City Capital NY**
**c/o Maurice Wutscher LLP**
**23611 Chagrin Blvd. Suite 207**
**Beachwood, OH  44122-5540**

**Click Capital Group, LLC**
**7901 4th St N., Ste 300**
**Saint Petersburg, FL 33702-4399**

6

| | |
|---|---|
| **Curepoint Dublin, LLC**<br>c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | **Curepoint LLC**<br>11175 Cicero Drive Suite 100<br>Alpharetta, GA 30022-1179 |
| **Taylor L. Dove**<br>Hunter Maclean Exley & Dunn, P.C.<br>200 E. Saint Julian Street, P.O. Box 9848<br>Savannah, GA 31412-0048 | **Eclipse Staffing, LLC**<br>11175 Cicero Drive Suite 100<br>Alpharetta, GA 30022-1179 |
| **Elekta, Inc.**<br>400 Perimeter Center Terrace, Suite 50<br>Atlanta, GA  30346-1227 | **First American Commercial Bancorp, Inc.**<br>211 High Point Drive<br>Victor, NY 14564-1061 |
| **First Liberty Capital Partners, LLC**<br>c/o The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 | **First Liberty Building and Loan**<br>PO Box 2567<br>Newnan, GA 30264-2567 |

GEL Funding, LLC
5308 13TH AVENUE, SUITE 324
Brooklyn, NY 11219-5198

David A. Garland
Moore, Clarke, DuVall  Rodgers, PC
2829 Old Dawson Road
PO Drawer 71727
Albany, GA  31708-1727

Will B. Geer
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA  30329-4435

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-1733

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA  30345-3202

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751

Justin M. Gillman
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837-3224

| | |
|---|---|
| **Hewlett-Packard Financial Services Company**<br>200 Connell Drive<br>Berkeley Heights, NJ 07922-2816 | **HI BAR CAPITAL LLC**<br>1825 65TH ST<br>Brooklyn, NY 11204-3819 |
| **Brian P. Hall**<br>Smith, Gambrell & Russell, LLP<br>1105 W. Peachtree Street NE<br>Suite 1000<br>Atlanta, GA  30 309-3592 | **Alan C. Hochheiser**<br>Maurice Wutscher LLP<br>Suite 207<br>23611 Chagrin Blvd.<br>Beechwood, OH  44122-5540 |
| **Harvey Lee Simpson, III, MD**<br>500 GA Highway 22 W<br>Milledgeville, GA 31061-8122 | **Health Resources and Services Administration**<br>c/o Greg Bongiovanni<br>61 Forsyth St SW, Suite 5M60 AFC<br>Atlanta, GA 30303-8931 |
| **Michael F. Holbein**<br>Smith Gambrell & Russell, LLP<br>1105 W. Peachtree St., N.E.<br>Suite 1000<br>Atlanta, GA  30309-3592 | **Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | |
|---|---|
| **Internal Revenue Service** | **Milton D. Jones** |
| **CIO** | **Milton D. Jones, Attorney** |
| **P.O. Box 7346** | **12252 Styron Drivge** |
| **Philadelphia, PA 19101-7346** | **Hampton, GA  30228-4066** |
| | |
| **Vivieon Kelly Jones** | **Shanna M. Kaminski** |
| **Assistant U.S. Attorney** | **Kaminski Law, PLLC** |
| **United States Attorney's Office** | **40950 Woodward Ave., Ste. 100** |
| **75 Ted Turner Drive SW, Suite 600** | **Bloomfield Hills, MI  48304-5124** |
| **Atlanta, GA  30303** | |
| | |
| **Lindsay P. S. Kolba** | **Lafayette Bank** |
| **Office of the U.S. Trustee** | **340 West Main Street** |
| **Suite 362** | **Mayo, FL 32066-4166** |
| **75 Ted Turner Drive, S.W.** | |
| **Atlanta, GA  30303-3330** | |
| | |
| **LaFayette State Bank** | **David A. Garland** |
| **340 West Main Street** | **LaFayette State Bank** |
| **P.O. Box 108** | **2829 Old Dawson Road** |
| **Mayo, FL 32066-0108** | **Albany, GA 31707-1402** |

| | |
|---|---|
| **J. Michael Levengood**<br>**Law Office of J. Michael Levengood, LLC**<br>**Suite 208, 150 S. Perry Street**<br>**Lawrenceville, GA 30046-4857** | **MEC Capital, Inc.**<br>**11175 Cicero Drive, Suite 100**<br>**Alpharetta, GA 30022-1179** |
| **MEC Capital, Inc.**<br>**Attn: Phillip Miles**<br>**300 Hayward Lane, Suite 100**<br>**Alpharetta, GA 30022-6440** | **Medical Management Institute, Inc.**<br>**11175 Cicero Drive, Suite 100**<br>**Alpharetta, GA 30022-1179** |
| **McKesson Medical-Surgical, Inc.**<br>**6651 Gate Parkway**<br>**Jacksonville, FL 32256-8075** | **John G. McCullough**<br>**Aldridge Pite, LLP**<br>**Suite 500, Fifteen Piedmont Center**<br>**3575 Piedmont Road, N.E.**<br>**Atlanta, GA 30305-1636** |
| **Brian J. Malcom**<br>**Holland & Knight**<br>**Suite 1400**<br>**1901 Sixth Avenue North**<br>**Birmingham, AL  35203-4605** | **Francesca Macchiaverna**<br>**Hunter Maclean Exley & Dunn P.C.**<br>**P. O. Box 9848**<br>**Savannah, GA 31412-0048** |

**Mark McCord**
2007 Breckinridge Lane
Alpharetta, GA 30005-3409

**Medical Management Institute, Inc.**
Attn: Michael Miles
250 Pharr Road NE
Unit 212
Atlanta, GA  30305-2271

**Mittere Inc.**
Attn: Phillip Miles
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

**Mittere Tax & Advisory, LLC**
Attn: Phillip Miles
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022-1179

**Morris Bank**
301 Bellevue Avenue
Dublin, GA 31040-0520

**Newtek Small Business Finance**
c/o Corporation Service Company
2 SUN COURT, Suite 400
Norcross, GA 30092-2865

**Newtek Small Business Finance**
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431-4479

**Newtek Small Business Finance, LLC**
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

**NFG Advance, LLC**
**1308 KINGS HWY**
**Brooklyn, NY 11229-1904**

**Northwinds Leasing, LLC**
**Attn: Phillip Miles**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Northwinds Leasing, LLC**
**Attn: Phillip Miles**
**300 Hayward Lane**
**Alpharetta, GA 30022-6440**

**ODK Capital, LLC**
**1400 Broadway**
**New York, NY 10018-5300**

**Parkview Advance**
**400 Main Street**
**Stamford, CT 06901-3000**

**Philips Healthcare**
**Fox Rothschild LLP**
**Attn: David P. Papiez**
**1001 4th Ave., Suite 4400**
**Seattle, WA 98154-1192**

**Physician Financial Partners, LLC**
**Attn: Philip Miles**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022-1179**

**Plexe, LLC**
**6295 Greenwood Plaza Blvd Suite 100**
**Greenwood Village, CO 80111-4978**

| | |
|---|---|
| **PointOne Capital, LLC**<br>1825 65th Street<br>Brooklyn, NY 11204-3819 | **Premium Merchant Funding 18, LLC**<br>55 Water Street, 50th FL<br>New York, NY 10041-3203 |
| **Leslie M. Pineyro**<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA  30308-1400 | **PointOne Capital, LLC**<br>90 State Street, Suite 700<br>Office 40<br>Albany, NY  12207-1707 |
| **Premium Merchant Funding, LLC**<br>40 Wall St. 5th Floor<br>New York, NY  10005-1472 | **Erich G. Randolph**<br>159 The Prado N.E.<br>Atlanta, GA  30309-3327 |
| **William A. Rountree**<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 | **Tom Barton**<br>150 South Perry Street Suite 100<br>Lawrenceville, GA 30046-4857 |

| | |
|---|---|
| **Aaron P.M. Tady** | **Secretary of the Treasury** |
| **Coles Barton LLP** | **1500 Pennsylvania Avenue, NW** |
| **150 South Perry Street Suite 100** | **Washington, DC 20003** |
| **Lawrenceville, GA 30046-4857** | |
| | |
| **Secure Capital, LLC** | **Shanna M. Kaminski** |
| **323 Sunny Isles Beach Blvd., Ste. 503** | **P.O. Box 247** |
| **Sunny Isles Beach, FL 33160** | **Grass Lake, MI 49240-0247** |
| | |
| **U.S. Bank, N.A.** | **US Bank, N.A.** |
| **d/b/a U.S. Bank Equipment Fi** | **1310 Madrid Street** |
| **1310 Madrid Street** | **Marshall, MN  5258-4099** |
| **Marshall, MN 56258-4099** | |
| | |
| **US Bank, N.A.** | **U.S. Small Business Administration** |
| **6730 VIP Parkway** | **233 Peachtree St. NE, Suite 300** |
| **Syracuse, NY  13211-7326** | **Atlanta, GA  30303-1553** |

15

| | |
|---|---|
| U.S. Securities and Exchange Commission | Fred B. Wachter |
| Office of Reorganization | The Wachter Law Firm |
| Suite 900 | 106 Hammond Drive NE |
| 90 East Paces Ferry Road, NE | Atlanta, GA 30328-4806 |
| Atlanta, GA 30326-1382 | |
| | |
| United States Trustee | United States Attorney |
| 362 Richard Russell Federal Building | Northern District of Georgia |
| 75 Ted Turner Drive, SW | 75 Ted Turner Drive SW, Suite 600 |
| Atlanta, GA 30303-3315 | Atlanta, GA 30303-3309 |
| | |
| U.S. Small Business Administration | Zeroholding, LLC |
| 200 West Santa Ana Blvd., Suite 740 | 11175 Cicero Drive |
| Santa Ana, CA 92701-7534 | Suite 100 |
| | Alpharetta, GA 30022-1179 |
| | |
| Zen Capital c/o Trevor Talbot | SPARK FUNDING, LLC |
| 602 NE 38th Street | DBA FUNDAMENTAL CAPITAL |
| Fort Lauderdale, FL 33334-2928 | 100 Garden City Plaza #410 |
| | Garden City, NY 11530-3216 |

SOLIC Capital Advisors, LLC
425 West New England Avenue
Suite 300
Winter Park, FL  32789-4228

Stephanie Leventhal
400 Perimeter Center Terrace, Suite 50
Atlanta, GA  30346-1227

Windham Brannon, LLC
3630 Peachtree Rd NE
Suite 600
Atlanta, GA  30326-1550

Bankers Healthcare Group, LLC
10234 W State Road 84
Attn:  Albert Crawford
Fort Lauderdale, FL  33324

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY  13204

Georgia Department of Revenue
ARCS – Bankruptcy
1800 Century Blvd NE
Atlanta, GA  30345

AMOA CP Acquisition, LLC
3330 Preston Ridge Road, Ste. 3000
Alpharetta, GA  30005-4508

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY  11042-1046

**U.S. Securities & Exchange Commission**
Office of Reorganization
950 East Paces Ferry Road NE, Suite 900
Atlanta, GA 30326-1382

**U.S. Small Business Administration**
233 Peachtree Street, NE
Suite 300
Atlanta, GA 30303

**Georgia Department of Revenue**
Suite 9100
1800 Century Boulevard, NE
Atlanta, GA 30345

**Georgia Department of Labor**
Suite 826
148 Andrew Young International Blvd NE
Atlanta GA 30303-1751

**North American Banking Company**
2230 Albert Street
Roseville, MN 55113

**North American Banking Company**
9260 Hudson Road
Saint Paul, MN 55125-9103

**Adam Greene**
Polsinell
600 Third Avenue
New York, NY 10016

**Small Business Admin United States of America**
United States Attorney
Northern District of Georgia
600 United States Courthouse
75 Spring Street SW
Atlanta, GA  30303-3318

18

Caitlyn Powers
Rountree Leitman Klein & Geer, LLC
Suite 350
2987 Clairmont Road
Atlanta, GA  30329-4435

Zen Capital
c/o Trevor Talbot
602 NE 38th Street
Fort Lauderdale, FL  33334-2928

Zeroholding, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA  30022-1179

Medical Management Institute, Inc.
11175 Cicero Drive Ste. 100
Alpharetta, GA 30022

Jamila Dadabhoy
11175 Cicero Drive
Alpharetta, GA 30022

Phillip Miles
11175 Cicero Drive
Alpharetta, GA 30022

Mittere Tax & Advisory, LLC
Attn: Phillip Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

Mittere, Inc.
Attn: Phillip Miles
300 Hayward Lane
Alpharetta, GA 30022-6440

**Jamila Dadabhoy**

**3180 Mathieson Drive**

**Unit 712**

**Atlanta, GA 30305**