UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CUREPOINT, LLC, | ) | CASE NO. 22-56501 - PMB |
| | ) | |
| DEBTOR. | ) | |

**UNITED STATES TRUSTEE'S RESPONSE TO
DEBTOR'S APPLICATION FOR FINAL DECREE**

Guy A. Van Baalen, Acting United States Trustee for Region 21, responds to the debtor's application for final decree (Dkt. No. 445).

1. Section 589a of title 28 of the United States Code establishes the United States Trustee System Fund (Fund) which allows for self-funding of the United States Trustee Program. The Fund receives deposits from several sources, including chapter 11 quarterly fees that are to be paid by chapter 11 debtors to the United States Trustee Program. Quarterly fees accrue throughout the pendency of a chapter 11 case, until the case is closed, and are payable on a quarterly basis. The amount of the quarterly fee is calculated according to a graduated scale based on the total sum of disbursements as specified in § 1930(a)(6).

2. Pursuant to 28 U.S.C. § 1930(a)(6), Debtor is required to pay a quarterly fee to the United States Trustee System Fund at Treasury for each calendar quarter, or portion thereof, between the date the company filed its bankruptcy petition and the date the court closes the case.[1]

3. The quarterly fee is calculated by totaling reported disbursements for the three-month calendar quarter, or portion thereof, in accordance with a published fee schedule. A

---

[1] The commencement and termination of a chapter 11 case occur at varying points within a quarter. The fee for partial quarters is calculated on disbursements that are made during the period of time the case was pending under chapter 11. The fee is not prorated.

minimum fee of $250.00 is due even if there are no disbursements during a calendar quarter. When debtors do not report their quarterly disbursements, the fee is estimated based on the debtor's reported disbursement history; initial financial data submitted when the case was filed; or the United States Trustee's estimate.

4. Bankruptcy Code section 704(a)(8) requires the debtor file with the Court and the United States Trustee periodic reports and summaries of the operation of its business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the Court requires. Federal Rule of Bankruptcy Procedure 2015(a) directs chapter 11 debtors-in- possession to file the reports and summaries required by section 704(a)(8). After confirmation of the plan, the reorganized debtor is required to "file such reports as are necessary or as the court orders." 11 U.S.C. § 1106(a)(7).

5. Debtor filed its case on August 19, 2022, and is therefore responsible for paying quarterly fees from the third quarter of 2022 until the case is closed.

6. On December 22, 2023, the Court confirmed the debtor's plan of liquidation (Dkt. No. 365) (the "Plan"). The Plan provides for continuing payment of quarterly fees until the case is closed.

7. It appears the debtor has filed all required reports and paid quarterly fees though the second quarter of 2025.

8. Quarterly fees will continue to accrue until the case is closed. The United States Trustee requests the Court direct the debtor report quarterly disbursements and pay quarterly fees in compliance with 11 U.S.C. § 1106(a)(7) and 28 U.S.C. § 1930(a)(6) and the Plan.

>GUY A. VAN BAALEN
>ACTING UNITED STATES TRUSTEE
>REGION 21
>
>By:_____/s/_____
>Lindsay P. S. Kolba
>Georgia Bar No. 541621
>United States Department of Justice
>*Office of the United States Trustee*
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, Georgia 30303
>(404) 331-4478
>lindsay.p.kolba@usdoj.gov

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day electronically filed the foregoing *Response to Debtor's Application for Final Decree* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| Thomas E. Austin | taustin@taustinlaw.com, klyons@taustinlaw.com |
| John A. Christy | jchristy@swfllp.com, amcrae@swfllp.com |
| Nathaniel DeLoatch | nathanieldeloatch@eversheds-sutherland.us |
| Taylor L. Dove | tdove@huntermaclean.com, kjameson@huntermaclean.com, areeves@huntermaclean.com, lgibson@huntermaclean.com |
| David A. Garland | dgarland@mcdr-law.com, dgarland@mcdr-law.com;tlansman@mcdr-law.com |
| Will B. Geer | wgeer@rlkglaw.com, dsideris@rlkglaw.com, willgeer@ecf.courtdrive.com, 2836@notices.nextchapterbk.com, 6717577420@filings.docketbird.com, emiller@rlkglaw.com, lmassey@rlkglaw.com, lpolvino@rlkglaw.com |
| Justin M. Gillman | ecf@gillmancapone.com, ecf@gbclawgroup.com, R47252@notify.bestcase.com, e4eaf5f23@maildrop.clio.com, jgillman@ecf.courtdrive.com |
| Brian P. Hall | bhall@sgrlaw.com, sgr.notifications@gmail.com |
| Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Michael F. Holbein | mholbein@sgrlaw.com |
| Anna Mari Humnicky | ahumnicky@smallherrin.com, klemons@smallherrin.com, kweindorf@smallherrin.com |
| Milton D. Jones | miltondjonesatty@gmail.com, MiltonDJonesAttorney@jubileebk.net |
| Vivieon K Jones | vivieon.jones@usdoj.gov, deanna.lancaster@usdoj.gov, CaseView.ECF@usdoj.gov |
| Brian K. Jordan | bjordan@ecf.inforuptcy.com, ecfganb@aldridgepite.com |
| J. Michael Levengood | mlevengood@levengoodlaw.com, MichaelJR68751@notify.bestcase.com |
| Francesca Macchiaverna | fmacchiaverna@huntermaclean.com, areeves@huntermaclean.com, lgibson@huntermaclean.com, cfear@huntermaclean.com |
| Brian J. Malcom | brian.malcom@hklaw.com |
| Louis G. McBryan | lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com |
| John G. McCullough | jmccullough@aldridgepite.com |
| Quan Andy Thanh Nguyen | anguyen@smallherrin.com, kweindorf@smallherrin.com, klemons@smallherrin.com |
| Leslie M. Pineyro | lpineyro@joneswalden.com, jwdistribution@joneswalden.com, ljones@joneswalden.com, cmccord@joneswalden.com, ewooden@joneswalden.com, bdernus@joneswalden.com |

| | |
|---|---|
| Caitlyn Powers | cpowers@rlkglaw.com, dsideris@rlkglaw.com, emiller@rlkglaw.com, wgeer@rlkglaw.com, 6717577420@filings.docketbird.com, willgeer@ecf.courtdrive.com, 2836@notices.nextchapterbk.com, lmassey@rlkglaw.com, lpolvino@rlkglaw.com |
| William A. Rountree | wrountree@rlkglaw.com, 6717577420@filings.docketbird.com, wgeer@rlkglaw.com, 2836@notices.nextchapterbk.com, willgeer@ecf.courtdrive.com, emiller@rlkglaw.com, emillerrlkg@ecf.courtdrive.com, dsideris@rlkglaw.com, lmassey@rlkglaw.com, |
| Valerie S. Sanders | valeriesanders@eversheds-sutherland.com |
| Aaron P.M. Tady | atady@huffpowellbailey.com, mjohnston@colesbarton.com, epoole@colesbarton.com, tbarton@colesbarton.com, tbrandenburg@colesbarton.com |
| Fred B. Wachter | fbwachter@wachterlaw.com |
| David Wender | davidwender@eversheds-sutherland.com |

    I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Curepoint, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

                                                                                         /s/
                                                     Lindsay P. S. Kolba
                                                     Georgia Bar No. 541621
United States Department of Justice
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov